| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SAUL EWING LLP**<br>Turner N. Falk, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>T: (215) 972-8415<br>turner.falk@saul.com<br>*Counsel for Ferrari Financial Services, Inc.* | |
| In Re:<br><br>Salvatore Faenza | Case No.:   25-14559-MBK<br><br>Chapter:   11<br><br>Judge:   Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of **Ferrari Financial Services, Inc**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

> **SAUL EWING LLP**
> Turner N. Falk, Esq.
> Centre Square West
> 1500 Market Street, 38th Floor
> T: (215) 972-8415
> turner.falk@saul.com

DOCUMENTS:

> ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
>
> ☒  All documents and pleadings of any nature.

Date: May 29, 2025                                            */s/ Turner N. Falk*
                                                                              Signature

55648303.2