Allstate Realty LLC
23 White Street
Eatontown, NJ 07724


Ally Financial
PO Box 380901
Bloomington, MN 55438-0901


Amboy Bank
3590 US Highway 9 South
Old Bridge, NJ 08857


American Express
PO Box 981535
El Paso, TX 79998-1535


American Express
PO Box 297800
Fort Lauderdale, FL 33329


American Express
PO Box 981535
El Paso, TX 79998-1535


American Express
PO Box 297800
Fort Lauderdale, FL 33329


Ascentium Capital
23970 US-59
Kingwood, TX 77339


Ascentium Capital
PO Box 301593
Dallas, TX 75303


Bank of America Business Card
PO Box 982238
El Paso, TX 79998-2238


Bank of America Card
PO Box 982234
El Paso, TX 79998-2234


Capital One Bank
PO Box 85520
Richmond, VA 23285-5520


Chase Bank
Cardmember Services PO Box 15298
Wilmington, DE 19885-0004


Chase Bank
Cardmember Services PO Box 15298
Wilmington, DE 19885-0004

Chase Bank
Cardmember Services
PO Box 15298
Wilmington, DE 19885-0004


Chenging Exotics LLC
PO Box PO Box 4191
Helena, MT 59604


Chenging Exotics LLC
11 Palace Court
Monroe Township, NJ 08831


Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500


Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500


Citibank
PO Box 769004
San Antonio, TX 78245-9004


Discover Bank
PO Box 30943
Salt Lake City, UT 84130-0943


Faenza Family Insurance


Farmers Federal Credit Union
4680 Wilshire Blvd.
Los Angeles, CA 90010


Ferrari Financial Services, Inc.
250 Sylvan Avenue
Englewood Cliffs, NJ 07632


Ferrari of Central Florida
4891 Vineland Road
Orlando, FL 32811


InDebted USA, Inc.
PO Box 1201
Farmington, MO 63640


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326


International Gourmet Foods


International Gourmet Foods

International Gourmet Foods


Jared M. Alfin, Esq.
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070


Lendbug, Inc.
260 West 35 Street PH
New York, NY 10001


Lieberman Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516


LoMurro Munson LLC
4 Paragon Way, Suite 100
Freehold, NJ 07728


LoMurro Munson LLC
4 Paragon Way, Suite 100
Freehold, NJ 07728


Michael Vitacco
3 Nicholas Avenue
Monroe Township, NJ 08831


Nancy Faenza
7 Dancer Lane
Freehold, NJ 07728


Nelnet
121 South 13th Street
Lincoln, NE 68505


NJ Division of Taxation
Bankruptcy Unit
3 John Fitch Way, 5th Floor PO Box 245
Trenton, NJ 08695


Ocean First Bank
Bankruptcy Department
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047


Prosper Funding, LLC
221 Main St Ste 300
San Francisco, CA 94105-1909


Prosper Funding, LLC
221 Main St Ste 300
San Francisco, CA 94105-1909


SoFi Bank, N.A.
2750 East Cottonwood Parkway, Suite 300
Salt Lake City, UT 84121

SoFi Bank, N.A.
2750 East Cottonwood Parkway, Suite 300
Salt Lake City, UT 84121


Sumimoto Finance and Leasing Co. LTD
666 3rd Avenue
New York, NY 10017


Synchrony Bank Rheem
PO Box 965036
Orlando, FL 32896


The Skillet By Sal


The Skillet By Sal Inc.


Unique Funding Solutions, LLC
1915 Hollywood Blvd., Suite 200A
Hollywood, FL 33020


Upstart Loan Operations
PO Box 1503
San Carlos, CA 94070-7503


US Department of Education
PO Box 5609
Greenville, TX 75403


Vincent LaFranca
6562 Amarone Lane
Naples, FL 34113


Wells Fargo Bank Small Business Lending
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117


Wells Fargo Card Services
PO Box 522
Des Moines, IA 50306-0522


Wells Fargo Card Services
PO Box 522
Des Moines, IA 50306-0522


Wells Fargo Small Business Lending
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117


Wells Fargo Small Business Lending
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117