| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. L.BR 9004-1(b)**<br><br>Matthew F. Kye, Esq. (278692018)<br>Kye Law Group, P.C.<br>201 Old Country Rd., Suite 120<br>Melville, New York 11747<br>Tel: (631) 616-8200<br>Email: mkye@kyelaw.com | Case No.:    25-14559-MBK<br><br>Chapter:    11 |
| In Re:<br><br>SALVATORE FAENZA,<br><br>          Debtor. | Judge:    Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Sumitomo Mitsui Finance and Leasing Co., Ltd.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

|  | |
|---|---|
| ADDRESS: | Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, New York 11747 |

DOCUMENTS:

☑    All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑    All documents and pleadings of any nature.

Date:  June 3, 2025                                              By:    /s/ Matthew F. Kye