| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Nicole M. Nigrelli, Esquire<br>CIARDI CIARD & ASTIN<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>T (215) 557-3550<br>F (215) 557-3551<br>nnigrelli@ciardilaw.com<br>Subchapter V Trustee |
| *In re:*<br><br>SALVATORE FAENZA,<br>Debtor. |

Case No.:  25-14559(MBK)
Chapter:  11

## CERTIFICATION OF NICOLE M. NIGRELLI, ESQUIRE REGARDING REQUEST FOR RETAINER FOR ANTICIPATED FEES AND EXPENSES AS SUBCHAPTER V TRUSTEE

Nicole M. Nigrelli, Esquire, Subchapter V Trustee, for the above-referenced debtor, Salvatore Faenza, hereby files this Certification and respectfully avers as follows:

1. Nicole M. Nigrelli, Esquire was appointed as Subchapter V Trustee (the "Subchapter V Trustee") on May 8, 2025, see Docket No. 12.

2. The Subchapter V Trustee requested a retainer of $5000.00 (the "Retainer") from the Debtor.

3. The Debtor requested that the Retainer be paid in installments and the Subchapter V Trustee has agreed to this request.

4. $1500.00 of the Retainer was paid on June 6, 2025. The remaining $3500.00 will be paid by the Debtor no later than August 5, 2025.

1

Dated: June 10, 2025					Respectfully submitted,


							*/s/ Nicole M. Nigrelli*
							Nicole M. Nigrelli, Esquire
							CIARDI CIARDI & ASTIN
							1905 Spruce Street
							Philadelphia, PA 19103
							(T) 215-557-3550
							(F) 215-557-3551
							nnigrelli@ciardilaw.com

							Subchapter V Trustee