| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Offices Of Steven D. Pertuz, LLC<br>111 Northfield Avenue, Suite 304<br>West Orange, NJ 07052<br>Tel: (973) 669-8600<br>Fax: (973) 669-8700<br>SDP-5632<br>spertuz@pertuzlaw.com | |
| In Re:<br><br>SALVATORE FAENZA,<br><br>                              DEBTOR. | Case No.: 25-14559<br><br>Adv. Pro. No.: _____<br><br>Chapter: 11<br><br>Subchapter V:  ☒ Yes  ☐ No<br><br>Hearing Date: 6/26/25<br><br>Judge: MBK |

## ADJOURNMENT REQUEST

1. I, _____Steven D. Pertuz_____,

   ☒ am the attorney for: _____Debtor_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Status Conference

   Current hearing date and time: 6/26/25 at 10:00 am

   New date requested: Anything available after July 7, 2025.

   Reason for adjournment request: Counsel is travelling to Oregon at 6am on 6/26/25 for a family wedding and will be in flight at 10:00 am NJ time.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   I emailed all parties that have entered an appearance and they have consented to same.

   Debtor is aware of plan deadline and intends on filing his plan timely.

I certify under penalty of perjury that the foregoing is true.

Date: 6/23/25

/s/ Steven D. Pertuz
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: July 10, 2025 at 10:00 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*