# <u>EXHIBIT TO APRIL 2025 MOR</u>

The within case was filed on April 30, 2025 and April 2025 is the first filed monthly operating report for the Debtor for 1 day. The monthly operating report shows the ending balance all cash receipts and disbursements for the one day but the bank statements reflect all cash receipts and disbursements for the full calendar month of April, 2025. Checks written and electronic transfers authorized, pre-petition, may have been finalized and negotiated after the Order for Relief of April 30, 2025.  The Debtor is an individual but has two operating businesses not in active bankruptcy.

The Debtor has four business bank accounts with Amboy Bank:

- General Operating Account The Skillet By Sal Inc. -#7764
- Merchant Account The Skillet By Sal Inc. – #8087
- General Operating Account NVJSS Restaurant LLC (Skillet Affiliate) -#8272
- General Operating Account Faenza's Gourmet Market, LLC-#8183

The Debtor has not yet filed a 2024 Tax Return and this is currently being prepared by the Debtor's accountant. The Debtor will also be filing a retention application for the accountant for his continued services and for his assistance with the monthly operating reports. The Debtor opened his DIP Account in May 2025 ending in #7455.