000000000000000000000000000000000000000
000000000000000000000000000000000000000

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD        NJ 07728**

### Don't miss our FREE Senior Fairs
### from April 9th to April 30th!

### To register or for more information,
### visit amboybank.com/seniorfair or call 877.22.AMBOY

## Free Small Business Account                          Account number: 16107764

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | -$121.15 |
| Deposits and other credits (+) | $179,215.00 |
| Withdrawals, checks and other debits (-) | $178,939.23 |
| Ending Balance on 04-30 | $154.62 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 | 04-03 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 091000011611860 TXP* | 264.88 |
| 04-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 750.00 | 04-03 | RETURNED ITEM, INSUFFICIENT FUNDS, 38139-029671137 Rewards Network SETTLEMENT | 427.11 |
| 04-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,000.00 | 04-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,400.00 |
| 04-01 | RETURN CHECK #3423 REFER TO MAKER | 770.00 | 04-04 | RETURNED CHECK # 13235, INSUFFICIENT FUNDS | 467.89 |
| 04-01 | 3320456349 EDI PAYMNT MAR 31 89UUB5ED2XOFTGJ REF*TN*89UUB5ED2X\ | 379.11 | 04-04 | RETURNED CHECK # 3376, INSUFFICIENT FUNDS | 500.00 |
| 04-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 430.00 | 04-04 | RETURNED ITEM, INSUFFICIENT FUNDS, SKI300 ACE ENDICO CORP SKI300 | 941.64 |
| 04-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 433.00 | 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 |
| 04-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 965.00 |
| 04-03 | DEPOSIT | 300.00 | 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,800.00 |
| 04-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,400.00 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account                      Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 12,500.00 | 04-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,000.00 |
| 04-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,600.00 | 04-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.88 |
| 04-08 | 3320456349 EDI PAYMNT APR 07 2I6KM 8H3S3OV62O REF*TN*2I6KM 8H3S3\ | 347.14 | 04-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 7,000.00 |
| 04-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,250.00 | 04-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 04-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 2,500.00 | 04-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 |
| 04-09 | DEPOSIT | 5,000.00 | 04-22 | 3320456349 EDI PAYMNT APR 21 8YOPYQWGTG62GTQ REF*TN*8YOPYQWGTG\ | 162.01 |
| 04-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 6,100.00 | 04-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 1,500.00 |
| 04-10 | DEPOSIT | 1,000.00 | 04-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 |
| 04-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,150.00 | 04-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,500.00 |
| 04-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 04-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 |
| 04-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 7,500.00 | 04-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 |
| 04-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 15,000.00 | 04-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 |
| 04-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 18,000.00 | 04-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 |
| 04-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,000.00 | 04-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 10,000.00 |
| 04-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 | 04-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,500.00 |
| 04-15 | 3320456349 EDI PAYMNT APR 14 EG7EBKVV9FHEMM C REF*TN*EG7EBKVV9F\ | 68.43 | 04-29 | 3320456349 EDI PAYMNT APR 28 9V8KM 5OPMV8JYO9 REF*TN*9V8KM 5OPMV\ | 57.91 |
| 04-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 04-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 |
| 04-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,500.00 | 04-30 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 1,000.00 |
| 04-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 | 04-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 1,500.00 |
| 04-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 04-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 1,500.00 |
| 04-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,500.00 | 04-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,200.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account                    Account number: 16107764

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3137* | 04-16 | 2,212.00 | 3451 | 04-14 | 250.00 | 3499 | 04-28 | 600.00 |
| 3376 | 04-03 | 500.00 | 3452 | 04-09 | 973.81 | 3500 | 04-29 | 700.00 |
| 3376 | 04-11 | 500.00 | 3453 | 04-09 | 500.00 | 3501 | 04-28 | 1,185.00 |
| 3377 | 04-11 | 500.00 | 3454 | 04-14 | 1,966.52 | 3502* | 04-28 | 750.00 |
| 3378* | 04-17 | 500.00 | 3455 | 04-21 | 1,966.54 | 3504* | 04-29 | 1,285.00 |
| 3380 | 04-07 | 500.00 | 3456* | 04-29 | 1,966.52 | 13209* | 04-01 | 467.89 |
| 3381* | 04-04 | 343.81 | 3458 | 04-09 | 600.00 | 13225* | 04-14 | 88.38 |
| 3383* | 04-04 | 782.50 | 3459 | 04-21 | 518.00 | 13233* | 04-02 | 196.64 |
| 3395* | 04-11 | 764.84 | 3460 | 04-15 | 1,000.00 | 13235 | 04-14 | 467.89 |
| 3403* | 04-04 | 750.00 | 3461 | 04-22 | 1,000.00 | 13235* | 04-03 | 467.89 |
| 3411 | 04-07 | 1,462.00 | 3462 | 04-14 | 1,200.00 | 13244* | 04-16 | 54.96 |
| 3412 | 04-08 | 758.00 | 3463 | 04-14 | 1,372.65 | 13250* | 04-01 | 318.61 |
| 3413 | 04-14 | 843.00 | 3464 | 04-15 | 10,000.00 | 13260 | 04-01 | 668.22 |
| 3414* | 04-02 | 675.00 | 3465 | 04-14 | 600.00 | 13261 | 04-09 | 467.89 |
| 3416 | 04-01 | 180.00 | 3466 | 04-18 | 500.00 | 13262* | 04-01 | 349.15 |
| 3417* | 04-01 | 180.00 | 3467 | 04-10 | 630.00 | 13264 | 04-01 | 265.42 |
| 3419 | 04-04 | 670.00 | 3468 | 04-14 | 744.00 | 13265 | 04-07 | 58.99 |
| 3420 | 04-07 | 600.00 | 3469* | 04-21 | 3,000.00 | 13266* | 04-08 | 266.95 |
| 3421* | 04-07 | 1,060.00 | 3471 | 04-14 | 1,000.00 | 13268 | 04-08 | 1.04 |
| 3424* | 04-09 | 1,000.00 | 3472 | 04-17 | 1,000.00 | 13269* | 04-01 | 192.16 |
| 3426 | 04-01 | 818.21 | 3473 | 04-15 | 350.00 | 13271 | 04-16 | 48.23 |
| 3427 | 04-03 | 250.00 | 3474 | 04-21 | 350.00 | 13272 | 04-01 | 199.36 |
| 3428 | 04-08 | 928.00 | 3475 | 04-15 | 500.00 | 13273 | 04-03 | 309.17 |
| 3429 | 04-01 | 550.00 | 3476 | 04-21 | 500.00 | 13274 | 04-01 | 506.68 |
| 3430 | 04-08 | 625.00 | 3477 | 04-16 | 213.25 | 13275* | 04-01 | 30.43 |
| 3431 | 04-07 | 1,473.49 | 3478 | 04-18 | 750.00 | 13277* | 04-01 | 219.28 |
| 3432 | 04-07 | 1,063.94 | 3479 | 04-21 | 650.00 | 13279 | 04-01 | 501.58 |
| 3433 | 04-08 | 500.00 | 3480 | 04-22 | 590.00 | 13280* | 04-01 | 9.24 |
| 3434 | 04-04 | 1,048.08 | 3481 | 04-15 | 450.00 | 13282* | 04-07 | 429.52 |
| 3435 | 04-11 | 500.00 | 3482 | 04-15 | 1,040.00 | 13285 | 04-07 | 187.96 |
| 3436 | 04-04 | 1,000.00 | 3483 | 04-14 | 650.00 | 13286 | 04-14 | 668.22 |
| 3437 | 04-08 | 1,195.34 | 3484 | 04-16 | 500.00 | 13287 | 04-09 | 467.89 |
| 3438 | 04-09 | 500.00 | 3485 | 04-14 | 770.00 | 13288 | 04-08 | 349.15 |
| 3439 | 04-17 | 558.72 | 3486 | 04-21 | 500.00 | 13289 | 04-15 | 428.75 |
| 3440 | 04-14 | 350.00 | 3487 | 04-15 | 650.00 | 13290 | 04-07 | 134.35 |
| 3441 | 04-09 | 619.74 | 3488 | 04-17 | 682.29 | 13291 | 04-07 | 36.82 |
| 3442* | 04-08 | 811.50 | 3489 | 04-25 | 500.00 | 13292 | 04-08 | 81.01 |
| 3444 | 04-07 | 1,530.00 | 3490 | 04-21 | 950.00 | 13293* | 04-09 | 269.13 |
| 3445 | 04-14 | 800.00 | 3491 | 04-25 | 330.00 | 13295 | 04-14 | 287.33 |
| 3446 | 04-15 | 385.00 | 3492 | 04-22 | 350.00 | 13296 | 04-07 | 120.23 |
| 3447 | 04-09 | 616.80 | 3493 | 04-22 | 900.00 | 13297 | 04-16 | 83.01 |
| 3448 | 04-09 | 165.00 | 3494 | 04-24 | 300.00 | 13298 | 04-08 | 272.34 |
| 3449 | 04-07 | 540.00 | 3495 | 04-22 | 800.00 | 13299 | 04-09 | 309.17 |
| 3450 | 04-09 | 940.00 | 3496* | 04-29 | 724.00 | 13300 | 04-08 | 506.68 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account                     Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13301* | 04-07 | 51.89 | 13326 | 04-15 | 282.47 | 13356 | 04-22 | 506.68 |
| 13303 | 04-14 | 222.57 | 13327 | 04-16 | 309.17 | 13357 | 04-22 | 45.82 |
| 13304 | 04-08 | 29.02 | 13328* | 04-15 | 506.68 | 13358 | 04-24 | 12.67 |
| 13305 | 04-08 | 26.26 | 13331 | 04-14 | 212.61 | 13359 | 04-22 | 225.03 |
| 13306 | 04-09 | 589.07 | 13332 | 04-14 | 40.91 | 13360 | 04-23 | 2.31 |
| 13307* | 04-07 | 15.90 | 13333 | 04-24 | 7.77 | 13361 | 04-24 | 490.57 |
| 13309 | 04-07 | 429.52 | 13334 | 04-15 | 510.20 | 13362* | 04-21 | 63.62 |
| 13310 | 04-07 | 210.00 | 13335* | 04-21 | 9.61 | 13364* | 04-28 | 429.52 |
| 13311* | 04-14 | 85.00 | 13337* | 04-14 | 429.52 | 13367 | 04-28 | 155.29 |
| 13314 | 04-16 | 261.96 | 13342 | 04-25 | 668.22 | 13368 | 04-28 | 668.22 |
| 13315 | 04-21 | 668.22 | 13343 | 04-22 | 467.89 | 13369* | 04-29 | 467.89 |
| 13316 | 04-25 | 467.89 | 13344 | 04-23 | 349.15 | 13371 | 04-28 | 428.75 |
| 13317 | 04-15 | 349.15 | 13345 | 04-25 | 428.75 | 13372* | 04-28 | 263.34 |
| 13318 | 04-15 | 428.75 | 13346 | 04-21 | 256.51 | 13375* | 04-29 | 269.13 |
| 13319 | 04-14 | 174.14 | 13347 | 04-22 | 20.25 | 13379* | 04-29 | 263.22 |
| 13320 | 04-14 | 59.06 | 13348 | 04-25 | 189.94 | 13381* | 04-29 | 506.68 |
| 13321 | 04-14 | 91.82 | 13349* | 04-23 | 269.13 | 13385 | 04-29 | 11.50 |
| 13322 | 04-14 | 269.13 | 13351 | 04-23 | 276.89 | 13386* | 04-28 | 23.69 |
| 13323 | 04-14 | 345.34 | 13352* | 04-29 | 236.47 | 13388 | 04-29 | 8.36 |
| 13324 | 04-15 | 234.54 | 13354 | 04-22 | 279.56 | | | |
| 13325 | 04-16 | 84.08 | 13355 | 04-25 | 309.17 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | 421658735322542 CITI CARD ONLINE PAYMENT | 250.00 | 04-03 | 39 590 652 NEW YORK LIFE INS. PREM . | 89.00 |
| 04-01 | SKI300 ACE ENDICO CORP SKI300 | 302.76 | 04-03 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 04-01 | SUMITOMO MITSUI LEASE COLL | 352.78 | 04-03 | 8263863381 J2481 OOFF CZ 10000DNPGCC TRN*1*CZ10000DNPGCC\RM R*IK*SPIN | 350.00 |
| 04-02 | 6045991 04570070 Sams Club SYF PAYMNT | 150.00 | | | |
| 04-02 | 7216000928 NJWEB01120 09100001161 1860 TXP*B872535605000*01120*250331*T*26 | 264.88 | 04-03 | 8263863381 J2481 OOFF CZ 10000DNS0HC TRN*1*CZ10000DNS0HC\RM R*IK*CAR | 500.00 |
| 04-02 | 38139-029671137 Rewards Network SETTLEMENT | 427.11 | 04-03 | T6RYPC Acorn Property M WEB PM TS | 500.00 |
| 04-02 | NJNG8002210051 NJ NAT GAS COM PANY NJNGCO | 500.00 | 04-03 | SKI300 ACE ENDICO CORP SKI300 | 941.64 |
| | | | 04-03 | OVERDRAFT CHARGE | 35.00 |
| 04-02 | 270549244540274 IRS USA TAX PYM T | 2,582.07 | 04-03 | RETURNED CHECK CHARGE | 70.00 |
| 04-02 | OVERDRAFT CHARGE | 35.00 | 04-04 | 601660807170341 HOME DEPOT ONLINE PM T | 218.00 |
| 04-03 | MJ WV15 Ap pFolio, Inc. F WEB PM TS | 2.49 | | | |
| 04-03 | 39 594 284 NEW YORK LIFE INS. PREM . | 24.00 | 04-04 | 421660804306174 CITI CARD ONLINE PAYMENT | 250.00 |
| 04-03 | 39 594 241 NEW YORK LIFE INS. PREM . | 84.50 | 04-04 | 7216000928 RET RY P YM T 09100001161 1860 TXP*B 872535605000*01120*250331*T*26 | 264.88 |

**THE SKILLET BY SAL INC**

<table>
<tr><td>**Free Small Business Account**</td><td>**Account number: 16107764**</td></tr>
</table>

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-04 | 9025565997 HILOYO INVESTM EN ACH Debit | 1,341.00 | 04-11 | SKI300 ACE ENDICO CORP SKI300 | 891.40 |
| 04-04 | RETURNED CHECK CHARGE | 105.00 | 04-11 | SKI300 ACE ENDICO CORP SKI300 | 991.64 |
| 04-07 | 421661645322080 CITI CARD ONLINE PAYMENT | 100.00 | 04-11 | 9025718610 HILOYO INVESTM EN ACH Debit | 1,341.00 |
| 04-07 | 604591104570070 Sams Club SYF PAYMNT | 100.00 | 04-11 | 421666842026731 CITI CARD ONLINE PAYMENT | 1,500.00 |
| 04-07 | 604591104570070 Sams Club SYF PAYMNT | 150.00 | 04-11 | OVERDRAFT CHARGE | 35.00 |
| 04-07 | 431662977653887 CITI CARD ONLINE PAYMENT | 200.00 | 04-14 | 421667719001081 CITI CARD ONLINE PAYMENT | 190.00 |
| 04-07 | 604591104570070 Sams Club SYF PAYMNT | 250.00 | 04-14 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 04-07 | 8263863381 J2483 OOFF CZ10000DS5LGC TRN*1*CZ10000DS5LGC\RM R*IK*CAR MODY | 350.00 | 04-14 | 603462441746886 Synchrony Bank CC PYMT | 290.00 |
| 04-07 | 38157-029683983 Rewards Network SETTLEMENT | 427.11 | 04-14 | 431669843633140 CITI CARD ONLINE PAYMENT | 400.00 |
| 04-07 | 100147193088 FirstEnergy OPCO-ACH | 500.50 | 04-14 | 431668005571711 CITI CARD ONLINE PAYMENT | 490.00 |
| 04-07 | SKI300 ACE ENDICO CORP SKI300 | 941.64 | 04-14 | 431668704183882 CITI CARD ONLINE PAYMENT | 500.00 |
| 04-07 | STOP ITEM CHARGE(S) | 35.00 | 04-14 | 221550465866880 IRS USA TAX PYM T | 1,000.00 |
| 04-07 | OVERDRAFT CHARGE | 105.00 | 04-14 | OVERDRAFT CHARGE | 105.00 |
| 04-08 | 431664236384322 CITI CARD ONLINE PAYMENT | 200.00 | 04-15 | 603462441746886 SYNCHRONY BANK PAYMENT | 500.00 |
| 04-08 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,679.84 | 04-16 | SK 1088 Termac WEB PAY | 456.54 |
| 04-08 | OVERDRAFT CHARGE | 35.00 | 04-16 | 38184-029717126 Rewards Network SETTLEMENT | 466.55 |
| 04-09 | 421665117955051 CITI CARD ONLINE PAYMENT | 150.00 | 04-16 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,000.00 |
| 04-09 | 7216000928 NJWEB01120 091000011697852 TXP*B872535605000*01120*250630*T*25 | 258.11 | 04-16 | 7216000928 NJWEB02301 091000012103921 TXP*B872535605000*02301*241231*T*15 | 1,500.00 |
| 04-09 | 38162-029694099 Rewards Network SETTLEMENT | 535.64 | 04-16 | 270550651748139 IRS USA TAX PYM T | 2,729.36 |
| 04-09 | SKI300 ACE ENDICO CORP SKI300 | 941.62 | 04-17 | 431672163652943 CITI CARD ONLINE PAYMENT | 250.00 |
| 04-09 | 270549921735995 IRS USA TAX PYM T | 2,545.27 | 04-17 | 7216000928 NJWEB01120 091000012301322 TXP*B872535605000*01120*250630*T*27 | 275.94 |
| 04-09 | OVERDRAFT CHARGE | 105.00 | 04-17 | 421671826127737 CITI CARD ONLINE PAYMENT | 300.00 |
| 04-10 | 421665956246449 CITI CARD ONLINE PAYMENT | 100.00 | 04-18 | 431673195246949 CITI CARD ONLINE PAYMENT | 105.98 |
| 04-10 | OVERDRAFT CHARGE | 105.00 | 04-18 | 7903518686 2025-04-13 250418 76157b8c33e248f balance_transaction_7b832910-c701-4 | 1,053.14 |
| 04-11 | 604591104570070 Sams Club SYF PAYMNT | 150.00 | | | |
| 04-11 | 7216000928 NJWEB22500 091000011779634 TXP*B872535605000*22500*250430*T*50 | 500.00 | | | |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | | Account number: 16107764 | |

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-18 | 9025824347 HILO YO INVESTM EN ACH Debit | 1,341.00 | 04-25 | 7216000928 NJWEB55 091000012562570 TXP*B872535605000*04120*250331*T*84 | 8,459.35 |
| 04-21 | 421674181819893 CITI CARD ONLINE PAYMENT | 45.83 | 04-28 | 721655318510006 BEST BUY AUTO PYMT | 48.00 |
| 04-21 | 603462441746886 Synchrony Bank CC PYMT | 290.00 | 04-28 | 604599104570070 Sams Club SYF PAYMNT | 150.00 |
| 04-21 | 4880371951 VENDOR PAY 042121486287000 ISA *00* *00* *01* | 465.03 | 04-28 | 604599104570070 Sams Club SYF PAYMNT | 150.00 |
| 04-22 | LOAN PYM T #1315100 | 253.82 | 04-28 | 431680412987913 CITI CARD ONLINE PAYMENT | 250.00 |
| 04-22 | 604599217073111 Sams Club SYF PAYMNT | 100.00 | 04-29 | 3897154767 Freehold Townshi 7322942026 | 151.95 |
| 04-22 | SK 702 Termac WEB PAY | 101.29 | 04-29 | SUMITOMO MITSUI LEASE COLL | 500.00 |
| 04-23 | 7216000928 NJWEB01120 091000012544980 TXP*B872535605000*01120*250630*T*27 | 270.29 | 04-30 | 2DLE37271030800 HARLAND CLARKE CHK ORDER | 106.55 |
| 04-23 | 421677209305528 CITI CARD ONLINE PAYMENT | 300.00 | 04-30 | 431683742191467 CITI CARD ONLINE PAYMENT | 150.00 |
| 04-23 | 38206-029740156 Rewards Network SETTLEMENT | 729.08 | 04-30 | 38228-029762891 Rewards Network SETTLEMENT | 571.99 |
| 04-23 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,000.00 | 04-30 | 270552032052261 IRS USA TAXPYM T | 815.67 |
| 04-23 | 270551352044643 IRS USA TAXPYM T | 2,580.97 | 04-30 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,000.00 |
| 04-24 | Internet Transfer to xxx8183 | 1,000.00 | 04-30 | 270552030086155 IRS USA TAXPYM T | 2,961.82 |
| 04-25 | 7903518686 2025-04-20 250425 e923638a6e0645d balance_transaction_688299fc-3b39-4 | 682.31 | 04-30 | 7216000928 NJWEB82 091000012618920 TXP*B872535605000*13002*250331*T*76 | 7,607.46 |
| 04-25 | 9025926981 HILO YO INVESTM EN ACH Debit | 1,341.00 | 04-30 | SERVICE CHARGE | 47.80 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 560.00 | 3,745.00 |
| TOTAL RETURNED ITEM FEES: | $175.00 | $910.00 |

3137    $2,212.00    4/16/2025



3137    $2,212.00    4/16/2025



3376    $500.00    4/3/2025



3376    $500.00    4/3/2025



3376    $500.00    4/11/2025



3376    $500.00    4/11/2025



3377    $500.00    4/11/2025



3377    $500.00    4/11/2025



3378    $500.00    4/17/2025



3378    $500.00    4/17/2025



3380    $500.00    4/7/2025



3380    $500.00    4/7/2025



3381    $343.81    4/4/2025

3383    $782.50    4/4/2025

3395    $764.84    4/11/2025

3403    $750.00    4/4/2025

3411    $1,462.00    4/7/2025

3412    $758.00    4/8/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3413

4/12/25

Pay to the Order of: Felipe Ramos   $843.00
Eight Hundred Forty Three and 00/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For:

3413   $843.00   4/14/2025

3413   $843.00   4/14/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3414

4/1/25

Pay to the Order of: Stephan Greens   $675.00
Six Hundred Seventy Five ct 00/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For: 300 act

3414   $675.00   4/2/2025

3414   $675.00   4/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3416

3/3/25

Pay to the Order of: Nadue EL TALKAAWI   $180.02
One Hundred Eighty Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For: training

3416   $180.00   4/1/2025

3416   $180.00   4/1/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3417

3/31/25

Pay to the Order of: Danna Garcia   $180.02
One Hundred Eighty Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For: Training 13days

3417   $180.00   4/1/2025

For Deposit Only - JPMC

3417   $180.00   4/1/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3419

4/2/25

Pay to the Order of: Cash   $670.00
Six Hundred

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For:

3419   $670.00   4/4/2025

3419   $670.00   4/4/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3420

4/3/25

Pay to the Order of: agostino Borell   $600.00
Six Hundred

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For:

3420   $600.00   4/7/2025

3420   $600.00   4/7/2025



3421   $1,060.00   4/7/2025                3421   $1,060.00   4/7/2025

3424   $1,000.00   4/9/2025                3424   $1,000.00   4/9/2025

3426   $818.21   4/1/2025                  3426   $818.21   4/1/2025

3427   $250.00   4/3/2025                  3427   $250.00   4/3/2025

3428   $928.00   4/8/2025                  3428   $928.00   4/8/2025

3429   $550.00   4/1/2025                  3429   $550.00   4/1/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3430

Date: 4/5/25

Pay to the Order of: Stephane Green    $ 625.00

Six Hundred Twenty-Five and 00/100 Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: 375 + 250 Acct

640725 09:04 00703 000001817 Barbara Oniler

3430    $625.00    4/8/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3431

Date: 4/4/25

Pay to the Order of: Sullivan    $ 1,473.49

One Thousand Four Hundred Seventy-Three and 49/100 Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: 1/14 Skillet

529930026623 112828  20250404 00000000161-0776-1
TRN_DEBIT TAF1955  0.00
Monmouth Regional 0299 94004 5299 0003 0079

3431    $1,473.49    4/7/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3432

Date: 4/6/25

Pay to the Order of: Sullivan Brother    $ 1,063.94

One Thousand Sixty-Three and 94/100 Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

529930026622 112828  20250404 00000000161-0776-1
TRN_DEBIT TAF1955  0.00
Monmouth Regional 0299 94004 5299 0003 0079

3432    $1,063.94    4/7/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3433

Date: 4/7/25

Pay to the Order of: Chef Tools    $ 500.00

Five Hundred Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: on acct

566483021750 124646  20250407 000000
TRN_DEBIT CSEVINC  500.00
Green Brook 0164 94004 5664 0005 0117

3433    $500.00    4/8/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3434

Date: 4/2/25

Pay to the Order of: Ranchero Beef    $ 1,048.08

One Thousand Forty-Eight and 08/100 Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: FRENZA

3434    $1,048.08    4/4/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3435

Date: 4/3/25

Pay to the Order of: Samuel Lobel    $ 500.00

Five Hundred Dollars

AMBOY Bank    MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For: on acct

For Deposit Only - JPMC

THE SKILLET BY SAL INC

Security Features exceed industry standards and include:

3435    $500.00    4/11/2025

16107764  Page 11



3436 $1,000.00 4/4/2025   3436 $1,000.00 4/4/2025

3437 $1,195.34 4/8/2025   3437 $1,195.34 4/8/2025

3438 $500.00 4/9/2025   3438 $500.00 4/9/2025

3439 $558.72 4/17/2025   3439 $558.72 4/17/2025

3440 $350.00 4/14/2025   3440 $350.00 4/14/2025

3441 $619.74 4/9/2025   3441 $619.74 4/9/2025

3442    $811.50    4/8/2025

3442    $811.50    4/8/2025

3444    $1,530.00    4/7/2025

3444    $1,530.00    4/7/2025

3445    $800.00    4/14/2025

3445    $800.00    4/14/2025

3446    $385.00    4/15/2025

3446    $385.00    4/15/2025

3447    $616.80    4/9/2025

3447    $616.80    4/9/2025

3448    $165.00    4/9/2025

3448    $165.00    4/9/2025



3449    $540.00    4/7/2025        3449    $540.00    4/7/2025

3450    $940.00    4/9/2025        3450    $940.00    4/9/2025

3451    $250.00    4/14/2025       3451    $250.00    4/14/2025

3452    $973.81    4/9/2025        3452    $973.81    4/9/2025

3453    $500.00    4/9/2025        3453    $500.00    4/9/2025

3454    $1,966.52    4/14/2025     3454    $1,966.52    4/14/2025

| Check | Amount | Date |
|---|---|---|
| 3455 | $1,966.54 | 4/21/2025 |
| 3455 | $1,966.54 | 4/21/2025 |
| 3456 | $1,966.52 | 4/29/2025 |
| 3456 | $1,966.52 | 4/29/2025 |
| 3458 | $600.00 | 4/9/2025 |
| 3458 | $600.00 | 4/9/2025 |
| 3459 | $518.00 | 4/21/2025 |
| 3459 | $518.00 | 4/21/2025 |
| 3460 | $1,000.00 | 4/15/2025 |
| 3460 | $1,000.00 | 4/15/2025 |
| 3461 | $1,000.00 | 4/22/2025 |
| 3461 | $1,000.00 | 4/22/2025 |



3462   $1,200.00   4/14/2025        3462   $1,200.00   4/14/2025

3463   $1,372.65   4/14/2025        3463   $1,372.65   4/14/2025

3464   $10,000.00   4/15/2025       3464   $10,000.00   4/15/2025

3465   $600.00   4/14/2025          3465   $600.00   4/14/2025

3466   $500.00   4/18/2025          3466   $500.00   4/18/2025

3467   $630.00   4/10/2025          3467   $630.00   4/10/2025

3468   $744.00   4/14/2025

3469   $3,000.00   4/21/2025

3471   $1,000.00   4/14/2025

3472   $1,000.00   4/17/2025

3473   $350.00   4/15/2025

3474   $350.00   4/21/2025



3475   $500.00   4/15/2025          3475   $500.00   4/15/2025

3476   $500.00   4/21/2025          3476   $500.00   4/21/2025

3477   $213.25   4/16/2025          3477   $213.25   4/16/2025

3478   $750.00   4/18/2025          3478   $750.00   4/18/2025

3479   $650.00   4/21/2025          3479   $650.00   4/21/2025

3480   $590.00   4/22/2025          3480   $590.00   4/22/2025

**3481**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4/13/25

Pay to the Order of Alex Xicay    $450.00

Four hundred fifty ——— Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3481    $450.00    4/15/2025

3481    $450.00    4/15/2025

---

**3482**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4/13/25

Pay to the Order of Alex Ramirez    $1040.00

One Thousand Forty ——— Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For _____

14757-NJ

3482    $1,040.00    4/15/2025

3482    $1,040.00    4/15/2025

---

**3483**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4/11/25

Pay to the Order of Freddy Miculax    $650

Six hundred fifty ——— Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07729
www.amboybank.com

For PD WK 4/6

341 - 712 - 6021
Freddy Miculax

3483    $650.00    4/14/2025

3483    $650.00    4/14/2025

---

**3484**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4/12/25

Pay to the Order of Stephen Green Trailers    $500.00

Five hundred ——— Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3484    $500.00    4/16/2025

3484    $500.00    4/16/2025

---

**3485**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4/13/25

Pay to the Order of ___    $770.00

seven hundred seventy ——— Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For PMY

For Deposit Only - JPMC

3485    $770.00    4/14/2025

3485    $770.00    4/14/2025

---

**3486**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4/19/25

Pay to the Order of D'Ambrisi Wholesale Foods    $500.00

Five hundred ——— Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For On ACC

4942085798

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
DAMBRISI WHOLESALE FOODS LLC

3486    $500.00    4/21/2025

3486    $500.00    4/21/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3487

Pay to the Order of ___Sergio Sitaro___ $ 650.00

___Six hundred fifty___ Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3487

3487   $650.00   4/15/2025

3487   $650.00   4/15/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3488

4/16/25 Date

Pay to the Order of ___Russo Meats___ $ 682.29

___six hundred eighty-two___ Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3488

3488   $682.29   4/17/2025

04-16-2025 - 0107 - N611422 - 03170107678527139S0001 > 211475039 < Santander
PAY TO THE ORDER OF
SANTANDER BANK
RUSSO MEATS
35T035044

3488   $682.29   4/17/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3489

4/17/25 Date

Pay to the Order of ___Samuel Ldel___ $ 500.00

___Five hundred___ Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3489

3489   $500.00   4/25/2025

For Deposit Only - JPMC

3489   $500.00   4/25/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3490

4/21/25 Date

Pay to the Order of ___Leo Gonzalez___ $ 950.00

___Nine Hundred fifty and 00___ Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3490

3490   $950.00   4/21/2025

For Deposit Only - JPMC

3490   $950.00   4/21/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3491

4/20/25 Date

Pay to the Order of ___Justin Beele___ $ 330.00

___Three hundred Thirty___ Dollars

**AMBOY Bank**
MANALAPAN OFFICE 18
MANALAPAN, NJ 07725
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3491

3491   $330.00   4/25/2025

3491   $330.00   4/25/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3492

4/26/25 Date

Pay to the Order of ___Noris Amparoza___ $ 350.00

___Three Hundred Fifty___ Dollars

**AMBOY Bank**
MANALAPAN OFFICE 18
MANALAPAN, NJ 07725
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3492

3492   $350.00   4/22/2025

3492   $350.00   4/22/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3493
4/21/25
Pay to the Order of: Jeff Rescigno   $ 900.00
Nine Hundred   Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

BOA CC:0350092721 CashID:759 Date:04/21/25 Seq#:0001
CorrelationID:3675504211SQ344 DeviceID:DNJ10594 Trans#:2913
LTPS:ATL E1

3493    $900.00    4/22/2025
3493    $900.00    4/22/2025



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3494
4/24/25
Pay to the Order of: Cintas   $ 300.00
Three Hundred   Dollars
AMBOY Bank
For: on acct

00042325 000740.005 847361 Deposit Only
000000000000000.00000 005 Credit to Account
00300.00 of within named payee without
005 Dyn Prejudice Fifth Third Bank NA>042000314<

3494    $300.00    4/24/2025
3494    $300.00    4/24/2025



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3495
4/21/25
Pay to the Order of: Nina Amarando   $ 800.00
Eight Hundred   Dollars
AMBOY Bank
For: Discounts Bill

3495    $800.00    4/22/2025
3495    $800.00    4/22/2025



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3496
4/26/25
Pay to the Order of: Sensational Farm Fresh   $ 724.00
Seven Hundred Twenty four and 00/100   Dollars
AMBOY Bank
For

>021213520< 20250428
BCB Community Bank
Drawer#/Trans#: 141440018
HIN: 924925040000057
DBA SENSATIONAL FARM FRESH
PAY TO THE ORDER OF
FOR DEPOSIT ONLY
PNC BANK
021213520
3501407917

3496    $724.00    4/29/2025
3496    $724.00    4/29/2025



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3499
4/25/25
Pay to the Order of: Twento   $ 600.00
Six Hundred   Dollars
AMBOY Bank
For

FOR DEPOSIT ONLY
PNC BANK
>031000053<

3499    $600.00    4/28/2025
3499    $600.00    4/28/2025



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3500
4/27/25
Pay to the Order of: Nina Amando   $ 700.00
Seven Hundred   Dollars
AMBOY Bank
For: up to date

3500    $700.00    4/29/2025
3500    $700.00    4/29/2025



3501    $1,185.00    4/28/2025

3501    $1,185.00    4/28/2025

3502    $750.00    4/28/2025

3502    $750.00    4/28/2025

3504    $1,285.00    4/29/2025

3504    $1,285.00    4/29/2025

13209    $467.89    4/1/2025

13209    $467.89    4/1/2025

13225    $88.38    4/14/2025

13225    $88.38    4/14/2025

13233    $196.64    4/2/2025

13233    $196.64    4/2/2025

 

13235  $467.89  4/3/2025          13235  $467.89  4/3/2025

 

13235  $467.89  4/14/2025         13235  $467.89  4/14/2025

 

13244  $54.96  4/16/2025          13244  $54.96  4/16/2025

 

13250  $318.61  4/1/2025          13250  $318.61  4/1/2025

 

13260  $668.22  4/1/2025          13260  $668.22  4/1/2025

  

13261  $467.89  4/9/2025          13261  $467.89  4/9/2025



13262   $349.15   4/1/2025              13262   $349.15   4/1/2025

13264   $265.42   4/1/2025              13264   $265.42   4/1/2025

13265   $58.99   4/7/2025              13265   $58.99   4/7/2025

13266   $266.95   4/8/2025              13266   $266.95   4/8/2025

13268   $1.04   4/8/2025              13268   $1.04   4/8/2025

13269   $192.16   4/1/2025              13269   $192.16   4/1/2025




13271   $48.23   4/16/2025

13271   $48.23   4/16/2025




13272   $199.36   4/1/2025

13272   $199.36   4/1/2025




13273   $309.17   4/3/2025

13273   $309.17   4/3/2025




13274   $506.68   4/1/2025

13274   $506.68   4/1/2025




13275   $30.43   4/1/2025

13275   $30.43   4/1/2025




13277   $219.28   4/1/2025

13277   $219.28   4/1/2025



13279   $501.58   4/1/2025        13279   $501.58   4/1/2025

13280   $9.24   4/1/2025        13280   $9.24   4/1/2025

13282   $429.52   4/7/2025        13282   $429.52   4/7/2025

13285   $187.96   4/7/2025        13285   $187.96   4/7/2025

13286   $668.22   4/14/2025        13286   $668.22   4/14/2025

13287   $467.89   4/9/2025        13287   $467.89   4/9/2025




13288    $349.15    4/8/2025          13288    $349.15    4/8/2025




13289    $428.75    4/15/2025         13289    $428.75    4/15/2025




13290    $134.35    4/7/2025          13290    $134.35    4/7/2025




13291    $36.82    4/7/2025           13291    $36.82    4/7/2025




13292    $81.01    4/8/2025           13292    $81.01    4/8/2025




13293    $269.13    4/9/2025          13293    $269.13    4/9/2025



13295  $287.33  4/14/2025          13295  $287.33  4/14/2025




13296  $120.23  4/7/2025           13296  $120.23  4/7/2025




13297  $83.01  4/16/2025           13297  $83.01  4/16/2025




13298  $272.34  4/8/2025           13298  $272.34  4/8/2025




13299  $309.17  4/9/2025           13299  $309.17  4/9/2025




13300  $506.68  4/8/2025           13300  $506.68  4/8/2025

 

13301    $51.89    4/7/2025

 

13303    $222.57    4/14/2025

 

13304    $29.02    4/8/2025

 

13305    $26.26    4/8/2025

 

13306    $589.07    4/9/2025

 

13307    $15.90    4/7/2025





13309   $429.52   4/7/2025 — 13309   $429.52   4/7/2025





13310   $210.00   4/7/2025 — 13310   $210.00   4/7/2025





13311   $85.00   4/14/2025 — 13311   $85.00   4/14/2025





13314   $261.96   4/16/2025 — 13314   $261.96   4/16/2025





13315   $668.22   4/21/2025 — 13315   $668.22   4/21/2025

13316   $467.89   4/25/2025 — 13316   $467.89   4/25/2025






13317   $349.15   4/15/2025          13317   $349.15   4/15/2025




13318   $428.75   4/15/2025          13318   $428.75   4/15/2025



13319   $174.14   4/14/2025          13319   $174.14   4/14/2025




13320   $59.06   4/14/2025          13320   $59.06   4/14/2025




13321   $91.82   4/14/2025          13321   $91.82   4/14/2025

13322   $269.13   4/14/2025          13322   $269.13   4/14/2025





13323   $345.34   4/14/2025          13323   $345.34   4/14/2025





13324   $234.54   4/15/2025          13324   $234.54   4/15/2025





13325   $84.08   4/16/2025           13325   $84.08   4/16/2025





13326   $282.47   4/15/2025          13326   $282.47   4/15/2025





13327   $309.17   4/16/2025          13327   $309.17   4/16/2025

13328   $506.68   4/15/2025          13328   $506.68   4/15/2025




13331    $212.61    4/14/2025




13332    $40.91    4/14/2025




13333    $7.77    4/24/2025




13334    $510.20    4/15/2025




13335    $9.61    4/21/2025




13337    $429.52    4/14/2025



13342   $668.22   4/25/2025            13342   $668.22   4/25/2025




13343   $467.89   4/22/2025            13343   $467.89   4/22/2025




13344   $349.15   4/23/2025            13344   $349.15   4/23/2025




13345   $428.75   4/25/2025            13345   $428.75   4/25/2025




13346   $256.51   4/21/2025            13346   $256.51   4/21/2025

13347   $20.25   4/22/2025            13347   $20.25   4/22/2025







13348  $189.94  4/25/2025            13348  $189.94  4/25/2025




13349  $269.13  4/23/2025            13349  $269.13  4/23/2025




13351  $276.89  4/23/2025            13351  $276.89  4/23/2025




13352  $236.47  4/29/2025            13352  $236.47  4/29/2025




13354  $279.56  4/22/2025            13354  $279.56  4/22/2025

13355  $309.17  4/25/2025            13355  $309.17  4/25/2025



 

13356  $506.68   4/22/2025          13356  $506.68   4/22/2025

 

13357  $45.82   4/22/2025          13357  $45.82   4/22/2025

 

13358  $12.67   4/24/2025          13358  $12.67   4/24/2025

 

13359  $225.03   4/22/2025          13359  $225.03   4/22/2025

 

13360  $2.31   4/23/2025          13360  $2.31   4/23/2025

13361  $490.57   4/24/2025          13361  $490.57   4/24/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 13362

Sixty-Three Dollars and Sixty-Two Cents

Date 04/18/2025    Amount ********$63.62

Pay   NICHOLAS J. TROISI
to the   5 GALAHAD DR.
Order   MANALAPAN NJ 07726
of

#00013362# #021204416# 16107764#

For Deposit Only - JPMC

13362    $63.62    4/21/2025

13362    $63.62    4/21/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 13364

Four Hundred Twenty-Nine Dollars and Fifty-Two Cents

Date 04/19/2025    Amount ********$429.52

Pay   THOMAS IANARDI
to the   24 MINGION DR.
Order   JACKSON NJ 08527
of

#00013364# #021204416# 16107764#

13364    $429.52    4/28/2025

13364    $429.52    4/28/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 13367

One Hundred Fifty-Five Dollars and Twenty-Nine Cents

Date 04/25/2025    Amount ********$155.29

Pay   MIA ABATE
to the   1 LOCUST GROVE LANE
Order   MANALAPAN NJ 07726
of

#00013367# #021204416# 16107764#

For Deposit Only - JPMC

13367    $155.29    4/28/2025

13367    $155.29    4/28/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 13368

Six Hundred Sixty-Eight Dollars and Twenty-Two Cents

Date 04/25/2025    Amount ********$668.22

Pay   SAULO AGUILAR VICENTE
to the   707 ELGTHIN CIRCLE APT #2
Order   FREEHOLD NJ 07728
of

#00013368# #021204416# 16107764#





13368    $668.22    4/28/2025

13368    $668.22    4/28/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 13369

Four Hundred Sixty-Seven Dollars and Eighty-Nine Cents

Date 04/25/2025    Amount ********$467.89

Pay   NINA AMARADO
to the   265 LONGWOOD DRIVE
Order   MANALAPAN NJ 07726
of

#00013369# #021204416# 16107764#





13369    $467.89    4/29/2025

13369    $467.89    4/29/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 13371

Four Hundred Twenty-Eight Dollars and Seventy-Five Cents

Date 04/25/2025    Amount ********$428.75

Pay   FIDEL CANO-SANTIAGO
to the   67 MANALAPAN AVE.
Order   FREEHOLD NJ 07728
of

#00013371# #021204416# 16107764#

For Deposit Only - JPMC

13371    $428.75    4/28/2025

13371    $428.75    4/28/2025



13372   $263.34   4/28/2025



13372   $263.34   4/28/2025



13375   $269.13   4/29/2025



13375   $269.13   4/29/2025



13379   $263.22   4/29/2025



13379   $263.22   4/29/2025



13381   $506.68   4/29/2025



13381   $506.68   4/29/2025



13385   $11.50   4/29/2025



13385   $11.50   4/29/2025



13386   $23.69   4/28/2025

13386   $23.69   4/28/2025



13388   $8.36   4/29/2025          13388   $8.36   4/29/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
_____
Street and Number                              City                    State        Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ........................................   ☐ Loan ...........................   ☐ Safe Deposit Box ( ......................... )

☐ Savings ...........................................   ☐ Certificate ..................   ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____     Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | |
|---|---|
| | DEPOSITS NOT SHOWN ON STATEMENT |
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | STATEMENT BALANCE |
| **TOTAL** | **TOTAL** |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

**Amboy Bank Error Resolution Notice**

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

**Electronic Funds Transfer**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY