For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD        NJ 07728**

**Don't miss our FREE Senior Fairs
from April 9th to April 30th!**

**To register or for more information,
visit amboybank.com/seniorfair or call 877.22.AMBOY**

## Free Small Business Account            Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | $4,023.00 |
| Deposits and other credits (+) | $208,504.34 |
| Withdrawals, checks and other debits (-) | $212,418.55 |
| Ending Balance on 04-30 | $108.79 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,476.68 | 04-11 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,196.82 |
| 04-02 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,899.48 | 04-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 26,000.00 |
| 04-03 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,914.56 | 04-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,857.71 |
| 04-04 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,778.29 | 04-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,700.64 |
| 04-07 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,342.87 | 04-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,845.45 |
| 04-07 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,861.13 | 04-15 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,764.91 |
| 04-07 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,742.13 | 04-16 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,817.19 |
| 04-08 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,656.50 | 04-17 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,097.61 |
| 04-09 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,346.90 | 04-18 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,219.17 |
| 04-10 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,887.83 | 04-21 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,711.31 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-21 | 498467450884 MERCHANT BANKCD DEPOSIT | 8,245.31 | 04-28 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,276.72 |
| 04-21 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,193.98 | 04-28 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,117.57 |
| 04-22 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,796.36 | 04-28 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,305.16 |
| 04-23 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,465.96 | 04-29 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,481.30 |
| 04-24 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,583.25 | 04-30 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,624.06 |
| 04-25 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,297.49 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | 3894979297 Jackson Township 7329282222 | 101.95 | 04-04 | 498467450884 MERCHANT BANKCD DISCOUNT | 97.24 |
| 04-01 | 3L8685896025088 PRUDENTIAL INS PREM | 162.83 | 04-04 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |
| 04-01 | 498467450884 MERCHANT BANKCD DISCOUNT | 191.69 | 04-04 | Internet Transfer to xxx7764 | 2,400.00 |
| 04-01 | Internet Transfer to xxx8183 | 75.00 | 04-07 | Internet Transfer to xxx2100 | 200.00 |
| 04-01 | Internet Transfer to xxx7764 | 150.00 | 04-07 | 498467450884 MERCHANT BANKCD DISCOUNT | 116.99 |
| 04-01 | Internet Transfer to xxx8087 | 225.00 | 04-07 | 6046001013 68041 SAMS SYF PAYMNT | 150.00 |
| 04-01 | BRANCH WITHDRAWAL | 500.00 | 04-07 | 8263863381 J2484 OOFF CZ10000DT7G7C TRN*1*CZ10000DT7G7C\RMR*IK*SPIN | 300.00 |
| 04-01 | Internet Transfer to xxx8183 | 600.00 | | | |
| 04-01 | Internet Transfer to xxx8183 | 700.00 | | | |
| 04-01 | Internet Transfer to xxx7764 | 750.00 | 04-07 | 498467450884 MERCHANT BANKCD DISCOUNT | 380.14 |
| 04-01 | Internet Transfer to xxx8183 | 1,500.00 | 04-07 | 498467450884 MERCHANT BANKCD DISCOUNT | 410.97 |
| 04-01 | Internet Transfer to xxx7764 | 4,000.00 | | | |
| 04-02 | 498467450884 MERCHANT BANKCD DISCOUNT | 101.49 | 04-07 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 1,000.00 |
| 04-02 | 6046001013 68041 SAMS SYF PAYMNT | 175.00 | | | |
| 04-02 | Internet Transfer to xxx8087 | 100.00 | 04-07 | Internet Transfer to xxx8183 | 290.00 |
| 04-02 | BRANCH WITHDRAWAL | 200.00 | 04-07 | Internet Transfer to xxx7764 | 500.00 |
| 04-02 | Internet Transfer to xxx7764 | 430.00 | 04-07 | Internet Transfer to xxx8087 | 850.00 |
| 04-02 | Internet Transfer to xxx7764 | 433.00 | 04-07 | Internet Transfer to xxx7764 | 965.00 |
| 04-02 | Internet Transfer to xxx7764 | 1,000.00 | 04-07 | Internet Transfer to xxx8183 | 3,500.00 |
| 04-02 | Internet Transfer to xxx8183 | 1,000.00 | 04-07 | Internet Transfer to xxx7764 | 4,800.00 |
| 04-03 | 498467450884 MERCHANT BANKCD DISCOUNT | 102.00 | 04-07 | Internet Transfer to xxx7764 | 12,500.00 |
| 04-03 | XXXXX4584 FARMERS INS EFT PYMT | 409.15 | 04-08 | 498467450884 MERCHANT BANKCD DISCOUNT | 127.98 |
| 04-03 | Internet Transfer to xxx7764 | 2,400.00 | 04-08 | BRANCH WITHDRAWAL | 150.00 |
| 04-04 | 6045991045 70070 Sams Club SYF PAYMNT | 50.00 | | | |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

**Withdrawals and Other Debits (cont.)**

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-08 | Internet Transfer to xxx8183 | 300.00 | 04-16 | Internet Transfer to xxx7764 | 2,500.00 |
| 04-08 | BRANCH WITHDRAWAL | 450.00 | 04-16 | Internet Transfer to xxx7764 | 5,500.00 |
| 04-08 | Internet Transfer to xxx7764 | 2,600.00 | 04-17 | Internet Transfer to xxx2100 | 250.00 |
| 04-09 | 498467450884 MERCHANT BANKCD DISCOUNT | 82.15 | 04-17 | 498467450884 MERCHANT BANKCD DISCOUNT | 213.41 |
| 04-09 | Internet Transfer to xxx7764 | 2,250.00 | 04-17 | 228389832258 ALLY ALLY PAYMT | 447.61 |
| 04-10 | 604600101368041 SAMS SYF PAYMNT | 100.00 | 04-17 | Internet Transfer to xxx8087 | 100.00 |
| 04-10 | 498467450884 MERCHANT BANKCD DISCOUNT | 101.07 | 04-17 | Internet Transfer to xxx7764 | 700.00 |
| 04-10 | 604599104570070 Sams Club SYF PAYMNT | 150.00 | 04-17 | Internet Transfer to xxx8183 | 1,500.88 |
| 04-10 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 | 04-17 | Internet Transfer to xxx7764 | 2,000.00 |
| 04-10 | 1897984 VZ WIRELESS VN E CHECK | 226.84 | 04-17 | Internet Transfer to xxx7764 | 3,500.00 |
| 04-10 | Internet Transfer to xxx7764 | 2,150.00 | 04-18 | Internet Transfer to xxx2100 | 250.00 |
| 04-11 | Internet Transfer to xxx2100 | 200.00 | 04-18 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 04-11 | Internet Transfer to xxx2100 | 640.00 | 04-18 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 04-11 | 498467450884 MERCHANT BANKCD DISCOUNT | 146.89 | 04-18 | 498467450884 MERCHANT BANKCD DISCOUNT | 247.67 |
| 04-11 | 4356HOU6SAZ3Q6V CAPITAL ONE ONLINE PMT | 226.85 | 04-18 | Internet Transfer to xxx8087 | 100.00 |
| 04-11 | BRANCH WITHDRAWAL | 1,000.00 | 04-18 | Internet Transfer to xxx8183 | 1,500.00 |
| 04-11 | Internet Transfer to xxx7764 | 2,000.00 | 04-18 | Internet Transfer to xxx7764 | 4,000.00 |
| 04-14 | Internet Transfer to xxx2100 | 1,000.00 | 04-21 | Internet Transfer to xxx2100 | 250.00 |
| 04-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 170.02 | 04-21 | 5P-XXXXX5704 EZPASS8882886865 AUTO REPL | 35.00 |
| 04-14 | 604600101368041 SAMS SYF PAYMNT | 180.00 | 04-21 | 5931692 INTUIT * QBooks Onl | 65.00 |
| 04-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 409.53 | 04-21 | 498467450884 MERCHANT BANKCD DISCOUNT | 234.90 |
| 04-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 414.59 | 04-21 | 498467450884 MERCHANT BANKCD DISCOUNT | 288.58 |
| 04-14 | 8323644928 CHASE CREDIT CRD EPAY | 500.00 | 04-21 | 498467450884 MERCHANT BANKCD DISCOUNT | 356.78 |
| 04-14 | Internet Transfer to xxx8087 | 1,000.00 | 04-21 | 8340624347 CHASE CREDIT CRD EPAY | 500.00 |
| 04-14 | Internet Transfer to xxx7764 | 15,000.00 | 04-21 | XXXXX0047 FARM FAMILY INS PREMIUM | 1,113.51 |
| 04-15 | Internet Transfer to xxx2100 | 500.00 | 04-21 | Internet Transfer to xxx8087 | 750.00 |
| 04-15 | 498467450884 MERCHANT BANKCD DISCOUNT | 201.78 | 04-21 | BRANCH WITHDRAWAL | 4,000.00 |
| 04-15 | 4361G4SE72EQXJR CAPITAL ONE ONLINE PMT | 21,320.31 | 04-21 | Internet Transfer to xxx7764 | 5,000.88 |
| 04-15 | Internet Transfer to xxx7764 | 4,000.00 | 04-21 | Internet Transfer to xxx7764 | 7,000.00 |
| 04-15 | Internet Transfer to xxx7764 | 5,000.00 | 04-22 | Internet Transfer to xxx2100 | 250.00 |
| 04-16 | Internet Transfer to xxx2100 | 500.00 | 04-22 | 604599104570070 Sams Club SYF PAYMNT | 100.00 |
| 04-16 | 498467450884 MERCHANT BANKCD DISCOUNT | 203.59 | 04-22 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |
| | | | 04-22 | 498467450884 MERCHANT BANKCD DISCOUNT | 237.88 |
| | | | 04-22 | Internet Transfer to xxx7764 | 1,500.00 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---:|---|---|---:|
| 04-22 | Internet Transfer to xxx8183 | 1,500.00 | 04-28 | 498467450884 MERCHANT BANKCD DISCOUNT | 184.68 |
| 04-22 | Internet Transfer to xxx7764 | 2,000.00 | 04-28 | 498467450884 MERCHANT BANKCD DISCOUNT | 354.11 |
| 04-22 | BRANCH WITHDRAWAL | 5,500.00 | 04-28 | 498467450884 MERCHANT BANKCD DISCOUNT | 395.69 |
| 04-23 | Internet Transfer to xxx2100 | 500.00 | 04-28 | Internet Transfer to xxx8087 | 700.00 |
| 04-23 | 498467450884 MERCHANT BANKCD DISCOUNT | 121.31 | 04-28 | BRANCH WITHDRAWAL | 1,000.00 |
| 04-23 | Internet Transfer to xxx8087 | 500.00 | 04-28 | Internet Transfer to xxx8183 | 1,500.00 |
| 04-23 | Internet Transfer to xxx7764 | 2,000.00 | 04-28 | Internet Transfer to xxx7764 | 2,500.00 |
| 04-23 | Internet Transfer to xxx7764 | 5,500.00 | 04-28 | BRANCH WITHDRAWAL | 4,000.00 |
| 04-24 | 604599104570070 Sams Club SYF PAYMNT | 100.00 | 04-28 | Internet Transfer to xxx8183 | 5,000.00 |
| 04-24 | 604600101368041 SAMS SYF PAYMNT | 100.00 | 04-28 | Internet Transfer to xxx7764 | 10,000.00 |
| 04-24 | 498467450884 MERCHANT BANKCD DISCOUNT | 160.40 | 04-29 | 498467450884 MERCHANT BANKCD DISCOUNT | 121.85 |
| 04-24 | Internet Transfer to xxx8183 | 200.00 | 04-29 | BRANCH WITHDRAWAL | 500.00 |
| 04-24 | Internet Transfer to xxx8183 | 200.00 | 04-29 | Internet Transfer to xxx8183 | 1,000.00 |
| 04-24 | BRANCH WITHDRAWAL | 250.00 | 04-29 | Internet Transfer to xxx7764 | 3,500.00 |
| 04-24 | Internet Transfer to xxx7764 | 2,000.00 | 04-30 | 604600101368041 SAMS SYF PAYMNT | 50.00 |
| 04-24 | Internet Transfer to xxx7764 | 2,000.00 | 04-30 | 498467450884 MERCHANT BANKCD CHARGEBACK | 52.07 |
| 04-25 | 498467450884 MERCHANT BANKCD DISCOUNT | 150.41 | 04-30 | 498467450884 MERCHANT BANKCD DISCOUNT | 91.84 |
| 04-25 | Internet Transfer to xxx8183 | 1,000.00 | 04-30 | XXXXX9800 FARMERS NW LIFE INS. PREM | 188.74 |
| 04-25 | Internet Transfer to xxx7764 | 2,000.00 | 04-30 | Internet Transfer to xxx7764 | 200.00 |
| 04-28 | Internet Transfer to xxx2100 | 500.00 | 04-30 | Internet Transfer to xxx7764 | 2,200.00 |
| 04-28 | 604600101368041 SAMS SYF PAYMNT | 100.00 | 04-30 | SERVICE CHARGE | 10.20 |

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---:|---:|
| TOTAL OVERDRAFT FEES: | 0.00 | 35.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |



0  $500.00   4/1/2025
0  $200.00   4/2/2025
0  $150.00   4/8/2025
0  $450.00   4/8/2025
0  $1,000.00  4/11/2025
0  $4,000.00  4/21/2025
0  $5,500.00  4/22/2025
0  $250.00   4/24/2025
0  $1,000.00  4/28/2025
0  $4,000.00  4/28/2025
0  $500.00   4/29/2025