| | |
|---|---|
| ☎ | For customer service or current rates call: 732-591-2530 |
| ✉ | Write to: Amboy Bank 3590 U. S. Highway 9 Old Bridge, NJ 08857 |
| 🏢 | Visit us at www.amboybank.com |
| ☎ | Telephone Banking call 1-877-24AMBOY |

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD        NJ 07728**

**Don't miss our FREE Senior Fairs**
**from April 9th to April 30th!**

**To register or for more information,**
**visit amboybank.com/seniorfair or call 877.22.AMBOY**

## Free Small Business Account                  Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | $226.01 |
| Deposits and other credits (+) | $213,082.35 |
| Withdrawals, checks and other debits (-) | $212,496.67 |
| Ending Balance on 04-30 | $811.69 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 75.00 | 04-04 | 498439492881 MERCHANT BANKCD DEPOSIT | 837.88 |
| 04-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 600.00 | 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 290.00 |
| 04-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 | 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,500.00 |
| 04-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 | 04-07 | DEPOSIT | 45,000.00 |
| 04-02 | DEPOSIT | 90.00 | 04-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,433.19 |
| 04-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 04-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,447.96 |
| 04-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 961.66 | 04-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,151.06 |
| 04-03 | 498439492881 MERCHANT BANKCD DEPOSIT | 732.63 | 04-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 300.00 |
| 04-03 | RETURNED ITEM, INSUFFICIENT FUNDS, FAE184 ACE ENDICO CORP FAE184 | 971.80 | 04-08 | DEPOSIT | 300.00 |
| | | | 04-09 | DEPOSIT | 20,000.00 |
| | | | 04-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 816.70 |
| 04-04 | ST-H2I6T0I9I9M2 DoorDash, Inc. DoorDash - | 117.61 | 04-10 | DEPOSIT | 83,218.13 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

**Account number: 16108183**

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-10 | 498439492881 MERCHANT BANKCD DEPOSIT | 730.28 | 04-22 | RETURN CHECK #1111 ENDORSEMENT NOT AS DRAWN | 500.00 |
| 04-11 | ST-N7R3W0Q6Q7D7 DoorDash, Inc. DoorDash - | 96.92 | 04-23 | 498439492881 MERCHANT BANKCD DEPOSIT | 829.22 |
| 04-11 | 498439492881 MERCHANT BANKCD DEPOSIT | 491.44 | 04-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 |
| 04-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,004.29 | 04-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 |
| 04-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,974.28 | 04-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 200.00 |
| 04-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,821.15 | 04-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 1,000.00 |
| 04-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 597.16 | 04-24 | 498439492881 MERCHANT BANKCD DEPOSIT | 805.24 |
| 04-17 | DEPOSIT | 665.00 | 04-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 04-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.88 | 04-25 | ST-K1H9S3F5T8G7 DoorDash, Inc. DoorDash - | 54.71 |
| 04-17 | 498439492881 MERCHANT BANKCD DEPOSIT | 588.72 | 04-25 | 498439492881 MERCHANT BANKCD DEPOSIT | 780.75 |
| 04-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 | 04-28 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,500.00 |
| 04-18 | ST-A6C7X6E9T3I9 DoorDash, Inc. DoorDash - | 83.85 | 04-28 | DEPOSIT | 1,665.00 |
| 04-18 | 498439492881 MERCHANT BANKCD DEPOSIT | 659.70 | 04-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 |
| 04-21 | DEPOSIT | 365.00 | 04-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 587.20 |
| 04-21 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,911.71 | 04-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,602.68 |
| 04-21 | 498439492881 MERCHANT BANKCD DEPOSIT | 9,597.95 | 04-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,649.79 |
| 04-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 | 04-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 04-22 | RETURN CHECK #1110 ENDORSEMENT NOT AS DRAWN | 500.00 | 04-30 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,875.81 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1086* | 04-24 | 2,497.00 | 1112* | 04-11 | 1,000.00 | 1333 | 04-08 | 249.65 |
| 1106 | 04-01 | 911.00 | 1216* | 04-14 | 500.00 | 1334 | 04-09 | 582.63 |
| 1107* | 04-01 | 1,000.00 | 1254 | 04-07 | 916.67 | 1335 | 04-07 | 300.00 |
| 1109 | 04-02 | 600.00 | 1255* | 04-23 | 1,558.57 | 1336 | 04-09 | 500.00 |
| 1110 | 04-21 | 500.00 | 1323* | 04-01 | 500.00 | 1337 | 04-11 | 300.00 |
| 1111 | 04-21 | 500.00 | 1332 | 04-01 | 1,250.00 | 1338 | 04-09 | 500.00 |

*Indicates a gap in check number sequence

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

Account number: 16108183

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1339 | 04-10 | 1,919.00 | 1355 | 04-17 | 1,000.00 | 1372 | 04-14 | 600.00 |
| 1340 | 04-14 | 1,867.80 | 1356 | 04-15 | 600.00 | 1373 | 04-17 | 600.00 |
| 1341 | 04-15 | 1,250.00 | 1357 | 04-24 | 600.00 | 1374 | 04-30 | 563.00 |
| 1342 | 04-11 | 300.00 | 1358 | 04-24 | 600.00 | 1375 | 04-28 | 4,963.03 |
| 1343* | 04-11 | 266.64 | 1359* | 04-18 | 350.00 | 1376* | 04-24 | 750.00 |
| 1346 | 04-16 | 10,000.00 | 1362 | 04-28 | 1,250.00 | 1379* | 04-29 | 500.00 |
| 1347 | 04-14 | 250.00 | 1363 | 04-22 | 715.00 | 1384 | 04-28 | 946.00 |
| 1348 | 04-14 | 500.00 | 1364 | 04-28 | 325.00 | 1385* | 04-28 | 469.25 |
| 1349 | 04-11 | 225.00 | 1365 | 04-24 | 500.00 | 1388 | 04-30 | 500.00 |
| 1350 | 04-14 | 500.00 | 1366 | 04-14 | 180.00 | 1389 | 04-28 | 650.00 |
| 1351 | 04-14 | 1,169.97 | 1367 | 04-15 | 672.00 | 1390 | 04-30 | 180.00 |
| 1352 | 04-18 | 589.40 | 1368 | 04-14 | 500.00 | 1391 | 04-30 | 150.00 |
| 1353 | 04-14 | 584.00 | 1369* | 04-21 | 240.00 | | | |
| 1354 | 04-21 | 584.00 | 1371 | 04-17 | 1,057.66 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 04-02 | 2C7J69771030800 HARLAND CLARKE CHK ORDER | 64.89 |
| 04-02 | FAE184 ACE ENDICO CORP FAE184 | 971.80 |
| 04-02 | 433A4WQJVJIS8YF CAPITAL ONE ONLINE PMT | 1,000.00 |
| 04-02 | OVERDRAFT CHARGE | 35.00 |
| 04-03 | 7300000118 PAYMENT 250402 0000 6800978201 | 398.00 |
| 04-03 | RETURNED CHECK CHARGE | 35.00 |
| 04-03 | OVERDRAFT CHARGE | 70.00 |
| 04-04 | FAE184 ACE ENDICO CORP FAE184 | 971.80 |
| 04-07 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 250.00 |
| 04-07 | 15800501 OPTIMUM 7864 CABLE PMNT | 290.23 |
| 04-07 | 100157799766 FirstEnergy OPCO-ACH | 500.50 |
| 04-07 | 100157354216 FirstEnergy OPCO-ACH | 500.50 |
| 04-07 | 100157799766 FirstEnergy OPCO-ACH | 500.50 |
| 04-07 | 433WV35CGXFCDHZ CAPITAL ONE ONLINE PMT | 1,000.00 |
| 04-07 | FAE184 ACE ENDICO CORP FAE184 | 1,021.80 |
| 04-08 | FAE184 ACE ENDICO CORP FAE184 | 841.15 |
| 04-08 | 434K8K7NTZEPWEV CAPITAL ONE ONLINE PMT | 48,000.00 |
| 04-09 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 |
| 04-09 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.76 |
| 04-09 | Internet Transfer to xxx7764 | 2,500.00 |
| 04-09 | Internet Transfer to xxx7764 | 6,100.00 |
| 04-10 | 434ZKSLH0M9B8T3 CAPITAL ONE ONLINE PMT | 16,329.58 |
| 04-11 | FAE184 ACE ENDICO CORP FAE184 | 841.15 |
| 04-14 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 365.97 |
| 04-14 | 100147193088 FirstEnergy OPCO-ACH | 500.50 |
| 04-14 | Internet Transfer to xxx8087 | 500.00 |
| 04-14 | Internet Transfer to xxx8087 | 590.00 |
| 04-14 | Internet Transfer to xxx8087 | 2,550.00 |
| 04-14 | Internet Transfer to xxx7764 | 7,500.00 |
| 04-14 | Internet Transfer to xxx7764 | 18,000.00 |
| 04-14 | Internet Transfer to xxx8087 | 22,500.00 |
| 04-17 | 436H2YI4VAE0GNR CAPITAL ONE ONLINE PMT | 774.05 |
| 04-18 | 436OJA8ZVGW1Q3B CAPITAL ONE ONLINE PMT | 500.00 |
| 04-21 | 5931688 INTUIT * QBooks Onl | 65.00 |
| 04-21 | 8263863381 J2498 OOFF CZ10000E5BPBC TRN*1*CZ10000E5BPBC\RM R*IK*THE LAW | 500.00 |
| 04-21 | 436W6M8AH1PBPEF CAPITAL ONE ONLINE PMT | 1,500.00 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

Account number: 16108183

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-22 | 437I3QFPTSC4Y8N CAPITAL ONE ONLINE PMT | 1,500.00 | 04-25 | 4384US1D8GP3TQV CAPITAL ONE ONLINE PMT | 2,000.00 |
| 04-22 | BRANCH WITHDRAWAL | 5,500.00 | 04-28 | 438CEXAZ43W7RDJ CAPITAL ONE ONLINE PMT | 2,500.00 |
| 04-23 | 437PMMAAM8T1S9J CAPITAL ONE ONLINE PMT | 1,500.00 | 04-30 | Internet Transfer to xxx7764 | 1,000.00 |
| 04-23 | Internet Transfer to xxx7764 | 1,500.00 | 04-30 | Internet Transfer to xxx7764 | 1,500.00 |
| 04-24 | 437X9GPS4KEJ49J CAPITAL ONE ONLINE PMT | 1,500.00 | 04-30 | Internet Transfer to xxx7764 | 1,500.00 |
| 04-25 | Internet Transfer to xxx2100 | 250.00 | 04-30 | SERVICE CHARGE | 8.80 |
| 04-25 | NJNG800221005 1 NJNATGASCOMPANY NJNGCO | 150.00 | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 105.00 | 3,360.00 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $420.00 |



| Check # | Amount | Date |
|---|---|---|
| 0 | $5,500.00 | 4/22/2025 |
| 1086 | $2,497.00 | 4/24/2025 |
| 1106 | $911.00 | 4/1/2025 |
| 1107 | $1,000.00 | 4/1/2025 |
| 1109 | $600.00 | 4/2/2025 |
| 1110 | $500.00 | 4/21/2025 |
| 1111 | $500.00 | 4/21/2025 |
| 1112 | $1,000.00 | 4/11/2025 |
| 1216 | $500.00 | 4/14/2025 |
| 1254 | $916.67 | 4/7/2025 |
| 1255 | $1,558.57 | 4/23/2025 |
| 1323 | $500.00 | 4/1/2025 |

| Check # | Amount | Date | Payee | Memo |
|---|---|---|---|---|
| 1332 | $1,250.00 | 4/1/2025 | Cardinale Group | on acct |
| 1333 | $249.65 | 4/8/2025 | Ranchers Best | INV 501823 |
| 1334 | $582.63 | 4/9/2025 | Paramount Paper | |
| 1335 | $300.00 | 4/7/2025 | Marisole Manzano | |
| 1336 | $500.00 | 4/9/2025 | M + M Meats | |
| 1337 | $300.00 | 4/11/2025 | Cash | Nello |
| 1338 | $500.00 | 4/9/2025 | Ranchers Best | on Acct |
| 1339 | $1,919.00 | 4/10/2025 | Ranchers Best | |
| 1340 | $1,867.80 | 4/14/2025 | Sullivan Brothers | 1/28 |
| 1341 | $1,250.00 | 4/15/2025 | Cardinale Group | on acct |
| 1342 | $300.00 | 4/11/2025 | Marisole Manzano | |
| 1343 | $266.64 | 4/11/2025 | Ranchers Best | 502444 |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1346 | $10,000.00 | 4/16/2025 | Michael Cannello |
| 1347 | $250.00 | 4/14/2025 | Cintas |
| 1348 | $500.00 | 4/14/2025 | Abbate Bakery |
| 1349 | $225.00 | 4/11/2025 | Edesia Oil |
| 1350 | $500.00 | 4/14/2025 | Ernelindo Castegnete |
| 1351 | $1,169.97 | 4/14/2025 | Rancher's Best |
| 1352 | $589.40 | 4/18/2025 | Paramount Pa. |
| 1353 | $584.00 | 4/14/2025 | Carbone |
| 1354 | $584.00 | 4/21/2025 | Carbone |
| 1355 | $1,000.00 | 4/17/2025 | Rosario Falzon |
| 1356 | $600.00 | 4/15/2025 | Cash |
| 1357 | $600.00 | 4/24/2025 | Agostino Bonelli |

| Check # | Amount | Date |
|---|---|---|
| 1358 | $600.00 | 4/24/2025 |
| 1359 | $350.00 | 4/18/2025 |
| 1362 | $1,250.00 | 4/28/2025 |
| 1363 | $715.00 | 4/22/2025 |
| 1364 | $325.00 | 4/28/2025 |
| 1365 | $500.00 | 4/24/2025 |
| 1366 | $180.00 | 4/14/2025 |
| 1367 | $672.00 | 4/15/2025 |
| 1368 | $500.00 | 4/14/2025 |
| 1369 | $240.00 | 4/21/2025 |
| 1371 | $1,057.66 | 4/17/2025 |
| 1372 | $600.00 | 4/14/2025 |



1373   $600.00   4/17/2025

1374   $563.00   4/30/2025

1375   $4,963.03   4/28/2025

1376   $750.00   4/24/2025

1379   $500.00   4/29/2025

1384   $946.00   4/28/2025

1385   $469.25   4/28/2025

1388   $500.00   4/30/2025

1389   $650.00   4/28/2025

1390   $180.00   4/30/2025

1391   $150.00   4/30/2025