# EXHIBIT TO MAY 2025 MOR

      The within case was filed on April 30, 2025 and May 2025 is the first monthly operating report for the Debtor for the complete month. The monthly operating report shows all cash receipts and disbursements for the Debtor's DIP Account ONLY but the bank statements reflect all cash receipts and disbursements for the full calendar month of May, 2025 for all accounts. The Debtor is an individual but has two operating businesses not in active bankruptcy.

      The Debtor has four business bank accounts and 1 DIP Account with Amboy Bank:

- General Operating Account The Skillet By Sal Inc. -#7764
- Merchant Account The Skillet By Sal Inc. – #8087
- General Operating Account NVJSS Restaurant LLC (Skillet Affiliate) -#8272
- General Operating Account Faenza's Gourmet Market, LLC-#8183
- DIP Individual Account- #7455

      The Debtor has not yet filed a 2024 Tax Return and this is currently being prepared by the Debtor's accountant. The Debtor will also be filing a retention application for the accountant for his continued services and for his assistance with the monthly operating reports. This report will be amended if necessary if the MOR does not correctly reflect the business cash disbursements and receipts as per the US Trustee Guidelines.