For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

SALVATORE FAENZA
DIP ACCOUNT # 25-14559
7 DANCER LANE
FREEHOLD        NJ  07728

**Don't miss our FREE Senior Fairs
from April 9th to April 30th!**

**To register or for more information,
visit amboybank.com/seniorfair or call 877.22.AMBOY**

## Free Personal Check Account     Account number: 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-14 | $0.00 |
| Deposits and other credits (+) | $6,983.00 |
| Withdrawals, checks and other debits (-) | $6,277.86 |
| Ending Balance on 05-30 | $705.14 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-14 | DEPOSIT | 40.00 | 05-27 | DEPOSIT | 693.00 |
| 05-19 | DEPOSIT | 3,000.00 | 05-27 | DEPOSIT | 3,250.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 05-27 | 3,250.00 | 1002 | 05-19 | 3,000.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-29 | 2DW148540223000 HARLAND CLARKE CHK ORDER | 27.86 | | | |

1001  $3,250.00  5/27/2025

1002  $3,000.00  5/19/2025