For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD        NJ  07728**

Don't miss our FREE Senior Fairs
from April 9th to April 30th!

To register or for more information,
visit amboybank.com/seniorfair or call 877.22.AMBOY

## Free Small Business Account

Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | $811.69 |
| Deposits and other credits (+) | $81,450.68 |
| Withdrawals, checks and other debits (-) | $80,368.52 |
| Ending Balance on 05-30 | $1,893.85 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 | 05-05 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,294.66 |
| 05-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 550.00 | 05-06 | 498439492881 MERCHANT BANKCD DEPOSIT | 10.06 |
| 05-01 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,180.43 | 05-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 875.70 |
| 05-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 | 05-08 | DEPOSIT | 500.00 |
| 05-02 | ST-P4O9K2T6H8F2 DoorDash, Inc. DoorDash - | 167.50 | 05-08 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,450.00 |
| 05-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 632.60 | 05-08 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,498.09 |
| 05-05 | DEPOSIT | 300.00 | 05-09 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,000.00 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 05-09 | ST-Y8X6Y2J5G7D2 DoorDash, Inc. DoorDash - | 38.26 |
| 05-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 | 05-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 828.34 |
| 05-05 | 498439492881 MERCHANT BANKCD DEPOSIT | 705.45 | 05-12 | DEPOSIT | 665.00 |
| 05-05 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,629.01 | 05-12 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 5,000.00 |

**FAENZA'S GOURMET MARKET LLC**

## Free Small Business Account

**Account number: 16108183**

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-12 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,596.90 | 05-19 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,405.46 |
| 05-12 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,644.45 | 05-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 800.00 |
| 05-12 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,028.99 | 05-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 |
| 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 700.00 | 05-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 |
| 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 05-21 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,563.35 |
| 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 05-22 | 498439492881 MERCHANT BANKCD DEPOSIT | 672.70 |
| 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,000.00 | 05-23 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 500.00 |
| 05-13 | 498439492881 MERCHANT BANKCD DEPOSIT | 24.51 | 05-23 | ST-U6F9S1Z9H1L5 DoorDash, Inc. DoorDash - | 146.71 |
| 05-14 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,000.00 | 05-23 | 498439492881 MERCHANT BANKCD DEPOSIT | 766.26 |
| 05-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 631.48 | 05-27 | DEPOSIT | 365.00 |
| 05-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,600.00 | 05-27 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 8,000.00 |
| 05-15 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,859.44 | 05-27 | 498439492881 MERCHANT BANKCD DEPOSIT | 226.85 |
| 05-16 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 650.00 | 05-27 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,124.07 |
| 05-16 | ST-U1O2K3U6F3E6 DoorDash, Inc. DoorDash - | 78.57 | 05-27 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,616.96 |
| 05-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,238.88 | 05-27 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,881.24 |
| 05-19 | DEPOSIT | 300.00 | 05-28 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 |
| 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 05-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 678.44 |
| 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 5,200.00 | 05-29 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,069.34 |
| 05-19 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,394.59 | 05-30 | ST-P0F1Y5I9X4E1 DoorDash, Inc. DoorDash - | 86.60 |
| 05-19 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,715.81 | 05-30 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,358.98 |

**FAENZA'S GOURMET MARKET LLC**

# Free Small Business Account

Account number: 16108183

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1256 | 05-02 | 916.67 | 1400 | 05-08 | 500.00 | 1419 | 05-15 | 400.00 |
| 1257* | 05-13 | 1,558.51 | 1401 | 05-12 | 1,561.22 | 1420 | 05-19 | 1,440.22 |
| 1377 | 05-07 | 500.00 | 1402 | 05-09 | 145.00 | 1421 | 05-27 | 1,440.22 |
| 1378* | 05-07 | 500.00 | 1403* | 05-19 | 1,000.00 | 1422 | 05-21 | 174.00 |
| 1380* | 05-28 | 500.00 | 1406 | 05-14 | 1,319.74 | 1423 | 05-22 | 584.00 |
| 1386 | 05-01 | 600.00 | 1407 | 05-21 | 1,553.34 | 1424 | 05-27 | 584.00 |
| 1387* | 05-01 | 600.00 | 1408 | 05-28 | 1,653.23 | 1425* | 05-20 | 420.00 |
| 1392 | 05-05 | 1,213.55 | 1409 | 05-16 | 1,000.00 | 1428 | 05-27 | 1,406.84 |
| 1393 | 05-01 | 315.00 | 1410 | 05-15 | 173.00 | 1429 | 05-29 | 1,250.00 |
| 1394 | 05-01 | 700.00 | 1411 | 05-13 | 370.00 | 1430 | 05-21 | 500.00 |
| 1395 | 05-12 | 725.29 | 1412 | 05-13 | 900.00 | 1431 | 05-22 | 340.00 |
| 1396 | 05-06 | 505.00 | 1413 | 05-19 | 900.00 | 1432 | 05-27 | 994.34 |
| 1397 | 05-05 | 200.00 | 1414* | 05-19 | 2,205.67 | 1433 | 05-28 | 120.00 |
| 1398 | 05-05 | 1,000.00 | 1416* | 05-23 | 1,600.00 | 1434 | 05-28 | 600.00 |
| 1399 | 05-09 | 1,250.00 | 1418 | 05-19 | 350.00 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Internet Transfer to xxx8087 | 250.00 | 05-12 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 377.78 |
| 05-02 | Internet Transfer to xxx8087 | 100.00 | 05-12 | 10015735416 FirstEnergy OPCO-ACH | 30.50 |
| 05-05 | 7300000118 PAYMENT 250502 0000 6800978201 | 398.00 | 05-12 | 10015735416 FirstEnergy OPCO-ACH | 300.50 |
| 05-05 | Internet Transfer to xxx7764 | 750.00 | 05-12 | 10015779976 FirstEnergy OPCO-ACH | 300.50 |
| 05-06 | Internet Transfer to xxx8087 | 100.00 | 05-12 | 43BATXSRX2ORR6F CAPITAL ONE ONLINE PMT | 3,500.00 |
| 05-06 | Internet Transfer to xxx8272 | 1,250.00 | 05-13 | 43BXKM2EGUY5B9Z CAPITAL ONE ONLINE PMT | 2,000.00 |
| 05-06 | Internet Transfer to xxx7764 | 1,350.00 | 05-13 | 43BJPRGJ54DH8IF CAPITAL ONE ONLINE PMT | 3,000.00 |
| 05-06 | Internet Transfer to xxx7764 | 3,000.00 | 05-14 | 43C565A4QPO0V9Z CAPITAL ONE ONLINE PMT | 2,000.00 |
| 05-07 | 43AO0ZWRLK7XWLZ CAPITAL ONE ONLINE PMT | 1,500.00 | 05-15 | 43CCTH86OEVO2MV CAPITAL ONE ONLINE PMT | 3,500.00 |
| 05-07 | Internet Transfer to xxx7764 | 500.00 | 05-16 | 43CKESAG699AFKN CAPITAL ONE ONLINE PMT | 2,000.00 |
| 05-08 | 43AVL5XA16NDD1Z CAPITAL ONE ONLINE PMT | 2,000.00 | 05-16 | OVERDRAFT CHARGE | 70.00 |
| 05-09 | A20778010 EXCLUSIVESHOPAHO WEBPAYMENT | 150.00 | 05-19 | 43CS094EAUFF5UF CAPITAL ONE ONLINE PMT | 3,000.00 |
| 05-09 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 | 05-20 | 43DET1ZMJLC25W7 CAPITAL ONE ONLINE PMT | 500.00 |
| 05-09 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.74 | 05-21 | 7157085 INTUIT * QBooks Onl | 65.00 |
| 05-09 | 15800501 OPTIMUM 7864 CABLE PMNT | 290.27 | | | |
| 05-09 | 43B381J0N8B7713 CAPITAL ONE ONLINE PMT | 2,000.00 | | | |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

**Account number: 16108183**

**Withdrawals and Other Debits (cont.)**

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-21 | 43DMEH6SWPN0QQF CAPITAL ONE ONLINE PMT | 500.00 | 05-27 | 100157799766 FirstEnergy OPCO-ACH | 1,000.50 |
| 05-21 | Internet Transfer to xxx7764 | 2,000.00 | 05-27 | 43E97SERJ8KLT1Z CAPITAL ONE ONLINE PMT | 3,000.00 |
| 05-22 | Internet Transfer to xxx7764 | 190.00 | 05-27 | OVERDRAFT CHARGE | 35.00 |
| 05-23 | OVERDRAFT CHARGE | 35.00 | 05-28 | 43F3KR66J07O2MV CAPITAL ONE ONLINE PMT | 500.00 |
| 05-27 | NJNG800221005 1 NJNATGASCOMPANY NJNGCO | 250.00 | 05-30 | 43FIQGN2LOQZGWN CAPITAL ONE ONLINE PMT | 1,000.00 |
| 05-27 | 100157354216 FirstEnergy OPCO-ACH | 600.67 | 05-30 | SERVICE CHARGE | 17.80 |

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 140.00 | 3,500.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $420.00 |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1256 | $916.67 | 5/2/2025 | John Latona |
| 1257 | $1,558.51 | 5/13/2025 | John Licci |
| 1377 | $500.00 | 5/7/2025 | AKA Refrigeration |
| 1378 | $500.00 | 5/7/2025 | AKA Refrigeration |
| 1380 | $500.00 | 5/28/2025 | Mec Installation |
| 1386 | $600.00 | 5/1/2025 | Cash |
| 1387 | $600.00 | 5/1/2025 | Cash |
| 1392 | $1,213.55 | 5/5/2025 | Sullivan Brothers |
| 1393 | $315.00 | 5/1/2025 | Edison Oil |
| 1394 | $700.00 | 5/1/2025 | Hermelindo Grabiela |
| 1395 | $725.29 | 5/12/2025 | Russo Meats |
| 1396 | $505.00 | 5/6/2025 | Cash |

| Check # | Amount | Date |
|---|---|---|
| 1397 | $200.00 | 5/5/2025 |
| 1398 | $1,000.00 | 5/5/2025 |
| 1399 | $1,250.00 | 5/9/2025 |
| 1400 | $500.00 | 5/8/2025 |
| 1401 | $1,561.22 | 5/12/2025 |
| 1402 | $145.00 | 5/9/2025 |
| 1403 | $1,000.00 | 5/19/2025 |
| 1406 | $1,319.74 | 5/14/2025 |
| 1407 | $1,553.34 | 5/21/2025 |
| 1408 | $1,653.23 | 5/28/2025 |
| 1409 | $1,000.00 | 5/16/2025 |
| 1410 | $173.00 | 5/15/2025 |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1411 | $370.00 | 5/13/2025 | Cash |
| 1412 | $900.00 | 5/13/2025 | Cash |
| 1413 | $900.00 | 5/19/2025 | Cash |
| 1414 | $2,205.67 | 5/19/2025 | Sullivan Brothers |
| 1416 | $1,600.00 | 5/23/2025 | New Market |
| 1418 | $350.00 | 5/19/2025 | Fidel Cano |
| 1419 | $400.00 | 5/15/2025 | Esmeralda Castauron |
| 1420 | $1,440.22 | 5/19/2025 | Russo's Meat |
| 1421 | $1,440.22 | 5/27/2025 | Russo Meat |
| 1422 | $174.00 | 5/21/2025 | Marlboro Twp |
| 1423 | $584.00 | 5/22/2025 | Carbone Foods |
| 1424 | $584.00 | 5/27/2025 | Carbone Foods |

1425    $420.00    5/20/2025

1428    $1,406.84    5/27/2025

1429    $1,250.00    5/29/2025

1430    $500.00    5/21/2025

1431    $340.00    5/22/2025

1432    $994.34    5/27/2025

1433    $120.00    5/28/2025

1434    $600.00    5/28/2025