519 090 0-030-000-00000000

📞 For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🏢 Visit us at
www.amboybank.com

📞 Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD      NJ  07728**

**Don't miss our FREE Senior Fairs**
**from April 9th to April 30th!**

To register or for more information,
visit amboybank.com/seniorfair or call 877.22.AMBOY

## Free Small Business Account                                  Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | $108.79 |
| Deposits and other credits (+) | $202,575.32 |
| Withdrawals, checks and other debits (-) | $202,290.10 |
| Ending Balance on 05-30 | $394.01 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,756.22 | 05-12 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,497.22 |
| 05-02 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,264.28 | 05-12 | 498467450884 MERCHANT BANKCD DEPOSIT | 14,369.44 |
| 05-05 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,459.11 | 05-12 | 498467450884 MERCHANT BANKCD DEPOSIT | 16,167.38 |
| 05-05 | 498467450884 MERCHANT BANKCD DEPOSIT | 9,532.25 | 05-13 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,202.64 |
| 05-05 | 498467450884 MERCHANT BANKCD DEPOSIT | 9,591.38 | 05-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,728.01 |
| 05-06 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 1,250.00 | 05-15 | 498467450884 MERCHANT BANKCD CHGBK REV | 52.07 |
| 05-06 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,509.59 | 05-15 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,564.34 |
| 05-07 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,472.76 | 05-16 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,778.78 |
| 05-08 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,661.56 | 05-19 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,946.90 |
| 05-09 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,210.82 | 05-19 | 498467450884 MERCHANT BANKCD DEPOSIT | 8,943.31 |

NVJSS RESTAURANT LLC

# Free Small Business Account

Account number: 16108272

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-19 | 498467450884 MERCHANT BANKCD DEPOSIT | 12,413.76 | 05-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,523.24 |
| 05-20 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,847.29 | 05-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,992.03 |
| 05-21 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,861.50 | 05-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 13,499.94 |
| 05-22 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,984.74 | 05-28 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,566.41 |
| 05-23 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,446.42 | 05-29 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,927.86 |
| 05-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 9,659.04 | 05-30 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,895.03 |

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | 498467450884 MERCHANT BANKCD DISCOUNT | 131.47 | 05-05 | Internet Transfer to xxx7764 | 750.00 |
| 05-01 | 3L8685896025120 PRUDENTIAL INS PREM | 162.83 | 05-05 | Internet Transfer to xxx7764 | 1,000.00 |
| 05-01 | Internet Transfer to xxx8183 | 100.00 | 05-05 | Internet Transfer to xxx7764 | 1,000.00 |
| 05-01 | Internet Transfer to xxx8087 | 300.00 | 05-05 | Internet Transfer to xxx8183 | 1,000.00 |
| 05-01 | Internet Transfer to xxx7764 | 620.00 | 05-05 | BRANCH WITHDRAWAL | 3,250.00 |
| 05-01 | Internet Transfer to xxx7764 | 2,500.00 | 05-05 | Internet Transfer to xxx8183 | 5,000.00 |
| 05-02 | 498467450884 MERCHANT BANKCD DISCOUNT | 114.24 | 05-05 | Internet Transfer to xxx7764 | 10,000.00 |
| 05-02 | Internet Transfer to xxx8183 | 100.00 | 05-06 | 498467450884 MERCHANT BANKCD DISCOUNT | 187.83 |
| 05-02 | Internet Transfer to xxx7764 | 250.00 | 05-06 | 43A18NO4QVUCZTJ CAPITAL ONE ONLINE PMT | 5,500.00 |
| 05-02 | Internet Transfer to xxx7764 | 2,500.00 | 05-07 | 498467450884 MERCHANT BANKCD DISCOUNT | 121.55 |
| 05-05 | Internet Transfer to xxx2100 | 300.00 | 05-07 | 8385072529 CHASE CREDIT CRD EPAY | 500.00 |
| 05-05 | 604600101368041 SAMS SYF PAYMNT | 50.00 | 05-07 | Internet Transfer to xxx7764 | 300.00 |
| 05-05 | 604599104570070 Sams Club SYF PAYMNT | 100.00 | 05-07 | Internet Transfer to xxx7764 | 2,600.00 |
| 05-05 | 498467450884 MERCHANT BANKCD DISCOUNT | 191.08 | 05-08 | 498467450884 MERCHANT BANKCD DISCOUNT | 93.16 |
| 05-05 | 498467450884 MERCHANT BANKCD DISCOUNT | 333.63 | 05-08 | Internet Transfer to xxx8087 | 15.00 |
| 05-05 | 498467450884 MERCHANT BANKCD DISCOUNT | 335.70 | 05-08 | Internet Transfer to xxx7764 | 30.00 |
| 05-05 | xXXXXX4584 FARMERS INS EFT PYMT | 409.15 | 05-08 | Internet Transfer to xxx7764 | 1,100.00 |
| 05-05 | 439TN0J2OS2M2XJ CAPITAL ONE ONLINE PMT | 1,000.00 | 05-08 | Internet Transfer to xxx8183 | 1,450.00 |
| 05-05 | Internet Transfer to xxx7764 | 25.00 | 05-09 | 498467450884 MERCHANT BANKCD DISCOUNT | 112.38 |
| 05-05 | Internet Transfer to xxx7764 | 125.00 | 05-09 | Internet Transfer to xxx8087 | 100.00 |
| | | | 05-09 | Internet Transfer to xxx8183 | 3,000.00 |
| | | | 05-12 | 498467450884 MERCHANT BANKCD DISCOUNT | 192.40 |

NVJSS RESTAURANT LLC

## Free Small Business Account

Account number: 16108272

**Withdrawals and Other Debits (cont.)**

| Date | Description | Amount |
|---|---|---|
| 05-12 | 498467450884 MERCHANT BANKCD DISCOUNT | 502.93 |
| 05-12 | 498467450884 MERCHANT BANKCD DISCOUNT | 565.86 |
| 05-12 | BRANCH WITHDRAWAL | 800.00 |
| 05-12 | BRANCH WITHDRAWAL | 3,250.00 |
| 05-12 | Internet Transfer to xxx8183 | 5,000.00 |
| 05-12 | Internet Transfer to xxx7764 | 20,000.00 |
| 05-13 | Internet Transfer to xxx2100 | 250.00 |
| 05-13 | 498467450884 MERCHANT BANKCD DISCOUNT | 147.10 |
| 05-13 | 8399611412 CHASE CREDIT CRD EPAY | 500.00 |
| 05-13 | Internet Transfer to xxx8183 | 700.00 |
| 05-13 | BRANCH WITHDRAWAL | 700.00 |
| 05-13 | Internet Transfer to xxx8183 | 1,000.00 |
| 05-13 | Internet Transfer to xxx8183 | 1,000.00 |
| 05-13 | Internet Transfer to xxx7764 | 1,500.00 |
| 05-13 | Internet Transfer to xxx7764 | 2,000.00 |
| 05-13 | Internet Transfer to xxx8183 | 2,000.00 |
| 05-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 130.49 |
| 05-14 | Internet Transfer to xxx7764 | 1,000.00 |
| 05-14 | Internet Transfer to xxx8183 | 2,000.00 |
| 05-15 | 498467450884 MERCHANT BANKCD DISCOUNT | 124.74 |
| 05-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 05-15 | BRANCH WITHDRAWAL | 400.00 |
| 05-15 | Internet Transfer to xxx7764 | 700.00 |
| 05-15 | Internet Transfer to xxx7764 | 1,400.00 |
| 05-15 | Internet Transfer to xxx8183 | 1,600.00 |
| 05-16 | 498467450884 MERCHANT BANKCD DISCOUNT | 132.26 |
| 05-16 | Internet Transfer to xxx8183 | 650.00 |
| 05-16 | Internet Transfer to xxx7764 | 2,980.00 |
| 05-19 | 498467450884 MERCHANT BANKCD DISCOUNT | 173.15 |
| 05-19 | 498467450884 MERCHANT BANKCD DISCOUNT | 313.02 |
| 05-19 | 498467450884 MERCHANT BANKCD DISCOUNT | 434.48 |
| 05-19 | 8416651752 CHASE CREDIT CRD EPAY | 500.00 |
| 05-19 | 43CS0EP4TH4WP11 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 05-19 | 43CZM69B9E6EG1H CAPITAL ONE ONLINE PMT | 1,000.00 |
| 05-19 | Internet Transfer to xxx8087 | 200.00 |
| 05-19 | BRANCH WITHDRAWAL | 600.00 |
| 05-19 | Internet Transfer to xxx8183 | 1,000.00 |
| 05-19 | Internet Transfer to xxx7764 | 3,400.00 |
| 05-19 | Internet Transfer to xxx8183 | 5,200.00 |
| 05-19 | Internet Transfer to xxx7764 | 10,000.00 |
| 05-20 | 498467450884 MERCHANT BANKCD DISCOUNT | 169.65 |
| 05-20 | 43DET2ZN1ZNQU9H CAPITAL ONE ONLINE PMT | 500.00 |
| 05-20 | XXXXX0047 FARM FAMILY INSPREMIUM | 684.51 |
| 05-20 | Internet Transfer to xxx8183 | 800.00 |
| 05-20 | BRANCH WITHDRAWAL | 800.00 |
| 05-20 | Internet Transfer to xxx8183 | 1,000.00 |
| 05-20 | Internet Transfer to xxx8183 | 1,000.00 |
| 05-20 | Internet Transfer to xxx7764 | 2,000.00 |
| 05-21 | 7157052 INTUIT * QBooks Onl | 65.00 |
| 05-21 | 498467450884 MERCHANT BANKCD DISCOUNT | 135.16 |
| 05-21 | 43DMEIJFPIVJHKL CAPITAL ONE ONLINE PMT | 500.00 |
| 05-21 | Internet Transfer to xxx7764 | 300.00 |
| 05-21 | Internet Transfer to xxx7764 | 3,000.00 |
| 05-22 | 498467450884 MERCHANT BANKCD DISCOUNT | 139.47 |
| 05-22 | XXXXX7727 FARMERS NW LIFE INS. PREM | 212.68 |
| 05-22 | 43DTZRTBTH9XODX CAPITAL ONE ONLINE PMT | 500.00 |
| 05-22 | Internet Transfer to xxx7764 | 25.00 |
| 05-22 | Internet Transfer to xxx7764 | 3,400.00 |
| 05-23 | 498467450884 MERCHANT BANKCD DISCOUNT | 190.63 |
| 05-23 | 43E1JTEFNRW9W39 CAPITAL ONE ONLINE PMT | 500.00 |
| 05-23 | Internet Transfer to xxx8183 | 500.00 |
| 05-23 | Internet Transfer to xxx7764 | 3,900.00 |
| 05-27 | 5P-XXXXX6091 EZPASS8882886865 AUTO REPL | 35.00 |
| 05-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 338.07 |
| 05-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 368.31 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

**Withdrawals and Other Debits (cont.)**

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 419.72 | 05-28 | Internet Transfer to xxx7764 | 1,000.00 |
| 05-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 472.50 | 05-28 | Internet Transfer to xxx8183 | 1,000.00 |
| 05-27 | 43EGQQS6YAIYU2D CAPITAL ONE ONLINE PMT | 500.00 | 05-28 | Internet Transfer to xxx7764 | 2,000.00 |
| 05-27 | 43E97RWICGT7S1H CAPITAL ONE ONLINE PMT | 2,500.00 | 05-28 | Internet Transfer to xxx7764 | 2,500.00 |
| 05-27 | Internet Transfer to xxx8087 | 300.00 | 05-29 | 498467450884 MERCHANT BANKCD DISCOUNT | 137.47 |
| 05-27 | BRANCH WITHDRAWAL | 500.00 | 05-29 | 43F4VB8IWT00ZAT CAPITAL ONE ONLINE PMT | 1,000.00 |
| 05-27 | BRANCH WITHDRAWAL | 600.00 | 05-29 | BRANCH WITHDRAWAL | 600.00 |
| 05-27 | Internet Transfer to xxx7764 | 3,500.00 | 05-29 | Internet Transfer to xxx7764 | 1,000.00 |
| 05-27 | Internet Transfer to xxx8183 | 8,000.00 | 05-30 | 498467450884 MERCHANT BANKCD DISCOUNT | 171.33 |
| 05-27 | Internet Transfer to xxx7764 | 25,000.00 | 05-30 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 |
| 05-28 | 498467450884 MERCHANT BANKCD DISCOUNT | 194.81 | 05-30 | 43FIQHVITNK6851 CAPITAL ONE ONLINE PMT | 2,000.00 |
| 05-28 | 43F3KS8582HCJHX CAPITAL ONE ONLINE PMT | 1,000.00 | 05-30 | Internet Transfer to xxx7764 | 4,600.00 |
| 05-28 | Internet Transfer to xxx8087 | 100.00 | 05-30 | SERVICE CHARGE | 6.60 |

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 0.00 | 35.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |



0   $3,250.00   5/5/2025

0   $800.00   5/12/2025

0   $3,250.00   5/12/2025

0   $700.00   5/13/2025

0   $400.00   5/15/2025

0   $600.00   5/19/2025

0   $800.00   5/20/2025

0   $500.00   5/27/2025

0   $600.00   5/27/2025

0   $600.00   5/29/2025