419 090 B-030-000-00000165

🕾 For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

0000000000000000000000000000000000000
0000000000000000000000000000000000000

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

### Don't miss our FREE Senior Fairs
### from April 9th to April 30th!

### To register or for more information,
### visit amboybank.com/seniorfair or call 877.22.AMBOY

## Free Small Business Account                    Account number: 16107764

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | $154.62 |
| Deposits and other credits (+) | $135,471.61 |
| Withdrawals, checks and other debits (-) | $135,616.02 |
| Ending Balance on 05-30 | $10.21 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 620.00 | 05-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 10,000.00 |
| 05-01 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,500.00 | 05-06 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 1,350.00 |
| 05-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 250.00 | 05-06 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 3,000.00 |
| 05-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,500.00 | 05-06 | CREDIT FOR CK#3457 PAID 2X IN ERROR 05/05/2025 | 1,966.52 |
| 05-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 25.00 | 05-06 | 3320456349 EDI PAYMNT MAY 05 OHTV89XBJ6SM 781 REF*TN*OHTV89XBJ6\ | 364.12 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 125.00 | 05-07 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 300.00 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 750.00 | 05-07 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 500.00 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 750.00 | 05-07 | DEPOSIT | 600.00 |
| 05-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 05-07 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,600.00 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 05-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 30.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-08 | DEPOSIT | 500.00 | 05-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 300.00 |
| 05-08 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,100.00 | 05-21 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 2,000.00 |
| 05-12 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 20,000.00 | 05-21 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,000.00 |
| 05-13 | DEPOSIT | 350.00 | 05-22 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 25.00 |
| 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,500.00 | 05-22 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 190.00 |
| 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,000.00 | 05-22 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,400.00 |
| 05-13 | 3320456349 EDI PAYMNT MAY 12 GO3YWOTIGM4KZUK REF*TN*GO3YWOTIGM\ | 157.56 | 05-22 | RETURNED ITEM, INSUFFICIENT FUNDS, 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 05-14 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 05-23 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,900.00 |
| 05-14 | TRANSFER FROM ASSOCIATED ACCOUNT | 1,900.00 | 05-27 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,500.00 |
| 05-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 | 05-27 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 25,000.00 |
| 05-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,400.00 | 05-28 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 |
| 05-16 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,980.00 | 05-28 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,000.00 |
| 05-19 | DEPOSIT | 3,000.00 | 05-28 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,500.00 |
| 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,400.00 | 05-28 | 3320456349 EDI PAYMNT MAY 26 B9X7WDBRTBEQXCL REF*TN*B9X7WDBRTB\ | 372.39 |
| 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 10,000.00 | 05-29 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 |
| 05-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,000.00 | 05-30 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 4,600.00 |
| 05-20 | 3320456349 EDI PAYMNT MAY 19 TQQN3E1P2VG77UO REF*TN*TQQN3E1P2V\ | 366.02 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2001 | 05-01 | 750.00 | 3498* | 05-05 | 500.00 | 3511 | 05-12 | 2,167.36 |
| 2002* | 05-05 | 805.37 | 3503* | 05-05 | 165.00 | 3512 | 05-12 | 680.07 |
| 3138* | 05-09 | 2,212.00 | 3505 | 05-05 | 1,462.00 | 3513 | 05-06 | 500.00 |
| 3457 | 05-05 | 1,966.52 | 3506* | 05-13 | 843.00 | 3514 | 05-05 | 630.00 |
| 3457* | 05-05 | 1,966.52 | 3508 | 05-05 | 3,000.00 | 3515 | 05-07 | 350.00 |
| 3474* | 05-27 | 180.00 | 3509 | 05-12 | 500.00 | 3516 | 05-06 | 650.00 |
| 3497 | 05-07 | 724.00 | 3510 | 05-06 | 520.00 | 3517 | 05-09 | 750.00 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 | |
|---|---|---|---|

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|--------:|------|-------:|--------:|------|-------:|--------:|------|-------:|
| 3518 | 05-13 | 1,000.00 | 3572 | 05-27 | 1,040.00 | 13427 | 05-19 | 428.75 |
| 3519 | 05-20 | 1,200.00 | 3573* | 05-28 | 350.00 | 13428 | 05-12 | 256.08 |
| 3520 | 05-08 | 213.00 | 3575* | 05-27 | 650.00 | 13429 | 05-13 | 269.13 |
| 3521 | 05-08 | 75.40 | 3577* | 05-02 | 3,250.00 | 13430 | 05-14 | 6.89 |
| 3522 | 05-12 | 1,389.40 | 13294* | 05-06 | 7.21 | 13431 | 05-12 | 301.66 |
| 3523 | 05-07 | 350.00 | 13302* | 05-19 | 3.00 | 13432 | 05-12 | 232.21 |
| 3524 | 05-08 | 770.00 | 13350* | 05-05 | 1.48 | 13433 | 05-22 | 110.38 |
| 3525 | 05-13 | 650.00 | 13353* | 05-05 | 80.02 | 13434 | 05-20 | 274.31 |
| 3526 | 05-13 | 2,000.00 | 13370* | 05-01 | 349.15 | 13435 | 05-16 | 309.17 |
| 3527 | 05-15 | 1,000.00 | 13376 | 05-05 | 5.91 | 13436 | 05-13 | 506.68 |
| 3528 | 05-16 | 1,000.00 | 13377 | 05-12 | 419.58 | 13437 | 05-19 | 29.95 |
| 3529 | 05-19 | 332.00 | 13378* | 05-05 | 15.74 | 13438 | 05-19 | 7.13 |
| 3530 | 05-13 | 575.00 | 13380* | 05-02 | 309.17 | 13439 | 05-12 | 212.81 |
| 3531 | 05-19 | 75.40 | 13382 | 05-05 | 30.94 | 13440 | 05-13 | 3.39 |
| 3532 | 05-15 | 400.00 | 13383 | 05-19 | 6.92 | 13441 | 05-13 | 545.12 |
| 3533 | 05-19 | 1,400.51 | 13384* | 05-05 | 290.20 | 13442 | 05-13 | 10.37 |
| 3534 | 05-19 | 788.90 | 13387* | 05-06 | 547.81 | 13443 | 05-12 | 51.58 |
| 3535 | 05-19 | 500.00 | 13390* | 05-06 | 429.52 | 13444* | 05-13 | 429.52 |
| 3536 | 05-15 | 1,000.00 | 13395 | 05-05 | 222.42 | 13447 | 05-20 | 210.36 |
| 3537* | 05-19 | 500.00 | 13396 | 05-05 | 668.22 | 13448 | 05-27 | 668.22 |
| 3540 | 05-19 | 787.51 | 13397 | 05-07 | 467.89 | 13449 | 05-20 | 467.89 |
| 3541 | 05-27 | 800.00 | 13398 | 05-06 | 349.15 | 13450 | 05-23 | 349.15 |
| 3542 | 05-22 | 360.00 | 13399 | 05-05 | 428.75 | 13451 | 05-21 | 428.75 |
| 3543 | 05-19 | 450.00 | 13400* | 05-05 | 128.98 | 13452 | 05-20 | 364.86 |
| 3544* | 05-23 | 1,806.37 | 13403 | 05-06 | 269.13 | 13453 | 05-20 | 269.13 |
| 3548 | 05-22 | 1,000.00 | 13404 | 05-12 | 307.66 | 13454 | 05-23 | 43.96 |
| 3549 | 05-21 | 1,050.00 | 13405 | 05-06 | 207.42 | 13455 | 05-28 | 291.43 |
| 3550 | 05-27 | 816.55 | 13406 | 05-22 | 54.99 | 13456* | 05-20 | 141.77 |
| 3551 | 05-20 | 905.00 | 13407 | 05-06 | 199.00 | 13460 | 05-20 | 506.68 |
| 3552 | 05-21 | 770.00 | 13408 | 05-12 | 309.17 | 13461* | 05-27 | 12.46 |
| 3553 | 05-27 | 75.40 | 13409 | 05-06 | 506.68 | 13463 | 05-27 | 234.00 |
| 3554 | 05-19 | 3,000.00 | 13410 | 05-05 | 44.02 | 13464 | 05-23 | 0.32 |
| 3555 | 05-23 | 800.00 | 13411 | 05-19 | 9.67 | 13465 | 05-20 | 3.94 |
| 3556 | 05-22 | 725.00 | 13412 | 05-12 | 226.79 | 13466 | 05-20 | 621.59 |
| 3557 | 05-27 | 1,050.00 | 13413 | 05-06 | 2.15 | 13467* | 05-20 | 25.17 |
| 3558* | 05-27 | 1,201.66 | 13414* | 05-15 | 8.34 | 13469* | 05-20 | 429.52 |
| 3560 | 05-22 | 500.00 | 13416 | 05-05 | 11.04 | 13473 | 05-27 | 668.22 |
| 3561 | 05-29 | 580.00 | 13417 | 05-12 | 5.93 | 13474 | 05-28 | 467.89 |
| 3562* | 05-23 | 559.78 | 13418 | 05-06 | 429.52 | 13475 | 05-27 | 349.15 |
| 3564 | 05-28 | 350.00 | 13419 | 05-05 | 220.00 | 13476 | 05-30 | 428.75 |
| 3565 | 05-30 | 949.57 | 13420* | 05-19 | 85.00 | 13477 | 05-27 | 287.47 |
| 3566* | 05-30 | 335.00 | 13423 | 05-12 | 142.34 | 13478* | 05-28 | 269.13 |
| 3568 | 05-27 | 148.00 | 13424 | 05-12 | 668.22 | 13480 | 05-28 | 302.55 |
| 3569* | 05-27 | 630.00 | 13425 | 05-15 | 467.89 | 13481* | 05-28 | 223.04 |
| 3571 | 05-28 | 408.00 | 13426 | 05-23 | 349.15 | 13483 | 05-27 | 160.03 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13484 | 05-28 | 506.68 | 13488 | 05-28 | 50.76 | 13492 | 05-27 | 8.25 |
| 13485* | 05-27 | 24.72 | 13489* | 05-27 | 18.88 | 13493 | 05-29 | 429.52 |
| 13487 | 05-27 | 207.49 | 13491 | 05-28 | 9.20 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | 604599217073111 Sams Club SYF PAYMNT | 100.00 | 05-09 | 9026144745 HILOYO INVESTMEN ACH Debit | 1,341.00 |
| 05-01 | 7216000928 NJWEB01120 091000012654543 TXP*B872535605000*01120*250630*T*31 | 312.15 | 05-12 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 82.69 |
| 05-01 | Internet Transfer to xxx8183 | 550.00 | 05-12 | ZG6055 AppFolio, Inc. F WEB PMTS | 2.49 |
| 05-01 | BRANCH WITHDRAWAL | 600.00 | 05-12 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 05-02 | 431685001155367 CITI CARD ONLINE PAYMENT | 75.00 | 05-12 | 100147193088 FirstEnergy OPCO-ACH | 300.50 |
| 05-02 | 7903518686 2025-04-27 250502 ee17732efefc4f7 balance_transaction_6f70a2aa-8109-4 | 949.52 | 05-12 | SK1088 Termac WEB PAY | 508.74 |
| | | | 05-12 | 6QURFH4COJ1 DEPT EDUCATION STUDENT LN | 758.76 |
| 05-02 | 9026008462 HILOYO INVESTMEN ACH Debit | 1,341.00 | 05-12 | 7PC4XC Acorn Property M WEB PMTS | 2,000.00 |
| 05-02 | Internet Transfer to xxx8087 | 500.00 | 05-14 | 38274-029809567 Rewards Network SETTLEMENT | 566.39 |
| 05-05 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 | 05-14 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 |
| 05-05 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 | 05-14 | 221553465145820 IRS USA TAX PYMT | 1,000.00 |
| 05-05 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 | 05-14 | 270553490864148 IRS USA TAX PYMT | 2,514.85 |
| 05-05 | 604599217073111 Sams Club SYF PAYMNT | 100.00 | 05-15 | 7216000928 NJWEB01120 091000012716892 TXP*B872535605000*01120*250630*T*26 | 266.03 |
| 05-05 | 431685846158274 CITI CARD ONLINE PAYMENT | 200.00 | 05-15 | OVERDRAFT CHARGE | 70.00 |
| 05-06 | 49093912 NEW YORK LIFE INS. PREM. | 747.80 | 05-16 | 7903518686 2025-05-10 250516 2ddc5a66ff23499 balance_transaction_a6d5b11a-a9af-4 | 665.66 |
| 05-07 | 2085546 INTUIT * QBooks Onl | 65.00 | | | |
| 05-07 | 7216000928 NJWEB01120 091000012682254 TXP*B872535605000*01120*250630*T*29 | 295.74 | 05-16 | 9026253360 HILOYO INVESTMEN ACH Debit | 1,341.00 |
| 05-07 | 38252-029786648 Rewards Network SETTLEMENT | 445.32 | 05-16 | OVERDRAFT CHARGE | 105.00 |
| | | | 05-19 | HCP555 AppFolio, Inc. F WEB PMTS | 2.49 |
| 05-07 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 | 05-19 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 05-07 | 270552755274981 IRS USA TAX PYMT | 2,797.85 | 05-19 | JWGJXC Acorn Property M WEB PMTS | 1,000.00 |
| 05-09 | SK 702 Termac WEB PAY | 101.29 | 05-20 | DPB755 AppFolio, Inc. F WEB PMTS | 2.49 |
| 05-09 | 7903518686 2025-05-04 250509 9c1361a6d64f4b9 balance_transaction_535c0322-88a7-4 | 860.63 | 05-20 | SK702 Termac WEB PAY | 101.29 |
| | | | 05-20 | S4HMXC Acorn Property M WEB PMTS | 500.00 |
| | | | 05-21 | MC4855 AppFolio, Inc. F WEB PMTS | 2.49 |

**THE SKILLET BY SAL INC**

| **Free Small Business Account** | | | **Account number: 16107764** | | |
|---|---|---|---|---|---|

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-21 | 604599217073111 Sams Club SYF PAYMNT | 100.00 | 05-27 | 9026361873 HILOYO INVESTMEN ACH Debit | 1,341.00 |
| 05-21 | 7216000928 NJWEB01120 091000012765415 TXP*B872535605000*01120*250630*T*30 | 309.92 | 05-27 | 7216000928 NJWEB04110 091000012793568 TXP*B872535605000*04110*250630*T*73 | 7,349.16 |
| 05-21 | 431674220050357 CITI CARD ONLINE PAYMENT | 500.00 | 05-27 | OVERDRAFT CHARGE | 105.00 |
| 05-21 | 421674297652430 CITI CARD ONLINE PAYMENT | 500.00 | 05-28 | 721682102390592 BEST BUY AUTO PYMT | 48.00 |
| 05-21 | ZNGPXC Acorn Property M WEB PMTS | 500.00 | 05-28 | 604599217073111 Sams Club RETRY PYMT | 100.00 |
| 05-21 | 38296-029832520 Rewards Network SETTLEMENT | 668.62 | 05-28 | 38318-029855702 Rewards Network SETTLEMENT | 570.87 |
| 05-21 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,000.00 | 05-28 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,000.00 |
| 05-21 | 270554124114535 IRS USA TAXPYMT | 2,864.51 | 05-29 | 100147193088 FirstEnergy OPCO-ACH | 500.50 |
| 05-21 | OVERDRAFT CHARGE | 105.00 | 05-29 | 270554915250493 IRS USA TAXPYMT | 2,420.80 |
| 05-22 | RETURNED CHECK CHARGE | 35.00 | 05-30 | 1LYM55 AppFolio, Inc. F WEB PMTS | 2.49 |
| 05-22 | OVERDRAFT CHARGE | 70.00 | 05-30 | 7216000928 NJWEB01120 091000012811225 TXP*B872535605000*01120*250630*T*24 | 244.06 |
| 05-23 | 7903518686 2025-05-18 250523 3ecf5b211f4f4cc balance_transaction_4354d59c-3004-4 | 804.32 | 05-30 | S2XGYC Acorn Property M WEB PMTS | 250.00 |
| 05-23 | OVERDRAFT CHARGE | 105.00 | 05-30 | 7903518686 2025-05-25 250530 06e6c5a95e2f491 balance_transaction_b2dc6919-7593-4 | 852.08 |
| 05-27 | 604599217073111 Sams Club SYF PAYMNT | 200.00 | 05-30 | 9026502951 HILOYO INVESTMEN ACH Debit | 1,377.00 |
| 05-27 | 604599217073111 Sams Club SYF PAYMNT | 393.00 | 05-30 | OVERDRAFT CHARGE | 35.00 |
| 05-27 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 500.00 | 05-30 | SERVICE CHARGE | 52.00 |
| 05-27 | 100147193088 FirstEnergy OPCO-ACH | 500.50 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 595.00 | 4,340.00 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $945.00 |

0    $600.00    5/1/2025



0    $600.00    5/1/2025



2001    $750.00    5/1/2025



2001    $750.00    5/1/2025



2002    $805.37    5/5/2025



2002    $805.37    5/5/2025



3138    $2,212.00    5/9/2025



3138    $2,212.00    5/9/2025



3457    $1,966.52    5/5/2025



3457    $1,966.52    5/5/2025



3457    $1,966.52    5/5/2025



3457    $1,966.52    5/5/2025



3474   $180.00   5/27/2025          3474   $180.00   5/27/2025

3497   $724.00   5/7/2025          3497   $724.00   5/7/2025

3498   $500.00   5/5/2025          3498   $500.00   5/5/2025

3503   $165.00   5/5/2025          3503   $165.00   5/5/2025

3505   $1,462.00   5/5/2025          3505   $1,462.00   5/5/2025

3506   $843.00   5/13/2025          3506   $843.00   5/13/2025

**Check 3508**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3508

Date 5/2/25

Pay to the Order of  Thomas Zarrella

$ 3000.00

Three Hundred 00/100  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3508

3508    $3,000.00    5/5/2025

**Check 3509**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3509

Date 4/30/25

Pay to the Order of  Samuel Lobel

$ 500.00

Five Hundred  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3509

3509    $500.00    5/12/2025

**Check 3510**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3510

Date 5/3/25

Pay to the Order of  Steven Green

$ 520.00

Five Hundred Twenty  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For

3510

3510    $520.00    5/6/2025

**Check 3511**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3511

Date 4/30/25

Pay to the Order of  Russos Meats

$ 2167.36

Two Thousand One Hundred Sixty Seven  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For

3511

3511    $2,167.36    5/12/2025

**Check 3512**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3512

Date 5/8/25

Pay to the Order of  Stephane Green

$ 680.00

Six Hundred Eighty  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For

3512

3512    $680.07    5/12/2025

**Check 3513**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3513

Date 5/2/25

Pay to the Order of  New Industry

$ 500.00

Five Hundred  Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For

3513

3513    $500.00    5/6/2025



3514    $630.00    5/5/2025

3515    $350.00    5/7/2025

3516    $650.00    5/6/2025

3517    $750.00    5/9/2025

3518    $1,000.00    5/13/2025

3519    $1,200.00    5/20/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3520

5/7/25

Pay to the Order of: A Notable Difference    $ 213.94

Two Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3520

3520    $213.00    5/8/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3521

5/8/25

Pay to the Order of: James Siminoff    $ 75.40

Seventy-five and 40/    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3521

3521    $75.40    5/8/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3522

5/8/25

Pay to the Order of: Sullivans Brother    $ 1,389.40

One thousand Three Hundred Eighty nine 40/    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: 2/18

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3522

3522    $1,389.40    5/12/2025

513472001556 134003  20250509 00000000161-0776-4
TRN_DEBIT TAE0120  0.00
Harmony Road 0134 94004 5134 0009 0149

3522    $1,389.40    5/12/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3523

5/8/25

Pay to the Order of: Samuel Lobel    $ 350.00

Three Hundred Fifty and 00/    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3523

For Deposit Only JPMC

3523    $350.00    5/7/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3524

5/7/25

Pay to the Order of: Leo Gonzalez    $ 770.00

Seven Hundred Seventy    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3524

For Deposit Only JPMC

3524    $770.00    5/8/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3525

5/1/25

Pay to the Order of: Sergio    $ 650.00

Six Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 3525

3525    $650.00    5/13/2025

3526   $2,000.00   5/13/2025



3527   $1,000.00   5/15/2025



3528   $1,000.00   5/16/2025



3529   $332.00   5/19/2025



3530   $575.00   5/13/2025



3531   $75.40   5/19/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3532

Date 5/14/25

Pay to the Order of  NINA AMARANTO   $ 400.00

Four Hundred   Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For ___

⑆021204416⑆ ⑈161⑉0776⑉4⑈   3532

3532   $400.00   5/15/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3533

Date 5/17/25

Pay to the Order of  Sullivan   $ 1400.51

One Thousand Four Hundred and 51/   Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 2/25

⑆021204416⑆ ⑈161⑉0776⑉4⑈   3533

529930038079 110700  20250516 00000000161-0776-4
TRN_DEBIT TAF1955 1400.51
Monmouth Regional 0299 94004 5299 0003 0067

3533   $1,400.51   5/19/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3534

Date 5/17/25

Pay to the Order of  New Market   $ 788.90

Seven Hundred Eighty-Eight and 90/   Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Inv 6578.5

⑆021204416⑆ ⑈161⑉0776⑉4⑈   3534

JPMorgan Chase Bank 051906 000857 27440092522

3534   $788.90   5/19/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3535

Date 5/15/25

Pay to the Order of  San Label   $ 500.00

Five Hundred   Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For ___

⑆021204416⑆ ⑈161⑉0776⑉4⑈   3535

3535   For Deposit Only - JPMC

3535   $500.00   5/19/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3536

Date 5/14/25

Pay to the Order of  Wells Fargo   $ 1000.00

One Thousand   Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07725
www.amboybank.com

For Loan

⑆021204416⑆ ⑈161⑉0776⑉4⑈   3536

3084426611

3536   $1,000.00   5/15/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3537

Date 5/17/25

Pay to the Order of  Abbate Bakery   $ 500.00

Five Hundred   Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07728
www.amboybank.com

For on acct

⑆021204416⑆ ⑈161⑉0776⑉4⑈   3537

3537   $500.00   5/19/2025



3540   $787.51   5/19/2025

3541   $800.00   5/27/2025

3542   $360.00   5/22/2025

3543   $450.00   5/19/2025

3544   $1,806.37   5/23/2025

3548   $1,000.00   5/22/2025

3549    $1,050.00    5/21/2025



3549    $1,050.00    5/21/2025



3550    $816.55    5/27/2025



3550    $816.55    5/27/2025



3551    $905.00    5/20/2025



3551    $905.00    5/20/2025



3552    $770.00    5/21/2025



3552    $770.00    5/21/2025



3553    $75.40    5/27/2025



3553    $75.40    5/27/2025



3554    $3,000.00    5/19/2025



3554    $3,000.00    5/19/2025



3555   $800.00   5/23/2025

3556   $725.00   5/22/2025

3557   $1,050.00   5/27/2025

3558   $1,201.66   5/27/2025

3560   $500.00   5/22/2025

3561   $580.00   5/29/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3562

Date 5/24/25

Pay to the Order of KNIGHT MAINTENANCE    $ 559.78

Five hundred fifty nine 78/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For    SH

⑆021204416⑆ ⑈161 0776⑈ 3562

3562    $559.78    5/23/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3564

Date 5/24/25

Pay to the Order of Nina Amarando    $350.00

Three Hundred fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For

⑆021204416⑆ ⑈161 0776⑈ 3564

3564    $350.00    5/28/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3565

Date 5/27/25

Pay to the Order of NINA AMARANDO    $ 949.57

Nine Hundred Forty Nine 57/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For    Bills

⑆021204416⑆ ⑈161 0776⑈ 3565

3565    $949.57    5/30/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3566

Date 5/28/25

Pay to the Order of Edesia Oil    $ 335.00

Three Hundred Thirty-five 00/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑆021204416⑆ ⑈161 0776⑈ 3566

3566    $335.00    5/30/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3568

Date 5/25/25

Pay to the Order of Connie Seymour    $ 148.00

One Hundred Forty Eight    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑆021204416⑆ ⑈161 0776⑈ 3568

3568    $148.00    5/27/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3569

Date 5/26/25

Pay to the Order of Leo Gonzalez    $ 630.00

Six Hundred Thirty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑆021204416⑆ ⑈161 0776⑈ 3569

3569    $630.00    5/27/2025



3571    $408.00    5/28/2025          3571    $408.00    5/28/2025

3572    $1,040.00    5/27/2025        3572    $1,040.00    5/27/2025

3573    $350.00    5/28/2025          3573    $350.00    5/28/2025

3575    $650.00    5/27/2025          3575    $650.00    5/27/2025

3577    $3,250.00    5/27/2025        3577    $3,250.00    5/27/2025

13294    $7.21    5/6/2025            13294    $7.21    5/6/2025




13302    $3.00    5/19/2025      13302    $3.00    5/19/2025




13350    $1.48    5/5/2025      13350    $1.48    5/5/2025




13353    $80.02    5/5/2025      13353    $80.02    5/5/2025




13370    $349.15    5/1/2025      13370    $349.15    5/1/2025




13376    $5.91    5/5/2025      13376    $5.91    5/5/2025




13377    $419.58    5/12/2025      13377    $419.58    5/12/2025




13378   $15.74   5/5/2025          13378   $15.74   5/5/2025




13380   $309.17   5/2/2025          13380   $309.17   5/2/2025




13382   $30.94   5/5/2025          13382   $30.94   5/5/2025




13383   $6.92   5/19/2025          13383   $6.92   5/19/2025




13384   $290.20   5/5/2025          13384   $290.20   5/5/2025

13387   $547.81   5/6/2025          13387   $547.81   5/6/2025

13390   $429.52   5/6/2025

13390   $429.52   5/6/2025



13395   $222.42   5/5/2025

13395   $222.42   5/5/2025



13396   $668.22   5/5/2025

13396   $668.22   5/5/2025



13397   $467.89   5/7/2025

13397   $467.89   5/7/2025



13398   $349.15   5/6/2025

13398   $349.15   5/6/2025



13399   $428.75   5/5/2025

13399   $428.75   5/5/2025





13400  $128.98  5/5/2025

13400  $128.98  5/5/2025


13403  $269.13  5/6/2025

13403  $269.13  5/6/2025




13404  $307.66  5/12/2025

13404  $307.66  5/12/2025




13405  $207.42  5/6/2025

13405  $207.42  5/6/2025




13406  $54.99  5/22/2025

13406  $54.99  5/22/2025




13407  $199.00  5/6/2025

13407  $199.00  5/6/2025

 

13408   $309.17   5/12/2025          13408   $309.17   5/12/2025

 

13409   $506.68   5/6/2025           13409   $506.68   5/6/2025

 

13410   $44.02   5/5/2025            13410   $44.02   5/5/2025

 

13411   $9.67   5/19/2025            13411   $9.67   5/19/2025

 

13412   $226.79   5/12/2025          13412   $226.79   5/12/2025

 

13413   $2.15   5/6/2025             13413   $2.15   5/6/2025



13414    $8.34    5/15/2025

13414    $8.34    5/15/2025

13416    $11.04    5/5/2025

13416    $11.04    5/5/2025

13417    $5.93    5/12/2025

13417    $5.93    5/12/2025

13418    $429.52    5/6/2025

13418    $429.52    5/6/2025



13419    $220.00    5/5/2025



13419    $220.00    5/5/2025

13420    $85.00    5/19/2025

13420    $85.00    5/19/2025







13423   $142.34   5/12/2025

13423   $142.34   5/12/2025




13424   $668.22   5/12/2025

13424   $668.22   5/12/2025




13425   $467.89   5/15/2025

13425   $467.89   5/15/2025




13426   $349.15   5/23/2025

13426   $349.15   5/23/2025




13427   $428.75   5/19/2025

13427   $428.75   5/19/2025

13428   $256.08   5/12/2025

13428   $256.08   5/12/2025





13429  $269.13  5/13/2025                    13429  $269.13  5/13/2025

            

13430  $6.89  5/14/2025                    13430  $6.89  5/14/2025

            

13431  $301.66  5/12/2025                    13431  $301.66  5/12/2025

            

13432  $232.21  5/12/2025                    13432  $232.21  5/12/2025

            

13433  $110.38  5/22/2025                    13433  $110.38  5/22/2025

            

13434  $274.31  5/20/2025                    13434  $274.31  5/20/2025




13435   $309.17   5/16/2025




13436   $506.68   5/13/2025




13437   $29.95   5/19/2025




13438   $7.13   5/19/2025




13439   $212.81   5/12/2025




13440   $3.39   5/13/2025




13441    $545.12    5/13/2025




13442    $10.37    5/13/2025




13443    $51.58    5/12/2025




13444    $429.52    5/13/2025




13447    $210.36    5/20/2025




13448    $668.22    5/27/2025




13449   $467.89   5/20/2025




13450   $349.15   5/23/2025




13451   $428.75   5/21/2025




13452   $364.86   5/20/2025




13453   $269.13   5/20/2025




13454   $43.96   5/23/2025



13455   $291.43   5/28/2025



13455   $291.43   5/28/2025



13456   $141.77   5/20/2025



13456   $141.77   5/20/2025



13460   $506.68   5/20/2025



13460   $506.68   5/20/2025

13461   $12.46   5/27/2025



13461   $12.46   5/27/2025



13463   $234.00   5/27/2025

13463   $234.00   5/27/2025



13464   $0.32   5/23/2025



13464   $0.32   5/23/2025



13465    $3.94    5/20/2025



13465    $3.94    5/20/2025



13466    $621.59    5/20/2025



13466    $621.59    5/20/2025



13467    $25.17    5/20/2025



13467    $25.17    5/20/2025



13469    $429.52    5/20/2025



13469    $429.52    5/20/2025



13473    $668.22    5/27/2025



13473    $668.22    5/27/2025



13474    $467.89    5/28/2025



13474    $467.89    5/28/2025





13475    $349.15    5/27/2025





13476    $428.75    5/30/2025





13477    $287.47    5/27/2025





13478    $269.13    5/28/2025





13480    $302.55    5/28/2025





13481    $223.04    5/28/2025





13483   $160.03   5/27/2025



13483   $160.03   5/27/2025



13484   $506.68   5/28/2025



13484   $506.68   5/28/2025



13485   $24.72   5/27/2025



13485   $24.72   5/27/2025



13487   $207.49   5/27/2025



13487   $207.49   5/27/2025



13488   $50.76   5/28/2025



13488   $50.76   5/28/2025

13489   $18.88   5/27/2025

13489   $18.88   5/27/2025




13491    $9.20    5/28/2025



13492    $8.25    5/27/2025



13493    $429.52    5/29/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

Street and Number                                    City                        State                    Zip Code

### TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking ..........................................    ☐ Loan ..........................................    ☐ Safe Deposit Box ( ..........................................)

☐ Savings ..........................................    ☐ Certificate ..........................................    ☐ Other (describe below)

SPECIAL
INSTRUCTIONS

Date: _____    Authorized Signature: _____

---

**CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK**

### RECONCILEMENT FORM

#### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | DEPOSITS NOT SHOWN ON STATEMENT | |
|---|---|---|
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | STATEMENT BALANCE | |
| **TOTAL** | **TOTAL** | |

**IF CORRECT THESE SHOULD AGREE**

WORK SPACE

---

PLEASE EXAMINE AND ADVISE PROMPTLY IF STATEMENT IS INACCURATE OR INCOMPLETE IN ANY WAY

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY