# EXHIBIT B - LIQUIDATION ANALYIS

*Plan Proponent's Liquidation Value of Assets*

| Assets | Value |
|---|---|
| a. Cash on hand (end of month) | $ **To be Determined** per Pre-Confirmation Filed Operating Report) |
| b. Accounts Receivable | $0.00 |
| c. Insurance Proceeds | $     0.00 |
| d. All Furniture/Collectibles/ Clothing | $14,000.00 |
| e. Automobiles | $15,000.00 |
| f. 7 Dancer Lane, Freehold, NJ | $1,595,000.00 (per appraisal/cma jointly owned with non-filing spouse ) |
| g. 39 Spyglass Drive, Jackson, NJ | $ 425,000.00 (per market) |
| h. Investment property (such as stocks, bonds or other financial assets) | $5,000.00 |
| i. Lawsuits or other claims against third-parties (Ferrari Litigatioin) | $Unknown |
| j. The Skillet By Sal, Inc. (100% Owner) | $Unknown and To Be Determined |
| k. Faenza's Gourmet Market (100% Owner) | $Unknown and To Be Determined |
| j. Other intangibles (such as avoidance powers actions, misc.) | $ 0.00 |
| **Total Value** | **$2,054,000.00** |

| Less | Value |
|---|---|
| -Secured creditors' recoveries (excluding cram downs, consent order resolutions and judgment lienholders deemed unsecured) | $1,036,733.90 |

| | |
|---|---|
| -Chapter 7 trustee fees and expenses per §326 (Used 10% Cost of Sale Standard, plus Mansion Tax and Realty Transfer Fee) | $ 192,224.50 |
| -Chapter 11 Administrative Expenses | $15,000.00 |
| -Non Filing Spouse's 50% Equity Interest in 7 Dancer Lane, Freehold, NJ | $621,750.00 |
| -Priority claims, excluding Administrative Expense claims | $ |
| -Debtor's claimed exemptions on all property | $82,150.00 |
| 1) Balance for unsecured claims | **$106,141.60** |
| 2) Total dollar amount of allowed general unsecured claims (not including unsecured portions of mortgage liens and judgment liens) paid through Plan | $732,091.00 |

*Percentage of Claims Which Unsecured Creditors Would Receive or Retain in a Chapter 7 Liquidation:*        14.49%

*Percentage of Claims Which Allowed Unsecured Creditors Will Receive or Retain under the Plan:*        71.02%

2