| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on July 31, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Salvatore Faenza | Case No.:  25-14559<br>Chapter:   11 (Small Business Subchapter V)<br>Judge:     Michael B. Kaplan |

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been opened to the Court by _____Salvatore Faenza_____, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. August 27, 2025 is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. August 27, 2025 is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. If applicable, if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is n/a.

E. A hearing will be scheduled for September 4, 2025 at 10:00 am for confirmation of the Plan before the Honorable Michael B. Kaplan, United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, NJ 08608, in Courtroom 8.

rev.2/28/2024