UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Salvatore Faenza

Case No.: 25-14559

Chapter: 11 (Small Business Subchapter V)

Judge: Michael B. Kaplan

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been opened to the Court by _____Salvatore Faenza_____, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. _August 27, 2025_ is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. _August 27, 2025_ is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. If applicable, if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is _n/a_.

E. A hearing will be scheduled for _September 4, 2025_ at _10:00 am_ for confirmation of the Plan before the Honorable _Michael B. Kaplan_, United States Bankruptcy Court, District of New Jersey, _402 East State Street, Trenton, NJ 08608_, in Courtroom _8_.

*rev.2/28/2024*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                           Case No. 25-14559-MBK
Salvatore Faenza                                                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 2
Date Rcvd: Jul 31, 2025                  Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore Faenza, 300 Mounts Corner Drive, Freehold, NJ 07728-2558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025                              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kimberly A. Wilson | on behalf of Creditor OceanFirst Bank  National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Matthew Francis Kye | on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co.  Ltd. mkye@kyelaw.com |
| Nicole M. Nigrelli | nnigrelli@ciardilaw.com  PA91@ecfcbis.com |
| Nicole M. Nigrelli | on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Steven D. Pertuz | on behalf of Debtor Salvatore Faenza pertuzlaw@verizon.net g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 31, 2025 | Form ID: pdf903 | Total Noticed: 1

Turner Falk
    on behalf of Creditor Ferrari Financial Services  Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8