| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SAUL EWING LLP<br>Turner N. Falk, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>T: (215) 972-8415<br>turner.falk@saul.com<br>*Counsel for Ferrari Financial Services, Inc.* |
| In Re:<br><br>Salvatore Faenza |

Case No. 25-14559-MBK

Chapter 11

## CERTIFICATION OF SERVICE

I hereby certify that on August 27, 2025, I did cause the *Objection of Ferrari Financial Services, Inc. to Confirmation of Small Business Debtor's Plan of Reorganization* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

        **SAUL EWING LLP**

        */s/ Turner N. Falk*
        Turner N. Falk
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Telephone: (215) 972-7777
        turner.falk@saul.com

56064921.3