UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

                    DEBTOR.

Case No.: 25-14559
Adv. Pro. No.: 
Chapter: 11
Subchapter V: ☒ Yes  ☐ No
Hearing Date: 9/4/25
Judge: MBK

## ADJOURNMENT REQUEST

1. I, _____Steven D. Pertuz_____,

    ☒ am the attorney for: _____Debtor_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Confirmation Hearing

    Current hearing date and time: 9/4/25 at 10:00 am

    New date requested: October 2, 2025 AT 10:00 A.M.

    Reason for adjournment request: Objections recently filed that need to be resolved, sale of property will be finalized in September for feasibility and Ferrari dispute as per email.

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

    I emailed all parties that have entered an appearance and/or objected to to the filed Plan and they have consented to the adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: __8/28/25_____     ___/s/ Steven D. Pertuz_____
                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

❑ Granted            New hearing date: _____      ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____   ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*