UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

                DEBTOR.

Case No.: 25-14559

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☒ Yes ☐ No

Hearing Date: 10/2/25

Judge: MBK

## ADJOURNMENT REQUEST

1. I, __Steven D. Pertuz__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation Hearing

   Current hearing date and time: 10/2/25 at 10:00 am

   New date requested: 60 Days from October 2, 2025

   Reason for adjournment request: 1 Objection has been resolved and more time is needed to address remaining objections, Ferrari's and Debtor's Counsel are still discussing options.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   I emailed all parties that have entered an appearance and/or objected to to the filed Plan and they have consented to the adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: 9/26/25    /s/ Steven D. Pertuz
                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: December 4, 2025 at 10:00 am    ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*