219 016 0-030-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🏢 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

SALVATORE FAENZA
DIP ACCOUNT # 25-14559
7 DANCER LANE
FREEHOLD         NJ  07728

**Choice Home Equity Line Sale**
**Ask about today's special offer**

**Stop in any branch or call 800.94.AMBOY**

## Free Personal Check Account

Account number: 16017455

### Account Balance Summary

| | |
|---|---:|
| Beginning Balance on 05-30 | $705.14 |
| Deposits and other credits (+) | $16,350.00 |
| Withdrawals, checks and other debits (-) | $15,950.00 |
| Ending Balance on 06-30 | $1,105.14 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---:|---|---|---:|
| 06-02 | DEPOSIT | 3,250.00 | 06-23 | DEPOSIT | 3,300.00 |
| 06-09 | DEPOSIT | 3,250.00 | 06-30 | DEPOSIT | 3,300.00 |
| 06-16 | DEPOSIT | 3,250.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 1002 | 06-02 | 3,250.00 | 1004 | 06-16 | 3,250.00 | 1006 | 06-30 | 3,100.00 |
| 1003 | 06-09 | 3,250.00 | 1005 | 06-23 | 3,100.00 | | | |

1002    $3,250.00    6/2/2025

1003    $3,250.00    6/9/2025

1004    $3,250.00    6/16/2025

1005    $3,100.00    6/23/2025

1006    $3,100.00    6/30/2025