For customer service or current rates call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD           NJ  07728**

### Choice Home Equity Line Sale
### Ask about today's special offer

### Stop in any branch or call 800.94.AMBOY

## Free Small Business Account     Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-30 | $1,893.85 |
| Deposits and other credits (+) | $75,543.78 |
| Withdrawals, checks and other debits (-) | $75,539.15 |
| Ending Balance on 06-30 | $1,898.48 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-02 | DEPOSIT | 365.00 | 06-06 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,044.74 |
| 06-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,500.00 | 06-09 | DEPOSIT | 665.00 |
| 06-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 937.64 | 06-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 964.61 |
| 06-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,440.67 | 06-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,216.60 |
| 06-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,005.01 | 06-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,811.10 |
| 06-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 06-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,800.00 |
| 06-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 06-10 | 498439492881 MERCHANT BANKCD DEPOSIT | 875.81 |
| 06-03 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,125.14 | 06-11 | 498439492881 MERCHANT BANKCD DEPOSIT | 832.05 |
| 06-04 | 498439492881 MERCHANT BANKCD DEPOSIT | 727.27 | 06-12 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 235.00 |
| 06-05 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,183.37 | 06-12 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,041.61 |
| 06-06 | ST-B0B2I8E6P1G6 DoorDash, Inc. DoorDash - | 110.38 | 06-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 90.00 |

FAENZA'S GOURMET MARKET LLC

# Free Small Business Account

**Account number: 16108183**

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-13 | ST-G0F2X6P6P0A4 DOORDASH, INC. DOORDASH - | 199.13 | 06-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 06-13 | 498439492881 MERCHANT BANKCD DEPOSIT | 730.62 | 06-23 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,616.18 |
| 06-16 | DEPOSIT | 365.00 | 06-23 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,994.84 |
| 06-16 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 06-23 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,969.25 |
| 06-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,322.96 | 06-24 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,568.95 |
| 06-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,846.28 | 06-25 | 498439492881 MERCHANT BANKCD DEPOSIT | 941.72 |
| 06-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,230.47 | 06-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 181.00 |
| 06-17 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,500.00 | 06-26 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,808.07 |
| 06-17 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,023.63 | 06-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 600.00 |
| 06-18 | 498439492881 MERCHANT BANKCD DEPOSIT | 550.79 | 06-27 | ST-O9Q7D3C0H8T4 DoorDash, Inc. DoorDash - | 194.36 |
| 06-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,000.00 | 06-27 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,261.21 |
| 06-20 | ST-U4Z3O6D2B7O9 DoorDash, Inc. DoorDash - | 304.63 | 06-30 | DEPOSIT | 1,327.72 |
| 06-20 | 498439492881 MERCHANT BANKCD DEPOSIT | 440.82 | 06-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 06-20 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,002.98 | 06-30 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,382.97 |
| 06-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,200.00 | 06-30 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,354.71 |
| 06-23 | DEPOSIT | 1,365.00 | 06-30 | 498439492881 MERCHANT BANKCD DEPOSIT | 9,289.49 |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1404* | 06-10 | 500.00 | 1440 | 06-02 | 1,120.00 | 1452* | 06-13 | 790.77 |
| 1417* | 06-30 | 1,008.36 | 1441 | 06-11 | 1,250.00 | 1454 | 06-12 | 390.00 |
| 1423* | 06-16 | 965.18 | 1442 | 06-09 | 1,264.40 | 1455 | 06-12 | 205.00 |
| 1426 | 06-13 | 273.02 | 1443 | 06-13 | 750.00 | 1456 | 06-16 | 925.13 |
| 1427* | 06-25 | 389.10 | 1444 | 06-10 | 250.00 | 1457* | 06-11 | 420.00 |
| 1435 | 06-02 | 600.00 | 1445 | 06-16 | 250.00 | 1460 | 06-20 | 978.34 |
| 1436 | 06-02 | 1,594.34 | 1446* | 06-23 | 250.00 | 1461 | 06-16 | 278.00 |
| 1437 | 06-03 | 1,567.95 | 1449 | 06-09 | 300.00 | 1462 | 06-23 | 978.32 |
| 1438 | 06-09 | 339.00 | 1450 | 06-05 | 200.00 | 1463 | 06-23 | 1,080.64 |
| 1439 | 06-03 | 580.26 | 1451 | 06-11 | 1,603.67 | 1464 | 06-23 | 1,536.37 |

*Indicates a gap in check number sequence

FAENZA'S GOURMET MARKET LLC

# Free Small Business Account

Account number: 16108183

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1465* | 06-25 | 1,638.76 | 1471 | 06-24 | 186.50 | 1476* | 06-30 | 1,126.03 |
| 1467 | 06-18 | 800.00 | 1472 | 06-30 | 2,257.88 | 1480 | 06-30 | 330.00 |
| 1468 | 06-26 | 638.35 | 1473 | 06-30 | 399.00 | | | |
| 1469* | 06-30 | 638.35 | 1474* | 06-30 | 1,922.29 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-02 | 43FXZBMNHUOCCIF CAPITAL ONE ONLINE PMT | 1,000.00 | 06-16 | 43IWC2IPHZYYYQF CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-02 | 43FQMPGCYC7H6JB CAPITAL ONE ONLINE PMT | 2,000.00 | 06-17 | 43JBHE25YEU6DZR CAPITAL ONE ONLINE PMT | 1,500.00 |
| 06-02 | BRANCH WITHDRAWAL | 300.00 | 06-17 | 43JC0Q8FFYYHIL3 CAPITAL ONE ONLINE PMT | 2,800.00 |
| 06-02 | Internet Transfer to xxx8272 | 800.00 | 06-18 | 43JJ4FS4XQKIK47 CAPITAL ONE ONLINE PMT | 500.00 |
| 06-03 | 7300000118 PAYMENT 250602 0000 6800978201 | 398.00 | 06-20 | 100157354216 FirstEnergy OPCO-ACH | 263.04 |
| 06-03 | 43GD5SV0AW3QTEF CAPITAL ONE ONLINE PMT | 1,000.00 | 06-20 | 43JYCBUJWCSDDNB CAPITAL ONE ONLINE PMT | 500.00 |
| 06-04 | 43GKR9FF5SGEW5Z CAPITAL ONE ONLINE PMT | 1,000.00 | 06-20 | 43JYQM3XU55MKIF CAPITAL ONE ONLINE PMT | 750.00 |
| 06-04 | Internet Transfer to xxx7764 | 250.00 | 06-20 | 100157799766 FirstEnergy OPCO-ACH | 864.34 |
| 06-04 | Internet Transfer to xxx7764 | 500.08 | 06-20 | 43JRQMLO86JRS5Z CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-05 | Internet Transfer to xxx7764 | 200.00 | 06-20 | 43JQOQSR7A16WD3 CAPITAL ONE ONLINE PMT | 1,250.00 |
| 06-05 | Internet Transfer to xxx8272 | 1,000.00 | | | |
| 06-06 | Internet Transfer to xxx7764 | 60.00 | 06-23 | 8667872 INTUIT * QBooks Onl | 65.00 |
| 06-06 | Internet Transfer to xxx7764 | 1,000.00 | 06-23 | 43K6UN96DXNLBVB CAPITAL ONE ONLINE PMT | 500.00 |
| 06-09 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 | 06-23 | 43KDIS6EIZVEB13 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-09 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.74 | 06-23 | 43K5VBWT3CX8E3B CAPITAL ONE ONLINE PMT | 2,000.00 |
| 06-09 | 15800501 OPTIMUM 7864 CABLE PMNT | 290.27 | 06-24 | 43KSPVPX26PKRPZ CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-09 | 43H7JW39GNKC1G7 CAPITAL ONE ONLINE PMT | 1,000.00 | 06-25 | CA0A0826B247292 CAPITAL ONE ONLINE PMT | 500.00 |
| 06-10 | Internet Transfer to xxx7764 | 2,800.00 | 06-25 | Internet Transfer to xxx7764 | 200.00 |
| 06-11 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 342.35 | 06-25 | Internet Transfer to xxx7764 | 2,000.00 |
| 06-11 | 100157354216 FirstEnergy OPCO-ACH | 250.50 | 06-26 | CA07C055DE2DD6A CAPITAL ONE ONLINE PMT | 500.00 |
| 06-12 | 43I9HCJ8LJ317BR CAPITAL ONE ONLINE PMT | 1,000.00 | 06-26 | OVERDRAFT CHARGE | 70.00 |
| 06-13 | 43IH35QPY08YV6F CAPITAL ONE ONLINE PMT | 1,000.00 | 06-27 | CA0AB1A2FF0FB2A CAPITAL ONE ONLINE PMT | 2,000.00 |
| 06-16 | 43IOOLFEP68GIMV CAPITAL ONE ONLINE PMT | 1,000.00 | | | |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

Account number: 16108183

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-27 | OVERDRAFT CHARGE | 70.00 | 06-30 | CA0F2B348AA3760 CAPITAL ONE ONLINE PMT | 2,500.00 |
| 06-30 | CA0CA1B4813D1C4 CAPITAL ONE ONLINE PMT | 500.00 | 06-30 | OVERDRAFT CHARGE | 35.00 |
| 06-30 | CA0B3D766A698EC CAPITAL ONE ONLINE PMT | 2,000.00 | 06-30 | SERVICE CHARGE | 17.40 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 175.00 | 3,675.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $420.00 |



| Check # | Amount | Date |
|---|---|---|
| 0 | $300.00 | 6/2/2025 |
| 1404 | $500.00 | 6/10/2025 |
| 1417 | $1,008.36 | 6/30/2025 |
| 1423 | $965.18 | 6/16/2025 |
| 1426 | $273.02 | 6/13/2025 |
| 1427 | $389.10 | 6/25/2025 |
| 1435 | $600.00 | 6/2/2025 |
| 1436 | $1,594.34 | 6/2/2025 |
| 1437 | $1,567.95 | 6/3/2025 |
| 1438 | $339.00 | 6/9/2025 |
| 1439 | $580.26 | 6/3/2025 |
| 1440 | $1,120.00 | 6/2/2025 |

| Check # | Payee | Amount | Date |
|---|---|---|---|
| 1441 | Cardinale Group | $1,250.00 | 6/11/2025 |
| 1442 | Sullivan Brothers | $1,264.40 | 6/9/2025 |
| 1443 | Nicole Prisco | $750.00 | 6/13/2025 |
| 1444 | D'Ambrosio Foods | $250.00 | 6/10/2025 |
| 1445 | D'Ambrosio Wholesale Foods | $250.00 | 6/16/2025 |
| 1446 | D'Ambrosio Wholesale Foods | $250.00 | 6/23/2025 |
| 1449 | Dina Garcia | $300.00 | 6/9/2025 |
| 1450 | Fidel Caro | $200.00 | 6/5/2025 |
| 1451 | Russo Meats | $1,603.67 | 6/11/2025 |
| 1452 | Russo's Meats | $790.77 | 6/13/2025 |
| 1454 | Thomas Curivan / Pepper Dews | $390.00 | 6/12/2025 |
| 1455 | Edeson Oil | $205.00 | 6/12/2025 |

| Check # | Amount | Date |
|---|---|---|
| 1456 | $925.13 | 6/16/2025 |
| 1457 | $420.00 | 6/11/2025 |
| 1460 | $978.34 | 6/20/2025 |
| 1461 | $278.00 | 6/16/2025 |
| 1462 | $978.32 | 6/23/2025 |
| 1463 | $1,080.64 | 6/23/2025 |
| 1464 | $1,536.37 | 6/23/2025 |
| 1465 | $1,638.76 | 6/25/2025 |
| 1467 | $800.00 | 6/18/2025 |
| 1468 | $638.35 | 6/26/2025 |
| 1469 | $638.35 | 6/30/2025 |
| 1471 | $186.50 | 6/24/2025 |

1472   $2,257.88   6/30/2025

1473   $399.00   6/30/2025

1474   $1,922.29   6/30/2025

1476   $1,126.03   6/30/2025

1480   $330.00   6/30/2025