From 06-01 to 06-30        Page 1 of 6
0790 0-030-000-00000000

📞 For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🏪 Visit us at
www.amboybank.com

📞 Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD        NJ  07728**

### Choice Home Equity Line Sale
### Ask about today's special offer

### Stop in any branch or call 800.94.AMBOY

## Free Small Business Account        Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-30 | $394.01 |
| Deposits and other credits (+) | $233,507.65 |
| Withdrawals, checks and other debits (-) | $228,369.88 |
| Ending Balance on 06-30 | $5,531.78 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-02 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 800.00 | 06-09 | 498467450884 MERCHANT BANKCD DEPOSIT | 7,009.35 |
| 06-02 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,950.23 | 06-09 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,173.27 |
| 06-02 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,012.98 | 06-09 | 498467450884 MERCHANT BANKCD DEPOSIT | 12,938.42 |
| 06-02 | 498467450884 MERCHANT BANKCD DEPOSIT | 13,909.47 | 06-10 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,316.21 |
| 06-03 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,355.92 | 06-11 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,318.36 |
| 06-04 | 3L8685896025149 PRUDENTIAL REVERSAL | 162.83 | 06-12 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,209.02 |
| 06-04 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,949.50 | 06-13 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,949.28 |
| 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 1,000.00 | 06-16 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,568.05 |
| 06-05 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,345.53 | 06-16 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,588.75 |
| 06-06 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,935.16 | 06-16 | 498467450884 MERCHANT BANKCD DEPOSIT | 13,146.77 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-17 | 498467450884 MERCHANT BANK CD DEPOSIT | 4,268.66 | 06-24 | 498467450884 MERCHANT BANK CD DEPOSIT | 5,773.66 |
| 06-18 | 498467450884 MERCHANT BANK CD DEPOSIT | 4,319.67 | 06-25 | 498467450884 MERCHANT BANK CD DEPOSIT | 4,083.95 |
| 06-20 | 498467450884 MERCHANT BANK CD DEPOSIT | 5,417.25 | 06-26 | 498467450884 MERCHANT BANK CD DEPOSIT | 4,870.68 |
| 06-20 | 498467450884 MERCHANT BANK CD DEPOSIT | 9,048.27 | 06-27 | 498467450884 MERCHANT BANK CD DEPOSIT | 5,367.51 |
| 06-23 | 498467450884 MERCHANT BANK CD DEPOSIT | 8,544.99 | 06-30 | 498467450884 MERCHANT BANK CD DEPOSIT | 7,913.25 |
| 06-23 | 498467450884 MERCHANT BANK CD DEPOSIT | 8,651.57 | 06-30 | 498467450884 MERCHANT BANK CD DEPOSIT | 9,795.33 |
| 06-23 | 498467450884 MERCHANT BANK CD DEPOSIT | 13,087.12 | 06-30 | 498467450884 MERCHANT BANK CD DEPOSIT | 10,726.64 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2001 | 06-09 | 3,250.00 | 2003 | 06-23 | 3,300.00 | | | |
| 2002 | 06-16 | 3,250.00 | 2004 | 06-30 | 3,300.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-02 | 3L8685896025149 PRUDENTIAL INS PREM | 162.83 | 06-02 | BRANCH WITHDRAWAL | 700.00 |
| 06-02 | 3L8685896025150 PRUDENTIAL INS PREM | 162.83 | 06-02 | Internet Transfer to xxx8183 | 2,500.00 |
| | | | 06-02 | Internet Transfer to xxx7764 | 3,000.00 |
| | | | 06-02 | Internet Transfer to xxx7764 | 12,000.00 |
| 06-02 | 498467450884 MERCHANT BANK CD DISCOUNT | 173.27 | 06-03 | 498467450884 MERCHANT BANK CD DISCOUNT | 187.45 |
| 06-02 | 498467450884 MERCHANT BANK CD DISCOUNT | 385.46 | 06-03 | 43G5KB7E321LPRP CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-02 | 4013439494 Dovenmuehl Dovenmuehl | 427.14 | 06-03 | 43GD5VTT67BBULX CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-02 | 498467450884 MERCHANT BANK CD DISCOUNT | 486.82 | 06-03 | Internet Transfer to xxx8183 | 1,000.00 |
| 06-02 | XXXXX7136U FARMERS NW LIFE INS. PREM | 500.00 | 06-03 | Internet Transfer to xxx8183 | 1,000.00 |
| | | | 06-03 | Internet Transfer to xxx7764 | 1,000.80 |
| 06-02 | 43FXZDCWBDPEKZ9 CAPITAL ONE ONLINE PMT | 1,000.00 | 06-03 | Internet Transfer to xxx7764 | 2,000.00 |
| | | | 06-03 | Internet Transfer to xxx7764 | 3,000.00 |
| 06-02 | 43FQM1M2WH6IDH1 CAPITAL ONE ONLINE PMT | 2,000.00 | 06-04 | 498467450884 MERCHANT BANK CD DISCOUNT | 173.24 |
| 06-02 | Internet Transfer to xxx8087 | 100.00 | 06-04 | 43GKRB07GNN3B91 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-02 | Internet Transfer to xxx7764 | 300.00 | | | |
| 06-02 | Internet Transfer to xxx7764 | 700.00 | 06-04 | Internet Transfer to xxx7764 | 650.00 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

**Withdrawals and Other Debits (cont.)**

| Date | Description | Amount |
|---|---|---|
| 06-04 | Internet Transfer to xxx7764 | 4,500.00 |
| 06-05 | 498467450884 MERCHANT BANKCD DISCOUNT | 152.09 |
| 06-05 | 43GSAXR9OGSOUYD CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-05 | Internet Transfer to xxx7764 | 400.00 |
| 06-05 | BRANCH WITHDRAWAL | 400.00 |
| 06-05 | Internet Transfer to xxx7764 | 475.00 |
| 06-05 | Internet Transfer to xxx7764 | 3,200.00 |
| 06-06 | 498467450884 MERCHANT BANKCD DISCOUNT | 137.73 |
| 06-06 | 43GZYKUV7AWB0DX CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-06 | 43H06NB2JD5XM0L CAPITAL ONE ONLINE PMT | 1,100.00 |
| 06-06 | Internet Transfer to xxx7764 | 130.00 |
| 06-06 | Internet Transfer to xxx7764 | 1,700.00 |
| 06-09 | Internet Transfer to xxx2100 | 250.00 |
| 06-09 | 498467450884 MERCHANT BANKCD DISCOUNT | 245.31 |
| 06-09 | 498467450884 MERCHANT BANKCD DISCOUNT | 356.07 |
| 06-09 | 498467450884 MERCHANT BANKCD DISCOUNT | 452.85 |
| 06-09 | 8468618690 CHASE CREDIT CRD EPAY | 500.00 |
| 06-09 | 43H7IG3Z7LHKRSL CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-09 | 43H8BB6GLNQIU2D CAPITAL ONE ONLINE PMT | 1,100.00 |
| 06-09 | Internet Transfer to xxx8087 | 200.00 |
| 06-09 | BRANCH WITHDRAWAL | 750.00 |
| 06-09 | BRANCH WITHDRAWAL | 800.00 |
| 06-09 | Internet Transfer to xxx7764 | 6,000.00 |
| 06-09 | Internet Transfer to xxx7764 | 12,500.00 |
| 06-10 | 498467450884 MERCHANT BANKCD DISCOUNT | 186.07 |
| 06-10 | XXXXX4584 FARMERS INS EFT PYMT | 298.94 |
| 06-10 | 43HNZCA189ZNNP1 CAPITAL ONE ONLINE PMT | 500.00 |
| 06-10 | 43HV1BHY06TFXYT CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-10 | Internet Transfer to xxx7764 | 500.00 |
| 06-10 | Internet Transfer to xxx7764 | 2,500.00 |
| 06-10 | Internet Transfer to xxx8183 | 2,800.00 |
| 06-11 | 498467450884 MERCHANT BANKCD DISCOUNT | 186.14 |
| 06-11 | 43I1VO6JO2GJX6D CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-11 | Internet Transfer to xxx7764 | 3,500.00 |
| 06-12 | 498467450884 MERCHANT BANKCD DISCOUNT | 147.32 |
| 06-12 | 43I9HVIU279K439 CAPITAL ONE ONLINE PMT | 500.00 |
| 06-12 | 43I9HO5NLT0XF3P CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-12 | Internet Transfer to xxx7764 | 106.00 |
| 06-12 | Internet Transfer to xxx8183 | 235.00 |
| 06-12 | Internet Transfer to xxx7764 | 500.00 |
| 06-12 | BRANCH WITHDRAWAL | 550.00 |
| 06-12 | Internet Transfer to xxx7764 | 2,000.00 |
| 06-13 | 5P-XXXXX4608 EZPASS8882886865 AUTO REPL | 35.00 |
| 06-13 | 498467450884 MERCHANT BANKCD DISCOUNT | 173.22 |
| 06-13 | 43IHQONADKA6P4L CAPITAL ONE ONLINE PMT | 1,200.00 |
| 06-13 | 43IH3FWCUKFCIB9 CAPITAL ONE ONLINE PMT | 2,500.00 |
| 06-13 | Internet Transfer to xxx8183 | 90.00 |
| 06-13 | Internet Transfer to xxx7764 | 800.00 |
| 06-16 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 06-16 | 498467450884 MERCHANT BANKCD DISCOUNT | 229.88 |
| 06-16 | 6665192 VZ WIRELESS VN E CHECK | 359.68 |
| 06-16 | 498467450884 MERCHANT BANKCD DISCOUNT | 405.60 |
| 06-16 | 498467450884 MERCHANT BANKCD DISCOUNT | 460.13 |
| 06-16 | CA0ABE80C5AA544 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-16 | CA0A979F1575B24 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-16 | BRANCH WITHDRAWAL | 600.00 |
| 06-16 | Internet Transfer to xxx8183 | 1,000.00 |
| 06-16 | Internet Transfer to xxx7764 | 1,000.00 |
| 06-16 | Internet Transfer to xxx7764 | 7,000.00 |
| 06-16 | Internet Transfer to xxx7764 | 12,000.00 |
| 06-17 | 498467450884 MERCHANT BANKCD DISCOUNT | 149.40 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-17 | CA0D5E8C06CFE7B CAPITAL ONE ONLINE PMT | 500.00 | 06-23 | CA09BBBEA35DDE7 CAPITAL ONE ONLINE PMT | 500.00 |
| 06-17 | BRANCH WITHDRAWAL | 400.00 | 06-23 | XXXXX7136U FARMERS NW LIFE INS. PREM | 500.00 |
| 06-17 | Internet Transfer to xxx8087 | 500.00 | | | |
| 06-17 | Internet Transfer to xxx8183 | 2,500.00 | 06-23 | CA0004382ADCF09 CAPITAL ONE ONLINE PMT | 500.00 |
| 06-17 | Internet Transfer to xxx7764 | 2,500.08 | 06-23 | CA0B8C7B270A9C4 CAPITAL ONE ONLINE PMT | 1,500.00 |
| 06-18 | 498467450884 MERCHANT BANKCD CHARGEBACK | 52.07 | 06-23 | CA015B64727AA23 CAPITAL ONE ONLINE PMT | 2,000.00 |
| 06-18 | 498467450884 MERCHANT BANKCD DISCOUNT | 151.19 | 06-23 | BRANCH WITHDRAWAL | 900.00 |
| 06-18 | CA09232CB925132 CAPITAL ONE ONLINE PMT | 550.00 | 06-23 | Internet Transfer to xxx8183 | 1,200.00 |
| 06-18 | CA02A40A3DEF2B1 CAPITAL ONE ONLINE PMT | 1,000.00 | 06-23 | Internet Transfer to xxx7764 | 1,500.00 |
| | | | 06-23 | Internet Transfer to xxx8183 | 1,500.00 |
| 06-18 | Internet Transfer to xxx7764 | 2,500.00 | 06-23 | Internet Transfer to xxx7764 | 12,000.00 |
| 06-20 | 498467450884 MERCHANT BANKCD DISCOUNT | 189.62 | 06-24 | 498467450884 MERCHANT BANKCD DISCOUNT | 202.08 |
| 06-20 | 498467450884 MERCHANT BANKCD DISCOUNT | 316.69 | 06-24 | CA0153D6BEFEE2B CAPITAL ONE ONLINE PMT | 2,000.00 |
| 06-20 | CA0056CF5E36271 CAPITAL ONE ONLINE PMT | 550.00 | 06-24 | Internet Transfer to xxx7764 | 5,000.00 |
| 06-20 | XXXXX0047 FARM FAMILY INSPREMIUM | 684.53 | 06-25 | 498467450884 MERCHANT BANKCD DISCOUNT | 142.94 |
| 06-20 | CA0B1BE6A4DA321 CAPITAL ONE ONLINE PMT | 750.00 | 06-25 | CA051B067780B74 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 06-20 | CA0496701B810ED CAPITAL ONE ONLINE PMT | 1,000.00 | 06-25 | Internet Transfer to xxx7764 | 5,900.00 |
| 06-20 | CA0E0920B87737D CAPITAL ONE ONLINE PMT | 1,250.00 | 06-26 | 498467450884 MERCHANT BANKCD DISCOUNT | 170.48 |
| 06-20 | CA00D9ED109F8BB CAPITAL ONE ONLINE PMT | 1,900.00 | 06-26 | CA07080270D1D11 CAPITAL ONE ONLINE PMT | 1,250.00 |
| 06-20 | Internet Transfer to xxx7764 | 160.00 | 06-26 | Internet Transfer to xxx8183 | 181.00 |
| 06-20 | Internet Transfer to xxx7764 | 750.00 | 06-26 | Internet Transfer to xxx7764 | 3,305.00 |
| 06-20 | Internet Transfer to xxx7764 | 1,800.00 | 06-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 187.86 |
| 06-20 | Internet Transfer to xxx8183 | 2,000.00 | 06-27 | Internet Transfer to xxx8087 | 200.00 |
| 06-20 | Internet Transfer to xxx7764 | 3,100.00 | 06-27 | Internet Transfer to xxx7764 | 200.00 |
| 06-23 | 8667875 INTUIT * QBooks Onl | 65.00 | 06-27 | Internet Transfer to xxx8183 | 600.00 |
| 06-23 | XXXXX7727 FARMERS NW LIFE INS. PREM | 212.68 | 06-27 | BRANCH WITHDRAWAL | 680.00 |
| | | | 06-27 | Internet Transfer to xxx7764 | 3,350.00 |
| 06-23 | 498467450884 MERCHANT BANKCD DISCOUNT | 299.09 | 06-30 | 498467450884 MERCHANT BANKCD DISCOUNT | 276.97 |
| 06-23 | 498467450884 MERCHANT BANKCD DISCOUNT | 302.80 | 06-30 | 498467450884 MERCHANT BANKCD DISCOUNT | 342.84 |
| 06-23 | 498467450884 MERCHANT BANKCD DISCOUNT | 458.05 | 06-30 | 498467450884 MERCHANT BANKCD DISCOUNT | 375.44 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-30 | 8521293741 CHASE CREDIT CRD EPAY | 500.00 | 06-30 | Internet Transfer to xxx8183 | 1,500.00 |
| 06-30 | CA09E97E910F236 CAPITAL ONE ONLINE PMT | 3,900.00 | 06-30 | Internet Transfer to xxx7764 | 12,000.00 |
| 06-30 | BRANCH WITHDRAWAL | 850.00 | 06-30 | SERVICE CHARGE | 11.20 |

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 0.00 | 35.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |

| # | Amount | Date |
|---|--------|------|
| 0 | $700.00 | 6/2/2025 |
| 0 | $400.00 | 6/5/2025 |
| 0 | $750.00 | 6/9/2025 |
| 0 | $800.00 | 6/9/2025 |
| 0 | $550.00 | 6/12/2025 |
| 0 | $600.00 | 6/16/2025 |
| 0 | $400.00 | 6/17/2025 |
| 0 | $900.00 | 6/23/2025 |
| 0 | $680.00 | 6/27/2025 |
| 0 | $850.00 | 6/30/2025 |
| 2001 | $3,250.00 | 6/9/2025 |
| 2002 | $3,250.00 | 6/16/2025 |

2003    $3,300.00    6/23/2025        2004    $3,300.00    6/30/2025