00000000000000000000000000000000000000
00000000000000000000000000000000000000

|||....|...|..|...|..|...|...|...|...|...|...|..|...|...|

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**Choice Home Equity Line Sale**
**Ask about today's special offer**

**Stop in any branch or call 800.94.AMBOY**

## Free Small Business Account                    Account number: 16107764

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-30 | $10.21 |
| Deposits and other credits (+) | $150,294.87 |
| Withdrawals, checks and other debits (-) | $149,284.19 |
| Ending Balance on 06-30 | $1,020.89 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 300.00 | 06-04 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 650.00 |
| 06-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 700.00 | 06-04 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 4,500.00 |
| 06-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,000.00 | 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 200.00 |
| 06-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 12,000.00 | 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 400.00 |
| 06-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.80 | 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 475.00 |
| 06-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,200.00 |
| 06-03 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,000.00 | 06-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 60.00 |
| 06-03 | 3320456349 EDI PAYMNT JUN 02 J2D80OB7EEQ3O0T REF*TN*J2D80OB7EE\ | 189.14 | 06-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 60.00 |
| 06-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 250.00 | 06-06 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 130.00 |
| 06-04 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 500.08 | 06-06 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 1,000.00 |

THE SKILLET BY SAL INC

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-06 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,700.00 | 06-18 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,500.00 |
| 06-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,300.00 | 06-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 160.00 |
| 06-09 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 6,000.00 | 06-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 750.00 |
| 06-09 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 12,500.00 | 06-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,800.00 |
| 06-10 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 500.00 | 06-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,100.00 |
| 06-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 06-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 06-10 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 2,800.00 | 06-23 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 12,000.00 |
| 06-10 | 3320456349 EDI PAYMNT JUN 09 91K3GN8SQEE8T29 REF*TN*91K3GN8SQE\ | 300.47 | 06-24 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 5,000.00 |
| 06-11 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,500.00 | 06-24 | 3320456349 EDI PAYMNT JUN 23 ZGZM SJ0Z UONEO2U REF*TN*ZGZM SJ0Z UO\ | 257.20 |
| 06-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 06-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 200.00 |
| 06-12 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 106.00 | 06-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 2,000.00 |
| 06-12 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 500.00 | 06-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,900.00 |
| 06-12 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,000.00 | 06-26 | DEPOSIT | 2,370.00 |
| 06-13 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 800.00 | 06-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,305.00 |
| 06-16 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,000.00 | 06-26 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 091000013105650 TXP* | 297.54 |
| 06-16 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 7,000.00 | 06-26 | RETURNED ITEM, INSUFFICIENT FUNDS, 38405-029949409 Rewards Network SETTLEMENT | 640.53 |
| 06-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 12,000.00 | 06-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 |
| 06-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.08 | 06-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,350.00 |
| 06-17 | 3320456349 EDI PAYMNT JUN 16 9ROQFNPNY1Z2E3G REF*TN*9ROQFNPNY1\ | 243.03 | 06-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 12,000.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 |
|---|---|---|

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3135* | 06-04 | 2,212.00 | 3616 | 06-10 | 750.00 | 3678* | 06-30 | 400.09 |
| 3507* | 06-02 | 758.00 | 3617 | 06-10 | 750.00 | 3681 | 06-27 | 750.00 |
| 3545 | 06-02 | 1,806.37 | 3618* | 06-13 | 1,781.83 | 3682 | 06-30 | 730.00 |
| 3546 | 06-09 | 1,806.37 | 3621 | 06-16 | 810.00 | 3683* | 06-27 | 500.00 |
| 3547* | 06-13 | 1,806.37 | 3622 | 06-16 | 385.00 | 3685* | 06-30 | 760.00 |
| 3559* | 06-02 | 571.00 | 3623 | 06-16 | 1,680.89 | 13374* | 06-23 | 223.58 |
| 3563* | 06-16 | 500.00 | 3624 | 06-10 | 436.84 | 13401 | 06-16 | 45.47 |
| 3567* | 06-03 | 1,000.00 | 3625 | 06-10 | 350.00 | 13402* | 06-23 | 162.05 |
| 3570* | 06-02 | 308.00 | 3626 | 06-16 | 1,280.00 | 13457 | 06-02 | 89.44 |
| 3576* | 06-02 | 1,594.82 | 3627 | 06-12 | 165.00 | 13458* | 06-06 | 97.34 |
| 3578 | 06-05 | 1,104.00 | 3628 | 06-09 | 620.00 | 13462* | 06-17 | 10.79 |
| 3579 | 06-09 | 1,104.00 | 3629 | 06-13 | 425.00 | 13479* | 06-03 | 25.26 |
| 3580 | 06-03 | 1,109.12 | 3630 | 06-11 | 600.00 | 13482* | 06-02 | 98.13 |
| 3581* | 06-02 | 750.00 | 3631 | 06-16 | 1,135.53 | 13490* | 06-02 | 496.42 |
| 3583 | 06-03 | 417.50 | 3632 | 06-11 | 700.00 | 13496 | 06-04 | 668.22 |
| 3584 | 06-02 | 530.00 | 3633 | 06-12 | 900.00 | 13497 | 06-03 | 467.89 |
| 3585 | 06-03 | 1,096.97 | 3634 | 06-18 | 479.81 | 13498 | 06-05 | 349.15 |
| 3586 | 06-12 | 592.50 | 3635 | 06-13 | 475.00 | 13499 | 06-03 | 428.75 |
| 3587 | 06-12 | 650.00 | 3636 | 06-16 | 750.00 | 13500 | 06-04 | 163.32 |
| 3588 | 06-06 | 1,000.00 | 3637 | 06-13 | 209.00 | 13501 | 06-03 | 269.13 |
| 3589 | 06-04 | 250.00 | 3638 | 06-17 | 750.00 | 13502 | 06-03 | 2.14 |
| 3590* | 06-10 | 250.00 | 3639 | 06-24 | 500.00 | 13503 | 06-03 | 221.72 |
| 3592 | 06-10 | 1,500.00 | 3640 | 06-23 | 250.00 | 13504 | 06-16 | 371.20 |
| 3593 | 06-25 | 1,800.00 | 3641 | 06-27 | 250.00 | 13505* | 06-03 | 235.58 |
| 3594 | 06-09 | 3,057.81 | 3642 | 06-16 | 1,000.00 | 13507 | 06-16 | 92.74 |
| 3595 | 06-03 | 750.00 | 3643 | 06-20 | 800.00 | 13508 | 06-05 | 506.68 |
| 3596 | 06-23 | 451.00 | 3644 | 06-16 | 770.00 | 13509* | 06-02 | 3.56 |
| 3597 | 06-05 | 450.00 | 3645 | 06-18 | 350.00 | 13511 | 06-03 | 236.23 |
| 3598 | 06-03 | 180.00 | 3646 | 06-16 | 760.00 | 13512 | 06-02 | 128.68 |
| 3599 | 06-02 | 180.00 | 3647 | 06-17 | 630.00 | 13513 | 06-03 | 3.00 |
| 3600* | 06-04 | 550.00 | 3648 | 06-16 | 165.00 | 13514 | 06-03 | 290.93 |
| 3602 | 06-02 | 770.00 | 3649 | 06-23 | 900.00 | 13515* | 06-04 | 14.48 |
| 3603 | 06-03 | 500.00 | 3650 | 06-23 | 717.63 | 13517 | 06-03 | 18.61 |
| 3604 | 06-02 | 3,250.00 | 3651 | 06-23 | 1,406.11 | 13518 | 06-02 | 3.89 |
| 3605 | 06-04 | 350.00 | 3652 | 06-23 | 1,267.27 | 13519* | 06-04 | 429.52 |
| 3606 | 06-04 | 650.00 | 3653 | 06-30 | 180.00 | 13522 | 06-12 | 668.22 |
| 3607 | 06-03 | 540.00 | 3654 | 06-20 | 180.00 | 13523 | 06-10 | 467.89 |
| 3608 | 06-05 | 750.00 | 3655* | 06-20 | 750.00 | 13524 | 06-10 | 349.15 |
| 3609 | 06-06 | 212.50 | 3660* | 06-26 | 2,300.00 | 13525 | 06-09 | 428.75 |
| 3610 | 06-10 | 905.00 | 3672 | 06-24 | 700.00 | 13526 | 06-09 | 172.26 |
| 3611 | 06-09 | 1,256.34 | 3673 | 06-27 | 350.00 | 13527 | 06-10 | 269.13 |
| 3612 | 06-09 | 1,462.00 | 3674 | 06-24 | 165.00 | 13528 | 06-17 | 1.52 |
| 3613* | 06-26 | 843.00 | 3675* | 06-23 | 770.00 | 13529 | 06-09 | 176.57 |
| 3615 | 06-06 | 2,327.18 | 3677 | 06-30 | 1,328.70 | 13530 | 06-16 | 360.67 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account          Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13531* | 06-11 | 448.42 | 13555 | 06-16 | 337.36 | 13580 | 06-23 | 428.75 |
| 13533 | 06-30 | 33.65 | 13556 | 06-17 | 269.13 | 13581 | 06-23 | 185.04 |
| 13534 | 06-23 | 87.00 | 13557 | 06-17 | 31.93 | 13582 | 06-23 | 269.13 |
| 13535 | 06-10 | 506.68 | 13558 | 06-17 | 158.18 | 13583 | 06-23 | 3.66 |
| 13536 | 06-09 | 3.87 | 13559 | 06-24 | 171.10 | 13584 | 06-24 | 150.97 |
| 13537 | 06-17 | 11.26 | 13560* | 06-17 | 234.17 | 13585* | 06-24 | 252.91 |
| 13538 | 06-09 | 314.65 | 13562 | 06-30 | 56.08 | 13588 | 06-30 | 48.02 |
| 13539 | 06-09 | 374.14 | 13563* | 06-17 | 506.68 | 13589 | 06-24 | 506.68 |
| 13540 | 06-10 | 4.23 | 13565 | 06-17 | 23.19 | 13590 | 06-30 | 12.88 |
| 13541 | 06-09 | 465.58 | 13566 | 06-23 | 223.11 | 13591 | 06-23 | 236.60 |
| 13542 | 06-09 | 30.15 | 13567 | 06-18 | 208.06 | 13592* | 06-23 | 324.92 |
| 13543 | 06-17 | 315.45 | 13568 | 06-17 | 2.44 | 13594* | 06-24 | 278.54 |
| 13544 | 06-10 | 18.56 | 13569 | 06-18 | 352.42 | 13597 | 06-24 | 2.92 |
| 13545 | 06-09 | 7.70 | 13570 | 06-30 | 1.81 | 13598* | 06-27 | 4.59 |
| 13546 | 06-11 | 429.52 | 13571 | 06-17 | 499.10 | 13600* | 06-23 | 90.00 |
| 13547 | 06-09 | 254.00 | 13572 | 06-17 | 5.13 | 13608 | 06-30 | 260.61 |
| 13548* | 06-16 | 85.00 | 13573 | 06-16 | 1.99 | 13609 | 06-27 | 427.60 |
| 13551 | 06-20 | 668.22 | 13574* | 06-23 | 429.52 | 13610* | 06-27 | 269.13 |
| 13552 | 06-18 | 467.89 | 13577 | 06-24 | 668.22 | 13623* | 06-27 | 12.40 |
| 13553 | 06-23 | 349.15 | 13578 | 06-24 | 467.89 | 13626 | 06-30 | 11.38 |
| 13554 | 06-18 | 428.75 | 13579 | 06-24 | 349.15 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-02 | 8263863381 J2540 OOFF CZ10000F6HEDC TRN*1*CZ10000F6HEDC\RM R*IK*LAW | 500.00 | 06-05 | 604599217073111 Sams Club SYF PAYM NT | 100.00 |
| 06-02 | SU MITOM O M ITSUI LEASE COLL | 500.00 | 06-05 | 8263863381 J2544 OOFF CZ10000FCFSQC TRN*1*CZ10000FCFSQC\RM R*IK*THE LAW | 250.00 |
| 06-03 | 39 594 284 NEW YORK LIFE INS. PREM . | 24.00 | 06-06 | 3094434 INTUIT * QBooks On1 | 65.00 |
| 06-03 | 39 594 241 NEW YORK LIFE INS. PREM . | 84.50 | 06-06 | 7216000928 NJWEB22500 091000012855108 TXP*B872535605000*22500*250630*T*50 | 500.00 |
| 06-03 | 39 590 652 NEW YORK LIFE INS. PREM . | 89.00 | | | |
| 06-03 | 6R0O3Q62QK1 DEPT EDUCATION STUDENT LN | 380.00 | 06-06 | SK 1088 Termac WEB PAY | 516.70 |
| 06-03 | XXXXX7745 Lend Bug LLC 9175802864 | 500.00 | 06-06 | 7903518686 2025-06-01 250606 512b5a1 1e1d246a balance_transaction_3a3ab191-d321-4 | 917.55 |
| 06-04 | 7216000928 NJWEB01120 091000012833778 TXP*B872535605000*01120*250630*T*32 | 321.95 | | | |
| | | | 06-06 | OVERDRAFT CHARGE | 105.00 |
| 06-04 | 38341-029879654 Rewards Network SETTLEMENT | 756.33 | 06-09 | SK 702 Termac WEB PAY | 101.29 |
| 06-04 | Cust #55252431 P ERFORM ANCEM NY CA SH CONC | 1,000.00 | 06-11 | 7216000928 NJWEB01120 091000012873300 TXP*B872535605000*01120*250630*T*33 | 335.83 |
| 06-04 | 270555534495305 IRS USA TAX PYM T | 2,974.27 | | | |

**THE SKILLET BY SAL INC**

| **Free Small Business Account** | **Account number: 16107764** |
|---|---|

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-11 | 38363-029902723 Rewards Network SETTLEMENT | 651.10 | 06-23 | 7903518686 2025-06-15 250623 c5422b1f901d48b balance_transaction_bbd86b8c-f349-4 | 815.46 |
| 06-11 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 | 06-23 | XXXXX4246 Lend Bug LLC 9175802864 | 1,000.00 |
| 06-11 | 270556264720199 IRS USA TAX PYMT | 3,105.68 | 06-24 | 49093912 NEW YORK LIFE INS. PREM . | 746.65 |
| 06-12 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 188.88 | 06-25 | 7216000928 NJWEB01120 09100001310565 0 TXP*B872535605000*01120*250630*T*29 | 297.54 |
| 06-13 | 6R1IC003QI1 DEPT EDUCATION STUDENT LN | 378.76 | 06-25 | 38405-029949409 Rewards Network SETTLEMENT | 640.53 |
| 06-13 | 7903518686 2025-06-08 250613 6e3a82286d3948e balance_transaction_51fdf3f0-a6ea-4 | 880.51 | 06-25 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 |
| 06-13 | 8263565131 HILOYO INVESTMEN ACH Debit | 1,487.00 | 06-25 | 270557675802226 IRS USA TAX PYMT | 2,811.92 |
| 06-16 | 604599217073111 Sams Club SYF PAYMNT | 100.00 | 06-25 | 7216000928 NJWEB04110 09100001310367 TXP*B872535605000*04110*250630*T*84 | 8,451.19 |
| 06-16 | SK 702 Termac WEB PAY | 101.29 | 06-26 | OVERDRAFT CHARGE | 35.00 |
| 06-16 | 221556700798859 IRS USA TAX PYMT | 189.86 | 06-26 | RETURNED CHECK CHARGE | 70.00 |
| 06-16 | 221556700262759 IRS USA TAX PYMT | 810.14 | 06-27 | 609 586 2600 NJGOVSERVEW NJGovServE | 75.50 |
| 06-16 | OVERDRAFT CHARGE | 105.00 | 06-27 | 7216000928 NJWEB01120 09100001310565 0 TXP*B872535605000*01120*250630*T*29 | 297.54 |
| 06-17 | 2BJN75 AppFolio, Inc. F WEB PMTS | 2.49 | 06-27 | 7903518686 2025-06-22 250627 40b55b8520c8492 balance_transaction_58304743-17eb-4 | 894.26 |
| 06-17 | WYMB2D Acorn Property M WEB PMTS | 300.00 | 06-27 | 9026844203 HILOYO INVESTMEN ACH Debit | 1,487.00 |
| 06-18 | 7216000928 NJWEB01120 09100001302821 5 TXP*B872535605000*01120*250630*T*31 | 316.02 | 06-27 | OVERDRAFT CHARGE | 70.00 |
| 06-18 | 38385-029926074 Rewards Network SETTLEMENT | 519.39 | 06-30 | 1Z C185 AppFolio, Inc. F WEB PMTS | 2.49 |
| 06-18 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 | 06-30 | 721708022850538 BEST BUY AUTO PYMT | 48.00 |
| 06-18 | 270556202546830 IRS USA TAX PYMT | 2,914.37 | 06-30 | M 9J53D Acorn Property M WEB PMTS | 300.00 |
| 06-20 | 9026750969 HILOYO INVESTMEN ACH Debit | 1,487.00 | 06-30 | 38422-029963105 Rewards Network SETTLEMENT | 640.53 |
| 06-20 | Internet Transfer to xxx8087 | 60.00 | 06-30 | XXXXX9108 Lend Bug LLC 9175802864 | 1,000.00 |
| 06-23 | 8263863381 J2562 OOFF CZ10000FT5MWC TRN*1*CZ10000FT5MWC\RM R*IK*T HE | 250.00 | 06-30 | OVERDRAFT CHARGE | 35.00 |
| 06-23 | SUMITOMO MITSUI LEASE COLL | 500.00 | 06-30 | SERVICE CHARGE | 55.80 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 350.00 | 4,690.00 |
| TOTAL RETURNED ITEM FEES: | $70.00 | $1,015.00 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3135

Date 06·03·25

Pay to the Order of Robert Scarpone      $ 2212⁰⁰

Two Thousand Two Hundred Twelve      Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 14 of 26 Replenish 9993

3135   $2,212.00   6/4/2025

---

3135   $2,212.00   6/4/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3507

Date 5/1/25

Pay to the Order of Jean Raffaele      $ 758⁴⁰

Seven Hundred Fifty Eight 40/100      Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3507   $758.00   6/2/2025

---

3507   $758.00   6/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3545

Date 5/30/25

Pay to the Order of Simply Fresh      $ 1806⁵²

One Thousand Eight Hundred Six 52/100      Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For 3/31/25 - 5/10/25

3545   $1,806.37   6/2/2025

---

3545   $1,806.37   6/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3546

Date 6/6/25

Pay to the Order of Simply Fresh      $ 1806.37

One Thousand Eight Hundred Six 37/100      Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For 3/31/25 - 5/10/25

3546   $1,806.37   6/9/2025

---

3546   $1,806.37   6/9/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3547

Date 6/13/25

Pay to the Order of Simply Fresh      $ 1806.37

One Thousand Eight Hundred Six 37/100      Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For 3/31/25 - 5/10/25

3547   $1,806.37   6/13/2025

---

3547   $1,806.37   6/13/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3559

Date 5/25/25

Pay to the Order of Abba Hte      $ 571⁰⁰

Five Hundred Seventy one 00/100      Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For up to 5/18

3559   $571.00   6/2/2025

---

3559   $571.00   6/2/2025

**Check 3563**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

Pay to the Order of: Sensational Farms     $ 500.00
Five Hundred     Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____     3563

3563   $500.00   6/16/2025

**Check 3567**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     3567

5/29/25

Pay to the Order of: Steven Green     $ 1000
One Thousand     Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____     3567

For deposit only
Stephen L Green
Trailers

3567   $1,000.00   6/3/2025

**Check 3570**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     3570

5/31/25

Pay to the Order of: Tustin Bruder     $ 308.00
Three Hundred Eight     Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____     3570

3570   $308.00   6/2/2025

**Check 3576**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     3576

5/ /25

Pay to the Order of: Sullivan Bruder     $ 1594.82
One Thousand Five Hundred Ninety Four 82/100     Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 3/11/25     3576

513462040434 114058  20250530 00000000161-0776-4
TRN_DEBIT GIBARR2  0.00
Harmony Road 0134 94004 5134 0003 0079

3576   $1,594.82   6/2/2025

**Check 3578**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     3578

5/2/24

Pay to the Order of: Global Blends     $ 1104.00
One Thousand One Hundred Four and 00/100     Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 3/21  4/7  4/18     3578

3578   $1,104.00   6/5/2025

**Check 3579**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     3579

6/9/25

Pay to the Order of: Global Blends     $ 1104.00
One Thousand One Hundred Four and 00/100     Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 3/21  4/7  4/18     3579

3579   $1,104.00   6/9/2025

3580    $1,109.12    6/3/2025



3580    $1,109.12    6/3/2025



3581    $750.00    6/2/2025



3581    $750.00    6/2/2025



3583    $417.50    6/3/2025



3583    $417.50    6/3/2025



3584    $530.00    6/2/2025



3584    $530.00    6/2/2025



3585    $1,096.97    6/3/2025



3585    $1,096.97    6/3/2025



3586    $592.50    6/12/2025



3586    $592.50    6/12/2025

JPMorganChaseBank 061111 000426 925220103492

Case 25-14559-MBK   Doc 39-6   Filed 11/23/25   Entered 11/23/25 16:38:30   Desc
Exhibit Skillet Operating June Acct.   Page 9 of 39



3587   $650.00   6/12/2025                    3587   $650.00   6/12/2025

3588   $1,000.00   6/6/2025                   3588   $1,000.00   6/6/2025

3589   $250.00   6/4/2025                     3589   $250.00   6/4/2025

3590   $250.00   6/10/2025                    3590   $250.00   6/10/2025

3592   $1,500.00   6/10/2025                  3592   $1,500.00   6/10/2025

3593   $1,800.00   6/25/2025                  3593   $1,800.00   6/25/2025

3594    $3,057.81    6/9/2025



3595    $750.00    6/3/2025



3596    $451.00    6/23/2025



3597    $450.00    6/5/2025



3598    $180.00    6/3/2025



3599    $180.00    6/2/2025



3600    $550.00    6/4/2025        3600    $550.00    6/4/2025

3602    $770.00    6/2/2025        3602    $770.00    6/2/2025

3603    $500.00    6/3/2025        3603    $500.00    6/3/2025

3604    $3,250.00    6/2/2025        3604    $3,250.00    6/2/2025

3605    $350.00    6/4/2025        3605    $350.00    6/4/2025

3606    $650.00    6/4/2025        3606    $650.00    6/4/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3607

6/2/25

Pay to the Order of: ALex Ramirez    $ 540²

Five A ded fordy    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

14757-NJ

3607    $540.00    6/3/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3608

6/2/25

Pay to the Order of: ALex Xican    $ 750²

Seven Hundred fifty    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

Alex Xicay

3608    $750.00    6/5/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3609

6/5/25

Pay to the Order of: John Cito    $ 212.²

Two Hundred Twelve and 50⁰⁰    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3609    $212.50    6/6/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3610

6/8/25

Pay to the Order of: Steven Green    $ 905²

Nine Hodred five ded    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

Barbara Oniler

3610    $905.00    6/10/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3611

6/10/25

Pay to the Order of: Silvan Broon    $ 1256³⁴

One Thousand two Hodred fifty Six 34/³⁴    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 3/18/25

513462042270 102737 20250606 00000000161-0776-40
TRN_DEBIT TAE0082 0.00
Harmony Road 0134 94004 5134 0007 0029

3611    $1,256.34    6/9/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3612

6/25/25

Pay to the Order of: Donna Zenardi    $ 1462²

One Thousand four Hdd Sixty two ²    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3612    $1,462.00    6/9/2025



3613 $843.00 6/26/2025    3613 $843.00 6/26/2025

3615 $2,327.18 6/6/2025    3615 $2,327.18 6/6/2025

3616 $750.00 6/10/2025    3616 $750.00 6/10/2025

3617 $750.00 6/10/2025    3617 $750.00 6/10/2025

3618 $1,781.83 6/13/2025    3618 $1,781.83 6/13/2025

3621 $810.00 6/16/2025    3621 $810.00 6/16/2025

| Check | Amount | Date |
|---|---|---|
| 3622 | $385.00 | 6/13/2025 |
| 3622 | $385.00 | 6/13/2025 |
| 3623 | $1,680.89 | 6/16/2025 |
| 3623 | $1,680.89 | 6/16/2025 |
| 3624 | $436.84 | 6/10/2025 |
| 3624 | $436.84 | 6/10/2025 |
| 3625 | $350.00 | 6/10/2025 |
| 3625 | $350.00 | 6/10/2025 |
| 3626 | $1,280.00 | 6/16/2025 |
| 3626 | $1,280.00 | 6/16/2025 |
| 3627 | $165.00 | 6/12/2025 |
| 3627 | $165.00 | 6/12/2025 |



3628  $620.00  6/9/2025
3629  $425.00  6/13/2025
3630  $600.00  6/11/2025
3631  $1,135.53  6/16/2025
3632  $700.00  6/11/2025
3633  $900.00  6/12/2025






3634    $479.81    6/18/2025

3634    $479.81    6/18/2025



3635    $475.00    6/13/2025

3635    $475.00    6/13/2025




3636    $750.00    6/16/2025

3636    $750.00    6/16/2025




3637    $209.00    6/13/2025

3637    $209.00    6/13/2025




3638    $750.00    6/17/2025

3638    $750.00    6/17/2025

3639    $500.00    6/24/2025

3639    $500.00    6/24/2025



3640    $250.00    6/23/2025

3641    $250.00    6/27/2025

3642    $1,000.00    6/16/2025

3643    $800.00    6/20/2025

3644    $770.00    6/16/2025

3645    $350.00    6/18/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3646

6/17/25

Pay to the Order of _Serge_   $760.02
_Seven Hoderd Sixty_ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3646    $760.00    6/16/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3647

6/19/25

Pay to the Order of _Juanto_   $630.02
_Six Hodref Thurty_ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3647    $630.00    6/17/2025

FOR MOBILE DEPOSIT ONLY
AMBOY BANK

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3648

1/25

Pay to the Order of _Justin Broile_   $165—
_One Hoded Sixty Five c/100_ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3648    $165.00    6/16/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3649

6/18/25

Pay to the Order of _ALex Xicung_   $900.00
_Nine Hoded_ Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3649    $900.00    6/23/2025

3382603617    Alex

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3650

6/19/25

Pay to the Order of _Russos Meats_   $717.63
_Seven Hoded Seventeen and 07_ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3650    $717.63    6/23/2025

06-26-2025 - 0107 - N613704 - 03170102078653136640002B > 211475039 < Santander
557833010200 154407  20250620 0000000
TRN_DEBIT TAJ2580  0.00
Marlboro 0088 94004 5578 0006 0131

PAY TO THE ORDER OF
SANTANDER BANK
FOR DEPOSIT ONLY
RUSSO MEATS

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3651

6/24/25

Pay to the Order of _Breubela_   $1406.41
_One Thousand Four Hoded Six c/100_ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 5/20  5/23  5/24  5/x

3651    $1,406.11    6/23/2025

3652  $1,267.27  6/23/2025

3652  $1,267.27  6/23/2025



3653  $180.00  6/30/2025

3653  $180.00  6/30/2025



3654  $180.00  6/20/2025

3654  $180.00  6/20/2025



3655  $750.00  6/20/2025

3655  $750.00  6/20/2025



3660  $2,300.00  6/26/2025

3660  $2,300.00  6/26/2025



3672  $700.00  6/24/2025

3672  $700.00  6/24/2025

3673    $350.00    6/27/2025



3674    $165.00    6/24/2025



3675    $770.00    6/23/2025



3677    $1,328.70    6/30/2025



3678    $400.09    6/30/2025



3681    $750.00    6/27/2025

3682    $730.00    6/30/2025



3682    $730.00    6/30/2025



3683    $500.00    6/27/2025



3683    $500.00    6/27/2025



3685    $760.00    6/30/2025



3685    $760.00    6/30/2025



13374    $223.58    6/23/2025



13374    $223.58    6/23/2025



13401    $45.47    6/16/2025



13401    $45.47    6/16/2025



13402    $162.05    6/23/2025



13402    $162.05    6/23/2025



13457   $89.44   6/2/2025          13457   $89.44   6/2/2025

13458   $97.34   6/6/2025          13458   $97.34   6/6/2025

13462   $10.79   6/17/2025         13462   $10.79   6/17/2025

13479   $25.26   6/3/2025          13479   $25.26   6/3/2025

13482   $98.13   6/2/2025          13482   $98.13   6/2/2025

13490   $496.42   6/2/2025         13490   $496.42   6/2/2025

 

13496   $668.22   6/4/2025

 

13497   $467.89   6/3/2025

 

13498   $349.15   6/5/2025

 

13499   $428.75   6/3/2025

  

13500   $163.32   6/4/2025

13501   $269.13   6/3/2025




13502    $2.14    6/3/2025        13502    $2.14    6/3/2025




13503    $221.72    6/3/2025      13503    $221.72    6/3/2025




13504    $371.20    6/16/2025     13504    $371.20    6/16/2025




13505    $235.58    6/3/2025      13505    $235.58    6/3/2025




13507    $92.74    6/16/2025     13507    $92.74    6/16/2025




13508    $506.68    6/5/2025      13508    $506.68    6/5/2025



13509   $3.56   6/2/2025

13509   $3.56   6/2/2025

13511   $236.23   6/3/2025

13511   $236.23   6/3/2025

13512   $128.68   6/2/2025

13512   $128.68   6/2/2025

13513   $3.00   6/3/2025

13513   $3.00   6/3/2025

13514   $290.93   6/3/2025

13514   $290.93   6/3/2025

13515   $14.48   6/4/2025

13515   $14.48   6/4/2025






13517    $18.61    6/3/2025




13518    $3.89    6/2/2025




13519    $429.52    6/4/2025




13522    $668.22    6/12/2025




13523    $467.89    6/10/2025




13524    $349.15    6/10/2025

 

13525   $428.75   6/9/2025          13525   $428.75   6/9/2025

 

13526   $172.26   6/9/2025          13526   $172.26   6/9/2025

 

13527   $269.13   6/10/2025         13527   $269.13   6/10/2025

 

13528   $1.52   6/17/2025           13528   $1.52   6/17/2025

 

13529   $176.57   6/9/2025          13529   $176.57   6/9/2025

13530   $360.67   6/16/2025         13530   $360.67   6/16/2025




13531   $448.42   6/11/2025




13533   $33.65   6/30/2025




13534   $87.00   6/23/2025




13535   $506.68   6/10/2025




13536   $3.87   6/9/2025




13537   $11.26   6/17/2025



13538    $314.65    6/9/2025          13538    $314.65    6/9/2025

13539    $374.14    6/9/2025          13539    $374.14    6/9/2025

13540    $4.23    6/10/2025          13540    $4.23    6/10/2025

13541    $465.58    6/9/2025          13541    $465.58    6/9/2025

13542    $30.15    6/9/2025          13542    $30.15    6/9/2025

13543    $315.45    6/17/2025          13543    $315.45    6/17/2025




13544   $18.56   6/10/2025         13544   $18.56   6/10/2025




13545   $7.70   6/9/2025          13545   $7.70   6/9/2025




13546   $429.52   6/11/2025        13546   $429.52   6/11/2025




13547   $254.00   6/9/2025         13547   $254.00   6/9/2025




13548   $85.00   6/16/2025         13548   $85.00   6/16/2025




13551   $668.22   6/20/2025        13551   $668.22   6/20/2025





13552    $467.89    6/18/2025




13553    $349.15    6/23/2025




13554    $428.75    6/18/2025




13555    $337.36    6/16/2025




13556    $269.13    6/17/2025

13557    $31.93    6/17/2025




13558   $158.18   6/17/2025




13559   $171.10   6/24/2025




13560   $234.17   6/17/2025




13562   $56.08   6/30/2025




13563   $506.68   6/17/2025




13565   $23.19   6/17/2025





13566   $223.11   6/23/2025          13566   $223.11   6/23/2025





13567   $208.06   6/18/2025          13567   $208.06   6/18/2025





13568   $2.44   6/17/2025           13568   $2.44   6/17/2025





13569   $352.42   6/18/2025          13569   $352.42   6/18/2025





13570   $1.81   6/30/2025           13570   $1.81   6/30/2025

13571   $499.10   6/17/2025          13571   $499.10   6/17/2025





13572   $5.13   6/17/2025



13573   $1.99   6/16/2025



13573   $1.99   6/16/2025



13574   $429.52   6/23/2025



13574   $429.52   6/23/2025



13577   $668.22   6/24/2025



13577   $668.22   6/24/2025



13578   $467.89   6/24/2025



13578   $467.89   6/24/2025



13579   $349.15   6/24/2025



13579   $349.15   6/24/2025





13580   $428.75   6/23/2025                    13580   $428.75   6/23/2025




13581   $185.04   6/23/2025                    13581   $185.04   6/23/2025




13582   $269.13   6/23/2025                    13582   $269.13   6/23/2025




13583   $3.66   6/24/2025                      13583   $3.66   6/24/2025




13584   $150.97   6/24/2025                    13584   $150.97   6/24/2025

13585   $252.91   6/24/2025                    13585   $252.91   6/24/2025




13588   $48.02   6/30/2025




13589   $506.68   6/24/2025




13590   $12.88   6/30/2025




13591   $236.60   6/23/2025




13592   $324.92   6/23/2025




13594   $278.54   6/24/2025



13597    $2.92    6/24/2025          13597    $2.92    6/24/2025




13598    $4.59    6/27/2025          13598    $4.59    6/27/2025




13600    $90.00    6/23/2025         13600    $90.00    6/23/2025



13608    $260.61    6/30/2025        13608    $260.61    6/30/2025

13609    $427.60    6/27/2025        13609    $427.60    6/27/2025





13610    $269.13    6/27/2025        13610    $269.13    6/27/2025





13623   $12.40   6/30/2025





13626   $11.38   6/30/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

<table>
<tr><td>Street and Number</td><td>City</td><td>State</td><td>Zip Code</td></tr>
</table>

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ..................................................
☐ Loan ..................................................
☐ Safe Deposit Box ( ................................................ )

☐ Savings ..................................................
☐ Certificate ..................................................
☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____    Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | |
| **TOTAL** | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | |
|--|--|
| DEPOSITS NOT SHOWN ON STATEMENT | |
| STATEMENT BALANCE | |
| **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

PLEASE EXAMINE AND ADVISE PROMPTLY IF THERE IS ANY QUESTION ABOUT YOUR ACCOUNT

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY