|  | For customer service or current rates call: 732-591-2530 |
|---|---|
|  | Write to: Amboy Bank 3590 U. S. Highway 9 Old Bridge, NJ 08857 |
|  | Visit us at www.amboybank.com |
|  | Telephone Banking call 1-877-24AMBOY |

SALVATORE FAENZA
DIP ACCOUNT # 25-14559
7 DANCER LANE
FREEHOLD          NJ  07728

### Choice Home Equity Line Sale
### Ask about today's special offer

**Stop in any branch or call 800.94.AMBOY**

## Free Personal Check Account

**Account number: 16017455**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 06-30 | $1,105.14 |
| Deposits and other credits (+) | $10,950.00 |
| Withdrawals, checks and other debits (-) | $11,523.00 |
| Ending Balance on 07-31 | $532.14 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-07 | DEPOSIT | 3,400.00 | 07-21 | DEPOSIT | 3,750.00 |
| 07-14 | DEPOSIT | 3,500.00 | 07-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| 07-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1007 | 07-03 | 300.00 | 1009 | 07-14 | 3,500.00 | | | |
| 1008 | 07-07 | 3,100.00 | 1010 | 07-21 | 3,750.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-10 | Internet Transfer to xxx8087 | 15.00 | 07-31 | Internet Transfer to xxx7764 | 658.00 |
| 07-15 | Internet Transfer to xxx2100 | 200.00 | | | |

1007   $300.00   7/3/2025

1008   $3,100.00   7/7/2025

1009   $3,500.00   7/14/2025

1010   $3,750.00   7/21/2025