| | |
|---|---|
| ☎ | For customer service or current rates call: 732-591-2530 |
| ✉ | Write to: Amboy Bank 3590 U. S. Highway 9 Old Bridge, NJ 08857 |
| 🏦 | Visit us at www.amboybank.com |
| ☎ | Telephone Banking call 1-877-24AMBOY |

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD        NJ  07728**

### Choice Home Equity Line Sale
### Ask about today's special offer

### Stop in any branch or call 800.94.AMBOY

## Free Small Business Account          Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 06-30 | $1,898.48 |
| Deposits and other credits (+) | $103,730.38 |
| Withdrawals, checks and other debits (-) | $108,256.68 |
| Ending Balance on 07-31 | -$2,627.82 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 300.00 | 07-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,171.66 |
| 07-01 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,073.77 | 07-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,572.08 |
| 07-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 50.00 | 07-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 4,241.94 |
| 07-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 | 07-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 5,791.11 |
| 07-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 07-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 07-02 | DEPOSIT | 1,500.00 | 07-08 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,217.40 |
| 07-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,542.45 | 07-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 600.00 |
| 07-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 450.00 | 07-09 | DEPOSIT | 940.00 |
| 07-03 | DEPOSIT | 880.00 | 07-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 883.87 |
| 07-03 | 498439492881 MERCHANT BANKCD DEPOSIT | 925.71 | 07-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 560.00 |
| 07-07 | DEPOSIT | 365.00 | 07-10 | 498439492881 MERCHANT BANKCD DEPOSIT | 944.59 |
| 07-07 | ST-F8T3Q1C3U5C5 DoorDash, Inc. DoorDash - | 298.53 | | | |

FAENZA'S GOURMET MARKET LLC

# Free Small Business Account

**Account number: 16108183**

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,400.00 | 07-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 550.00 |
| 07-11 | ST-L5Q5Q1M2U4V3 DoorDash, Inc. DoorDash - | 317.30 | 07-22 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,622.94 |
| 07-11 | 498439492881 MERCHANT BANKCD DEPOSIT | 488.65 | 07-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 300.00 |
| 07-14 | DEPOSIT | 795.00 | 07-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 |
| 07-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 07-23 | DEPOSIT | 2,000.00 |
| 07-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,213.64 | 07-23 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,119.79 |
| 07-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,473.73 | 07-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 07-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,591.55 | 07-24 | 498439492881 MERCHANT BANKCD DEPOSIT | 832.78 |
| 07-15 | DEPOSIT | 4,000.00 | 07-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 |
| 07-15 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,158.31 | 07-25 | ST-M0R7T1R7L0O9 DoorDash, Inc. DoorDash - | 412.57 |
| 07-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 | 07-25 | 498439492881 MERCHANT BANKCD DEPOSIT | 775.67 |
| 07-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 427.89 | 07-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 250.00 |
| 07-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,400.00 | 07-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 |
| 07-17 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,416.10 | 07-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 07-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 07-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 07-18 | ST-K2K4V2I1V5S2 DoorDash, Inc. DoorDash - | 300.00 | 07-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,231.04 |
| 07-18 | 498439492881 MERCHANT BANKCD DEPOSIT | 762.32 | 07-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,403.14 |
| 07-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 350.00 | 07-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 4,725.56 |
| 07-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,200.00 | 07-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 800.00 |
| 07-21 | DEPOSIT | 1,696.16 | 07-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 07-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 07-29 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,276.71 |
| 07-21 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,039.01 | 07-30 | DEPOSIT | 365.00 |
| 07-21 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,991.27 | 07-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 850.00 |
| 07-21 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,072.53 | | | |

FAENZA'S GOURMET MARKET LLC

# Free Small Business Account

Account number: 16108183

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-30 | 498439492881 MERCHANT BANKCD DEPOSIT | 964.81 | 07-31 | 498439492881 MERCHANT BANKCD DEPOSIT | 948.80 |
| 07-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 50.00 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1381* | 07-07 | 500.00 | 1491 | 07-08 | 262.00 | 1509 | 07-21 | 665.20 |
| 1405* | 07-08 | 500.00 | 1492 | 07-09 | 100.00 | 1510* | 07-21 | 4,000.00 |
| 1458 | 07-01 | 750.00 | 1493 | 07-15 | 200.00 | 1513 | 07-28 | 1,070.00 |
| 1459* | 07-02 | 1,250.00 | 1494 | 07-15 | 1,000.00 | 1514 | 07-28 | 450.00 |
| 1466* | 07-07 | 1,638.76 | 1495 | 07-14 | 1,603.27 | 1515 | 07-28 | 1,040.00 |
| 1470* | 07-23 | 175.00 | 1496 | 07-09 | 255.00 | 1516 | 07-25 | 750.00 |
| 1475* | 07-01 | 1,922.29 | 1497 | 07-15 | 4,500.00 | 1517* | 07-28 | 1,279.39 |
| 1478 | 07-01 | 750.00 | 1498* | 07-09 | 345.00 | 1519* | 07-29 | 286.75 |
| 1479* | 07-01 | 660.00 | 1500 | 07-14 | 700.00 | 1522* | 07-25 | 255.00 |
| 1481 | 07-01 | 449.75 | 1501 | 07-23 | 1,593.68 | 1525 | 07-30 | 1,250.00 |
| 1482* | 07-01 | 300.00 | 1502 | 07-16 | 350.00 | 1526* | 07-25 | 300.00 |
| 1485 | 07-08 | 1,098.30 | 1503 | 07-17 | 50.00 | 1543* | 07-29 | 350.00 |
| 1486 | 07-08 | 1,598.29 | 1504 | 07-21 | 377.00 | 1549* | 07-31 | 700.00 |
| 1487 | 07-07 | 1,110.05 | 1505 | 07-21 | 1,200.00 | 1558 | 07-30 | 115.90 |
| 1488 | 07-08 | 708.00 | 1506 | 07-22 | 1,134.21 | 1559 | 07-29 | 449.00 |
| 1489 | 07-07 | 350.00 | 1507 | 07-17 | 525.00 | | | |
| 1490 | 07-14 | 990.75 | 1508 | 07-18 | 380.00 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-01 | CA0460084CB2823 CAPITAL ONE ONLINE PMT | 500.00 | 07-07 | CA0E8C116791B86 CAPITAL ONE ONLINE PMT | 500.00 |
| 07-02 | CA06280BBC92879 CAPITAL ONE ONLINE PMT | 500.00 | 07-07 | CA0EA0C157D342C CAPITAL ONE ONLINE PMT | 1,000.00 |
| 07-02 | CA02952D3D59560 CAPITAL ONE ONLINE PMT | 3,600.00 | 07-07 | CA0AD05C716F66A CAPITAL ONE ONLINE PMT | 2,500.00 |
| 07-02 | OVERDRAFT CHARGE | 70.00 | 07-07 | CA07B5177A82B9B CAPITAL ONE ONLINE PMT | 2,500.00 |
| 07-03 | 7300000118 PAYMENT 250702 0000 6800978201 | 398.00 | 07-07 | OVERDRAFT CHARGE | 70.00 |
| 07-03 | CA097FD0026BAE2 CAPITAL ONE ONLINE PMT | 500.00 | 07-08 | CA03897FE804A4A CAPITAL ONE ONLINE PMT | 4,150.00 |
| 07-03 | OVERDRAFT CHARGE | 70.00 | 07-08 | Internet Transfer to xxx8272 | 40.00 |
| 07-07 | 15800501 OPTIMUM 7864 CABLE PMNT | 290.27 | 07-09 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 |
| 07-07 | CA066087D842E03 CAPITAL ONE ONLINE PMT | 500.00 | | | |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

**Account number: 16108183**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 07-09 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.74 |
| 07-09 | CA0615DC560CDF2 CAPITAL ONE ONLINE PMT | 500.00 |
| 07-09 | CA0E24E6AA18191 CAPITAL ONE ONLINE PMT | 2,700.00 |
| 07-10 | CA0CAD67B26AE95 CAPITAL ONE ONLINE PMT | 3,000.00 |
| 07-10 | OVERDRAFT CHARGE | 105.00 |
| 07-11 | CA04321A33065FF CAPITAL ONE ONLINE PMT | 2,000.00 |
| 07-11 | OVERDRAFT CHARGE | 35.00 |
| 07-14 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 354.16 |
| 07-14 | CA06184D3BA0EC3 CAPITAL ONE ONLINE PMT | 500.00 |
| 07-14 | CA0F17D7B59D07D CAPITAL ONE ONLINE PMT | 1,000.00 |
| 07-14 | CA04C90992CC502 CAPITAL ONE ONLINE PMT | 3,000.00 |
| 07-14 | OVERDRAFT CHARGE | 35.00 |
| 07-15 | OVERDRAFT CHARGE | 35.00 |
| 07-16 | CA0F016FDBB6C07 CAPITAL ONE ONLINE PMT | 1,690.00 |
| 07-16 | OVERDRAFT CHARGE | 35.00 |
| 07-17 | CA0DD133AA1846A CAPITAL ONE ONLINE PMT | 1,800.00 |
| 07-17 | OVERDRAFT CHARGE | 70.00 |
| 07-18 | CA08908A6DEC4C5 CAPITAL ONE ONLINE PMT | 250.00 |
| 07-18 | CA0234B48550007 CAPITAL ONE ONLINE PMT | 2,150.00 |
| 07-18 | OVERDRAFT CHARGE | 105.00 |
| 07-21 | 0241945 INTUIT * QBooks Onl | 75.00 |
| 07-21 | CA05BCF542EAB31 CAPITAL ONE ONLINE PMT | 500.00 |
| 07-21 | CA0882EC8DE72A3 CAPITAL ONE ONLINE PMT | 5,500.00 |
| 07-22 | CA07E95E1194B2A CAPITAL ONE ONLINE PMT | 250.00 |
| 07-22 | OVERDRAFT CHARGE | 35.00 |
| 07-23 | E9234X9KNGVBXDX The Leviton Law ACH TRX | 361.40 |
| 07-23 | CA0720E96FB7205 CAPITAL ONE ONLINE PMT | 2,600.00 |
| 07-24 | FAE184 ACE ENDICO CORP FAE184 | 775.00 |
| 07-24 | CA05BFC98F812E7 CAPITAL ONE ONLINE PMT | 2,800.00 |
| 07-24 | OVERDRAFT CHARGE | 105.00 |
| 07-25 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 600.00 |
| 07-25 | FAE184 ACE ENDICO CORP FAE184 | 960.00 |
| 07-25 | CA0714E0A4360C6 CAPITAL ONE ONLINE PMT | 2,700.00 |
| 07-28 | 8589335596 CHASE CREDIT CRD EPAY | 100.00 |
| 07-28 | 100157354216 FirstEnergy OPCO-ACH | 200.50 |
| 07-28 | CA0048DC3446F02 CAPITAL ONE ONLINE PMT | 500.00 |
| 07-28 | FAE184 ACE ENDICO CORP FAE184 | 960.00 |
| 07-28 | CA0206C85F42169 CAPITAL ONE ONLINE PMT | 3,100.00 |
| 07-28 | OVERDRAFT CHARGE | 105.00 |
| 07-29 | 8596231216 CHASE CREDIT CRD EPAY | 100.00 |
| 07-29 | FAE184 ACE ENDICO CORP FAE184 | 958.00 |
| 07-29 | CA06DEFB29C21C5 CAPITAL ONE ONLINE PMT | 2,000.00 |
| 07-30 | CA0015F762F6E57 CAPITAL ONE ONLINE PMT | 1,800.00 |
| 07-31 | CA044D8A3EBE6EF CAPITAL ONE ONLINE PMT | 1,850.00 |
| 07-31 | OVERDRAFT CHARGE | 70.00 |
| 07-31 | SERVICE CHARGE | 23.60 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 945.00 | 4,620.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $420.00 |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1381 | $500.00 | 7/7/2025 | Mec Installations |
| 1405 | $500.00 | 7/8/2025 | D&D |
| 1458 | $750.00 | 7/1/2025 | Nicole Prunto |
| 1459 | $1,250.00 | 7/2/2025 | Cardinale Group |
| 1466 | $1,638.76 | 7/7/2025 | Paramount Paper |
| 1470 | $175.00 | 7/23/2025 | Linda Gianci |
| 1475 | $1,922.29 | 7/1/2025 | Russo Meats |
| 1478 | $750.00 | 7/1/2025 | Nicole Prunto |
| 1479 | $660.00 | 7/1/2025 | Cash |
| 1481 | $449.75 | 7/1/2025 | Donato Foods |
| 1482 | $300.00 | 7/1/2025 | Ida Cross |
| 1485 | $1,098.30 | 7/8/2025 | Brubelli |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1486 | $1,598.29 | 7/8/2025 | Russo's Meats |
| 1487 | $1,110.05 | 7/7/2025 | Sullivan Brothers |
| 1488 | $708.00 | 7/8/2025 | LaDolce Bakery |
| 1489 | $350.00 | 7/7/2025 | Emerlindo Costure |
| 1490 | $990.75 | 7/14/2025 | Aiello Dairy |
| 1491 | $262.00 | 7/8/2025 | Kaia To |
| 1492 | $100.00 | 7/9/2025 | Esmelinda Custore |
| 1493 | $200.00 | 7/15/2025 | Act Fast |
| 1494 | $1,000.00 | 7/15/2025 | Chef Tools |
| 1495 | $1,603.27 | 7/14/2025 | Sullivans |
| 1496 | $255.00 | 7/9/2025 | Koray Bayrasli |
| 1497 | $4,500.00 | 7/15/2025 | AKA Refrigeration |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1498 | $345.00 | 7/9/2025 | Justo Maguel |
| 1500 | $700.00 | 7/14/2025 | Alex Ramirez |
| 1501 | $1,593.68 | 7/23/2025 | Paramount Paper |
| 1502 | $350.00 | 7/16/2025 | Dina Gavone |
| 1503 | $50.00 | 7/17/2025 | Marlboro HS Cheer |
| 1504 | $377.00 | 7/21/2025 | Golden Crust |
| 1505 | $1,200.00 | 7/21/2025 | Russo Meats |
| 1506 | $1,134.21 | 7/22/2025 | Russos Meats |
| 1507 | $525.00 | 7/17/2025 | Fidel Caro |
| 1508 | $380.00 | 7/18/2025 | Justo Maguel |
| 1509 | $665.20 | 7/21/2025 | Sullivan Brothers |
| 1510 | $4,000.00 | 7/21/2025 | Giacomo Santangelo |

| Check # | Amount | Date | Payee | Check # | Amount | Date | Payee |
|---|---|---|---|---|---|---|---|
| 1513 | $1,070.00 | 7/28/2025 | Alex Ramirez | 1514 | $450.00 | 7/28/2025 | Nina Amparado |
| 1515 | $1,040.00 | 7/28/2025 | Alex Ramirez | 1516 | $750.00 | 7/25/2025 | Alex Xicon |
| 1517 | $1,279.39 | 7/28/2025 | Sullivan Brothers | 1519 | $286.75 | 7/29/2025 | Nassau Foods |
| 1522 | $255.00 | 7/25/2025 | Justo Magral | 1525 | $1,250.00 | 7/30/2025 | Cardinale Group |
| 1526 | $300.00 | 7/25/2025 | Dina Garzone | 1543 | $350.00 | 7/29/2025 | Chef Tools |
| 1549 | $700.00 | 7/31/2025 | Cash | 1558 | $115.90 | 7/30/2025 | Herr Foods Inc |

16108183PAGE8

**FAENZA'S GOURMET MARKET LLC**
184 RT 9 NORTH
ENGLISHTOWN, NJ 07726

Check #1559

Date: 07/31/25

Pay to the Order of: La Dolce Bakery     $ 449.00

Four Hundred Forty Nine  xx/100  Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: Statement 8007

⑆021204416⑆ 161⁖0818⁙ 3⑆  1559

1559   $449.00   7/29/2025