1:06 PM
11/06/25
Accrual Basis

# NVJSS Restaurant
# Profit & Loss
## July 2025

|  | Jul 25 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Cost of Goods Sold** | |
|     Restaurant Supplies | 18,300.00 |
|   **Total COGS** | 18,300.00 |
| **Gross Profit** | -18,300.00 |
|   **Expense** | |
|     Advertising and Promotion | 150.00 |
|     Bank Service Charges | 9.46 |
|     Computer and Internet Expenses | 75.00 |
|     Insurance Expense | 2,568.52 |
|     Managment Fee (Sals Pay) | 11,650.00 |
|     Travel | 140.00 |
|     Utilities | 598.15 |
|   **Total Expense** | 15,191.13 |
| **Net Ordinary Income** | -33,491.13 |
| **Net Income** | **-33,491.13** |