☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24 AMBOY

0000000000000000000000000000000000000
0000000000000000000000000000000000000

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

**Choice Home Equity Line Sale**
**Ask about today's special offer**

**Stop in any branch or call 800.94.AMBOY**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 06-30 | $1,020.89 |
| Deposits and other credits (+) | $179,064.16 |
| Withdrawals, checks and other debits (-) | $182,757.10 |
| Ending Balance on 07-31 | -$2,672.05 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,100.00 | 07-07 | DEPOSIT | 301.00 |
| 07-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,500.00 | 07-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 |
| 07-01 | 3320456349 EDI PAYMNT JUN 30 Z9FF3RLI6KUAZYN REF*TN*Z9FF3RLI6K\ | 130.76 | 07-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 13,000.00 |
| 07-02 | DEPOSIT | 1,500.00 | 07-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 07-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 07-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 07-03 | DEPOSIT | 300.00 | 07-08 | 3320456349 EDI PAYMNT JUL 07 M SMW1L3TGTK5JY3 REF*TN*M SMW1L3TGT\ | 378.03 |
| 07-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 465.00 | 07-09 | DEPOSIT | 1,000.00 |
| 07-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,185.00 | 07-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,650.00 |
| 07-03 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 091000013141413 TXP* | 333.21 | 07-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,790.00 |
| 07-03 | RETURNED ITEM, INSUFFICIENT FUNDS, 38427-029972888 Rewards Network SETTLEMENT | 589.47 | 07-10 | RETURNED ITEM, INSUFFICIENT FUNDS, SK1088 Termac WEB PAY | 509.99 |
| | | | 07-10 | RETURNED ITEM, INSUFFICIENT FUNDS, 38450-029996315 Rewards Network SETTLEMENT | 675.30 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 07-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 | 07-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 |
| 07-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 | 07-23 | DEPOSIT | 2,000.00 |
| 07-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 10,000.00 | 07-23 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB04130 0 TXP*B872535605000* | 4,532.86 |
| 07-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 | 07-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 |
| 07-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,950.00 | 07-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 252031000035266 TXP* | 291.33 |
| 07-15 | DEPOSIT | 4,100.00 | 07-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 38494-030042876 Rewards Network SETTLEMENT | 681.78 |
| 07-15 | 3320456349 EDI PAYMNT JUL 14 1C6LXA41S8M9CG1 REF*TN*1C6LXA41S8\ | 170.17 | 07-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 270560464594363 IRS USATAXPYMT | 2,774.89 |
| 07-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 | 07-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,200.00 |
| 07-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 | 07-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 |
| 07-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 07-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 20,000.00 |
| 07-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 07-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 07-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,860.00 | 07-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,200.00 |
| 07-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 07-29 | 3320456349 EDI PAYMNT JUL 28 57NEY3EY6I1VLWI REF*TN*57NEY3EY6I\ | 235.97 |
| 07-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 350.00 | 07-29 | RETURNED CHECK# 13730, SIGNATURE MISSING | 105.97 |
| 07-21 | DEPOSIT | 475.00 | 07-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,700.00 |
| 07-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,500.00 | 07-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 658.00 |
| 07-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 15,000.00 | 07-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,225.00 |
| 07-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,400.00 | 07-31 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 252101000125890 TXP* | 305.95 |
| 07-22 | DEPOSIT | 10,000.00 | 07-31 | RETURNED ITEM, INSUFFICIENT FUNDS, 38516-030066458 Rewards Network SETTLEMENT | 443.50 |
| 07-22 | 3320456349 EDI PAYMNT JUL 21 C80SS5EWZTEEM63 REF*TN*C80SS5EWZT\ | 303.51 | | | |
| 07-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 300.00 | | | |

**THE SKILLET BY SAL INC**

## Free Small Business Account

**Account number: 16107764**

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 07-31 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB82 252101000120446 TXP*B87 | 7,942.47 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 2859* | 07-17 | 916.67 | 3705 | 07-08 | 500.00 | 3746 | 07-21 | 250.00 |
| 3139* | 07-23 | 2,212.00 | 3706 | 07-14 | 500.00 | 3747 | 07-18 | 400.00 |
| 3614* | 07-01 | 758.00 | 3707 | 07-21 | 500.00 | 3748 | 07-22 | 1,070.00 |
| 3619 | 07-01 | 290.00 | 3708 | 07-03 | 620.00 | 3749 | 07-18 | 650.00 |
| 3620* | 07-01 | 365.00 | 3709 | 07-07 | 1,410.00 | 3750* | 07-21 | 400.00 |
| 3656 | 07-07 | 250.00 | 3710 | 07-07 | 750.00 | 3754 | 07-29 | 542.00 |
| 3657 | 07-14 | 250.00 | 3711* | 07-07 | 385.00 | 3755 | 07-23 | 770.00 |
| 3658 | 07-07 | 1,000.00 | 3713 | 07-07 | 280.00 | 3756 | 07-25 | 630.00 |
| 3659* | 07-07 | 1,000.00 | 3714 | 07-09 | 1,040.00 | 3757 | 07-31 | 300.00 |
| 3661 | 07-01 | 265.00 | 3715 | 07-11 | 750.00 | 3758 | 07-28 | 1,103.75 |
| 3662 | 07-01 | 387.50 | 3716 | 07-11 | 350.00 | 3759* | 07-29 | 5,000.00 |
| 3663 | 07-01 | 1,610.12 | 3717 | 07-14 | 900.00 | 3762* | 07-25 | 1,800.00 |
| 3664 | 07-08 | 1,610.12 | 3718 | 07-23 | 800.00 | 3764* | 07-28 | 750.00 |
| 3665 | 07-15 | 1,610.12 | 3719 | 07-07 | 253.72 | 3779 | 07-28 | 650.00 |
| 3666* | 07-14 | 1,558.51 | 3720 | 07-14 | 1,399.54 | 3780 | 07-28 | 650.00 |
| 3676* | 07-01 | 500.00 | 3721 | 07-11 | 800.00 | 3781 | 07-30 | 770.00 |
| 3679 | 07-02 | 1,886.26 | 3722 | 07-14 | 328.00 | 3782 | 07-31 | 630.00 |
| 3680* | 07-30 | 1,292.65 | 3723 | 07-14 | 750.00 | 3783* | 07-30 | 205.69 |
| 3684* | 07-01 | 700.00 | 3724 | 07-23 | 727.50 | 13532* | 07-07 | 12.43 |
| 3686 | 07-08 | 700.00 | 3725* | 07-21 | 2,054.49 | 13561* | 07-07 | 74.18 |
| 3687 | 07-01 | 400.00 | 3727 | 07-14 | 400.00 | 13564* | 07-21 | 26.77 |
| 3688 | 07-28 | 100.00 | 3728 | 07-22 | 920.00 | 13587* | 07-07 | 26.37 |
| 3689 | 07-29 | 758.00 | 3729 | 07-28 | 853.00 | 13595 | 07-02 | 9.52 |
| 3690 | 07-08 | 1,462.00 | 3730 | 07-14 | 120.00 | 13596* | 07-01 | 313.66 |
| 3691 | 07-07 | 750.00 | 3731 | 07-22 | 800.00 | 13599* | 07-07 | 429.52 |
| 3692 | 07-07 | 1,040.00 | 3732 | 07-14 | 770.00 | 13604 | 07-01 | 668.22 |
| 3693 | 07-01 | 350.00 | 3733 | 07-15 | 1,000.00 | 13605 | 07-01 | 467.89 |
| 3694 | 07-14 | 1,750.00 | 3734 | 07-18 | 750.00 | 13606 | 07-01 | 349.15 |
| 3695 | 07-14 | 3,057.81 | 3735 | 07-21 | 377.00 | 13607* | 07-01 | 428.75 |
| 3696 | 07-30 | 867.80 | 3736 | 07-22 | 450.00 | 13611 | 07-03 | 5.03 |
| 3697 | 07-08 | 444.99 | 3737* | 07-18 | 1,300.00 | 13612 | 07-01 | 161.03 |
| 3698 | 07-08 | 1,468.70 | 3739 | 07-23 | 450.00 | 13613 | 07-10 | 318.67 |
| 3699 | 07-08 | 300.00 | 3740 | 07-22 | 1,000.00 | 13614 | 07-01 | 303.31 |
| 3700 | 07-15 | 300.00 | 3741 | 07-21 | 1,510.48 | 13615 | 07-07 | 38.63 |
| 3701 | 07-08 | 1,250.00 | 3742 | 07-21 | 4,000.00 | 13616 | 07-25 | 25.00 |
| 3702 | 07-14 | 1,250.00 | 3743 | 07-22 | 391.37 | 13617* | 07-02 | 506.68 |
| 3703 | 07-03 | 212.50 | 3744 | 07-21 | 750.00 | 13619 | 07-01 | 329.45 |
| 3704 | 07-07 | 1,491.18 | 3745 | 07-21 | 630.00 | 13620 | 07-02 | 268.44 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13621 | 07-01 | 29.30 | 13659 | 07-17 | 349.15 | 13694 | 07-23 | 92.16 |
| 13622* | 07-01 | 306.25 | 13660 | 07-11 | 428.75 | 13695 | 07-25 | 11.92 |
| 13624 | 07-01 | 402.12 | 13661 | 07-14 | 220.45 | 13696* | 07-22 | 506.68 |
| 13625* | 07-01 | 8.60 | 13662 | 07-15 | 427.60 | 13698 | 07-22 | 411.37 |
| 13627* | 07-11 | 429.52 | 13663 | 07-22 | 269.13 | 13699 | 07-22 | 16.75 |
| 13630 | 07-07 | 668.22 | 13664 | 07-15 | 4.55 | 13700 | 07-21 | 326.07 |
| 13631 | 07-08 | 467.89 | 13665 | 07-14 | 137.59 | 13701 | 07-21 | 9.41 |
| 13632 | 07-10 | 349.15 | 13666 | 07-21 | 145.66 | 13702 | 07-21 | 10.19 |
| 13633 | 07-07 | 428.75 | 13667 | 07-15 | 462.82 | 13703* | 07-28 | 429.52 |
| 13634 | 07-07 | 259.11 | 13668 | 07-15 | 50.09 | 13708* | 07-21 | 287.60 |
| 13635 | 07-07 | 427.60 | 13669 | 07-25 | 53.17 | 13710* | 07-28 | 668.22 |
| 13636 | 07-07 | 269.13 | 13670 | 07-22 | 506.68 | 13712 | 07-29 | 349.15 |
| 13637 | 07-08 | 4.92 | 13671 | 07-15 | 11.73 | 13713 | 07-29 | 428.75 |
| 13638 | 07-09 | 144.08 | 13672 | 07-15 | 394.09 | 13714 | 07-28 | 229.62 |
| 13639 | 07-10 | 376.18 | 13673 | 07-14 | 5.77 | 13715* | 07-24 | 427.60 |
| 13640 | 07-10 | 405.63 | 13674 | 07-21 | 473.13 | 13717 | 07-28 | 269.13 |
| 13641 | 07-15 | 27.48 | 13675 | 07-15 | 340.09 | 13718* | 07-29 | 5.40 |
| 13642 | 07-25 | 34.86 | 13676* | 07-16 | 5.00 | 13720* | 07-29 | 428.79 |
| 13643 | 07-09 | 506.68 | 13678* | 07-14 | 12.61 | 13723 | 07-31 | 506.68 |
| 13644 | 07-31 | 10.54 | 13680* | 07-18 | 429.52 | 13724 | 07-31 | 7.68 |
| 13645 | 07-08 | 225.44 | 13683 | 07-28 | 416.86 | 13725* | 07-29 | 466.55 |
| 13646 | 07-08 | 9.16 | 13684 | 07-28 | 467.89 | 13727 | 07-28 | 237.39 |
| 13647 | 07-07 | 306.51 | 13685 | 07-31 | 349.15 | 13728 | 07-30 | 272.92 |
| 13648* | 07-08 | 40.26 | 13686 | 07-21 | 428.75 | 13729 | 07-28 | 9.43 |
| 13650 | 07-07 | 8.78 | 13687 | 07-21 | 259.39 | 13730 | 07-29 | 105.97 |
| 13651 | 07-07 | 4.83 | 13688 | 07-18 | 427.60 | 13730 | 07-30 | 105.97 |
| 13652 | 07-08 | 429.52 | 13689 | 07-24 | 269.13 | 13731 | 07-28 | 13.73 |
| 13653 | 07-08 | 216.00 | 13690 | 07-29 | 5.80 | 13732 | 07-28 | 3.18 |
| 13654* | 07-14 | 85.00 | 13691 | 07-29 | 139.47 | 13733* | 07-28 | 429.52 |
| 13657 | 07-17 | 668.22 | 13692 | 07-23 | 273.04 | 13741 | 07-31 | 427.60 |
| 13658 | 07-16 | 467.89 | 13693 | 07-24 | 527.97 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-02 | SK 1088 Termac WEB PAY | 5.33 | 07-02 | 270558341696167 IRS USA TAX PYM T | 3,058.64 |
| 07-02 | 7216000928 NJWEB01120 | 333.21 | 07-02 | OVERDRAFT CHARGE | 70.00 |
| | 09100001314141 3 | | 07-03 | 39 594 284 NEW YORK LIFE INS. PREM . | 24.00 |
| | TXP*B872535605000*01120*250630*T*33 | | 07-03 | 39 594 241 NEW YORK LIFE INS. PREM . | 84.50 |
| 07-02 | 38427-029972888 Rewards Network | 589.47 | 07-03 | 39 590 652 NEW YORK LIFE INS. PREM . | 89.00 |
| | SETTLEMENT | | 07-03 | 9026923050 HILOYO INVESTM EN ACH | 1,487.00 |
| 07-02 | Cust #55252431 PERFORM ANCEM NY | 1,000.00 | | Debit | |
| | CA SH CONC | | 07-03 | OVERDRAFT CHARGE | 35.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account

**Account number: 16107764**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 07-03 | RETURNED CHECK CHARGE | 70.00 | 07-16 | 38472-030019580 Rewards Network SETTLEMENT | 651.89 |
| 07-07 | G93J95 AppFolio, Inc. F WEB PMTS | 2.49 | 07-16 | Cust #55252431 PERFORMANCEMNY CASH CONC | 1,000.00 |
| 07-07 | 4487863 INTUIT * QBooks Onl | 65.00 | | | |
| 07-07 | 7216000928 RETRY PYMT 091000013141413 TXP*B872535605000*01120*250630*T*33 | 333.21 | 07-16 | 270559735889966 IRS USA TAX PYMT | 2,992.84 |
| | | | 07-16 | OVERDRAFT CHARGE | 35.00 |
| 07-07 | 604599217073111 Sams Club SYF PAYMNT | 344.00 | 07-17 | OVERDRAFT CHARGE | 105.00 |
| | | | 07-18 | XXXXX3656 Lend Bug LLC 9175802864 | 500.00 |
| 07-07 | 8H3T5D Acorn Property M WEB PMTS | 500.00 | 07-18 | 7216000928 NJWEB22500 091000013277308 TXP*B872535605000*22500*250731*T*50 | 500.00 |
| 07-07 | 7903518686 2025-06-29 250707 4305e04324634ad balance_transaction_35ba0b92-9558-4 | 954.93 | | | |
| | | | 07-18 | 7903518686 2025-07-13 250718 e3f621ef393849a balance_transaction_9d86d11e-a992-4 | 863.33 |
| 07-07 | XXXXX1084 Lend Bug LLC 9175802864 | 1,000.00 | | | |
| 07-07 | OVERDRAFT CHARGE | 105.00 | 07-18 | 9027134931 HILOYO INVESTMEN ACH Debit | 1,687.00 |
| 07-08 | 38451-029988100 Rewards Network SETTLEMENT | 589.47 | | | |
| | | | 07-18 | OVERDRAFT CHARGE | 105.00 |
| 07-09 | 7216000928 NJWEB01120 091000013174654 TXP*B872535605000*01120*250930*T*29 | 294.32 | 07-21 | WRT8B5 AppFolio, Inc. F WEB PMTS | 2.49 |
| | | | 07-21 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 07-09 | SK 1088 Termac WEB PAY | 509.99 | 07-21 | LGRF7D Acorn Property M WEB PMTS | 2,000.00 |
| 07-09 | 38450-029996315 Rewards Network SETTLEMENT | 675.30 | 07-21 | OVERDRAFT CHARGE | 105.00 |
| 07-09 | Cust #55252431 PERFORMANCEMNY CASH CONC | 944.46 | 07-22 | 7216000928 NJWEB04130 0 TXP*B872535605000*04130*250630*T*45 | 4,532.86 |
| 07-09 | 270559022421649 IRS USA TAX PYMT | 2,777.96 | 07-22 | OVERDRAFT CHARGE | 35.00 |
| 07-09 | OVERDRAFT CHARGE | 70.00 | 07-23 | 7216000928 NJWEB01120 252031000035266 TXP*B872535605000*01120*250930*T*29 | 291.33 |
| 07-10 | OVERDRAFT CHARGE | 35.00 | | | |
| 07-10 | RETURNED CHECK CHARGE | 70.00 | | | |
| 07-11 | 7903518686 2025-07-06 250711 581a3dc2ff4c4aa balance_transaction_82d2b58a-d74d-4 | 897.47 | 07-23 | 38494-030042876 Rewards Network SETTLEMENT | 681.78 |
| | | | 07-23 | Cust #55252431 PERFORMANCEMNY CASH CONC | 1,000.00 |
| 07-11 | OVERDRAFT CHARGE | 105.00 | 07-23 | 270560464594363 IRS USA TAX PYMT | 2,774.89 |
| 07-14 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 182.98 | 07-23 | RETURNED CHECK CHARGE | 35.00 |
| | | | 07-23 | OVERDRAFT CHARGE | 70.00 |
| 07-14 | 221559531003941 IRS USA TAX PYMT | 185.19 | 07-24 | SKI300 ACE ENDICO CORP SKI300 | 170.00 |
| 07-14 | 6R3VNJGI9K1 DEPT EDUCATION STUDENT LN | 380.00 | 07-24 | 7216000928 RETRY PYMT 0 TXP*B872535605000*04130*250630*T*45 | 4,532.86 |
| 07-14 | 38467-030010077 Rewards Network SETTLEMENT | 675.30 | 07-24 | RETURNED CHECK CHARGE | 105.00 |
| 07-14 | 221559531703741 IRS USA TAX PYMT | 814.81 | 07-25 | 7216000928 RETRY PYMT 252031000035266 TXP*B872535605000*01120*250930*T*29 | 291.33 |
| 07-14 | OVERDRAFT CHARGE | 105.00 | | | |
| 07-15 | SK 702 Termac WEB PAY | 101.29 | | | |
| 07-15 | OVERDRAFT CHARGE | 105.00 | 07-25 | SKI300 ACE ENDICO CORP SKI300 | 580.00 |
| 07-16 | 7216000928 NJWEB01120 091000013232888 TXP*B872535605000*01120*250930*T*31 | 318.63 | 07-25 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 750.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
| --- | --- |

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 07-25 | 7903518686 2025-07-20 250725 70b99dffdb32443 balance_transaction_2f98a3f9-fe4b-4 | 1,223.69 | 07-29 | SKI300 ACE ENDICO CORP SKI300 | 582.00 |
| 07-25 | 9027260678 HILOYO INVESTMEN ACH Debit | 1,687.00 | 07-29 | Cust #55252431 PERFORMANCEM NY CASH CONC | 937.64 |
| 07-25 | OVERDRAFT CHARGE | 105.00 | 07-30 | 7216000928 NJWEB01120 252101000125890 TXP*B872535605000*01120*250930*T*30 | 305.95 |
| 07-28 | 721734806880475 BEST BUY AUTO PYMT | 48.00 | 07-30 | 38516-030066458 Rewards Network SETTLEMENT | 443.50 |
| 07-28 | SKI300 ACE ENDICO CORP SKI300 | 580.00 | 07-30 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 |
| 07-28 | 38511-030056819 Rewards Network SETTLEMENT | 681.78 | 07-30 | 270561131130417 IRS USA TAX PYMT | 2,922.44 |
| 07-28 | 100147193088 FirstEnergy OPCO-ACH | 1,000.50 | 07-30 | 7216000928 NJWEB82 252101000120446 TXP*B872535605000*13002*250630*T*79 | 7,942.47 |
| 07-28 | Cust #55252431 PERFORMANCEM NY CASH CONC | 2,100.00 | 07-30 | OVERDRAFT CHARGE | 35.00 |
| 07-28 | BRANCH WITHDRAWAL | 500.00 | 07-31 | 270561223412827 IRS USA TAX PYMT | 277.92 |
| 07-28 | OVERDRAFT CHARGE | 105.00 | 07-31 | RETURNED CHECK CHARGE | 105.00 |
| 07-29 | XM TMB5 AppFolio, Inc. F WEB PMTS | 2.49 | 07-31 | SERVICE CHARGE | 61.80 |
| 07-29 | D0558D Acorn Property M WEB PMTS | 300.00 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
| --- | --- | --- |
| TOTAL OVERDRAFT FEES: | 1,330.00 | 6,020.00 |
| TOTAL RETURNED ITEM FEES: | $385.00 | $1,400.00 |

0   $500.00   7/28/2025



0   $500.00   7/28/2025



2859   $916.67   7/17/2025



2859   $916.67   7/17/2025



3139   $2,212.00   7/23/2025



3139   $2,212.00   7/23/2025



3614   $758.00   7/1/2025



3614   $758.00   7/1/2025



3619   $290.00   7/1/2025



3619   $290.00   7/1/2025



3620   $365.00   7/1/2025



3620   $365.00   7/1/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3656

Pay to the Order of  Package Specialties    $ 250.⁵²

Two Hundred Fifty    Dollars

△ AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For

3656    $250.00    7/7/2025

For Remote Deposit Only
PNC Bank
031000053
Dep ID: 9,532,572
Date: 7/3/25 11:14 AM

3656    $250.00    7/7/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3657

7/14/25

Pay to the Order of  Packaging Specialties    $ 28.⁵²

Two Hundred Fifty    Dollars

△ AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For

3657    $250.00    7/14/2025

Seq: 9
Dep ID: 9,550,070
031000053
Date: 7/11/25 12:08 PM

For Remote Deposit Only
PNC Bank
031000053

3657    $250.00    7/14/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3658

6/24/25

Pay to the Order of  Rosario Palzon    $ 1000.⁰⁰

One Thousand    Dollars

△ AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For  May

3658    $1,000.00    7/7/2025

0799394110 TD Mobile Deposit
7/3/2025 4:29:09 PM
4369646947

3658    $1,000.00    7/7/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3659

6/28/25

Pay to the Order of  Rosario Palzone    $ 1000.⁰⁰

One Thousand    Dollars

△ AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For  May

3659    $1,000.00    7/7/2025

0799296108 TD Mobile Deposit
7/3/2025 4:28:26 PM
4369646947

3659    $1,000.00    7/7/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3661

6/30/25

Pay to the Order of  Griffy's    $ 265.⁰⁰

Two Hundred Sixty five    Dollars

△ AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For  5/16

3661    $265.00    7/1/2025

JPMorganChaseBank 063001 000626 9852201217172

FOR DEPOSIT ONLY

3661    $265.00    7/1/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3662

7/7/25

Pay to the Order of  Griffy's    $ 387.⁵⁰

Three Hundred Eighty Seven 50/⁰⁰    Dollars

△ AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For  5/23

3662    $387.50    7/1/2025

JPMorganChaseBank 063001 000426 9852201217173

FOR DEPOSIT ONLY

3662    $387.50    7/1/2025

3663    $1,610.12    7/1/2025



3664    $1,610.12    7/8/2025



3665    $1,610.12    7/15/2025



3666    $1,558.51    7/14/2025



3676    $500.00    7/1/2025



3679    $1,886.26    7/2/2025



3680  $1,292.65  7/30/2025

3684  $700.00  7/1/2025

3686  $700.00  7/8/2025

3687  $400.00  7/1/2025

3688  $100.00  7/28/2025

3689  $758.00  7/29/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3690

7/25/25

Pay to the Order of: Donna Zunardo    $ 1,462.00

One Thousand Four Hundred Sixty Two    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3690    $1,462.00    7/8/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3691

7/3/25

Pay to the Order of: Alex Xicang    $ 750.00

Seven Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3691    $750.00    7/7/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3692

7/3/25

Pay to the Order of: Alex Romero    $ 1040.00

One Thousand Forty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3692    $1,040.00    7/7/2025

---

310 MOUNTS BY SAL INC
FREEHOLD, NJ 07728

3693

6/30/25

Pay to the Order of: Nixa Amando    $ 350.00

Three Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3693    $350.00    7/1/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3694

7/1/25

Pay to the Order of: Nicole M. Nigrelli Esq    $ 1750.00

One Thousand Seven Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For On Bal.

3694    $1,750.00    7/14/2025

Nicole M. Nigrelli
5623003565

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3695

7/1/25

Pay to the Order of: Allstate Realty    $ 3057.81

Three Thousand Fifty Seven and 81/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3695    $3,057.81    7/14/2025

513901040789 132153  20250711 0000000161-0776
TRN_DEBIT AFIELTS  0.00
Eatontown 0139 94004 5139 0006 0066

3696  $867.80  7/30/2025

3696  $867.80  7/30/2025

3697  $444.99  7/8/2025

3697  $444.99  7/8/2025

3698  $1,468.70  7/8/2025

3698  $1,468.70  7/8/2025

3699  $300.00  7/8/2025

3699  $300.00  7/8/2025

3700  $300.00  7/15/2025

3700  $300.00  7/15/2025

3701  $1,250.00  7/8/2025

3701  $1,250.00  7/8/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3702

7/12/25  Date

Pay to the Order of  Global Blends  $ 1250⁰⁰

One Thousand Two Hundred Fifty  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3702  $1,250.00  7/14/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3703

7/2/25  Date

Pay to the Order of  John Cate  $ 212.50

Two Hundred Twelve and 50  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3703  $212.50  7/3/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3704

7/3/25  Date

Pay to the Order of  Sullivan Brothers  $ 1491.18

One Thousand Four Hundred Ninety One 18/100  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 4/15

3704  $1,491.18  7/7/2025

529938003926 140715  20250703 00000000161-0776
TRN_DEBIT SFERGU2  0.00
Monmouth Regional 0299 94004 5299 0006 0032

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3705

7/6/25  Date

Pay to the Order of  L K Reisman  $ 500.⁰⁰

Five Hundred  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3705  $500.00  7/8/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3706

7/13/25  Date

Pay to the Order of  L K Reisman  $ 500.⁰⁰

Five Hundred  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3706  $500.00  7/14/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3707

7/18/25  Date

Pay to the Order of  L K Reisman  $ 500.⁰⁰

Five Hundred  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3707  $500.00  7/21/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3707

7/18/25  Date

Pay to the Order of  L K Reisman  $ 500.⁰⁰

Five Hundred  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3707  $500.00  7/21/2025

| Check | Amount | Date |
|---|---|---|
| 3708 | $620.00 | 7/3/2025 |
| 3708 | $620.00 | 7/3/2025 |
| 3709 | $1,410.00 | 7/7/2025 |
| 3709 | $1,410.00 | 7/7/2025 |
| 3710 | $750.00 | 7/7/2025 |
| 3710 | $750.00 | 7/7/2025 |
| 3711 | $385.00 | 7/7/2025 |
| 3711 | $385.00 | 7/7/2025 |
| 3713 | $280.00 | 7/7/2025 |
| 3713 | $280.00 | 7/7/2025 |
| 3714 | $1,040.00 | 7/9/2025 |
| 3714 | $1,040.00 | 7/9/2025 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

Pay to the Order of: Noel Gonzalez — $620.00 — Six Hundred Twenty — Dollars — 3708

Pay to the Order of: Sergio — $1,410.00 — One Thousand Four Hundred Ten — Dollars — 3709

Pay to the Order of: Samuel Lopez — $750.00 — Seven Hundred Fifty — Dollars — 3710

Pay to the Order of: Nick Trusin — $385.00 — Three Hundred Eighty Five — Dollars — 3711

Pay to the Order of: Koray Bayrasli — $280.00 — Two Hundred Eighty — Dollars — 3713

Pay to the Order of: Alex Ramjew — $1,040.00 — One Thousand Forty — Dollars — 3714

For Deposit Only - JPMC

**3715**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

7/10/25

Pay to the Order of: Alex Xicaua
$750.52
Seven Hundred Fifty — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3715 $750.00 7/11/2025

---

**3716**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

7/10/25

Pay to the Order of: Ninaj Amarano
$350.00
Three Hundred Fifty — Dollars

AMBOY Bank

For _____

3716 $350.00 7/11/2025

---

**3717**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

7/11/25

Pay to the Order of: Sensational Farms
$900.00
Nine Hundred — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _____

3717 $900.00 7/14/2025

---

**3718**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

7/18/25

Pay to the Order of: Sensational Farms
$800.00
Eight Hundred — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _____

3718 $800.00 7/23/2025

---

**3712**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

7/4/25

Pay to the Order of: James Sisgott
$253.72
Two Hundred Fifty Three — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For Pepperidge Farms

3719 $253.72 7/7/2025

---

**3720**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

7/10/25

Pay to the Order of: Sullivan Broths
$1399.34
One Thousand Three Hundred Ninety Nine — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3720 $1,399.54 7/14/2025

557833012498 125942 20250711 00000000161-0773-4
TRN_DEBIT TAJ2580 0.00
Marlboro 0088 94004 5578 0006 0061

3721  $800.00  7/11/2025

3721  $800.00  7/11/2025

---

3722  $328.00  7/14/2025

3722  $328.00  7/14/2025

---

3723  $750.00  7/14/2025

3723  $750.00  7/14/2025

---

3724  $727.50  7/23/2025

3724  $727.50  7/23/2025

---

3725  $2,054.49  7/21/2025

3725  $2,054.49  7/21/2025

---

3727  $400.00  7/14/2025

3727  $400.00  7/14/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3728

7/19/25

Pay to the Order of **Stephen Green**  $ **920.00**

**Nine Hundred Twenty** Dollars

**AMBOY** Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For **Bal 1200**

3728    $920.00    7/22/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3729

7/25/25

Pay to the Order of **Felipe Ramos**  $ **853.00**

**Eight Hundred Fifty Three** Dollars

**AMBOY** Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For **July**

3729    $853.00    7/28/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3730

7/15/25

Pay to the Order of **Sophia Ricciardi**  $ **120.00**

**One Hundred Twenty** Dollars

**AMBOY** Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3730    $120.00    7/14/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3731

7/18/25

Pay to the Order of **Nick Trigi**  $ **800.00**

**Eight Hundred** Dollars

**AMBOY** Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3731    $800.00    7/22/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3732

7/16/25

Pay to the Order of **Leo Gonzalez**  $ **770.00**

**Seven Hundred Seventy** Dollars

**AMBOY** Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3732    $770.00    7/14/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3733

7/14/25

Pay to the Order of **Wells Fargo**  $ **1000.00**

**One Thousand** Dollars

**AMBOY** Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For **6831935135/998**

3733    $1,000.00    7/15/2025

The following are scanned check images from THE SKILLET BY SAL INC, 310 MOUNTS CORNER DRIVE, FREEHOLD, NJ 07728, AMBOY Bank, MANALAPAN OFFICE 16, MANALAPAN, NJ 07726, www.amboybank.com.

**Check 3734** — Pay to the Order of: Alex x/cany — $750.00 — Seven Hundred Fifty Dollars
3734   $750.00   7/18/2025

**Check 3735** — 7/18/25 — Pay to the Order of: Justin Breele — $377.00 — Three Thousand Seventy Seven Dollars
3735   $377.00   7/21/2025

**Check 3736** — 7/18/25 — Pay to the Order of: Nino Amarando — $450.00 — Four Hundred Fifty Dollars
3736   $450.00   7/22/2025

**Check 3737** — 7/18/25 — Pay to the Order of: Sergio — $1300.00 — One Thousand Three Hundred Dollars
3737   $1,300.00   7/18/2025

**Check 3739** — 7/15/25 — Pay to the Order of: State of New Jersey — $450.00 — For 87 2535605
3739   $450.00   7/23/2025

**Check 3740** — 7/22/25 — Pay to the Order of: Global Blends — $1000.00 — One Thousand Dollars
3740   $1,000.00   7/22/2025

## Check 3741

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3741

Date 7/18/25

Pay to the Order of  Sullivan Brothers          $ 1510.48

One Thousand Five Hundred Ten and 48  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  4/29

529936021891 133537  20250718 00000000161-0776-4
TRN_DEBIT TAF1955  1510.44
Monmouth Regional 0299 94004 5299 0003 0049

3741    $1,510.48    7/21/2025

## Check 3742

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3742

Date 7/18/25

Pay to the Order of  Giacomo SanMarzalo          $ 4000.00

Four Thousand  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Deposit Only - JPMC

3742    $4,000.00    7/21/2025

## Check 3743

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3743

Date 7/21/25

Pay to the Order of  Miscela D320          $ 391.37

Three Hundred Ninety One  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

Seq: 4
Dep: 000286

For Deposit Only to
Miscela D-oro-USA-Inc.
Miscela D'oro Usa, Inc.
Deposited by: Emil

3743    $391.37    7/22/2025

## Check 3744

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3744

Date 7/16/25

Pay to the Order of  Samuel Lobel          $ 750.00

Seven Hundred Fifty  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

For Deposit Only - JPMC
THE SKILLET BY SAL INC

3744    $750.00    7/21/2025

## Check 3745

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3745

Date 7/18/25

Pay to the Order of  Juanito - Nelcolash          $ 630.00

Six Hundred Thirty  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

FOR MOBILE DEPOSIT ONLY
PNC BANK

3745    $630.00    7/21/2025

## Check 3746

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3746

Date 7/18/25

Pay to the Order of  UPS          $ 250.00

Two Hundred Fifty  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

JPMorganChaseBank 071808 720501 907360129638

SOW PACK SERVICE LLC
DBA THE UPS STORE
FOR DEPOSIT ONLY
ACCT 77870000

3746    $250.00    7/21/2025



3747    $400.00    7/18/2025

3747    $400.00    7/18/2025

3748    $1,070.00    7/22/2025

3748    $1,070.00    7/22/2025

3749    $650.00    7/18/2025

3749    $650.00    7/18/2025

3750    $400.00    7/21/2025

3750    $400.00    7/21/2025

3754    $542.00    7/29/2025

3754    $542.00    7/29/2025

3755    $770.00    7/23/2025

3755    $770.00    7/23/2025

| Check | Amount | Date |
|---|---|---|
| 3756 | $630.00 | 7/25/2025 |
| 3757 | $300.00 | 7/31/2025 |
| 3758 | $1,103.75 | 7/28/2025 |
| 3759 | $5,000.00 | 7/29/2025 |
| 3762 | $1,800.00 | 7/25/2025 |
| 3764 | $750.00 | 7/28/2025 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728



3779    $650.00    7/28/2025      3779    $650.00    7/28/2025

3780    $650.00    7/28/2025      3780    $650.00    7/28/2025

3781    $770.00    7/30/2025      3781    $770.00    7/30/2025

3782    $630.00    7/31/2025      3782    $630.00    7/31/2025

3783    $205.69    7/30/2025      3783    $205.69    7/30/2025

13532    $12.43    7/7/2025      13532    $12.43    7/7/2025




13561    $74.18    7/7/2025




13564    $26.77    7/21/2025




13587    $26.37    7/7/2025




13595    $9.52    7/2/2025




13596    $313.66    7/1/2025




13599    $429.52    7/7/2025




13604   $668.22   7/1/2025



13605   $467.89   7/1/2025




13606   $349.15   7/1/2025




13607   $428.75   7/1/2025




13611   $5.03   7/3/2025

13612   $161.03   7/1/2025




13613    $318.67    7/10/2025     13613    $318.67    7/10/2025




13614    $303.31    7/1/2025     13614    $303.31    7/1/2025




13615    $38.63    7/7/2025     13615    $38.63    7/7/2025




13616    $25.00    7/25/2025     13616    $25.00    7/25/2025




13617    $506.68    7/2/2025     13617    $506.68    7/2/2025




13619    $329.45    7/1/2025     13619    $329.45    7/1/2025

 

13620    $268.44    7/2/2025

 

13621    $29.30    7/1/2025          13621    $29.30    7/1/2025

 

13622    $306.25    7/1/2025        13622    $306.25    7/1/2025

 

13624    $402.12    7/1/2025        13624    $402.12    7/1/2025

 

13625    $8.60    7/1/2025          13625    $8.60    7/1/2025

13627    $429.52    7/11/2025       13627    $429.52    7/11/2025





13630  $668.22  7/7/2025



13630  $668.22  7/7/2025



13631  $467.89  7/8/2025



13631  $467.89  7/8/2025



13632  $349.15  7/10/2025



13632  $349.15  7/10/2025



13633  $428.75  7/7/2025



13633  $428.75  7/7/2025



13634  $259.11  7/7/2025



13634  $259.11  7/7/2025

13635  $427.60  7/7/2025

13635  $427.60  7/7/2025




13636   $269.13   7/7/2025          13636   $269.13   7/7/2025




13637   $4.92   7/8/2025          13637   $4.92   7/8/2025




13638   $144.08   7/9/2025          13638   $144.08   7/9/2025




13639   $376.18   7/10/2025          13639   $376.18   7/10/2025





13640   $405.63   7/10/2025          13640   $405.63   7/10/2025

13641   $27.48   7/15/2025          13641   $27.48   7/15/2025




13642    $34.86    7/25/2025




13643    $506.68    7/9/2025




13644    $10.54    7/31/2025




13645    $225.44    7/8/2025




13646    $9.16    7/8/2025




13647    $306.51    7/7/2025





13648   $40.26   7/8/2025            13648   $40.26   7/8/2025





13650   $8.78   7/7/2025            13650   $8.78   7/7/2025





13651   $4.83   7/7/2025            13651   $4.83   7/7/2025





13652   $429.52   7/7/2025            13652   $429.52   7/7/2025





13653   $216.00   7/8/2025            13653   $216.00   7/8/2025

13654   $85.00   7/14/2025            13654   $85.00   7/14/2025



13657    $668.22    7/17/2025

 

13658    $467.89    7/16/2025

 

13659    $349.15    7/17/2025



13660    $428.75    7/11/2025

 

13661    $220.45    7/14/2025

 

13662    $427.60    7/11/2025




13663    $269.13    7/22/2025          13663    $269.13    7/22/2025




13664    $4.55    7/15/2025           13664    $4.55    7/15/2025




13665    $137.59    7/14/2025          13665    $137.59    7/14/2025




13666    $145.66    7/21/2025          13666    $145.66    7/21/2025




13667    $462.82    7/15/2025          13667    $462.82    7/15/2025

13668    $50.09    7/15/2025           13668    $50.09    7/15/2025




13669   $53.17   7/25/2025          13669   $53.17   7/25/2025




13670   $506.68   7/22/2025         13670   $506.68   7/22/2025




13671   $11.73   7/15/2025          13671   $11.73   7/15/2025




13672   $394.09   7/15/2025         13672   $394.09   7/15/2025




13673   $5.77   7/14/2025           13673   $5.77   7/14/2025




13674   $473.13   7/21/2025         13674   $473.13   7/21/2025



13675   $340.09   7/15/2025        13675   $340.09   7/15/2025



13676   $5.00   7/16/2025        13676   $5.00   7/16/2025



13678   $12.61   7/14/2025        13678   $12.61   7/14/2025



13680   $429.52   7/18/2025        13680   $429.52   7/18/2025



13683   $416.86   7/28/2025        13683   $416.86   7/28/2025



13684   $467.89   7/28/2025        13684   $467.89   7/28/2025





13685    $349.15    7/31/2025

13685    $349.15    7/31/2025



13686    $428.75    7/21/2025

13686    $428.75    7/21/2025





13687    $259.39    7/21/2025

13687    $259.39    7/21/2025





13688    $427.60    7/18/2025

13688    $427.60    7/18/2025





13689    $269.13    7/24/2025

13689    $269.13    7/24/2025





13690    $5.80    7/29/2025

13690    $5.80    7/29/2025




13691    $139.47    7/29/2025




13692    $273.04    7/23/2025




13693    $527.97    7/24/2025




13694    $92.16    7/23/2025




13695    $11.92    7/25/2025




13696    $506.68    7/22/2025




13698   $411.37   7/22/2025            13698   $411.37   7/22/2025




13699   $16.75   7/22/2025            13699   $16.75   7/22/2025




13700   $326.07   7/21/2025            13700   $326.07   7/21/2025




13701   $9.41   7/21/2025            13701   $9.41   7/21/2025




13702   $10.19   7/21/2025            13702   $10.19   7/21/2025

13703   $429.52   7/28/2025            13703   $429.52   7/28/2025





 

13708   $287.60   7/21/2025          13708   $287.60   7/21/2025

 

13710   $668.22   7/28/2025          13710   $668.22   7/28/2025

 

13712   $349.15   7/29/2025          13712   $349.15   7/29/2025

 

13713   $428.75   7/29/2025          13713   $428.75   7/29/2025

 

13714   $229.62   7/28/2025          13714   $229.62   7/28/2025

13715   $427.60   7/24/2025          13715   $427.60   7/24/2025

 

13717   $269.13   7/28/2025          13717   $269.13   7/28/2025

 

13718   $5.40   7/29/2025          13718   $5.40   7/29/2025

 

13720   $428.79   7/29/2025          13720   $428.79   7/29/2025

 

13723   $506.68   7/31/2025          13723   $506.68   7/31/2025

 

13724   $7.68   7/31/2025          13724   $7.68   7/31/2025

 

13725   $466.55   7/29/2025          13725   $466.55   7/29/2025

13727   $237.39   7/28/2025



13728   $272.92   7/30/2025



13729   $9.43   7/28/2025



13730   $105.97   7/29/2025



13730   $105.97   7/30/2025



13731   $13.73   7/28/2025





13732    $3.18    7/28/2025

13732    $3.18    7/28/2025





13733    $429.52    7/28/2025

13733    $429.52    7/28/2025





13741    $427.60    7/31/2025

13741    $427.60    7/31/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

Street and Number        City        State        Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ......................................     ☐ Loan ......................................     ☐ Safe Deposit Box ( ...................................... )

☐ Savings ......................................     ☐ Certificate ......................................     ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____     Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | |
|---|---|
| | DEPOSITS NOT SHOWN ON STATEMENT |
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | STATEMENT BALANCE |
| TOTAL | TOTAL |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

PLEASE EXAMINE AND ADVISE PROMPTLY IF STATEMENT OR MADE CHECKS ARE INCORRECT

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY