1:06 PM
11/06/25
Accrual Basis

# NVJSS Restaurant
## Profit & Loss
### July 2025

|  | Jul 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Cost of Goods Sold** | |
| Restaurant Supplies | 18,300.00 |
| **Total COGS** | 18,300.00 |
| **Gross Profit** | -18,300.00 |
| **Expense** | |
| Advertising and Promotion | 150.00 |
| Bank Service Charges | 9.46 |
| Computer and Internet Expenses | 75.00 |
| Insurance Expense | 2,568.52 |
| Managment Fee (Sals Pay) | 11,650.00 |
| Travel | 140.00 |
| Utilities | 598.15 |
| **Total Expense** | 15,191.13 |
| **Net Ordinary Income** | -33,491.13 |
| **Net Income** | -33,491.13 |

1:10 PM
11/06/25
Accrual Basis

# Fraenza Gourmet Market
## Profit & Loss
### July 2025

|  | Jul 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 69,357.81 |
| **Total Income** | 69,357.81 |
| **Cost of Goods Sold** | |
| Food Purchases | 15,463.15 |
| Restaurant Supplies | 62,070.44 |
| **Total COGS** | 77,533.59 |
| **Gross Profit** | -8,175.78 |
| **Expense** | |
| Advertising and Promotion | 2,772.00 |
| Bank Service Charges | 968.60 |
| Computer and Internet Expenses | 365.27 |
| Donation | 50.00 |
| Exterminating | 200.00 |
| Insurance Expense | 388.16 |
| Janitorial Exp | 255.00 |
| Landscaping | 1,450.00 |
| Office Supplies | 1,350.00 |
| Payroll Expenses | 3,745.00 |
| Petty Cash | 500.00 |
| Rent Expense | 2,500.00 |
| Repairs and Maintenance | 4,500.00 |
| Security Cameras | 500.00 |
| Utilities | 800.50 |
| **Total Expense** | 20,344.53 |
| **Net Ordinary Income** | -28,520.31 |
| **Net Income** | **-28,520.31** |

Page 1