# **EXHIBIT TO AUGUST 2025 MOR**

The monthly operating report shows all cash receipts and disbursements for the Debtor's DIP Account ONLY but the bank statements reflect all cash receipts and disbursements for the full calendar month of August, 2025 for all accounts. The Debtor is an individual but has two operating businesses not in active bankruptcy.

The Debtor has four business bank accounts and 1 DIP Account with Amboy Bank:

- General Operating Account The Skillet By Sal Inc. -#7764
- Merchant Account The Skillet By Sal Inc. – #8087
- General Operating Account NVJSS Restaurant LLC (Skillet Affiliate) -#8272
- General Operating Account Faenza's Gourmet Market, LLC-#8183
- DIP Individual Account- #7455

| | |
|---|---|
| Total Cash Receipts All Other Accounts: | $546,546.31 |
| Total Cash Disbursements All Other Accounts: | $537,151.66 |
| **Net Income July 2025:** | **$   9,394.65** |