For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD     NJ  07728

**Choice Home Equity Line Sale**
**Ask about today's special offer**

**Stop in any branch or call 800.94.AMBOY**

## Free Personal Check Account

Account number: 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | $532.14 |
| Deposits and other credits (+) | $18,850.00 |
| Withdrawals, checks and other debits (-) | $17,623.50 |
| Ending Balance on 08-29 | $1,758.64 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 300.00 | 08-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 08-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 | 08-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 |
| 08-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,100.00 | 08-25 | DEPOSIT | 4,500.00 |
| 08-11 | DEPOSIT | 4,500.00 | 08-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| 08-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 | 08-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| 08-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 600.00 | 08-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| 08-18 | DEPOSIT | 6,000.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1011 | 08-11 | 4,500.00 | 1012 | 08-18 | 6,000.00 | 1013 | 08-25 | 4,500.00 |

**SALVATORE FAENZA**

## Free Personal Check Account        Account number: 16017455

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | Internet Transfer to xxx8087 | 3.50 | 08-19 | Internet Transfer to xxx8183 | 500.00 |
| 08-06 | Internet Transfer to xxx8183 | 1,020.00 | 08-20 | Internet Transfer to xxx8183 | 400.00 |
| 08-14 | Internet Transfer to xxx8183 | 700.00 | | | |

1011    $4,500.00    8/11/2025

1012    $6,000.00    8/18/2025

1013    $4,500.00    8/25/2025