|  | For customer service or current rates call: 732-591-2530 |
|---|---|
|  | Write to: Amboy Bank 3590 U. S. Highway 9 Old Bridge, NJ 08857 |
|  | Visit us at www.amboybank.com |
|  | Telephone Banking call 1-877-24AMBOY |

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD        NJ  07728**

### Choice Home Equity Line Sale
### Ask about today's special offer

### Stop in any branch or call 800.94.AMBOY

## Free Small Business Account         Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | -$2,627.82 |
| Deposits and other credits (+) | $110,370.56 |
| Withdrawals, checks and other debits (-) | $107,331.29 |
| Ending Balance on 08-29 | $411.45 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 875.00 | 08-06 | 498439492881 MERCHANT BANKCD DEPOSIT | 806.67 |
| 08-01 | ST-F2U6M8D6Z3K4 DoorDash, Inc. DoorDash - | 637.22 | 08-06 | RETURNED CHECK # 1527, INSUFFICIENT FUNDS | 739.60 |
| 08-01 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,139.74 | 08-06 | RETURNED CHECK # 1544, INSUFFICIENT FUNDS | 750.00 |
| 08-04 | DEPOSIT | 3,331.00 | 08-06 | RETURNED CHECK # 1512, INSUFFICIENT FUNDS | 942.47 |
| 08-04 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,767.19 | 08-06 | RETURNED CHECK # 1524, INSUFFICIENT FUNDS | 1,377.22 |
| 08-04 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,508.81 | 08-06 | RETURNED CHECK # 1521, INSUFFICIENT FUNDS | 5,000.00 |
| 08-04 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,581.50 | 08-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 950.00 |
| 08-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 259.00 | 08-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,093.93 |
| 08-05 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,107.86 | 08-08 | ST-K0R0V3M5Y7A9 DOORDASH, INC. DOORDASH - | 593.38 |
| 08-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 935.00 | 08-08 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,230.26 |
| 08-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 1,020.00 | | | |

FAENZA'S GOURMET MARKET LLC

# Free Small Business Account

**Account number: 16108183**

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---:|---|---|---:|
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 | 08-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 500.00 |
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 | 08-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 800.00 |
| 08-11 | DEPOSIT | 665.00 | 08-19 | 498439492881 MERCHANT BANKCD DEPOSIT | 809.34 |
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,200.00 | 08-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 400.00 |
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 | 08-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 08-11 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,510.22 | 08-20 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,112.91 |
| 08-11 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,991.48 | 08-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 650.00 |
| 08-11 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,625.57 | 08-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 1,000.00 |
| 08-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 08-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 08-12 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,341.93 | 08-21 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,355.42 |
| 08-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,950.00 | 08-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 3,000.00 |
| 08-13 | 498439492881 MERCHANT BANKCD DEPOSIT | 838.27 | 08-22 | ST-V9V5C8C0A1L4 DoorDash, Inc. DoorDash - | 414.06 |
| 08-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 590.00 | 08-22 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,036.35 |
| 08-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 700.00 | 08-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 300.00 |
| 08-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 690.06 | 08-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,100.00 |
| 08-15 | ST-E6A8G6F6E1S4 DoorDash, Inc. DoorDash - | 793.80 | 08-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 5,500.00 |
| 08-15 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,570.03 | 08-25 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,050.13 |
| 08-18 | DEPOSIT | 665.00 | 08-25 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,736.92 |
| 08-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 | 08-25 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,046.18 |
| 08-18 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,235.81 | 08-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 |
| 08-18 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,823.94 | 08-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 2,900.00 |
| 08-18 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,183.49 | 08-26 | 498439492881 MERCHANT BANKCD DEPOSIT | 659.39 |
| 08-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 350.00 | | | |

**FAENZA'S GOURMET MARKET LLC**

## Free Small Business Account

Account number: 16108183

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,100.00 | 08-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 600.00 |
| 08-27 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,201.28 | 08-28 | 498439492881 MERCHANT BANKCD DEPOSIT | 903.74 |
| 08-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 155.00 | 08-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 |
| 08-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 250.00 | 08-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 08-28 | DEPOSIT | 495.00 | 08-29 | ST-I2P4I6S9L1C2 DoorDash, Inc. DoorDash - | 631.20 |
| 08-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 | 08-29 | 498439492881 MERCHANT BANKCD DEPOSIT | 993.19 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1382* | 08-11 | 500.00 | 1537* | 08-15 | 480.00 | 1562 | 08-18 | 550.00 |
| 1415* | 08-27 | 1,600.00 | 1540 | 08-19 | 660.00 | 1563 | 08-18 | 225.00 |
| 1477* | 08-06 | 1,500.00 | 1541 | 08-15 | 290.00 | 1564 | 08-19 | 504.00 |
| 1512 | 08-25 | 942.47 | 1542* | 08-15 | 1,000.00 | 1565 | 08-25 | 2,440.06 |
| 1512* | 08-05 | 942.47 | 1544 | 08-05 | 750.00 | 1566 | 08-25 | 2,159.23 |
| 1518* | 08-04 | 551.00 | 1545 | 08-12 | 750.00 | 1567 | 08-26 | 750.00 |
| 1521* | 08-05 | 5,000.00 | 1546 | 08-04 | 653.55 | 1568 | 08-22 | 690.00 |
| 1524 | 08-05 | 1,377.22 | 1547 | 08-08 | 700.00 | 1569 | 08-25 | 1,000.00 |
| 1524* | 08-25 | 1,377.22 | 1548* | 08-12 | 2,319.69 | 1570* | 08-26 | 1,884.99 |
| 1527 | 08-14 | 739.60 | 1550 | 08-11 | 63.90 | 1572 | 08-25 | 450.00 |
| 1527* | 08-05 | 739.60 | 1551 | 08-12 | 300.00 | 1573 | 08-26 | 495.00 |
| 1529 | 08-04 | 1,314.98 | 1552 | 08-05 | 713.53 | 1574 | 08-25 | 345.00 |
| 1530 | 08-12 | 392.46 | 1553 | 08-05 | 592.00 | 1575 | 08-29 | 1,000.00 |
| 1531 | 08-11 | 1,217.09 | 1554 | 08-07 | 660.00 | 1576* | 08-26 | 408.00 |
| 1532 | 08-11 | 1,470.15 | 1555 | 08-04 | 493.04 | 1578 | 08-27 | 240.00 |
| 1533 | 08-11 | 245.00 | 1556 | 08-13 | 1,158.00 | 1579* | 08-28 | 524.80 |
| 1534 | 08-12 | 254.00 | 1557* | 08-19 | 1,252.59 | 1582 | 08-28 | 590.00 |
| 1535 | 08-18 | 1,265.99 | 1560 | 08-01 | 252.20 | | | |
| 1536 | 08-12 | 293.00 | 1561 | 08-15 | 400.00 | | | |

*Indicates a gap in check number sequence

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

Account number: 16108183

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | CA0EC575C2B8B09 CAPITAL ONE ONLINE PMT | 1,250.00 | 08-11 | CA07267379D7FA8 CAPITAL ONE ONLINE PMT | 2,200.00 |
| 08-01 | 15241 Ace Endico EDI PYMNTS | 1,383.72 | 08-11 | OVERDRAFT CHARGE | 105.00 |
| 08-01 | OVERDRAFT CHARGE | 70.00 | 08-12 | CA06FEB3D5A2A7D CAPITAL ONE ONLINE PMT | 300.00 |
| 08-04 | 8607206492 CHASE CREDIT CRD EPAY | 250.00 | 08-12 | 16851 Ace Endico EDI PYMNTS | 2,243.40 |
| 08-04 | 7300000118 PAYMENT 250801 0000 6800978201 | 398.00 | 08-13 | CA0CCD60CCF4DD1 CAPITAL ONE ONLINE PMT | 750.00 |
| 08-04 | CA0B9DFB89E4047 CAPITAL ONE ONLINE PMT | 500.00 | 08-13 | OVERDRAFT CHARGE | 105.00 |
| 08-04 | FAE184 ACE ENDICO CORP FAE184 | 1,327.91 | 08-14 | OVERDRAFT CHARGE | 70.00 |
| 08-04 | CA0B16DE83CEEE5 CAPITAL ONE ONLINE PMT | 3,000.00 | 08-15 | FAE184 ACE ENDICO CORP FAE184 | 751.55 |
| 08-04 | OVERDRAFT CHARGE | 105.00 | 08-15 | CA065CB7D0776BB CAPITAL ONE ONLINE PMT | 2,750.00 |
| 08-05 | CA026ECFC37BD57 CAPITAL ONE ONLINE PMT | 250.00 | 08-15 | OVERDRAFT CHARGE | 35.00 |
| 08-05 | CAXXXXX3012DBBF CAPITAL ONE ONLINE PMT | 1,350.00 | 08-18 | 8649973181 CHASE CREDIT CRD EPAY | 250.00 |
| 08-05 | OVERDRAFT CHARGE | 70.00 | 08-18 | CAXXXXX4847FA11 CAPITAL ONE ONLINE PMT | 300.00 |
| 08-06 | CA08110CBEB5771 CAPITAL ONE ONLINE PMT | 250.00 | 08-18 | FAE184 ACE ENDICO CORP FAE184 | 747.35 |
| 08-06 | RETURNED CHECK CHARGE | 105.00 | 08-18 | CA082EDC21E7F9B CAPITAL ONE ONLINE PMT | 750.00 |
| 08-07 | 8622584088 CHASE CREDIT CRD EPAY | 250.00 | 08-18 | CA056529BDA0E71 CAPITAL ONE ONLINE PMT | 1,500.00 |
| 08-07 | CA0892B8D773F22 CAPITAL ONE ONLINE PMT | 500.00 | 08-18 | OVERDRAFT CHARGE | 105.00 |
| 08-07 | OVERDRAFT CHARGE | 70.00 | 08-19 | CA01555E83EA7B3 CAPITAL ONE ONLINE PMT | 2,000.00 |
| 08-08 | CA0689987C0254E CAPITAL ONE ONLINE PMT | 500.00 | 08-19 | OVERDRAFT CHARGE | 105.00 |
| 08-08 | 16298 Ace Endico EDI PYMNTS | 1,558.42 | 08-20 | CA0067B1147A0F0 CAPITAL ONE ONLINE PMT | 2,000.00 |
| 08-11 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 377.78 | 08-20 | OVERDRAFT CHARGE | 105.00 |
| 08-11 | ROUTE 9 SHOPPER SALE | 150.00 | 08-21 | 2136734 INTUIT * QBooks Onl | 75.00 |
| 08-11 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 | 08-21 | 8657002226 CHASE CREDIT CRD EPAY | 100.00 |
| 08-11 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.74 | 08-21 | 15800501 OPTIMUM 7864 CABLE PMNT | 206.40 |
| 08-11 | 2324454 CLOVER FEES CLOVER FEE | 261.81 | 08-21 | CA0CXXXXX3912A6 CAPITAL ONE ONLINE PMT | 1,750.00 |
| 08-11 | CA05B58D9966EEB CAPITAL ONE ONLINE PMT | 300.00 | 08-21 | 100157799766 FirstEnergy OPCO-ACH | 1,750.50 |
| 08-11 | 100157354216 FirstEnergy OPCO-ACH | 300.50 | 08-21 | OVERDRAFT CHARGE | 35.00 |
| 08-11 | 100157799766 FirstEnergy OPCO-ACH | 750.50 | 08-22 | Internet Transfer to xxx2100 | 500.00 |
| 08-11 | 16500 Ace Endico EDI PYMNTS | 1,095.89 | 08-22 | 8659925042 CHASE CREDIT CRD EPAY | 100.00 |
| 08-11 | CA0674C3A79B04E CAPITAL ONE ONLINE PMT | 2,000.00 | 08-22 | Internet Transfer to xxx8272 | 2,500.00 |
| | | | 08-25 | ROUTE 9 SHOPPER SALE | 150.00 |
| | | | 08-25 | 8664335231 CHASE CREDIT CRD EPAY | 500.00 |
| | | | 08-25 | CA08349FC624D8E CAPITAL ONE ONLINE PMT | 500.00 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

Account number: 16108183

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-25 | CA0A74A02B6ECBE CAPITAL ONE ONLINE PMT | 1,000.00 | 08-28 | CA0948BF95B3420 CAPITAL ONE ONLINE PMT | 500.00 |
| 08-25 | 18460 Ace Endico EDI PYMNTS | 1,934.37 | 08-28 | CA07D24989C474C CAPITAL ONE ONLINE PMT | 900.00 |
| 08-25 | CA0737A51DB7CBE CAPITAL ONE ONLINE PMT | 2,500.00 | 08-29 | CA0102F59981F39 CAPITAL ONE ONLINE PMT | 1,200.00 |
| 08-26 | CA03831BA3E6A29 CAPITAL ONE ONLINE PMT | 50.00 | 08-29 | Internet Transfer to xxx8087 | 600.00 |
| 08-26 | 8669521320 CHASE CREDIT CRD EPAY | 2,500.00 | 08-29 | SERVICE CHARGE | 28.20 |
| 08-27 | CA03EF0CEC032E8 CAPITAL ONE ONLINE PMT | 2,500.00 | | | |

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 980.00 | 5,600.00 |
| TOTAL RETURNED ITEM FEES: | $105.00 | $525.00 |

1382   $500.00   8/11/2025

1415   $1,600.00   8/27/2025

1477   $1,500.00   8/6/2025

1512   $942.47   8/5/2025

1512   $942.47   8/25/2025

1518   $551.00   8/4/2025

1521   $5,000.00   8/5/2025

1524   $1,377.22   8/5/2025

1524   $1,377.22   8/25/2025

1527   $739.60   8/5/2025

1527   $739.60   8/14/2025

1529   $1,314.98   8/4/2025

| Check # | Amount | Date | Payee | Memo |
|---|---|---|---|---|
| 1530 | $392.46 | 8/12/2025 | Irving Marcus Co. | Market Spices |
| 1531 | $1,217.09 | 8/11/2025 | Sullivan Brothers | |
| 1532 | $1,470.15 | 8/11/2025 | Sullivan Brothers | Skillet acc |
| 1533 | $245.00 | 8/11/2025 | Ava Ciancio | |
| 1534 | $254.00 | 8/12/2025 | Luciano Romano | |
| 1535 | $1,265.99 | 8/18/2025 | Sullivan Brothers | 6/10/25 |
| 1536 | $293.00 | 8/12/2025 | Dina Garone | |
| 1537 | $480.00 | 8/15/2025 | Koray Bayrel | Work |
| 1540 | $660.00 | 8/19/2025 | Cash | Cash |
| 1541 | $290.00 | 8/15/2025 | Justo Tejeda | |
| 1542 | $1,000.00 | 8/15/2025 | Wells Fargo | Santo 6831935/351998 |
| 1544 | $750.00 | 8/5/2025 | Chef Tools | |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1545 | $750.00 | 8/12/2025 | Chef Tools |
| 1546 | $653.55 | 8/4/2025 | Carbone Foods |
| 1547 | $700.00 | 8/8/2025 | Carbone Food |
| 1548 | $2,319.69 | 8/12/2025 | Bendella Produce |
| 1550 | $63.90 | 8/11/2025 | Herrs |
| 1551 | $300.00 | 8/12/2025 | Golden Crust |
| 1552 | $713.53 | 8/5/2025 | Ranchers Best |
| 1553 | $592.00 | 8/5/2025 | DinaMarie Garone |
| 1554 | $660.00 | 8/7/2025 | Cash |
| 1555 | $493.04 | 8/4/2025 | Ranchers |
| 1556 | $1,158.00 | 8/13/2025 | Paramount |
| 1557 | $1,252.59 | 8/19/2025 | Paramount |

16108183PAGE8

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 1560 | $252.20 | 8/1/2025 | Golden Crust |
| 1561 | $400.00 | 8/15/2025 | Precision Tech |
| 1562 | $550.00 | 8/18/2025 | Fidel Como |
| 1563 | $225.00 | 8/18/2025 | Kia To |
| 1564 | $504.00 | 8/19/2025 | La Dolce |
| 1565 | $2,440.06 | 8/25/2025 | Russo Meats |
| 1566 | $2,159.23 | 8/25/2025 | Sullivan Brothers |
| 1567 | $750.00 | 8/26/2025 | Chef Tod's |
| 1568 | $690.00 | 8/22/2025 | Gusto |
| 1569 | $1,000.00 | 8/25/2025 | Hernando Castaneda |
| 1570 | $1,884.99 | 8/26/2025 | Paramount |
| 1572 | $450.00 | 8/25/2025 | TreJo |

| Check # | Amount | Date |
|---|---|---|
| 1573 | $495.00 | 8/26/2025 |
| 1574 | $345.00 | 8/25/2025 |
| 1575 | $1,000.00 | 8/29/2025 |
| 1576 | $408.00 | 8/26/2025 |
| 1578 | $240.00 | 8/27/2025 |
| 1579 | $524.80 | 8/28/2025 |
| 1582 | $590.00 | 8/28/2025 |

16108183PAGE10