📞 For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD            NJ 07728**

### Choice Home Equity Line Sale
### Ask about today's special offer

### Stop in any branch or call 800.94.AMBOY

## Free Small Business Account      Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | $0.00 |
| Deposits and other credits (+) | $203,782.97 |
| Withdrawals, checks and other debits (-) | $202,733.31 |
| Ending Balance on 08-29 | $1,049.66 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,906.87 | 08-11 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,283.51 |
| 08-04 | 498467450884 MERCHANT BANKCD DEPOSIT | 7,934.14 | 08-12 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,316.65 |
| 08-04 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,494.04 | 08-13 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,066.07 |
| 08-04 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,291.90 | 08-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,308.38 |
| 08-05 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,294.13 | 08-15 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,125.22 |
| 08-06 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,698.00 | 08-18 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,502.28 |
| 08-07 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,742.60 | 08-18 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,619.02 |
| 08-08 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,488.74 | 08-18 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,718.62 |
| 08-11 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,318.75 | 08-19 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,758.67 |
| 08-11 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,176.11 | 08-20 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,679.79 |

NVJSS RESTAURANT LLC

## Free Small Business Account

Account number: 16108272

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-21 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,458.14 | 08-25 | 498467450884 MERCHANT BANKCD DEPOSIT | 12,323.19 |
| 08-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 2,500.00 | 08-26 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,048.20 |
| 08-22 | 498467450884 MERCHANT BANKCD DEPOSIT | 465.62 | 08-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,658.60 |
| 08-25 | 498467450884 MERCHANT BANKCD DEPOSIT | 7,973.56 | 08-28 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,904.17 |
| 08-25 | 498467450884 MERCHANT BANKCD DEPOSIT | 8,093.05 | 08-29 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,634.95 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3008 | 08-11 | 4,500.00 | 3009 | 08-18 | 6,000.00 | 3010 | 08-25 | 4,500.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | Internet Transfer to xxx2100 | 150.00 | 08-06 | 498467450884 MERCHANT BANKCD DISCOUNT | 164.44 |
| 08-01 | 3L8685896025212 PRUDENTIAL INS PREM | 162.83 | 08-06 | Internet Transfer to xxx8183 | 935.00 |
| 08-01 | 498467450884 MERCHANT BANKCD DISCOUNT | 171.75 | 08-06 | Internet Transfer to xxx7764 | 3,650.00 |
| 08-01 | Internet Transfer to xxx8087 | 40.00 | 08-07 | Internet Transfer to xxx2100 | 100.00 |
| 08-01 | Internet Transfer to xxx7455 | 300.00 | 08-07 | 498467450884 MERCHANT BANKCD DISCOUNT | 200.99 |
| 08-01 | Internet Transfer to xxx8183 | 875.00 | 08-07 | Internet Transfer to xxx8087 | 110.00 |
| 08-01 | Internet Transfer to xxx7764 | 3,200.00 | 08-07 | Internet Transfer to xxx8183 | 950.00 |
| 08-04 | Internet Transfer to xxx2100 | 100.00 | 08-07 | Internet Transfer to xxx7764 | 4,100.00 |
| 08-04 | 498467450884 MERCHANT BANKCD DISCOUNT | 277.70 | 08-08 | Internet Transfer to xxx2100 | 100.00 |
| 08-04 | 498467450884 MERCHANT BANKCD DISCOUNT | 367.30 | 08-08 | 498467450884 MERCHANT BANKCD DISCOUNT | 192.11 |
| 08-04 | 498467450884 MERCHANT BANKCD DISCOUNT | 395.22 | 08-08 | Internet Transfer to xxx8087 | 600.00 |
| 08-04 | Internet Transfer to xxx7455 | 200.00 | 08-08 | Internet Transfer to xxx7455 | 1,100.00 |
| 08-04 | Internet Transfer to xxx8087 | 625.00 | 08-08 | Internet Transfer to xxx7764 | 2,200.00 |
| 08-04 | Internet Transfer to xxx7764 | 7,700.00 | 08-11 | Internet Transfer to xxx2100 | 100.00 |
| 08-04 | Internet Transfer to xxx7764 | 20,000.00 | 08-11 | 498467450884 MERCHANT BANKCD DISCOUNT | 221.15 |
| 08-05 | 498467450884 MERCHANT BANKCD DISCOUNT | 185.28 | 08-11 | 498467450884 MERCHANT BANKCD DISCOUNT | 356.17 |
| 08-05 | Internet Transfer to xxx8087 | 55.00 | 08-11 | 498467450884 MERCHANT BANKCD DISCOUNT | 394.92 |
| 08-05 | Internet Transfer to xxx8183 | 259.00 | 08-11 | CA0F6C6F8723292 CAPITAL ONE ONLINE PMT | 2,000.00 |
| 08-05 | Internet Transfer to xxx7764 | 4,800.00 | | | |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-11 | Internet Transfer to xxx8087 | 25.00 | 08-18 | BRANCH WITHDRAWAL | 500.00 |
| 08-11 | Internet Transfer to xxx7764 | 100.00 | 08-18 | Internet Transfer to xxx7455 | 600.00 |
| 08-11 | Internet Transfer to xxx8183 | 100.00 | 08-18 | Internet Transfer to xxx8183 | 1,500.00 |
| 08-11 | Internet Transfer to xxx7764 | 150.00 | 08-18 | Internet Transfer to xxx7764 | 5,500.00 |
| 08-11 | Internet Transfer to xxx7764 | 225.00 | 08-18 | Internet Transfer to xxx7764 | 12,000.00 |
| 08-11 | Internet Transfer to xxx8183 | 500.00 | 08-19 | 498467450884 MERCHANT BANKCD DISCOUNT | 201.56 |
| 08-11 | BRANCH WITHDRAWAL | 500.00 | 08-19 | Internet Transfer to xxx8183 | 350.00 |
| 08-11 | BRANCH WITHDRAWAL | 600.00 | 08-19 | Internet Transfer to xxx7764 | 800.00 |
| 08-11 | Internet Transfer to xxx7764 | 1,200.00 | 08-19 | Internet Transfer to xxx8183 | 800.00 |
| 08-11 | Internet Transfer to xxx8183 | 2,200.00 | 08-19 | Internet Transfer to xxx7764 | 5,250.00 |
| 08-11 | Internet Transfer to xxx8183 | 5,000.00 | 08-20 | Internet Transfer to xxx2100 | 100.00 |
| 08-11 | Internet Transfer to xxx7764 | 10,000.00 | 08-20 | 498467450884 MERCHANT BANKCD DISCOUNT | 198.79 |
| 08-12 | 498467450884 MERCHANT BANKCD DISCOUNT | 186.08 | 08-20 | XXXXX0047 FARM FAMILY INSPREMIUM | 581.79 |
| 08-12 | Internet Transfer to xxx8183 | 1,000.00 | 08-20 | Internet Transfer to xxx7764 | 1,800.00 |
| 08-12 | Internet Transfer to xxx7764 | 2,000.00 | 08-20 | Internet Transfer to xxx8183 | 3,000.00 |
| 08-12 | Internet Transfer to xxx7764 | 2,300.00 | 08-21 | Internet Transfer to xxx2100 | 150.00 |
| 08-13 | Internet Transfer to xxx2100 | 50.00 | 08-21 | 2136733 INTUIT * QBooks On1 | 75.00 |
| 08-13 | 498467450884 MERCHANT BANKCD DISCOUNT | 212.31 | 08-21 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |
| 08-13 | Internet Transfer to xxx8183 | 1,950.00 | 08-21 | 498467450884 MERCHANT BANKCD DISCOUNT | 226.03 |
| 08-13 | Internet Transfer to xxx7764 | 4,800.00 | 08-21 | XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 |
| 08-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 185.79 | 08-21 | Internet Transfer to xxx8087 | 600.00 |
| 08-14 | Internet Transfer to xxx8183 | 590.00 | 08-21 | Internet Transfer to xxx8183 | 650.00 |
| 08-14 | Internet Transfer to xxx7764 | 4,600.00 | 08-21 | Internet Transfer to xxx7455 | 1,000.00 |
| 08-15 | Internet Transfer to xxx2100 | 100.00 | 08-21 | Internet Transfer to xxx8183 | 3,000.00 |
| 08-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 | 08-22 | 498467450884 MERCHANT BANKCD DISCOUNT | 16.30 |
| 08-15 | 498467450884 MERCHANT BANKCD DISCOUNT | 214.38 | 08-22 | CA09C8D014FEDFF CAPITAL ONE ONLINE PMT | 500.00 |
| 08-15 | Internet Transfer to xxx7455 | 200.00 | 08-22 | CA06264782DF902 CAPITAL ONE ONLINE PMT | 2,500.00 |
| 08-15 | Internet Transfer to xxx8087 | 600.00 | 08-25 | Internet Transfer to xxx2100 | 500.00 |
| 08-15 | Internet Transfer to xxx7764 | 4,200.00 | 08-25 | CA05D08A615A177 CAPITAL ONE ONLINE PMT | 250.00 |
| 08-18 | 5P-XXXXX5222 EZPASS8882886865 AUTO REPL | 65.00 | 08-25 | 498467450884 MERCHANT BANKCD DISCOUNT | 279.07 |
| 08-18 | 498467450884 MERCHANT BANKCD DISCOUNT | 227.57 | 08-25 | 498467450884 MERCHANT BANKCD DISCOUNT | 283.26 |
| 08-18 | CA0D6771EBD055C CAPITAL ONE ONLINE PMT | 300.00 | 08-25 | 498467450884 MERCHANT BANKCD DISCOUNT | 431.31 |
| 08-18 | 498467450884 MERCHANT BANKCD DISCOUNT | 371.67 | | | |
| 08-18 | 498467450884 MERCHANT BANKCD DISCOUNT | 410.16 | | | |
| 08-18 | Internet Transfer to xxx8087 | 400.00 | | | |

NVJSS RESTAURANT LLC

# Free Small Business Account

**Account number: 16108272**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-25 | Internet Transfer to xxx7455 | 150.00 | 08-28 | 4013439494 Dovenmuehl Dovenmuehl | 500.00 |
| 08-25 | BRANCH WITHDRAWAL | 800.00 | 08-28 | Internet Transfer to xxx7455 | 100.00 |
| 08-25 | Internet Transfer to xxx8183 | 1,100.00 | 08-28 | Internet Transfer to xxx8183 | 155.00 |
| 08-25 | Internet Transfer to xxx7764 | 20,000.00 | 08-28 | Internet Transfer to xxx8183 | 500.00 |
| 08-26 | 498467450884 MERCHANT BANKCD DISCOUNT | 141.69 | 08-28 | BRANCH WITHDRAWAL | 500.00 |
| 08-26 | CA0129F2B08C4C6 CAPITAL ONE ONLINE PMT | 1,000.00 | 08-28 | Internet Transfer to xxx7764 | 3,000.00 |
| 08-26 | Internet Transfer to xxx8183 | 2,500.00 | 08-29 | CA05619750EAA80 CAPITAL ONE ONLINE PMT | 100.00 |
| 08-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 163.06 | 08-29 | 498467450884 MERCHANT BANKCD DISCOUNT | 197.22 |
| 08-27 | CA07A034F18D614 CAPITAL ONE ONLINE PMT | 500.00 | 08-29 | Internet Transfer to xxx7455 | 100.00 |
| 08-27 | Internet Transfer to xxx7455 | 100.00 | 08-29 | Internet Transfer to xxx8183 | 200.00 |
| 08-27 | Internet Transfer to xxx7764 | 1,008.88 | 08-29 | Internet Transfer to xxx8183 | 1,000.00 |
| 08-27 | Internet Transfer to xxx8183 | 3,100.00 | 08-29 | Internet Transfer to xxx7764 | 1,000.00 |
| 08-28 | Internet Transfer to xxx2100 | 100.00 | 08-29 | Internet Transfer to xxx7764 | 2,000.00 |
| 08-28 | Internet Transfer to xxx2100 | 150.00 | 08-29 | SERVICE CHARGE | 7.20 |
| 08-28 | 498467450884 MERCHANT BANKCD DISCOUNT | 171.65 | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 0.00 | 35.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |



| Check | Amount | Date |
|---|---|---|
| 0 | $500.00 | 8/11/2025 |
| 0 | $600.00 | 8/11/2025 |
| 0 | $500.00 | 8/18/2025 |
| 0 | $800.00 | 8/25/2025 |
| 0 | $500.00 | 8/28/2025 |
| 3008 | $4,500.00 | 8/11/2025 |
| 3009 | $6,000.00 | 8/18/2025 |
| 3010 | $4,500.00 | 8/25/2025 |