For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24 AMBOY

000 0000 0000 0000 0000 0000 0000 0000 0000 0000
000 0000 0000 0000 0000 0000 0000 0000 0000 0000

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

**Choice Home Equity Line Sale**
**Ask about today's special offer**

**Stop in any branch or call 800.94.AMBOY**

| Free Small Business Account | Account number:  16107764 |
|---|---|

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | -$2,672.05 |
| Deposits and other credits (+) | $228,500.54 |
| Withdrawals, checks and other debits (-) | $223,226.05 |
| Ending Balance on 08-29 | $2,602.44 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,200.00 | 08-06 | RETURNED CHECK # 3752, INSUFFICIENT FUNDS | 863.75 |
| 08-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 7,700.00 | 08-06 | RETURNED CHECK # 3753, INSUFFICIENT FUNDS | 863.75 |
| 08-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 20,000.00 | 08-06 | RETURNED CHECK # 3778, INSUFFICIENT FUNDS | 1,040.00 |
| 08-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,800.00 | 08-06 | RETURNED CHECK # 3726, INSUFFICIENT FUNDS | 1,450.76 |
| 08-05 | 3320456349 EDI PAYMNT AUG 04 9X N086P03XBDPQY REF*TN*9X N086P03X\ | 383.61 | 08-06 | RETURNED CHECK # 3767, INSUFFICIENT FUNDS | 1,675.18 |
| 08-05 | RETURNED CHECK # 3768, INSUFFICIENT FUNDS | 1,462.00 | 08-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,100.00 |
| 08-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,650.00 | 08-07 | RETURNED ITEM, INSUFFICIENT FUNDS, 270561810627170 IRS USATAXPYMT | 2,856.68 |
| 08-06 | RETURNED ITEM, INSUFFICIENT FUNDS, 6R5U3CP1TB1 DEPT EDUCATION STUDENT LN | 378.76 | 08-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,200.00 |
| 08-06 | RETURNED CHECK # 3775, INSUFFICIENT FUNDS | 568.00 | 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| | | | 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 |
|---|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 225.00 | 08-21 | ST-G8R6L2C4L7L4 DoorDash payout DoorDash - | 1,432.12 |
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,200.00 | 08-21 | ST-B3G6F4D4A1K2 DoorDash payout DoorDash - | 1,524.99 |
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 10,000.00 | 08-21 | ST-J7K4Y2Y9F6G7 DoorDash payout DoorDash - | 1,604.08 |
| 08-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 08-21 | ST-D0V9X7A3P6P2 DoorDash payout DoorDash - | 1,737.86 |
| 08-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,300.00 | 08-21 | ST-X6A4K1V2Z9N1 DoorDash payout DoorDash - | 1,771.49 |
| 08-12 | 3320456349 EDI PAYMNT AUG 11 J7W0VS40P3H96L7 REF*TN*J7W0VS40P3\ | 325.14 | 08-21 | ST-A1U8O4E5B9M8 DoorDash payout DoorDash - | 1,778.43 |
| 08-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,800.00 | 08-21 | ST-S4V7E7K6D6N6 DoorDash payout DoorDash - | 1,807.52 |
| 08-13 | DEPOSIT | 4,900.00 | 08-21 | ST-P8P1O7H5O4A8 DoorDash payout DoorDash - | 1,832.21 |
| 08-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,600.00 | 08-21 | ST-T9S0Y2Q8W8V8 DoorDash payout DoorDash - | 1,844.81 |
| 08-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 38561-030114359 Rewards Network SETTLEMENT | 726.10 | 08-21 | ST-Z0B9G7Q9I1X9 DoorDash payout DoorDash - | 1,867.90 |
| 08-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 270562570242208 IRS USATAXPYMT | 2,802.09 | 08-21 | ST-E4M8C1J0U3Q9 DoorDash payout DoorDash - | 1,895.98 |
| 08-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,200.00 | 08-21 | ST-M5Q1X8U5K8S8 DoorDash payout DoorDash - | 1,934.89 |
| 08-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,500.00 | 08-21 | ST-V7G5D9J8P2G4 DoorDash payout DoorDash - | 1,939.63 |
| 08-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 12,000.00 | 08-21 | ST-Y3J9E6Y6S1Y9 DoorDash payout DoorDash - | 1,956.15 |
| 08-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 800.00 | 08-21 | ST-X9N0F1Q3A2W2 DoorDash payout DoorDash - | 1,957.43 |
| 08-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,250.00 | 08-21 | ST-T8T0Q5D8C8W0 DoorDash payout DoorDash - | 1,990.80 |
| 08-19 | 3320456349 EDI PAYMNT AUG 18 7P7EGXJXW2RSCYT REF*TN*7P7EGXJXW2\ | 427.71 | 08-21 | ST-R4K9L1Z2X7J8 DOORDASH PAYOUT DOORDASH - | 1,991.94 |
| 08-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,800.00 | 08-21 | ST-N3J2Y8U3C2U1 DoorDash payout DoorDash - | 2,007.81 |
| 08-20 | DEPOSIT | 7,000.00 | 08-21 | ST-P0K0E8L4G9M7 DoorDash payout DoorDash - | 2,042.01 |
| 08-21 | ST-K2P2X6A2Z0Y8 DoorDash payout DoorDash - | 1,358.42 | 08-21 | ST-O7Y6E6Z5H4D6 DoorDash payout DoorDash - | 2,043.44 |
| 08-21 | ST-B2F0I3Y9H0K4 DoorDash payout DoorDash - | 1,394.31 | 08-21 | ST-D7J5I3O2C0S1 DoorDash payout DoorDash - | 2,055.70 |
| | | | 08-21 | ST-N5J7Z2Z9C6L8 DoorDash payout DoorDash - | 2,084.39 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-21 | ST-N0C8M8N8F6P6 DoorDash payout DoorDash - | 2,092.14 | 08-21 | ST-N3P5N3Q0D8Z7 DOORDASH PAYOUT DOORDASH - | 2,680.67 |
| 08-21 | ST-Z9C0O9E3V1K6 DoorDash payout DoorDash - | 2,124.84 | 08-21 | ST-V8T9B5D7R6A1 DoorDash payout DoorDash - | 3,046.25 |
| 08-21 | ST-C2V7T1A2D9Q1 DoorDash payout DoorDash - | 2,125.42 | 08-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 20,000.00 |
| 08-21 | ST-N2G8Q5V2K9Z9 DoorDash payout DoorDash - | 2,135.81 | 08-26 | 3320456349 EDI PAYMNT AUG 25 WTFWTFQ04M BKND5 REF*TN*WTFWTFQ04M \ | 163.12 |
| 08-21 | ST-S5N3B8O1X5V7 DoorDash payout DoorDash - | 2,166.49 | 08-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,008.88 |
| 08-21 | ST-A7K7B5M5O9Q8 DoorDash payout DoorDash - | 2,221.99 | 08-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,000.00 |
| 08-21 | ST-I6X5E1T3Y1K5 DoorDash payout DoorDash - | 2,263.50 | 08-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 08-21 | ST-N3D2V4W5B5S1 DoorDash payout DoorDash - | 2,339.20 | 08-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 |
| 08-21 | ST-D6Q2C8D7Z9X6 DOORDASH PAYOUT DOORDASH - | 2,395.56 | 08-29 | ST-J0H2K8G6J1P2 DoorDash payout DoorDash - | 1,174.36 |
| 08-21 | ST-P7R6V9N7L3P9 DoorDash payout DoorDash - | 2,409.47 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3423* | 08-18 | 770.00 | 3778 | 08-15 | 1,040.00 | 3804 | 08-06 | 650.00 |
| 3726 | 08-25 | 1,450.76 | 3778* | 08-05 | 1,040.00 | 3805 | 08-12 | 321.53 |
| 3726* | 08-05 | 1,450.76 | 3784 | 08-04 | 1,409.89 | 3806 | 08-12 | 750.00 |
| 3751 | 08-25 | 770.00 | 3785 | 08-04 | 750.00 | 3807 | 08-11 | 440.00 |
| 3752 | 08-05 | 863.75 | 3786 | 08-01 | 1,100.00 | 3808 | 08-11 | 550.00 |
| 3752 | 08-14 | 863.75 | 3787 | 08-04 | 336.86 | 3809 | 08-19 | 1,000.00 |
| 3753 | 08-18 | 863.75 | 3788 | 08-04 | 750.00 | 3810 | 08-11 | 600.00 |
| 3753* | 08-05 | 863.75 | 3789 | 08-04 | 174.75 | 3811 | 08-27 | 1,000.00 |
| 3760 | 08-04 | 5,500.00 | 3790 | 08-04 | 700.00 | 3812 | 08-27 | 1,000.00 |
| 3761* | 08-12 | 5,500.00 | 3791 | 08-01 | 250.00 | 3813 | 08-12 | 3,125.94 |
| 3763* | 08-01 | 274.36 | 3792* | 08-05 | 350.00 | 3814 | 08-15 | 450.00 |
| 3765 | 08-04 | 300.00 | 3794 | 08-11 | 750.00 | 3815 | 08-18 | 385.00 |
| 3766 | 08-01 | 276.40 | 3795 | 08-05 | 181.00 | 3816 | 08-18 | 800.00 |
| 3767 | 08-05 | 1,675.18 | 3796 | 08-04 | 1,520.00 | 3817* | 08-19 | 2,424.02 |
| 3767 | 08-20 | 1,675.18 | 3797 | 08-05 | 630.00 | 3819 | 08-26 | 2,424.02 |
| 3768* | 08-04 | 1,462.00 | 3798 | 08-07 | 1,040.00 | 3820* | 08-26 | 1,000.00 |
| 3770* | 08-15 | 853.00 | 3799 | 08-04 | 770.00 | 3823 | 08-18 | 1,309.75 |
| 3772* | 08-13 | 3,058.00 | 3800 | 08-05 | 400.00 | 3824 | 08-22 | 4,000.00 |
| 3774 | 08-04 | 250.00 | 3801 | 08-05 | 450.00 | 3825* | 08-22 | 2,000.00 |
| 3775* | 08-05 | 568.00 | 3802 | 08-08 | 620.00 | 3827 | 08-19 | 1,011.00 |
| 3777 | 08-18 | 1,000.00 | 3803 | 08-18 | 1,735.58 | 3828 | 08-19 | 750.00 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 |
|---|---|---|

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3829 | 08-14 | 180.00 | 13739 | 08-04 | 428.75 | 13785* | 08-15 | 429.52 |
| 3830 | 08-15 | 650.00 | 13740* | 08-04 | 339.34 | 13788 | 08-26 | 668.22 |
| 3831 | 08-18 | 650.00 | 13742 | 08-05 | 191.82 | 13789 | 08-20 | 467.89 |
| 3832 | 08-18 | 750.00 | 13743 | 08-14 | 269.13 | 13790 | 08-25 | 349.15 |
| 3833 | 08-19 | 450.00 | 13744 | 08-15 | 22.74 | 13791 | 08-18 | 428.75 |
| 3834 | 08-19 | 1,485.00 | 13745 | 08-04 | 269.84 | 13792 | 08-18 | 185.31 |
| 3835* | 08-19 | 300.00 | 13746 | 08-12 | 432.55 | 13793 | 08-15 | 427.60 |
| 3837 | 08-19 | 200.00 | 13747 | 08-07 | 33.82 | 13794 | 08-25 | 128.68 |
| 3838 | 08-22 | 1,040.00 | 13748 | 08-29 | 30.96 | 13795 | 08-20 | 269.13 |
| 3839 | 08-20 | 770.00 | 13749 | 08-05 | 506.68 | 13796 | 08-19 | 19.25 |
| 3840 | 08-21 | 400.00 | 13750 | 08-04 | 17.93 | 13797 | 08-14 | 201.58 |
| 3841 | 08-25 | 450.00 | 13751 | 08-04 | 297.90 | 13798 | 08-25 | 140.19 |
| 3842* | 08-22 | 400.00 | 13752 | 08-25 | 38.82 | 13799 | 08-27 | 57.75 |
| 3844 | 08-25 | 991.87 | 13753 | 08-04 | 200.88 | 13800 | 08-29 | 22.26 |
| 3845* | 08-25 | 2,046.64 | 13754 | 08-06 | 215.38 | 13801 | 08-25 | 506.68 |
| 3848 | 08-25 | 750.00 | 13755 | 08-04 | 7.78 | 13802 | 08-26 | 21.89 |
| 3849* | 08-25 | 942.00 | 13756 | 08-04 | 320.37 | 13803 | 08-18 | 307.03 |
| 3851 | 08-26 | 599.00 | 13757 | 08-04 | 9.59 | 13804 | 08-18 | 295.40 |
| 3852 | 08-29 | 400.00 | 13758 | 08-04 | 8.42 | 13805 | 08-20 | 17.31 |
| 3853* | 08-26 | 231.00 | 13759 | 08-07 | 429.52 | 13806 | 08-26 | 501.50 |
| 3855* | 08-25 | 300.00 | 13760 | 08-04 | 212.00 | 13807 | 08-21 | 412.19 |
| 3857 | 08-29 | 1,250.00 | 13761* | 08-18 | 85.00 | 13808 | 08-18 | 25.90 |
| 3858* | 08-29 | 400.00 | 13764 | 08-18 | 668.22 | 13809 | 08-18 | 24.17 |
| 3862 | 08-27 | 262.00 | 13765 | 08-19 | 467.89 | 13810* | 08-22 | 429.52 |
| 3863* | 08-27 | 530.00 | 13766 | 08-19 | 349.15 | 13813 | 08-26 | 668.22 |
| 3868* | 08-29 | 1,600.00 | 13767 | 08-11 | 428.75 | 13814* | 08-28 | 467.89 |
| 12979* | 08-04 | 2.09 | 13768 | 08-11 | 170.33 | 13816 | 08-25 | 428.75 |
| 13249* | 08-26 | 9.23 | 13769 | 08-11 | 427.60 | 13817 | 08-25 | 317.77 |
| 13486* | 08-04 | 1.99 | 13770 | 08-13 | 126.96 | 13818 | 08-21 | 427.60 |
| 13506* | 08-27 | 48.64 | 13771 | 08-15 | 269.13 | 13819 | 08-25 | 133.87 |
| 13510* | 08-11 | 2.14 | 13772 | 08-19 | 247.46 | 13820 | 08-26 | 269.13 |
| 13649* | 08-26 | 310.09 | 13773 | 08-12 | 435.02 | 13821* | 08-26 | 16.82 |
| 13677* | 08-26 | 105.04 | 13774 | 08-13 | 11.21 | 13825 | 08-29 | 7.50 |
| 13711* | 08-05 | 467.89 | 13775 | 08-29 | 14.74 | 13826 | 08-26 | 506.68 |
| 13716* | 08-05 | 194.26 | 13776* | 08-12 | 506.68 | 13827 | 08-26 | 10.36 |
| 13719* | 08-18 | 279.70 | 13778 | 08-18 | 220.91 | 13828 | 08-27 | 223.12 |
| 13721 | 08-13 | 34.26 | 13779 | 08-11 | 285.94 | 13829* | 08-25 | 256.51 |
| 13722* | 08-29 | 13.73 | 13780 | 08-12 | 404.76 | 13831* | 08-25 | 7.59 |
| 13726* | 08-25 | 16.62 | 13781 | 08-12 | 18.36 | 13834* | 08-26 | 22.26 |
| 13736 | 08-08 | 668.22 | 13782 | 08-14 | 305.67 | 13845* | 08-28 | 427.60 |
| 13737 | 08-13 | 467.89 | 13783 | 08-12 | 5.38 | 13849* | 08-29 | 219.42 |
| 13738 | 08-05 | 349.15 | 13784 | 08-11 | 9.63 | 16107764 | 08-14 | 1,750.00 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

| **Free Small Business Account** | | **Account number: 16107764** |
|---|---|---|

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 08-01 | 7216000928 RETRY PYMT 252101000125890 TXP*B872535605000*01120*250930*T*30 | 305.95 |
| 08-01 | 7903518686 2025-07-27 250801 8da424b031a248e balance_transaction_744575 7f-6740-4 | 923.53 |
| 08-01 | 15240 Ace Endico EDI PYMNTS | 934.80 |
| 08-01 | XXXXX2353 Lend Bug LLC 9175802864 | 1,000.00 |
| 08-01 | 9027402607 HILO YO INVESTMEN ACH Debit | 1,887.00 |
| 08-01 | 7216000928 RETRY PYMT 252101000120446 TXP*B872535605000*13002*250630*T*79 | 7,942.47 |
| 08-01 | OVERDRAFT CHARGE | 105.00 |
| 08-04 | R84GC5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 08-04 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 |
| 08-04 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 |
| 08-04 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 |
| 08-04 | SK 702 Termac WEB PAY | 101.29 |
| 08-04 | YLLP9D Acorn Property M WEB PMTS | 300.00 |
| 08-04 | 8263863381 J2602 OOFF CZ10000GSX46C TRN*1*CZ10000GSX46C\RMR*IK*CAR MODY | 300.00 |
| 08-04 | 38535-030080994 Rewards Network SETTLEMENT | 443.50 |
| 08-04 | Cust #55252431 PERFORMANCEM NY CASH CONC | 2,200.75 |
| 08-04 | OVERDRAFT CHARGE | 105.00 |
| 08-05 | 6R5U3CP1TB1 DEPT EDUCATION STUDENT LN | 378.76 |
| 08-05 | RETURNED CHECK CHARGE | 35.00 |
| 08-05 | OVERDRAFT CHARGE | 70.00 |
| 08-06 | 6297311 INTUIT * QBooks Onl | 65.00 |
| 08-06 | 7216000928 NJWEB01120 252171000173373 TXP*B872535605000*01120*250930*T*29 | 298.92 |
| 08-06 | 38540-030090624 Rewards Network SETTLEMENT | 656.23 |
| 08-06 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 |
| 08-06 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,042.00 |
| 08-06 | 270561810627170 IRS USA TAX PYMT | 2,856.68 |
| 08-06 | RETURNED CHECK CHARGE | 105.00 |
| 08-07 | 100147193088 FirstEnergy OPCO-ACH | 500.50 |
| 08-07 | RETURNED CHECK CHARGE | 35.00 |
| 08-07 | OVERDRAFT CHARGE | 70.00 |
| 08-08 | XXXXX4132 Lend Bug LLC 9175802864 | 1,000.00 |
| 08-08 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.63 |
| 08-08 | 7903518686 2025-08-03 250808 66f79196214245d balance_transaction_8c8b8846-7bf9-4 | 1,093.22 |
| 08-11 | 100147193088 FirstEnergy OPCO-ACH | 500.50 |
| 08-11 | 16499 Ace Endico EDI PYMNTS | 1,472.24 |
| 08-11 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,556.92 |
| 08-11 | OVERDRAFT CHARGE | 105.00 |
| 08-12 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 165.27 |
| 08-12 | SK 702 Termac WEB PAY | 101.29 |
| 08-12 | Cust #55252431 PERFORMANCEM NY CASH CONC | 2,501.93 |
| 08-13 | 38561-030114359 Rewards Network SETTLEMENT | 726.10 |
| 08-13 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 |
| 08-13 | 270562570242208 IRS USA TAX PYMT | 2,802.09 |
| 08-13 | OVERDRAFT CHARGE | 105.00 |
| 08-14 | 7216000928 NJWEB01120 252251000204656 TXP*B872535605000*01120*250930*T*31 | 314.36 |
| 08-14 | RETURNED CHECK CHARGE | 35.00 |
| 08-14 | RETURNED CHECK CHARGE | 70.00 |
| 08-15 | 604599217073111 SAMS CLUB PAYMENT | 364.00 |
| 08-15 | SKI300 ACE ENDICO CORP SKI300 | 900.00 |
| 08-15 | XXXXX9540 Lend Bug LLC 9175802864 | 1,000.00 |
| 08-15 | 7903518686 2025-08-10 250815 1ea7b95cee5d42a balance_transaction_e7e8bacc-6ca9-4 | 1,029.82 |
| 08-15 | 9027253081 HILO YO INVESTMEN ACH Debit | 1,997.00 |
| 08-15 | XXXXX4435 Ivy Receivables 7183166893 | 2,000.00 |
| 08-15 | OVERDRAFT CHARGE | 105.00 |
| 08-18 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 |
|---|---|---|

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-18 | 38578-030128213 Rewards Network SETTLEMENT | 726.10 | 08-25 | 8263863381 J2623 OOFF CZ10000HEJ1XC TRN*1*CZ10000HEJ1XC\RMR*IK*THE LAW | 250.00 |
| 08-18 | SKI300 ACE ENDICO CORP SKI300 | 904.18 | | | |
| 08-18 | OVERDRAFT CHARGE | 105.00 | 08-25 | SUMITOMO MITSUI LEASE COLL | 500.00 |
| 08-19 | OVERDRAFT CHARGE | 105.00 | 08-25 | 46865225 NEW YORK LIFE INS. PREM. | 739.00 |
| 08-20 | 7216000928 NJWEB01120 252311000254126 TXP*B872535605000*01120*250930*T*27 | 270.43 | 08-25 | NJNG8002210051 NJ NAT GAS COM PANY NJNGCO | 1,000.00 |
| | | | 08-25 | J86MDD Acorn Property M WEB PM TS | 1,000.00 |
| 08-20 | 38583-030137682 Rewards Network SETTLEMENT | 726.52 | 08-25 | Cust #55252431 PERFORM ANCEM NY CA SH CONC | 1,500.00 |
| 08-20 | Cust #55252431 PERFORM ANCEM NY CA SH CONC | 1,000.00 | 08-25 | Internet Transfer to xxx8183 | 300.00 |
| | | | 08-25 | Internet Transfer to xxx8183 | 5,500.00 |
| 08-20 | SK 1088 Termac WEB PAY | 1,011.72 | 08-26 | 18943 Ace Endico EDI PYM NTS | 2,031.19 |
| 08-20 | 100147193088 FirstEnergy OPCO-ACH | 1,939.64 | 08-26 | Internet Transfer to xxx8183 | 2,900.00 |
| 08-20 | 270563265032584 IRS USA TAX PYM T | 2,631.77 | 08-27 | VV01F5 AppFolio, Inc. F WEB PM TS | 2.49 |
| 08-20 | OVERDRAFT CHARGE | 105.00 | 08-27 | 7216000928 NJWEB01120 252381000321153 TXP*B872535605000*01120*250930*T*29 | 291.70 |
| 08-21 | 6R76CCR4M T1 DEPT EDUCATION STUDENT LN | 500.00 | | | |
| | | | 08-27 | 38605-030161584 Rewards Network SETTLEMENT | 690.39 |
| 08-21 | fXXXXX4392 Farmers Ins Exch EFT PYMT | 609.00 | 08-27 | Cust #55252431 PERFORM ANCEM NY CA SH CONC | 1,000.00 |
| 08-21 | 220563382693195 IRS USA TAX PYM T | 2,774.89 | | | |
| 08-21 | Cust #55252431 PERFORM ANCEM NY CA SH CONC | 2,935.69 | 08-27 | YXBWDD Acorn Property M WEB PM TS | 1,000.00 |
| | | | 08-27 | 270563972831324 IRS USA TAX PYM T | 2,742.04 |
| 08-21 | 7216000928 NJWEB04110 252321000293432 TXP*B872535605000*04110*250930*T*35 | 3,542.13 | 08-28 | 721760726470145 BEST BUY AUTO PYMT | 47.00 |
| | | | 08-28 | Internet Transfer to xxx8183 | 250.00 |
| 08-21 | Internet Transfer to xxx8183 | 1,000.00 | 08-28 | Internet Transfer to xxx8183 | 600.00 |
| 08-21 | OVERDRAFT CHARGE | 105.00 | 08-29 | SK 702 Termac WEB PAY | 101.29 |
| 08-22 | QC2WD5 AppFolio, Inc. F WEB PM TS | 2.49 | 08-29 | Cust #55252431 PERFORM ANCEM NY CA SH CONC | 151.86 |
| 08-22 | 7903518686 2025-08-17 250822 9e585f0688044fd balance_transaction_68e16ed9-c1a3-4 | 854.83 | | | |
| | | | 08-29 | 7903518686 2025-08-24 250829 c05d1a35c06a41d balance_transaction_1441782e-aef5-4 | 814.27 |
| 08-22 | XXXXX0371 Lend Bug LLC 9175802864 | 1,000.00 | | | |
| 08-22 | 9027661207 HILO YO INVESTM EN ACH Debit | 1,997.00 | 08-29 | XXXXX1892 Lend Bug LLC 9175802864 | 1,000.00 |
| | | | 08-29 | 9027749159 HILO YO INVESTM EN ACH Debit | 1,997.00 |
| 08-22 | XXXXX3590 Ivy Receivables 7183166893 | 2,000.00 | | | |
| 08-22 | 4FTJDD Acorn Property M WEB PM TS | 3,500.00 | 08-29 | XXXXX2754 Ivy Receivables 7183166893 | 2,000.00 |
| 08-22 | Internet Transfer to xxx8183 | 3,000.00 | 08-29 | SERVICE CHARGE | 43.80 |
| 08-25 | 69YWD5 AppFolio, Inc. F WEB PM TS | 2.49 | | | |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 | |
|---|---|---|
| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
| TOTAL OVERDRAFT FEES: | 1,120.00 | 7,140.00 |
| TOTAL RETURNED ITEM FEES: | $245.00 | $1,645.00 |

3423    $770.00    8/18/2025

3423    $770.00    8/18/2025

3726    $1,450.76    8/5/2025

3726    $1,450.76    8/5/2025

3726    $1,450.76    8/25/2025

3726    $1,450.76    8/25/2025

3751    $770.00    8/25/2025

3751    $770.00    8/25/2025



3752    $863.75    8/5/2025

3752    $863.75    8/5/2025



3752    $863.75    8/14/2025

3752    $863.75    8/14/2025



3753   $863.75   8/5/2025

3753   $863.75   8/18/2025

3760   $5,500.00   8/4/2025

3761   $5,500.00   8/12/2025

3763   $274.36   8/1/2025

3765   $300.00   8/4/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3766

Date 8/1/25

Pay to the Order of Russo Meats   $ 276.40

Two Hundred Seventy-Six and 40/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For 7/1

557826039749 144606   20250731 0000000018
TRN_DEBIT MROZENB   276.40
Marlboro 0088 94004 5578 0003 0104

FOR DEPOSIT ONLY
RUSSO MEATS
4582164209

3766   $276.40   8/1/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3767

Date 8/4/25

Pay to the Order of Brubelle Produce   $ 1675.18

One Thousand Six Hundred Seventy-Five and 18/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07725
www.amboybank.com

For 6/8 25 & 7/27 & 7/30 8/2

3767   $1,675.18   8/5/2025

---

NSE

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3767

Date 8/4/25

Pay to the Order of Brubelle Produce   $ 1675.18

One Thousand Six Hundred Seventy-Five and 18/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07725
www.amboybank.com

For 6/8 25 & 7/27 & 7/30 8/2

RETURN REASON-A
NOT SUFFICIENT FUNDS

3767   $1,675.18   8/20/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3768

Date 8/25/25

Pay to the Order of Donna Zawada   $ 1462.00

One Thousand Four Hundred Sixty-Two and 00/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07725
www.amboybank.com

For

3768   $1,462.00   8/4/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07725

3770

Date 8/14/25

Pay to the Order of Felipe Renos   $ 853.00

Eight Hundred Fifty Three Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For

0056818130 TD Mobile Deposit
8/14/2025 3:12:40 PM
4309154120

3770   $853.00   8/15/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3772

Date 8/1/25

Pay to the Order of ALLSTATE Realty   $ 3058.00

Three Thousand Fifty Eight Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For

565673053897 145027   20250812 0000000
TRN_DEBIT TAG2816   3058.00
West Long Branch 0856 94004 5656 0011 0

3772   $3,058.00   8/13/2025



3774   $250.00   8/4/2025

3774   $250.00   8/4/2025

3775   $568.00   8/5/2025

3775   $568.00   8/5/2025

3777   $1,000.00   8/18/2025

3777   $1,000.00   8/18/2025

3778   $1,040.00   8/5/2025

3778   $1,040.00   8/5/2025

3778   $1,040.00   8/15/2025

3778   $1,040.00   8/15/2025

3784   $1,409.89   8/4/2025

3784   $1,409.89   8/4/2025

**Check 3785**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3785

Date 7/31/25

Pay to the Order of: Saquel Idel    $ 780.00

Seven hundred Pifty — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For: Os acc

For Deposit Only - JPMC

3785   $750.00   8/4/2025

---

**Check 3786**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3786

Date 8/5/25

Pay to the Order of: Global Blends    $ 1,100.00

One thousand one hundred — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

3786   $1,100.00   8/1/2025

---

**Check 3787**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3787

Date 8/1/25

Pay to the Order of: Miscela D'oro    $ 336.86

Three hundred thirty six — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

Seq: 1
Dep: 000296
Date: 08/01/25

For Deposit Only to
Miscela D'oro USA Inc.

3787   $336.86   8/4/2025

---

**Check 3788**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3788

Date 8/1/25

Pay to the Order of: Rancher    $ 750.00

seven hundred fifty — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

3788   $750.00   8/4/2025

---

**Check 3789**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3789

Date 8/1/25

Pay to the Order of: James Sinnott    $ 174.75

One hundred seventy-four — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For: Bread Deli Skillet

1008491031 TQ MBB Deposit
8/1/2025 6 51 36 PM
00004760886431

3789   $174.75   8/4/2025

---

**Check 3790**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3790

Date 7/31/25

Pay to the Order of: Alex Xicay    $ 750.00

seven hundred — Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

3382601716

Alex Xicay

3790   $700.00   8/4/2025



3791  $250.00  8/1/2025          3791  $250.00  8/1/2025

3792  $350.00  8/5/2025          3792  $350.00  8/5/2025

3794  $750.00  8/11/2025         3794  $750.00  8/11/2025

3795  $181.00  8/5/2025          3795  $181.00  8/5/2025

3796  $1,520.00  8/4/2025        3796  $1,520.00  8/4/2025

3797  $630.00  8/5/2025          3797  $630.00  8/5/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3798
8/6/25
Pay to the Order of Alex Ramirez   $1,040.00
One Thousand Forty
AMBOY Bank
MANALAPAN OFFICE 16
For
14757-NJ

3798   $1,040.00   8/7/2025          3798   $1,040.00   8/7/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3799
8/3/25
Pay to the Order of Leo Gonzalez   $770.00
seven hundred seventy
AMBOY Bank
For W/E 7/27

For Deposit Only - JPMC

3799   $770.00   8/4/2025          3799   $770.00   8/4/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3800
8/4/25
Pay to the Order of Marlon Calderon   $400.00
Four hundred
AMBOY Bank
For

3800   $400.00   8/5/2025          3800   $400.00   8/5/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3801
8/4/25
Pay to the Order of Nina Alvarado   $450.00
Four hundred fifty
AMBOY Bank
For W/E 7/25

3801   $450.00   8/5/2025          3801   $450.00   8/5/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3802
8/4/25
Pay to the Order of Filemonas Alonzo Solis   $620.00
six hundred twenty
AMBOY Bank
For W/E 7/27

14757-NJ

3802   $620.00   8/8/2025          3802   $620.00   8/8/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3803
8/15/25
Pay to the Order of Sullivan Bros   $1735.58
One Thousand Seven Hundred Thirty-Five 58/100
AMBOY Bank
For 5/27

529930062986 124114  20250815 00000000161-0776-4
TRN_DEBIT KSMIT52 0.00
Monmouth Regional 0299 94004 5299 0001 0107

3803   $1,735.58   8/18/2025          3803   $1,735.58   8/18/2025

3804 $650.00 8/6/2025

3804 $650.00 8/6/2025

3805 $321.53 8/12/2025

3805 $321.53 8/12/2025

3806 $750.00 8/12/2025

3806 $750.00 8/12/2025

3807 $440.00 8/11/2025

3807 $440.00 8/11/2025

3808 $550.00 8/11/2025

3808 $550.00 8/11/2025

3809 $1,000.00 8/19/2025

3809 $1,000.00 8/19/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3810

Pay to the Order of: Leo Gonzalez    $ 600.00
Six Hundred    Dollars

AMBOY Bank    MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For:

3810    $600.00    8/11/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3811

Date 8/25/25

Pay to the Order of: Falzone    $ 1,000.00
One Thousand    Dollars

AMBOY Bank    MANALAPAN OFFICE 19

For: Jelly

3811    $1,000.00    8/27/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3812

Date 8/25/25

Pay to the Order of: Falzone    $ 1,000.00
One Thousand    Dollars

AMBOY Bank    MANALAPAN OFFICE 19

For: July

3812    $1,000.00    8/27/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3813

Date 8/11/25

Pay to the Order of: Brubella    $ 3,125.94
Three Thousand One Hundred Twenty Five    Dollars

AMBOY Bank    MANALAPAN OFFICE 16

For: Replaces Ck# 3767 372C

3813    $3,125.94    8/12/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3814

Date 8/12/25

Pay to the Order of: Nina Amperda    $ 450.00
Four Hundred Fifty    Dollars

AMBOY Bank    MANALAPAN OFFICE 16

For:

3814    $450.00    8/15/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3815

Date 8/16/25

Pay to the Order of: Nick Truso    $ 385.00
Three Hundred Eighty Five    Dollars

AMBOY Bank    MANALAPAN OFFICE 16

For: HEDKR

3815    $385.00    8/18/2025

**3816    $800.00    8/18/2025**

**3816    $800.00    8/18/2025**

**3817    $2,424.02    8/19/2025**

**3817    $2,424.02    8/19/2025**

**3819    $2,424.02    8/26/2025**

**3819    $2,424.02    8/26/2025**

**3820    $1,000.00    8/26/2025**

**3820    $1,000.00    8/26/2025**

**3823    $1,309.75    8/18/2025**

**3823    $1,309.75    8/18/2025**

**3824    $4,000.00    8/22/2025**

**3824    $4,000.00    8/22/2025**

3825   $2,000.00   8/22/2025



3825   $2,000.00   8/22/2025



3827   $1,011.00   8/19/2025



3827   $1,011.00   8/19/2025



3828   $750.00   8/19/2025



3828   $750.00   8/19/2025



3829   $180.00   8/14/2025



3829   $180.00   8/14/2025



3830   $650.00   8/15/2025



3830   $650.00   8/15/2025



3831   $650.00   8/18/2025



3831   $650.00   8/18/2025



3832   $750.00    8/18/2025          3832   $750.00    8/18/2025

3833   $450.00    8/19/2025          3833   $450.00    8/19/2025

3834   $1,485.00    8/19/2025        3834   $1,485.00    8/19/2025

3835   $300.00    8/19/2025          3835   $300.00    8/19/2025

3837   $200.00    8/19/2025          3837   $200.00    8/19/2025

3838   $1,040.00    8/22/2025        3838   $1,040.00    8/22/2025

3839   $770.00   8/20/2025

3839   $770.00   8/20/2025



3840   $400.00   8/21/2025

3840   $400.00   8/21/2025



3841   $450.00   8/25/2025

3841   $450.00   8/25/2025



3842   $400.00   8/22/2025

3842   $400.00   8/22/2025



3844   $991.87   8/25/2025

3844   $991.87   8/25/2025



3845   $2,046.64   8/25/2025

3845   $2,046.64   8/25/2025



3848   $750.00   8/25/2025

3849   $942.00   8/25/2025

3851   $599.00   8/26/2025

3852   $400.00   8/29/2025

3853   $231.00   8/26/2025

3855   $300.00   8/25/2025

3857   $1,250.00   8/29/2025



3857   $1,250.00   8/29/2025



3858   $400.00   8/29/2025



3858   $400.00   8/29/2025



3862   $262.00   8/27/2025



3862   $262.00   8/27/2025



3863   $530.00   8/27/2025



3863   $530.00   8/27/2025



3868   $1,600.00   8/29/2025



3868   $1,600.00   8/29/2025



12979   $2.09   8/4/2025



12979   $2.09   8/4/2025




13249   $9.23   8/26/2025          13249   $9.23   8/26/2025




13486   $1.99   8/4/2025          13486   $1.99   8/4/2025




13506   $48.64   8/27/2025          13506   $48.64   8/27/2025




13510   $2.14   8/11/2025          13510   $2.14   8/11/2025




13649   $310.09   8/26/2025          13649   $310.09   8/26/2025

13677   $105.04   8/26/2025          13677   $105.04   8/26/2025






13711   $467.89   8/5/2025

13711   $467.89   8/5/2025




13716   $194.26   8/5/2025

13716   $194.26   8/5/2025




13719   $279.70   8/18/2025

13719   $279.70   8/18/2025




13721   $34.26   8/13/2025

13721   $34.26   8/13/2025




13722   $13.73   8/29/2025

13722   $13.73   8/29/2025

13726   $16.62   8/25/2025

13726   $16.62   8/25/2025

 

13736   $668.22   8/8/2025          13736   $668.22   8/8/2025

 

13737   $467.89   8/13/2025          13737   $467.89   8/13/2025



13738   $349.15   8/5/2025          13738   $349.15   8/5/2025



13739   $428.75   8/4/2025          13739   $428.75   8/4/2025

 

13740   $339.34   8/4/2025          13740   $339.34   8/4/2025

13742   $191.82   8/5/2025          13742   $191.82   8/5/2025




13743   $269.13   8/14/2025




13744   $22.74   8/15/2025




13745   $269.84   8/4/2025




13746   $432.55   8/12/2025




13747   $33.82   8/7/2025




13748   $30.96   8/29/2025





13749   $506.68   8/5/2025

13749   $506.68   8/5/2025





13750   $17.93   8/4/2025

13750   $17.93   8/4/2025





13751   $297.90   8/4/2025

13751   $297.90   8/4/2025





13752   $38.82   8/25/2025

13752   $38.82   8/25/2025





13753   $200.88   8/4/2025

13753   $200.88   8/4/2025

13754   $215.38   8/6/2025

13754   $215.38   8/6/2025




13755   $7.78   8/4/2025

13755   $7.78   8/4/2025




13756   $320.37   8/4/2025

13756   $320.37   8/4/2025




13757   $9.59   8/4/2025

13757   $9.59   8/4/2025




13758   $8.42   8/4/2025

13758   $8.42   8/4/2025




13759   $429.52   8/7/2025

13759   $429.52   8/7/2025




13760   $212.00   8/4/2025

13760   $212.00   8/4/2025



 

13761   $85.00   8/18/2025                13761   $85.00   8/18/2025

 

13764   $668.22   8/18/2025               13764   $668.22   8/18/2025

 

13765   $467.89   8/19/2025               13765   $467.89   8/19/2025

 

13766   $349.15   8/19/2025               13766   $349.15   8/19/2025

 

13767   $428.75   8/11/2025               13767   $428.75   8/11/2025

13768   $170.33   8/11/2025               13768   $170.33   8/11/2025




13769   $427.60   8/11/2025          13769   $427.60   8/11/2025




13770   $126.96   8/13/2025          13770   $126.96   8/13/2025




13771   $269.13   8/15/2025          13771   $269.13   8/15/2025




13772   $247.46   8/19/2025          13772   $247.46   8/19/2025




13773   $435.02   8/12/2025          13773   $435.02   8/12/2025

13774   $11.21   8/13/2025           13774   $11.21   8/13/2025



 

13775  $14.74  8/29/2025          13775  $14.74  8/29/2025

 

13776  $506.68  8/12/2025        13776  $506.68  8/12/2025

 

13778  $220.91  8/18/2025        13778  $220.91  8/18/2025

 

13779  $285.94  8/11/2025        13779  $285.94  8/11/2025

 

13780  $404.76  8/12/2025        13780  $404.76  8/12/2025

13781  $18.36  8/12/2025         13781  $18.36  8/12/2025




13782   $305.67   8/14/2025

13782   $305.67   8/14/2025

13783   $5.38   8/12/2025

13783   $5.38   8/12/2025




13784   $9.63   8/11/2025

13784   $9.63   8/11/2025




13785   $429.52   8/15/2025

13785   $429.52   8/15/2025

13788   $668.22   8/26/2025

13788   $668.22   8/26/2025




13789   $467.89   8/20/2025

13789   $467.89   8/20/2025



13790  $349.15  8/25/2025

13790  $349.15  8/25/2025

13791  $428.75  8/18/2025

13791  $428.75  8/18/2025

13792  $185.31  8/18/2025

13792  $185.31  8/18/2025

13793  $427.60  8/15/2025

13793  $427.60  8/15/2025

13794  $128.68  8/25/2025

13794  $128.68  8/25/2025

13795  $269.13  8/20/2025

13795  $269.13  8/20/2025

 

13796    $19.25    8/19/2025

13796    $19.25    8/19/2025

 

13797    $201.58    8/14/2025

13797    $201.58    8/14/2025

 

13798    $140.19    8/25/2025

13798    $140.19    8/25/2025

 

13799    $57.75    8/27/2025

13799    $57.75    8/27/2025

 

13800    $22.26    8/29/2025

13800    $22.26    8/29/2025

 

13801    $506.68    8/25/2025

13801    $506.68    8/25/2025




13802  $21.89  8/26/2025          13802  $21.89  8/26/2025




13803  $307.03  8/18/2025         13803  $307.03  8/18/2025




13804  $295.40  8/18/2025         13804  $295.40  8/18/2025




13805  $17.31  8/20/2025          13805  $17.31  8/20/2025




13806  $501.50  8/26/2025         13806  $501.50  8/26/2025

13807  $412.19  8/21/2025         13807  $412.19  8/21/2025






13808  $25.90  8/18/2025




13809  $24.17  8/18/2025




13810  $429.52  8/22/2025




13813  $668.22  8/26/2025




13814  $467.89  8/28/2025

13816  $428.75  8/25/2025




13817   $317.77   8/25/2025

13817   $317.77   8/25/2025




13818   $427.60   8/21/2025

13818   $427.60   8/21/2025




13819   $133.87   8/25/2025

13819   $133.87   8/25/2025




13820   $269.13   8/26/2025

13820   $269.13   8/26/2025




13821   $16.82   8/26/2025

13821   $16.82   8/26/2025

13825   $7.50   8/29/2025

13825   $7.50   8/29/2025

13826  $506.68  8/26/2025

13827  $10.36  8/26/2025

13828  $223.12  8/27/2025

13829  $256.51  8/25/2025

13831  $7.59  8/25/2025

13834  $22.26  8/26/2025

13826  $506.68  8/26/2025

13827  $10.36  8/26/2025

13828  $223.12  8/27/2025

13829  $256.51  8/25/2025

13831  $7.59  8/25/2025

13834  $22.26  8/26/2025





13845    $427.60    8/28/2025

13845    $427.60    8/28/2025



13849    $219.42    8/29/2025

13849    $219.42    8/29/2025





16107764    $1,750.00    8/14/2025

16107764    $1,750.00    8/14/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
                    Street and Number                    City                    State          Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ..................................    ☐ Loan ..................................    ☐ Safe Deposit Box ( .................................. )
☐ Savings ..................................    ☐ Certificate ..................................    ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____    Authorized Signature: _____

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of those still outstanding in the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | |
|--------|--------|
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | |
| **TOTAL** | |

| DEPOSITS NOT SHOWN ON STATEMENT | |
|--------|--------|
| STATEMENT BALANCE | |
| **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

  • Tell us your name and account number.
  • Tell us the dollar amount of the suspected error.
  • Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  • Tell us your name and account number.
  • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  • Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY