1:10 PM

# Fraenza Gourmet Market
## Profit & Loss
### August 2025

11/06/25
Cash Basis

|  | Aug 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 52,540.05 |
| **Total Income** | 52,540.05 |
| **Cost of Goods Sold** | |
| Food Purchases | 21,994.96 |
| Restaurant Supplies | 37,848.90 |
| **Total COGS** | 59,843.86 |
| **Gross Profit** | -7,303.81 |
| **Expense** | |
| Advertising and Promotion | 3,113.00 |
| Bank Service Charges | 1,113.20 |
| Computer and Internet Expenses | 281.40 |
| Employee Training | 245.00 |
| Insurance Expense | 388.16 |
| Office Supplies | 6,290.58 |
| Payroll Expenses | 4,900.00 |
| Rent Expense | 1,500.00 |
| Repairs and Maintenance | 1,364.00 |
| Security Cameras | 500.00 |
| Sowftware POS | 6,832.08 |
| Utilities | 2,801.50 |
| **Total Expense** | 29,328.92 |
| **Net Ordinary Income** | -36,632.73 |
| **Net Income** | **-36,632.73** |

# Profit and Loss

## The Skillet by Sal Inc

August 1-31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
|   Billable Expense Income | 1,270.83 |
|   Sales | 73,030.01 |
| **Total for Income** | **$74,300.84** |
| **Cost of Goods Sold** | |
|   Food Cost | 21,811.05 |
| **Total for Cost of Goods Sold** | **$21,811.05** |
| **Gross Profit** | **$52,489.79** |
| **Expenses** | |
|   Bank Charges | $3,862.25 |
|     Merchant Fees | 3,968.84 |
|   **Total for Bank Charges** | **$7,831.09** |
|   Equipment Rental | 1,315.59 |
|   Insurance | 1,545.50 |
|   Other Business Expenses | 37,280.32 |
|   Payroll Expenses | $73,466.84 |
|     Other | 24,314.16 |
|   **Total for Payroll Expenses** | **$97,781.00** |
|   Payroll Tax Expenses | 5,138.17 |
|   Rent | 5,800.00 |
|   Social Media and Website | 65.00 |
|   Utilities | $2,940.64 |
|     Gas | 1,000.00 |
|   **Total for Utilities** | **$3,940.64** |
| **Total for Expenses** | **$160,697.31** |
| **Net Operating Income** | **-$108,207.52** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | |
| **Net Income** | **-$108,207.52** |

| | |
|---|---|
| 1:06 PM | **NVJSS Restaurant** |
| 11/06/25 | **Profit & Loss** |
| Accrual Basis | **August 2025** |

|  | Aug 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 94,837.86 |
| **Total Income** | 94,837.86 |
| **Cost of Goods Sold** | |
| Restaurant Supplies | 7,150.00 |
| **Total COGS** | 7,150.00 |
| **Gross Profit** | 87,687.86 |
| **Expense** | |
| Bank Service Charges | 7.20 |
| Computer and Internet Expenses | 75.00 |
| Insurance Expense | 1,588.30 |
| Managment Fee (Sals Pay) | 15,000.00 |
| Travel | 65.00 |
| **Total Expense** | 16,735.50 |
| **Net Ordinary Income** | 70,952.36 |
| **Net Income** | **70,952.36** |