0019 of 3-030-000-00000000

**For customer service or current rates call:** 732-591-2530

**Write to:**
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

**Visit us at**
www.amboybank.com

**Telephone Banking**
call 1-877-24AMBOY

SALVATORE FAENZA
DIP ACCOUNT # 25-14559
7 DANCER LANE
FREEHOLD        NJ  07728

### Choice Home Equity Line Sale
### Ask about today's special offer

**Stop in any branch or call 800.94.AMBOY**

## Free Personal Check Account

**Account number:** 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-29 | $1,758.64 |
| Deposits and other credits (+) | $15,600.00 |
| Withdrawals, checks and other debits (-) | $17,350.00 |
| Ending Balance on 09-30 | $8.64 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-02 | DEPOSIT | 3,100.00 | 09-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| 09-03 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 100.00 | 09-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,900.00 |
| 09-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 | 09-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,400.00 | 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,900.00 |
| 09-08 | DEPOSIT | 2,000.00 | | | |
| 09-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 1,000.00 | 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,900.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1003* | 09-02 | 3,000.00 | 1016 | 09-15 | 3,000.00 | 1018 | 09-29 | 3,000.00 |
| 1015 | 09-08 | 3,000.00 | 1017 | 09-22 | 3,000.00 | | | |

*Indicates a gap in check number sequence

**SALVATORE FAENZA**

## Free Personal Check Account — Account number: 16017455

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-05 | Internet Transfer to xxx8183 | 1,400.00 | 09-11 | Internet Transfer to xxx8272 | 50.00 |
| 09-08 | Internet Transfer to xxx7764 | 850.00 | 09-30 | Internet Transfer to xxx8272 | 50.00 |



1003    $3,000.00    9/2/2025

1015    $3,000.00    9/8/2025



1016    $3,000.00    9/15/2025

1017    $3,000.00    9/22/2025



1018    $3,000.00    9/29/2025