☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD        NJ 07728**

### Choice Home Equity Line Sale
### Ask about today's special offer

### Stop in any branch or call 800.94.AMBOY

## Free Small Business Account                Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-29 | $411.45 |
| Deposits and other credits (+) | $93,890.95 |
| Withdrawals, checks and other debits (-) | $93,457.52 |
| Ending Balance on 09-30 | $844.88 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-02 | DEPOSIT | 4,097.93 | 09-05 | 498439492881 MERCHANT BANKCD DEPOSIT | 929.22 |
| 09-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,727.62 | 09-08 | DEPOSIT | 365.00 |
| 09-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,736.03 | 09-08 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,277.43 |
| 09-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,044.74 | 09-08 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,227.96 |
| 09-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,055.78 | 09-08 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,713.46 |
| 09-03 | DEPOSIT | 1,000.00 | 09-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 25.00 |
| 09-03 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,371.59 | 09-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,007.00 |
| 09-04 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,603.76 | 09-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,500.96 |
| 09-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 50.00 | 09-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 500.00 |
| 09-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 1,400.00 | 09-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 09-05 | ST-A6T6J9S5M7B8 DoorDash, Inc. DoorDash - | 276.02 | 09-10 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,394.88 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

**Account number: 16108183**

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,300.00 |
| 09-11 | 498439492881 MERCHANT BANKCD DEPOSIT | 698.77 | 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,500.00 |
| 09-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,100.00 | 09-22 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,299.17 |
| 09-12 | ST-E0P8P2Y1G1D7 DoorDash, Inc. DoorDash - | 306.14 | 09-22 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,371.34 |
| 09-12 | 498439492881 MERCHANT BANKCD DEPOSIT | 588.95 | 09-22 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,407.70 |
| 09-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 365.00 | 09-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 50.00 |
| 09-15 | DEPOSIT | 365.00 | 09-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,100.00 |
| 09-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 800.00 | 09-23 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,367.85 |
| 09-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 09-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,200.00 |
| 09-15 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,335.79 | 09-24 | 498439492881 MERCHANT BANKCD DEPOSIT | 722.27 |
| 09-15 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,443.93 | 09-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 |
| 09-15 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,046.62 | 09-25 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,041.28 |
| 09-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 | 09-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 200.00 |
| 09-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,042.96 | 09-26 | ST-X1W0A3J4J2Y5 DoorDash, Inc. DoorDash - | 221.72 |
| 09-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 450.00 | 09-26 | 498439492881 MERCHANT BANKCD DEPOSIT | 825.66 |
| 09-17 | DEPOSIT | 500.00 | 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 250.00 |
| 09-17 | 498439492881 MERCHANT BANKCD DEPOSIT | 933.52 | 09-29 | DEPOSIT | 365.00 |
| 09-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,350.00 | 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 09-18 | DEPOSIT | 3,050.00 | 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,600.00 |
| 09-18 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,515.48 | 09-29 | 498439492881 MERCHANT BANKCD DEPOSIT | 706.93 |
| 09-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 800.00 | 09-29 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,907.78 |
| 09-19 | ST-T7B6J2T7Q8V3 DoorDash, Inc. DoorDash - | 388.57 | 09-29 | 498439492881 MERCHANT BANKCD DEPOSIT | 3,701.00 |
| 09-19 | 498439492881 MERCHANT BANKCD DEPOSIT | 716.13 | 09-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,700.00 |
| 09-22 | DEPOSIT | 665.00 | | | |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

Account number: 16108183

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-30 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,960.90 | 09-30 | RETURNED CHECK# 1008, INSUFFICIENT FUNDS | 1,426.11 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 09-22 | 456.30 | 1006 | 09-22 | 1,421.95 | 1528* | 09-15 | 250.00 |
| 1001 | 09-15 | 1,000.00 | 1007 | 09-22 | 1,426.11 | 1571* | 09-03 | 180.00 |
| 1002 | 09-15 | 400.00 | 1007 | 09-30 | 250.00 | 1577* | 09-02 | 1,580.90 |
| 1002 | 09-26 | 1,250.00 | 1008 | 09-29 | 1,426.11 | 1580 | 09-05 | 756.00 |
| 1003 | 09-29 | 1,699.99 | 1009 | 09-17 | 555.70 | 1581* | 09-05 | 1,250.00 |
| 1003 | 09-12 | 1,250.00 | 1010 | 09-22 | 660.00 | 1583 | 09-02 | 800.00 |
| 1004 | 09-16 | 1,405.80 | 1011 | 09-22 | 1,030.74 | 1584 | 09-03 | 1,264.06 |
| 1004 | 09-30 | 660.00 | 1012* | 09-19 | 690.00 | | | |
| 1005 | 09-19 | 1,688.96 | 1383* | 09-10 | 500.00 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-02 | 8682896566 CHASE CREDIT CRD EPAY | 100.00 | 09-08 | CA04E9E49DAB59C CAPITAL ONE ONLINE PMT | 500.00 |
| 09-02 | CA0F577AA46C377 CAPITAL ONE ONLINE PMT | 250.00 | 09-08 | CA0E49356AAE8FE CAPITAL ONE ONLINE PMT | 2,750.00 |
| 09-02 | CA03978296735B0 CAPITAL ONE ONLINE PMT | 500.00 | 09-08 | Internet Transfer to xxx7764 | 200.00 |
| 09-02 | CA07C2716AE57FB CAPITAL ONE ONLINE PMT | 500.00 | 09-08 | Internet Transfer to xxx7764 | 375.00 |
| 09-02 | CA0F4429A7CCC03 CAPITAL ONE ONLINE PMT | 500.00 | 09-08 | Internet Transfer to xxx7764 | 800.00 |
| 09-02 | CA07E3452219019 CAPITAL ONE ONLINE PMT | 2,750.00 | 09-08 | Internet Transfer to xxx7764 | 2,000.00 |
| 09-03 | 8689261676 CHASE CREDIT CRD EPAY | 250.00 | 09-09 | 8707585825 CHASE CREDIT CRD EPAY | 100.00 |
| 09-03 | 100157799766 FirstEnergy OPCO-ACH | 250.50 | 09-09 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 |
| 09-03 | 7300000118 PAYMENT 250902 0000 6800978201 | 398.00 | 09-09 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.74 |
| 09-04 | CA07DE3FE35C5A5 CAPITAL ONE ONLINE PMT | 2,000.00 | 09-09 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 |
| 09-05 | 8695308829 CHASE CREDIT CRD EPAY | 250.00 | 09-09 | CA05BE080B09B8F CAPITAL ONE ONLINE PMT | 500.00 |
| 09-05 | CA0890B7B84D9E1 CAPITAL ONE ONLINE PMT | 2,250.00 | 09-09 | 100157354216 FirstEnergy OPCO-ACH | 500.50 |
| 09-05 | 20469 Ace Endico EDI PYMNTS | 2,746.44 | 09-09 | 100157799766 FirstEnergy OPCO-ACH | 500.50 |
| 09-08 | ROUTE 9 SHOPPER SALE | 150.00 | 09-09 | CA008509C7A7CC7 CAPITAL ONE ONLINE PMT | 2,250.00 |
| 09-08 | 15800501 OPTIMUM 7864 CABLE PMNT | 240.24 | 09-10 | CA0BA107A0BCFA1 CAPITAL ONE ONLINE PMT | 2,750.00 |
| 09-08 | CA09F6E843937E3 CAPITAL ONE ONLINE PMT | 250.00 | 09-11 | 2324454 CLOVER FEES CLOVER FEE | 115.08 |

FAENZA'S GOURMET MARKET LLC

# Free Small Business Account

**Account number: 16108183**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---:|
| 09-11 | CA0D7E6CF01D8A6 CAPITAL ONE ONLINE PMT | 1,500.00 |
| 09-12 | 8713561326 CHASE CREDIT CRD EPAY | 100.00 |
| 09-12 | CA0ADC3005AD612 CAPITAL ONE ONLINE PMT | 750.00 |
| 09-15 | CA00F9A5AA836A3 CAPITAL ONE ONLINE PMT | 100.00 |
| 09-15 | 8719529839 CHASE CREDIT CRD EPAY | 100.00 |
| 09-15 | CA0056C6A6D756F CAPITAL ONE ONLINE PMT | 650.00 |
| 09-15 | CA057FB933CA9CD CAPITAL ONE ONLINE PMT | 1,000.00 |
| 09-15 | CA02852BD398456 CAPITAL ONE ONLINE PMT | 1,850.00 |
| 09-15 | 22036 Ace Endico EDI PYMNTS | 4,546.85 |
| 09-16 | 100157799766 FirstEnergy OPCO-ACH | 205.50 |
| 09-16 | 100157354216 FirstEnergy OPCO-ACH | 250.50 |
| 09-16 | CA01B749226CAE2 CAPITAL ONE ONLINE PMT | 1,100.00 |
| 09-16 | OVERDRAFT CHARGE | 35.00 |
| 09-17 | 8726797247 CHASE CREDIT CRD EPAY | 100.00 |
| 09-17 | CA0420D22F98A3F CAPITAL ONE ONLINE PMT | 1,300.00 |
| 09-17 | OVERDRAFT CHARGE | 70.00 |
| 09-18 | CA0A4F5C914D241 CAPITAL ONE ONLINE PMT | 100.00 |
| 09-18 | CA0A13F4B9D05B6 CAPITAL ONE ONLINE PMT | 1,300.00 |
| 09-18 | Internet Transfer to xxx7764 | 1,000.80 |
| 09-18 | OVERDRAFT CHARGE | 70.00 |
| 09-19 | CA0A839A8EF0ABC CAPITAL ONE ONLINE PMT | 100.00 |
| 09-19 | 8732260113 CHASE CREDIT CRD EPAY | 100.00 |
| 09-19 | 22821 Ace Endico EDI PYMNTS | 1,500.00 |
| 09-19 | CA01B6D3EEE7035 CAPITAL ONE ONLINE PMT | 1,800.00 |
| 09-22 | 397590 INTUIT * QBooks Onl | 75.00 |
| 09-22 | 8738064928 CHASE CREDIT CRD EPAY | 100.00 |
| 09-22 | 8734924012 CHASE CREDIT CRD EPAY | 100.00 |
| 09-22 | CA0EB785CFC1FD9 CAPITAL ONE ONLINE PMT | 150.00 |
| 09-22 | CA07BB4EA3AD39C CAPITAL ONE ONLINE PMT | 1,000.00 |
| 09-22 | 23070 Ace Endico EDI PYMNTS | 1,500.00 |
| 09-22 | CA0B99FFDE9FDEC CAPITAL ONE ONLINE PMT | 2,600.00 |
| 09-22 | OVERDRAFT CHARGE | 105.00 |
| 09-23 | FT XXXXX2962 WESTLAKE MASTER Westlake M | 402.25 |
| 09-23 | CA02520692F67C3 CAPITAL ONE ONLINE PMT | 1,850.00 |
| 09-23 | 23437 Ace Endico EDI PYMNTS | 2,054.58 |
| 09-23 | OVERDRAFT CHARGE | 35.00 |
| 09-24 | CA0BD8810DCB881 CAPITAL ONE ONLINE PMT | 1,700.00 |
| 09-24 | OVERDRAFT CHARGE | 70.00 |
| 09-25 | CA08A666A5A215F CAPITAL ONE ONLINE PMT | 1,200.00 |
| 09-25 | OVERDRAFT CHARGE | 35.00 |
| 09-26 | CA0CBF65B2CACF9 CAPITAL ONE ONLINE PMT | 1,250.00 |
| 09-26 | 24007 Ace Endico EDI PYMNTS | 1,400.00 |
| 09-26 | OVERDRAFT CHARGE | 35.00 |
| 09-29 | 8756625528 CHASE CREDIT CRD EPAY | 100.00 |
| 09-29 | 100157799766 FirstEnergy OPCO-ACH | 250.50 |
| 09-29 | 100157354216 FirstEnergy OPCO-ACH | 250.50 |
| 09-29 | CA07F31471FB731 CAPITAL ONE ONLINE PMT | 300.00 |
| 09-29 | CA02C23A8B63F73 CAPITAL ONE ONLINE PMT | 500.00 |
| 09-29 | 24205 Ace Endico EDI PYMNTS | 1,650.00 |
| 09-29 | CA044012EC4C52C CAPITAL ONE ONLINE PMT | 2,300.00 |
| 09-29 | OVERDRAFT CHARGE | 105.00 |
| 09-30 | CA0783199833C58 CAPITAL ONE ONLINE PMT | 1,300.00 |
| 09-30 | OVERDRAFT CHARGE | 35.00 |
| 09-30 | RETURNED CHECK CHARGE | 35.00 |
| 09-30 | SERVICE CHARGE | 24.00 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

**FAENZA'S GOURMET MARKET LLC**

## Free Small Business Account

Account number: 16108183

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 595.00 | 6,195.00 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $560.00 |

| Check # | Amount | Date | Payee | | Check # | Amount | Date | Payee |
|---|---|---|---|---|---|---|---|---|
| 1001 | $1,000.00 | 9/15/2025 | Carbone Foods | | 1001 | $456.30 | 9/22/2025 | Abbite Bakery |
| 1002 | $400.00 | 9/15/2025 | Premium Tek | | 1002 | $1,250.00 | 9/26/2025 | Cardinale Group |
| 1003 | $1,250.00 | 9/12/2025 | Cardinale Group | | 1003 | $1,699.99 | 9/29/2025 | Sullivan Bros |
| 1004 | $1,405.80 | 9/16/2025 | Russos Meats | | 1004 | $660.00 | 9/30/2025 | Cash |
| 1005 | $1,688.96 | 9/19/2025 | Russo Meat | | 1006 | $1,421.95 | 9/22/2025 | Brubella |
| 1007 | $1,426.11 | 9/22/2025 | Paramount | | 1007 | $250.00 | 9/30/2025 | Musco |

| Check # | Amount | Date |
|---|---|---|
| 1008 | $1,426.11 | 9/29/2025 |
| 1009 | $555.70 | 9/17/2025 |
| 1010 | $660.00 | 9/22/2025 |
| 1011 | $1,030.74 | 9/22/2025 |
| 1012 | $690.00 | 9/19/2025 |
| 1383 | $500.00 | 9/10/2025 |
| 1528 | $250.00 | 9/15/2025 |
| 1571 | $180.00 | 9/3/2025 |
| 1577 | $1,580.90 | 9/2/2025 |
| 1580 | $756.00 | 9/5/2025 |
| 1581 | $1,250.00 | 9/5/2025 |
| 1583 | $800.00 | 9/2/2025 |

**FAENZA'S GOURMET MARKET LLC**
184 RT 9 NORTH
ENGLISHTOWN, NJ 07726

Check No. 1584
Date: 8/30/25

Pay to the Order of: Russo Meats

$ 1,264.06

One Thousand Two Hundred Sixty Four 06/100 Dollars

**AMBOY Bank** — MANALAPAN OFFICE 15, MANALAPAN, NJ 07726, www.amboybank.com

For: 7/10

1584    $1,264.06    9/3/2025