1:07 PM
11/06/25
Accrual Basis

# NVJSS Restaurant
# Profit & Loss
## September 2025

|  | Sep 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 199,635.73 |
| **Total Income** | 199,635.73 |
| **Cost of Goods Sold** | |
| Food Purchases | 2,271.87 |
| Merchant Account Fees | 137.14 |
| Restaurant Supplies | 5,262.83 |
| **Total COGS** | 7,671.84 |
| **Gross Profit** | 191,963.89 |
| **Expense** | |
| Advertising and Promotion | 256.00 |
| Bank Service Charges | 10.75 |
| Computer and Internet Expenses | 75.00 |
| Insurance Expense | 1,802.81 |
| Managment Fee (Sals Pay) | 5,100.00 |
| Payroll Expenses | 1,150.00 |
| Utilities | 236.39 |
| **Total Expense** | 8,630.95 |
| **Net Ordinary Income** | 183,332.94 |
| **Net Income** | **183,332.94** |