Period 08/29/25 to 09/30/25          Page 1 of 3

00000099-0010-000000-030-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖳 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24 AMBOY

00000000000000000000000000000000000000000
00000000000000000000000000000000000000000

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

### Choice Home Equity Line Sale
### Ask about today's special offer

### Stop in any branch or call 800.94.AMBOY

## Free Small Business Account                    Account number:  16018087

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-29 | $13.98 |
| Deposits and other credits (+) | $3,225.00 |
| Withdrawals, checks and other debits (-) | $3,238.98 |
| Ending Balance on 09-30 | $0.00 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 | 09-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 580.00 |
| 09-03 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 200.00 | 09-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 355.00 |
| 09-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 610.00 | 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 650.00 |
| 09-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 25.00 | 09-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 30.00 |
| 09-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx7764 | 25.00 | 09-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 600.00 |

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-03 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 140.75 | 09-05 | 250904190037FXG Vivian Capital Group LLC D | 300.00 |
| 09-03 | 8850 MERCHANTSERVICES PHONECHECK | 197.50 | 09-05 | 250904190036FTN Vivian Capital Group LLC D | 300.00 |
| 09-05 | 7300604847 BILLNG 250831 4445045885837 Merch Bankcard 3331091 The Skillet | 32.46 | 09-09 | GATEWAY SERVICES WEBPAYMENT | 9.97 |
| | | | 09-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 6.95 |

**THE SKILLET BY SAL INC**

| **Free Small Business Account** | **Account number: 16018087** |
|---|---|

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-12 | 250911900370CT Vivian Capital Group LLC D | 300.00 | 09-22 | OVERDRAFT CHARGE | 70.00 |
| 09-12 | 250911190037AP1 Vivian Capital Group LLC D | 300.00 | 09-26 | 250925190040C9X Vivian Capital Group LLC D | 300.00 |
| 09-16 | INS PMNT HANOVER INS BILLPAY | 365.26 | 09-26 | 250925190040XFD Vivian Capital Group LLC D | 300.00 |
| 09-19 | 250918190039VR4 Vivian Capital Group LLC D | 300.00 | 09-30 | Digital Basic Monthly Fee | 10.00 |
| 09-19 | 25091819003859Y Vivian Capital Group LLC D | 300.00 | 09-30 | SERVICE CHARGE | 6.09 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 70.00 | 910.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $770.00 |

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

| Street and Number | City | State | Zip Code |

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ................................................... ☐ Loan ................................................ ☐ Safe Deposit Box ( ...................................... )

☐ Savings ................................................... ☐ Certificate ..................................... ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____     Authorized Signature: _____

---

**CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK**

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | DEPOSITS NOT SHOWN ON STATEMENT | |
|---|---|---|---|
| TOTAL CHECKS OUTSTANDING | | | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE | |
| **TOTAL** | | **TOTAL** | |

**IF CORRECT THESE SHOULD AGREE**

**WORK SPACE**

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY