For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24 AMBOY

00000000000000000000000000000000000000
00000000000000000000000000000000000000

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD        NJ  07728**

**Choice Home Equity Line Sale**
**Ask about today's special offer**

**Stop in any branch or call 800.94.AMBOY**

## Free Small Business Account — Account number: 16107764

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-29 | $2,602.44 |
| Deposits and other credits (+) | $212,545.33 |
| Withdrawals, checks and other debits (-) | $213,852.06 |
| Ending Balance on 09-30 | $1,295.71 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 26,000.00 | 09-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,100.00 |
| 09-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 325.00 | 09-05 | ST-V3X6F0T4L3R6 DOORDASH PAYOUT DOORDASH - | 1,744.99 |
| 09-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 685.00 | 09-05 | DEPOSIT / SCR | 35.00 |
| 09-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 | 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 200.00 |
| 09-03 | 3320456349 EDI PAYMNT SEP 01 546M8NZ1DD7SHCN REF*TN*546M8NZ1DD\ | 406.03 | 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 375.00 |
| 09-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 800.00 |
| 09-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,600.00 | 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 850.00 |
| 09-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 2,000.00 |
| 09-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,100.00 |
| 09-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,000.00 | 09-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 15,000.00 |
| | | | 09-08 | 9970181000 2025-09-08 250908 89904f20ed0a408 balance_transaction_2f0971c3-5ac3-4 | 15,693.12 |

**THE SKILLET BY SAL INC**

<div style="background:black;color:white">

**Free Small Business Account**                                  **Account number: 16107764**

</div>

## Deposits and Other Credits (cont.)

| Date | Description | Amount |
|------|-------------|-------:|
| 09-09 | 3320456349 EDI PAYMNT SEP 08 21MAQJOI1J5CW7X REF*TN*21MAQJOI1J\ | 239.05 |
| 09-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,600.00 |
| 09-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 350.00 |
| 09-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 09-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 700.00 |
| 09-12 | ST-L9G5L3J2R1U8 DoorDash payout DoorDash - | 1,810.19 |
| 09-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 6,800.00 |
| 09-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 11,000.00 |
| 09-15 | RETURNED CHECK# 13901, SIGNATURE MISSING | 174.70 |
| 09-15 | RETURNED CHECK# 13902, SIGNATURE MISSING | 452.82 |
| 09-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 60.00 |
| 09-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 |
| 09-16 | 3320456349 EDI PAYMNT SEP 15 8F3PVJWJ0MKLN7R REF*TN*8F3PVJWJ0M\ | 105.67 |
| 09-17 | DEPOSIT | 1,500.00 |
| 09-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,200.00 |
| 09-17 | DEPOSIT | 6,000.00 |
| 09-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 620.00 |
| 09-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 09-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 1,000.80 |
| 09-18 | DEPOSIT | 3,350.00 |
| 09-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 450.00 |
| 09-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,950.00 |
| 09-19 | ST-I4F7M8J5Q4K8 DoorDash payout DoorDash - | 1,756.73 |
| 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 100.00 |
| 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,808.80 |
| 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 15,000.00 |
| 09-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 900.00 |
| 09-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 09-23 | 3320456349 EDI PAYMNT SEP 22 ITXJC19L48AZQED REF*TN*ITXJC19L48\ | 342.05 |
| 09-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,900.00 |
| 09-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB04110 252651000651221 TXP* | 3,601.42 |
| 09-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,800.00 |
| 09-25 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 252661000661418 TXP* | 246.53 |
| 09-25 | RETURNED ITEM, INSUFFICIENT FUNDS, 38693-030257612 Rewards Network SETTLEMENT | 662.38 |
| 09-25 | RETURNED ITEM, INSUFFICIENT FUNDS, 23643 Ace Endico EDI PYMNTS | 1,115.48 |
| 09-25 | RETURNED ITEM, INSUFFICIENT FUNDS, 270566791178778 IRS USATAXPYMT | 2,394.04 |
| 09-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 |
| 09-26 | ST-B5I3G0X2N0L2 DoorDash payout DoorDash - | 964.81 |
| 09-26 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 RETRY PYMT 252651000651221 TXP* | 3,601.42 |
| 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 250.00 |
| 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,000.00 |
| 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 17,000.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account                    Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 09-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,800.00 | 09-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 RETRY PYMT 252651000651221 TXP* | 3,601.42 |
| 09-30 | 3320456349 EDI PAYMNT SEP 29 BE3E0I4A87HJLY2 REF*TN*BE3E0I4A87\ | 195.02 | 09-30 | RETURNED ITEM, INSUFFICIENT FUNDS, SKI300 ACE ENDICO CORP SKI300 | 5,565.48 |
| 09-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 38710-030272096 Rewards Network SETTLEMENT | 662.38 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 3667 | 09-04 | 916.67 | 3880 | 09-02 | 750.00 | 3914 | 09-11 | 800.00 |
| 3668* | 09-30 | 1,558.51 | 3881 | 09-08 | 385.00 | 3915 | 09-23 | 3,058.81 |
| 3768 | 09-02 | 1,462.00 | 3882 | 09-08 | 800.00 | 3916 | 09-16 | 350.00 |
| 3769* | 09-02 | 758.00 | 3883 | 09-05 | 900.00 | 3917 | 09-18 | 685.00 |
| 3776* | 09-15 | 130.00 | 3884 | 09-08 | 450.00 | 3918 | 09-15 | 900.00 |
| 3793* | 09-04 | 682.50 | 3885 | 09-05 | 770.00 | 3919 | 09-11 | 1,255.00 |
| 3821 | 09-03 | 1,000.00 | 3886 | 09-08 | 425.00 | 3920 | 09-15 | 1,428.03 |
| 3822* | 09-05 | 1,000.00 | 3887 | 09-03 | 180.00 | 3921 | 09-18 | 885.48 |
| 3826* | 09-02 | 5,000.00 | 3888 | 09-26 | 500.00 | 3922 | 09-15 | 271.00 |
| 3843* | 09-03 | 400.00 | 3889 | 09-10 | 350.00 | 3923 | 09-16 | 500.00 |
| 3846 | 09-02 | 850.00 | 3890 | 09-08 | 1,081.91 | 3924 | 09-12 | 620.00 |
| 3847* | 09-02 | 450.00 | 3891 | 09-08 | 1,632.31 | 3925 | 09-12 | 208.93 |
| 3850* | 09-22 | 755.00 | 3892* | 09-03 | 1,100.00 | 3926* | 09-22 | 2,111.23 |
| 3854* | 09-19 | 450.00 | 3894 | 09-09 | 1,000.00 | 3928* | 09-29 | 400.00 |
| 3856* | 09-04 | 500.00 | 3895 | 09-04 | 500.00 | 3930 | 09-15 | 1,000.00 |
| 3859 | 09-03 | 450.00 | 3896 | 09-08 | 1,748.25 | 3931 | 09-15 | 650.00 |
| 3860 | 09-02 | 1,709.32 | 3897 | 09-08 | 2,124.64 | 3932 | 09-15 | 345.00 |
| 3861* | 09-03 | 719.20 | 3898 | 09-09 | 621.00 | 3933 | 09-22 | 660.00 |
| 3864 | 09-02 | 3,500.00 | 3899 | 09-09 | 400.00 | 3934 | 09-16 | 350.00 |
| 3865 | 09-05 | 3,500.00 | 3900 | 09-08 | 650.00 | 3935 | 09-16 | 500.00 |
| 3866 | 09-03 | 1,000.00 | 3901 | 09-09 | 400.00 | 3936 | 09-17 | 450.00 |
| 3867* | 09-09 | 1,000.00 | 3902 | 09-08 | 231.00 | 3937 | 09-22 | 1,000.00 |
| 3869 | 09-02 | 707.50 | 3903 | 09-08 | 400.00 | 3938* | 09-29 | 1,000.00 |
| 3870 | 09-03 | 326.71 | 3904 | 09-08 | 650.00 | 3941 | 09-16 | 231.00 |
| 3871 | 09-03 | 450.00 | 3905 | 09-10 | 290.00 | 3942 | 09-18 | 770.00 |
| 3872 | 09-02 | 300.00 | 3906 | 09-12 | 300.00 | 3943 | 09-22 | 750.00 |
| 3873 | 09-02 | 650.00 | 3907 | 09-12 | 450.00 | 3944 | 09-26 | 350.00 |
| 3874 | 09-02 | 740.00 | 3908 | 09-09 | 320.00 | 3945 | 09-17 | 700.00 |
| 3875 | 09-04 | 165.00 | 3909 | 09-22 | 1,462.00 | 3946* | 09-19 | 750.00 |
| 3876 | 09-02 | 400.00 | 3910 | 09-26 | 843.00 | 3949 | 09-23 | 2,113.00 |
| 3877 | 09-02 | 400.00 | 3911 | 09-15 | 758.00 | 3950 | 09-22 | 1,341.55 |
| 3878 | 09-02 | 770.00 | 3912 | 09-15 | 750.00 | 3951 | 09-19 | 785.00 |
| 3879 | 09-03 | 500.00 | 3913 | 09-15 | 665.38 | 3952 | 09-22 | 496.50 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account                     Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3953 | 09-24 | 276.10 | 13853 | 09-02 | 78.59 | 13902 | 09-15 | 452.82 |
| 3954 | 09-22 | 500.00 | 13854 | 09-08 | 506.68 | 13902* | 09-22 | 452.82 |
| 3955* | 09-22 | 2,550.00 | 13855 | 09-16 | 10.64 | 13905 | 09-15 | 342.44 |
| 3959 | 09-30 | 350.00 | 13856 | 09-30 | 513.50 | 13906 | 09-12 | 407.75 |
| 3960* | 09-23 | 853.48 | 13857 | 09-02 | 7.00 | 13907 | 09-16 | 19.15 |
| 3962 | 09-26 | 231.00 | 13858 | 09-02 | 158.18 | 13908* | 09-15 | 322.90 |
| 3963 | 09-25 | 450.00 | 13859 | 09-02 | 163.32 | 13910 | 09-15 | 142.91 |
| 3964 | 09-25 | 200.00 | 13860 | 09-03 | 13.73 | 13911 | 09-15 | 24.91 |
| 3965* | 09-24 | 700.00 | 13861 | 09-09 | 103.23 | 13912 | 09-24 | 422.36 |
| 3967* | 09-24 | 770.00 | 13862 | 09-02 | 331.27 | 13913 | 09-23 | 3.61 |
| 3969* | 09-26 | 150.00 | 13863 | 09-03 | 9.71 | 13914 | 09-15 | 15.48 |
| 3971* | 09-29 | 770.00 | 13864 | 09-02 | 10.80 | 13915* | 09-29 | 429.52 |
| 3974* | 09-30 | 1,000.00 | 13865* | 09-04 | 429.52 | 13918 | 09-25 | 668.22 |
| 3976* | 09-29 | 1,435.43 | 13868 | 09-17 | 668.22 | 13919 | 09-25 | 467.89 |
| 3978* | 09-29 | 2,000.00 | 13869 | 09-12 | 467.89 | 13920 | 09-24 | 317.19 |
| 3981* | 09-24 | 500.00 | 13870 | 09-08 | 428.75 | 13921 | 09-22 | 428.75 |
| 3983 | 09-26 | 1,250.00 | 13871 | 09-08 | 451.08 | 13922 | 09-25 | 216.34 |
| 3984* | 09-29 | 1,250.00 | 13872 | 09-08 | 427.60 | 13923 | 09-18 | 427.60 |
| 3987 | 09-26 | 480.00 | 13873 | 09-09 | 269.13 | 13924 | 09-22 | 269.13 |
| 3988 | 09-29 | 176.40 | 13874 | 09-09 | 13.06 | 13925 | 09-23 | 234.03 |
| 3989 | 09-30 | 785.00 | 13875 | 09-09 | 130.13 | 13926 | 09-23 | 26.58 |
| 3990* | 09-29 | 204.00 | 13876 | 09-22 | 393.95 | 13927 | 09-23 | 7.90 |
| 3993* | 09-29 | 535.00 | 13877* | 09-16 | 26.12 | 13928 | 09-25 | 118.20 |
| 3995* | 09-29 | 770.00 | 13879 | 09-08 | 74.58 | 13929 | 09-22 | 286.96 |
| 3998* | 09-29 | 231.00 | 13880 | 09-16 | 13.96 | 13930* | 09-30 | 72.22 |
| 13815* | 09-02 | 349.15 | 13881* | 09-09 | 340.45 | 13932 | 09-25 | 203.73 |
| 13822 | 09-02 | 62.26 | 13883 | 09-11 | 312.53 | 13933* | 09-24 | 474.36 |
| 13823 | 09-02 | 227.61 | 13884 | 09-22 | 23.60 | 13935* | 09-23 | 325.63 |
| 13824* | 09-16 | 42.16 | 13885 | 09-18 | 219.31 | 13937 | 09-22 | 17.01 |
| 13830* | 09-02 | 326.07 | 13886 | 09-09 | 24.35 | 13938 | 09-24 | 317.11 |
| 13832 | 09-09 | 311.74 | 13887 | 09-08 | 15.45 | 13939 | 09-23 | 21.53 |
| 13833* | 09-02 | 319.27 | 13888 | 09-17 | 429.52 | 13940 | 09-22 | 14.17 |
| 13835 | 09-02 | 23.65 | 13889 | 09-08 | 264.00 | 13941* | 09-23 | 429.52 |
| 13836* | 09-04 | 429.52 | 13890* | 09-15 | 85.00 | 13948 | 09-29 | 428.75 |
| 13840 | 09-02 | 668.22 | 13893 | 09-22 | 668.22 | 13949 | 09-29 | 280.70 |
| 13841 | 09-05 | 467.89 | 13894 | 09-17 | 467.89 | 13950 | 09-29 | 427.60 |
| 13842 | 09-08 | 349.15 | 13895 | 09-15 | 247.75 | 13951* | 09-30 | 269.13 |
| 13843 | 09-02 | 428.75 | 13896 | 09-15 | 428.75 | 13954* | 09-29 | 293.23 |
| 13844* | 09-02 | 214.65 | 13897 | 09-15 | 322.65 | 13959* | 09-30 | 506.68 |
| 13847 | 09-03 | 269.13 | 13898 | 09-15 | 427.60 | 13961* | 09-29 | 215.81 |
| 13848* | 09-09 | 1.06 | 13899 | 09-16 | 269.13 | 13963* | 09-29 | 32.83 |
| 13850 | 09-04 | 318.67 | 13900 | 09-22 | 3.68 | 13965 | 09-29 | 7.03 |
| 13851* | 09-16 | 57.71 | 13901 | 09-15 | 174.70 | 13966 | 09-29 | 23.46 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-02 | 320RF5 AppFolio, Inc. F WEB PMTS | 2.49 | 09-08 | 8263863381 J2638 OOFF CZ 10000HWKFYC TRN*1*CZ10000HWKFYC\RM R*IK*CA | 250.00 |
| 09-02 | TB2FF5 AppFolio, Inc. F WEB PMTS | 2.49 | | | |
| 09-02 | 604599217073111 Sams Club SYF PAYMNT | 50.00 | 09-08 | Cust #55252431 PERFORMANCEM NY CASH CONC | 750.00 |
| 09-02 | 49003912 NEW YORK LIFE INS. PREM. | 381.30 | 09-08 | BKH7JD Acorn Property M WEB PMTS | 750.00 |
| 09-02 | 42R6GD Acorn Property M WEB PMTS | 500.00 | 09-08 | 20708 Ace Endico EDI PYMNTS | 1,486.29 |
| 09-02 | V8GZFD Acorn Property M WEB PMTS | 500.00 | 09-08 | OVERDRAFT CHARGE | 105.00 |
| 09-02 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,500.00 | 09-09 | H9J1H5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 09-03 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 | 09-09 | Cust #55252431 PERFORMANCEM NY CASH CONC | 500.00 |
| 09-03 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 | 09-09 | NJNG8002210051 NJ NATGASCOMPANY NJNGCO | 500.00 |
| 09-03 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 | | | |
| 09-03 | 100147193088 FirstEnergy OPCO-ACH | 300.50 | 09-09 | 100147193088 FirstEnergy OPCO-ACH | 500.50 |
| 09-03 | SK1088 Termac WEB PAY | 505.96 | 09-09 | 77RMJD Acorn Property M WEB PMTS | 1,500.00 |
| 09-03 | 38628-030185954 Rewards Network SETTLEMENT | 813.80 | 09-09 | Internet Transfer to xxx8087 | 25.00 |
| | | | 09-09 | Internet Transfer to xxx8087 | 25.00 |
| 09-03 | Cust #55252431 PERFORMANCEM NY CASH CONC | 822.75 | 09-09 | Internet Transfer to xxx8183 | 25.00 |
| | | | 09-09 | Internet Transfer to xxx7455 | 1,000.00 |
| 09-03 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 | 09-10 | JKX1H5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 09-04 | HBQJG5 AppFolio, Inc. F WEB PMTS | 2.49 | 09-10 | 7216000928 NJWEB01120 252521000389630 TXP*B872535605000*01120*250930*T*27 | 276.60 |
| 09-04 | 604599217073111 Sams Club SYF PAYMNT | 75.00 | | | |
| 09-04 | 7216000928 NJWEB01120 252461000359056 TXP*B872535605000*01120*250930*T*29 | 291.87 | 09-10 | 38649-030209711 Rewards Network SETTLEMENT | 847.03 |
| | | | 09-10 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 |
| 09-04 | GNBMHD Acorn Property M WEB PMTS | 750.00 | 09-10 | N90QJD Acorn Property M WEB PMTS | 1,500.00 |
| 09-04 | 270564731037714 IRS USA TAX PYMT | 2,848.22 | 09-10 | 270565323093907 IRS USA TAX PYMT | 2,589.10 |
| 09-04 | OVERDRAFT CHARGE | 35.00 | 09-10 | Internet Transfer to xxx8183 | 500.00 |
| 09-05 | LCVPG5 AppFolio, Inc. F WEB PMTS | 2.49 | 09-11 | fXXXXX4392 Farmers Ins Exch EFT PYMT | 300.00 |
| 09-05 | Cust #55252431 PERFORMANCEM NY CASH CONC | 491.52 | | | |
| | | | 09-11 | 6R907BB87K1 DEPT EDUCATION STUDENT LN | 380.00 |
| 09-05 | C96YHD Acorn Property M WEB PMTS | 750.00 | 09-12 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 194.79 |
| 09-05 | 7903518686 2025-08-31 250905 28c0086eeb564f9 balance_transaction_c2dbd0f2-e45c-4 | 856.73 | | | |
| | | | 09-12 | WH74H5 AppFolio, Inc. F WEB PMTS | 2.49 |
| | | | 09-12 | SK702 Termac WEB PAY | 101.29 |
| 09-05 | XXXXX0997 Lend Bug LLC 9175802864 | 1,000.00 | 09-12 | 6Z0XJD Acorn Property M WEB PMTS | 250.00 |
| 09-05 | 9027835235 HILOYO INVESTM EN ACH Debit | 1,997.00 | 09-12 | SUMITOMO MITSUI LEASE COLL | 500.00 |
| | | | 09-12 | XXXXX0909 Lend Bug LLC 9175802864 | 1,000.00 |
| 09-05 | XXXXX1343 Ivy Receivables 7183166893 | 2,000.00 | 09-12 | 9027971556 HILOYO INVESTM EN ACH Debit | 1,997.00 |
| 09-08 | SHPTG5 AppFolio, Inc. F WEB PMTS | 2.49 | | | |
| 09-08 | 8343366 INTUIT * QBooks On1 | 65.00 | | | |
| 09-08 | 8263863381 J2638 OOFF CZ 10000HWDVHC TRN*1*CZ10000HWDVHC\RM R*IK*LA | 250.00 | | | |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
| --- | --- |

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 09-12 | XXXXX7307 Ivy Receivables 7183166893 | 2,000.00 | 09-23 | 7216000928 NJWEB04110 252651000651221 TXP*B872535605000*04110*250930*T*36 | 3,601.42 |
| 09-15 | 5L05H5 AppFolio, Inc. F WEB PMTS | 2.49 | | | |
| 09-15 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,089.75 | 09-23 | OVERDRAFT CHARGE | 35.00 |
| 09-15 | 22037 Ace Endico EDI PYMNTS | 1,439.26 | 09-24 | 7216000928 NJWEB01120 252661000661418 TXP*B872535605000*01120*250930*T*24 | 246.53 |
| 09-15 | Y59ZJD Acorn Property M WEB PMTS | 1,500.00 | | | |
| 09-15 | OVERDRAFT CHARGE | 105.00 | 09-24 | 38693-030257612 Rewards Network SETTLEMENT | 662.38 |
| 09-16 | S556H5 AppFolio, Inc. F WEB PMTS | 2.49 | | | |
| 09-16 | 604599217073111 SAMS CLUB PAYMENT | 223.00 | 09-24 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,000.00 |
| 09-16 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 250.00 | 09-24 | 23643 Ace Endico EDI PYMNTS | 1,115.48 |
| 09-16 | RXW1KD Acorn Property M WEB PMTS | 250.00 | 09-24 | 270566791178778 IRS USA TAXPYMT | 2,394.04 |
| 09-16 | 100147193088 FirstEnergy OPCO-ACH | 750.50 | 09-24 | RETURNED CHECK CHARGE | 35.00 |
| 09-16 | OVERDRAFT CHARGE | 70.00 | 09-24 | OVERDRAFT CHARGE | 70.00 |
| 09-17 | 7216000928 NJWEB01120 252591000565303 TXP*B872535605000*01120*250930*T*28 | 288.41 | 09-25 | 7216000928 RETRY PYMT 252651000651221 TXP*B872535605000*04110*250930*T*36 | 3,601.42 |
| 09-17 | 38671-030233662 Rewards Network SETTLEMENT | 531.29 | 09-25 | RETURNED CHECK CHARGE | 105.00 |
| 09-17 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 1,000.00 | 09-26 | 7216000928 RETRY PYMT 252661000661418 TXP*B872535605000*01120*250930*T*24 | 246.53 |
| 09-17 | 270566094119785 IRS USA TAXPYMT | 2,721.18 | 09-26 | 24008 Ace Endico EDI PYMNTS | 700.00 |
| 09-17 | OVERDRAFT CHARGE | 105.00 | 09-26 | RETURNED CHECK CHARGE | 35.00 |
| 09-18 | OVERDRAFT CHARGE | 105.00 | 09-26 | OVERDRAFT CHARGE | 70.00 |
| 09-19 | 4CJ9H5 AppFolio, Inc. F WEB PMTS | 2.49 | 09-29 | JSJKH5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 09-19 | FFG8KD Acorn Property M WEB PMTS | 250.00 | 09-29 | 721787510820635 BEST BUY AUTO PYMT | 47.00 |
| 09-19 | Cust #55252431 PERFORM ANCEM NY CASH CONC | 750.00 | 09-29 | SK 702 Termac WEB PAY | 101.29 |
| 09-19 | XXXXX2280 Lend Bug LLC 9175802864 | 1,000.00 | 09-29 | 6RAACAJOS31 DEPT EDUCATION STUDENT LN | 380.00 |
| 09-19 | 22822 Ace Endico EDI PYMNTS | 1,500.00 | | | |
| 09-19 | XXXXX2364 Ivy Receivables 7183166893 | 2,000.00 | 09-29 | 24207 Ace Endico EDI PYMNTS | 500.00 |
| 09-22 | 0Z9BH5 AppFolio, Inc. F WEB PMTS | 2.49 | 09-29 | NGFVKD Acorn Property M WEB PMTS | 500.00 |
| 09-22 | CXMBKD Acorn Property M WEB PMTS | 250.00 | 09-29 | 100147193088 FirstEnergy OPCO-ACH | 500.50 |
| 09-22 | ST-L0I8D7S8S0S6 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 09-29 | 38710-030272096 Rewards Network SETTLEMENT | 662.38 |
| 09-22 | 23072 Ace Endico EDI PYMNTS | 1,500.00 | 09-29 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 750.00 |
| 09-22 | OVERDRAFT CHARGE | 70.00 | | | |
| 09-23 | 7216000928 NJWEB22500 252651000657771 TXP*B872535605000*22500*250930*T*50 | 500.00 | 09-29 | 7216000928 RETRY PYMT 252651000651221 TXP*B872535605000*04110*250930*T*36 | 3,601.42 |
| | | | 09-29 | SKI300 ACE ENDICO CORP SKI300 | 5,565.48 |
| | | | 09-29 | OVERDRAFT CHARGE | 105.00 |
| | | | 09-30 | RETURNED CHECK CHARGE | 105.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 09-30 | SERVICE CHARGE | 73.00 | | | |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 875.00 | 8,015.00 |
| TOTAL RETURNED ITEM FEES: | $280.00 | $1,925.00 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3667

9-2-2025

Pay to the Order of JOHN LATONA    $ 916.67

NINE HUNDRED SIXTEEN 67 ____ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For JUNE 2025

⑆021204416⑆ ⑈161⑈0776⑈ 3667

3667    $916.67    9/4/2025

---

3667    $916.67    9/4/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3668

9-27-2025

Pay to the Order of JOHN LICCI    $ 1558.51

ONE THOUSAND FIVE HUNDRED FIFTY-EIGHT 51 ____ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For MAY 2025

⑆021204416⑆ ⑈161⑈0776⑈ 3668

3668    $1,558.51    9/30/2025

---

3668    $1,558.51    9/30/2025

---

NSF

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3768

8/27/25

Pay to the Order of Donna Zanuh    $ 1462.00

One Thousand Four Hundred Sixty-Two 00 ____ Dollars

AMBOY Bank
MANALAPAN OFFICE 16

For

⑆021204416⑆ 161⑈0776⑈ 3768

3768    $1,462.00    9/2/2025

---

3768    $1,462.00    9/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3769

8/25/25

Pay to the Order of Jean Raffale    $ 758.00

Seven Hundred Fifty Eight 00 ____ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈ 3769

3769    $758.00    9/2/2025

---

3769    $758.00    9/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3776

8/4/25

Pay to the Order of D'Amprese wholesale hoods    $ 130.00

One Hundred Thirty ____ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For INV 5/21

⑆021204416⑆ ⑈161⑈0776⑈ 3776

3776    $130.00    9/15/2025

---

3776    $130.00    9/15/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3793

aug 7 25

Pay to the Order of Griffies    $ 682.50

six hundred eighty two 50 ____ Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈ 3793

3793    $682.50    9/4/2025

---

3793    $682.50    9/4/2025



3821   $1,000.00   9/3/2025          3821   $1,000.00   9/3/2025

3822   $1,000.00   9/5/2025          3822   $1,000.00   9/5/2025

3826   $5,000.00   9/2/2025          3826   $5,000.00   9/2/2025

3843   $400.00   9/3/2025            3843   $400.00   9/3/2025

3846   $850.00   9/2/2025            3846   $850.00   9/2/2025

3847   $450.00   9/2/2025            3847   $450.00   9/2/2025

| Check # | Amount | Date |
|---|---|---|
| 3850 | $755.00 | 9/22/2025 |
| 3854 | $450.00 | 9/19/2025 |
| 3856 | $500.00 | 9/4/2025 |
| 3859 | $450.00 | 9/3/2025 |
| 3860 | $1,709.32 | 9/2/2025 |
| 3861 | $719.20 | 9/3/2025 |



3864   $3,500.00   9/2/2025     3864   $3,500.00   9/2/2025

3865   $3,500.00   9/5/2025     3865   $3,500.00   9/5/2025

3866   $1,000.00   9/3/2025     3866   $1,000.00   9/3/2025

3867   $1,000.00   9/9/2025     3867   $1,000.00   9/9/2025

3869   $707.50   9/2/2025     3869   $707.50   9/2/2025

3870   $326.71   9/3/2025     3870   $326.71   9/3/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3871

8/30/25

Pay to the Order of: Nina Amarando    $ 450.89

Four Hundred Fifty and 89/xxx    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3871    $450.00    9/3/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3872

8/30/25

Pay to the Order of: Alex Xicuy    $ 300.00

Three Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

3872    $300.00    9/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3873

8/30/25

Pay to the Order of: Sergio    $ 650.00

Six Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _____

3873    $650.00    9/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3874

8/30/25

Pay to the Order of: Juanto Mims    $ 740.00

Seven Hundred Forty and 00/xx    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _____

3874    $740.00    9/2/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3875

8/30/25

Pay to the Order of: Justin Bacile    $ 165.00

One Hundred Sixty Five and 00/xx    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _____

3875    $165.00    9/4/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3876

8/30/25

Pay to the Order of: Marlon Calderon    $ 400.00

Four Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _____

3876    $400.00    9/2/2025



3877   $400.00   9/2/2025

3877   $400.00   9/2/2025

3878   $770.00   9/2/2025

3878   $770.00   9/2/2025

3879   $500.00   9/3/2025

3879   $500.00   9/3/2025

3880   $750.00   9/2/2025

3880   $750.00   9/2/2025

3881   $385.00   9/8/2025

3881   $385.00   9/8/2025

3882   $800.00   9/8/2025

3882   $800.00   9/8/2025

3883    $900.00    9/5/2025

3883    $900.00    9/5/2025



3884    $450.00    9/8/2025

3884    $450.00    9/8/2025



3885    $770.00    9/5/2025

3885    $770.00    9/5/2025



3886    $425.00    9/8/2025

3886    $425.00    9/8/2025



3887    $180.00    9/3/2025

3887    $180.00    9/3/2025



3888    $500.00    9/26/2025

3888    $500.00    9/26/2025



3889   $350.00   9/10/2025

3889   $350.00   9/10/2025

3890   $1,081.91   9/8/2025

3890   $1,081.91   9/8/2025

3891   $1,632.31   9/8/2025

3891   $1,632.31   9/8/2025

3892   $1,100.00   9/3/2025

3892   $1,100.00   9/3/2025

3894   $1,000.00   9/9/2025

3894   $1,000.00   9/9/2025

3895   $500.00   9/4/2025

3895   $500.00   9/4/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3896

9/5/25

Pay to the Order of: Brubella                  $ 1,748.25

One Thousand Seven Hundred Forty Eight and 25/100 Dollars

AMBOY Bank  MANALAPAN OFFICE 16

For 7/24 - 8/01 faenzas

3896   $1,748.25   9/8/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3897

9/4/25

Pay to the Order of: Brabella                  $ 2,124.64

Two Thousand One Hundred Twenty four and 64/100 Dollars

AMBOY Bank  MANALAPAN OFFICE 16

For 7/24 Skillet

3897   $2,124.64   9/8/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3898

9/7/25

Pay to the Order of: Abbots                    $ 621.00

Six Hundred Twenty one and 00/100 Dollars

AMBOY Bank  MANALAPAN OFFICE 16

For 8/26 - 8/31 Faenz

3898   $621.00   9/9/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3899

9/6/25

Pay to the Order of: Marlon Calderon          $ 400.00

Four Hundred Dollars

AMBOY Bank  MANALAPAN OFFICE 16

For

3899   $400.00   9/9/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3900

9/6/25

Pay to the Order of: Freddy Miculax           $ 650.00

Six Hundred Fifty Dollars

AMBOY Bank  MANALAPAN OFFICE 16

For

3900   $650.00   9/8/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3901

9/5/25

Pay to the Order of: Alex Ravena              $ 400.00

Four Hundred Dollars

AMBOY Bank  MANALAPAN OFFICE 16

For

3901   $400.00   9/9/2025



3902    $231.00    9/8/2025

3903    $400.00    9/8/2025

3904    $650.00    9/8/2025

3905    $290.00    9/10/2025

3906    $300.00    9/12/2025

3907    $450.00    9/12/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3908
9/2/25
Pay to the Order of: Fernando Miculax
$ 320⁰²
Three Hundred Twenty
AMBOY Bank
12603-NJ

3908    $320.00    9/9/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3909
9/25/25
Pay to the Order of: Donna Zenardi
$ 1462⁰²
One Thousand Four Hundred Sixty-Two
AMBOY Bank
For: Sept

3909    $1,462.00    9/22/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3910
9/16/25
Pay to the Order of: Felipe Reny
$ 843⁰²
Eight Hundred Forty-Three
AMBOY Bank

3910    $843.00    9/26/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3911
9/25/25
Pay to the Order of: Jeanine Ruppel
$ 758⁰⁰
Seven Hundred Fifty Eight
AMBOY Bank

3911    $758.00    9/15/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3912
9/5/25
Pay to the Order of: Samuel Label
$ 750⁰⁰
Seven Hundred Fifty and 00/100
AMBOY Bank
For Deposit Only - JPMC

3912    $750.00    9/15/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3913
9/4/25
Pay to the Order of: Russo Meats
$ 665³⁸
Six Hundred Sixty-Five and 38/100
AMBOY Bank
For: 7/25

557825060835 163346  20250912 00000000161
TRN_DEBIT STAWFIK  0.00
Marlboro 0088 94004 5578 0010 0176

3913    $665.38    9/15/2025



3914   $800.00   9/11/2025

3914   $800.00   9/11/2025

3915   $3,058.81   9/23/2025

3915   $3,058.81   9/23/2025

3916   $350.00   9/16/2025

3916   $350.00   9/16/2025

3917   $685.00   9/18/2025

3917   $685.00   9/18/2025

3918   $900.00   9/15/2025

3918   $900.00   9/15/2025

3919   $1,255.00   9/11/2025

3919   $1,255.00   9/11/2025

3920    $1,428.03    9/15/2025



3921    $885.48    9/18/2025



3922    $271.00    9/15/2025



3923    $500.00    9/16/2025



3924    $620.00    9/12/2025



3925    $208.93    9/12/2025



3926   $2,111.23   9/22/2025

3926   $2,111.23   9/22/2025

3928   $400.00   9/29/2025

3928   $400.00   9/29/2025

3930   $1,000.00   9/15/2025

3930   $1,000.00   9/15/2025

3931   $650.00   9/15/2025

3931   $650.00   9/15/2025

3932   $345.00   9/15/2025

3932   $345.00   9/15/2025

3933   $660.00   9/22/2025

3933   $660.00   9/22/2025

**Check 3934**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3934

Date 9/13/25

Pay to the Order of: Alonzo Sobers — $ 350.00

Three Hundred Fifty — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: ____

14757-NJ

Alonzo Sobers

3934    $350.00    9/16/2025

3934    $350.00    9/16/2025

**Check 3935**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3935

Date 9/15/25

Pay to the Order of: Fernando Miколаx — $ 500.00

Five Hundred — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: ____

12603-NJ

3935    $500.00    9/16/2025

3935    $500.00    9/16/2025

**Check 3936**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3936

Date 9/16/25

Pay to the Order of: Nina Amarado — $ 450.00

Four Hundred Fifty 00/ — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: 9/17

3936    $450.00    9/17/2025

3936    $450.00    9/17/2025

**Check 3937**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3937

Date 9-19-25

Pay to the Order of: Falzone — $ 1,000.00

One Thousand — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: Aug 25

G939613058 TD Mobile Deposit
9/18/2025 6:27:41 PM
4369046947

3937    $1,000.00    9/22/2025

3937    $1,000.00    9/22/2025

**Check 3938**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3938

Date 9-25-25

Pay to the Order of: Falzone — $ 1,000.00

One Thousand — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: Aug 25

0928400063 TD Mobile Deposit
9/27/2025 7:18:14 PM
4369046947

3938    $1,000.00    9/29/2025

3938    $1,000.00    9/29/2025

**Check 3941**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3941

Date ____/25

Pay to the Order of: Justin Bacile — $ 231.00

Two Hundred — Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: ____

Mobile Deposit
Justin Bacile

3941    $231.00    9/16/2025

3941    $231.00    9/16/2025



3942 $770.00 9/18/2025

3943 $750.00 9/22/2025

3944 $350.00 9/26/2025

3945 $700.00 9/17/2025

3946 $750.00 9/19/2025

3949 $2,113.00 9/23/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3950

9/17/25

Pay to the Order of Sullivan Brothers    $ 1,341.55

One Thousand Three Hundred Forty One 55/100 Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 7/

529930072672 114514  20250919 00000000161-0776-46
TRN_DEBIT TAP2460  1341.55
Monmouth Regional 0299 94004 5299 0011 0079

3950    $1,341.55    9/22/2025

---

3950    $1,341.55    9/22/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3951

9/18/25

Pay to the Order of Alan Ray    $ 785.00

Seven Hundred Eighty Five    Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

14757-NJ

3951    $785.00    9/19/2025

---

3951    $785.00    9/19/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3952

9/19/25

Pay to the Order of Abbate Bakery    $ 496.50

Four Hundred Ninety Six 50/100    Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3952    $496.50    9/22/2025

---

3952    $496.50    9/22/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3953

9/23/25

Pay to the Order of Miscela Doro    $ 276.10

Two Hundred Seventy Six 10/100    Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 9/17/25

Seq: 1
Dep: 000345
Date: 09/23/25

3953    $276.10    9/24/2025

---

3953    $276.10    9/24/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3954

9/18/25

Pay to the Order of Tudmato Mularone    $ 500.00

Five Hundred    Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

3954    $500.00    9/22/2025

---

3954    $500.00    9/22/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

3955

9/22/25

Pay to the Order of CASH    $ 2550.00

Two Thousand Five Hundred Fifty    Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For PL

3955    $2,550.00    9/22/2025

---



3955    $2,550.00    9/22/2025



3959    $350.00    9/30/2025

3960    $853.48    9/23/2025

3962    $231.00    9/26/2025

3963    $450.00    9/25/2025

3964    $200.00    9/25/2025

3965    $700.00    9/24/2025

3967    $770.00    9/24/2025

3967    $770.00    9/24/2025

3969    $150.00    9/26/2025

3969    $150.00    9/26/2025

3971    $770.00    9/29/2025

3971    $770.00    9/29/2025

3974    $1,000.00    9/30/2025

3974    $1,000.00    9/30/2025

3976    $1,435.43    9/29/2025

3976    $1,435.43    9/29/2025

3978    $2,000.00    9/29/2025

3978    $2,000.00    9/29/2025



3981   $500.00   9/24/2025

3983   $1,250.00   9/26/2025

3984   $1,250.00   9/29/2025

3987   $480.00   9/26/2025

3988   $176.40   9/29/2025

3989   $785.00   9/30/2025




3990   $204.00   9/29/2025




3993   $535.00   9/29/2025




3995   $770.00   9/29/2025




3998   $231.00   9/29/2025




13815   $349.15   9/2/2025




13822   $62.26   9/2/2025



13823   $227.61   9/2/2025

 

13824   $42.16   9/16/2025

 

13830   $326.07   9/2/2025



13832   $311.74   9/9/2025

 

13833   $319.27   9/2/2025

 

13835   $23.65   9/2/2025




13836    $429.52    9/4/2025




13840    $668.22    9/2/2025




13841    $467.89    9/5/2025




13842    $349.15    9/8/2025




13843    $428.75    9/2/2025




13844    $214.65    9/2/2025




13847   $269.13   9/3/2025          13847   $269.13   9/3/2025




13848   $1.06   9/9/2025          13848   $1.06   9/9/2025




13850   $318.67   9/4/2025          13850   $318.67   9/4/2025




13851   $57.71   9/16/2025          13851   $57.71   9/16/2025




13853   $78.59   9/2/2025          13853   $78.59   9/2/2025

13854   $506.68   9/8/2025          13854   $506.68   9/8/2025

 

13855   $10.64   9/16/2025     13855   $10.64   9/16/2025

 

13856   $513.50   9/3/2025     13856   $513.50   9/3/2025

 

13857   $7.00   9/2/2025     13857   $7.00   9/2/2025

 

13858   $158.18   9/2/2025     13858   $158.18   9/2/2025

 

13859   $163.32   9/2/2025     13859   $163.32   9/2/2025

 

13860   $13.73   9/3/2025     13860   $13.73   9/3/2025




13861   $103.23   9/9/2025          13861   $103.23   9/9/2025




13862   $331.27   9/2/2025          13862   $331.27   9/2/2025




13863   $9.71   9/3/2025            13863   $9.71   9/3/2025




13864   $10.80   9/2/2025           13864   $10.80   9/2/2025




13865   $429.52   9/4/2025          13865   $429.52   9/4/2025

13868   $668.22   9/17/2025         13868   $668.22   9/17/2025




13869    $467.89    9/12/2025          13869    $467.89    9/12/2025




13870    $428.75    9/8/2025           13870    $428.75    9/8/2025




13871    $451.08    9/8/2025           13871    $451.08    9/8/2025




13872    $427.60    9/8/2025           13872    $427.60    9/8/2025




13873    $269.13    9/9/2025           13873    $269.13    9/9/2025




13874    $13.06    9/9/2025            13874    $13.06    9/9/2025



13875    $130.13    9/10/2025          13875    $130.13    9/10/2025

13876    $393.95    9/22/2025          13876    $393.95    9/22/2025

13877    $26.12    9/16/2025           13877    $26.12    9/16/2025

13879    $74.58    9/8/2025            13879    $74.58    9/8/2025

13880    $13.96    9/16/2025           13880    $13.96    9/16/2025

13881    $340.45    9/9/2025           13881    $340.45    9/9/2025





13883    $312.53    9/11/2025



13883    $312.53    9/11/2025



13884    $23.60    9/22/2025



13884    $23.60    9/22/2025



13885    $219.31    9/18/2025



13885    $219.31    9/18/2025



13886    $24.35    9/9/2025



13886    $24.35    9/9/2025



13887    $15.45    9/8/2025



13887    $15.45    9/8/2025

13888    $429.52    9/17/2025

13888    $429.52    9/17/2025





13889    $264.00    9/8/2025

13889    $264.00    9/8/2025





13890    $85.00    9/15/2025

13890    $85.00    9/15/2025





13893    $668.22    9/22/2025

13893    $668.22    9/22/2025





13894    $467.89    9/17/2025

13894    $467.89    9/17/2025





13895    $247.75    9/15/2025

13895    $247.75    9/15/2025





13896    $428.75    9/15/2025

13896    $428.75    9/15/2025

 

13897    $322.65    9/15/2025          13897    $322.65    9/15/2025

 

13898    $427.60    9/15/2025          13898    $427.60    9/15/2025

 

13899    $269.13    9/16/2025          13899    $269.13    9/16/2025

 

13900    $3.68    9/22/2025          13900    $3.68    9/22/2025

 

13901    $174.70    9/15/2025          13901    $174.70    9/15/2025

 

13902    $452.82    9/15/2025          13902    $452.82    9/15/2025




13902    $452.82    9/22/2025




13905    $342.44    9/15/2025




13906    $407.75    9/12/2025




13907    $19.15    9/16/2025




13908    $322.90    9/15/2025




13910    $142.91    9/15/2025




13911   $24.91   9/15/2025




13912   $422.36   9/24/2025




13913   $3.61   9/23/2025




13914   $15.48   9/15/2025




13915   $429.52   9/29/2025




13918   $668.22   9/25/2025

13919    $467.89    9/25/2025        13919    $467.89    9/25/2025

13920    $317.19    9/24/2025        13920    $317.19    9/24/2025

13921    $428.75    9/22/2025        13921    $428.75    9/22/2025

13922    $216.34    9/25/2025        13922    $216.34    9/25/2025

13923    $427.60    9/18/2025        13923    $427.60    9/18/2025

13924    $269.13    9/22/2025        13924    $269.13    9/22/2025

 

13925   $234.03   9/23/2025

 

13926   $26.58   9/23/2025

 

13927   $7.90   9/23/2025

 

13928   $118.20   9/25/2025

 

13929   $286.96   9/22/2025

 

13930   $72.22   9/30/2025



13932   $203.73   9/25/2025          13932   $203.73   9/25/2025

13933   $474.36   9/24/2025          13933   $474.36   9/24/2025

13935   $325.63   9/23/2025          13935   $325.63   9/23/2025

13937   $17.01   9/22/2025           13937   $17.01   9/22/2025

13938   $317.11   9/24/2025          13938   $317.11   9/24/2025

13939   $21.53   9/23/2025           13939   $21.53   9/23/2025

 

13940   $14.17   9/22/2025          13940   $14.17   9/22/2025

 

13941   $429.52   9/23/2025          13941   $429.52   9/23/2025

  

13948   $428.75   9/29/2025          13948   $428.75   9/29/2025

 

13949   $280.70   9/29/2025          13949   $280.70   9/29/2025

 

13950   $427.60   9/29/2025          13950   $427.60   9/29/2025

 

13951   $269.13   9/30/2025          13951   $269.13   9/30/2025



13954    $293.23    9/29/2025                    13954    $293.23    9/29/2025

13959    $506.68    9/30/2025                    13959    $506.68    9/30/2025

13961    $215.81    9/29/2025                    13961    $215.81    9/29/2025

13963    $32.83    9/29/2025                     13963    $32.83    9/29/2025

13965    $7.03    9/29/2025                      13965    $7.03    9/29/2025

13966    $23.46    9/29/2025                     13966    $23.46    9/29/2025

## CHANGE OF ADDRESS

**NAME:** _____

**NEW ADDRESS:** _____

Street and Number                                                      City                              State                    Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ............................................    ☐ Loan ...........................................    ☐ Safe Deposit Box ( ............................. )

☐ Savings ...............................................    ☐ Certificate ................................    ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____    Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | |
|---|---|---|
| | DEPOSITS NOT SHOWN ON STATEMENT | |
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | STATEMENT BALANCE | |
| TOTAL | TOTAL | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

**PLEASE EXAMINE AND RECONCILE YOUR STATEMENT IMMEDIATELY UPON RECEIPT**

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY