1:07 PM
11/06/25
Accrual Basis

# NVJSS Restaurant
# Profit & Loss
### September 2025

|  | Sep 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 199,635.73 |
| **Total Income** | 199,635.73 |
| **Cost of Goods Sold** | |
| Food Purchases | 2,271.87 |
| Merchant Account Fees | 137.14 |
| Restaurant Supplies | 5,262.83 |
| **Total COGS** | 7,671.84 |
| **Gross Profit** | 191,963.89 |
| **Expense** | |
| Advertising and Promotion | 256.00 |
| Bank Service Charges | 10.75 |
| Computer and Internet Expenses | 75.00 |
| Insurance Expense | 1,802.81 |
| Managment Fee (Sals Pay) | 5,100.00 |
| Payroll Expenses | 1,150.00 |
| Utilities | 236.39 |
| **Total Expense** | 8,630.95 |
| **Net Ordinary Income** | 183,332.94 |
| **Net Income** | **183,332.94** |

1:11 PM
11/06/25
Cash Basis

# Fraenza Gourmet Market
## Profit & Loss
### September 2025

|  | Sep 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 62,511.70 |
| **Total Income** | 62,511.70 |
| **Cost of Goods Sold** | |
| Food Purchases | 14,904.26 |
| Restaurant Supplies | 44,500.25 |
| **Total COGS** | 59,404.51 |
| **Gross Profit** | 3,107.19 |
| **Expense** | |
| Bank Service Charges | 769.08 |
| Computer and Internet Expenses | 315.24 |
| Insurance Expense | 388.16 |
| Office Supplies | 1,426.11 |
| Payroll Expenses | 2,190.00 |
| Rent Expense | 3,750.00 |
| Repairs and Maintenance | 400.00 |
| Security Cameras | 500.00 |
| Sowftware POS | 15,397.87 |
| Utilities | 2,558.50 |
| **Total Expense** | 27,694.96 |
| **Net Ordinary Income** | -24,587.77 |
| **Net Income** | **-24,587.77** |

# Profit and Loss

## The Skillet by Sal Inc

September 1-30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
|   Billable Expense Income | 1,322.82 |
|   Sales | 21,969.84 |
| **Total for Income** | **$23,292.66** |
| **Cost of Goods Sold** | |
|   Food Cost | 19,150.22 |
| **Total for Cost of Goods Sold** | **$19,150.22** |
| **Gross Profit** | **$4,142.44** |
| **Expenses** | |
|   Bank Charges | $2,448.19 |
|     Merchant Fees | 3,516.88 |
|   **Total for Bank Charges** | **$5,965.07** |
|   Equipment Rental | 708.54 |
|   Insurance | 878.80 |
|   Other Business Expenses | 22,629.02 |
|   Payroll Expenses | $99,714.41 |
|     Other | 17,160.08 |
|   **Total for Payroll Expenses** | **$116,874.49** |
|   Payroll Tax Expenses | -999.73 |
|   Rent | 9,250.00 |
|   Utilities | $2,052.00 |
|     Gas | 1,500.00 |
|   **Total for Utilities** | **$3,552.00** |
| **Total for Expenses** | **$158,858.19** |
| **Net Operating Income** | **-$154,715.75** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | |
| **Net Income** | **-$154,715.75** |