From 10/01/25 to 10/31/25    Page 1 of 2
019-02-030-000-00000000

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

SALVATORE FAENZA
DIP ACCOUNT # 25-14559
7 DANCER LANE
FREEHOLD       NJ 07728

**Annual Food Drive**
We will be collecting for local food banks
throughout the month of November.

Drop off your donations at your local branch
or donate through our Digital Banking Giving Center

## Free Personal Check Account

Account number: 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-30 | $8.64 |
| Deposits and other credits (+) | $16,130.00 |
| Withdrawals, checks and other debits (-) | $16,110.00 |
| Ending Balance on 10-31 | $28.64 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,050.00 | 10-27 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,100.00 |
| 10-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,050.00 | 10-29 | Incoming Wire 91339545 | 3,800.00 |
| 10-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,100.00 | 10-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 30.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1019 | 10-06 | 3,000.00 | 1021 | 10-20 | 3,000.00 | | | |
| 1020 | 10-14 | 3,000.00 | 1022 | 10-27 | 3,000.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-16 | Internet Transfer to xxx7764 | 100.00 | 10-29 | Internet Transfer to xxx7764 | 3,800.00 |
| 10-22 | Internet Transfer to xxx7764 | 100.00 | 10-29 | Domestic Incoming Wire Fee 91339545 | 10.00 |
| 10-28 | Internet Transfer to xxx7764 | 100.00 | | | |

1019    $3,000.00    10/6/2025

1020    $3,000.00    10/14/2025

1021    $3,000.00    10/20/2025

1022    $3,000.00    10/27/2025