For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD         NJ 07728**

## Annual Food Drive

We will be collecting for local food banks
throughout the month of November.

Drop off your donations at your local branch
or donate through our Digital Banking Giving Center

## Free Small Business Account

**Account number: 16108183**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-30 | $844.88 |
| Deposits and other credits (+) | $110,373.78 |
| Withdrawals, checks and other debits (-) | $127,052.75 |
| Ending Balance on 10-31 | -$15,834.09 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-01 | 498439492881 MERCHANT BANKCD DEPOSIT | 977.82 | 10-06 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,093.16 |
| 10-02 | 498439492881 MERCHANT BANKCD DEPOSIT | 575.63 | 10-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 350.00 |
| 10-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,700.00 | 10-07 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,153.39 |
| 10-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 7,150.00 | 10-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 220.00 |
| 10-03 | ST-W7O6Q5K8X0C4 DoorDash, Inc. DoorDash - | 271.86 | 10-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,545.00 |
| 10-03 | 498439492881 MERCHANT BANKCD DEPOSIT | 643.82 | 10-08 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,218.72 |
| 10-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 | 10-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,290.00 |
| 10-06 | DEPOSIT | 665.00 | 10-09 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,028.94 |
| 10-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 10-10 | ST-C7D3O0M1S1X6 DoorDash, Inc. DoorDash - | 370.49 |
| 10-06 | 498439492881 MERCHANT BANKCD DEPOSIT | 977.59 | 10-10 | 498439492881 MERCHANT BANKCD DEPOSIT | 639.17 |
| 10-06 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,028.38 | | | |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

**Account number: 16108183**

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---:|---|---|---:|
| 10-14 | DEPOSIT | 665.00 | 10-21 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 820.00 |
| 10-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 4,300.00 | 10-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 33.00 |
| 10-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 926.53 | 10-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 325.00 |
| 10-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 1,238.63 | 10-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 600.00 |
| 10-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,004.95 | 10-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,230.00 |
| 10-14 | 498439492881 MERCHANT BANKCD DEPOSIT | 2,030.99 | 10-24 | ST-R8S2F7X5K1U7 DoorDash, Inc. DoorDash - | 91.60 |
| 10-15 | DEPOSIT | 3,500.00 | 10-27 | DEPOSIT | 740.00 |
| 10-15 | 498439492881 MERCHANT BANKCD DEPOSIT | 951.23 | 10-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 10,000.00 |
| 10-16 | 498439492881 MERCHANT BANKCD DEPOSIT | 477.85 | 10-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,450.08 |
| 10-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 26988 Ace Endico EDI PYMNTS | 968.80 | 10-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,800.00 |
| 10-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 10.00 | 10-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 8,200.00 |
| 10-17 | ST-Y3P9M1G9L3U8 DoorDash, Inc. DoorDash - | 462.15 | 10-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 8,500.00 |
| 10-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 50.00 | 10-30 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,200.00 |
| 10-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 270.00 | 10-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 14,814.00 |
| 10-20 | DEPOSIT | 365.00 | 10-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,250.00 |
| 10-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,200.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---:|---|---:|---:|---|---:|---:|---|---:|
| 1001 | 10-10 | 250.00 | 1005 | 10-06 | 350.00 | 1010 | 10-06 | 1,132.75 |
| 1002 | 10-17 | 250.00 | 1006 | 10-07 | 660.00 | 1011 | 10-14 | 1,500.00 |
| 1003 | 10-06 | 350.00 | 1006 | 10-08 | 611.80 | 1011 | 10-14 | 500.00 |
| 1004 | 10-10 | 1,480.02 | 1007* | 10-15 | 350.00 | 1012 | 10-14 | 1,249.07 |
| 1004 | 10-06 | 350.00 | 1009 | 10-14 | 350.00 | 1012 | 10-14 | 500.00 |
| 1005 | 10-02 | 1,125.43 | 1009 | 10-02 | 800.00 | | | |

*Indicates a gap in check number sequence

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account
**Account number: 16108183**

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 10-01 | CA0FA6DB7AD7485 CAPITAL ONE ONLINE PMT | 500.00 |
| 10-01 | 24689 Ace Endico EDI PYMNTS | 1,000.46 |
| 10-01 | Internet Transfer to xxx7764 | 300.00 |
| 10-02 | CA0672FFF38197D CAPITAL ONE ONLINE PMT | 200.00 |
| 10-02 | CA049B99EDEC33B CAPITAL ONE ONLINE PMT | 6,500.00 |
| 10-02 | Internet Transfer to xxx8272 | 10.00 |
| 10-03 | 25039 Ace Endico EDI PYMNTS | 300.00 |
| 10-03 | 7300000118 PAYMENT 251002 00006800978201 | 398.00 |
| 10-03 | CA03069460A2248 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 10-03 | OVERDRAFT CHARGE | 105.00 |
| 10-06 | 8771560411 CHASE CREDIT CRD EPAY | 100.00 |
| 10-06 | CA04C2A8CE9C478 CAPITAL ONE ONLINE PMT | 150.00 |
| 10-06 | CA0281F83C0756E CAPITAL ONE ONLINE PMT | 1,000.00 |
| 10-06 | 25240 Ace Endico EDI PYMNTS | 1,187.34 |
| 10-06 | CA02F0F22B762A2 CAPITAL ONE ONLINE PMT | 4,500.00 |
| 10-07 | CA0F23184D941E4 CAPITAL ONE ONLINE PMT | 1,100.00 |
| 10-07 | 25665 Ace Endico EDI PYMNTS | 1,187.34 |
| 10-07 | OVERDRAFT CHARGE | 105.00 |
| 10-08 | CA0732FA36676DB CAPITAL ONE ONLINE PMT | 500.00 |
| 10-08 | 25840 Ace Endico EDI PYMNTS | 1,104.79 |
| 10-08 | OVERDRAFT CHARGE | 105.00 |
| 10-09 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 |
| 10-09 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.74 |
| 10-09 | CA0037D4CA1C44B CAPITAL ONE ONLINE PMT | 500.00 |
| 10-09 | OVERDRAFT CHARGE | 105.00 |
| 10-10 | 2901B2732 FARM FAMILY W INS WEBPAY | 262.00 |
| 10-10 | 26234 Ace Endico EDI PYMNTS | 859.58 |
| 10-10 | CA0831DFFBE8E23 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 10-10 | OVERDRAFT CHARGE | 105.00 |
| 10-14 | 8790229322 CHASE CREDIT CRD EPAY | 100.00 |
| 10-14 | 2324454 CLOVER FEES CLOVER FEE | 115.08 |
| 10-14 | CA057359FC39196 CAPITAL ONE ONLINE PMT | 500.00 |
| 10-14 | CA0A2BD65349A65 CAPITAL ONE ONLINE PMT | 500.00 |
| 10-14 | CA0C82CF07E0756 CAPITAL ONE ONLINE PMT | 550.00 |
| 10-14 | 26832 Ace Endico EDI PYMNTS | 968.81 |
| 10-14 | CA051300E3BD116 CAPITAL ONE ONLINE PMT | 2,200.00 |
| 10-14 | CA0FBC2A339667D CAPITAL ONE ONLINE PMT | 2,500.00 |
| 10-14 | OVERDRAFT CHARGE | 105.00 |
| 10-15 | 26988 Ace Endico EDI PYMNTS | 968.80 |
| 10-15 | OVERDRAFT CHARGE | 105.00 |
| 10-16 | OVERDRAFT CHARGE | 35.00 |
| 10-16 | RETURNED CHECK CHARGE | 35.00 |
| 10-17 | 8807961597 CHASE CREDIT CRD EPAY | 100.00 |
| 10-17 | CA0A60119308012 CAPITAL ONE ONLINE PMT | 350.00 |
| 10-20 | CA0BFCA8CE2B9C6 CAPITAL ONE ONLINE PMT | 290.00 |
| 10-20 | CA01A91B5F44F4A CAPITAL ONE ONLINE PMT | 380.00 |
| 10-20 | CA06006EE6A5F05 CAPITAL ONE ONLINE PMT | 4,500.00 |
| 10-20 | OVERDRAFT CHARGE | 35.00 |
| 10-21 | INT PYMT 1323700 | 390.00 |
| 10-21 | 5306636 INTUIT * QBooks Onl | 75.00 |
| 10-21 | CA0CC4702C7F5D5 CAPITAL ONE ONLINE PMT | 300.00 |
| 10-21 | 27885 Ace Endico EDI PYMNTS | 500.00 |
| 10-22 | CA0A5F53D6D40EA CAPITAL ONE ONLINE PMT | 300.00 |
| 10-23 | CA01925A46EA2EE CAPITAL ONE ONLINE PMT | 5,850.00 |
| 10-23 | OVERDRAFT CHARGE | 35.00 |
| 10-24 | CA01164150BE4C9 CAPITAL ONE ONLINE PMT | 7,500.00 |
| 10-27 | CA05B971B471C01 CAPITAL ONE ONLINE PMT | 300.00 |

| 10-10 | OVERDRAFT CHARGE | 105.00 |

**FAENZA'S GOURMET MARKET LLC**

## Free Small Business Account

**Account number: 16108183**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-27 | CA045E28213ADAB CAPITAL ONE ONLINE PMT | 650.00 | 10-29 | CA0AF317DA94CE9 CAPITAL ONE ONLINE PMT | 10,800.00 |
| 10-27 | CAXXXXX7404FDB2 CAPITAL ONE ONLINE PMT | 5,800.00 | 10-29 | OVERDRAFT CHARGE | 105.00 |
| 10-27 | OVERDRAFT CHARGE | 35.00 | 10-30 | CA0AACADAC752E3 CAPITAL ONE ONLINE PMT | 16,000.00 |
| 10-28 | 8832719100 CHASE CREDIT CRD EPAY | 50.00 | 10-30 | OVERDRAFT CHARGE | 35.00 |
| 10-28 | CA01E22B3A9813A CAPITAL ONE ONLINE PMT | 100.00 | 10-31 | LOAN PYMT 1323700 | 489.44 |
| 10-28 | 28939 Ace Endico EDI PYMNTS | 500.00 | 10-31 | CA0232ED6C2854F CAPITAL ONE ONLINE PMT | 15,300.00 |
| 10-28 | CA0BE64567403A3 CAPITAL ONE ONLINE PMT | 2,100.00 | 10-31 | OVERDRAFT CHARGE | 35.00 |
| 10-28 | CA0CB85FED61DD3 CAPITAL ONE ONLINE PMT | 9,000.00 | 10-31 | SERVICE CHARGE | 16.80 |
| 10-28 | OVERDRAFT CHARGE | 35.00 | 10-31 | OVERDRAFT INTEREST CHARGE | 32.08 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 1,117.08 | 7,312.08 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $595.00 |

| Check # | Amount | Date |
|---|---|---|
| 1001 | $250.00 | 10/10/2025 |
| 1002 | $250.00 | 10/17/2025 |
| 1003 | $350.00 | 10/6/2025 |
| 1004 | $350.00 | 10/6/2025 |
| 1004 | $1,480.02 | 10/10/2025 |
| 1005 | $1,125.43 | 10/2/2025 |
| 1005 | $350.00 | 10/6/2025 |
| 1006 | $660.00 | 10/7/2025 |
| 1006 | $611.80 | 10/8/2025 |
| 1007 | $350.00 | 10/15/2025 |
| 1009 | $800.00 | 10/2/2025 |
| 1009 | $350.00 | 10/14/2025 |

16108183PAGE5

1010  $1,132.75  10/6/2025

1011  $500.00  10/14/2025

1011  $1,500.00  10/14/2025

1012  $500.00  10/14/2025

1012  $1,249.07  10/14/2025