From 10/03/25 to 10/31/25    Page 1 of 5
00019 1900150-000-00000000

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD           NJ  07728**

### Annual Food Drive

**We will be collecting for local food banks
throughout the month of November.**

**Drop off your donations at your local branch
or donate through our Digital Banking Giving Center**

## Free Small Business Account

**Account number: 16108272**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-30 | -$470.24 |
| Deposits and other credits (+) | $196,254.77 |
| Withdrawals, checks and other debits (-) | $195,777.44 |
| Ending Balance on 10-31 | $7.09 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-01 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,265.05 | 10-10 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,080.58 |
| 10-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 10.00 | 10-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,284.21 |
| 10-02 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,907.89 | 10-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 9,209.75 |
| 10-03 | 498467450884 MERCHANT BANKCD DEPOSIT | 8,085.10 | 10-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,584.21 |
| 10-06 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,323.54 | 10-14 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,850.43 |
| 10-06 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,361.07 | 10-15 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,062.40 |
| 10-06 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,693.29 | 10-16 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,245.89 |
| 10-07 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,180.16 | 10-17 | 46865225 NEW YORK LIFE CASH LOAN | 2,000.00 |
| | | | 10-17 | 49093912 NEW YORK LIFE CASH LOAN | 2,000.00 |
| 10-08 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,691.49 | 10-17 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,311.42 |
| 10-09 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,953.56 | 10-20 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,628.51 |

NVJSS RESTAURANT LLC

## Free Small Business Account

Account number: 16108272

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-20 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,928.86 | 10-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,353.11 |
| 10-20 | 498467450884 MERCHANT BANKCD DEPOSIT | 13,170.45 | 10-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 10,936.76 |
| 10-21 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,724.26 | 10-27 | 498467450884 MERCHANT BANKCD DEPOSIT | 14,106.59 |
| 10-22 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,795.45 | 10-28 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,084.85 |
| 10-23 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,757.61 | 10-29 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,874.98 |
| 10-24 | ADJUSTMENT 1242100 | 0.63 | 10-30 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,863.76 |
| 10-24 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,540.07 | 10-31 | 498467450884 MERCHANT BANKCD DEPOSIT | 2,388.84 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3019 | 10-01 | 440.00 | 3020 | 10-14 | 6,300.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-01 | 498467450884 MERCHANT BANKCD DISCOUNT | 114.28 | 10-06 | Internet Transfer to xxx8183 | 500.00 |
| | | | 10-06 | Internet Transfer to xxx7764 | 500.00 |
| 10-01 | 699917076991270 PRUDENTIAL PAYMENTS | 162.83 | 10-06 | Internet Transfer to xxx8183 | 2,500.00 |
| | | | 10-06 | Internet Transfer to xxx7455 | 3,050.00 |
| 10-01 | Internet Transfer to xxx8087 | 150.00 | 10-06 | Internet Transfer to xxx7764 | 13,000.00 |
| 10-01 | Internet Transfer to xxx7764 | 1,900.00 | 10-07 | 498467450884 MERCHANT BANKCD DISCOUNT | 111.30 |
| 10-01 | OVERDRAFT CHARGE | 35.00 | | | |
| 10-02 | 498467450884 MERCHANT BANKCD DISCOUNT | 101.78 | 10-07 | Internet Transfer to xxx8183 | 350.00 |
| | | | 10-07 | Internet Transfer to xxx7764 | 2,500.00 |
| 10-02 | Internet Transfer to xxx7764 | 2,795.00 | 10-08 | 498467450884 MERCHANT BANKCD DISCOUNT | 129.21 |
| 10-03 | 498467450884 MERCHANT BANKCD DISCOUNT | 282.98 | | | |
| | | | 10-08 | Internet Transfer to xxx8087 | 50.00 |
| 10-03 | Internet Transfer to xxx7764 | 500.00 | 10-08 | Internet Transfer to xxx8183 | 220.00 |
| 10-03 | Internet Transfer to xxx8183 | 7,150.00 | 10-08 | Internet Transfer to xxx8183 | 1,545.00 |
| 10-06 | 498467450884 MERCHANT BANKCD DISCOUNT | 151.33 | 10-08 | Internet Transfer to xxx7764 | 2,030.00 |
| | | | 10-09 | 498467450884 MERCHANT BANKCD DISCOUNT | 138.37 |
| 10-06 | 498467450884 MERCHANT BANKCD DISCOUNT | 362.64 | | | |
| | | | 10-09 | Internet Transfer to xxx8183 | 1,290.00 |
| 10-06 | 498467450884 MERCHANT BANKCD DISCOUNT | 409.26 | 10-09 | Internet Transfer to xxx7764 | 2,505.00 |
| | | | 10-10 | 498467450884 MERCHANT BANKCD DISCOUNT | 107.84 |
| 10-06 | CA0B0ADA266F4D5 CAPITAL ONE ONLINE PMT | 6,000.00 | | | |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-10 | Internet Transfer to xxx7764 | 1,450.00 | 10-20 | 498467450884 MERCHANT BANKCD DISCOUNT | 460.97 |
| 10-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 184.94 | 10-20 | XXXXX0047 FARM FAMILY INSPREMIUM | 581.65 |
| 10-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 322.35 | 10-20 | 431831301619233 CITI CARD ONLINE PAYMENT | 600.00 |
| 10-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 370.45 | 10-20 | Internet Transfer to xxx8087 | 20.00 |
| 10-14 | 498467450884 MERCHANT BANKCD DISCOUNT | 414.76 | 10-20 | Internet Transfer to xxx8183 | 50.00 |
| 10-14 | CA0347F3DF1A7C6 CAPITAL ONE ONLINE PMT | 500.00 | 10-20 | Internet Transfer to xxx7764 | 100.00 |
| 10-14 | Internet Transfer to xxx8087 | 650.00 | 10-20 | Internet Transfer to xxx8087 | 100.00 |
| 10-14 | Internet Transfer to xxx7764 | 1,000.00 | 10-20 | Internet Transfer to xxx8183 | 270.00 |
| 10-14 | Internet Transfer to xxx7455 | 3,050.00 | 10-20 | BRANCH WITHDRAWAL | 1,000.00 |
| 10-14 | Internet Transfer to xxx8183 | 4,300.00 | 10-20 | Internet Transfer to xxx7764 | 1,500.00 |
| 10-14 | Internet Transfer to xxx7764 | 25,000.00 | 10-20 | Internet Transfer to xxx7455 | 3,100.00 |
| 10-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 | 10-20 | Internet Transfer to xxx8183 | 5,200.00 |
| 10-15 | 498467450884 MERCHANT BANKCD DISCOUNT | 142.19 | 10-20 | Internet Transfer to xxx7764 | 15,000.00 |
| 10-15 | Internet Transfer to xxx8087 | 70.00 | 10-21 | 5306617 INTUIT * QBooks Onl | 75.00 |
| 10-15 | OVERDRAFT CHARGE | 35.00 | 10-21 | 498467450884 MERCHANT BANKCD DISCOUNT | 200.35 |
| 10-16 | 498467450884 MERCHANT BANKCD DISCOUNT | 113.60 | 10-21 | XXXXX7727 FARMERS NW LIFE INS. PREM | 212.68 |
| 10-16 | CA031C792F683A1 CAPITAL ONE ONLINE PMT | 550.00 | 10-21 | Internet Transfer to xxx8183 | 820.00 |
| 10-16 | Internet Transfer to xxx7764 | 2,600.80 | 10-21 | Internet Transfer to xxx7764 | 1,000.00 |
| 10-17 | 498467450884 MERCHANT BANKCD DISCOUNT | 115.89 | 10-21 | Internet Transfer to xxx7764 | 3,500.00 |
| 10-17 | 431830592344390 CITI CARD ONLINE PAYMENT | 200.00 | 10-22 | 498467450884 MERCHANT BANKCD DISCOUNT | 132.84 |
| 10-17 | Internet Transfer to xxx8183 | 10.00 | 10-22 | XXXXX7136U FARMERS NW LIFE INS. PREM | 500.00 |
| 10-17 | Internet Transfer to xxx8087 | 975.00 | 10-22 | Internet Transfer to xxx7764 | 3,190.00 |
| 10-17 | Internet Transfer to xxx7764 | 2,800.00 | 10-23 | 498467450884 MERCHANT BANKCD DISCOUNT | 131.51 |
| 10-17 | BRANCH WITHDRAWAL | 2,800.00 | 10-23 | Internet Transfer to xxx7764 | 3,600.00 |
| 10-20 | 5P-XXXXX9410 EZPASS8882886865 AUTO REPL | 45.00 | 10-24 | Internet Transfer to xxx2100 | 1,737.00 |
| 10-20 | 498467450884 MERCHANT BANKCD DISCOUNT | 161.98 | 10-24 | 498467450884 MERCHANT BANKCD DISCOUNT | 123.91 |
| 10-20 | CA04F6AE5ACCF32 CAPITAL ONE ONLINE PMT | 200.00 | 10-24 | Internet Transfer to xxx7764 | 1,700.00 |
| 10-20 | 431831040863619 CITI CARD ONLINE PAYMENT | 300.00 | 10-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 187.35 |
| 10-20 | 498467450884 MERCHANT BANKCD DISCOUNT | 382.51 | 10-27 | CA0E3E645FC0A85 CAPITAL ONE ONLINE PMT | 300.00 |
| | | | 10-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 382.79 |
| | | | 10-27 | 498467450884 MERCHANT BANKCD DISCOUNT | 493.73 |

NVJSS RESTAURANT LLC

# Free Small Business Account

**Account number: 16108272**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-27 | Internet Transfer to xxx7764 | 400.00 | 10-30 | 498467450884 MERCHANT BANKCD DISCOUNT | 135.23 |
| 10-27 | Internet Transfer to xxx7455 | 3,100.00 | 10-30 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 |
| 10-27 | Internet Transfer to xxx7764 | 3,500.00 | 10-30 | Internet Transfer to xxx8087 | 350.00 |
| 10-27 | Internet Transfer to xxx8183 | 10,000.00 | 10-30 | Internet Transfer to xxx8183 | 3,200.00 |
| 10-27 | Internet Transfer to xxx7764 | 12,000.00 | 10-31 | 498467450884 MERCHANT BANKCD DISCOUNT | 83.62 |
| 10-28 | 498467450884 MERCHANT BANKCD DISCOUNT | 177.98 | 10-31 | 498467450884 MERCHANT BANKCD CHARGEBACK | 102.17 |
| 10-28 | Internet Transfer to xxx7764 | 4,900.00 | 10-31 | Internet Transfer to xxx7764 | 960.00 |
| 10-29 | 498467450884 MERCHANT BANKCD DISCOUNT | 100.63 | 10-31 | Internet Transfer to xxx8183 | 1,250.00 |
| 10-29 | Internet Transfer to xxx8183 | 2,800.00 | 10-31 | SERVICE CHARGE | 2.00 |

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 70.00 | 105.15 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |



0   $2,800.00   10/17/2025

0   $1,000.00   10/20/2025



3019   $440.00   10/1/2025

3020   $6,300.00   10/14/2025