☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

000000000000000000000000000000000000000
000000000000000000000000000000000000000

||||..||.||..||||..|||..||..|||..|||..||..|||.||..|||..||

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

### Annual Food Drive
**We will be collecting for local food banks
throughout the month of November.**

**Drop off your donations at your local branch
or donate through our Digital Banking Giving Center**

| Free Small Business Account | Account number: 16018087 |
|---|---|

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-30 | $0.00 |
| Deposits and other credits (+) | $74,765.00 |
| Withdrawals, checks and other debits (-) | $75,390.86 |
| Ending Balance on 10-31 | -$625.86 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 | 10-22 | 1289133000 1123 1 251022 e72603007 11231Inv 11231 | 5,500.00 |
| 10-02 | 1289133000 091525 251002 e71551989 091525Inv 091525 | 5,700.00 | 10-23 | 1289133000 1023 251023 e72638777 1023Inv 1023 meats and grocery | 6,700.00 |
| 10-03 | 1289133000 091625 251003 e71624828 091625Inv 091625 | 3,300.00 | 10-24 | 1289133000 1024 251024 e72714517 1024Inv 1024 | 3,200.00 |
| 10-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 50.00 | 10-27 | 1289133000 1027 251027 e72817810 1027Inv 1027 | 7,500.00 |
| 10-14 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 650.00 | 10-28 | 1289133000 1028 251028 e72876075 1028Inv 1028 | 10,500.00 |
| 10-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 70.00 | 10-29 | 1289133000 1029 251029 e72952367 1029Inv 1029 | 15,200.00 |
| 10-17 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 975.00 | 10-30 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 350.00 |
| 10-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 20.00 | 10-30 | 1289133000 1030 251030 e73026689 1030Inv 1030 | 14,800.00 |
| 10-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 100.00 | | | |

**THE SKILLET BY SAL INC**

| **Free Small Business Account** | **Account number: 16018087** |
| --- | --- |

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 10-01 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 10-23 | Internet Transfer to xxx7764 | 500.00 |
| 10-02 | Internet Transfer to xxx7764 | 5,000.00 | 10-23 | Internet Transfer to xxx8183 | 600.00 |
| 10-03 | 9212 MERCHANTSERVICES PHONECHECK | 197.50 | 10-23 | Internet Transfer to xxx7764 | 4,000.00 |
| 10-03 | 251002190038 12W Vivian Capital Group LLC D | 300.00 | 10-23 | Internet Transfer to xxx8183 | 5,230.00 |
| 10-03 | 2510021900 37TB0 Vivian Capital Group LLC D | 300.00 | 10-24 | 2510231900 38N48 Vivian Capital Group LLC D | 300.00 |
| 10-03 | Internet Transfer to xxx7764 | 500.00 | 10-24 | 2510231900389RM Vivian Capital Group LLC D | 300.00 |
| 10-03 | Internet Transfer to xxx7764 | 700.00 | 10-27 | Internet Transfer to xxx7764 | 700.00 |
| 10-03 | Internet Transfer to xxx8183 | 1,700.00 | 10-27 | BRANCH WITHDRAWAL | 900.00 |
| 10-06 | Internet Transfer to xxx7764 | 300.00 | 10-27 | Internet Transfer to xxx7764 | 1,000.00 |
| 10-07 | 7300604847 BILLNG 250930 4445045885837 Merch Bankcard 3331091 The Skillet | 29.40 | 10-28 | LOAN PAYOFF 1242100 | 1.77 |
| | | | 10-28 | Internet Transfer to xxx8183 | 3,450.08 |
| 10-08 | OVERDRAFT CHARGE | 35.00 | 10-28 | Internet Transfer to xxx7764 | 4,000.00 |
| 10-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 6.95 | 10-29 | Internet Transfer to xxx7764 | 2,000.00 |
| | | | 10-29 | Internet Transfer to xxx7764 | 7,000.00 |
| 10-10 | 251009190040 75N Vivian Capital Group LLC D | 300.00 | 10-29 | Internet Transfer to xxx8183 | 8,200.00 |
| 10-10 | 2510091900 39IN9 Vivian Capital Group LLC D | 300.00 | 10-29 | Internet Transfer to xxx8183 | 8,500.00 |
| | | | 10-30 | Internet Transfer to xxx7455 | 30.00 |
| 10-14 | OVERDRAFT CHARGE | 105.00 | 10-30 | Internet Transfer to xxx7764 | 370.00 |
| 10-16 | INS PMNT HANOVER INS BILLPAY | 365.26 | 10-30 | Internet Transfer to xxx8183 | 14,814.00 |
| 10-17 | 2510161900375M B Vivian Capital Group LLC D | 300.00 | 10-31 | 2510301900 38KK5 Vivian Capital Group LLC D | 300.00 |
| 10-17 | 251016190038UA5 Vivian Capital Group LLC D | 300.00 | 10-31 | 251030190039RDM Vivian Capital Group LLC D | 300.00 |
| 10-17 | OVERDRAFT CHARGE | 35.00 | 10-31 | Digital Basic Monthly Fee | 10.00 |
| 10-21 | Internet Transfer to xxx7764 | 75.00 | 10-31 | SERVICE CHARGE | 15.00 |
| 10-22 | Internet Transfer to xxx7764 | 25.00 | 10-31 | OVERDRAFT INTEREST CHARGE | 1.15 |
| 10-23 | Internet Transfer to xxx2100 | 1,500.00 | | | |
| 10-23 | Internet Transfer to xxx8183 | 33.00 | | | |
| 10-23 | Internet Transfer to xxx8183 | 325.00 | | | |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
| --- | --- | --- |
| TOTAL OVERDRAFT FEES: | 176.15 | 1,086.15 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $770.00 |

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date __10/27/25__

The Skillet by SAI
PRINT NAME

SIGNATURE

$ 900.00
AMOUNT

ACCOUNT NUMBER
16018087

1:0212044164:        050

0    $900.00    10/27/2025

0    $900.00    10/27/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
_____ Street and Number _____ City _____ State _____ Zip Code

TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:
☐ Checking .......................................   ☐ Loan .......................................   ☐ Safe Deposit Box ( .......................................  )
☐ Savings .......................................   ☐ Certificate .......................................   ☐ Other (describe below)
SPECIAL
INSTRUCTIONS

Date: _____   Authorized Signature: _____

---

**CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK**

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of those still outstanding in the numbers and amounts of the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | DEPOSITS NOT SHOWN ON STATEMENT | |
|--------|--------|--------|
| | | |
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | STATEMENT BALANCE | |
| **TOTAL** | **TOTAL** | |

**IF CORRECT THESE SHOULD AGREE**

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY