Page 1 of 2
91 0180-000-00000238

📧 For customer service
or current rates
call: 732-591-2530

✉️ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

☎️ Telephone Banking
call 1-877-24 AMBOY

000 0000 0000 0000 0000 0000 0000 0000 0000 0000
000 0000 0000 0000 0000 0000 0000 0000 0000 0000

||IIoIIoI.III.II.II.I.II.I.II.II.III.II.I..III..I.II..I

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

### Annual Food Drive

**We will be collecting for local food banks**
**throughout the month of November.**

**Drop off your donations at your local branch**
**or donate through our Digital Banking Giving Center**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-30 | $1,295.71 |
| Deposits and other credits (+) | $201,034.47 |
| Withdrawals, checks and other debits (-) | $220,670.98 |
| Ending Balance on 10-31 | -$18,340.80 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8183 | 300.00 | 10-03 | RETURNED ITEM, INSUFFICIENT FUNDS, EEYTMMB6NEDQPDN The Leviton Law ACH TRX | 1,987.82 |
| 10-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,900.00 | 10-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 300.00 |
| 10-02 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,795.00 | 10-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 |
| 10-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,000.00 | 10-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 13,000.00 |
| 10-02 | DEPOSIT | 6,150.00 | 10-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 |
| 10-02 | RETURNED ITEM, INSUFFICIENT FUNDS, 270567401850014 IRS USATAXPYMT | 2,537.26 | 10-07 | DEPOSIT | 10,000.00 |
| 10-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 500.00 | 10-07 | 3320456349 EDI PAYMNT OCT 06 8DFJ62M7V3V1GH4 REF*TN*8DFJ62M7V3\ | 217.96 |
| 10-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 500.00 | 10-07 | RETURNED CHECK # 3979, INSUFFICIENT FUNDS | 2,000.00 |
| 10-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 700.00 | 10-08 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,030.00 |
| 10-03 | ST-F4W2A9S1W2L2 DoorDash payout DoorDash - | 1,127.34 | 10-08 | DEPOSIT | 3,000.00 |

**THE SKILLET BY SAL INC**

| **Free Small Business Account** | **Account number: 16107764** |
|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-08 | RETURNED CHECK# 4006, INSUFFICIENT FUNDS | 440.00 | 10-16 | RETURNED CHECK# 13972, INSUFFICIENT FUNDS | 467.89 |
| 10-08 | RETURNED CHECK# 4004, INSUFFICIENT FUNDS | 500.00 | 10-16 | RETURNED CHECK# 13999, INSUFFICIENT FUNDS | 467.89 |
| 10-08 | RETURNED ITEM, INSUFFICIENT FUNDS, SK1088 Termac WEB PAY | 500.10 | 10-16 | RETURNED CHECK# 4027, INSUFFICIENT FUNDS | 470.00 |
| 10-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 25664 Ace Endico EDI PYM NTS | 600.00 | 10-16 | RETURNED CHECK# 14011, INSUFFICIENT FUNDS | 506.68 |
| 10-08 | RETURNED CHECK# 1002, INSUFFICIENT FUNDS | 740.00 | 10-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 38759-030329961 Rewards Network SETTLEMENT | 542.17 |
| 10-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,505.00 | 10-16 | RETURNED CHECK# 4028, INSUFFICIENT FUNDS | 717.50 |
| 10-09 | DEPOSIT | 3,160.00 | 10-16 | RETURNED CHECK# 3836, INSUFFICIENT FUNDS | 764.50 |
| 10-09 | RETURNED ITEM, INSUFFICIENT FUNDS, SK702 Termac WEB PAY | 101.29 | 10-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 26986 Ace Endico EDI PYM NTS | 1,226.36 |
| 10-09 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 252810000736022 TXP* | 242.88 | 10-17 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 2,800.00 |
| 10-09 | RETURNED ITEM, INSUFFICIENT FUNDS, 38737-030306086 Rewards Network SETTLEMENT | 497.13 | 10-17 | ST-H5H5H6A0T8H6 DoorDash payout DoorDash - | 1,202.89 |
| 10-09 | RETURNED ITEM, INSUFFICIENT FUNDS, 270568193040928 IRS USATAXPYMT | 2,508.51 | 10-20 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 100.00 |
| 10-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,450.00 | 10-20 | DEPOSIT | 340.00 |
| 10-10 | ST-Y5J1R1T8H3O4 DoorDash payout DoorDash - | 1,350.06 | 10-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,500.00 |
| 10-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 | 10-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 15,000.00 |
| 10-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 25,000.00 | 10-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 75.00 |
| 10-15 | DEPOSIT | 6,000.00 | 10-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 1,000.00 |
| 10-15 | 3320456349 EDI PAYMNT OCT 13 UFESW0DYO9UBEY6 REF*TN*UFESW0DYO9\ | 105.27 | 10-21 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,500.00 |
| 10-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 100.00 | 10-21 | 3320456349 EDI PAYMNT OCT 20 VDI4SDVIXC7NK7P REF*TN*VDI4SDVIXC\ | 359.72 |
| 10-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,600.80 | 10-22 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 25.00 |
| 10-16 | RETURNED CHECK# 4009, INSUFFICIENT FUNDS | 450.00 | 10-22 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 100.00 |
| 10-16 | RETURNED CHECK# 4034, INSUFFICIENT FUNDS | 450.00 | 10-22 | DEPOSIT | 155.00 |
|  |  |  | 10-22 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,190.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 |
|---|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-22 | RETURNED CHECK # 4072, INSUFFICIENT FUNDS | 920.00 | 10-28 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 100.00 |
| 10-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 500.00 | 10-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,000.00 |
| 10-23 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,600.00 | 10-28 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 4,900.00 |
| 10-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,000.00 | 10-28 | 3320456349 EDI PAYMNT OCT 27 LR1QFPO3DBYRGB9 REF*TN*LR1QFPO3DB\ | 348.94 |
| 10-23 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 252941000939233 TXP* | 257.49 | 10-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,000.00 |
| 10-23 | RETURNED ITEM, INSUFFICIENT FUNDS, 38781-030353852 Rewards Network SETTLEMENT | 454.25 | 10-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 3,800.00 |
| 10-24 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 1,700.00 | 10-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 7,000.00 |
| 10-24 | ST-C0F1F3M2Q2X8 DoorDash payout DoorDash - | 1,127.16 | 10-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 370.00 |
| 10-27 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 400.00 | 10-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 253011001010204 TXP* | 243.62 |
| 10-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 700.00 | 10-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 38803-030377667 Rewards Network SETTLEMENT | 396.93 |
| 10-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,000.00 | 10-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB04130 253011001011692 TXP* | 3,963.93 |
| 10-27 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,500.00 | 10-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 960.00 |
| 10-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 12,000.00 | 10-31 | ST-U4Q5P9W2I1Z7 DoorDash payout DoorDash - | 935.13 |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 10-06 | 600.00 | 3669* | 10-07 | 916.67 | 3968* | 10-02 | 926.30 |
| 1002 | 10-07 | 740.00 | 3836* | 10-15 | 764.50 | 3970* | 10-01 | 400.00 |
| 1003 | 10-06 | 600.00 | 3927* | 10-01 | 120.00 | 3972 | 10-01 | 740.00 |
| 1004 | 10-06 | 400.00 | 3929* | 10-06 | 400.00 | 3973* | 10-01 | 650.00 |
| 1005 | 10-08 | 535.50 | 3939 | 10-06 | 1,000.00 | 3975* | 10-07 | 1,000.00 |
| 1006 | 10-06 | 800.00 | 3940* | 10-14 | 1,000.00 | 3977* | 10-01 | 500.00 |
| 1007* | 10-06 | 385.00 | 3947 | 10-03 | 1,000.00 | 3979 | 10-06 | 2,000.00 |
| 1009 | 10-09 | 250.00 | 3948* | 10-15 | 1,000.00 | 3979 | 10-21 | 2,000.00 |
| 1010 | 10-06 | 231.00 | 3956 | 10-03 | 2,550.00 | 3980* | 10-10 | 2,000.00 |
| 1011 | 10-07 | 633.00 | 3957* | 10-07 | 2,600.00 | 3982* | 10-08 | 1,668.26 |
| 1012* | 10-09 | 1,245.00 | 3961* | 10-01 | 473.00 | 3985 | 10-03 | 2,113.00 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 |
|---|---|---|

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3986* | 10-14 | 2,113.00 | 4040 | 10-15 | 1,000.00 | 4094 | 10-27 | 650.00 |
| 3991 | 10-02 | 746.50 | 4041* | 10-27 | 3,000.00 | 4095 | 10-27 | 231.00 |
| 3992* | 10-03 | 400.00 | 4047 | 10-27 | 771.40 | 4096 | 10-27 | 500.00 |
| 3994* | 10-07 | 615.00 | 4048 | 10-20 | 1,000.00 | 4097 | 10-28 | 600.00 |
| 3996 | 10-03 | 300.00 | 4049 | 10-27 | 1,583.65 | 4098 | 10-28 | 315.00 |
| 3997* | 10-02 | 350.00 | 4050 | 10-27 | 500.00 | 4099 | 10-27 | 340.00 |
| 3999 | 10-02 | 450.00 | 4051 | 10-20 | 620.00 | 4100 | 10-30 | 610.00 |
| 4000 | 10-02 | 500.00 | 4052 | 10-20 | 250.00 | 4101 | 10-30 | 770.00 |
| 4001 | 10-01 | 750.00 | 4053 | 10-20 | 650.00 | 4102 | 10-29 | 650.00 |
| 4002 | 10-06 | 730.00 | 4054 | 10-24 | 300.00 | 4103 | 10-28 | 712.50 |
| 4003 | 10-06 | 1,528.69 | 4055 | 10-20 | 450.00 | 4104* | 10-28 | 712.20 |
| 4004 | 10-07 | 500.00 | 4056 | 10-21 | 450.00 | 4110 | 10-28 | 290.00 |
| 4005 | 10-01 | 650.00 | 4057* | 10-27 | 764.50 | 4111* | 10-29 | 507.80 |
| 4006 | 10-07 | 440.00 | 4060 | 10-28 | 600.00 | 4113 | 10-30 | 500.00 |
| 4006 | 10-20 | 440.00 | 4061 | 10-27 | 1,462.00 | 4114 | 10-30 | 350.00 |
| 4007 | 10-08 | 821.15 | 4062 | 10-21 | 615.00 | 4115* | 10-30 | 450.00 |
| 4008 | 10-06 | 599.00 | 4063 | 10-22 | 660.00 | 4119* | 10-31 | 254.50 |
| 4009 | 10-15 | 450.00 | 4064 | 10-28 | 660.00 | 4127 | 10-30 | 400.00 |
| 4010 | 10-09 | 750.00 | 4065 | 10-27 | 231.00 | 4128 | 10-30 | 615.00 |
| 4011 | 10-14 | 1,464.05 | 4066 | 10-20 | 300.00 | 4129* | 10-31 | 350.00 |
| 4012 | 10-14 | 250.00 | 4067 | 10-23 | 300.00 | 13882* | 10-06 | 26.82 |
| 4013 | 10-24 | 3,058.00 | 4068 | 10-24 | 320.00 | 13903 | 10-23 | 20.12 |
| 4014 | 10-21 | 1,004.40 | 4069 | 10-22 | 500.00 | 13904* | 10-15 | 11.73 |
| 4015 | 10-14 | 740.00 | 4070 | 10-22 | 972.00 | 13909* | 10-06 | 3.41 |
| 4016 | 10-14 | 320.00 | 4071 | 10-28 | 450.00 | 13931* | 10-15 | 69.30 |
| 4017 | 10-14 | 500.00 | 4072 | 10-21 | 920.00 | 13936* | 10-01 | 226.47 |
| 4018 | 10-14 | 300.00 | 4073 | 10-23 | 500.00 | 13945 | 10-02 | 668.22 |
| 4019 | 10-10 | 650.00 | 4074 | 10-30 | 447.00 | 13946 | 10-02 | 467.89 |
| 4020 | 10-10 | 650.00 | 4075 | 10-24 | 586.00 | 13947* | 10-01 | 349.15 |
| 4021 | 10-20 | 2,521.08 | 4076 | 10-29 | 555.55 | 13952 | 10-07 | 36.02 |
| 4022 | 10-20 | 1,000.00 | 4077 | 10-27 | 1,326.00 | 13953* | 10-15 | 9.73 |
| 4023* | 10-14 | 619.56 | 4078 | 10-27 | 500.00 | 13955 | 10-01 | 314.19 |
| 4027 | 10-15 | 470.00 | 4079 | 10-29 | 600.00 | 13956 | 10-23 | 74.35 |
| 4028 | 10-15 | 717.50 | 4080 | 10-23 | 650.00 | 13957 | 10-15 | 55.93 |
| 4029 | 10-17 | 600.00 | 4081 | 10-28 | 1,550.91 | 13958* | 10-06 | 157.74 |
| 4030 | 10-14 | 1,245.00 | 4082 | 10-27 | 500.00 | 13962* | 10-01 | 259.63 |
| 4031 | 10-27 | 1,500.00 | 4083* | 10-30 | 260.00 | 13964* | 10-14 | 307.99 |
| 4032 | 10-20 | 740.00 | 4085 | 10-27 | 250.00 | 13967 | 10-08 | 429.52 |
| 4033 | 10-14 | 231.00 | 4086 | 10-27 | 300.00 | 13968* | 10-07 | 229.27 |
| 4034 | 10-15 | 450.00 | 4087 | 10-27 | 200.00 | 13971 | 10-07 | 668.22 |
| 4035 | 10-14 | 950.00 | 4088 | 10-28 | 920.00 | 13972 | 10-15 | 467.89 |
| 4036 | 10-21 | 843.00 | 4089 | 10-27 | 176.00 | 13973 | 10-06 | 428.75 |
| 4037 | 10-29 | 450.00 | 4090* | 10-30 | 500.00 | 13974 | 10-06 | 335.55 |
| 4038 | 10-22 | 212.00 | 4092 | 10-28 | 130.00 | 13975 | 10-06 | 427.60 |
| 4039 | 10-16 | 750.00 | 4093 | 10-28 | 400.00 | 13976 | 10-07 | 269.13 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13977 | 10-06 | 328.87 | 14004 | 10-15 | 14.03 | 14035 | 10-20 | 241.26 |
| 13978 | 10-06 | 21.33 | 14005 | 10-15 | 326.73 | 14036 | 10-24 | 506.68 |
| 13979 | 10-15 | 3.15 | 14006 | 10-14 | 163.91 | 14037 | 10-27 | 12.78 |
| 13980 | 10-08 | 330.80 | 14007* | 10-14 | 283.13 | 14038* | 10-20 | 225.82 |
| 13981 | 10-06 | 270.86 | 14009 | 10-15 | 24.22 | 14040 | 10-27 | 321.10 |
| 13982 | 10-23 | 62.18 | 14010 | 10-16 | 195.55 | 14041 | 10-21 | 21.40 |
| 13983 | 10-15 | 39.22 | 14011* | 10-15 | 506.68 | 14042 | 10-20 | 1.13 |
| 13984 | 10-06 | 84.55 | 14013 | 10-14 | 226.78 | 14043* | 10-23 | 429.52 |
| 13985 | 10-07 | 506.68 | 14014 | 10-14 | 98.49 | 14046* | 10-28 | 668.22 |
| 13986 | 10-20 | 25.32 | 14015 | 10-20 | 19.85 | 14048* | 10-27 | 423.63 |
| 13987 | 10-06 | 222.61 | 14016 | 10-27 | 331.36 | 14050 | 10-28 | 269.13 |
| 13988* | 10-06 | 79.37 | 14017 | 10-15 | 2.77 | 14051 | 10-28 | 23.88 |
| 13990 | 10-14 | 317.69 | 14018 | 10-14 | 21.39 | 14052 | 10-28 | 330.06 |
| 13991 | 10-06 | 31.01 | 14019 | 10-23 | 429.52 | 14053 | 10-28 | 4.98 |
| 13992 | 10-06 | 4.69 | 14020* | 10-14 | 90.00 | 14054 | 10-28 | 260.91 |
| 13993 | 10-09 | 429.52 | 14023 | 10-22 | 668.22 | 14055* | 10-28 | 206.76 |
| 13994 | 10-06 | 206.00 | 14024* | 10-28 | 467.89 | 14057 | 10-30 | 97.48 |
| 13995* | 10-14 | 85.00 | 14026 | 10-20 | 286.14 | 14058* | 10-27 | 18.46 |
| 13998 | 10-17 | 668.22 | 14027 | 10-17 | 427.60 | 14061 | 10-27 | 317.52 |
| 13999 | 10-15 | 467.89 | 14028 | 10-17 | 269.13 | 14062 | 10-28 | 14.28 |
| 14000 | 10-14 | 428.75 | 14029 | 10-21 | 313.76 | 14063* | 10-27 | 20.80 |
| 14001 | 10-14 | 186.54 | 14030 | 10-28 | 1.75 | 14078 | 10-30 | 93.17 |
| 14002 | 10-14 | 427.60 | 14031 | 10-20 | 154.42 | | | |
| 14003 | 10-14 | 269.13 | 14032* | 10-22 | 344.29 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-01 | 7216000928 NJWEB01120 252731000697203 TXP*B872535605000*01120*250930*T*26 | 262.43 | 10-02 | EEYTMMB6NEDQPDN The Leviton Law ACH TRX | 1,987.82 |
| | | | 10-02 | RETURNED CHECK CHARGE | 35.00 |
| 10-01 | 38715-030281394 Rewards Network SETTLEMENT | 362.13 | 10-02 | OVERDRAFT CHARGE | 70.00 |
| | | | 10-03 | 39 594 284 NEW YORK LIFE INS. PREM . | 24.00 |
| 10-01 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 | 10-03 | 39 594 241 NEW YORK LIFE INS. PREM . | 84.50 |
| | | | 10-03 | 39 590 652 NEW YORK LIFE INS. PREM . | 89.00 |
| 10-01 | 24690 Ace Endico EDI PYMNT S | 1,144.16 | 10-03 | 25038 Ace Endico EDI PYMNT S | 300.00 |
| 10-01 | XXXXX3951 Ivy Receivables 7183166893 | 2,000.00 | 10-03 | 38728-030294946 Rewards Network SETTLEMENT | 662.38 |
| 10-01 | 9028132188 HILOYO INVESTM EN ACH Debit | 2,197.00 | 10-03 | XXXXX2283 Ivy Receivables 7183166893 | 2,000.00 |
| 10-01 | 270567401850014 IRS USA TAXPYM T | 2,537.26 | 10-03 | 9028132665 HILOYO INVESTM EN ACH Debit | 2,197.00 |
| 10-02 | 888-395-8070 MICROSALE ACH | 584.00 | 10-03 | RETURNED CHECK CHARGE | 35.00 |
| 10-02 | XXXXX7833 Lend Bug LLC 9175802864 | 1,000.00 | 10-03 | OVERDRAFT CHARGE | 70.00 |
| 10-02 | SKI300 ACE ENDICO CORP SKI300 | 1,165.48 | | | |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-06 | Z6Q3K5 AppFolio, Inc. F WEB PMTS | 2.49 | 10-14 | 38754-030320857 Rewards Network SETTLEMENT | 497.13 |
| 10-06 | 9702184 INTUIT * QBooks Onl | 65.00 | 10-14 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 10-06 | fXXXXX4392 Farmers Ins Exch EFT PYMT | 309.00 | 10-14 | BQPVPD Acorn Property M WEB PMTS | 500.00 |
| 10-06 | JV8PND Acorn Property M WEB PMTS | 500.00 | 10-14 | 604599217073111 Sams Club SYF PAYMNT | 750.00 |
| 10-06 | ST-H5R8T0E5L8L0 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 10-14 | XXXXX5327 Lend Bug LLC 9175802864 | 1,000.00 |
| 10-06 | 25239 Ace Endico EDI PYMNTS | 600.00 | 10-14 | 221568731763267 IRS USATAXPYM T | 1,000.00 |
| 10-06 | XXXXX9272 Lend Bug LLC 9175802864 | 1,000.00 | 10-14 | 26830 Ace Endico EDI PYMNTS | 1,226.35 |
| 10-06 | OVERDRAFT CHARGE | 105.00 | 10-14 | 26448 Ace Endico EDI PYMNTS | 2,195.16 |
| 10-07 | SK1088 Termac WEB PAY | 500.10 | 10-14 | OVERDRAFT CHARGE | 105.00 |
| 10-07 | 25664 Ace Endico EDI PYMNTS | 600.00 | 10-15 | Cust #55252431 PERFORMANCEMNY CASH CONC | 439.43 |
| 10-07 | RETURNED CHECK CHARGE | 35.00 | 10-15 | 38759-030329961 Rewards Network SETTLEMENT | 542.17 |
| 10-07 | OVERDRAFT CHARGE | 70.00 | | | |
| 10-08 | SK702 Termac WEB PAY | 101.29 | 10-15 | 26986 Ace Endico EDI PYMNTS | 1,226.36 |
| 10-08 | 2FLA40821030800 HARLAND CLARKE CHK ORDER | 106.55 | 10-15 | OVERDRAFT CHARGE | 105.00 |
| 10-08 | 7216000928 NJWEB01120 252801000736022 TXP*B872535605000*01120*251231*T*24 | 242.88 | 10-16 | 7216000928 NJWEB01120 252881000812693 TXP*B872535605000*01120*251231*T*26 | 262.92 |
| 10-08 | 38737-030306086 Rewards Network SETTLEMENT | 497.13 | 10-16 | 270568892246369 IRS USATAXPYM T | 2,469.49 |
| 10-08 | 25839 Ace Endico EDI PYMNTS | 682.55 | 10-16 | RETURNED CHECK CHARGE | 105.00 |
| 10-08 | Cust #55252431 PERFORMANCEMNY CASH CONC | 1,000.00 | 10-17 | SK702 Termac WEB PAY | 101.29 |
| 10-08 | 270568193040928 IRS USATAXPYM T | 2,508.51 | 10-17 | STANDARDWASTESER PURCHASE | 220.00 |
| 10-08 | RETURNED CHECK CHARGE | 105.00 | 10-17 | SK1088 Termac WEB PAY | 500.10 |
| 10-09 | RETURNED CHECK CHARGE | 105.00 | 10-17 | XXXXX7250 Ivy Receivables 7183166893 | 2,000.00 |
| 10-10 | 7216000928 RETRY PYMT 252801000736022 TXP*B872535605000*01120*251231*T*24 | 242.88 | 10-17 | 9028474898 HILOYO INVESTMEN ACH Debit | 2,197.00 |
| | | | 10-17 | OVERDRAFT CHARGE | 105.00 |
| 10-10 | 6RBINNA4IF1 DEPT EDUCATION STUDENT LN | 380.00 | 10-20 | YKRTK5 AppFolio, Inc. F WEB PMTS | 2.49 |
| | | | 10-20 | STANDARDWASTESER PURCHASE | 220.00 |
| 10-10 | SKI300 ACE ENDICO CORP SKI300 | 650.00 | 10-20 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 |
| 10-10 | 26233 Ace Endico EDI PYMNTS | 843.07 | 10-20 | 38776-030344700 Rewards Network SETTLEMENT | 542.17 |
| 10-10 | Cust #55252431 PERFORMANCEMNY CASH CONC | 1,331.03 | | | |
| 10-10 | XXXXX8721 Ivy Receivables 7183166893 | 2,000.00 | 10-20 | SKI300 ACE ENDICO CORP SKI300 | 600.00 |
| 10-10 | 9028361619 HILOYO INVESTMEN ACH Debit | 2,197.00 | 10-20 | XXXXX3205 Lend Bug LLC 9175802864 | 1,000.00 |
| | | | 10-20 | TBN6QD Acorn Property M WEB PMTS | 1,500.00 |
| 10-10 | OVERDRAFT CHARGE | 105.00 | 10-20 | OVERDRAFT CHARGE | 105.00 |
| 10-14 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 175.51 | 10-21 | OVERDRAFT CHARGE | 70.00 |
| 10-14 | FW7NK5 AppFolio, Inc. F WEB PMTS | 2.49 | 10-22 | 7216000928 NJWEB01120 252941000939233 TXP*B872535605000*01120*251231*T*25 | 257.49 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-22 | 38781-030353852 Rewards Network SETTLEMENT | 454.25 | 10-28 | 721814294680544 BEST BUY AUTO PYMT | 46.00 |
| 10-22 | 28110 Ace Endico EDI PYMNTS | 750.00 | 10-28 | SK 1088 Termac WEB PAY | 475.54 |
| 10-22 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 | 10-28 | OVERDRAFT CHARGE | 105.00 |
| 10-22 | 270569511061403 IRS USA TAX PYMT | 2,371.32 | 10-29 | 7216000928 NJWEB01120 253011001001204 TXP*B872535605000*01120*251231*T*24 | 243.62 |
| 10-22 | RETURNED CHECK CHARGE | 35.00 | 10-29 | 38803-030377667 Rewards Network SETTLEMENT | 396.93 |
| 10-22 | OVERDRAFT CHARGE | 70.00 | | | |
| 10-23 | 28227 Ace Endico EDI PYMNTS | 750.00 | 10-29 | Cust #55252431 PERFORMANCEM NY CASH CONC | 1,000.00 |
| 10-23 | OVERDRAFT CHARGE | 35.00 | | | |
| 10-23 | RETURNED CHECK CHARGE | 70.00 | 10-29 | 270570201907214 IRS USA TAX PYMT | 2,214.06 |
| 10-24 | SK 702 Termac WEB PAY | 101.29 | 10-29 | 7216000928 NJWEB04130 253011001001692 TXP*B872535605000*04130*250930*T*39 | 3,963.93 |
| 10-24 | 7216000928 RETRY PYMT 252941000939233 TXP*B872535605000*01120*251231*T*25 | 257.49 | | | |
| 10-24 | 28414 Ace Endico EDI PYMNTS | 750.00 | 10-29 | OVERDRAFT CHARGE | 105.00 |
| 10-24 | XXXXX7274 Ivy Receivables 7183166893 | 2,000.00 | 10-30 | RETURNED CHECK CHARGE | 105.00 |
| 10-24 | 9028584693 HILOYO INVESTMEN ACH Debit | 2,297.00 | 10-31 | 270570430618883 IRS USA TAX PYMT | 181.87 |
| | | | 10-31 | 7216000928 RETRY PYMT 253011001001204 TXP*B872535605000*01120*251231*T*24 | 243.62 |
| 10-24 | OVERDRAFT CHARGE | 105.00 | | | |
| 10-27 | 38798-030348495 Rewards Network SETTLEMENT | 454.25 | 10-31 | 7216000928 NJWEB82 253031001058544 TXP*B872535605000*13002*250930*T*18 | 1,867.35 |
| 10-27 | 28620 Ace Endico EDI PYMNTS | 809.47 | 10-31 | SKI300 ACE ENDICO CORP SKI300 | 2,865.34 |
| 10-27 | XXXXX5690 Lend Bug LLC 9175802864 | 1,000.00 | 10-31 | 7216000928 RETRY PYMT 253011001001692 TXP*B872535605000*04130*250930*T*39 | 3,963.93 |
| 10-27 | OVERDRAFT CHARGE | 105.00 | | | |
| | | | 10-31 | OVERDRAFT CHARGE | 105.00 |
| | | | 10-31 | SERVICE CHARGE | 78.00 |
| | | | 10-31 | OVERDRAFT INTEREST CHARGE | 95.18 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 1,635.18 | 9,650.18 |
| TOTAL RETURNED ITEM FEES: | $630.00 | $2,555.00 |

1001    $600.00    10/6/2025



1002    $740.00    10/7/2025



1003    $600.00    10/6/2025



1004    $400.00    10/6/2025



1005    $535.50    10/8/2025



1006    $800.00    10/6/2025



1007   $385.00   10/6/2025

1007   $385.00   10/6/2025

1009   $250.00   10/9/2025

1009   $250.00   10/9/2025

1010   $231.00   10/6/2025

1010   $231.00   10/6/2025

1011   $633.00   10/7/2025

1011   $633.00   10/7/2025

1012   $1,245.00   10/9/2025

1012   $1,245.00   10/9/2025

3669   $916.67   10/7/2025

3669   $916.67   10/7/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3836
8/18/25
Pay to the Order of Griffys        $ 764.50
Seven Hundred Sixty Four and 50/100 Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 7/18 — 7/25
3836

3836    $764.50    10/15/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3927
9/10/25
Pay to the Order of Shuga Li Fam        $ 120.00
One Hundred Twenty Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
3927

226071004 FLAGSTAR, N.A.
9/30/2025, 10:15:27
U0037612
10922732536917
0570 HOWELL

3927    $120.00    10/1/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3929
9/25/25
Pay to the Order of Packaging Plus        $ 400.00
Four Hundred Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
3929

Seq: 10
Dep ID: 9,984,548
031000053
Date: 10/3/25 12:47 PM
For Remote Deposit Only
PNC Bank
031000053

3929    $400.00    10/6/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3939
10-3-25
Pay to the Order of Falzone        $ 1000.00
One Thousand Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Sep
3939

0833698110 TD Mobile Deposit
10/3/2025 10:30:23 AM
4369946947

3939    $1,000.00    10/6/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3940
10/10/25
Pay to the Order of Falzone        $ 1000.00
One Thousand Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Sep
3940

0935740067 TD Mobile Deposit
10/10/2025 7:55:26 PM
4369946947

3940    $1,000.00    10/14/2025

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
3947
9/22/25
Pay to the Order of Robert Scarpen        $ 1000.00
One Thousand Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Bet 33C (1000) Bet 22K
3947

3947    $1,000.00    10/3/2025

3948    $1,000.00    10/15/2025

3948    $1,000.00    10/15/2025

3956    $2,550.00    10/3/2025

3956    $2,550.00    10/3/2025

3957    $2,600.00    10/7/2025

3957    $2,600.00    10/7/2025

3961    $473.00    10/1/2025

3961    $473.00    10/1/2025

3968    $926.30    10/2/2025

3968    $926.30    10/2/2025

3970    $400.00    10/1/2025

3970    $400.00    10/1/2025

3972    $740.00    10/1/2025



3972    $740.00    10/1/2025



3973    $650.00    10/1/2025



3973    $650.00    10/1/2025



3975    $1,000.00    10/7/2025



3975    $1,000.00    10/7/2025



3977    $500.00    10/1/2025



3977    $500.00    10/1/2025



3979    $2,000.00    10/6/2025



3979    $2,000.00    10/6/2025



3979    $2,000.00    10/21/2025



3979    $2,000.00    10/21/2025

3980  $2,000.00  10/10/2025



3982  $1,668.26  10/8/2025



3985  $2,113.00  10/3/2025



3986  $2,113.00  10/14/2025



3991  $746.50  10/2/2025



3992  $400.00  10/3/2025

3994   $615.00   10/7/2025



3994   $615.00   10/7/2025



3996   $300.00   10/3/2025



3996   $300.00   10/3/2025



3997   $350.00   10/2/2025



3997   $350.00   10/2/2025



3999   $450.00   10/2/2025



3999   $450.00   10/2/2025



4000   $500.00   10/2/2025



4000   $500.00   10/2/2025



4001   $750.00   10/1/2025



4001   $750.00   10/1/2025



4002    $730.00    10/6/2025        4002    $730.00    10/6/2025

4003    $1,528.69    10/6/2025     4003    $1,528.69    10/6/2025

4004    $500.00    10/7/2025        4004    $500.00    10/7/2025

4005    $650.00    10/1/2025        4005    $650.00    10/1/2025

4006    $440.00    10/7/2025        4006    $440.00    10/7/2025

4006    $440.00    10/20/2025     4006    $440.00    10/20/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4007

Pay to the Order of _Miscela D'oro_        $ 821.15

_Eight Hundred Twenty One 15/___ Dollars

△ AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

10/7/25

**4007   $821.15   10/8/2025**

Seq: 5
Dep: 000362
Date: 10/07/25

**4007   $821.15   10/8/2025**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07729

4008

Pay to the Order of _King Kong_        $ 599.00

_Five Hundred Ninety nine_ Dollars

△ AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

10/1/25

**4008   $599.00   10/6/2025**

For Deposit Only - JPMC

**4008   $599.00   10/6/2025**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4009

Pay to the Order of _NINA AMARANDO_        $ 450.00

_Four Hundred Fifty_ Dollars

△ AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _10/3/25_

10/9/25

**4009   $450.00   10/15/2025**

**4009   $450.00   10/15/2025**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4010

Pay to the Order of _Sam Lobel_        $ 750.00

_Seven Hundred Fifty_ Dollars

△ AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

10/7/25

**4010   $750.00   10/9/2025**

For Deposit Only - JPMC

**4010   $750.00   10/9/2025**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4011

Pay to the Order of _Sullivan Brothers_        $ 1464.05

_One Thousand Four Hundred Sixty-Four 05/___ Dollars

△ AMBOY Bank
MANALAPAN OFFICE 19
MANALAPAN, NJ 07726
www.amboybank.com

For _7/25_

10/9/25

**4011   $1,464.05   10/14/2025**

528728040146 130554  20251010 00000000161-0776-4
TRN_DEBIT TAF4728  1464.05
Red Bank 0287 94004 5287 0008 0019

**4011   $1,464.05   10/14/2025**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4012

Pay to the Order of _Act Fast_        $ 250.00

_Two Hundred Fifty_ Dollars

△ AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

10/12/25

**4012   $250.00   10/14/2025**

**4012   $250.00   10/14/2025**



4013    $3,058.00    10/24/2025          4013    $3,058.00    10/24/2025

4014    $1,004.40    10/21/2025          4014    $1,004.40    10/21/2025

4015    $740.00    10/14/2025          4015    $740.00    10/14/2025

4016    $320.00    10/14/2025          4016    $320.00    10/14/2025

4017    $500.00    10/14/2025          4017    $500.00    10/14/2025

4018    $300.00    10/14/2025          4018    $300.00    10/14/2025

4019    $650.00    10/10/2025



4019    $650.00    10/10/2025



4020    $650.00    10/10/2025



4020    $650.00    10/10/2025



4021    $2,521.08    10/20/2025



4021    $2,521.08    10/20/2025



4022    $1,000.00    10/20/2025



4022    $1,000.00    10/20/2025



4023    $619.56    10/14/2025



4023    $619.56    10/14/2025



4027    $470.00    10/15/2025



4027    $470.00    10/15/2025



4028    $717.50    10/15/2025                4028    $717.50    10/15/2025

4029    $600.00    10/17/2025                4029    $600.00    10/17/2025

4030    $1,245.00    10/14/2025              4030    $1,245.00    10/14/2025

4031    $1,500.00    10/27/2025              4031    $1,500.00    10/27/2025

4032    $740.00    10/20/2025                4032    $740.00    10/20/2025

4033    $231.00    10/14/2025                4033    $231.00    10/14/2025

**Check 4034**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4034

Date 10/14/25

Pay to the Order of: Nina Amarando    $ 450.00

Four Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: 10/10/25

⑈021204416⑈ ⑈161⑈0776⑈ 4034

4034    $450.00    10/15/2025

---

**Check 4035**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4035

Date 10/12/25

Pay to the Order of: Leo Gonzalez    $ 950.00

Nine Hundred Fifty and 00/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈ 4035

For Deposit Only - JPMC

4035    $950.00    10/14/2025

---

**Check 4036**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4036

Date 10/19/25

Pay to the Order of: Felipe Ramos    $ 843.00

Eight Hundred Forty Three and 00/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈ 4036

4036    $843.00    10/21/2025

---

**Check 4037**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4037

Date 10/16/25

Pay to the Order of: State of NJ Div of Employ    $ 450.00

Four Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: 8725605

⑈021204416⑈ ⑈161⑈0776⑈ 4037

4037    $450.00    10/29/2025

---

**Check 4038**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4038

Date 10/19/25

Pay to the Order of: aVisible Different    $ 212.00

Two Hundred Twelve    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈ 4038

2385505085

4038    $212.00    10/22/2025

---

**Check 4039**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4039

Date 10/14/25

Pay to the Order of: Samuel Lobel    $ 750.00

Seven Hundred Fifty and 00/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For:

⑈021204416⑈ ⑈161⑈0776⑈ 4039

For Deposit Only - JPMC

4039    $750.00    10/16/2025

4040   $1,000.00   10/15/2025



4040   $1,000.00   10/15/2025



4041   $3,000.00   10/27/2025



4041   $3,000.00   10/27/2025



4047   $771.40   10/27/2025



4047   $771.40   10/27/2025



4048   $1,000.00   10/20/2025



4048   $1,000.00   10/20/2025



4049   $1,583.65   10/27/2025



4049   $1,583.65   10/27/2025



4050   $500.00   10/27/2025



4050   $500.00   10/27/2025

**THE SKILLET BY SAL INC** — 310 MOUNTS CORNER DRIVE, FREEHOLD, NJ 07728 — Check 4051 — 10/18/25 — Pay to the Order of Hermelinda Castaneda — $620.00 — Six Hundred Twenty and 00/100 Dollars — AMBOY Bank

4051    $620.00    10/20/2025



**THE SKILLET BY SAL INC** — Check 4052 — 10/16/25 — Pay to the Order of Sergio Sitan — $250.00 — Two Hundred Fifty — Dollars — AMBOY Bank

4052    $250.00    10/20/2025



**THE SKILLET BY SAL INC** — Check 4053 — Pay to the Order of Freddy Miraglia — $650.00 — Six Hundred Fifty and 00/100 Dollars — AMBOY Bank

4053    $650.00    10/20/2025



**THE SKILLET BY SAL INC** — Check 4054 — 10/21/25 — Pay to the Order of Alonzo Solis — $300.00 — Three Hundred — Dollars — AMBOY Bank

4054    $300.00    10/24/2025



**THE SKILLET BY SAL INC** — Check 4055 — 10/17/25 — Pay to the Order of Paul Hernandez — $450.00 — Four Hundred Fifty and 00/100 — Dollars — AMBOY Bank

4055    $450.00    10/20/2025



**THE SKILLET BY SAL INC** — Check 4056 — 10/18/25 — Pay to the Order of Fernando Miraglia — $450.00 — Four Hundred Fifty — Dollars — AMBOY Bank

4056    $450.00    10/21/2025



4057  $764.50  10/27/2025

4057  $764.50  10/27/2025

4060  $600.00  10/28/2025

4060  $600.00  10/28/2025

4061  $1,462.00  10/27/2025

4061  $1,462.00  10/27/2025

4062  $615.00  10/21/2025

4062  $615.00  10/21/2025

4063  $660.00  10/22/2025

4063  $660.00  10/22/2025

4064  $660.00  10/28/2025

4064  $660.00  10/28/2025

16107764  Page 23

**Check 4065**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4065

Date: 10/24/25

Pay to the Order of: Justin Bacle    $ 231.??

Two Hundred Thirty and ??/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

4065    $231.00    10/27/2025

**Check 4066**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4066

Date: 10/14/25

Pay to the Order of: Noel Gonzalez    $ 300.00

Three Hundred Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For Deposit Only - JPMC

4066    $300.00    10/20/2025

**Check 4067**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4067

Date: 10/22/25

Pay to the Order of: Fernando Milvaux    $ 300.00

Three Hundred Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

14757-NJ

4067    $300.00    10/23/2025

**Check 4068**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4068

Date: 10/23/25

Pay to the Order of: ALONZO Solis    $ 320.00

Three Hundred Twenty and ??/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

14757-NJ

4068    $320.00    10/24/2025

**Check 4069**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4069

Date: 10/6/25

Pay to the Order of: ALEX Ramon    $ 500.00

Five Hundred Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

14757-NJ

4069    $500.00    10/22/2025

**Check 4070**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4070

Date: 10/28/25

Pay to the Order of: ALex Ramon    $ 972.00

Nine Hundred Seventy-two and ??/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

14757-NJ

4070    $972.00    10/22/2025



4071   $450.00   10/28/2025     4071   $450.00   10/28/2025

4072   $920.00   10/21/2025     4072   $920.00   10/21/2025

4073   $500.00   10/23/2025     4073   $500.00   10/23/2025

4074   $447.00   10/30/2025     4074   $447.00   10/30/2025

4075   $586.00   10/24/2025     4075   $586.00   10/24/2025

4076   $555.55   10/29/2025     4076   $555.55   10/29/2025

4077    $1,326.00    10/27/2025

4077    $1,326.00    10/27/2025



4078    $500.00    10/27/2025

4078    $500.00    10/27/2025



4079    $600.00    10/29/2025

4079    $600.00    10/29/2025



4080    $650.00    10/23/2025

4080    $650.00    10/23/2025



4081    $1,550.91    10/28/2025

4081    $1,550.91    10/28/2025



4082    $500.00    10/27/2025

4082    $500.00    10/27/2025



4083    $260.00    10/30/2025

4085    $250.00    10/27/2025

4086    $300.00    10/27/2025

4087    $200.00    10/27/2025

4088    $920.00    10/28/2025

4089    $176.00    10/27/2025

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4090

10/30/25

Pay to the Order of Carbon

$ 500.00

Five Hundred

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4090

---

BOFD RTN 221271935
10/29/2025
12:25:09
KCLAYTON
TMID 419013022544706

---

| 4090 | $500.00 | 10/30/2025 |

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4092

10/28/25

Pay to the Order of Deandre Fate

$ 130.00

One Thousand

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4092

---

| 4092 | $130.00 | 10/28/2025 |

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4093

10/28/25

Pay to the Order of Marlon Calderon

$ 400.00

Four Hundred

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4093

---

| 4093 | $400.00 | 10/28/2025 |

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4094

10/27/25

Pay to the Order of Sergio Sitou

$ 650.00

Six Hundred Fifty

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4094

---

| 4094 | $650.00 | 10/27/2025 |

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4095

10/29/25

Pay to the Order of Justin Breuk

$ 231.00

Two Hundred Thirty One

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4095

---

| 4095 | $231.00 | 10/27/2025 |

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4096

10/24/25

Pay to the Order of Paul Hernandez

$ 500.00

Five Hundred

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4096

---

| 4096 | $500.00 | 10/27/2025 |



4097    $600.00    10/28/2025        4097    $600.00    10/28/2025

4098    $315.00    10/28/2025        4098    $315.00    10/28/2025

4099    $340.00    10/27/2025        4099    $340.00    10/27/2025

4100    $610.00    10/30/2025        4100    $610.00    10/30/2025

4101    $770.00    10/30/2025        4101    $770.00    10/30/2025

4102    $650.00    10/29/2025        4102    $650.00    10/29/2025

4103    $712.50    10/28/2025



4104    $712.20    10/28/2025



4110    $290.00    10/28/2025



4111    $507.80    10/29/2025



4113    $500.00    10/30/2025



4114    $350.00    10/30/2025



4115    $450.00    10/30/2025

4119    $254.50    10/31/2025

4127    $400.00    10/30/2025

4128    $615.00    10/30/2025

4129    $350.00    10/31/2025

13882    $26.82    10/6/2025




13903   $20.12   10/23/2025          13903   $20.12   10/23/2025




13904   $11.73   10/15/2025          13904   $11.73   10/15/2025




13909   $3.41   10/6/2025          13909   $3.41   10/6/2025




13931   $69.30   10/15/2025          13931   $69.30   10/15/2025




13936   $226.47   10/1/2025          13936   $226.47   10/1/2025




13945   $668.22   10/2/2025          13945   $668.22   10/2/2025





13946   $467.89   10/2/2025          13946   $467.89   10/2/2025




13947   $349.15   10/1/2025          13947   $349.15   10/1/2025




13952   $36.02   10/7/2025          13952   $36.02   10/7/2025




13953   $9.73   10/15/2025          13953   $9.73   10/15/2025




13955   $314.19   10/1/2025          13955   $314.19   10/1/2025

13956   $74.35   10/23/2025          13956   $74.35   10/23/2025




13957   $55.93   10/15/2025




13958   $157.74   10/6/2025




13962   $259.63   10/1/2025




13964   $307.99   10/14/2025




13967   $429.52   10/8/2025




13968   $229.27   10/7/2025





13971   $668.22   10/7/2025

13971   $668.22   10/7/2025



13972   $467.89   10/15/2025

13972   $467.89   10/15/2025



13973   $428.75   10/6/2025

13973   $428.75   10/6/2025





13974   $335.55   10/6/2025

13974   $335.55   10/6/2025

13975   $427.60   10/6/2025

13975   $427.60   10/6/2025





13976   $269.13   10/7/2025

13976   $269.13   10/7/2025




13977  $328.87  10/6/2025




13978  $21.33  10/6/2025




13979  $3.15  10/15/2025




13980  $330.80  10/8/2025




13981  $270.86  10/6/2025




13982  $62.18  10/23/2025








13983   $39.22   10/15/2025          13983   $39.22   10/15/2025




13984   $84.55   10/6/2025          13984   $84.55   10/6/2025




13985   $506.68   10/7/2025          13985   $506.68   10/7/2025




13986   $25.32   10/20/2025          13986   $25.32   10/20/2025




13987   $222.61   10/6/2025          13987   $222.61   10/6/2025

13988   $79.37   10/6/2025          13988   $79.37   10/6/2025

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 13990

Three Hundred Seventeen Dollars and Sixty-Nine Cents

Pay EMILY A. SPADAFORA
to the 21 EARHIN RD.
Order OLD BRIDGE NJ 08857
of

Date 10/03/2025    Amount ********$317.69

13990    $317.69    10/14/2025

13990    $317.69    10/14/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 13991

Thirty-One Dollars and One Cent

Pay NICHOLAS J. TRUISI
to the 5 GALARAD DR.
Order MANALAPAN NJ 07726
of

Date 10/03/2025    Amount ********$31.01

13991    $31.01    10/6/2025

13991    $31.01    10/6/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 13992

Four Dollars and Sixty-Nine Cents

Pay JAKE TUBLIN
to the 13 MONUMENT ST.
Order FREEHOLD NJ 07728
of

Date 10/03/2025    Amount ********$4.69

13992    $4.69    10/6/2025

13992    $4.69    10/6/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 13993

Four Hundred Twenty-Nine Dollars and Fifty-Two Cents

Pay THOMAS IANARDI
to the 21 WINSLOW DR.
Order JACKSON NJ 08527
of

Date 10/03/2025    Amount ********$429.52

13993    $429.52    10/9/2025

13993    $429.52    10/9/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 13994

Two Hundred Six Dollars and No Cents

Pay REGAL PAYROLL
to the NJ
Order
of

Date 10/03/2025    Amount ********$206.00

5451270322303 144646  20251003 00000000016107764
TRN_DEBIT CORDERTA  206.00
Staten Island-Richmond 0451 94004 5451 0001 0132

13994    $206.00    10/6/2025

13994    $206.00    10/6/2025

---

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 13995

Eighty-Five Dollars and No Cents

Pay SIEGEL & SIEGEL
to the NJ
Order
of

Date 10/03/2025    Amount ********$85.00

5451270333387 132317  20251010 00000000016107764
TRN_DEBIT CORDERTA  85.00
Staten Island-Richmond 0451 94004 5451 0001 0144

13995    $85.00    10/14/2025

13995    $85.00    10/14/2025





13998   $668.22   10/17/2025          13998   $668.22   10/17/2025




13999   $467.89   10/15/2025          13999   $467.89   10/15/2025




14000   $428.75   10/14/2025          14000   $428.75   10/14/2025




14001   $186.54   10/14/2025          14001   $186.54   10/14/2025




14002   $427.60   10/14/2025          14002   $427.60   10/14/2025

14003   $269.13   10/14/2025          14003   $269.13   10/14/2025




14004    $14.03    10/15/2025




14005    $326.73    10/15/2025




14006    $163.91    10/14/2025




14007    $283.13    10/14/2025




14009    $24.22    10/15/2025




14010    $195.55    10/16/2025




14011  $506.68  10/15/2025          14011  $506.68  10/15/2025




14013  $226.78  10/14/2025          14013  $226.78  10/14/2025




14014  $98.49  10/14/2025           14014  $98.49  10/14/2025




14015  $19.85  10/20/2025           14015  $19.85  10/20/2025




14016  $331.36  10/27/2025          14016  $331.36  10/27/2025

14017  $2.77  10/15/2025            14017  $2.77  10/15/2025

 

14018  $21.39  10/14/2025          14018  $21.39  10/14/2025

 

14019  $429.52  10/23/2025        14019  $429.52  10/23/2025

  

14020  $90.00  10/14/2025         14020  $90.00  10/14/2025

 

14023  $668.22  10/22/2025        14023  $668.22  10/22/2025

 

14024  $467.89  10/28/2025        14024  $467.89  10/28/2025

 

14026  $286.14  10/20/2025        14026  $286.14  10/20/2025



14027  $427.60  10/17/2025




14028  $269.13  10/17/2025  |  14028  $269.13  10/17/2025




14029  $313.76  10/21/2025  |  14029  $313.76  10/21/2025



14030  $1.75  10/28/2025  |  14030  $1.75  10/28/2025




14031  $154.42  10/20/2025  |  14031  $154.42  10/20/2025




14032  $344.29  10/22/2025  |  14032  $344.29  10/22/2025




14035   $241.26   10/20/2025




14036   $506.68   10/24/2025





14037   $12.78   10/27/2025




14038   $225.82   10/20/2025




14040   $321.10   10/27/2025




14041   $21.40   10/21/2025



14042   $1.13   10/20/2025

14042   $1.13   10/20/2025







14043   $429.52   10/23/2025

14043   $429.52   10/23/2025





14046   $668.22   10/28/2025

14046   $668.22   10/28/2025





14048   $423.63   10/27/2025

14048   $423.63   10/27/2025





14050   $269.13   10/28/2025

14050   $269.13   10/28/2025

14051   $23.88   10/28/2025

14051   $23.88   10/28/2025




14052    $330.06    10/28/2025




14053    $4.98    10/28/2025




14054    $260.91    10/28/2025




14055    $206.76    10/28/2025




14057    $97.48    10/30/2025




14058    $18.46    10/27/2025




14061   $317.52   10/27/2025




14062   $14.28   10/28/2025




14063   $20.80   10/27/2025

14078   $93.17   10/30/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
        *Street and Number*                *City*         *State*         *Zip Code*

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

❑ Checking ...................................... ❑ Loan ...................................... ❑ Safe Deposit Box ( ...................................... )
❑ Savings ...................................... ❑ Certificate ...................................... ❑ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____ Authorized Signature: _____

---

**CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK**

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | DEPOSITS NOT SHOWN ON STATEMENT | |
|---|---|---|
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE |
| **TOTAL** | | **TOTAL** |

**IF CORRECT THESE SHOULD AGREE**

**WORK SPACE**

---

*PLEASE EXAMINE AND ADVISE PROMPTLY OF ANY ERROR OR UNAUTHORIZED SIGNATURE OR ALTERATION*

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY