**The Skillet**
**300 Mounts Corner Dr.**
**Sales Summary Report**
**Period 10/1/2025 To 10/31/2025**

Report Date 11/10/2025 02:28 PM Printed By Sal_Sr Faenza

| Sales | Amount |
|---|---|
| Gross Receipts | 235754.15 |
| Gross Sales | 221747.19 |
| Refunds | 0.00 |
| Net Sales | 211080.80 |
| Non Taxed Sales | -343.80 |
| Non Sales Revenue | 7891.93 |
| Net Sales Tax | 14006.96 |
| Net Special Tax | 0.00 |
| Net Surcharge   : | 0.00 |
| Discounts | 1814.06 |
| Voided Sales | 1514.96 |
| Net Sales Including All Tax | 225087.76 |

| Bank | Amount |
|---|---|
| Bank Deposits | 0.00 |

| Tenders | Amount | Quantity |
|---|---|---|
| 1-Batch:AP NOT FOUND 0.00 | 0.00 | |
| 1-Batch:AP OK 1032.73 | 0.00 | |
| 1-Batch:AP OK 1077.69 | 0.00 | |
| 1-Batch:AP OK 1095.43 | 0.00 | |
| 1-Batch:AP OK 1182.84 | 0.00 | |
| 1-Batch:AP OK 124.08 | 0.00 | |
| 1-Batch:AP OK 1243.75 | 0.00 | |
| 1-Batch:AP OK 1263.44 | 0.00 | |
| 1-Batch:AP OK 1311.10 | 0.00 | |
| 1-Batch:AP OK 1340.52 | 0.00 | |
| 1-Batch:AP OK 1348.48 | 0.00 | |
| 1-Batch:AP OK 136.25 | 0.00 | |
| 1-Batch:AP OK 1449.52 | 0.00 | |
| 1-Batch:AP OK 1479.39 | 0.00 | |
| 1-Batch:AP OK 1485.15 | 0.00 | |
| 1-Batch:AP OK 1603.81 | 0.00 | |
| 1-Batch:AP OK 1643.08 | 0.00 | |
| 1-Batch:AP OK 1654.51 | 0.00 | |
| 1-Batch:AP OK 1655.72 | 0.00 | |
| 1-Batch:AP OK 1814.36 | 0.00 | |
| 1-Batch:AP OK 1824.96 | 0.00 | |
| 1-Batch:AP OK 1881.88 | 0.00 | |
| 1-Batch:AP OK 1914.13 | 0.00 | |
| 1-Batch:AP OK 194.84 | 0.00 | |
| 1-Batch:AP OK 1998.80 | 0.00 | |
| 1-Batch:AP OK 2055.59 | 0.00 | |
| 1-Batch:AP OK 2092.09 | 0.00 | |
| 1-Batch:AP OK 213.63 | 0.00 | |
| 1-Batch:AP OK 2158.78 | 0.00 | |
| 1-Batch:AP OK 2286.51 | 0.00 | |
| 1-Batch:AP OK 2370.09 | 0.00 | |
| 1-Batch:AP OK 2406.79 | 0.00 | |
| 1-Batch:AP OK 2428.53 | 0.00 | |
| 1-Batch:AP OK 246.72 | 0.00 | |
| 1-Batch:AP OK 248.31 | 0.00 | |
| 1-Batch:AP OK 2603.04 | 0.00 | |
| 1-Batch:AP OK 2651.90 | 0.00 | |
| 1-Batch:AP OK 2750.48 | 0.00 | |
| 1-Batch:AP OK 2760.37 | 0.00 | |
| 1-Batch:AP OK 3137.93 | 0.00 | |
| 1-Batch:AP OK 314.22 | 0.00 | |
| 1-Batch:AP OK 3445.46 | 0.00 | |
| 1-Batch:AP OK 348.05 | 0.00 | |
| 1-Batch:AP OK 3541.80 | 0.00 | |
| 1-Batch:AP OK 358.26 | 0.00 | |
| 1-Batch:AP OK 371.38 | 0.00 | |
| 1-Batch:AP OK 390.04 | 0.00 | |
| 1-Batch:AP OK 394.65 | 0.00 | |

Sales Summary Report
Period 10/1/2025 To 10/31/2025
Page 2

| Tenders | Amount | Quantity |
|---|---:|---:|
| 1-Batch:AP OK 3993.15 | 0.00 | |
| 1-Batch:AP OK 409.86 | 0.00 | |
| 1-Batch:AP OK 418.30 | 0.00 | |
| 1-Batch:AP OK 4195.25 | 0.00 | |
| 1-Batch:AP OK 4322.35 | 0.00 | |
| 1-Batch:AP OK 4355.21 | 0.00 | |
| 1-Batch:AP OK 4455.16 | 0.00 | |
| 1-Batch:AP OK 446.27 | 0.00 | |
| 1-Batch:AP OK 4521.57 | 0.00 | |
| 1-Batch:AP OK 464.82 | 0.00 | |
| 1-Batch:AP OK 5040.46 | 0.00 | |
| 1-Batch:AP OK 5307.19 | 0.00 | |
| 1-Batch:AP OK 5364.30 | 0.00 | |
| 1-Batch:AP OK 5408.18 | 0.00 | |
| 1-Batch:AP OK 5603.58 | 0.00 | |
| 1-Batch:AP OK 5628.22 | 0.00 | |
| 1-Batch:AP OK 566.99 | 0.00 | |
| 1-Batch:AP OK 5711.07 | 0.00 | |
| 1-Batch:AP OK 5827.56 | 0.00 | |
| 1-Batch:AP OK 596.95 | 0.00 | |
| 1-Batch:AP OK 6141.69 | 0.00 | |
| 1-Batch:AP OK 6202.53 | 0.00 | |
| 1-Batch:AP OK 6776.31 | 0.00 | |
| 1-Batch:AP OK 683.51 | 0.00 | |
| 1-Batch:AP OK 695.03 | 0.00 | |
| 1-Batch:AP OK 725.41 | 0.00 | |
| 1-Batch:AP OK 7306.40 | 0.00 | |
| 1-Batch:AP OK 782.89 | 0.00 | |
| 1-Batch:AP OK 809.49 | 0.00 | |
| 1-Batch:AP OK 851.62 | 0.00 | |
| 1-Batch:AP OK 866.54 | 0.00 | |
| 1-Batch:AP OK 9.42 | 0.00 | |
| 1-Batch:AP OK 92.68 | 0.00 | |
| 1-Batch:AP OK 952.98 | 0.00 | |
| 1-Batch:AP OK 98.17 | 0.00 | |
| 1-Batch:AP OK 985.96 | 0.00 | |
| 1-Batch:Fail OK | 0.00 | |
| Amex | 24534.57 | 314 |
| Dejavoo | 2.67 | 1 |
| Discover | 7481.21 | 115 |
| Doordash | 13472.05 | 452 |
| Gift Card | 1048.58 | 32 |
| GrubHub | 649.40 | 23 |
| Master Card | 33583.34 | 498 |
| UberEats | 1475.07 | 51 |
| Visa | 128866.70 | 1934 |

| Discounts | Amount | Quantity |
|---|---:|---:|
| 10% Discount | 137.92 | 17 |
| 20% Discount | 8.09 | 1 |
| 5% Discount | 1.50 | 1 |
| 50% Employee Disc | 920.40 | 101 |
| Complimentary | 746.15 | 29 |

| Departments | Amount | Quantity | Percentage |
|---|---:|---:|---:|
| Beverage | 16492.85 | 3558 | 7.81% |
| Category | 3.00 | 4 | 0.00% |
| Discount | -1814.06 | 149 | 0.86% |
| Food | 172164.50 | 13240 | 81.56% |
| Gift EPay New Issue | 675.00 | 15 | 0.32% |
| Gift EPay ReLoad | 205.00 | 5 | 0.10% |
| Message | 0.00 | 31 | 0.00% |
| Processing Fee | 1.20 | 1 | 0.00% |
| Service Charge | 6434.47 | 4119 | 3.05% |
| Specialty Drinks | 24238.81 | 3471 | 11.48% |