UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

                DEBTOR.

Case No.: 25-14559
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: 12/4/25
Judge: MBK

## ADJOURNMENT REQUEST

1. I, __Steven D. Pertuz__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation Hearing

   Current hearing date and time: 12/4/25 at 10:00 am

   New date requested: 60 Days from December 4, 2025

   Reason for adjournment request: 1 Objection has been resolved and more time is needed to address the Ferrari's objection as Debtor's Counsel has made progress. MORs are filed.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   I emailed all parties that have entered an appearance and/or objected to to the filed Plan and they have consented to the adjournment, however I believe Ms. Wolf was away. I did not hear back from Ms. Wolf, Esq. but I am glad to report that the Debtor has made progress with Ferrari and terms for a resolution are being discussed.

I certify under penalty of perjury that the foregoing is true.

Date: 11/30/25

/s/ Steven D. Pertuz
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 2/5/2026 at 10:00 am    ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____    ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2