Aleisha Jennings
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-692-6871
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Salvatore Faenza, | Case No. 25-14559-MBK |
| Debtor. | Hearing Date: February 19, 2026 at 10:00 A.M. |
| | Judge: Michael B. Kaplan |

**NOTICE OF MOTION TO VACATE AUTOMATIC STAY**

**ORAL ARGUMENT WAIVED**

TO:   Salvatore Faenza
      300 Mounts Corner Drive
      Freehold, NJ 077281
      Debtor

      Steven D. Pertuz
      Law Offices of Steven D. Pertuz, LLC
      111 Northfield Avenue
      Suite 304
      West Orange, NJ 07052
      Attorney for Debtor

      Nicole M. Nigrelli
      Ciardi Ciardi & Astin
      1905 Spruce Street
      Philadelphia, PA 19103
      Trustee

> U.S. Trustee
> US Dept of Justice
> Office of the US Trustee
> One Newark Center Ste 2100
> Newark, NJ 07102

SIR/MADAM:

PLEASE TAKE NOTICE that on February 19, 2026 at 10:00 A.M., or as soon thereafter as counsel can be heard, the undersigned attorneys for Ally Capital ("Movant"), will move before the United States Bankruptcy Court, Honorable Michael B. Kaplan, U.S.B.J., Clarkson S. Fisher U.S. Courthouse, 402 East State St., Trenton, New Jersey 08608, for an Order Vacating the Automatic Stay under 11 U.S.C. § 362(d) with respect to a 2021 Acura ILX Sedan 4D, VIN: 19UDE2F85MA004915 (the "Collateral").

This motion is based on the Debtor's failure to make post-petition payments due to Movant. Movant asserts that the facts and law it relies upon in making this Motion are neither complicated nor unique, and therefore no brief or legal memorandum is necessary pursuant to D.N.J. LBR 9013-1. Movant shall rely on the Certification and Proposed Order submitted herewith.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Certification in Support of Motion for Relief. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the **CLERK, UNITED STATES BANKRUPTCY COURT, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608** and simultaneously served on Secured Creditor's counsel, **McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ  08830**, so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief

requested may be granted without a hearing.

    PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

Dated:   01/16/2026

McCalla Raymer Leibert Pierce, LLP
Attorneys for Movant

By:   */s/ Aleisha Jennings*
Aleisha Jennings