Aleisha Jennings
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-692-6871
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Salvatore Faenza, | Case No. 25-14559-MBK |
| Debtor. | Hearing Date: February 19, 2026 at 10:00 A.M. |
| | Judge: Michael B. Kaplan |

**CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY (RETAIL INSTALLMENT SALE CONTRACT SIMPLE FINANCE CHARGE WITH ARBITRATION PROVISION DATED JULY 1, 2024)**

PAUL TANGEN of full age, employed as BANKRUPTCY ANALYST by AIS Portfolio Services LLC, the bankruptcy servicer and custodian of records for Ally Capital, hereby certifies the following information:

Lender: Ally Capital

Borrower / Debtor: Salvatore Faenza

Vehicle Description:   2021 Acura ILX Sedan 4D,
VIN: 19UDE2F85MA004915

Amount Financed: $21,518.82

POST-PETITION PAYMENTS (petition was filed: April 30, 2025)

| Date Payment Due | Amount Due | Amount Received | To/From Suspense | Suspense Balance | Date Payment Posted |
|---|---|---|---|---|---|
| 5/16/2025 | $447.61 | $0.00 | -$447.61 | -$447.61 | N/A |
| 6/16/2025 | $447.61 | $0.00 | -$447.61 | -$895.22 | N/A |
| 7/16/2025 | $447.61 | $0.00 | -$447.61 | -$1,342.83 | N/A |
| 8/16/2025 | $447.61 | $0.00 | -$447.61 | -$1,790.44 | N/A |
| 9/16/2025 | $447.61 | $0.00 | -$447.61 | -$2,238.05 | N/A |
| 10/16/2025 | $447.61 | $0.00 | -$447.61 | -$2,685.66 | N/A |
| 11/16/2025 | $447.61 | $0.00 | -$447.61 | -$3,133.27 | N/A |
| 12/16/2025 | $447.61 | $0.00 | -$447.61 | -$3,580.88 | N/A |

Monthly payments past due:
8 x $447.61 (May 16, 2025 to December 16, 2025) = $3,580.88

**AMOUNT HELD IN SUSPENSE (if any):**     $ 0.00

**TOTAL POST-PETITION DEFAULT:**     $3,580.88 as of January 6, 2026

**TOTAL DEBT DUE:**     $21,862.03 as of January 6, 2026

Principal Balance: $19,826.62

Accrued Interest: $2,035.41

Late Fees: $0.00

**ESTIMATED TRADE-IN VALUE: $22,950.00** according to J.D. Power Used Cars/Trucks Valuation

Pre-petition arrears: *See* Claim # 22-1 on the Claims Register

I certify under penalty of perjury that the foregoing is true and correct.

1/14/26                                                                    _[signature]_

Date                                                                         Signature