Aleisha Jennings
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: 732-692-6871
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Salvatore Faenza, | Case No. 25-14559-MBK |
| Debtor. | Hearing Date: February 19, 2026 at 10:00 A.M. |
|  | Judge: Michael B. Kaplan |

### CERTIFICATION OF SERVICE

1. I, <u>Terri Fragnito</u>:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for <u>McCalla Raymer Leibert Pierce, LLP</u> who represents the <u>Secured Creditor</u>.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>January 16, 2026</u>, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   • Notice of Motion to Vacate Automatic Stay

   • Certification of Movant re: Post Petition Payment History (Retail Installment Sale Contract Simple Finance Charge With Arbitration Provision dated July 1, 2024)

   • Proposed Order Vacating Stay

- Retail Installment Sale Contract Simple Finance Charge With Arbitration Provision, Certificate of Title, JD Power Valuation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| January 16, 2026 | /s/ Terri Fragnito |
|---|---|
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Salvatore Faenza<br>300 Mounts Corner Drive<br>Freehold, NJ 07728 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Steven D. Pertuz<br>Law Offices of Steven D. Pertuz, LLC<br>111 Northfield Avenue<br>Suite 304<br>West Orange, NJ 07052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Nicole M. Nigrelli<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1 (as authorized by court or by rule. Cite the rule if applicable*) |

*Certificate of Service continued on next page.*

| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1 (as authorized by court or by rule. Cite the rule if applicable*) |
|---|---|---|

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.