

SELLER'S REPORT

# 7 Dancer Ln, Freehold, NJ 07728





Presented by

## Annmarie Scottson | ABR, SRS

New Jersey Real Estate License: 1646486
New York Real Estate License: 10401314773

Mobile: (201) 306-5010 | Fax: (732) 414-2675

Main: annmarie.scottson@gmail.com

**Real Broker, LLC**
331 Newman Springs Road, Bldg 3 2nd Fl
Red Bank, NJ 07701

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

**real** | Seller's Report

7 Dancer Ln, Freehold, NJ 07728

# 7 Dancer Ln, Freehold, NJ 07728



Legend:    Subject Property

■ **Off Market** • *Sold Date: 2/28/2023, Public Record*

## Current Estimated Value

# $1,700,560

Last RVM® Update: 3/30/2025

RVM® Est. Range: **$1.5M – $1.9M**

RVM® Confidence: ★★★★☆

🔻 RVM® Change - Last 1 Month: **-$29,750**

🔺 RVM® Change - Last 12 Months: **8.18%**

## Your Comp Analysis

# $1,595,264

Last Edited: 4/8/2025

$292 Price per Sq. Ft.

**Your Comp Analysis Range**

# $1.5M – $1.7M

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*

real | Seller's Report                                                                 7 Dancer Ln, Freehold, NJ 07728

# Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | **Single Family** | – | **1** |
| Property Subtype | **Single Family Residential** | – | – |
| Bedrooms | **4** | – | **4** |
| Total Baths | **4** | – | **4** |
| Full Baths | **3** | – | **3** |
| Partial Baths | **1** | – | **1** |
| Living Area (sq ft) | **5,463** | – | – |
| Building Area (sq ft) | **5,463** | – | – |
| Lot Size | **1.49 acres** | – | – |
| Lot Dimensions | **1.49 AC** | – | – |
| Garage | **Yes** | – | – |
| Garage (spaces) | **3** | – | – |
| Pool | **Yes** | – | – |
| Year Built | **2002** | – | – |
| Total Rooms | **11** | – | – |
| Style | **Colonial** | – | – |
| Roofing | **Shingle (Not Wood)** | – | – |
| Heating | **Forced Air Unit** | – | – |
| Cooling | **Yes** | – | – |
| Fireplaces | **Yes** | – | – |
| Basement | **Basement** | – | **Unfinished Basement** |
| Foundation | **Concrete** | – | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – | – |
| Number of Buildings | **1** | – | – |
| Number of Units | **0** | – | – |
| Number of Stories | **2 story with Basement** | – | – |

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | **Faenza Nancy A** |
| Mailing Address | **7 Dancer Ln Freehold NJ 07728-8642** |
| Phone Number | **7325670584** |
| Owner Occupied | **Yes** |

RPR
Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

Case 25-14559-MBK    Doc 48-2    Filed 02/02/26    Entered 02/02/26 18:24:47    Desc
Seller's Report    Exhibit C Appraisal    Page 4 of 22

7 Dancer Ln, Freehold, NJ 07728

# Extended Home Facts



Legend:  Subject Property

## Interior Details

| | |
|---|---|
| **1st Floor** | 3842 sq ft |
| **Basement** | 3116 sq ft |
| **Garage** | 726 sq ft |
| **Half Story (3/4 Story)** | 594 sq ft |
| **Porch - Open** | 80 sq ft |
| **Upper Story** | 1991 sq ft |

## Exterior Details

| | |
|---|---|
| **Topography** | Level grade |
| **Lot Size - Square Feet** | 65,008 sq ft |
| **Lot Size - Frontage Feet** | 239 sq ft |
| **Lot Size - Depth Feet** | 272 sq ft |
| **Lot Size - Acres** | 1.49 acres |
| **Water** | Yes |
| **Sewer** | Yes |
| **Roof Type** | Hip |

## Location Details

| | |
|---|---|
| **Zoning** | R-40 |

## Other Details

| | |
|---|---|
| **Building Condition** | Average |
| **Pool Size** | 1484 |
| **Patio** | 1860 |
| **Shed** | 100 |

## Schools (based on location)

| | |
|---|---|
| **Elementary School** | West Freehold Elementary School |
| **Middle School** | Clifton T. Barkalow School |
| **High School** | Freehold Township High School |
| **School Districts** | Freehold Township Elementary And Middle Schools |
| | Freehold Regional High Sc Schools |

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



| Seller's Report | 7 Dancer Ln, Freehold, NJ 07728 |

# Property History

## Median Estimated Home Value

This graphic displays property estimates for a market area and a subject property, where one has been selected. Estimated property values are generated by a valuation model and are not formal appraisals.

Data Source: Public records, and MLS sources where licensed

Update Frequency: Monthly

- This Property
- Freehold
- Monmouth County
- New Jersey



## Sales History

| Sales Date | Sales Amount | Price per sq. ft. |
|---|---|---|
| 9/23/2002 | $776,745 | $142 |

## Assessed Values

| Date | Improvements | Land | Total | Tax |
|---|---|---|---|---|
| 2024 | $989,100 | $386,600 | $1,375,700 | – |
| 2023 | $909,800 | $402,500 | $1,312,300 | $24,461 |
| 2022 | $875,700 | $243,500 | $1,119,200 | $22,552 |
| 2021 | $787,500 | $169,300 | $956,800 | $20,629 |
| 2020 | $811,400 | $158,700 | $970,100 | $21,051 |
| 2019 | $831,000 | $158,700 | $989,700 | $21,625 |
| 2018 | $796,800 | $158,700 | $955,500 | $21,346 |
| 2017 | $817,400 | $158,700 | $976,100 | $22,157 |
| 2016 | $801,600 | $185,200 | $986,800 | $22,884 |
| 2015 | $789,500 | $185,200 | $974,700 | $22,330 |
| 2014 | $736,500 | $178,300 | $914,800 | $21,855 |
| 2013 | $736,500 | $178,300 | $914,800 | $21,260 |
| 2012 | $792,800 | $208,300 | $1,001,100 | $20,402 |
| 2011 | $792,800 | $208,300 | $1,001,100 | – |
| 2009 | $792,800 | $208,300 | $1,001,100 | $17,673 |
| 2008 | $498,300 | $84,700 | $583,000 | – |
| 2007 | $498,300 | $84,700 | $583,000 | – |
| 2006 | $498,300 | $84,700 | $583,000 | – |

## Legal Description

| | |
|---|---|
| Parcel Number | 17 00088- 02-00006 |
| Tax ID | 4877030 |
| County | Monmouth County |
| Zoning | R-40 |
| City/Municipality/Township | FREEHOLD TWP |
| Census Tract | 340258105.031014 |
| Carrier Route | R010 |
| Abbreviated Description | LOT:6 BLK:88.02 DIST:17 CITY/MUNI/TWP:FREEHOLD TWP MAP REF:TAX MAP 10.1 |
| Current Use | Single Family Residential |

RPR    Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.        4/8/2025



**Seller's Report**

7 Dancer Ln, Freehold, NJ 07728

## Mortgage Records

| Recording Date | **12/3/2020** | **6/8/2006** |
|---|---|---|
| Borrower Name | SALVATORE FAENZA, NANCY A FAENZA | SALVATORE FEANZA, NANCY A FEANZA |
| Lender Name | AMBOY BANK | SUN NATIONAL BANK |
| Lender Type | Bank | Bank |
| Loan Amount | $200,000 | $150,000 |
| Document Number | 2020144456 | 2006085787 |
| Loan Type | Conventional | Unknown |
| Contract Date | 11/6/2020 | 5/11/2006 |
| Due Date | 6/27/2034 | 5/16/2026 |
| Finance Type | – | Variable |

## Deed Records

| Recording Date | **3/7/2023** |
|---|---|
| Document Type | Intrafamily Transfer |
| Sales Price Code | Transfer Tax on document indicated as Exempt |
| Buyer Name | NANCY A FAENZA |
| Buyer ID | Married Person |
| Seller Name | SALVATORE FAENZA |
| Seller ID | Married Person |
| Document # | 2023015927 |
| Book # | 9636 |
| Page # | 4778 |
| Contract Date | 2/28/2023 |
| Inter-family Transfer | 1 |

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

**real** | **Seller's Report**

7 Dancer Ln, Freehold, NJ 07728

## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public Record and Listing data

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources

real |    Seller's Report    7 Dancer Ln, Freehold, NJ 07728

# Market Activity for 07728

### Market Snapshot

*Compared with Last Year: April 08, 2024 vs. April 08, 2025*

| Median Est. Home Value | Median Listing Price | Median Days in RPR | Sales Volume |
|---|---|---|---|
| $662K | $699K | 27 | 39 |
| Up 8.9% | Up 84% | Down -99.6% | Up 18.2% |

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025



**Seller's Report**

7 Dancer Ln, Freehold, NJ 07728

## Listing Price vs. Sales Price

This chart displays the average percentage difference between the listing and selling price, compared by length of time properties were for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

- ■ Above Listing Price
- ■ Below Listing Price
- ■ Number of Sales



## Average Price Adjustments

This chart displays the average percentage adjustment from the original list price, compared by length of time properties have been for sale in this market.

Data Source: On- and off-market listings sources

Update Frequency: Monthly

- ■ Price Adjustments (-)

Number of Price Adjustments - All Listings





Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**RPR**



Seller's Report

7 Dancer Ln, Freehold, NJ 07728

# Market Health Charts and Comparisons

## Median Estimated Home Value vs. Median Listing Price

This chart compares a ZIP code's median estimated home value with the median listing price of Active listings. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Estimated Value
■ Median List Price



## Median Sales Price vs. Sales Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median Sales Price Public Records
■ Median Sales Price Listings
■ Sales Volume Public Records
■ Sales Volume Listings



Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

**Seller's Report**

7 Dancer Ln, Freehold, NJ 07728

## Median Listing Price vs. Listing Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.

Data Source: Public Record and Listing data

Update Frequency: Monthly

■ Median List Price
■ Listing Volume



## Listing Inventory

This chart shows the number of For Sale listings in a ZIP code by Property Type.

Data Source: On- and off-market listings sources

Update Frequency: Daily

■ ZIP Count Listings by PropertyType



## Price per Bedroom of Comps Sold

This chart shows the distribution of homes reported sold in the past six months at different prices per bedroom in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

■ This Property
■ Comps



Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

RPR



**Seller's Report**

7 Dancer Ln, Freehold, NJ 07728

## Median Sales Price by Square Footage

This chart shows the median price of homes reported sold in the past six months, according to the size of the living space (square footage sourced from public records). The amount shown for the subject property is sold data where available, or the property's estimated value when sales data are unavailable (such as non-disclosure states) or provided in range format.

Data Source: Public records and MLS data where licensed

Update Frequency: Monthly

🟧 This Property
⬛ Comps

**This Property**

5,463 sq. ft. $1,700,560

**Comps**

> 2,400 sq. ft. $1,404,707

## Price Range of Comps Sold

This chart shows the distribution of homes reported sold in the past three months within different price ranges in the area of your search. The amount shown for the subject property is sold data where available, or the property's estimated value when sales data is unavailable (such as a non-disclosure state) or provided in range format.

Data Source: Public records data

Update Frequency: Daily

🟧 This Property
⬛ Comps

**This Property**

$1.7M  1

**Comps**

$1.8M - $2M  1
$1.5M - $1.8M  3
$1.2M - $1.5M  1
$1M - $1.2M  1
$750K - $1M  1

## Price per Square Foot of Comps Sold

This chart shows the distribution of homes reported sold in the past three months at different prices per square foot.

Data Source: Public records data

Update Frequency: Daily

🟧 This Property
⬛ Comps

**This Property**

$311  1

**Comps**

$320 - $360  3
$280 - $320  2
$240 - $280  2

 RPR

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



4/8/2025

**Seller's Report**

7 Dancer Ln, Freehold, NJ 07728

## Age Range of Comps Sold

This chart shows the distribution of homes reported sold in the past three months of different age ranges in the area of your search.

Data Source: Public records data

Update Frequency: Daily

■ This Property
■ Comps

**This Property**

| 23 yrs | 1 |

**Comps**

| 25 - 30 yrs | 2 |
| 20 - 25 yrs | 4 |
| 10 - 15 yrs | 1 |

## Number of Bedrooms in Homes Sold

This chart shows the distribution of homes reported sold in the past three months, compared by the number of bedrooms, in the area of your search.

Data Source: Public records data

Update Frequency: Daily

■ Sales Count by Bedroom

| 11 | 1 |
| 5 | 5 |
| 4 | 39 |
| 3 | 29 |
| 2 | 33 |
| 1 | 11 |
| 0 | 5 |

## Inventory of Distressed Listings

This chart shows the count of distressed properties (all stages of foreclosure) that are for sale in a ZIP code.

Data Source: MLS data where licensed

Update Frequency: Daily

■ Inventory of Distressed Listings

| Pre-Foreclosure | 2 |

## Median Days in RPR

This chart shows how long homes are listed in RPR before their status is converted to sold.

Data Source: Listing data

Update Frequency: Monthly

■ 07728
■ Monmouth County
■ New Jersey




Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

real | Seller's Report

7 Dancer Ln, Freehold, NJ 07728

# Comps Map



LEGEND:   Subject Property   Pending   For Sale or For Lease   Distressed   Recent Sale   Off Market

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

real |  Seller's Report

7 Dancer Ln, Freehold, NJ 07728

## Comps Selected by Agent

| |  |  |  |  |  |
|---|---|---|---|---|---|
| **Address** | 7 Dancer Ln Freehold, NJ 07728 | 5 Dancer Ln Freehold, NJ 07728 | 3 Equinox Ln Freehold, NJ 07728 | 7 Equinox Ln Freehold, NJ 07728 | 18 Equinox Ln Freehold, NJ 07728 |
| **Status** | Subject Property | 1 Closed | 2 Closed | 3 Closed | 4 Pending |
| **Amount** | $1,700,560 Est. Value | $1,800,000 Closed Price | $1,800,000 Closed Price | $1,765,000 Closed Price | $1,500,000 List Price |
| **Recording Date** | 2/28/2023 | 10/21/2024 | 5/24/2024 | 5/3/2024 | – |
| **Days in RPR** | – | 65 | 86 | – | 28 |
| **Price Per Sq. Ft.** | $292 | $311 | $329 | $301 | $275 |
| **Bedrooms** | 4 | 4 | 4 | 5 | 5 |
| **Total Baths** | 4 | 7 | 6 | 5 | 6 |
| **Partial Baths** | 1 | 2 | 2 | 1 | 1 |
| **Total Rooms** | 11 | 11 | 10 | 14 | 11 |
| **Living Area** | 5,463 | 5,796 | 5,463 | 5,866 | 5,460 |
| **Building Area** | 5,463 | 5,796 | 5,463 | 5,866 | 5,460 |
| **Lot Size** | 1.49 acres | 1.65 acres | 1.27 acres | 1.49 acres | 1.25 acres |
| **Year Built** | 2002 | 2002 | 2004 | 2005 | 2004 |
| **Property Type** | Single Family | Single Family | Single Family | Single Family | Single Family |
| **Property Subtype** | Single Family Residential | Single Family | Single Family | Single Family Residential | Single Family |
| **Proximity** | – | .21 Mi. | .45 Mi. | .48 Mi. | .52 Mi. |
| **MLS ID** | – | 22423917 | 22405430 | – | 22506882 |
| **Listing Broker** | – | Courtesy of Realty One Group Open Door | Courtesy of David Realty Group | – | Listing Courtesy of Compass New Jersey , LLC |
| **Note from Annmarie Scottson** | – | home was underpriced given the updates. | Recent renovations to the house | This has a finished basement. | This home has an unfinished basement. |
| **Description** | | Welcome to this stunning 4 bed/5.2 bath toll brothers home, offering 5,800 sf of luxury living. Beautifully manicured landscape and grand circular driveway invites you in, leading to a stunning paver patio area. Step into your own private oasis in the backyard, complete with heated gunite pool + jacuzzi. This 1.65 acre retreat features professional landscape front to back, large paver patio area and is enclosed by a 5-ft fence. Inside, the home features a stunning 2-story foyer w/beautiful molding and hw floors throughout the house. The large… | Exquisite 4 br/4.2 bath 2004 toll brothers hampton model! this home is the epitome of luxury w/manicured landscape, circular driveway, 3 car garage & whole house generator. Step inside the 2 story foyer w/ imperial staircase, formal dr, & 2 story fr. Gourmet kitchen w cherry cabinets, double wall oven & oversized granite island. Light & bright office & sunlit conservatory w/brand new flooring complete the 1st floor. Upstairs you will find the master suite, w/ sitting room, 2 wic's & lavish ensuite. 3 addt'l spacious br's, all with ensuites co… | | Welcome to this stunning 5 bed-5.1 bath toll brothers exp coventry federal home in clayton farms. Upon arrival you are greeted with mature landscaping & a circular driveway situated on 1.25 acres. This home offers almost 5500 sq feet of living space. First floor offers wide plank hardwood floors, an expanded family room with a fireplace, a large conservatory, an oversized kitchen for all of your family gatherings, a study and decorative molding throughout. The second floor boasts an expanded primary suite along with the other 4 bedrooms. The y… |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

# 5 Dancer Ln, Freehold, NJ 07728





LEGEND:  Subject Property   This Property

## Closed

* Sold Date: 10/21/2024
* MLS Listing 22423917: 8/17/2024

**Closed Price**

# $1,800,000

Closed Date: 10/21/2024
Days in RPR: 65

**Current Estimated Value**

# $1,774,370

Last RVM® Update: 3/30/2025

RVM® Est. Range:
**$1.7M – $1.85M**

RVM® Confidence:
★★★★★

↑ RVM® Change
Last 1 Month: **$190**

↑ RVM® Change
Last 12 Months: **12.9%**

Welcome to this stunning 4 bed/5.2 bath Toll Brothers home, offering 5,800 sf of luxury living. Beautifully manicured landscape and grand circular driveway invites you in, leading to a stunning paver patio area. Step into your own private oasis in the backyard, complete with heated gunite pool + ja…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | Single Family | Single Family |
| Property Subtype | Single Family Residential | Single Family |
| Bedrooms | 4 | 4 |
| Total Baths | 6 | 7 |
| Full Baths | 4 | 5 |
| Partial Baths | 2 | 2 |
| Living Area (sq ft) | 5,796 | 5,796 |
| Building Area (sq ft) | 5,796 | 5,796 |
| Lot Size | 1.65 acres | 1.65 acres |
| Lot Dimensions | 1.65 AC | 243 x 296 |
| Garage | Yes | Attached, Oversized |
| Garage (spaces) | 3 | 3 |
| Pool | Yes | Yes |
| Year Built | 2002 | 2002 |
| Total Rooms | 11 | – |
| Style | Colonial | – |
| Roofing | Shingle (Not Wood) | – |
| Heating | Forced Air Unit | Natural Gas |
| Cooling | Yes | 5 Zone, Central Air |
| Fireplaces | Yes | 1 |
| Basement | Improved Basement (Finished) | Finished, Full, Heated |
| Foundation | Concrete | – |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Buildings | 1 | – |
| Number of Units | 0 | – |
| Number of Stories | 2 story with Basement | 2 |

*Courtesy of Realty One Group Open Door*

Notes from Annmarie Scottson:    home was underpriced given the updates.



real |    Seller's Report

7 Dancer Ln, Freehold, NJ 07728

# 3 Equinox Ln, Freehold, NJ 07728





LEGEND:    Subject Property    ◼ This Property

## Closed

* Sold Date: 5/24/2024
* MLS Listing 22405430: 2/28/2024

**Closed Price**

## $1,800,000

Closed Date: 5/24/2024
Days in RPR: 86

**Current Estimated Value**

## $1,680,960

Last RVM® Update: 3/30/2025

RVM® Est. Range:
**$1.51M – $1.85M**

RVM® Confidence:
★★★★★

🔻 RVM® Change
   Last 1 Month: **-$1,960**

🔺 RVM® Change
   Last 12 Months: **15.8%**

Exquisite 4 Br/4.2 bath 2004 Toll Brothers Hampton Model! This home is the epitome of luxury w/manicured landscape, circular driveway, 3 car garage & whole house generator. Step inside the 2 story foyer w/ imperial staircase, formal DR, & 2 story FR. Gourmet kitchen w cherry cabinets, double wall o…

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Single Family** |
| Bedrooms | **4** | **4** |
| Total Baths | **4** | **6** |
| Full Baths | **3** | **4** |
| Partial Baths | **1** | **2** |
| Living Area (sq ft) | **5,463** | **5,463** |
| Building Area (sq ft) | **5,463** | **5,463** |
| Lot Size | **1.27 acres** | **1.27 acres** |
| Lot Dimensions | **1.27 AC** | **220 x 251** |
| Garage | **Yes** | **Attached** |
| Garage (spaces) | **3** | **3** |
| Pool | **Yes** | **Yes** |
| Year Built | **2004** | **2004** |
| Total Rooms | **10** | – |
| Style | **Colonial** | – |
| Roofing | **Shingle (Not Wood)** | – |
| Heating | **Forced Air Unit** | **Natural Gas** |
| Cooling | **Yes** | **3+ Zone Heat, Central Air** |
| Fireplaces | **Yes** | **1** |
| Basement | **Improved Basement (Finished)** | **Finished, Full** |
| Foundation | **Concrete** | – |
| Exterior Walls | **Stucco** | – |
| Number of Buildings | **1** | – |
| Number of Units | **0** | – |
| Number of Stories | **2 story with Basement** | **3** |

*Courtesy of David Realty Group*

Notes from Annmarie Scottson:    Recent renovations to the house

Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

# 7 Equinox Ln, Freehold, NJ 07728





LEGEND:  Subject Property     This Property

## Closed

• *Sold Date: 5/3/2024*
• *Public Record*

**Closed Price**

## $1,765,000

Closed Date: 5/3/2024

**Current Estimated Value**

## $1,727,950

Last RVM® Update: 3/30/2025

RVM® Est. Range:
$1.54M – $1.92M

RVM® Confidence:
★★★★☆

🔻 RVM® Change
Last 1 Month: **-$29,940**

🔺 RVM® Change
Last 12 Months: **3.66%**

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | – |
| Property Subtype | **Single Family Residential** | – |
| Bedrooms | **5** | – |
| Total Baths | **5** | – |
| Full Baths | **4** | – |
| Partial Baths | **1** | – |
| Living Area (sq ft) | **5,866** | – |
| Building Area (sq ft) | **5,866** | – |
| Lot Size | **1.49 acres** | – |
| Lot Dimensions | **1.49 AC** | – |
| Garage | **Yes** | – |
| Garage (spaces) | **3** | – |
| Pool | **Spa or Hot Tub (only)** | – |
| Year Built | **2005** | – |
| Total Rooms | **14** | – |
| Style | **Colonial** | – |
| Roofing | **Shingle (Not Wood)** | – |
| Heating | **Forced Air Unit** | – |
| Cooling | **Yes** | – |
| Fireplaces | **Yes** | – |
| Basement | **Basement** | – |
| Foundation | **Concrete** | – |
| Exterior Walls | **Siding (Alum/Vinyl)** | – |
| Number of Buildings | **1** | – |
| Number of Units | **0** | – |
| Number of Stories | **2 story with Basement** | – |

Notes from Annmarie Scottson:    This has a finished basement.

⊗ RPR    Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    ⌂    4/8/2025

# 18 Equinox Ln, Freehold, NJ 07728





LEGEND:  Subject Property  This Listing



**Pending**

• Pending as of 3/26/2025

**List Price**

## $1,500,000

List Date: 3/11/2025
Days in RPR: 28

**Current Estimated Value**

## $1,515,740

Last RVM® Update: 3/30/2025

RVM® Est. Range:
**$1.49M – $1.55M**

RVM® Confidence:
★★★★★

▲ RVM® Change
Last 1 Month: **$7,520**

▲ RVM® Change
Last 12 Months: **5.36%**

Welcome to this stunning 5 bed-
5.1 bath Toll Brothers Exp
Coventry Federal home in
Clayton Farms. Upon arrival you
are greeted with mature
landscaping & a circular
driveway situated on 1.25 acres.
This home offers almost 5500 sq
feet of living space. First floor
offers wide plank hardwood
floors, a...

| Home Facts | Public Facts | Listing Facts |
|---|---|---|
| Property Type | **Single Family** | **Single Family** |
| Property Subtype | **Single Family Residential** | **Single Family** |
| Bedrooms | **5** | **5** |
| Total Baths | **5** | **6** |
| Full Baths | **4** | **5** |
| Partial Baths | **1** | **1** |
| Living Area (sq ft) | **5,460** | **5,460** |
| Building Area (sq ft) | **5,460** | **5,460** |
| Lot Size | **1.25 acres** | **1.25 acres** |
| Lot Dimensions | **1.25 AC** | **202 x 270** |
| Garage | **Yes** | **Attached** |
| Garage (spaces) | **3** | **3** |
| Pool | **Spa or Hot Tub (only)** | **No** |
| Year Built | **2004** | **2004** |
| Total Rooms | **11** | **–** |
| Style | **Colonial** | **–** |
| Roofing | **Shingle (Not Wood)** | **–** |
| Heating | **Forced Air Unit** | **Natural Gas** |
| Cooling | **Yes** | **3+ Zone Heat, Central Air** |
| Fireplaces | **Yes** | **1** |
| Basement | **Basement** | **Full, High Ceilings, Unfinished** |
| Foundation | **Concrete** | **–** |
| Exterior Walls | **Siding (Alum/Vinyl)** | **–** |
| Number of Buildings | **1** | **–** |
| Number of Units | **0** | **–** |
| Number of Stories | **2 story with Basement** | **3** |

*Listing Courtesy of Compass New Jersey , LLC*

Notes from Annmarie Scottson:     This home has an unfinished basement.

 RPR


Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025

real | Seller's Report                                                    7 Dancer Ln, Freehold, NJ 07728

# Selected Recent Market Activity for 07728



LEGEND:  ◉ Subject Property  ◯ Pending  ⬤ For Sale or For Lease  ⬤ Distressed  ◎ Pending Distressed  ⬛ Recent Sale  ⬛ Off Market

| | User Selected Comps | Market Activity For Sale or For Lease Listings | Market Activity Pending Sales | Market Activity Distressed | Market Activity Expired Listings | Market Activity Closed |
|---|---|---|---|---|---|---|
| Total Number of Properties | 4 | 8 | 8 | 8 | 8 | 8 |
| Lowest Listing Price/Est. Value | $1,449,000 | $225,000 | $127,500 | $412,190 | $413,490 | $415,000 |
| Median Listing Price/Est. Value | $1,613,975 | $512,450 | $834,500 | $791,190 | $690,395 | $693,500 |
| Highest Listing Price/Est. Value | $1,800,000 | $1,488,888 | $1,350,000 | $1,163,610 | $1,223,970 | $1,375,000 |
| Median Living Area | 5,630 | 1,409 | 2,468 | 2,670 | 2,210 | 2,052 |
| Median Price per sq.ft. | $285 | $347 | $343 | $298 | $326 | $338 |
| Median Days in RPR | 65 | 4 | 21 | – | 108 | 90 |
| Median Age | 21 | 38 | 38 | 74 | 42 | 29 |

⊗ RPR    Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    ⌂                    4/8/2025

**SELLER'S REPORT** | real | Seller's Report    7 Dancer Ln, Freehold, NJ 07728

# Seller's Net Sheet

|  | Amount |
|---|---|
| **Price** | $ |
| **Encumbrances** | |
| First Loan Payoff Amount (estimated) | $ |
| Second Loan Payoff Amount (estimated) | $ |
| **Estimated Closing Costs** | |
| Compensation | $ |
| Escrow Items | $ |
| Escrow Fees | $ |
| Home Warranty | $ |
| Other Work | $ |
| Pest Inspection | $ |
| Tax Stamp | $ |
| Termite Work | $ |
| Title Insurance | $ |
| **Seller Concessions** | $ |
| **Seller Conveyances** | $ |
| **Other** | $ |
| **Net Cash to Seller** | $ |

*The seller's net proceeds are estimated using available information. These are not the actual costs that would be incurred if a sale is consummated. Seller's net proceeds are not guaranteed in any way.*

_____                                    _____
*Seller*                                                                                                *date*

RPR    Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

**real** | Seller's Report

7 Dancer Ln, Freehold, NJ 07728

## About RPR (Realtors Property Resource)



- Realtors Property Resource® is a wholly owned subsidiary of the National Association REALTORS®.

- RPR offers comprehensive data – including a nationwide database of 164 million properties – as well as powerful analytics and dynamic reports exclusively for members of the NAR.

- RPR's focus is giving residential and commercial real estate practitioners, brokers, and MLS and Association staff the tools they need to serve their clients.

- This report has been provided to you by a member of the NAR.

## About RPR's Data

RPR generates and compiles real estate and other data from a vast array of sources. The data contained in your report includes some or all of the following:



- **Listing data** from our partner MLSs and CIEs, and related calculations, like estimated value for a property or median sales price for a local market.

- **Public records data** including tax, assessment, and deed information. Foreclosure and distressed data from public records.

- **Market conditions and forecasts** based on listing and public records data.

- **Census and employment data** from the U.S. Census and the U.S. Bureau of Labor Statistics.

- **Demographics and trends data** from Esri. The data in commercial and economic reports includes Tapestry Segmentation, which classifies U.S. residential neighborhoods into unique market segments based on socioeconomic and demographic characteristics.

- **Business data** including consumer expenditures, commercial market potential, retail marketplace, SIC and NAICS business information, and banking potential data from Esri.

- **School data and reviews** from Niche.

- **Specialty data sets** such as walkability scores, traffic counts and flood zones.

## Update Frequency

- Listings and public records data are updated on a continuous basis.

- Charts and statistics calculated from listing and public records data are refreshed monthly.

- Other data sets range from daily to annual updates.

## Learn more

For more information about RPR, please visit RPR's public website: https://blog.narrpr.com





Copyright 2025 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

4/8/2025