UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

                DEBTOR.

Case No.: 25-14559
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: 2/5/26
Judge: MBK

## ADJOURNMENT REQUEST

1. I, __Steven D. Pertuz__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation Hearing

   Current hearing date and time: 2/5/26 at 10:00 am

   New date requested: 45-60 Days from February 5, 2026

   Reason for adjournment request: Modified plan was filed on 2/3/26 and new notice is needed. 1 objection was resolved and a Consent Order is being drafted with Ferrari. The parties have made progress towards a global resolution and parties are hopeful it will be finalized soon.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   I emailed all parties that have entered an appearance and/or objected to to the filed Plan and all have consented to the adjournment request. Modified plan needs to be served and new ballots sent out to all parties. Thank you for the Court's cooperation.

I certify under penalty of perjury that the foregoing is true.

Date: 2/3/26

/s/ Steven D. Pertuz
Signature

**COURT USE ONLY:**

The request for adjournment is:

✓ Granted          New hearing date: March 26, 2026 at 10:00 a.m.          ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____          ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2