UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Salvatore Faenza

Case No.:     25-14559-MBK

Chapter:      11

Hearing Date: _____

Judge:        Michael B. Kaplan

### STIPULATION AND ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through ___4___ is **ORDERED**.

**DATED: February 27, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**THE LAW OFFICES OF STEVEN D. PERTUZ, LLC**<br>Steven D. Pertuz, Esq.<br>111 Northfield Avenue, Suite 304<br>West Orange, NJ 07052<br>Tel:  973-669-8600<br>Fax: 973-669-8700<br>Email: spertuz@pertuzlaw.com<br>*Attorneys for Salvatore Faenza, Debtor in Possession* | |
| In re:<br><br>SALVATORE FAENZA,<br><br>                Debtor-in-Possession. | Case No. 25-14559<br><br>Chapter 11, Subchapter V<br><br>Honorable Michael B. Kaplan |

**STIPULATION AND ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, Salvatore Faenza (the "Debtor") on April 30, 2025 ("Petition Date") filed a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court"), thereby commencing this Chapter 11 case.

WHEREAS, the Debtor's schedules reflects a financed a 2023 Ferrari SF90 Stradale sportscar VIN: ZFF95NLAOP0292335 ("Ferrari") purchased on June 30, 2023, and co-owned with Michael Vitacco and Chenging Exotics, LLC whereas the Debtor has never possessed this vehicle and Michael Vitacco is in possession of the Ferrari.

WHEREAS, the Debtor's schedules also reflect a potential claim against several parties, including Ferrari Financial Services, Inc. ("FFS Inc.") and Michael Vitacco in connection with the sale and finance transaction of the Ferrari that the parties are still negotiating towards an amicable resolution and the parties are reserving all rights as to the allegations and defenses to said claims.

WHEREAS, FFS Inc. has confirmed that monthly post-petition payments are $5,209.34 and payments have not been made since the petition date, leaving a total post-petition past due balance in excess of $73,676.32.

WHEREAS, the Debtor and FFS Inc. have reached agreement upon the terms set forth herein ("Stipulation") for providing FFS Inc. with immediate relief from the automatic stay, by consent to, (a) recover and secure the Ferrari and (b) sell the Ferrari at auction pursuant to the specific terms set forth herein.

NOW, THEREFORE, in consideration of the foregoing, and other good and valuable consideration, the parties hereto stipulate and agree, that:

1. The automatic stay, to the extent applicable, pursuant to 11 U.S.C. § 362(d) is terminated effective February 27, 2026, in order to allow FFS Inc. to exercise its rights and remedies with respect to the Ferrari, including foreclosure, repossession, sale, pursue collection efforts against any and all co-borrowers and assertion of any deficiency owed as to all borrowers. During the pendency of this bankruptcy, FFS Inc. shall assert any deficiency as to the Debtor, only through the filing or amendment of a proof of claim notwithstanding the protections afforded.

2. The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

3. This Court shall retain exclusive jurisdiction to enforce the terms of this Stipulation and accompanying Order.

4. The Order will be a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and will be effective immediately upon entry.

5. This Stipulation may be signed in counterparts, and that electronic signatures shall be deemed to have the force and effect of original signatures.

6. This Stipulation, and any order approving this Stipulation shall be binding on the Debtor, FFS Inc., and successors, and assigns.

IT IS HEREBY ORDERED THAT the Stipulation, and the terms of the Stipulation, are approved.

Approved By:

| | |
|---|---|
| /s/ Turner N. Falk | /s/ Steven D. Pertuz |
| Turner N. Falk, Esq. | Steven D. Pertuz, Esq. |
| **Saul Ewing LLP** | **The Law Offices of Steven D. Pertuz, LLC** |
| 1735 Market Street, Suite 3400 | 111 Northfield Ave., Ste. 304 |
| Philadelphia, PA 19103-7504 | West Orange, NJ 07052 |
| Tel.: (215) 972-8415 | Tel.: (973) 669-8600 |
| turner.falk@saul.com | spertuz@pertuzlaw.com |
| Dated: February 26, 2026 | Dated: February 26, 2026 |
| *Attorneys for Ferrari Financial Services, Inc.* | *Attorneys for Debtor, Salvatore Faenza* |