UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Salvatore Faenza

**Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 25-14559-MBK

Chapter: 11

Hearing Date: 

Judge: Michael B. Kaplan

## STIPULATION AND ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __4__ is **ORDERED**.

**DATED: February 27, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**THE LAW OFFICES OF STEVEN D. PERTUZ, LLC**<br>Steven D. Pertuz, Esq.<br>111 Northfield Avenue, Suite 304<br>West Orange, NJ 07052<br>Tel: 973-669-8600<br>Fax: 973-669-8700<br>Email: spertuz@pertuzlaw.com<br>*Attorneys for Salvatore Faenza, Debtor in Possession* | |
| In re:<br><br>SALVATORE FAENZA,<br><br>               Debtor-in-Possession. | Case No. 25-14559<br><br>Chapter 11, Subchapter V<br><br>Honorable Michael B. Kaplan |

**STIPULATION AND ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, Salvatore Faenza (the "Debtor") on April 30, 2025 ("Petition Date") filed a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court"), thereby commencing this Chapter 11 case.

WHEREAS, the Debtor's schedules reflects a financed a 2023 Ferrari SF90 Stradale sportscar VIN: ZFF95NLAOP0292335 ("Ferrari") purchased on June 30, 2023, and co-owned with Michael Vitacco and Chenging Exotics, LLC whereas the Debtor has never possessed this vehicle and Michael Vitacco is in possession of the Ferrari.

WHEREAS, the Debtor's schedules also reflect a potential claim against several parties, including Ferrari Financial Services, Inc. ("FFS Inc.") and Michael Vitacco in connection with the sale and finance transaction of the Ferrari that the parties are still negotiating towards an amicable resolution and the parties are reserving all rights as to the allegations and defenses to said claims.

WHEREAS, FFS Inc. has confirmed that monthly post-petition payments are $5,209.34 and payments have not been made since the petition date, leaving a total post-petition past due balance in excess of $73,676.32.

WHEREAS, the Debtor and FFS Inc. have reached agreement upon the terms set forth herein ("Stipulation") for providing FFS Inc. with immediate relief from the automatic stay, by consent to, (a) recover and secure the Ferrari and (b) sell the Ferrari at auction pursuant to the specific terms set forth herein.

NOW, THEREFORE, in consideration of the foregoing, and other good and valuable consideration, the parties hereto stipulate and agree, that:

1. The automatic stay, to the extent applicable, pursuant to 11 U.S.C. § 362(d) is terminated effective February 27, 2026, in order to allow FFS Inc. to exercise its rights and remedies with respect to the Ferrari, including foreclosure, repossession, sale, pursue collection efforts against any and all co-borrowers and assertion of any deficiency owed as to all borrowers. During the pendency of this bankruptcy, FFS Inc. shall assert any deficiency as to the Debtor, only through the filing or amendment of a proof of claim notwithstanding the protections afforded.

2. The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

3. This Court shall retain exclusive jurisdiction to enforce the terms of this Stipulation and accompanying Order.

4. The Order will be a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and will be effective immediately upon entry.

5. This Stipulation may be signed in counterparts, and that electronic signatures shall be deemed to have the force and effect of original signatures.

6. This Stipulation, and any order approving this Stipulation shall be binding on the Debtor, FFS Inc., and successors, and assigns.

IT IS HEREBY ORDERED THAT the Stipulation, and the terms of the Stipulation, are approved.

Approved By:

/s/ Turner N. Falk
Turner N. Falk, Esq.
**Saul Ewing LLP**
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel.: (215) 972-8415
turner.falk@saul.com
Dated: February 26, 2026
*Attorneys for Ferrari Financial Services, Inc.*

/s/ Steven D. Pertuz
Steven D. Pertuz, Esq.
**The Law Offices of Steven D. Pertuz, LLC**
111 Northfield Ave., Ste. 304
West Orange, NJ 07052
Tel.: (973) 669-8600
spertuz@pertuzlaw.com
Dated: February 26, 2026
*Attorneys for Debtor, Salvatore Faenza*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14559-MBK |
| Salvatore Faenza | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

**Recip ID        Recipient Name and Address**
db              + Salvatore Faenza, 300 Mounts Corner Drive, Freehold, NJ 07728-2558

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

**Name**                            **Email Address**

Aleisha Candace Jennings
                                    on behalf of Creditor Ally Capital aleisha.jennings@mccalla.com  mccallaecf@ecf.courtdrive.com

Andrew L. Spivack
                                    on behalf of Creditor OceanFirst Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Kimberly A. Wilson
                                    on behalf of Creditor OceanFirst Bank  National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Laura M. Egerman
                                    on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew Francis Kye
                                    on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co.  Ltd. mkye@kyelaw.com

Nicole M. Nigrelli
                                    nnigrelli@ciardilaw.com  PA91@ecfcbis.com

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Feb 27, 2026 Form ID: pdf903 Total Noticed: 1

| | |
|---|---|
| Nicole M. Nigrelli | on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Steven D. Pertuz | on behalf of Debtor Salvatore Faenza pertuzlaw@verizon.net Pertuz.StevenB130381@notify.bestcase.com |
| Turner Falk | on behalf of Creditor Ferrari Financial Services Inc. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11