Michael J. Connolly, Esq. (025461992)
**DAVISON, EASTMAN, MUÑOZ, PAONE, P.A.**
3 Paragon Way, Suite 100
Freehold, NJ 07728-5920
Telephone: (732) 410-2337
Fax:  (732) 810-1542
E-Mail:  mconnolly@respondlaw.com
*Attorneys for Davison Eastman Muñoz Paone, P.A.,*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Salvatore Faenza,<br><br>            Debtor. | Chapter 7<br><br>Case No.  25-14559 (MBK) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**ON BEHALF OF DAVISON, EASTMAN, MUÑOZ, PAONE, P.A.**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Michael J. Connolly, Esq., hereby enters his appearance on behalf of Davison Eastman Muñoz Paone P.A. and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Michael J. Connolly, Esq.
Davison Eastman Muñoz Paone P.A.
3 Paragon Way, Suite 100
Freehold, NJ 07728-5920
Telephone: (732) 410-2337
Facsimile: (732) 810-1542
Email: mconnolly@respondlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand not only includes notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, request, answers, replies, memoranda and briefs in support of any of the above, whether formal or informal, transmitted or conveyed by electronic delivery, mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive: (i) the right to contest the subject matter or personal jurisdiction of this Court; (ii) the right to seek abstention or withdrawal of any matter arising in this proceeding; (iii) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (iv) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) the right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; (vi) the right to enforce any contractual provisions with respect to arbitration; or (vii) other rights, claims, actions, defenses, setoffs or recoupments under any and all agreements, in law, in equity, or otherwise; all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance is a limited appearance for purposes of notice only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

                              **DAVISON, EASTMAN, MUÑOZ, PAONE, P.A.**

By: _____/s/ Michael J. Connolly_____
        MICHAEL J. CONNOLLY, ESQ.

Dated: March 13, 2026

## SERVICE LIST

**In re: Salvatore Faenza**
**Case No.   25-14559 (MBK)**

**Chambers**

Hon. Michael B. Kaplan, U.S.B.J.
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Courtroom 8
Trenton, NJ 08608
Phone:   (609) 858-9397
E-Mail:   chambers_of_mbk@njb.uscourts.gov

**Debtor's Counsel**

Steven D. Pertuz, Esq.
Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue
Suite 304
West Orange, NJ 07052
Phone:  (973) 669-8600
Fax :    (973) 669-8700
Email:   pertuzlaw@verizon.net
https://www.pertuzlaw.com/attorney/

**Chapter 7 Trustee**

Nicole M. Nigrelli, Esq.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
Phone:  (215) 557-3550
Fax :    (215) 557-3551
Email: nnigrelli@ciardilaw.com
https://www.ciardilaw.com/nicole-nigrelli.php

**<u>United States Trustee</u>**

Rachel Wolf, Esq.
Office of the United States Trustee
United States Department of Justice
One Newark Center
Suite 2100
Newark, NJ 07102
Phone:  (202) 834-3003
Email:   rachel.wolf@usdoj.gov