For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

## Privacy Notice

**Federal law requires us to tell you how we
collect, share, and protect your personal information.
Our policy has not changed. You may review notice at www.amboybank.com.
Or we will mail you a free copy - Just call (877.22.AMBOY).**

## Free Small Business Account

**Account number: 16108183**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 10-31 | -$15,834.09 |
| Deposits and other credits (+) | $94,926.00 |
| Withdrawals, checks and other debits (-) | $96,845.89 |
| Ending Balance on 11-28 | -$17,753.98 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 11-03 | DEPOSIT | 365.00 | 11-07 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 4,500.00 |
| 11-03 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 15,500.00 | 11-10 | DEPOSIT | 365.00 |
| 11-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 2,500.00 | 11-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 400.00 |
| 11-04 | DEPOSIT | 2,500.00 | 11-10 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,100.00 |
| 11-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,500.00 | 11-12 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 50.00 |
| 11-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,000.00 | 11-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 471.00 |
| 11-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 3,900.00 | 11-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 305.00 |
| 11-05 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,700.00 | 11-17 | DEPOSIT | 365.00 |
| 11-05 | RETURNED ITEM, INSUFFICIENT FUNDS, CA 057E738F91E26 CAPITAL ONE ONLINE PMT | 17,000.00 | 11-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,520.00 |
| 11-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 5,000.00 | 11-17 | RETURNED ITEM, INSUFFICIENT FUNDS, CA 07B0DCA8D7E66 CAPITAL ONE ONLINE PMT | 300.00 |
| 11-06 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 5,000.00 | 11-17 | RETURNED ITEM, INSUFFICIENT FUNDS, 8879119532 CHASE CREDIT CRD EPAY | 3,500.00 |

**FAENZA'S GOURMET MARKET LLC**

## Free Small Business Account

Account number: 16108183

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,080.00 | 11-21 | RETURNED ITEM, INSUFFICIENT FUNDS, 8879119532 CHASE CREDIT CRD RETRY PYMT | 3,500.00 |
| 11-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,200.00 | 11-24 | DEPOSIT | 665.00 |
| 11-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 40.00 | 11-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 325.00 |
| 11-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 125.00 | 11-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,000.00 |
| 11-20 | DEPOSIT | 300.00 | 11-28 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,250.00 |
| 11-21 | DEPOSIT | 3,600.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-03 | CA0AE8F65FD8CEF CAPITAL ONE ONLINE PMT | 300.00 | 11-10 | OVERDRAFT CHARGE | 35.00 |
| 11-03 | 7300000118 PAYMENT 251031 0000 6800978201 | 398.00 | 11-12 | 2324454 CLOVER FEES CLOVER FEE | 115.08 |
| 11-03 | CA0A47906DCE982 CAPITAL ONE MOBILE PMT | 520.00 | 11-12 | 8872661482 CHASE CREDIT CRD EPAY | 250.00 |
| 11-03 | CA09EA6C78CA2BD CAPITAL ONE ONLINE PMT | 1,200.00 | 11-12 | 31051 Ace Endico EDI PYMNTS | 500.00 |
| 11-03 | OVERDRAFT CHARGE | 35.00 | 11-13 | 8874739852 CHASE CREDIT CRD EPAY | 100.00 |
| 11-04 | CA057E738F91E26 CAPITAL ONE ONLINE PMT | 17,000.00 | 11-13 | 8874945687 CHASE CREDIT CRD EPAY | 100.00 |
| 11-04 | OVERDRAFT CHARGE | 105.00 | 11-13 | OVERDRAFT CHARGE | 105.00 |
| 11-05 | 30127 Ace Endico EDI PYMNTS | 500.00 | 11-14 | CA07B0DCA8D7E66 CAPITAL ONE ONLINE PMT | 300.00 |
| 11-05 | RETURNED CHECK CHARGE | 35.00 | 11-14 | 8879119532 CHASE CREDIT CRD EPAY | 3,500.00 |
| 11-06 | CA0B8EBD96D853E CAPITAL ONE ONLINE PMT | 14,500.00 | 11-14 | OVERDRAFT CHARGE | 70.00 |
| 11-06 | Internet Transfer to xxx8272 | 17,000.00 | 11-17 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 259.46 |
| 11-07 | 8859904540 CHASE CREDIT CRD EPAY | 500.00 | 11-17 | CA0E7205A4ED6BB CAPITAL ONE ONLINE PMT | 300.00 |
| 11-07 | OVERDRAFT CHARGE | 35.00 | 11-17 | 8880640495 CHASE CREDIT CRD EPAY | 6,265.71 |
| 11-10 | 8862758897 CHASE CREDIT CRD EPAY | 100.00 | 11-17 | RETURNED CHECK CHARGE | 70.00 |
| 11-10 | XXXXX5637 FARM FAMILY INS PREMIUM | 170.42 | 11-18 | 8888259008 CHASE CREDIT CRD EPAY | 150.00 |
| 11-10 | XXXXX6241 FARM FAMILY INS PREMIUM | 217.74 | 11-18 | 8890250200 CHASE CREDIT CRD EPAY | 250.00 |
| 11-10 | 8869236766 CHASE CREDIT CRD EPAY | 400.00 | 11-18 | CA0FE4450F81A08 CAPITAL ONE ONLINE PMT | 300.00 |
| 11-10 | CA05172490A78CE CAPITAL ONE ONLINE PMT | 500.00 | 11-18 | 32154 Ace Endico EDI PYMNTS | 500.00 |
| 11-10 | 8865438227 CHASE CREDIT CRD EPAY | 600.00 | 11-18 | OVERDRAFT CHARGE | 35.00 |
| 11-10 | 8867691953 CHASE CREDIT CRD EPAY | 600.00 | 11-19 | 8891370681 CHASE CREDIT CRD EPAY | 500.00 |
| 11-10 | BRANCH WITHDRAWAL | 400.00 | 11-19 | OVERDRAFT CHARGE | 35.00 |
| | | | 11-20 | 8879119532 CHASE CREDIT CRD RETRY PYMT | 3,500.00 |
| | | | 11-20 | OVERDRAFT CHARGE | 35.00 |
| | | | 11-21 | 6189998 INTUIT * QBooks Onl | 75.00 |
| | | | 11-21 | RETURNED CHECK CHARGE | 35.00 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

Account number: 16108183

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-24 | CA 08461C0A6699C CAPITAL ONE ONLINE PMT | 300.00 | 11-26 | 8909120472 CHASE CREDIT CRD EPAY | 1,000.00 |
| | | | 11-26 | Internet Transfer to xxx7764 | 689.00 |
| 11-24 | CA 0047D9B1A6C00 CAPITAL ONE ONLINE PMT | 300.00 | 11-28 | CA 029E558F02ABF CAPITAL ONE ONLINE PMT | 390.00 |
| 11-24 | BRANCH WITHDRAWAL | 500.00 | 11-28 | CA 079E0556B35F5 CAPITAL ONE ONLINE PMT | 18,500.00 |
| 11-24 | Internet Transfer to xxx8272 | 900.00 | | | |
| 11-24 | BRANCH WITHDRAWAL | 1,100.00 | 11-28 | OVERDRAFT CHARGE | 70.00 |
| 11-25 | FAE184 ACE ENDICO CORP FAE184 | 500.00 | 11-28 | SERVICE CHARGE | 15.00 |
| 11-25 | Internet Transfer to xxx8272 | 50.00 | 11-28 | OVERDRAFT INTEREST CHARGE | 30.48 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 590.48 | 7,902.56 |
| TOTAL RETURNED ITEM FEES: | $140.00 | $735.00 |





0    $400.00    11/10/2025          0    $500.00    11/24/2025



0    $1,100.00    11/24/2025

16108183PAGE4