Entered 03/21/26 16:24:23   Page 1 of 5C
Page 1 of 5500-00000002

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🏬 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

00 0000 0000 0000 0000 0000 0000 0000 0000 0000 00
00 0000 0000 0000 0000 0000 0000 0000 0000 0000 00

||||...||...||...||...||...||...||...||...||...||...||...||

**THE SKILLET BY SAL INC
MERCHANT ACCOUNT
7 DANCER LANE
FREEHOLD          NJ  07728**

## Privacy Notice

**Federal law requires us to tell you how we
collect, share, and protect your personal information.
Our policy has not changed. You may review notice at www.amboybank.com.
Or we will mail you a free copy - Just call (877.22.AMBOY).**

## Free Small Business Account   Account number: 16018087

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 10-31 | -$625.86 |
| Deposits and other credits (+) | $132,941.41 |
| Withdrawals, checks and other debits (-) | $131,811.90 |
| Ending Balance on 11-28 | $503.65 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 11-03 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 765.00 | 11-17 | WFBTRANSF1 CR CD DEP 251116 543684555958323 5436845559583231THE SKILLET | 9,046.50 |
| 11-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 150.00 | 11-17 | Incoming Wire 91940510 | 10,000.00 |
| 11-04 | 1289133000 1100 251104 e73265776 1100Inv 1100 | 15,500.00 | 11-18 | WFBTRANSF1 CR CD DEP 251117 543684555958323 5436845559583231THE SKILLET | 563.22 |
| 11-05 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 25.00 | 11-18 | WFBTRANSF1 CR CD DEP 251117 543684555958323 5436845559583231THE SKILLET | 2,459.46 |
| 11-05 | 1289133000 1125 251105 e73342566 1125Inv 1125 | 13,750.00 | 11-18 | WFBTRANSF1 CR CD DEP 251117 543684555958323 5436845559583231THE SKILLET | 11,095.87 |
| 11-10 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 640.00 | 11-19 | WFBTRANSF1 CR CD DEP 251118 543684555958323 5436845559583231THE SKILLET | 3,136.60 |
| 11-13 | WFBTRANSF1 CR CD DEP 251112 543684555958323 5436845559583231THE SKILLET | 3,063.84 | 11-20 | WFBTRANSF1 CR CD DEP 251119 543684555958323 5436845559583231THE SKILLET | 2,997.63 |
| 11-14 | WFBTRANSF1 CR CD DEP 251113 543684555958323 5436845559583231THE SKILLET | 3,287.72 | 11-21 | WFBTRANSF1 CR CD DEP 251120 543684555958323 5436845559583231THE SKILLET | 4,048.59 |
| 11-17 | WFBTRANSF1 CR CD DEP 251114 543684555958323 5436845559583231THE SKILLET | 4,481.01 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account     Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-24 | WFBTRANSF1 CR CD DEP 251121 54368455595 8323 543684555958323 1THE SKILLET | 439.86 | 11-26 | WFBTRANSF1 CR CD DEP 251125 54368455595 8323 543684555958323 1THE SKILLET | 407.67 |
| 11-24 | WFBTRANSF1 CR CD DEP 251121 54368455595 8323 543684555958323 1THE SKILLET | 5,290.31 | 11-26 | WFBTRANSF1 CR CD DEP 251125 54368455595 8323 543684555958323 1THE SKILLET | 4,508.10 |
| 11-24 | WFBTRANSF1 CR CD DEP 251123 54368455595 8323 543684555958323 1THE SKILLET | 11,105.15 | 11-28 | 1289133000 1099 251128 e74551826 1099Inv 1099 | 3,000.00 |
| 11-25 | WFBTRANSF1 CR CD DEP 251124 54368455595 8323 543684555958323 1THE SKILLET | 5,152.63 | 11-28 | WFBTRANSF1 CR CD DEP 251126 54368455595 8323 543684555958323 1THE SKILLET | 6,655.76 |
| 11-25 | WFBTRANSF1 CR CD DEP 251124 54368455595 8323 543684555958323 1THE SKILLET | 11,371.49 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-03 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 11-14 | 251113190040DJV Vivian Capital Group LLC D | 300.00 |
| 11-03 | OVERDRAFT CHARGE | 105.00 | 11-14 | 251113190040EVF Vivian Capital Group LLC D | 300.00 |
| 11-04 | 9606 MERCHANTSERVICES PHONECHECK | 197.50 | 11-14 | Internet Transfer to xxx8183 | 305.00 |
| 11-04 | Internet Transfer to xxx8183 | 4,500.00 | 11-14 | Internet Transfer to xxx7764 | 2,300.00 |
| 11-05 | 7300604847 BILLNG 251031 4445045885837 Merch Bankcard 3331091 The Skillet | 30.66 | 11-17 | INS PMNT HANOVER INS BILLPAY | 365.24 |
| | | | 11-17 | Internet Transfer to xxx8272 | 150.00 |
| 11-05 | BRANCH WITHDRAWAL | 260.00 | 11-17 | Internet Transfer to xxx8183 | 3,520.00 |
| 11-05 | Internet Transfer to xxx8183 | 2,000.00 | 11-17 | Internet Transfer to xxx7764 | 9,500.00 |
| 11-05 | Internet Transfer to xxx7764 | 2,000.00 | 11-17 | Internet Transfer to xxx7764 | 10,000.00 |
| 11-05 | Internet Transfer to xxx8183 | 4,700.00 | 11-17 | Domestic Incoming Wire Fee 91940510 | 5.00 |
| 11-05 | Internet Transfer to xxx7764 | 6,575.00 | 11-18 | Internet Transfer to xxx7764 | 150.00 |
| 11-05 | Internet Transfer to xxx7764 | 9,000.00 | 11-18 | Internet Transfer to xxx8183 | 1,080.00 |
| 11-06 | Internet Transfer to xxx8272 | 50.00 | 11-18 | Internet Transfer to xxx7764 | 3,000.00 |
| 11-07 | 251106190040OR4 Vivian Capital Group LLC D | 300.00 | 11-18 | Internet Transfer to xxx8183 | 3,200.00 |
| 11-07 | 251106190040L9G Vivian Capital Group LLC D | 300.00 | 11-18 | BRANCH WITHDRAWAL | 6,750.00 |
| | | | 11-19 | Internet Transfer to xxx8183 | 40.00 |
| 11-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 25.75 | 11-19 | Internet Transfer to xxx7764 | 3,100.00 |
| | | | 11-20 | NJNG800221005 1 NJNATGASCOMPANY NJNGCO | 350.00 |
| 11-13 | Internet Transfer to xxx8272 | 45.00 | | | |
| 11-13 | Internet Transfer to xxx8183 | 471.00 | 11-20 | Internet Transfer to xxx8183 | 125.00 |
| 11-13 | Internet Transfer to xxx7764 | 2,570.00 | 11-20 | Internet Transfer to xxx7764 | 2,525.00 |
| | | | 11-21 | 251120190042DU5 Vivian Capital Group LLC D | 300.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-21 | 251120190041H5B Vivian Capital Group LLC D | 300.00 | 11-26 | Internet Transfer to xxx7764 | 4,900.00 |
| 11-21 | Internet Transfer to xxx7764 | 3,450.00 | 11-28 | 2511271900218YR Vivian Capital Group LLC D | 300.00 |
| 11-24 | Internet Transfer to xxx7764 | 2,500.00 | 11-28 | 2511271900218R Vivian Capital Group LLC D | 300.00 |
| 11-24 | Internet Transfer to xxx7455 | 3,050.00 | | | |
| 11-24 | Internet Transfer to xxx7764 | 11,000.00 | 11-28 | Digital Basic Monthly Fee | 10.00 |
| 11-25 | Internet Transfer to xxx7764 | 280.00 | 11-28 | Internet Transfer to xxx8183 | 1,000.00 |
| 11-25 | Internet Transfer to xxx8183 | 325.00 | 11-28 | Internet Transfer to xxx7764 | 1,250.00 |
| 11-25 | Internet Transfer to xxx7764 | 1,200.00 | 11-28 | Internet Transfer to xxx8183 | 1,250.00 |
| 11-25 | Internet Transfer to xxx7764 | 15,000.00 | 11-28 | Internet Transfer to xxx7764 | 5,050.00 |
| | | | 11-28 | SERVICE CHARGE | 15.00 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 105.00 | 1,191.15 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $770.00 |





0   $260.00   11/5/2025          0   $260.00   11/5/2025





0   $6,750.00   11/18/2025          0   $6,750.00   11/18/2025

**CHANGE OF ADDRESS**

NAME: _____

NEW ADDRESS: _____
Street and Number                                    City                          State            Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ........................................  ☐ Loan ........................................  ☐ Safe Deposit Box ( ........................................ )

☐ Savings ........................................  ☐ Certificate ........................................  ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____    Authorized Signature: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

### CHECKS OUTSTANDING

| NUMBER | AMOUNT | |
|--------|--------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | | | |
|---|---|---|---|---|---|
| | | | DEPOSITS NOT SHOWN ON STATEMENT | | |
| TOTAL CHECKS OUTSTANDING | | | | | |
| CHECKBOOK BALANCE | | | STATEMENT BALANCE | | |
| **TOTAL** | | | **TOTAL** | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY