For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

## Privacy Notice

**Federal law requires us to tell you how we**
**collect, share, and protect your personal information.**
**Our policy has not changed. You may review notice at www.amboybank.com.**
**Or we will mail you a free copy - Just call (877.22.AMBOY).**

## Free Small Business Account                    Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 10-31 | $7.09 |
| Deposits and other credits (+) | $114,341.44 |
| Withdrawals, checks and other debits (-) | $114,348.53 |
| Ending Balance on 11-28 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-03 | 498467450884 MERCHANT BANKCD DEPOSIT | 5,486.73 | 11-10 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,518.05 |
| 11-03 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,551.36 | 11-10 | 498467450884 MERCHANT BANKCD DEPOSIT | 11,519.68 |
| 11-03 | 498467450884 MERCHANT BANKCD DEPOSIT | 14,553.63 | 11-12 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,170.88 |
| 11-04 | 498467450884 MERCHANT BANKCD DEPOSIT | 3,622.46 | 11-12 | 498467450884 MERCHANT BANKCD DEPOSIT | 7,718.49 |
| 11-05 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,521.36 | 11-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 45.00 |
| 11-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 50.00 | 11-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 150.00 |
| 11-06 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 17,000.00 | 11-20 | RETURNED ITEM, INSUFFICIENT FUNDS, xXXXXX4584 FARMERS INS EFT PYMT | 327.66 |
| 11-06 | 498467450884 MERCHANT BANKCD DEPOSIT | 4,824.16 | 11-21 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX0047 FARM FAMILY INSPREMIUM | 581.65 |
| 11-07 | 498467450884 MERCHANT BANKCD DEPOSIT | 6,854.23 | | | |
| 11-10 | 498467450884 MERCHANT BANKCD DEPOSIT | 8,856.10 | 11-24 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 900.00 |

**NVJSS RESTAURANT LLC**

## Free Small Business Account            Account number: 16108272

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-25 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 50.00 | 11-26 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 40.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 11-03 | CA0E76ABD7419A4 CAPITAL ONE ONLINE PMT | 150.00 | 11-07 | Internet Transfer to xxx8183 | 4,500.00 |
| 11-03 | 7591859163133331 PRUDENTIAL PAYMENTS | 162.83 | 11-10 | 498467450884 MERCHANT BANKCD DISCOUNT | 309.98 |
| 11-03 | 498467450884 MERCHANT BANKCD DISCOUNT | 192.03 | 11-10 | 498467450884 MERCHANT BANKCD DISCOUNT | 403.12 |
| 11-03 | 498467450884 MERCHANT BANKCD DISCOUNT | 404.29 | 11-10 | 498467450884 MERCHANT BANKCD DISCOUNT | 403.20 |
| 11-03 | 498467450884 MERCHANT BANKCD DISCOUNT | 509.39 | 11-10 | Internet Transfer to xxx8183 | 400.00 |
| 11-03 | BRANCH WITHDRAWAL | 400.00 | 11-10 | Internet Transfer to xxx8087 | 640.00 |
| 11-03 | Internet Transfer to xxx8087 | 765.00 | 11-10 | Internet Transfer to xxx7455 | 3,000.00 |
| 11-03 | Internet Transfer to xxx7455 | 3,000.00 | 11-10 | Internet Transfer to xxx8183 | 3,100.00 |
| 11-03 | Internet Transfer to xxx7764 | 10,500.00 | 11-10 | Internet Transfer to xxx7764 | 23,500.00 |
| 11-03 | Internet Transfer to xxx8183 | 15,500.00 | 11-12 | 498467450884 MERCHANT BANKCD DISCOUNT | 145.98 |
| 11-04 | 498467450884 MERCHANT BANKCD DISCOUNT | 126.77 | 11-12 | 2640117 VZ WIRELESS VN E CHECK | 187.80 |
| 11-04 | Internet Transfer to xxx8087 | 150.00 | 11-12 | 498467450884 MERCHANT BANKCD DISCOUNT | 270.15 |
| 11-04 | Internet Transfer to xxx7764 | 800.00 | 11-12 | Internet Transfer to xxx8183 | 50.00 |
| 11-04 | Internet Transfer to xxx8183 | 2,500.00 | 11-12 | Internet Transfer to xxx7764 | 11,400.00 |
| 11-05 | 498467450884 MERCHANT BANKCD DISCOUNT | 158.24 | 11-13 | 5P-XXXXX9890 EZPASS8882886865 AUTO REPL | 45.00 |
| 11-05 | Internet Transfer to xxx8087 | 25.00 | 11-17 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 11-05 | Internet Transfer to xxx7764 | 425.00 | 11-19 | xXXXXX4584 FARMERS INS EFT PYMT | 327.66 |
| 11-05 | Internet Transfer to xxx8183 | 3,900.00 | 11-20 | XXXXX0047 FARM FAMILY INSPREMIUM | 581.65 |
| 11-06 | CA006DB31EB060C CAPITAL ONE ONLINE PMT | 100.00 | 11-20 | RETURNED CHECK CHARGE | 35.00 |
| 11-06 | 498467450884 MERCHANT BANKCD DISCOUNT | 168.84 | 11-21 | 6190001 INTUIT * QBooks On1 | 75.00 |
| 11-06 | BRANCH WITHDRAWAL | 450.00 | 11-21 | XXXXX7727 FARMERS NW LIFE INS. PREM | 212.68 |
| 11-06 | Internet Transfer to xxx8183 | 5,000.00 | 11-21 | XXXXX7136U FARMERS NW LIFE INS. PREM | 500.00 |
| 11-06 | Internet Transfer to xxx8183 | 5,000.00 | 11-21 | RETURNED CHECK CHARGE | 35.00 |
| 11-06 | Internet Transfer to xxx7764 | 11,200.00 | 11-24 | OVERDRAFT CHARGE | 105.00 |
| 11-07 | XXXXX4584 FARMERS INS EFT PYMT | 15.94 | 11-26 | 5P-XXXXX4978 EZPASS8882886865 AUTO REPL | 45.00 |
| 11-07 | 498467450884 MERCHANT BANKCD DISCOUNT | 239.90 | 11-28 | SERVICE CHARGE | 2.08 |
| 11-07 | Internet Transfer to xxx7764 | 2,100.00 | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

NVJSS RESTAURANT LLC

| Free Small Business Account | Account number: 16108272 | |
|---|---|---|
| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
| TOTAL OVERDRAFT FEES: | 105.00 | 210.15 |
| TOTAL RETURNED ITEM FEES: | $70.00 | $70.00 |

0   $400.00   11/3/2025

0   $450.00   11/6/2025

16108272PAGE4