For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

## Privacy Notice
**Federal law requires us to tell you how we
collect, share, and protect your personal information.
Our policy has not changed. You may review notice at www.amboybank.com.
Or we will mail you a free copy - Just call (877.22.AMBOY).**

| Free Personal Check Account | Account number: 16017455 |
|---|---|

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 10-31 | $28.64 |
| Deposits and other credits (+) | $9,050.00 |
| Withdrawals, checks and other debits (-) | $9,066.00 |
| Ending Balance on 11-28 | $12.64 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 11-03 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,000.00 | 11-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,050.00 |
| 11-10 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3,000.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1023 | 11-03 | 3,000.00 | 1024 | 11-10 | 3,000.00 | 1025 | 11-24 | 3,000.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 11-20 | Internet Transfer to xxx7764 | 26.00 | 11-26 | Internet Transfer to xxx8272 | 40.00 |

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1023

Date 11/3/25

Pay to the Order of Nancy Faenza

$ 3000.00

Three Thousand Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

1023    $3,000.00    11/3/2025

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1024

Date 11/10/25

Pay to the Order of Nancy Faenza

$ 3000.00

Three Thousand Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

1024    $3,000.00    11/10/2025

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1025

Date 11/24/25

Pay to the Order of Nancy Faenza

$ 3000.00

Three Thousand Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

1025    $3,000.00    11/24/2025