# Sales Tax

**Start Date:** 11/1/2025
**End Date:** 3/31/2026
**Corp. Name:** skillet by sal inc

## The Skillet

| Date | Gross Sales | Gross Sales with Tax | Discount | Net Sales | Net Sales with Tax | Hash | Tax | Taxable Sales | Non-Tax Sales | Tax Exempt Sales | Gross Tendered | Net Tendered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2025 | 577.30 | 624.69 | 0.00 | 577.30 | 624.69 | 0.00 | 0.44 | 577.30 | 0.00 | 0.00 | 6.94 | 6.50 |
| 11/12/2025 | 3,918.77 | 4,177.02 | -20.00 | 3,898.77 | 4,157.02 | 0.00 | 258.25 | 3,898.77 | 0.00 | 0.00 | 3,708.18 | 3,898.77 |
| 11/13/2025 | 4,351.67 | 4,636.50 | -53.29 | 4,298.38 | 4,583.21 | 0.00 | 284.83 | 4,298.38 | 0.00 | 0.00 | 4,083.30 | 4,298.38 |
| 11/14/2025 | 4,958.91 | 5,285.82 | -25.11 | 4,933.80 | 5,260.71 | 0.00 | 326.91 | 4,933.80 | 0.00 | 0.00 | 4,512.84 | 4,933.80 |
| 11/15/2025 | 9,961.32 | 10,612.11 | -138.74 | 9,822.58 | 10,473.37 | 0.00 | 650.79 | 9,822.58 | 0.00 | 0.00 | 9,193.45 | 9,822.58 |
| 11/16/2025 | 12,328.26 | 13,143.48 | -23.71 | 12,304.55 | 13,119.77 | 0.00 | 815.22 | 12,304.55 | 0.00 | 0.00 | 11,482.30 | 12,304.55 |
| 11/17/2025 | 3,924.25 | 4,182.45 | -26.40 | 3,897.85 | 4,156.05 | 60.00 | 258.20 | 3,897.85 | 0.00 | 0.00 | 3,876.93 | 3,957.85 |
| 11/18/2025 | 4,002.02 | 4,264.64 | -38.43 | 3,963.59 | 4,226.21 | 0.00 | 262.62 | 3,963.59 | 0.00 | 0.00 | 3,747.35 | 3,963.59 |
| 11/19/2025 | 3,931.23 | 4,188.16 | -192.83 | 3,738.40 | 3,995.33 | 140.00 | 256.93 | 3,878.40 | -140.00 | 0.00 | 3,639.52 | 3,878.40 |
| 11/20/2025 | 4,920.10 | 5,241.84 | -64.10 | 4,856.00 | 5,177.74 | 0.00 | 321.74 | 4,856.00 | 0.00 | 0.00 | 4,688.89 | 4,856.00 |
| 11/21/2025 | 6,685.34 | 7,123.48 | -71.73 | 6,613.61 | 7,051.75 | 1.00 | 438.14 | 6,613.61 | 0.00 | 0.00 | 6,246.67 | 6,614.61 |
| 11/22/2025 | 11,482.05 | 12,239.04 | -261.56 | 11,220.49 | 11,977.48 | 230.00 | 756.99 | 11,425.49 | -205.00 | 0.00 | 10,531.20 | 11,450.49 |
| 11/23/2025 | 12,230.69 | 13,039.20 | -26.11 | 12,204.58 | 13,013.09 | 0.00 | 808.51 | 12,204.58 | 0.00 | 0.00 | 11,413.60 | 12,204.58 |
| 11/24/2025 | 5,720.78 | 6,096.02 | -106.75 | 5,614.03 | 5,989.27 | 50.00 | 375.24 | 5,664.03 | -50.00 | 0.00 | 5,411.56 | 5,664.03 |
| 11/25/2025 | 5,717.76 | 6,089.62 | -129.46 | 5,588.30 | 5,960.16 | 175.00 | 371.86 | 5,613.30 | -25.00 | 0.00 | 5,534.15 | 5,763.30 |
| 11/26/2025 | 6,769.56 | 7,211.52 | -97.90 | 6,671.66 | 7,113.62 | 0.00 | 441.96 | 6,671.66 | 0.00 | 0.00 | 6,105.42 | 6,671.66 |
| 11/28/2025 | 9,360.03 | 9,977.79 | -50.53 | 9,309.50 | 9,927.26 | 140.00 | 617.76 | 9,324.50 | -15.00 | 0.00 | 8,796.23 | 9,449.50 |
| 11/29/2025 | 10,348.58 | 11,031.11 | -91.86 | 10,256.72 | 10,939.25 | 45.00 | 682.53 | 10,301.72 | -45.00 | 0.00 | 9,558.32 | 10,301.72 |
| 11/30/2025 | 10,878.05 | 11,595.33 | -50.54 | 10,827.51 | 11,544.79 | 0.00 | 717.28 | 10,827.51 | 0.00 | 0.00 | 10,252.08 | 10,827.51 |
| 12/01/2025 | 4,039.23 | 4,304.02 | -67.30 | 3,971.93 | 4,236.72 | 25.00 | 264.79 | 3,996.93 | -25.00 | 0.00 | 3,764.44 | 3,996.93 |
| 12/02/2025 | 2,259.95 | 2,405.80 | -58.11 | 2,201.84 | 2,347.69 | 0.00 | 145.85 | 2,201.84 | 0.00 | 0.00 | 2,104.32 | 2,201.84 |
| 12/03/2025 | 3,918.38 | 4,173.20 | -71.91 | 3,846.47 | 4,101.29 | 30.00 | 254.82 | 3,846.47 | 0.00 | 0.00 | 3,684.23 | 3,876.47 |
| 12/04/2025 | 4,340.27 | 4,624.46 | -50.47 | 4,289.80 | 4,573.99 | 100.00 | 284.19 | 4,289.80 | 0.00 | 0.00 | 4,092.67 | 4,389.80 |
| 12/05/2025 | 4,590.07 | 4,888.78 | -105.59 | 4,484.48 | 4,783.19 | 25.00 | 298.71 | 4,509.48 | -25.00 | 0.00 | 4,230.39 | 4,509.48 |
| 12/06/2025 | 8,937.08 | 9,528.55 | -10.36 | 8,926.72 | 9,518.19 | 0.00 | 591.47 | 8,926.72 | 0.00 | 0.00 | 8,455.45 | 8,926.72 |
| 12/07/2025 | 10,507.72 | 11,201.96 | -28.50 | 10,479.22 | 11,173.46 | 50.00 | 694.24 | 10,479.22 | 0.00 | 0.00 | 9,651.38 | 10,529.22 |
| 12/08/2025 | 4,538.18 | 4,833.25 | -84.48 | 4,453.70 | 4,748.77 | 0.00 | 295.07 | 4,453.70 | 0.00 | 0.00 | 4,298.47 | 4,453.70 |
| 12/09/2025 | 3,691.04 | 3,931.92 | -54.93 | 3,636.11 | 3,876.99 | 75.00 | 240.88 | 3,636.11 | 0.00 | 0.00 | 3,570.54 | 3,711.11 |
| 12/10/2025 | 3,225.30 | 3,432.78 | -108.77 | 3,116.53 | 3,324.01 | 215.00 | 207.48 | 3,131.53 | -15.00 | 0.00 | 3,148.79 | 3,331.53 |
| 12/11/2025 | 4,018.04 | 4,281.01 | -48.77 | 3,969.27 | 4,232.24 | 150.00 | 262.97 | 3,969.27 | 0.00 | 0.00 | 3,858.22 | 4,119.27 |
| 12/12/2025 | 4,893.68 | 5,215.16 | -40.33 | 4,853.35 | 5,174.83 | 300.00 | 321.48 | 4,853.35 | 0.00 | 0.00 | 4,847.19 | 5,153.35 |
| 12/13/2025 | 9,768.03 | 10,399.07 | -27.48 | 9,740.55 | 10,371.59 | 230.00 | 631.04 | 9,524.75 | 0.00 | 215.80 | 9,185.78 | 9,970.55 |
| 12/14/2025 | 3,458.11 | 3,686.90 | -4.88 | 3,453.23 | 3,682.02 | 0.00 | 228.79 | 3,453.23 | 0.00 | 0.00 | 3,372.40 | 3,453.23 |
| 12/15/2025 | 4,129.27 | 4,398.36 | -67.53 | 4,061.74 | 4,330.83 | 325.00 | 269.09 | 4,061.74 | 0.00 | 0.00 | 4,098.16 | 4,386.74 |
| 12/16/2025 | 4,131.35 | 4,402.97 | -31.53 | 4,099.82 | 4,371.44 | 380.00 | 271.62 | 4,099.82 | 0.00 | 0.00 | 4,302.82 | 4,479.82 |
| 12/17/2025 | 6,020.95 | 6,401.98 | -44.52 | 5,976.43 | 6,357.46 | 100.00 | 381.03 | 5,751.43 | 225.00 | 0.00 | 5,744.87 | 6,076.43 |
| 12/18/2025 | 8,663.26 | 9,201.03 | -81.10 | 8,582.16 | 9,119.93 | 0.00 | 537.77 | 8,117.16 | 465.00 | 0.00 | 8,319.81 | 8,582.16 |

# Sales Tax

**Start Date:** 11/1/2025
**End Date:** 3/31/2026
**Corp. Name:** skillet by sal inc

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2025 | 8,788.49 | 9,338.87 | -40.21 | 8,748.28 | 9,298.66 | 0.00 | 550.38 | 8,308.28 | 440.00 | 0.00 | 8,600.45 | 8,748.28 |
| 12/20/2025 | 10,670.40 | 11,346.60 | -87.93 | 10,582.47 | 11,258.67 | 0.00 | 676.20 | 10,207.47 | 375.00 | 0.00 | 9,982.20 | 10,582.47 |
| 12/21/2025 | 11,509.62 | 12,193.46 | -511.63 | 10,997.99 | 11,681.83 | 0.00 | 683.84 | 10,321.99 | 676.00 | 0.00 | 10,115.59 | 10,997.99 |
| 12/22/2025 | 6,988.25 | 7,430.24 | -16.48 | 6,971.77 | 7,413.76 | 0.00 | 441.99 | 6,671.77 | 300.00 | 0.00 | 6,760.02 | 6,971.77 |
| 12/23/2025 | 7,691.97 | 8,159.13 | -4.88 | 7,687.09 | 8,154.25 | 0.00 | 467.16 | 7,052.09 | 635.00 | 0.00 | 7,369.94 | 7,687.09 |
| 12/24/2025 | 8,797.55 | 9,340.99 | -43.92 | 8,753.63 | 9,297.07 | 0.00 | 543.44 | 8,203.63 | 550.00 | 0.00 | 8,366.44 | 8,753.63 |
| 12/26/2025 | 10,321.11 | 10,993.16 | -26.71 | 10,294.40 | 10,966.45 | 0.00 | 672.05 | 10,144.40 | 150.00 | 0.00 | 10,017.33 | 10,294.40 |
| 12/27/2025 | 6,900.59 | 7,356.42 | -20.46 | 6,880.13 | 7,335.96 | 0.00 | 455.83 | 6,880.13 | 0.00 | 0.00 | 6,681.18 | 6,880.13 |
| 12/28/2025 | 10,648.74 | 11,346.43 | -118.11 | 10,530.63 | 11,228.32 | 0.00 | 697.69 | 10,530.63 | 0.00 | 0.00 | 9,931.53 | 10,530.63 |
| 12/29/2025 | 8,911.15 | 9,494.09 | -62.05 | 8,849.10 | 9,432.04 | 0.00 | 582.94 | 8,799.10 | 50.00 | 0.00 | 8,539.91 | 8,849.10 |
| 12/30/2025 | 8,404.36 | 8,959.64 | -22.21 | 8,382.15 | 8,937.43 | 0.00 | 555.28 | 8,382.15 | 0.00 | 0.00 | 7,980.48 | 8,382.15 |
| 12/31/2025 | 7,745.34 | 8,244.49 | -86.44 | 7,658.90 | 8,158.05 | 0.00 | 499.15 | 7,533.90 | 125.00 | 0.00 | 7,239.37 | 7,658.90 |
| 01/01/2026 | 10,909.76 | 11,629.03 | -51.97 | 10,857.79 | 11,577.06 | 0.00 | 719.27 | 10,857.79 | 0.00 | 0.00 | 10,123.12 | 10,857.79 |
| 01/02/2026 | 9,044.94 | 9,642.34 | -28.21 | 9,016.73 | 9,614.13 | 0.00 | 597.40 | 9,016.73 | 0.00 | 0.00 | 8,333.49 | 9,016.73 |
| 01/03/2026 | 10,465.65 | 11,155.40 | -28.71 | 10,436.94 | 11,126.69 | 0.00 | 689.75 | 10,411.94 | 25.00 | 0.00 | 9,976.89 | 10,436.94 |
| 01/04/2026 | 11,871.72 | 12,646.01 | -185.16 | 11,686.56 | 12,460.85 | 0.00 | 774.29 | 11,686.56 | 0.00 | 0.00 | 10,935.20 | 11,686.56 |
| 01/05/2026 | 4,810.94 | 5,133.88 | -73.41 | 4,737.53 | 5,060.47 | 0.00 | 322.94 | 4,875.52 | -137.99 | 0.00 | 4,521.57 | 4,737.53 |
| 01/06/2026 | 4,323.62 | 4,606.81 | -48.98 | 4,274.64 | 4,557.83 | 0.00 | 283.19 | 4,274.64 | 0.00 | 0.00 | 4,156.41 | 4,274.64 |
| 01/07/2026 | 4,396.41 | 4,686.01 | -25.27 | 4,371.14 | 4,660.74 | 0.00 | 289.60 | 4,371.14 | 0.00 | 0.00 | 4,179.15 | 4,371.14 |
| 01/08/2026 | 5,016.89 | 5,339.55 | -40.66 | 4,976.23 | 5,298.89 | 0.00 | 322.66 | 4,956.23 | 20.00 | 0.00 | 4,855.28 | 4,976.23 |
| 01/09/2026 | 6,500.71 | 6,924.92 | -67.93 | 6,432.78 | 6,856.99 | 0.00 | 424.21 | 6,432.78 | 0.00 | 0.00 | 6,116.71 | 6,432.78 |
| 01/10/2026 | 9,364.13 | 9,976.77 | -47.30 | 9,316.83 | 9,929.47 | 0.00 | 612.64 | 9,316.83 | 0.00 | 0.00 | 8,665.39 | 9,316.83 |
| 01/11/2026 | 11,190.18 | 11,918.80 | -66.15 | 11,124.03 | 11,852.65 | 0.00 | 728.62 | 11,124.03 | 0.00 | 0.00 | 10,521.16 | 11,124.03 |
| 01/12/2026 | 3,508.85 | 3,736.38 | -74.77 | 3,434.08 | 3,661.61 | 0.00 | 227.53 | 3,434.08 | 0.00 | 0.00 | 3,298.47 | 3,434.08 |
| 01/13/2026 | 4,386.18 | 4,671.52 | -26.29 | 4,359.89 | 4,645.23 | 0.00 | 285.34 | 4,359.89 | 0.00 | 0.00 | 4,215.55 | 4,359.89 |
| 01/14/2026 | 5,315.80 | 5,650.34 | -151.95 | 5,163.85 | 5,498.39 | 0.00 | 334.54 | 5,113.85 | 50.00 | 0.00 | 4,916.32 | 5,163.85 |
| 01/15/2026 | 4,512.58 | 4,805.68 | -40.15 | 4,472.43 | 4,765.53 | 0.00 | 293.10 | 4,472.43 | 0.00 | 0.00 | 4,225.81 | 4,472.43 |
| 01/16/2026 | 5,576.07 | 5,937.39 | -20.86 | 5,555.21 | 5,916.53 | 0.00 | 361.32 | 5,505.21 | 50.00 | 0.00 | 5,385.41 | 5,555.21 |
| 01/17/2026 | 10,797.89 | 11,468.00 | -609.57 | 10,188.32 | 10,858.43 | 0.00 | 670.11 | 10,188.32 | 0.00 | 0.00 | 9,591.48 | 10,188.32 |
| 01/18/2026 | 9,635.89 | 10,263.67 | -55.06 | 9,580.83 | 10,208.61 | 0.00 | 627.78 | 9,580.83 | 0.00 | 0.00 | 8,933.62 | 9,580.83 |
| 01/19/2026 | 11,041.73 | 11,765.04 | -16.10 | 11,025.63 | 11,748.94 | 0.00 | 723.31 | 11,025.63 | 0.00 | 0.00 | 10,304.32 | 11,025.63 |
| 01/20/2026 | 2,451.01 | 2,610.56 | -34.61 | 2,416.40 | 2,575.95 | 0.00 | 159.55 | 2,416.40 | 0.00 | 0.00 | 2,284.91 | 2,416.40 |
| 01/21/2026 | 4,102.25 | 4,368.60 | -17.51 | 4,084.74 | 4,351.09 | 0.00 | 266.35 | 4,084.74 | 0.00 | Desc | 3,886.67 | 4,084.74 |
| 01/22/2026 | 4,267.73 | 4,542.27 | -48.38 | 4,219.35 | 4,493.89 | 0.00 | 274.54 | 4,219.35 | 0.00 | 0.00 | 3,978.19 | 4,219.35 |
| 01/23/2026 | 4,603.95 | 4,901.96 | -54.61 | 4,549.34 | 4,847.35 | 0.00 | 298.01 | 4,549.34 | 0.00 | 0.00 | 4,363.89 | 4,549.34 |
| 01/24/2026 | 9,895.44 | 10,529.76 | -10.98 | 9,884.46 | 10,518.78 | 0.00 | 634.32 | 9,664.46 | 0.00 | 220.00 | 9,124.94 | 9,884.46 |
| 01/25/2026 | 147.31 | 157.07 | 0.00 | 147.31 | 157.07 | 0.00 | 9.76 | 147.31 | 0.00 | 0.00 | 157.07 | 147.31 |
| 01/26/2026 | 2,017.33 | 2,148.97 | -5.98 | 2,011.35 | 2,142.99 | 0.00 | 131.64 | 2,011.35 | 0.00 | 0.00 | 1,933.33 | 2,011.35 |
| 01/27/2026 | 2,459.33 | 2,617.60 | -9.48 | 2,449.85 | 2,608.12 | 0.00 | 158.27 | 2,449.85 | 0.00 | 0.00 | 2,365.68 | 2,449.85 |
| 01/28/2026 | 3,267.50 | 3,481.14 | -6.98 | 3,260.52 | 3,474.16 | 0.00 | 213.64 | 3,260.52 | 0.00 | 0.00 | 3,069.46 | 3,260.52 |
| 01/30/2026 | 4,851.78 | 5,158.61 | -105.46 | 4,746.32 | 5,053.15 | 0.00 | 306.83 | 4,696.32 | 50.00 | 0.00 | 4,493.08 | 4,746.32 |

# Sales Tax

**Start Date:**  11/1/2025
**End Date:**  3/31/2026
**Corp. Name:**  skillet by sal inc

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2026 | 10,438.30 | 11,117.70 | -82.89 | 10,355.41 | 11,034.81 | 0.00 | 679.40 | 10,355.41 | 0.00 | 0.00 | 9,637.15 | 10,355.41 |
| 02/01/2026 | 11,020.05 | 11,741.39 | -21.75 | 10,998.30 | 11,719.64 | 0.00 | 721.34 | 10,998.30 | 0.00 | 0.00 | 10,370.77 | 10,998.30 |
| 02/02/2026 | 3,934.62 | 4,186.31 | -38.71 | 3,895.91 | 4,147.60 | 0.00 | 251.69 | 3,895.91 | 0.00 | 0.00 | 3,747.16 | 3,895.91 |
| 02/03/2026 | 3,586.70 | 3,817.60 | -46.20 | 3,540.50 | 3,771.40 | 0.00 | 230.90 | 3,490.50 | 50.00 | 0.00 | 3,386.43 | 3,540.50 |
| 02/04/2026 | 3,464.89 | 3,687.12 | -38.76 | 3,426.13 | 3,648.36 | 0.00 | 222.23 | 3,426.13 | 0.00 | 0.00 | 3,426.66 | 3,426.13 |
| 02/05/2026 | 4,033.99 | 4,297.26 | -28.30 | 4,005.69 | 4,268.96 | 0.00 | 263.27 | 4,005.69 | 0.00 | 0.00 | 3,891.61 | 4,005.69 |
| 02/06/2026 | 4,180.71 | 4,454.74 | -9.36 | 4,171.35 | 4,445.38 | 0.00 | 274.03 | 4,171.35 | 0.00 | 0.00 | 3,881.30 | 4,171.35 |
| 02/07/2026 | 9,503.39 | 10,117.19 | -36.77 | 9,466.62 | 10,080.42 | 0.00 | 613.80 | 9,366.62 | 100.00 | 0.00 | 8,814.92 | 9,466.62 |
| 02/08/2026 | 9,996.81 | 10,646.98 | -103.37 | 9,893.44 | 10,543.61 | 0.00 | 650.17 | 9,893.44 | 0.00 | 0.00 | 9,296.22 | 9,893.44 |
| 02/09/2026 | 4,091.97 | 4,352.22 | -126.31 | 3,965.66 | 4,225.91 | 0.00 | 260.25 | 3,965.66 | 0.00 | 0.00 | 3,798.65 | 3,965.66 |
| 02/10/2026 | 3,566.48 | 3,800.03 | -23.69 | 3,542.79 | 3,776.34 | 0.00 | 233.55 | 3,542.79 | 0.00 | 0.00 | 3,384.96 | 3,542.79 |
| 02/11/2026 | 3,643.86 | 3,881.83 | -31.98 | 3,611.88 | 3,849.85 | 0.00 | 237.97 | 3,611.88 | 0.00 | 0.00 | 3,453.93 | 3,611.88 |
| 02/12/2026 | 3,466.92 | 3,691.26 | -35.54 | 3,431.38 | 3,655.72 | 0.00 | 224.34 | 3,431.38 | 0.00 | 0.00 | 3,271.93 | 3,431.38 |
| 02/13/2026 | 5,956.03 | 6,338.72 | -51.45 | 5,904.58 | 6,287.27 | 0.00 | 382.69 | 5,854.58 | 50.00 | 0.00 | 5,592.02 | 5,904.58 |
| 02/14/2026 | 14,030.98 | 14,940.47 | -69.23 | 13,961.75 | 14,871.24 | 0.00 | 909.49 | 13,841.75 | 0.00 | 120.00 | 13,082.14 | 13,961.75 |
| 02/15/2026 | 12,891.06 | 13,722.93 | -141.11 | 12,749.95 | 13,581.82 | 0.00 | 831.87 | 12,699.95 | 50.00 | 0.00 | 12,126.34 | 12,749.95 |
| 02/16/2026 | 9,481.32 | 10,105.05 | -7.48 | 9,473.84 | 10,097.57 | 0.00 | 623.73 | 9,473.84 | 0.00 | 0.00 | 8,789.29 | 9,473.84 |
| 02/17/2026 | 3,563.18 | 3,795.47 | -9.48 | 3,553.70 | 3,785.99 | 0.00 | 232.29 | 3,553.70 | 0.00 | 0.00 | 3,361.22 | 3,553.70 |
| 02/18/2026 | 4,057.63 | 4,322.90 | -22.31 | 4,035.32 | 4,300.59 | 0.00 | 265.27 | 4,035.32 | 0.00 | 0.00 | 3,846.20 | 4,035.32 |
| 02/19/2026 | 4,285.92 | 4,565.72 | -24.85 | 4,261.07 | 4,540.87 | 0.00 | 279.80 | 4,261.07 | 0.00 | 0.00 | 4,061.11 | 4,261.07 |
| 02/20/2026 | 4,154.31 | 4,418.28 | -128.31 | 4,026.00 | 4,289.97 | 0.00 | 263.97 | 4,026.00 | 0.00 | 0.00 | 3,821.42 | 4,026.00 |
| 02/21/2026 | 10,733.89 | 11,437.19 | -49.46 | 10,684.43 | 11,387.73 | 0.00 | 703.30 | 10,684.43 | 0.00 | 0.00 | 9,915.44 | 10,684.43 |
| 02/22/2026 | 8,331.18 | 8,868.43 | -142.23 | 8,188.95 | 8,726.20 | 0.00 | 537.25 | 8,188.95 | 0.00 | 0.00 | 7,776.70 | 8,188.95 |
| 02/23/2026 | 36.38 | 38.79 | 0.00 | 36.38 | 38.79 | 0.00 | 2.41 | 36.38 | 0.00 | 0.00 | 38.79 | 36.38 |
| 02/24/2026 | 3,430.93 | 3,652.67 | -24.48 | 3,406.45 | 3,628.19 | 0.00 | 221.74 | 3,406.45 | 0.00 | 0.00 | 3,244.39 | 3,406.45 |
| 02/25/2026 | 3,334.84 | 3,553.11 | -6.75 | 3,328.09 | 3,546.36 | 0.00 | 218.27 | 3,328.09 | 0.00 | 0.00 | 2,990.76 | 3,328.09 |
| 02/26/2026 | 3,069.38 | 3,269.32 | -33.93 | 3,035.45 | 3,235.39 | 0.00 | 199.94 | 3,035.45 | 0.00 | 0.00 | 2,969.26 | 3,035.45 |
| 02/27/2026 | 5,254.24 | 5,591.13 | -92.46 | 5,161.78 | 5,498.67 | 0.00 | 336.89 | 5,161.78 | 0.00 | 0.00 | 5,023.45 | 5,161.78 |
| 02/28/2026 | 10,784.76 | 11,488.34 | -40.19 | 10,744.57 | 11,448.15 | 0.00 | 703.58 | 10,744.57 | 0.00 | 0.00 | 10,139.19 | 10,744.57 |
| 03/01/2026 | 11,677.63 | 12,437.71 | -56.21 | 11,621.42 | 12,381.50 | 0.00 | 760.08 | 11,621.42 | 0.00 | 0.00 | 11,064.94 | 11,621.42 |
| 03/02/2026 | 4,134.89 | 4,405.89 | -7.48 | 4,127.41 | 4,398.41 | 0.00 | 271.00 | 4,127.41 | 0.00 | 0.00 | 4,093.88 | 4,127.41 |
| 03/03/2026 | 4,285.17 | 4,567.78 | 0.00 | 4,285.17 | 4,567.78 | 0.00 | 282.61 | 4,285.17 | 0.00 | 0.00 | 4,156.53 | 4,285.17 |
| 03/04/2026 | 3,566.23 | 3,799.68 | -13.01 | 3,553.22 | 3,786.67 | 0.00 | 233.45 | 3,553.22 | 0.00 | 0.00 | 3,439.80 | 3,553.22 |
| 03/05/2026 | 3,520.53 | 3,749.89 | -37.61 | 3,482.92 | 3,712.28 | 0.00 | 229.36 | 3,482.92 | 0.00 | 0.00 | 3,320.10 | 3,482.92 |
| 03/06/2026 | 6,384.86 | 6,803.16 | 0.00 | 6,384.86 | 6,803.16 | 0.00 | 418.30 | 6,384.86 | 0.00 | 0.00 | 6,111.57 | 6,384.86 |
| 03/07/2026 | 11,086.09 | 11,813.77 | -14.96 | 11,071.13 | 11,798.81 | 0.00 | 727.68 | 11,071.13 | 0.00 | 0.00 | 10,419.51 | 11,071.13 |
| 03/08/2026 | 11,996.80 | 12,783.88 | -17.50 | 11,979.30 | 12,766.38 | 0.00 | 787.08 | 11,979.30 | 0.00 | 0.00 | 11,201.19 | 11,979.30 |
| 03/09/2026 | 4,650.08 | 4,954.14 | -16.83 | 4,633.25 | 4,937.31 | 0.00 | 304.06 | 4,633.25 | 0.00 | 0.00 | 4,416.73 | 4,633.25 |
| 03/10/2026 | 3,319.08 | 3,536.70 | -14.23 | 3,304.85 | 3,522.47 | 0.00 | 217.62 | 3,304.85 | 0.00 | 0.00 | 3,119.40 | 3,304.85 |
| 03/11/2026 | 3,944.08 | 4,204.17 | -13.88 | 3,930.20 | 4,190.29 | 0.00 | 260.09 | 3,930.20 | 0.00 | 0.00 | 3,756.31 | 3,930.20 |
| 03/12/2026 | 4,158.86 | 4,426.98 | -54.64 | 4,104.22 | 4,372.34 | 0.00 | 268.12 | 4,104.22 | 0.00 | 0.00 | 3,816.97 | 4,104.22 |

# Sales Tax

**Start Date:** 11/1/2025
**End Date:** 3/31/2026
**Corp. Name:** skillet by sal inc

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2026 | 5,376.12 | 5,724.66 | -85.66 | 5,290.46 | 5,639.00 | 0.00 | 348.54 | 5,290.46 | 0.00 | 0.00 | 5,026.52 | 5,290.46 |
| 03/14/2026 | 11,668.09 | 12,434.02 | -35.47 | 11,632.62 | 12,398.55 | 0.00 | 765.93 | 11,632.62 | 0.00 | 0.00 | 10,660.40 | 11,632.62 |
| 03/15/2026 | 11,612.25 | 12,375.41 | -8.75 | 11,603.50 | 12,366.66 | 0.00 | 763.16 | 11,603.50 | 0.00 | 0.00 | 10,784.25 | 11,603.50 |
| 03/16/2026 | 4,509.65 | 4,799.81 | -72.70 | 4,436.95 | 4,727.11 | 0.00 | 290.16 | 4,436.95 | 0.00 | 0.00 | 4,212.00 | 4,436.95 |
| 03/17/2026 | 4,093.01 | 4,353.79 | -14.95 | 4,078.06 | 4,338.84 | 0.00 | 260.78 | 3,978.06 | 100.00 | 0.00 | 3,855.83 | 4,078.06 |
| 03/18/2026 | 4,169.92 | 4,440.73 | -46.45 | 4,123.47 | 4,394.28 | 0.00 | 270.81 | 4,123.47 | 0.00 | 0.00 | 3,932.41 | 4,123.47 |
| 03/19/2026 | 4,432.39 | 4,717.87 | -27.30 | 4,405.09 | 4,690.57 | 0.00 | 285.48 | 4,370.09 | 35.00 | 0.00 | 4,261.83 | 4,405.09 |
| 03/20/2026 | 7,765.17 | 8,275.04 | -51.95 | 7,713.22 | 8,223.09 | 0.00 | 509.87 | 7,713.22 | 0.00 | 0.00 | 7,203.92 | 7,713.22 |
| 03/21/2026 | 10,799.40 | 11,506.93 | -15.23 | 10,784.17 | 11,491.70 | 0.00 | 554.89 | 10,784.17 | 0.00 | 0.00 | 7,951.93 | 8,480.02 |
| **Totals** | **830,782.74** | **884,760.78** | **-7,521.29** | **823,261.45** | **877,239.49** | **2,846.00** | **53,778.45** | **818,817.64** | **3,888.01** | **555.80** | **777,961.30** | **823,232.50** |
| **Grand Totals** | **830,782.74** | **884,760.78** | **-7,521.29** | **823,261.45** | **877,239.49** | **2,846.00** | **53,778.45** | **818,817.64** | **3,888.01** | **555.80** | **777,961.30** | **823,232.50** |