☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🏦 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

**Privacy Notice**
**Federal law requires us to tell you how we**
**collect, share, and protect your personal information.**
**Our policy has not changed. You may review notice at www.amboybank.com.**
**Or we will mail you a free copy - Just call (877.22.AMBOY).**

## Free Personal Check Account     Account number: 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 11-28 | $12.64 |
| Deposits and other credits (+) | $14,999.00 |
| Withdrawals, checks and other debits (-) | $15,010.00 |
| Ending Balance on 12-31 | $1.64 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 | 12-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,000.00 |
| 12-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,500.00 | 12-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,000.00 |
| 12-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 499.00 | 12-29 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1026* | 12-02 | 3,000.00 | 1028 | 12-15 | 3,000.00 | 1029 | 12-29 | 3,000.00 |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-08 | TRANSFER TO ASSOCIATED ACCOUNT | 2,500.00 | 12-22 | BRANCH WITHDRAWAL | 3,000.00 |
| 12-11 | BRANCH WITHDRAWAL | 500.00 | 12-31 | Internet Transfer to xxx8183 | 10.00 |



0   $500.00   12/11/2025

0   $3,000.00   12/22/2025

1026   $3,000.00   12/2/2025

1028   $3,000.00   12/15/2025

1029   $3,000.00   12/29/2025

16017455PAGE2