Page 1 of 2
219 090 0-030-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🏦 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

## Privacy Notice

**Federal law requires us to tell you how we
collect, share, and protect your personal information.
Our policy has not changed. You may review notice at www.amboybank.com.
Or we will mail you a free copy - Just call (877.22.AMBOY).**

## Free Small Business Account     Account number: 16108272

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 11-28 | $0.00 |
| Deposits and other credits (+) | $2,842.00 |
| Withdrawals, checks and other debits (-) | $2,842.00 |
| Ending Balance on 12-31 | $0.00 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 513.00 | 12-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 80.00 |
| 12-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 | 12-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 |
| 12-03 | RETURNED ITEM, INSUFFICIENT FUNDS, 498467450884 MERCHANT BANKCD DISCOUNT | 99.00 | 12-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 35.00 |
| 12-04 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 60.00 | 12-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 160.00 |
| 12-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 30.00 | 12-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 900.00 |
| 12-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 300.00 | 12-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 210.00 |
| 12-09 | RETURNED ITEM, INSUFFICIENT FUNDS, 498467450884 MERCHANT BANKCD DISCOUNT | 30.00 | 12-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 190.00 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-01 | 514443745590826 PRUDENTIAL PAYMENTS | 162.83 | 12-10 | OVERDRAFT CHARGE | 35.00 |
| 12-01 | CA0FE1D6A6FF6CE CAPITAL ONE ONLINE PMT | 350.00 | 12-12 | 498467450884 MERCHANT BANK CD DEPOSIT | 30.00 |
| 12-02 | 498467450884 MERCHANT BANK CD DISCOUNT | 99.00 | 12-15 | 498467450884 MERCHANT BANK CD DEPOSIT | 30.00 |
| 12-02 | XXXXX9800 FARMERS NW LIFE INS. PREM | 188.74 | 12-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 12-03 | OVERDRAFT CHARGE | 35.00 | 12-22 | 7381959 INTUIT * QBooks Onl | 75.00 |
| 12-03 | RETURNED CHECK CHARGE | 35.00 | 12-22 | 7278937 VZ WIRELESS VN E CHECK | 313.40 |
| 12-08 | 498467450884 MERCHANT BANK CD DISCOUNT | 30.00 | 12-22 | XXXXX7136U FARMERS NW LIFE INS. PREM | 500.00 |
| 12-08 | XXXXX4584 FARMERS INS EFT PYMT | 327.66 | 12-23 | XXXXX7727 FARMERS NW LIFE INS. PREM | 212.68 |
| 12-09 | 498467450884 MERCHANT BANK CD DEPOSIT | 13.04 | 12-24 | Internet Transfer to xxx8183 | 10.00 |
| 12-09 | OVERDRAFT CHARGE | 35.00 | 12-30 | XXXXX9800 FARMERS NW LIFE INS. PREM | 188.74 |
| 12-09 | RETURNED CHECK CHARGE | 35.00 | 12-31 | SERVICE CHARGE | 4.91 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 105.00 | 315.15 |
| TOTAL RETURNED ITEM FEES: | $70.00 | $140.00 |