B-030-000-00000004

00 0000 0000 0000 0000 0000 0000 0000 0000 0000 00
00 0000 0000 0000 0000 0000 0000 0000 0000 0000 00

||..||..||..||..||..||..||..||..||..||..||..||

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

## Privacy Notice

**Federal law requires us to tell you how we
collect, share, and protect your personal information.
Our policy has not changed. You may review notice at www.amboybank.com.
Or we will mail you a free copy - Just call (877.22.AMBOY).**

## Free Small Business Account          Account number: 16018087

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 11-28 | $503.65 |
| Deposits and other credits (+) | $194,116.17 |
| Withdrawals, checks and other debits (-) | $194,617.71 |
| Ending Balance on 12-31 | $2.11 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-01 | WFBTRANSF1 CR CD DEP 251128 54368455595 8323 5436845 5595 8323 1THE SKILLET | 8,678.63 | 12-08 | WFBTRANSF1 CR CD DEP 251205 54368455595 8323 5436845 5595 8323 1THE SKILLET | 3,711.11 |
| 12-01 | WFBTRANSF1 CR CD DEP 251130 54368455595 8323 5436845 5595 8323 1THE SKILLET | 9,679.25 | 12-08 | WFBTRANSF1 CR CD DEP 251207 54368455595 8323 5436845 5595 8323 1THE SKILLET | 7,365.01 |
| 12-02 | WFBTRANSF1 CR CD DEP 251201 54368455595 8323 5436845 5595 8323 1THE SKILLET | 3,422.10 | 12-09 | WFBTRANSF1 CR CD DEP 251208 54368455595 8323 5436845 5595 8323 1THE SKILLET | 3,479.61 |
| 12-02 | WFBTRANSF1 CR CD DEP 251201 54368455595 8323 5436845 5595 8323 1THE SKILLET | 9,142.23 | 12-09 | WFBTRANSF1 CR CD DEP 251208 54368455595 8323 5436845 5595 8323 1THE SKILLET | 9,526.37 |
| 12-03 | WFBTRANSF1 CR CD DEP 251202 54368455595 8323 5436845 5595 8323 1THE SKILLET | 1,753.38 | 12-10 | WFBTRANSF1 CR CD DEP 251209 54368455595 8323 5436845 5595 8323 1THE SKILLET | 2,946.48 |
| 12-04 | WFBTRANSF1 CR CD DEP 251203 54368455595 8323 5436845 5595 8323 1THE SKILLET | 3,064.61 | 12-11 | WFBTRANSF1 CR CD DEP 251210 54368455595 8323 5436845 5595 8323 1THE SKILLET | 2,732.45 |
| 12-05 | WFBTRANSF1 CR CD DEP 251204 54368455595 8323 5436845 5595 8323 1THE SKILLET | 3,736.83 | 12-12 | WFBTRANSF1 CR CD DEP 251211 54368455595 8323 5436845 5595 8323 1THE SKILLET | 3,207.08 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-15 | WFBTRANSF1 CR CD DEP 251212 543684555958323 5436845559583231THE SKILLET | 4,363.25 | 12-22 | WFBTRANSF1 CR CD DEP 251221 543684555958323 5436845559583231THE SKILLET | 9,319.13 |
| 12-15 | WFBTRANSF1 CR CD DEP 251214 543684555958323 5436845559583231THE SKILLET | 9,111.28 | 12-23 | WFBTRANSF1 CR CD DEP 251222 543684555958323 5436845559583231THE SKILLET | 536.41 |
| 12-16 | WFBTRANSF1 CR CD DEP 251215 543684555958323 5436845559583231THE SKILLET | 2,764.37 | 12-23 | WFBTRANSF1 CR CD DEP 251222 543684555958323 5436845559583231THE SKILLET | 5,795.38 |
| 12-16 | WFBTRANSF1 CR CD DEP 251215 543684555958323 5436845559583231THE SKILLET | 3,878.42 | 12-23 | WFBTRANSF1 CR CD DEP 251222 543684555958323 5436845559583231THE SKILLET | 10,393.39 |
| 12-17 | WFBTRANSF1 CR CD DEP 251216 543684555958323 5436845559583231THE SKILLET | 3,647.60 | 12-24 | WFBTRANSF1 CR CD DEP 251223 543684555958323 5436845559583231THE SKILLET | 6,725.76 |
| 12-18 | WFBTRANSF1 CR CD DEP 251217 543684555958323 5436845559583231THE SKILLET | 4,535.18 | 12-26 | WFBTRANSF1 CR CD DEP 251224 543684555958323 5436845559583231THE SKILLET | 7,638.89 |
| 12-19 | WFBTRANSF1 CR CD DEP 251218 543684555958323 5436845559583231THE SKILLET | 911.89 | 12-29 | WFBTRANSF1 CR CD DEP 251228 543684555958323 5436845559583231THE SKILLET | 5,180.68 |
| 12-19 | WFBTRANSF1 CR CD DEP 251218 543684555958323 5436845559583231THE SKILLET | 7,243.21 | 12-29 | WFBTRANSF1 CR CD DEP 251226 543684555958323 5436845559583231THE SKILLET | 8,109.01 |
| 12-22 | WFBTRANSF1 CR CD DEP 251221 543684555958323 5436845559583231THE SKILLET | 455.95 | 12-30 | WFBTRANSF1 CR CD DEP 251229 543684555958323 5436845559583231THE SKILLET | 7,025.87 |
| 12-22 | WFBTRANSF1 CR CD DEP 251219 543684555958323 5436845559583231THE SKILLET | 1,528.76 | 12-30 | WFBTRANSF1 CR CD DEP 251229 543684555958323 5436845559583231THE SKILLET | 9,008.39 |
| 12-22 | WFBTRANSF1 CR CD DEP 251219 543684555958323 5436845559583231THE SKILLET | 6,547.72 | 12-31 | WFBTRANSF1 CR CD DEP 251230 543684555958323 5436845559583231THE SKILLET | 6,950.49 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-01 | BRANCH WITHDRAWAL | 400.00 | 12-02 | Internet Transfer to xxx7764 | 7,200.00 |
| 12-01 | Internet Transfer to xxx7764 | 18,430.00 | 12-03 | 10031 MERCHANTSERVICES PHONECHECK | 197.50 |
| 12-02 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 12-03 | Internet Transfer to xxx8272 | 200.00 |
| 12-02 | Internet Transfer to xxx8272 | 513.00 | 12-03 | Internet Transfer to xxx8183 | 300.00 |
| 12-02 | Internet Transfer to xxx8183 | 1,740.00 | 12-03 | Internet Transfer to xxx7764 | 1,050.00 |
| 12-02 | Internet Transfer to xxx7455 | 3,000.00 | 12-04 | Internet Transfer to xxx8272 | 60.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-04 | Internet Transfer to xxx8183 | 200.00 | 12-16 | Internet Transfer to xxx7764 | 5,800.00 |
| 12-04 | Internet Transfer to xxx7764 | 2,800.00 | 12-17 | Internet Transfer to xxx8183 | 1,500.00 |
| 12-05 | 251204 1900415OF Vivian Capital Group LLC D | 300.00 | 12-17 | Internet Transfer to xxx7764 | 2,145.00 |
| 12-05 | 251204 190041UP1 Vivian Capital Group LLC D | 300.00 | 12-18 | Internet Transfer to xxx7764 | 4,525.00 |
| 12-05 | Internet Transfer to xxx8183 | 300.00 | 12-19 | 251218 190043BRE Vivian Capital Group LLC D | 300.00 |
| 12-05 | Internet Transfer to xxx7764 | 1,225.00 | 12-19 | 251218 190042YRW Vivian Capital Group LLC D | 300.00 |
| 12-05 | BRANCH WITHDRAWAL | 1,500.00 | 12-19 | Internet Transfer to xxx8183 | 2,115.00 |
| 12-08 | 7300604847 BILLNG 251130 4445045885837 Merch Bankcard 3331091 The Skillet | 41.28 | 12-19 | Internet Transfer to xxx7764 | 5,450.00 |
| | | | 12-22 | Internet Transfer to xxx8183 | 100.00 |
| | | | 12-22 | Internet Transfer to xxx8272 | 900.00 |
| 12-08 | Internet Transfer to xxx8183 | 350.00 | 12-22 | BRANCH WITHDRAWAL | 1,000.00 |
| 12-08 | Internet Transfer to xxx7764 | 500.00 | 12-22 | Internet Transfer to xxx7455 | 3,000.00 |
| 12-08 | Internet Transfer to xxx7455 | 2,500.00 | 12-22 | Internet Transfer to xxx7764 | 12,500.00 |
| 12-08 | Internet Transfer to xxx7764 | 7,800.00 | 12-23 | Internet Transfer to xxx8272 | 210.00 |
| 12-09 | Internet Transfer to xxx8272 | 30.00 | 12-23 | Internet Transfer to xxx8183 | 2,000.00 |
| 12-09 | Internet Transfer to xxx8183 | 265.00 | 12-23 | Internet Transfer to xxx7764 | 14,500.00 |
| 12-09 | Internet Transfer to xxx8272 | 300.00 | 12-24 | Internet Transfer to xxx8183 | 370.00 |
| 12-09 | Internet Transfer to xxx7764 | 12,400.00 | 12-24 | Internet Transfer to xxx8183 | 370.00 |
| 12-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 105.95 | 12-24 | Internet Transfer to xxx7764 | 6,350.00 |
| | | | 12-26 | 251225 1900216FO Vivian Capital Group LLC D | 300.00 |
| 12-10 | Internet Transfer to xxx8272 | 80.00 | 12-26 | 251225 190021PG3 Vivian Capital Group LLC D | 300.00 |
| 12-10 | Internet Transfer to xxx7764 | 80.00 | | | |
| 12-10 | Internet Transfer to xxx8183 | 500.00 | 12-26 | Internet Transfer to xxx8183 | 2,800.00 |
| 12-10 | Internet Transfer to xxx7764 | 2,200.00 | 12-26 | Internet Transfer to xxx7764 | 4,200.00 |
| 12-11 | Internet Transfer to xxx8272 | 35.00 | 12-29 | Internet Transfer to xxx7764 | 800.00 |
| 12-11 | Internet Transfer to xxx7455 | 499.00 | 12-29 | Internet Transfer to xxx8183 | 1,000.00 |
| 12-11 | Internet Transfer to xxx8183 | 500.00 | 12-29 | Internet Transfer to xxx7455 | 3,000.00 |
| 12-11 | Internet Transfer to xxx7764 | 1,700.00 | 12-29 | Internet Transfer to xxx7764 | 8,000.00 |
| 12-12 | 251211 19003808T Vivian Capital Group LLC D | 300.00 | 12-30 | Internet Transfer to xxx8183 | 35.00 |
| 12-12 | 251211 190038UKX Vivian Capital Group LLC D | 300.00 | 12-30 | Internet Transfer to xxx7764 | 119.00 |
| | | | 12-30 | Internet Transfer to xxx8272 | 190.00 |
| 12-12 | Internet Transfer to xxx8272 | 35.00 | 12-30 | Internet Transfer to xxx8183 | 390.00 |
| 12-12 | Internet Transfer to xxx8183 | 140.00 | 12-30 | Internet Transfer to xxx8183 | 535.00 |
| 12-12 | Internet Transfer to xxx7764 | 500.00 | 12-30 | Internet Transfer to xxx7764 | 15,300.00 |
| 12-15 | Internet Transfer to xxx8272 | 160.00 | 12-31 | Digital Basic Monthly Fee | 10.00 |
| 12-15 | BRANCH WITHDRAWAL | 400.00 | 12-31 | Internet Transfer to xxx8183 | 25.00 |
| 12-15 | Internet Transfer to xxx8183 | 525.00 | 12-31 | Internet Transfer to xxx7764 | 900.00 |
| 12-15 | Internet Transfer to xxx7455 | 3,000.00 | 12-31 | Internet Transfer to xxx7764 | 6,000.00 |
| 12-15 | Internet Transfer to xxx7764 | 11,000.00 | 12-31 | SERVICE CHARGE | 15.00 |
| 12-16 | INS PMNT HANOVER INS BILLPAY | 365.23 | | | |
| 12-16 | Internet Transfer to xxx8183 | 800.00 | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16018087

|  | TOTAL FOR<br>THIS PERIOD | TOTAL<br>YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 0.00 | 1,191.15 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $770.00 |



0    $400.00    12/1/2025                0    $400.00    12/1/2025

0    $1,500.00    12/5/2025            0    $1,500.00    12/5/2025

0    $400.00    12/15/2025            0    $400.00    12/15/2025

0    $1,000.00    12/22/2025          0    $1,000.00    12/22/2025

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

Street and Number · City · State · Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ........................................   ☐ Loan ........................................   ☐ Safe Deposit Box ( ........................................ )

☐ Savings ........................................   ☐ Certificate ........................................   ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____   Authorized Signature: _____

**CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK**

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | |
| **TOTAL** | | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | |
|---|---|---|
| DEPOSITS NOT SHOWN ON STATEMENT | | |
| STATEMENT BALANCE | | |
| **TOTAL** | | |

**IF CORRECT THESE SHOULD AGREE**

**WORK SPACE**

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY