Page 1 of 490-00000238

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

000 0000 0000 0000 0000 0000 0000 0000 000 00000
000 0000 0000 0000 0000 0000 0000 0000 000 00000

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD          NJ  07728

## IRA Money Market

**Everyday great rates & stable growth.**

**Stop in any branch or call 877.22.AMBOY**

## Free Small Business Account          Account number: 16107764

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-31 | -$6,903.37 |
| Deposits and other credits (+) | $237,231.75 |
| Withdrawals, checks and other debits (-) | $236,048.12 |
| Ending Balance on 01-30 | -$5,719.74 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,800.00 | 01-07 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |
| 01-02 | 2601023 1ZgWYnV5 GRUBHUB INC Dec Actvty | 174.73 | 01-07 | DEPOSIT | 6,500.00 |
| 01-02 | RETURNED ITEM, INSUFFICIENT FUNDS 20429699 WATERFALL REVENU 6097719200 | 1,025.00 | 01-07 | RETURNED CHECK # 4312, INSUFFICIENT FUNDS | 1,000.00 |
| 01-02 | RETURNED CHECK # 4407, INSUFFICIENT FUNDS | 1,100.00 | 01-08 | DEPOSIT | 650.00 |
| 01-05 | DEPOSIT | 365.00 | 01-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,400.00 |
| 01-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 20,050.00 | 01-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01 120 260061001513186 TXP* | 254.94 |
| 01-05 | ST-M9I4B4H8C0Z3 DoorDash payout DoorDash - | 957.29 | 01-08 | RETURNED CHECK # 14261, INSUFFICIENT FUNDS | 671.99 |
| 01-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 190.00 | 01-08 | RETURNED CHECK # 4411, INSUFFICIENT FUNDS | 1,700.00 |
| 01-06 | DEPOSIT | 8,000.00 | 01-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 270640790368504 IRS USATAXPYMT | 2,319.17 |
| 01-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 11,000.08 | 01-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 37789 Ace Endico EDI PYMNTS | 2,759.95 |
| 01-06 | 3320456349 EDI PAYMNT JAN 05 WQ7ARYG1Q8BRVE4 REF*TN*WQ7ARYG1Q8\ | 586.29 | | | |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
| --- | --- |

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
| --- | --- | ---: | --- | --- | ---: |
| 01-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 270.00 | 01-15 | RETURNED ITEM, INSUFFICIENT FUNDS, SKI300 ACE ENDICO CORP SKI300 | 1,874.76 |
| 01-09 | DEPOSIT | 1,000.00 | 01-15 | RETURNED ITEM, INSUFFICIENT FUNDS, 270641405230352 IRS USATAXPYMT | 2,794.55 |
| 01-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,440.00 | 01-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,090.00 |
| 01-09 | 26010907ZgWYnV5 GRUBHUB INC Jan Actvty | 46.34 | 01-16 | 26011614ZgWYnV5 GRUBHUB INC Jan Actvty | 52.86 |
| 01-09 | ST-M7D5A9J3F6B5 DoorDash payout DoorDash - | 1,819.50 | 01-16 | ST-F1M6N6J5R6U5 DoorDash payout DoorDash - | 1,094.12 |
| 01-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 350.00 | 01-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 260141001578768 TXP* | 329.82 |
| 01-12 | DEPOSIT | 365.00 | 01-16 | RETURNED CHECK # 4508, INSUFFICIENT FUNDS | 750.00 |
| 01-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 7,700.00 | 01-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 300.00 |
| 01-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 10,560.00 | 01-20 | DEPOSIT | 365.00 |
| 01-13 | 3320456349 EDI PAYMNT JAN 12 792UGX97TPBS5B0 REF*TN*792UGX97TP\ | 336.38 | 01-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,900.00 |
| 01-13 | RETURNED CHECK # 4471, INSUFFICIENT FUNDS | 500.00 | 01-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 22,000.00 |
| 01-13 | RETURNED ITEM, INSUFFICIENT FUNDS, 9028957430 RPOWER HOLDINGS, ACH Debit | 649.35 | 01-20 | 3320456349 EDI PAYMNT JAN 19 GQAUW7ENIR5K9Z8 REF*TN*GQAUW7ENIR\ | 387.18 |
| 01-13 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX3270 Lend Bug LLC 9175802864 | 1,000.00 | 01-21 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 15.00 |
| 01-14 | DEPOSIT | 50.00 | 01-21 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 30.00 |
| 01-14 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 100.00 | 01-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 340.00 |
| 01-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,220.00 | 01-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,807.00 |
| 01-14 | DEPOSIT | 4,900.00 | 01-21 | DEPOSIT | 10,800.00 |
| 01-15 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 220.00 | 01-21 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX1890 Lend Bug LLC 9175802864 | 2,000.00 |
| 01-15 | DEPOSIT | 850.00 | 01-21 | RETURNED CHECK # 4490, INSUFFICIENT FUNDS | 2,340.00 |
| 01-15 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,670.00 | 01-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 565.00 |
| 01-15 | RETURNED ITEM, INSUFFICIENT FUNDS, 39039-030641597 Rewards Network SETTLEMENT | 47.27 | 01-22 | DEPOSIT | 7,700.00 |
| 01-15 | RETURNED CHECK # 4468, INSUFFICIENT FUNDS | 500.00 | | | |
| 01-15 | RETURNED ITEM, INSUFFICIENT FUNDS, 221641414182711 IRS USATAXPYMT | 1,000.00 | | | |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 |
|---|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-22 | RETURNED ITEM, INSUFFICIENT FUNDS, Cust #55252431 PERFORMANCEMNY CASH CONC | 147.10 | 01-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 320.00 |
| 01-22 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01120 260201001733972 TXP* | 239.11 | 01-27 | 3320456349 EDI PAYMNT JAN 26 1FZT7CSOW21AOZ3 REF*TN*1FZT7CSOW2\ | 528.56 |
| 01-22 | RETURNED ITEM, INSUFFICIENT FUNDS, 39061-030665599 Rewards Network SETTLEMENT | 294.88 | 01-27 | RETURNED ITEM, INSUFFICIENT FUNDS, 39077-030680810 Rewards Network SETTLEMENT | 294.88 |
| 01-22 | RETURNED CHECK# 7033, INSUFFICIENT FUNDS | 450.00 | 01-27 | RETURNED CHECK# 7039, INSUFFICIENT FUNDS | 300.00 |
| 01-22 | RETURNED CHECK# 4510, INSUFFICIENT FUNDS | 540.00 | 01-27 | RETURNED CHECK# 7032, INSUFFICIENT FUNDS | 500.00 |
| 01-22 | RETURNED CHECK# 7035, INSUFFICIENT FUNDS | 580.00 | 01-27 | RETURNED CHECK# 7033, INSUFFICIENT FUNDS | 720.00 |
| 01-22 | RETURNED CHECK# 7027, INSUFFICIENT FUNDS | 650.00 | 01-27 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX7060 Lend Bug LLC 9175802864 | 1,000.00 |
| 01-22 | RETURNED CHECK# 7034, INSUFFICIENT FUNDS | 835.00 | 01-27 | RETURNED CHECK# 7025, INSUFFICIENT FUNDS | 1,672.89 |
| 01-22 | RETURNED CHECK# 4313, INSUFFICIENT FUNDS | 1,000.00 | 01-27 | RETURNED ITEM, INSUFFICIENT FUNDS, 40297 Ace Endico EDI PYMNTS | 1,836.04 |
| 01-22 | RETURNED CHECK# 4484, INSUFFICIENT FUNDS | 1,700.00 | 01-27 | RETURNED CHECK# 7047, INSUFFICIENT FUNDS | 2,500.00 |
| 01-22 | RETURNED ITEM, INSUFFICIENT FUNDS, SKI300 ACE ENDICO CORP SKI300 | 1,836.04 | 01-27 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 RETRY PYMT 260211001776368 TXP* | 4,534.76 |
| 01-22 | RETURNED ITEM, INSUFFICIENT FUNDS, 270642105473598 IRS USATAXPYMT | 2,147.91 | 01-28 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,600.00 |
| 01-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 900.00 | 01-28 | RETURNED CHECK# 7029, INSUFFICIENT FUNDS | 300.00 |
| 01-23 | 26012321ZgWYnV5 GRUBHUB INC Jan Actvty | 98.70 | 01-28 | RETURNED CHECK# 7031, INSUFFICIENT FUNDS | 300.00 |
| 01-23 | ST-Y4S6L7Z6Q2N0 DoorDash payout DoorDash - | 852.98 | 01-28 | RETURNED CHECK# 4464, INSUFFICIENT FUNDS | 430.00 |
| 01-23 | RETURNED CHECK# 16107764, INSUFFICIENT FUNDS | 3,000.00 | 01-28 | RETURNED CHECK# 7028, INSUFFICIENT FUNDS | 450.00 |
| 01-23 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB04130 260211001776368 TXP* | 4,534.76 | 01-28 | RETURNED CHECK# 7038, INSUFFICIENT FUNDS | 450.00 |
| 01-26 | DEPOSIT | 365.00 | 01-28 | RETURNED CHECK# 7050, INSUFFICIENT FUNDS | 500.00 |
| 01-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,100.00 | 01-28 | RETURNED CHECK# 7049, INSUFFICIENT FUNDS | 576.85 |
| 01-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 6,000.00 | 01-28 | RETURNED CHECK# 7021, INSUFFICIENT FUNDS | 600.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 01-28 | RETURNED ITEM, INSUFFICIENT FUNDS, SKI300 ACE ENDICO CORP SKI300 | 1,836.07 | 01-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,200.08 |
| 01-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,505.00 | 01-30 | 26013028ZgWYnV5 GRUBHUB INC Jan Actvty | 85.63 |
| 01-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 39082-030689384 Rewards Network SETTLEMENT | 553.58 | 01-30 | ST-K5S1N8V6H7P7 DoorDash payout DoorDash - | 414.68 |
| 01-29 | RETURNED CHECK# 7030, INSUFFICIENT FUNDS | 856.00 | 01-30 | RETURNED CHECK# 7033, INSUFFICIENT FUNDS | 720.00 |
| 01-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 RETRY PYMT 260211001776368 TXP* | 4,534.76 | 01-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 270642960614584 IRS USATAXPYMT | 2,206.92 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 4241* | 01-06 | 1,000.00 | 4439 | 01-16 | 500.00 | 4469* | 01-20 | 542.26 |
| 4297* | 01-05 | 450.00 | 4440* | 01-06 | 300.00 | 4471 | 01-12 | 500.00 |
| 4312 | 01-06 | 1,000.00 | 4442 | 01-05 | 500.00 | 4472 | 01-06 | 500.00 |
| 4313* | 01-21 | 1,000.00 | 4443 | 01-05 | 888.66 | 4473 | 01-09 | 212.00 |
| 4347* | 01-02 | 1,888.56 | 4444 | 01-05 | 1,500.00 | 4474 | 01-12 | 500.00 |
| 4354* | 01-06 | 1,558.57 | 4445 | 01-06 | 500.00 | 4475 | 01-12 | 1,061.91 |
| 4358* | 01-20 | 916.67 | 4446 | 01-08 | 1,034.00 | 4476 | 01-08 | 300.00 |
| 4368* | 01-05 | 428.50 | 4447 | 01-09 | 1,513.25 | 4477 | 01-08 | 480.00 |
| 4385* | 01-14 | 807.00 | 4448 | 01-02 | 499.00 | 4478 | 01-12 | 300.00 |
| 4391* | 01-12 | 420.00 | 4449 | 01-06 | 500.00 | 4479 | 01-12 | 500.00 |
| 4399* | 01-07 | 843.00 | 4450 | 01-05 | 1,293.75 | 4480 | 01-12 | 1,100.00 |
| 4411* | 01-07 | 1,700.00 | 4451 | 01-02 | 850.00 | 4481 | 01-12 | 300.00 |
| 4416 | 01-02 | 750.00 | 4452 | 01-02 | 335.00 | 4482 | 01-07 | 300.00 |
| 4417 | 01-02 | 1,200.00 | 4453 | 01-05 | 1,000.00 | 4483 | 01-14 | 1,700.00 |
| 4418 | 01-07 | 1,200.00 | 4454 | 01-05 | 750.00 | 4484 | 01-21 | 1,700.00 |
| 4419* | 01-16 | 1,200.00 | 4455 | 01-12 | 520.00 | 4485* | 01-23 | 1,700.00 |
| 4421 | 01-06 | 1,021.04 | 4456 | 01-06 | 320.00 | 4487 | 01-13 | 500.00 |
| 4422* | 01-12 | 1,123.86 | 4457* | 01-06 | 300.00 | 4488 | 01-09 | 500.00 |
| 4424 | 01-02 | 1,000.00 | 4459 | 01-08 | 1,701.29 | 4489 | 01-13 | 2,345.00 |
| 4425 | 01-09 | 1,000.00 | 4460 | 01-09 | 1,200.00 | 4490 | 01-28 | 2,340.00 |
| 4426* | 01-20 | 1,000.00 | 4461 | 01-05 | 535.00 | 4490 | 01-20 | 2,340.00 |
| 4429 | 01-05 | 800.00 | 4462 | 01-05 | 510.00 | 4491 | 01-16 | 525.00 |
| 4430* | 01-05 | 385.00 | 4463 | 01-05 | 550.00 | 4492* | 01-16 | 850.00 |
| 4432 | 01-07 | 450.00 | 4464 | 01-27 | 430.00 | 4494* | 01-13 | 750.00 |
| 4433 | 01-02 | 385.00 | 4465 | 01-06 | 650.00 | 4496* | 01-12 | 464.40 |
| 4434* | 01-02 | 650.00 | 4466 | 01-05 | 500.00 | 4498* | 01-20 | 750.00 |
| 4436* | 01-02 | 645.00 | 4467 | 01-05 | 231.00 | 4500 | 01-15 | 450.00 |
| 4438 | 01-06 | 500.00 | 4468 | 01-14 | 500.00 | 4501* | 01-13 | 500.00 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account                  Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4503 | 01-13 | 300.00 | 7031 | 01-20 | 1,500.00 | 14264 | 01-08 | 270.01 |
| 4504 | 01-12 | 400.00 | 7031 | 01-27 | 300.00 | 14265 | 01-06 | 136.52 |
| 4505 | 01-12 | 550.00 | 7032 | 01-26 | 500.00 | 14266* | 01-06 | 474.51 |
| 4506 | 01-13 | 745.00 | 7032 | 01-26 | 1,295.00 | 14268 | 01-05 | 27.81 |
| 4507 | 01-13 | 500.00 | 7033 | 01-26 | 720.00 | 14269 | 01-06 | 508.86 |
| 4508 | 01-15 | 750.00 | 7033 | 01-21 | 450.00 | 14270 | 01-26 | 7.53 |
| 4509 | 01-12 | 650.00 | 7033 | 01-29 | 720.00 | 14271 | 01-06 | 225.22 |
| 4510 | 01-21 | 540.00 | 7034 | 01-21 | 835.00 | 14272 | 01-05 | 88.13 |
| 4511 | 01-15 | 400.00 | 7035 | 01-26 | 580.00 | 14273 | 01-06 | 13.69 |
| 4512* | 01-14 | 500.00 | 7035 | 01-21 | 580.00 | 14274 | 01-07 | 328.32 |
| 7001 | 01-20 | 231.00 | 7036 | 01-20 | 350.00 | 14275 | 01-05 | 271.02 |
| 7002 | 01-14 | 600.00 | 7037 | 01-26 | 645.00 | 14276 | 01-26 | 22.73 |
| 7003 | 01-16 | 645.00 | 7038 | 01-27 | 450.00 | 14277 | 01-06 | 11.02 |
| 7004 | 01-15 | 650.00 | 7039* | 01-26 | 300.00 | 14278 | 01-05 | 13.24 |
| 7005 | 01-15 | 215.00 | 7041* | 01-27 | 500.00 | 14279 | 01-05 | 431.18 |
| 7006 | 01-15 | 250.00 | 7045* | 01-26 | 550.00 | 14280 | 01-05 | 172.00 |
| 7007 | 01-20 | 350.00 | 7047* | 01-26 | 2,500.00 | 14281* | 01-20 | 85.00 |
| 7008 | 01-14 | 250.00 | 7049 | 01-27 | 576.85 | 14284* | 01-14 | 671.99 |
| 7009 | 01-20 | 1,894.14 | 7050 | 01-27 | 500.00 | 14286 | 01-20 | 426.74 |
| 7010 | 01-20 | 300.00 | 7051 | 01-27 | 500.00 | 14287 | 01-13 | 270.01 |
| 7011 | 01-20 | 354.00 | 7052 | 01-27 | 200.00 | 14288 | 01-22 | 8.89 |
| 7012 | 01-16 | 922.69 | 7053 | 01-29 | 667.00 | 14289 | 01-13 | 151.20 |
| 7013 | 01-20 | 300.00 | 7054 | 01-30 | 650.00 | 14290* | 01-13 | 391.61 |
| 7014 | 01-16 | 300.00 | 7055* | 01-28 | 650.00 | 14292 | 01-12 | 20.31 |
| 7015 | 01-16 | 500.00 | 7074* | 01-30 | 520.00 | 14293 | 01-13 | 508.86 |
| 7016 | 01-26 | 500.00 | 7077* | 01-30 | 650.00 | 14294 | 01-26 | 11.54 |
| 7017 | 01-16 | 1,000.00 | 14068* | 01-05 | 467.89 | 14295 | 01-12 | 413.77 |
| 7018* | 01-16 | 3,000.00 | 14167* | 01-02 | 328.12 | 14296 | 01-20 | 240.50 |
| 7020 | 01-16 | 559.78 | 14179* | 01-02 | 3.56 | 14297 | 01-13 | 4.26 |
| 7021 | 01-27 | 600.00 | 14188* | 01-02 | 221.87 | 14298 | 01-13 | 252.02 |
| 7022 | 01-20 | 2,500.00 | 14190* | 01-16 | 10.12 | 14299 | 01-14 | 349.37 |
| 7023 | 01-21 | 2,400.00 | 14213* | 01-16 | 13.93 | 14300 | 01-26 | 28.06 |
| 7024 | 01-21 | 1,000.00 | 14218* | 01-07 | 467.89 | 14301 | 01-13 | 2.17 |
| 7025 | 01-20 | 660.00 | 14221* | 01-02 | 23.99 | 14302 | 01-12 | 5.21 |
| 7025 | 01-26 | 1,672.89 | 14240* | 01-15 | 467.89 | 14303* | 01-12 | 431.18 |
| 7026 | 01-20 | 500.00 | 14243* | 01-06 | 10.09 | 14306* | 01-20 | 671.99 |
| 7026 | 01-21 | 697.71 | 14245* | 01-06 | 296.94 | 14308 | 01-20 | 161.52 |
| 7027 | 01-20 | 500.00 | 14249* | 01-26 | 12.94 | 14309 | 01-21 | 270.01 |
| 7027 | 01-21 | 650.00 | 14251* | 01-05 | 167.50 | 14310 | 01-22 | 16.31 |
| 7028 | 01-21 | 500.00 | 14253* | 01-02 | 429.75 | 14311 | 01-20 | 250.57 |
| 7028 | 01-27 | 450.00 | 14258* | 01-05 | 429.52 | 14312* | 01-23 | 465.78 |
| 7029 | 01-27 | 300.00 | 14261 | 01-20 | 671.99 | 14315 | 01-21 | 508.86 |
| 7029 | 01-30 | 300.00 | 14261 | 01-07 | 671.99 | 14316 | 01-20 | 56.28 |
| 7030 | 01-28 | 856.00 | 14262 | 01-21 | 470.11 | 14317 | 01-20 | 444.04 |
| 7030 | 01-20 | 158.82 | 14263 | 01-06 | 387.50 | 14318 | 01-20 | 159.84 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account          Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 14319 | 01-21 | 17.57 | 14332* | 01-27 | 270.01 | 14342 | 01-26 | 455.60 |
| 14320 | 01-21 | 117.36 | 14336 | 01-27 | 56.35 | 14343* | 01-26 | 186.49 |
| 14321 | 01-21 | 163.87 | 14337 | 01-30 | 508.86 | 14345 | 01-27 | 25.83 |
| 14322 | 01-21 | 3.74 | 14338 | 01-26 | 33.54 | 14346* | 01-26 | 1.76 |
| 14323 | 01-20 | 3.98 | 14339 | 01-26 | 435.24 | 16107764 | 01-22 | 3,000.00 |
| 14324* | 01-21 | 431.18 | 14340 | 01-27 | 71.29 | | | |
| 14331 | 01-26 | 94.78 | 14341 | 01-27 | 12.34 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-02 | 0KZNR5 AppFolio, Inc. F WEB PMTS | 2.49 | 01-06 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 01-02 | 7216000928 NJWEB01120 253651001489785 TXP*B872535605000*01120*251231*T*29 | 290.97 | 01-06 | Cust #55252431 PERFORMANCEMNY CASH CONC | 250.00 |
| 01-02 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 01-06 | SK1088 Termac WEB PAY | 414.98 |
| 01-02 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 | 01-06 | OVERDRAFT CHARGE | 105.00 |
| 01-02 | 100147193088 FirstEnergy OPCO-ACH | 350.50 | 01-07 | 39017-030617894 Rewards Network SETTLEMENT | 15.43 |
| 01-02 | 39006-030607466 Rewards Network SETTLEMENT | 531.37 | 01-07 | 7216000928 NJWEB01120 260061001513186 TXP*B872535605000*01120*260331*T*25 | 254.94 |
| 01-02 | 9029539110 HILOYO INVESTMEN ACH Debit | 2,300.00 | 01-07 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 01-02 | SKI300 ACE ENDICO CORP SKI300 | 3,089.58 | 01-07 | 270640790368504 IRS USA TAX PYMT | 2,319.17 |
| 01-02 | 96CS2F Acorn Property M WEB PMTS | 5,000.00 | 01-07 | 37789 Ace Endico EDI PYMNTS | 2,759.95 |
| 01-02 | OVERDRAFT CHARGE | 35.00 | 01-07 | RETURNED CHECK CHARGE | 35.00 |
| 01-02 | RETURNED CHECK CHARGE | 70.00 | 01-07 | OVERDRAFT CHARGE | 70.00 |
| 01-05 | HZCDS5 AppFolio, Inc. F WEB PMTS | 2.49 | 01-08 | TD71T5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 01-05 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 | 01-08 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 01-05 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 | 01-08 | C08D5F Acorn Property M WEB PMTS | 500.00 |
| 01-05 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 | 01-08 | 3567668840001 VERIZON VZ BillPay | 571.75 |
| 01-05 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 01-08 | RETURNED CHECK CHARGE | 105.00 |
| 01-05 | ST-M5E2N7B3Z7B7 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 01-09 | 3VM2T5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 01-05 | fXXXXX4392 Farmers Ins Exch EFT PYMT | 609.00 | 01-09 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 01-05 | XXXXX3892 Lend Bug LLC 9175802864 | 1,000.00 | 01-09 | 7216000928 RETRY PYMT 260061001513186 TXP*B872535605000*01120*260331*T*25 | 254.94 |
| 01-05 | 5DD34F Acorn Property M WEB PMTS | 1,100.00 | 01-09 | 71PJ5F Acorn Property M WEB PMTS | 300.00 |
| 01-05 | SKI300 ACE ENDICO CORP SKI300 | 2,759.94 | 01-09 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 |
| 01-05 | OVERDRAFT CHARGE | 105.00 | | | |
| 01-06 | 2374610 INTUIT * QBooks Onl | 65.00 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|-------:|------|-------------|-------:|
| 01-09 | 9029639875 HILOYO INVESTMEN ACH Debit | 2,300.00 | 01-16 | OVERDRAFT CHARGE | 35.00 |
| 01-09 | OVERDRAFT CHARGE | 105.00 | 01-16 | RETURNED CHECK CHARGE | 70.00 |
| 01-12 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 163.88 | 01-20 | QY6BT5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 01-12 | XNX3T5 AppFolio, Inc. F WEB PMTS | 2.49 | 01-20 | 39056-030656975 Rewards Network SETTLEMENT | 47.27 |
| 01-12 | 6045992217073111 Sams Club SYF PAYMNT | 250.00 | 01-20 | SK702 Termac WEB PAY | 101.29 |
| 01-12 | 9Y4N5F Acorn Property M WEB PMTS | 500.00 | 01-20 | 7216000928 RETRY PYMT 260141001578768 | 329.82 |
| 01-12 | 9028957430 RPOWER HOLDINGS, ACH Debit | 649.35 | | TXP*B8725356050000*01120*260331*T*32 | |
| 01-12 | XXXXX3270 Lend Bug LLC 9175802864 | 1,000.00 | 01-20 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 |
| 01-12 | SKI300 ACE ENDICO CORP SKI300 | 1,874.76 | 01-20 | 100147193088 FirstEnergy OPCO-ACH | 350.50 |
| 01-12 | OVERDRAFT CHARGE | 105.00 | 01-20 | 22Q26F Acorn Property M WEB PMTS | 500.00 |
| 01-13 | Cust #55252431 PERFORMANCEMNY CASH CONC | 250.00 | 01-20 | xXXXXX4584 FARMERS INS EFT PYMT | 531.60 |
| 01-13 | 6045992217073111 Sams Club SYF PAYMNT | 300.00 | 01-20 | XXXXX0047 AMERICAN NAT'L INSPREMIUM | 1,178.26 |
| 01-13 | STANDARDWASTESER PURCHASE | 400.00 | 01-20 | 39349 Ace Endico EDI PYMNTS | 1,820.75 |
| 01-13 | RETURNED CHECK CHARGE | 105.00 | 01-20 | XXXXX1890 Lend Bug LLC 9175802864 | 2,000.00 |
| 01-14 | 39039-030641597 Rewards Network SETTLEMENT | 47.27 | 01-20 | OVERDRAFT CHARGE | 105.00 |
| 01-14 | 2GTV24460223000 HARLAND CLARKE CHK ORDER | 110.74 | 01-21 | FPQDT5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 01-14 | 6045992217073111 Sams Club SYF PAYMNT | 250.00 | 01-21 | Cust #55252431 PERFORMANCEMNY CASH CONC | 147.10 |
| 01-14 | 221641414182711 IRS USATAXPYMT | 1,000.00 | 01-21 | 7216000928 NJWEB01120 260201001733972 | 239.11 |
| 01-14 | SKI300 ACE ENDICO CORP SKI300 | 1,874.76 | | TXP*B8725356050000*01120*260331*T*23 | |
| 01-14 | 270641405230352 IRS USATAXPYMT | 2,794.55 | 01-21 | 6045992217073111 Sams Club SYF PAYMNT | 250.00 |
| 01-14 | OVERDRAFT CHARGE | 105.00 | 01-21 | 39061-030665599 Rewards Network SETTLEMENT | 294.88 |
| 01-15 | 6045992217073111 Sams Club SYF PAYMNT | 50.00 | 01-21 | 6045992217073111 Sams Club SYF PAYMNT | 300.00 |
| 01-15 | 7216000928 NJWEB01120 260141001578768 | 329.82 | 01-21 | 6045992217073111 Sams Club SYF PAYMNT | 500.00 |
| | TXP*B8725356050000*01120*260331*T*32 | | 01-21 | 6045992217073111 Sams Club SYF PAYMNT | 500.00 |
| 01-15 | RETURNED CHECK CHARGE | 105.00 | 01-21 | BX076F Acorn Property M WEB PMTS | 500.00 |
| 01-16 | PRT8T5 AppFolio, Inc. F WEB PMTS | 2.49 | 01-21 | SKI300 ACE ENDICO CORP SKI300 | 1,836.04 |
| 01-16 | 6045992217073111 Sams Club SYF PAYMNT | 250.00 | 01-21 | 270642105473598 IRS USATAXPYMT | 2,147.91 |
| 01-16 | B8106F Acorn Property M WEB PMTS | 750.00 | 01-21 | OVERDRAFT CHARGE | 35.00 |
| 01-16 | XXXXX6788 Lend Bug LLC 9175802864 | 1,000.00 | 01-21 | RETURNED CHECK CHARGE | 70.00 |
| 01-16 | 39167 Ace Endico EDI PYMNTS | 1,874.76 | 01-22 | 7216000928 NJWEB04130 260211001776368 | 4,534.76 |
| 01-16 | 9029759922 HILOYO INVESTMEN ACH Debit | 2,300.00 | | TXP*B8725356050000*04130*251231*T*45 | |
| | | | 01-22 | RETURNED CHECK CHARGE | 105.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 01-23 | 7216000928 RETRY PYMT 260201001733972 TXP*B872535605000*01120*260331*T*23 | 239.11 | 01-26 | OVERDRAFT CHARGE | 105.00 |
| 01-23 | 6045992170073111 Sams Club SYF PAYMNT | 250.00 | 01-27 | SKI300 ACE ENDICO CORP SKI300 | 1,836.07 |
| 01-23 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 | 01-27 | RETURNED CHECK CHARGE | 105.00 |
| 01-23 | SK 1088 Termac WEB PAY | 488.30 | 01-28 | 721892954600690 BEST BUY AUTO PYMT | 45.00 |
| 01-23 | XXXXX1943 Lend Bug LLC 9175802864 | 1,000.00 | 01-28 | 39082-030689384 Rewards Network SETTLEMENT | 553.58 |
| 01-23 | SKI300 ACE ENDICO CORP SKI300 | 1,836.04 | 01-28 | 7216000928 RETRY PYMT 260211001776368 TXP*B872535605000*04130*251231*T*45 | 4,534.76 |
| 01-23 | OVERDRAFT CHARGE | 35.00 | 01-28 | RETURNED CHECK CHARGE | 105.00 |
| 01-23 | RETURNED CHECK CHARGE | 70.00 | 01-29 | 7216000928 NJWEB01120 260281001851141 TXP*B872535605000*01120*260331*T*25 | 254.52 |
| 01-26 | RPTHT5 AppFolio, Inc. F WEB PMTS | 2.49 | | | |
| 01-26 | 6045992170073111 Sams Club SYF PAYMNT | 200.00 | 01-29 | 270642960614584 IRS USATAXPYMT | 2,206.92 |
| 01-26 | 6045992170073111 Sams Club SYF PAYMNT | 250.00 | 01-29 | RETURNED CHECK CHARGE | 105.00 |
| 01-26 | 6045992170073111 Sams Club SYF PAYMNT | 250.00 | 01-30 | SK 702 Termac WEB PAY | 101.29 |
| 01-26 | 39077-030680810 Rewards Network SETTLEMENT | 294.88 | 01-30 | 39095-030702556 Rewards Network SETTLEMENT | 294.88 |
| 01-26 | 100147193088 FirstEnergy OPCO-ACH | 350.50 | 01-30 | XXXXX0583 Lend Bug LLC 9175802864 | 1,000.00 |
| 01-26 | TBFG6F Acorn Property M WEB PMTS | 500.00 | 01-30 | 9029934433 HILOYO INVESTMEN ACH Debit | 2,300.00 |
| 01-26 | XXXXX7060 Lend Bug LLC 9175802864 | 1,000.00 | 01-30 | OVERDRAFT CHARGE | 35.00 |
| 01-26 | 40297 Ace Endico EDI PYMNTS | 1,836.04 | 01-30 | RETURNED CHECK CHARGE | 70.00 |
| 01-26 | 7216000928 RETRY PYMT 260211001776368 TXP*B872535605000*04130*251231*T*45 | 4,534.76 | 01-30 | SERVICE CHARGE | 85.60 |
| | | | 01-30 | OVERDRAFT INTEREST CHARGE | 112.60 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES: | 1,057.60 | 1,057.60 |
| TOTAL RETURNED ITEM FEES: | $1,050.00 | $1,050.00 |

4241    $1,000.00    1/6/2026

4297    $450.00    1/5/2026

4312    $1,000.00    1/6/2026

4313    $1,000.00    1/21/2026

4347    $1,888.56    1/2/2026

4354    $1,558.57    1/6/2026



4358    $916.67    1/20/2026          4358    $916.67    1/20/2026

4368    $428.50    1/5/2026           4368    $428.50    1/5/2026

4385    $807.00    1/14/2026          4385    $807.00    1/14/2026

4391    $420.00    1/12/2026          4391    $420.00    1/12/2026

4399    $843.00    1/7/2026           4399    $843.00    1/7/2026

4411    $1,700.00    1/7/2026         4411    $1,700.00    1/7/2026

4416    $750.00    1/2/2026

12603-NJ

4416    $750.00    1/2/2026

4417    $1,200.00    1/2/2026

4417    $1,200.00    1/2/2026

4418    $1,200.00    1/7/2026

4418    $1,200.00    1/7/2026

4419    $1,200.00    1/16/2026

4419    $1,200.00    1/16/2026

4421    $1,021.04    1/6/2026

4421    $1,021.04    1/6/2026

4422    $1,123.86    1/12/2026

4422    $1,123.86    1/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4424

Pay to the Order of _Rosario Falzor_    $ 1000⁰²
One Thous___    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _Dec_    Sal J

⑆021204416⑆ 161 0776 4 4424

4424    $1,000.00    1/2/2026

0058470171 TD Mobile Deposit
12/31/2025 7:55:12 AM
7865362698

CHECK BOX FOR MOBILE REMOTE DEPOSIT

4424    $1,000.00    1/2/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4425
55-441/212

1-7-26    Date

Pay to the Order of _Rosario Falzone_    $ 1000⁰²
One Thous___    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _Dec_    Sal J

⑆021204416⑆ 161 0776 4 4425

4425    $1,000.00    1/9/2026

0030037181 TD Mobile Deposit
1/8/2026 9:42:14 AM
7865362698

THE SKILLET BY SAL INC

Security Features exceed industry standards and include:
• Matching account and check number

CHECK BOX FOR MOBILE REMOTE DEPOSIT

4425    $1,000.00    1/9/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4426
55-441/212

1-15-26    Date

Pay to the Order of _Rosario Falzone_    $ 1000⁰²
One Thousand    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _Jan_    Sal J

⑆021204416⑆ 161 0776 4 4426

4426    $1,000.00    1/20/2026

0018601186 TD Mobile Deposit
1/16/2026 10:56:03 AM
7865362698

CHECK BOX FOR MOBILE REMOTE DEPOSIT

4426    $1,000.00    1/20/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4429
55-441/212

12/31/25    Date

Pay to the Order of _Nick Truisi_    $ 800⁰²
Eight Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _Int._    Sal J

⑆021204416⑆ 161 0776 4 4429

4429    $800.00    1/5/2026

CHECK BOX FOR MOBILE REMOTE DEPOSIT

4429    $800.00    1/5/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4430
55-441/212

12/31/25    Date

Pay to the Order of _Nick Truisi_    $ 385⁰²
Three Hundred E_ghty five²    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____    Sal J

⑆021204416⑆ 161 0776 4 4430

4430    $385.00    1/5/2026

THE SKILLET BY SAL INC

CHECK BOX FOR MOBILE REMOTE DEPOSIT

4430    $385.00    1/5/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4432
55-441/212

12/24/25    Date

Pay to the Order of _Nina Amardo_    $ 450.⁰²
Four Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _12/19/25_    Sal J

⑆021204416⑆ 161 0776 4 4432

4432    $450.00    1/7/2026

Mobile deposit

4432    $450.00    1/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4433
1/2/25
Pay to the Order of: Justin Bacile    $385.00
Three Hundred Eighty-five c0/z Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4433    $385.00    1/2/2026

4433    $385.00    1/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4434
12/30/25
Pay to the Order of: Sergio Sith    $650.00
Six Hndrd Fifty Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4434    $650.00    1/2/2026

4434    $650.00    1/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4436
12/30/25
Pay to the Order of: Alex Raw    $645.00
Six Hndrd forty five c0/z Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Bal 700

4436    $645.00    1/2/2026

12603-NJ

4436    $645.00    1/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4438
1/2/25
Pay to the Order of: LK Rosman    $500.00
Five Hndrd Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
For

4438    $500.00    1/6/2026

4438    $500.00    1/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4439
1/9/25
Pay to the Order of: LK Rosman    $500.00
Five Hndrd Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4439    $500.00    1/16/2026

4439    $500.00    1/16/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4440
12/31/25
Pay to the Order of: Ultimate Foods    $300.00
Three Hundred Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
For on acct

4440    $300.00    1/6/2026



4440    $300.00    1/6/2026



4442    $500.00    1/5/2026          4442    $500.00    1/5/2026

4443    $888.66    1/5/2026          4443    $888.66    1/5/2026

4444    $1,500.00    1/5/2026        4444    $1,500.00    1/5/2026

4445    $500.00    1/6/2026          4445    $500.00    1/6/2026

4446    $1,034.00    1/8/2026        4446    $1,034.00    1/8/2026

4447    $1,513.25    1/9/2026        4447    $1,513.25    1/9/2026

4448    $499.00    1/2/2026

4448    $499.00    1/2/2026

4449    $500.00    1/6/2026

4449    $500.00    1/6/2026

4450    $1,293.75    1/5/2026

4450    $1,293.75    1/5/2026

4451    $850.00    1/2/2026

4451    $850.00    1/2/2026

4452    $335.00    1/2/2026

4452    $335.00    1/2/2026

4453    $1,000.00    1/5/2026

4453    $1,000.00    1/5/2026



4454    $750.00    1/5/2026

4454    $750.00    1/5/2026

4455    $520.00    1/12/2026

4455    $520.00    1/12/2026

4456    $320.00    1/6/2026

4456    $320.00    1/6/2026

4457    $300.00    1/6/2026

4457    $300.00    1/6/2026

4459    $1,701.29    1/8/2026

4459    $1,701.29    1/8/2026

4460    $1,200.00    1/9/2026

4460    $1,200.00    1/9/2026

| | |
|---|---|
| THE SKILLET BY SAL INC — 4461 — Pay to the Order of Freddy Miculax — $535.00 — Five Hundred Thirty-five — AMBOY Bank | Freddy Miculax — 347-312-6091 |
| **4461  $535.00  1/5/2026** | **4461  $535.00  1/5/2026** |
| THE SKILLET BY SAL INC — 4462 — Pay to the Order of Cash — $510.00 — Five Hundred Ten and 00 — AMBOY Bank — For 14205 | Benito Manzaro |
| **4462  $510.00  1/5/2026** | **4462  $510.00  1/5/2026** |
| THE SKILLET BY SAL INC — 4463 — Pay to the Order of Emerson Sitn — $550.00 — Five Hundred Fifty — AMBOY Bank | Emerson |
| **4463  $550.00  1/5/2026** | **4463  $550.00  1/5/2026** |
| THE SKILLET BY SAL INC — 4464 — Pay to the Order of Melvin Huitay — $430.00 — Four Hundred Thirty and 00 — AMBOY Bank | 14757-NJ — Melvin Huitay — 848-342-5695 |
| **4464  $430.00  1/27/2026** | **4464  $430.00  1/27/2026** |
| THE SKILLET BY SAL INC — 4465 — Pay to the Order of Sergio Sitn — $650.00 — Six Hundred Fifty — AMBOY Bank | |
| **4465  $650.00  1/6/2026** | **4465  $650.00  1/6/2026** |
| THE SKILLET BY SAL INC — 4466 — Pay to the Order of Noel Gonzalez — $500.00 — Five Hundred — AMBOY Bank | For Deposit Only - JPMC |
| **4466  $500.00  1/5/2026** | **4466  $500.00  1/5/2026** |



4467   $231.00   1/5/2026

4467   $231.00   1/5/2026

4468   $500.00   1/14/2026

4468   $500.00   1/14/2026

4469   $542.26   1/20/2026

4469   $542.26   1/20/2026

4471   $500.00   1/12/2026

4471   $500.00   1/12/2026

4472   $500.00   1/6/2026

4472   $500.00   1/6/2026

4473   $212.00   1/9/2026

4473   $212.00   1/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4474
Date 1/12/26
Pay to the Order of Sullivan Brothers
$ 500.00
Five Hdred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Faery

4474    $500.00    1/12/2026

529930104712 115417  20260109 00000000161-0776-4
TRN_DEBIT TAP2460  500.00
Monmouth Regional 0299 94004 5299 0011 0075

4474    $500.00    1/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4475
Date 1/10/26
Pay to the Order of Sullivan Brothers
$ 1061.94
One Thousand Sixty One and 94/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 10/28

4475    $1,061.91    1/12/2026

529930104713 115418  20260109 00000000161-0776-4
TRN_DEBIT TAP2460  1061.94
Monmouth Regional 0299 94004 5299 0011 0075

4475    $1,061.91    1/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4476
Date 1/9/25
Pay to the Order of H/G/M LLC
$ 300.00
Three Hdred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For

4476    $300.00    1/8/2026

For Deposit Only - JPMC

4476    $300.00    1/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4477
6753
Date 01/06/2026
Pay to the Order of Coastal Cleaning Svc
$ 480.00
Four Hdred Eighty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For

4477    $480.00    1/8/2026

For Deposit Only - JPMC

4477    $480.00    1/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4478
Date 1/9/25
Pay to the Order of Ultimate Foods
$ 300.00
Three Hdred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For On acct

4478    $300.00    1/12/2026

4478    $300.00    1/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4479
Date 1/12/26
Pay to the Order of Artisan Bakers
$ 500.00
Five Hdred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For on acct

4479    $500.00    1/12/2026

534839009705 152820  20260109 00000000161-0776-4
TRN_DEBIT TAR4873  500.00
Staten Island-Tottenville 0548 94004 5348 0006 0091

4479    $500.00    1/12/2026

16107764 Page 19

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4480

Pay to the
Order of  Artisan Bakers              $ 1100.00
One Thousand One Hdrd          Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For  Skill

4480    $1,100.00    1/12/2026

334839009706 152821  20260109 000000001640776-4
TRN_DEBIT TAR4873  1100.00
Staten Island-Tottenville 0548 94004 5348 0006 0091

4480    $1,100.00    1/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4481

                              12/31/25  Date
Pay to the
Order of  Alonzo Solis               $ 300
Three Hdrd                    Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For

4481    $300.00    1/12/2026

732.691.0056

12603-NJ

4481    $300.00    1/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4482

                              1/7/25  Date
Pay to the
Order of  Allan Ficarry              $ 300
Three Hdrd                    Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For

4482    $300.00    1/7/2026

Alan Ficay

4482    $300.00    1/7/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4483

                              1/13/26  Date
Pay to the
Order of  Simply Fresh              $ 1700
One Thousand Svn Hdrd         Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For  1 of 4  to -12/29/25

4483    $1,700.00    1/14/2026

For Deposit Only - JPMC
SIMPLY FRESH PRODUCE INC.
587990394

4483    $1,700.00    1/14/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4484

                              1/20/28  Date
Pay to the
Order of  Simply Fresh              $ 1700
One Thousand Svn Hdrd         Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For  2 of 4   12/29/25

4484    $1,700.00    1/21/2026

For Deposit Only - JPMC
SIMPLY FRESH PRODUCE INC.
587990396

4484    $1,700.00    1/21/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4485

                              1/22/28  Date
Pay to the
Order of  Simply Fresh              $ 1700
One Thousand Svn Hdrd         Dollars

AMBOY  MANALAPAN OFFICE 15
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For  3 of 4   12/29/25

4485    $1,700.00    1/23/2026

For Deposit Only - JPMC
SIMPLY FRESH PRODUCE INC.
587990395

4485    $1,700.00    1/23/2026

THE SKILLET BY SAL INC    4487
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728    55-441/212
                                16
                        1/11/26  Date  CHECK
Pay to the
Order of  Chef Tools              $ 500.00
Five Hundred                     Dollars
AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com
For  On Account        Sal
⑆021204416⑆ ⑈161⑉0776⑈4⑈   4487

4487    $500.00    1/13/2026

566486083274 124924  20260112 00000000161-0776-4
TRN_DEBIT CSEVINC  500.00
Green Brook 0164 94004 5664 0005 0082
PAY TO THE ORDER OF
GREEN BROOK, NJ
TD BANK
FOR DEPOSIT ONLY
CHEF TOOLS

4487    $500.00    1/13/2026

---

THE SKILLET BY SAL INC    4488
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728    55-441/212
                                16
                        1/8/05  Date  CHECK
Pay to the
Order of  Noel Gonzalez           $ 500.00
Five Hundred                     Dollars
AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07725
       www.amboybank.com
For_____  Sal
⑆021204416⑆ ⑈161⑉0776⑈4⑈   4488

4488    $500.00    1/9/2026

4488
For Deposit Only - JPMC

4488    $500.00    1/9/2026

---

THE SKILLET BY SAL INC    4489
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728    55-441/212
                                16
                        1-9-26  Date  CHECK
Pay to the
Order of  Ranchers Best           $ 2345.00
Two Thousand Three Hundred forty five cts  Dollars
AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com
For  One Skillet       Sal
⑆021204416⑆ ⑈161⑉0776⑈4⑈   4489

4489    $2,345.00    1/13/2026

PAY TO THE ORDER OF
NORTHFIELD BANK
STATEN ISLAND, NY 10309-3308
FOR DEPOSIT ONLY
RANCHERS BEST WHOLESALE MEATS INC
713001410
Br=1'-TrID=1'09-TranDt=01/10/26

4489    $2,345.00    1/13/2026

---

THE SKILLET BY SAL INC    4490
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728    55-441/212
                                16
                        1-16-26  Date  CHECK
Pay to the
Order of  Ranchers Best           $ 2340.00
Two Thousand Three Hundred forty  Dollars
AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com
For  on Skillet        Sal
⑆021204416⑆ ⑈161⑉0776⑈4⑈   4490

4490    $2,340.00    1/20/2026

PAY TO THE ORDER OF
NORTHFIELD BANK
STATEN ISLAND, NY 10309-3308
FOR DEPOSIT ONLY
RANCHERS BEST WHOLESALE MEATS INC
713001410
Br=11-TrID=1'02-TranDt=01/15/26

4490    $2,340.00    1/20/2026

---

NSF   Re-Deposit
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.
RETURN REASON-A
NOT SUFFICIENT
FUNDS

THE SKILLET BY SAL INC    4490
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728    55-441/212
                        1-16-26  Date  CHECK
Pay to the
Order of  Ranchers Best    $ 2340.00
Two Thousand Three Hundred forty  Dollars
AMBOY
Bank
For  on Skillet        Sal
⑆021204416⑆ 161⑉0776⑈4⑈4490 ⑈00002340000⑈

4490    $2,340.00    1/28/2026

Re-Deposit
Ranchers Best
Wholesale Meats
713001410

-BusDt=01/27/28Br=71-BranchName=Heinz Ave-TrID=7'0'-TranDt=01/26/26

4490    $2,340.00    1/28/2026

---

THE SKILLET BY SAL INC    4491
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728    55-441/212
                                16
                        1/15/26  Date  CHECK
Pay to the
Order of  Ranches Best            $ 525.00
Five Hundred Twenty five 00/   Dollars
AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com
For  Feeny Deli Pd in full   Sal
⑆021204416⑆ ⑈161⑉0776⑈4⑈   4491

4491    $525.00    1/16/2026

PAY TO THE ORDER OF
NORTHFIELD BANK
STATEN ISLAND, NY 10309-3308
FOR DEPOSIT ONLY
RANCHERS BEST WHOLESALE MEATS INC
713001410
Br=1'-TrID=1'04-TranDt=01/15/26

4491    $525.00    1/16/2026



4492 $850.00 1/16/2026

4492 $850.00 1/16/2026

4494 $750.00 1/13/2026

4494 $750.00 1/13/2026

4496 $464.40 1/12/2026

4496 $464.40 1/12/2026

4498 $750.00 1/20/2026

4498 $750.00 1/20/2026

4500 $450.00 1/15/2026

4500 $450.00 1/15/2026

4501 $500.00 1/13/2026

4501 $500.00 1/13/2026

| | |
|---|---|
| THE SKILLET BY SAL INC — 4503 — Pay to the Order of: All Am Hauz — $300.00 — Three Hundred Dollars — AMBOY Bank | (back of check) Alan Licay |
| 4503    $300.00    1/13/2026 | 4503    $300.00    1/13/2026 |
| THE SKILLET BY SAL INC — 4504 — Pay to the Order of: Paul Hernandez — $400.00 — Four Hundred Dollars — AMBOY Bank | (back of check) Wells Fargo |
| 4504    $400.00    1/12/2026 | 4504    $400.00    1/12/2026 |
| THE SKILLET BY SAL INC — 4505 — Pay to the Order of: Emerson Sytn — $550.00 — Five Hundred Fifty Dollars — AMBOY Bank | (back of check) Emerson |
| 4505    $550.00    1/12/2026 | 4505    $550.00    1/12/2026 |
| THE SKILLET BY SAL INC — 4506 — Pay to the Order of: Alex Ramirez — $745.00 — Seven Hundred Forty Five cts Dollars — AMBOY Bank | 14757-NJ |
| 4506    $745.00    1/13/2026 | 4506    $745.00    1/13/2026 |
| THE SKILLET BY SAL INC — 4507 — Pay to the Order of: Fernando Miculax — $500.00 — Five Hundred Dollars — AMBOY Bank | 12603-NJ |
| 4507    $500.00    1/13/2026 | 4507    $500.00    1/13/2026 |
| THE SKILLET BY SAL INC — 4508 — Pay to the Order of: Samuel Lobo — $750.00 — Seven Hundred Fifty Dollars — AMBOY Bank | For Deposit Only - JPMC — J Chase |
| 4508    $750.00    1/15/2026 | 4508    $750.00    1/15/2026 |



4509    $650.00    1/12/2026          4509    $650.00    1/12/2026

4510    $540.00    1/21/2026          4510    $540.00    1/21/2026

4511    $400.00    1/15/2026          4511    $400.00    1/15/2026

4512    $500.00    1/14/2026          4512    $500.00    1/14/2026

7001    $231.00    1/20/2026          7001    $231.00    1/20/2026

7002    $600.00    1/14/2026          7002    $600.00    1/14/2026

7003   $645.00   1/16/2026

7003   $645.00   1/16/2026

7004   $650.00   1/15/2026

7004   $650.00   1/15/2026

7005   $215.00   1/15/2026

7005   $215.00   1/15/2026

7006   $250.00   1/15/2026

7006   $250.00   1/15/2026

7007   $350.00   1/20/2026

7007   $350.00   1/20/2026

7008   $250.00   1/14/2026

7008   $250.00   1/14/2026

7009   $1,894.14   1/20/2026

7009   $1,894.14   1/20/2026

7010   $300.00   1/20/2026

7010   $300.00   1/20/2026

7011   $354.00   1/20/2026

7011   $354.00   1/20/2026

7012   $922.69   1/16/2026

7012   $922.69   1/16/2026

7013   $300.00   1/20/2026

7013   $300.00   1/20/2026

7014   $300.00   1/16/2026

7014   $300.00   1/16/2026

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7015

DATE 1/15/25

PAY TO THE ORDER OF Fernando Mixulay   $500.00

Five H/Ard   DOLLARS

AMBOY Bank

MEMO

7015

14757-NJ

7015   $500.00   1/16/2026

7015   $500.00   1/16/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7016

DATE 1/ /25

PAY TO THE ORDER OF ALonzo Solis   $500.00

Five H/Ard   DOLLARS

AMBOY Bank

MEMO   375

7016

14757-NJ

7016   $500.00   1/26/2026

7016   $500.00   1/26/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7017

DATE 1/14/26

PAY TO THE ORDER OF Wells Fargo   $1000.00

One Thousand   DOLLARS

AMBOY Bank   683193513519998

MEMO

7017

7017   $1,000.00   1/16/2026

7017   $1,000.00   1/16/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7018

DATE 1/15/2026

PAY TO THE ORDER OF Cash   $3000.00

Three Thousand   DOLLARS

AMBOY Bank

MEMO   Cabinets

7018

7018   $3,000.00   1/16/2026

7018   $3,000.00   1/16/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7020

DATE 1/20/26

PAY TO THE ORDER OF Knight Maintenance LLC   $557.78

Five Hundred Fifty Nine 4 78/   DOLLARS

AMBOY Bank

MEMO

7020

7020   $559.78   1/16/2026

7020   $559.78   1/16/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7021

DATE 1/13/25

PAY TO THE ORDER OF Puglisi   $600.00

Six Hundred   DOLLARS

AMBOY Bank

MEMO   On Bill

7021

BOFD >0       <
Puglisi Egg Farm
2026-01-27
9970815005

PAY TO THE ORDER OR
AMBOY BANK
HOWELL NJ 07731-2840
02120446
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARM
14757NJ

7021   $600.00   1/27/2026

7021   $600.00   1/27/2026



7022    $2,500.00    1/20/2026          7022    $2,500.00    1/20/2026

7023    $2,400.00    1/21/2026          7023    $2,400.00    1/21/2026

7024    $1,000.00    1/21/2026          7024    $1,000.00    1/21/2026

7025    $660.00    1/20/2026            7025    $660.00    1/20/2026

7025    $1,672.89    1/26/2026          7025    $1,672.89    1/26/2026

7026    $500.00    1/20/2026            7026    $500.00    1/20/2026

| | |
|---|---|
| 7026  $697.71  1/21/2026 | 7026  $697.71  1/21/2026 |
| 7027  $500.00  1/20/2026 | 7027  $500.00  1/20/2026 |
| 7027  $650.00  1/21/2026 | 7027  $650.00  1/21/2026 |
| 7028  $500.00  1/21/2026 | 7028  $500.00  1/21/2026 |
| 7028  $450.00  1/27/2026 | 7028  $450.00  1/27/2026 |
| 7029  $300.00  1/27/2026 | 7029  $300.00  1/27/2026 |

16107764 Page 29





7029   $300.00   1/30/2026          7029   $300.00   1/30/2026




7030   $158.82   1/20/2026          7030   $158.82   1/20/2026




7030   $856.00   1/28/2026          7030   $856.00   1/28/2026




7031   $1,500.00   1/20/2026        7031   $1,500.00   1/20/2026




7031   $300.00   1/27/2026          7031   $300.00   1/27/2026

7032   $500.00   1/26/2026          7032   $500.00   1/26/2026

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728
7032

DATE 1/21/06

PAY TO THE ORDER OF  Alonso Solis        $1295~

One Thousand Two Hundred Ninety-five        DOLLARS

AMBOY Bank

MEMO

7032

7032    $1,295.00    1/26/2026

14757-NJ

7032    $1,295.00    1/26/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728
7033

DATE 12/31/25

PAY TO THE ORDER OF  Nino Amorando        $450.82

Four Hundred Fifty and        DOLLARS

AMBOY Bank

MEMO  January 2

7033

7033    $450.00    1/21/2026

7033    $450.00    1/21/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728
7033

DATE 1/23/26

PAY TO THE ORDER OF  Marlon Calderon        $720

Seven Hundred Twenty        DOLLARS

AMBOY Bank

MEMO

7033

7033    $720.00    1/26/2026

7033    $720.00    1/26/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728
7033

DATE 1/23/26

PAY TO THE ORDER OF  Marlon Calderon        $720

Seven Hundred Twenty        DOLLARS

AMBOY Bank

MEMO

7033

7033    $720.00    1/29/2026

7033    $720.00    1/29/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728
7034

DATE 1/19/26

PAY TO THE ORDER OF  Noel Gonzalez        $835.02

Eight Hundred Thirty Five and        DOLLARS

AMBOY Bank

MEMO

7034

7034    $835.00    1/21/2026

For Deposit Only - JPMC

7034    $835.00    1/21/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728
7035

DATE 1/19/25

PAY TO THE ORDER OF  Melvin Muxtay        $580.00

Five Hundred Eighty and        DOLLARS

AMBOY Bank

MEMO

7035

7035    $580.00    1/21/2026

Melvin Muxtay

7035    $580.00    1/21/2026



7035    $580.00    1/26/2026       7035    $580.00    1/26/2026

7036    $350.00    1/20/2026       7036    $350.00    1/20/2026

7037    $645.00    1/26/2026       7037    $645.00    1/26/2026

7038    $450.00    1/27/2026       7038    $450.00    1/27/2026

7039    $300.00    1/26/2026       7039    $300.00    1/26/2026

7041    $500.00    1/27/2026       7041    $500.00    1/27/2026

7045   $550.00   1/26/2026

7045   $550.00   1/26/2026

7047   $2,500.00   1/26/2026

7047   $2,500.00   1/26/2026

7049   $576.85   1/27/2026

7049   $576.85   1/27/2026

7050   $500.00   1/27/2026

7050   $500.00   1/27/2026

7051   $500.00   1/27/2026

7051   $500.00   1/27/2026

7052   $200.00   1/27/2026

7052   $200.00   1/27/2026



7053    $667.00    1/29/2026

7053    $667.00    1/29/2026

7054    $650.00    1/30/2026

7054    $650.00    1/30/2026

7055    $650.00    1/28/2026

7055    $650.00    1/28/2026

7074    $520.00    1/30/2026

7074    $520.00    1/30/2026

7077    $650.00    1/30/2026

7077    $650.00    1/30/2026

14068    $467.89    1/5/2026

14068    $467.89    1/5/2026





14167  $328.12  1/2/2026

14167  $328.12  1/2/2026





14179  $3.56  1/2/2026

14179  $3.56  1/2/2026





14188  $221.87  1/2/2026

14188  $221.87  1/2/2026





14190  $10.12  1/16/2026

14190  $10.12  1/16/2026





14213  $13.93  1/16/2026

14213  $13.93  1/16/2026





14218  $467.89  1/7/2026

14218  $467.89  1/7/2026



14221  $23.99  1/2/2026

14221  $23.99  1/2/2026

14240  $467.89  1/15/2026

14240  $467.89  1/15/2026

14243  $10.09  1/6/2026

14243  $10.09  1/6/2026

14245  $296.94  1/6/2026

14245  $296.94  1/6/2026

14249  $12.94  1/26/2026

14249  $12.94  1/26/2026

14251  $167.50  1/5/2026

14251  $167.50  1/5/2026




14253   $429.75   1/2/2026          14253   $429.75   1/2/2026




14258   $429.52   1/5/2026          14258   $429.52   1/5/2026




14261   $671.99   1/7/2026          14261   $671.99   1/7/2026




14261   $671.99   1/20/2026         14261   $671.99   1/20/2026




14262   $470.11   1/21/2026         14262   $470.11   1/21/2026




14263   $387.50   1/6/2026          14263   $387.50   1/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14264

Two Hundred Seventy Dollars and One Cent

Date 01/02/2026
Amount *******$270.01

Pay to the Order of   NANCY FAENZA
7 DANCER LANE
FREEHOLD NJ 07728

14264   $270.01   1/8/2026

14264   $270.01   1/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14265

One Hundred Thirty-Six Dollars and Fifty-Two Cents

Date 01/02/2026
Amount *******$136.52

Pay to the Order of   SOFIA M. GALLO
3 NICOLE COURT
FREEHOLD NJ 07728

14265   $136.52   1/6/2026

14265   $136.52   1/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14266

Four Hundred Seventy-Four Dollars and Fifty-One Cents

Date 01/02/2026
Amount *******$474.51

Pay to the Order of   DANNAE GARCIA
335 TULIP LANE
FREEHOLD NJ 07728

For Deposit Only - JPMC

14266   $474.51   1/6/2026

14266   $474.51   1/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14268

Twenty-Seven Dollars and Eighty-One Cents

Date 01/02/2026
Amount ********$27.81

Pay to the Order of   TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753

14268   $27.81   1/5/2026

14268   $27.81   1/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14269

Five Hundred Eight Dollars and Eighty-Six Cents

Date 01/02/2026
Amount *******$508.86

Pay to the Order of   BENITO MANZANO-ALMONTES
126 KINGSLEY WAY
FREEHOLD NJ 07728

14269   $508.86   1/6/2026

14269   $508.86   1/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14270

Seven Dollars and Fifty-Three Cents

Date 01/02/2026
Amount *********$7.53

Pay to the Order of   LESLIE M. MILDENBERG
14 BERNICE DR.
FREEHOLD NJ 07728

FOR MOBILE DEPOSIT ONLY

14270   $7.53   1/26/2026

14270   $7.53   1/26/2026




14271  $225.22  1/6/2026          14271  $225.22  1/6/2026




14272  $88.13  1/5/2026          14272  $88.13  1/5/2026




14273  $13.69  1/6/2026          14273  $13.69  1/6/2026




14274  $328.32  1/7/2026          14274  $328.32  1/7/2026




14275  $271.02  1/5/2026          14275  $271.02  1/5/2026




14276  $22.73  1/26/2026          14276  $22.73  1/26/2026





14277   $11.02   1/6/2026          14277   $11.02   1/6/2026





14278   $13.24   1/5/2026          14278   $13.24   1/5/2026





14279   $431.18   1/5/2026         14279   $431.18   1/5/2026





14280   $172.00   1/5/2026         14280   $172.00   1/5/2026





14281   $85.00   1/20/2026         14281   $85.00   1/20/2026

14284   $671.99   1/14/2026        14284   $671.99   1/14/2026

 

14286   $426.74   1/20/2026          14286   $426.74   1/20/2026

 

14287   $270.01   1/13/2026          14287   $270.01   1/13/2026

 

14288   $8.89   1/22/2026          14288   $8.89   1/22/2026

 

14289   $151.20   1/13/2026          14289   $151.20   1/13/2026

 



14290   $391.61   1/13/2026          14290   $391.61   1/13/2026

 

14292   $20.31   1/12/2026          14292   $20.31   1/12/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14293

Five Hundred Eight Dollars and Eighty-Six Cents

Date 01/09/2026   Amount ********$508.86

Pay BENITO MANZANO-ALMONTES
to the 126 KINGSLEY WAY
Order FREEHOLD NJ 07728
of

14293   $508.86   1/13/2026

14293   $508.86   1/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14294

Eleven Dollars and Fifty-Four Cents

Date 01/09/2026   Amount ********$11.54

Pay LESLIE M. MILDENBERG
to the 14 BERNICE DR.
Order FREEHOLD NJ 07728
of

14294   $11.54   1/26/2026

14294   $11.54   1/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14295

Four Hundred Thirteen Dollars and Seventy-Seven Cents

Date 01/09/2026   Amount ********$413.77

Pay ALEXIS MILONAS
to the 21 GRAVATT CIRCLE
Order MILLSTONE TOWNSHIP NJ 08510
of

14295   $413.77   1/12/2026

14295   $413.77   1/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14296

Two Hundred Forty Dollars and Fifty Cents

Date 01/09/2026   Amount ********$240.50

Pay SOPHIA PIANSAY
to the 20 EQUESTRIAN WAY
Order MONROE NJ 08831
of

14296   $240.50   1/20/2026

14296   $240.50   1/20/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14297

Four Dollars and Twenty-Six Cents

Date 01/09/2026   Amount ********$4.26

Pay AARON PRICE
to the NJ
Order
of

14297   $4.26   1/13/2026

14297   $4.26   1/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14298

Two Hundred Fifty-Two Dollars and Two Cents

Date 01/09/2026   Amount ********$252.02

Pay AVA SAPORITO
to the 252 TULIP LANE
Order FREEHOLD NJ 07728
of

14298   $252.02   1/13/2026

14298   $252.02   1/13/2026



14299    $349.37    1/14/2026

14299    $349.37    1/14/2026




14300    $28.06    1/26/2026

14300    $28.06    1/26/2026




14301    $2.17    1/13/2026

14301    $2.17    1/13/2026




14302    $5.21    1/12/2026

14302    $5.21    1/12/2026




14303    $431.18    1/12/2026

14303    $431.18    1/12/2026




14306    $671.99    1/20/2026

14306    $671.99    1/20/2026



14308  $161.52  1/20/2026          14308  $161.52  1/20/2026

14309  $270.01  1/21/2026          14309  $270.01  1/21/2026

14310  $16.31  1/22/2026           14310  $16.31  1/22/2026

14311  $250.57  1/20/2026          14311  $250.57  1/20/2026

14312  $465.78  1/23/2026          14312  $465.78  1/23/2026

14315  $508.86  1/21/2026          14315  $508.86  1/21/2026





14316   $56.28   1/20/2026

14316   $56.28   1/20/2026





14317   $444.04   1/20/2026

14317   $444.04   1/20/2026





14318   $159.84   1/20/2026

14318   $159.84   1/20/2026





14319   $17.57   1/21/2026

14319   $17.57   1/21/2026





14320   $117.36   1/21/2026

14320   $117.36   1/21/2026





14321   $163.87   1/21/2026

14321   $163.87   1/21/2026



14322   $3.74   1/21/2026



14322   $3.74   1/21/2026



14323   $3.98   1/20/2026



14323   $3.98   1/20/2026



14324   $431.18   1/21/2026



14324   $431.18   1/21/2026



14331   $94.78   1/26/2026



14331   $94.78   1/26/2026



14332   $270.01   1/27/2026



14332   $270.01   1/27/2026

14336   $56.35   1/27/2026

14336   $56.35   1/27/2026

 

14337  $508.86  1/30/2026

14337  $508.86  1/30/2026

 

14338  $33.54  1/26/2026

14338  $33.54  1/26/2026

 

14339  $435.24  1/26/2026

14339  $435.24  1/26/2026

 

14340  $71.29  1/27/2026

14340  $71.29  1/27/2026

 

14341  $12.34  1/27/2026

14341  $12.34  1/27/2026

 

14342  $455.60  1/26/2026

14342  $455.60  1/26/2026





14343   $186.49   1/26/2026          14343   $186.49   1/26/2026





14345   $25.83   1/27/2026          14345   $25.83   1/27/2026





14346   $1.76   1/26/2026          14346   $1.76   1/26/2026

16107764   $3,000.00   1/22/2026          16107764   $3,000.00   1/22/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

    Street and Number               City         State     Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ............................................... ☐ Loan ............................................... ☐ Safe Deposit Box ( ............................................... )

☐ Savings ............................................... ☐ Certificate ............................................... ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____ Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

#### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | AMOUNT |
|--------|--------|
| DEPOSITS NOT SHOWN ON STATEMENT | |
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | |
| TOTAL | |

| | AMOUNT |
|---|---|
| STATEMENT BALANCE | |
| TOTAL | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY