For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

## Privacy Notice

**Federal law requires us to tell you how we
collect, share, and protect your personal information.
Our policy has not changed. You may review notice at www.amboybank.com.
Or we will mail you a free copy - Just call (877.22.AMBOY).**

## Free Small Business Account

**Account number: 16108183**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 11-28 | -$17,753.98 |
| Deposits and other credits (+) | $39,491.34 |
| Withdrawals, checks and other debits (-) | $22,547.15 |
| Ending Balance on 12-31 | -$809.79 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-01 | DEPOSIT | 365.00 | 12-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 350.00 |
| 12-01 | RETURNED ITEM, INSUFFICIENT FUNDS CA079E0556B35F5 CAPITAL ONE ONLINE PMT | 18,500.00 | 12-08 | DEPOSIT | 365.00 |
| 12-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,740.00 | 12-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 265.00 |
| 12-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 300.00 | 12-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 12-03 | RETURNED ITEM, INSUFFICIENT FUNDS, 32654 Ace Endico EDI PYMNTS | 500.00 | 12-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 12-04 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 | 12-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 140.00 |
| 12-04 | RETURNED ITEM, INSUFFICIENT FUNDS, 498439492881 MERCHANT BANKCD DEPOSIT | 124.00 | 12-12 | RETURNED ITEM, INSUFFICIENT FUNDS, 2324454 CLOVER FEES CLOVER FEE | 115.08 |
| 12-04 | RETURNED ITEM, INSUFFICIENT FUNDS, 7300000118 PAYMENT 251202 0000 6800978201 | 398.00 | 12-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 525.00 |
| 12-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 300.00 | 12-15 | RETURNED ITEM, INSUFFICIENT FUNDS, 8952727592 CHASE CREDIT CRD EPAY | 500.00 |
| | | | 12-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 800.00 |

**FAENZA'S GOURMET MARKET LLC**

## Free Small Business Account

Account number: 16108183

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-17 | DEPOSIT | 214.10 | 12-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 370.00 |
| 12-17 | DEPOSIT | 300.00 | 12-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,800.00 |
| 12-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,500.00 | 12-29 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,000.00 |
| 12-17 | RETURNED ITEM, INSUFFICIENT FUNDS, 2324454 CLOVER FEES CLOVER FEE | 115.08 | 12-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 2324454 CLOVER FEES CLOVER FEE | 115.08 |
| 12-17 | RETURNED ITEM, INSUFFICIENT FUNDS, CA0221D5B67BC37 CAPITAL ONE ONLINE PMT | 1,000.00 | 12-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 |
| 12-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,115.00 | 12-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 390.00 |
| 12-22 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 12-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 535.00 |
| 12-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,000.00 | 12-31 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 10.00 |
| 12-24 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 10.00 | 12-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 25.00 |
| 12-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 370.00 | | | |

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-01 | CA083759CA4EBD9 CAPITAL ONE ONLINE PMT | 3,500.00 | 12-10 | FAE184 ACE ENDICO CORP FAE184 | 500.00 |
| 12-01 | RETURNED CHECK CHARGE | 35.00 | 12-10 | OVERDRAFT CHARGE | 105.00 |
| 12-02 | 8923798034 CHASE CREDIT CRD EPAY | 100.00 | 12-11 | 2324454 CLOVER FEES CLOVER FEE | 115.08 |
| 12-02 | 32654 Ace Endico EDI PYMNTS | 500.00 | 12-11 | OVERDRAFT CHARGE | 35.00 |
| 12-02 | OVERDRAFT CHARGE | 35.00 | 12-12 | 8952727592 CHASE CREDIT CRD EPAY | 500.00 |
| 12-03 | 498439492881 MERCHANT BANKCD DEPOSIT | 124.00 | 12-12 | RETURNED CHECK CHARGE | 35.00 |
| 12-03 | 7300000118 PAYMENT 251202 0000 6800978201 | 398.00 | 12-15 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 255.55 |
| 12-03 | OVERDRAFT CHARGE | 35.00 | 12-15 | 8955568124 CHASE CREDIT CRD EPAY | 500.00 |
| 12-03 | RETURNED CHECK CHARGE | 35.00 | 12-15 | RETURNED CHECK CHARGE | 35.00 |
| 12-04 | RETURNED CHECK CHARGE | 70.00 | 12-16 | 2324454 CLOVER FEES CLOVER FEE | 115.08 |
| 12-05 | 8933576939 CHASE CREDIT CRD EPAY | 250.00 | 12-16 | 34656 Ace Endico EDI PYMNTS | 500.00 |
| 12-05 | 8936034884 CHASE CREDIT CRD EPAY | 500.00 | 12-16 | CA0221D5B67BC37 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 12-08 | OVERDRAFT CHARGE | 70.00 | 12-16 | CA05FA06E5714C6 CAPITAL ONE ONLINE PMT | 1,000.00 |
| 12-09 | 8944342439 CHASE CREDIT CRD EPAY | 100.00 | 12-16 | OVERDRAFT CHARGE | 35.00 |
| 12-09 | XXXXX5637 FARM FAMILY INSPREMIUM | 170.42 | 12-17 | 8966367968 CHASE CREDIT CRD EPAY | 500.00 |
| 12-09 | XXXXX6241 FARM FAMILY INSPREMIUM | 217.74 | 12-17 | OVERDRAFT CHARGE | 35.00 |
| | | | 12-17 | RETURNED CHECK CHARGE | 70.00 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account
Account number: 16108183

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 12-18 | 8955568124 CHASE CREDIT CRD RETRY PYMT | 500.00 | 12-26 | 2324454 CLOVER FEES CLOVER FEE | 115.08 |
| 12-18 | CA0A57E2A34D417 CAPITAL ONE ONLINE PMT | 2,000.00 | 12-26 | 604599217073111 Sams Club SYF PAYMNT | 800.00 |
| 12-19 | OVERDRAFT CHARGE | 70.00 | 12-26 | OVERDRAFT CHARGE | 70.00 |
| 12-22 | 7381956 INTUIT * QBooks Onl | 75.00 | 12-29 | 8994162571 CHASE CREDIT CRD EPAY | 100.00 |
| 12-22 | 8978225287 CHASE CREDIT CRD EPAY | 100.00 | 12-29 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 12-22 | 8974763754 CHASE CREDIT CRD EPAY | 100.00 | 12-29 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 12-22 | 8980394873 CHASE CREDIT CRD EPAY | 500.00 | 12-29 | OVERDRAFT CHARGE | 35.00 |
| 12-22 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 12-29 | RETURNED CHECK CHARGE | 35.00 |
| 12-22 | 604599217073111 Sams Club SYF PAYMNT | 600.00 | 12-30 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 12-23 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 12-30 | OVERDRAFT CHARGE | 70.00 |
| 12-23 | 35738 Ace Endico EDI PYMNTS | 500.00 | 12-31 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 12-23 | OVERDRAFT CHARGE | 105.00 | 12-31 | 36928 Ace Endico EDI PYMNTS | 500.00 |
| 12-24 | 604599217073111 Sams Club SYF PAYMNT | 490.00 | 12-31 | SERVICE CHARGE | 15.00 |
| 12-24 | 8984520473 CHASE CREDIT CRD EPAY | 2,200.00 | 12-31 | OVERDRAFT INTEREST CHARGE | 21.20 |
| 12-24 | OVERDRAFT CHARGE | 70.00 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 791.20 | 8,693.76 |
| TOTAL RETURNED ITEM FEES: | $315.00 | $1,050.00 |