☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🏦 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

## IRA Money Market

**Everyday great rates & stable growth.**

**Stop in any branch or call 877.22.AMBOY**

| Free Personal Check Account | Account number: 16017455 |
|---|---|

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-31 | $1.64 |
| Deposits and other credits (+) | $12,250.00 |
| Withdrawals, checks and other debits (-) | $12,250.00 |
| Ending Balance on 01-30 | $1.64 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 | 01-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,000.00 |
| 01-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,000.00 | 01-27 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 60.00 |
| 01-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,300.00 | 01-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 890.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-05 | BRANCH WITHDRAWAL | 3,000.00 | 01-20 | BRANCH WITHDRAWAL | 3,250.00 |
| 01-12 | BRANCH WITHDRAWAL | 4,000.00 | 01-27 | BRANCH WITHDRAWAL | 2,000.00 |



0   $3,000.00   1/5/2026



0   $4,000.00   1/12/2026



0   $3,250.00   1/20/2026



0   $2,000.00   1/27/2026