☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🚍 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**NVJSS  RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD        NJ  07728**

## IRA Money Market

### Everyday great rates & stable growth.

### Stop in any branch or call 877.22.AMBOY

| Free Small Business Account | Account number: 16108272 |
|---|---|

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-31 | $0.00 |
| Deposits and other credits (+) | $4,064.60 |
| Withdrawals, checks and other debits (-) | $4,263.96 |
| Ending Balance on 01-30 | -$199.36 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 | 01-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 115.00 |
| 01-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 102.00 | 01-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 600.00 |
| 01-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 | 01-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 904.00 |
| 01-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 320.00 | 01-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 605.00 |
| 01-13 | RETURNED ITEM, INSUFFICIENT FUNDS, 49093912 NEW YORK LIFE INS. PREM. | 618.60 | 01-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 100.00 |

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-02 | 5P-XXXXX9510 EZPASS8882886865 AUTO REPL | 45.00 | 01-05 | OVERDRAFT CHARGE | 105.00 |
| 01-02 | 988940131701764 PRUDENTIAL PAYMENTS | 162.83 | 01-12 | 49093912 NEW YORK LIFE INS. PREM. | 618.60 |
| 01-02 | 0481117 VZ WIRELESS VN E CHECK | 288.03 | 01-13 | RETURNED CHECK CHARGE | 35.00 |
| | | | 01-14 | Internet Transfer to xxx7764 | 100.00 |
| | | | 01-14 | Internet Transfer to xxx8183 | 370.00 |

NVJSS RESTAURANT LLC

## Free Small Business Account                              Account number: 16108272

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 01-15 | 46 889 726 NEW YORK LIFE INS. PREM . | 131.00 |
| 01-16 | OVERDRAFT CHARGE | 35.00 |
| 01-20 | 5P-XXXXX7859 EZPASS8882886865 AUTO REPL | 45.00 |
| 01-20 | 431910805372176 CITI CARD ONLINE PAYMENT | 487.15 |
| 01-21 | 7328493 INTUIT * QBooks Onl | 75.00 |
| 01-21 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |
| 01-21 | 49093912 NEW YORK LIFE RETRY PYMT | 618.60 |
| 01-21 | Internet Transfer to xxx7764 | 30.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 01-22 | XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 |
| 01-22 | OVERDRAFT CHARGE | 105.00 |
| 01-23 | OVERDRAFT CHARGE | 35.00 |
| 01-27 | Internet Transfer to xxx7455 | 60.00 |
| 01-30 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 |
| 01-30 | SERVICE CHARGE | 15.00 |
| 01-30 | OVERDRAFT INTEREST CHARGE | 1.33 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES: | 281.33 | 281.33 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $35.00 |