☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖩 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC
7 DANCER LANE
FREEHOLD          NJ  07728**

## IRA Money Market

**Everyday great rates & stable growth.**

**Stop in any branch or call 877.22.AMBOY**

## Free Small Business Account                     Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-31 | -$809.79 |
| Deposits and other credits (+) | $15,217.88 |
| Withdrawals, checks and other debits (-) | $15,349.91 |
| Ending Balance on 01-30 | -$941.82 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 820.00 | 01-14 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 370.00 |
| 01-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,200.00 | 01-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 38727 Ace Endico EDI PYMNTS | 500.00 |
| 01-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 750.00 | 01-15 | RETURNED ITEM, INSUFFICIENT FUNDS, 604599217073111 Sams Club SYF PAYMNT | 150.00 |
| 01-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,500.00 | 01-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 401.00 |
| 01-07 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 01-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,650.00 |
| 01-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 01-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,424.00 |
| 01-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 35.00 | 01-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 352.00 |
| 01-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 300.00 | 01-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 300.00 |
| 01-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 700.88 | 01-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 400.00 |
| 01-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 775.00 | 01-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 20.00 |

**FAENZA'S GOURMET MARKET LLC**

## Free Small Business Account

Account number: 16108183

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 01-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 250.00 | 01-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 620.00 |
| 01-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 40782 Ace Endico EDI PYMNTS | 500.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 01-02 | 604599217073111 Sams Club SYF PAYMNT | 350.00 | 01-14 | 604599217073111 Sams Club SYF PAYMNT | 150.00 |
| 01-02 | 9003173366 CHASE CREDIT CRD EPAY | 750.00 | 01-14 | OVERDRAFT CHARGE | 35.00 |
| 01-02 | CA08EA4B011570D CAPITAL ONE ONLINE PMT | 1,000.00 | 01-14 | RETURNED CHECK CHARGE | 35.00 |
| 01-02 | OVERDRAFT CHARGE | 70.00 | 01-15 | 9040979627 CHASE CREDIT CRD EPAY | 300.00 |
| 01-05 | 498439492881 MERCHANT BANKCD DEPOSIT | 30.00 | 01-15 | RETURNED CHECK CHARGE | 35.00 |
| 01-05 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 01-16 | FAE184 ACE ENDICO CORP FAE184 | 550.00 |
| | | | 01-16 | OVERDRAFT CHARGE | 35.00 |
| 01-05 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 01-20 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 360.05 |
| 01-05 | 9009238719 CHASE CREDIT CRD EPAY | 750.00 | 01-20 | 9050991960 CHASE CREDIT CRD EPAY | 100.00 |
| 01-05 | 9016662916 CHASE CREDIT CRD EPAY | 850.00 | 01-20 | 9047458143 CHASE CREDIT CRD EPAY | 250.00 |
| 01-05 | OVERDRAFT CHARGE | 105.00 | 01-20 | 9054755685 CHASE CREDIT CRD EPAY | 300.00 |
| 01-06 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 01-20 | OVERDRAFT CHARGE | 35.00 |
| 01-06 | 37638 Ace Endico EDI PYMNTS | 500.00 | 01-21 | 7328490 INTUIT * QBooks Onl | 75.00 |
| 01-06 | OVERDRAFT CHARGE | 105.00 | 01-21 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 01-07 | 604599217073111 Sams Club SYF PAYMNT | 100.00 | 01-21 | 604599217073111 Sams Club RETRY PYMT | 150.00 |
| 01-08 | OVERDRAFT CHARGE | 35.00 | 01-21 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 01-09 | 604599217073111 Sams Club SYF PAYMNT | 150.00 | 01-21 | 9057073405 CHASE CREDIT CRD EPAY | 300.00 |
| 01-09 | XXXXX6241 AMERICAN NAT'L INSPREMIUM | 217.92 | 01-21 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 01-09 | 9025854357 CHASE CREDIT CRD EPAY | 300.00 | 01-21 | Internet Transfer to xxx7764 | 15.00 |
| 01-12 | 604599217073111 Sams Club SYF PAYMNT | 200.00 | 01-22 | 9061513609 CHASE CREDIT CRD EPAY | 250.00 |
| 01-12 | 9028656488 CHASE CREDIT CRD EPAY | 300.00 | 01-22 | OVERDRAFT CHARGE | 105.00 |
| 01-12 | CA01E2E0D7B69D1 CAPITAL ONE ONLINE PMT | 500.00 | 01-23 | 9064174124 CHASE CREDIT CRD EPAY | 100.00 |
| 01-12 | OVERDRAFT CHARGE | 105.00 | 01-23 | OVERDRAFT CHARGE | 35.00 |
| 01-13 | 9035626113 CHASE CREDIT CRD EPAY | 300.00 | 01-26 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 01-13 | 38727 Ace Endico EDI PYMNTS | 500.00 | 01-26 | 9065157163 CHASE CREDIT CRD EPAY | 300.00 |
| 01-13 | OVERDRAFT CHARGE | 70.00 | 01-26 | OVERDRAFT CHARGE | 35.00 |
| | | | 01-28 | 9074052124 CHASE CREDIT CRD EPAY | 250.00 |
| | | | 01-28 | 40782 Ace Endico EDI PYMNTS | 500.00 |
| | | | 01-29 | 9076381639 CHASE CREDIT CRD EPAY | 250.00 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account                    Account number: 16108183

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 01-29 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 01-30 | OVERDRAFT CHARGE | 70.00 |
| | | | 01-30 | SERVICE CHARGE | 15.00 |
| 01-29 | OVERDRAFT CHARGE | 35.00 | 01-30 | OVERDRAFT INTEREST CHARGE | 6.94 |
| 01-29 | RETURNED CHECK CHARGE | 35.00 | | | |
| 01-30 | 9078886848 CHASE CREDIT CRD EPAY | 850.00 | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 811.94 | 811.94 |
| TOTAL RETURNED ITEM FEES: | $105.00 | $105.00 |