For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

000 0000 0000 0000 0000000 0000 0000 000 00000
000 0000 0000 0000 0000000 0000 0000 000 00000

THE SKILLET BY SAL INC
MERCHANT ACCOUNT
7 DANCER LANE
FREEHOLD          NJ 07728

## IRA Money Market

### Everyday great rates & stable growth.

### Stop in any branch or call 877.22.AMBOY

| Free Small Business Account | Account number: 16018087 |
| --- | --- |

## Account Balance Summary

| | |
| --- | --- |
| Beginning Balance on 12-31 | $2.11 |
| Deposits and other credits (+) | $153,588.92 |
| Withdrawals, checks and other debits (-) | $153,589.09 |
| Ending Balance on 01-30 | $1.94 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 01-02 | WFB TRANSF1 CR CD DEP 251231 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 6,356.21 | 01-08 | WFB TRANSF1 CR CD DEP 260107 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 3,505.64 |
| 01-05 | WFB TRANSF1 CR CD DEP 260102 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 8,395.95 | 01-09 | WFB TRANSF1 CR CD DEP 260108 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 3,328.44 |
| 01-05 | WFB TRANSF1 CR CD DEP 260104 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 8,429.47 | 01-12 | WFB TRANSF1 CR CD DEP 260109 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 4,930.15 |
| 01-05 | WFB TRANSF1 CR CD DEP 260102 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 9,847.97 | 01-12 | WFB TRANSF1 CR CD DEP 260111 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 8,371.92 |
| 01-06 | WFB TRANSF1 CR CD DEP 260105 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 3,995.39 | 01-13 | WFB TRANSF1 CR CD DEP 260112 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 2,443.34 |
| 01-06 | WFB TRANSF1 CR CD DEP 260105 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 10,535.14 | 01-13 | WFB TRANSF1 CR CD DEP 260112 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 9,185.52 |
| 01-07 | WFB TRANSF1 CR CD DEP 260106 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 3,108.69 | 01-14 | WFB TRANSF1 CR CD DEP 260113 5436845 5595 8323 5436845 5595 8323 1THE SKILLET | 3,227.51 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-15 | WFBTRANSF1 CR CD DEP 260114 543684555958323 5436845559583231THE SKILLET | 3,881.39 | 01-23 | WFBTRANSF1 CR CD DEP 260122 543684555958323 5436845559583231THE SKILLET | 3,385.92 |
| 01-16 | WFBTRANSF1 CR CD DEP 260115 543684555958323 5436845559583231THE SKILLET | 3,572.51 | 01-26 | WFBTRANSF1 CR CD DEP 260123 543684555958323 5436845559583231THE SKILLET | 3,274.45 |
| 01-20 | WFBTRANSF1 CR CD DEP 260116 543684555958323 5436845559583231THE SKILLET | 3,887.44 | 01-26 | WFBTRANSF1 CR CD DEP 260125 543684555958323 5436845559583231THE SKILLET | 9,051.08 |
| 01-20 | WFBTRANSF1 CR CD DEP 260119 543684555958323 5436845559583231THE SKILLET | 8,242.66 | 01-27 | WFBTRANSF1 CR CD DEP 260126 543684555958323 5436845559583231THE SKILLET | 1,574.08 |
| 01-20 | WFBTRANSF1 CR CD DEP 260119 543684555958323 5436845559583231THE SKILLET | 9,194.93 | 01-28 | WFBTRANSF1 CR CD DEP 260127 543684555958323 5436845559583231THE SKILLET | 1,615.56 |
| 01-20 | WFBTRANSF1 CR CD DEP 260118 543684555958323 5436845559583231THE SKILLET | 9,361.26 | 01-29 | WFBTRANSF1 CR CD DEP 260128 543684555958323 5436845559583231THE SKILLET | 2,739.08 |
| 01-21 | WFBTRANSF1 CR CD DEP 260120 543684555958323 5436845559583231THE SKILLET | 1,806.10 | 01-30 | WFBTRANSF1 CR CD DEP 260129 543684555958323 5436845559583231THE SKILLET | 3,445.24 |
| 01-22 | WFBTRANSF1 CR CD DEP 260121 543684555958323 5436845559583231THE SKILLET | 2,895.88 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-02 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 01-06 | 7300604847 BILLNG 251231 4445045885837 Merch Bankcard 3331091 The Skillet | 81.60 |
| 01-02 | 260101190021Q98 Vivian Capital Group LLC D | 300.00 | 01-06 | Internet Transfer to xxx8272 | 102.00 |
| 01-02 | 260101190021CUV Vivian Capital Group LLC D | 300.00 | 01-06 | Internet Transfer to xxx7764 | 190.00 |
| 01-02 | Internet Transfer to xxx8183 | 820.00 | 01-06 | BRANCH WITHDRAWAL | 600.00 |
| 01-02 | Internet Transfer to xxx7764 | 4,800.00 | 01-06 | Internet Transfer to xxx8183 | 750.00 |
| 01-05 | 10442 MERCHANTSERVICES PHONECHECK | 197.50 | 01-06 | Internet Transfer to xxx8183 | 2,500.00 |
| 01-05 | Internet Transfer to xxx8272 | 500.00 | 01-06 | Internet Transfer to xxx7764 | 11,000.08 |
| 01-05 | Internet Transfer to xxx8183 | 2,200.00 | 01-07 | Internet Transfer to xxx8183 | 100.00 |
| 01-05 | Internet Transfer to xxx7455 | 3,000.00 | 01-07 | Internet Transfer to xxx7764 | 3,000.00 |
| 01-05 | Internet Transfer to xxx7764 | 20,050.00 | 01-08 | Internet Transfer to xxx8183 | 100.00 |
| 01-06 | WFBTRANSF1 CR CD CHBK 260105 543684555958323 5436845559583231THE SKILLET | 30.00 | 01-08 | Internet Transfer to xxx7764 | 3,400.00 |
| | | | 01-09 | 260108190044GY3 Vivian Capital Group LLC D | 300.00 |
| | | | 01-09 | 260108190043P3 Vivian Capital Group LLC D | 300.00 |

THE SKILLET BY SAL INC

## Free Small Business Account    Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 01-09 | Internet Transfer to xxx8183 | 35.00 | 01-21 | Internet Transfer to xxx7764 | 1,807.00 |
| 01-09 | Internet Transfer to xxx7764 | 270.00 | 01-22 | Internet Transfer to xxx7764 | 565.00 |
| 01-09 | Internet Transfer to xxx7764 | 2,440.00 | 01-22 | Internet Transfer to xxx8272 | 904.00 |
| 01-12 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 21.95 | 01-22 | Internet Transfer to xxx8183 | 1,424.00 |
| 01-12 | Internet Transfer to xxx8272 | 200.00 | 01-23 | 2601221900449RK Vivian Capital Group LLC D | 300.00 |
| 01-12 | Internet Transfer to xxx8183 | 300.00 | 01-23 | 260122190044MMM Vivian Capital Group LLC D | 300.00 |
| 01-12 | Internet Transfer to xxx7764 | 350.00 | | | |
| 01-12 | Internet Transfer to xxx8183 | 700.88 | 01-23 | Internet Transfer to xxx8183 | 352.00 |
| 01-12 | Internet Transfer to xxx7455 | 4,000.00 | 01-23 | Internet Transfer to xxx8272 | 605.00 |
| 01-12 | Internet Transfer to xxx7764 | 7,700.00 | 01-23 | Internet Transfer to xxx7764 | 900.00 |
| 01-13 | Internet Transfer to xxx8272 | 320.00 | 01-23 | BRANCH WITHDRAWAL | 900.00 |
| 01-13 | Internet Transfer to xxx8183 | 775.00 | 01-26 | Internet Transfer to xxx8272 | 100.00 |
| 01-13 | Internet Transfer to xxx7764 | 10,560.00 | 01-26 | Internet Transfer to xxx8183 | 300.00 |
| 01-14 | Internet Transfer to xxx7764 | 3,220.00 | 01-26 | Internet Transfer to xxx8183 | 400.00 |
| 01-15 | Internet Transfer to xxx7764 | 220.00 | 01-26 | Internet Transfer to xxx7455 | 1,000.00 |
| 01-15 | Internet Transfer to xxx7764 | 3,670.00 | 01-26 | Internet Transfer to xxx7764 | 4,100.00 |
| 01-16 | 260115190044E6L Vivian Capital Group LLC D | 300.00 | 01-26 | Internet Transfer to xxx7764 | 6,000.00 |
| 01-16 | 2601151900434OU Vivian Capital Group LLC D | 300.00 | 01-27 | Internet Transfer to xxx8183 | 20.00 |
| | | | 01-27 | Internet Transfer to xxx7764 | 320.00 |
| 01-16 | INS PMNT HANOVER INS BILLPAY | 365.25 | 01-27 | BRANCH WITHDRAWAL | 800.00 |
| 01-16 | Internet Transfer to xxx8272 | 115.00 | 01-27 | Internet Transfer to xxx7455 | 890.00 |
| 01-16 | Internet Transfer to xxx8183 | 401.00 | 01-28 | Internet Transfer to xxx7764 | 1,600.00 |
| 01-16 | Internet Transfer to xxx7764 | 2,090.00 | 01-29 | Internet Transfer to xxx8183 | 250.00 |
| 01-20 | Internet Transfer to xxx7764 | 300.00 | 01-29 | Internet Transfer to xxx7764 | 2,505.00 |
| 01-20 | Internet Transfer to xxx8272 | 600.00 | 01-30 | 2601291900044189 Vivian Capital Group LLC D | 300.00 |
| 01-20 | BRANCH WITHDRAWAL | 600.00 | | | |
| 01-20 | Internet Transfer to xxx8183 | 1,650.00 | 01-30 | 2601291900444KA Vivian Capital Group LLC D | 300.00 |
| 01-20 | Internet Transfer to xxx7764 | 1,900.00 | | | |
| 01-20 | Internet Transfer to xxx7455 | 3,300.00 | 01-30 | Digital Basic Monthly Fee | 10.00 |
| 01-20 | Internet Transfer to xxx7764 | 22,000.00 | 01-30 | Internet Transfer to xxx8183 | 620.00 |
| 01-21 | Internet Transfer to xxx7764 | 340.00 | 01-30 | Internet Transfer to xxx7764 | 2,200.08 |
| | | | 01-30 | SERVICE CHARGE | 15.00 |

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 1-5-26

Salvatore Faenza
PRINT NAME

Skillet by Sal
SIGN NAME

$    600.00
AMOUNT

ACCOUNT NUMBER
16018087

⑆021204416⑆    050

0    $600.00    1/6/2026

0    $600.00    1/6/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 1/20/2026

Skillet
PR NT NAME

SIGN NAME

$    600.
AMOUNT

ACCOUNT NUMBER
16018087

⑆021204416⑆    050

0    $600.00    1/20/2026

0    $600.00    1/20/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 1-23-26

THE SKILLET BY SAL
PRINT NAME

SIGN NAME

$    900.
AMOUNT

ACCOUNT NUMBER
16018087

⑆021204416⑆    050

0    $900.00    1/23/2026

BRANCHNAME=MANALAPAN
BUSDT=01/23/26
RTNUM >021204416<

0    $900.00    1/23/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 1/27/26

The Skillet by Sal
PRINT NAME

SIGN NAME

$    800.00
AMOUNT

ACCOUNT NUMBER
16018087

⑆021204416⑆    050

0    $800.00    1/27/2026

0    $800.00    1/27/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
                 Street and Number                  City            State       Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ...................................  ☐ Loan ...................................  ☐ Safe Deposit Box ( ................................... )

☐ Savings ...................................  ☐ Certificate ...................................  ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____    Authorized Signature: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | |
|---|---|---|---|
| | | DEPOSITS NOT SHOWN ON STATEMENT | |
| TOTAL CHECKS OUTSTANDING | | | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE | |
| **TOTAL** | | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

PLEASE EXAMINE STATEMENT AT ONCE. ANY ERROR OR OBJECTION MUST BE REPORTED WITHIN 20 DAYS

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY