☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

**Meet Your Financial Goals**
**Implement our easy-to-use**
**Digital Banking tools to reach**
**your savings goals!**

**Stop in any branch or call 877.22.6269**

## Free Personal Check Account                    Account number: 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-30 | $1.64 |
| Deposits and other credits (+) | $15,995.00 |
| Withdrawals, checks and other debits (-) | $15,700.00 |
| Ending Balance on 02-27 | $296.64 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,000.00 | 02-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,070.00 |
| 02-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,000.00 | 02-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 325.00 |
| 02-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,200.00 | 02-26 | Funds Transfer via Online AmboyNet Transfer from xxx7764 | 800.00 |
| 02-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,500.00 | 02-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | BRANCH WITHDRAWAL | 4,000.00 | 02-24 | BRANCH WITHDRAWAL | 2,550.00 |
| 02-09 | BRANCH WITHDRAWAL | 4,000.00 | 02-25 | BRANCH WITHDRAWAL | 325.00 |
| 02-17 | BRANCH WITHDRAWAL | 4,200.00 | 02-26 | BRANCH WITHDRAWAL | 625.00 |

0    $4,000.00    2/2/2026

0    $4,000.00    2/9/2026

0    $4,200.00    2/17/2026

0    $2,550.00    2/24/2026

0    $325.00    2/25/2026

0    $625.00    2/26/2026