For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

## Meet Your Financial Goals
Implement our easy-to-use
Digital Banking tools to reach
your savings goals!

Stop in any branch or call 877.22.6269

## Free Small Business Account                    Account number: 16108183

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-30 | -$941.82 |
| Deposits and other credits (+) | $11,706.49 |
| Withdrawals, checks and other debits (-) | $10,764.67 |
| Ending Balance on 02-27 | $0.00 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 620.00 | 02-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 540.00 |
| 02-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,100.00 | 02-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 02-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 875.00 | 02-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 781.00 |
| 02-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 335.00 | 02-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 605.00 |
| 02-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 32.00 | 02-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,450.00 |
| 02-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 250.00 | 02-23 | RETURNED ITEM, INSUFFICIENT FUNDS, 9137335162 CHASE CREDIT CRD EPAY | 500.00 |
| 02-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 169.00 | 02-25 | 2324454 CLOVER FEES CLOVER FEE | 9.49 |
| 02-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,135.00 | 02-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 |
| 02-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 105.00 | 02-26 | Funds Transfer via Online AmboyNet Transfer from xxx7764 | 500.00 |
| 02-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,900.00 | 02-27 | Funds Transfer via Online AmboyNet Transfer from xxx7764 | 100.00 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account        Account number: 16108183

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|-------:|------|-------------|-------:|
| 02-02 | 604599217073111 Sams Club SYF PAYMNT | 350.00 | 02-13 | OVERDRAFT CHARGE | 70.00 |
| 02-02 | 604599217073111 Sams Club SYF PAYMNT | 400.00 | 02-17 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 312.16 |
| 02-02 | OVERDRAFT CHARGE | 35.00 | 02-17 | CA0757696B964B0 CAPITAL ONE ONLINE PMT | 100.00 |
| 02-03 | 9089738904 CHASE CREDIT CRD EPAY | 300.00 | 02-17 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 02-03 | 604599217073111 Sams Club SYF PAYMNT | 550.00 | 02-17 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 02-04 | 604599217073111 Sams Club SYF PAYMNT | 350.00 | 02-18 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 02-05 | OVERDRAFT CHARGE | 35.00 | 02-18 | OVERDRAFT CHARGE | 70.00 |
| 02-06 | 9098752750 CHASE CREDIT CRD EPAY | 250.00 | 02-19 | OVERDRAFT CHARGE | 35.00 |
| 02-09 | XXXXX6241 AMERICAN NAT'L INSPREMIUM | 217.74 | 02-20 | 9137335162 CHASE CREDIT CRD EPAY | 500.00 |
| 02-09 | 9101752422 CHASE CREDIT CRD EPAY | 250.00 | 02-23 | 7565258 INTUIT * QBooks Onl | 75.00 |
| 02-09 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 02-23 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 02-09 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 02-23 | 9144601189 CHASE CREDIT CRD EPAY | 450.00 |
| 02-09 | OVERDRAFT CHARGE | 35.00 | 02-23 | RETURNED CHECK CHARGE | 35.00 |
| 02-10 | OVERDRAFT CHARGE | 105.00 | 02-24 | Internet Transfer to xxx7764 | 489.00 |
| 02-11 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 02-26 | CA0A6B20A30EC5B CAPITAL ONE ONLINE PMT | 100.00 |
| 02-11 | CA076BB875D969A CAPITAL ONE ONLINE PMT | 1,570.00 | 02-26 | 9137335162 CHASE CREDIT CRD RETRY PYMT | 500.00 |
| 02-12 | FAE184 ACE ENDICO CORP FAE184 | 250.00 | 02-27 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 02-12 | 9114170874 CHASE CREDIT CRD EPAY | 250.00 | 02-27 | SERVICE CHARGE | 10.77 |
| 02-12 | OVERDRAFT CHARGE | 70.00 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 455.00 | 1,266.94 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $140.00 |