For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

### Meet Your Financial Goals
### Implement our easy-to-use
### Digital Banking tools to reach
### your savings goals!

### Stop in any branch or call 877.22.6269

## Free Small Business Account                    Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-30 | -$199.36 |
| Deposits and other credits (+) | $3,451.00 |
| Withdrawals, checks and other debits (-) | $3,251.64 |
| Ending Balance on 02-27 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 125.00 | 02-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 175.00 |
| 02-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 250.00 | 02-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 02-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 30.00 | 02-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,161.00 |
| 02-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 300.00 | 02-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 35.00 |
| 02-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 30.00 | 02-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 800.00 |
| 02-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 45.00 | | | |

NVJSS RESTAURANT LLC

## Free Small Business Account                              Account number: 16108272

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 02-02 | 223246635501451 PRUDENTIAL PAYMENTS | 162.83 | 02-17 | 431934856687397 CITI CARD ONLINE PAYMENT | 250.00 |
| 02-02 | OVERDRAFT CHARGE | 35.00 | 02-17 | 421935240706011 CITI CARD ONLINE PAYMENT | 1,250.00 |
| 02-06 | 431927989674113 CITI CARD ONLINE PAYMENT | 300.00 | 02-18 | OVERDRAFT CHARGE | 35.00 |
| 02-09 | OVERDRAFT CHARGE | 35.00 | 02-23 | 7565260 INTUIT * QBooks On1 | 75.00 |
| 02-11 | 5P-XXXXX0023 EZPASS8882886865 AUTO REPL | 45.00 | 02-23 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |
| 02-17 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 | 02-23 | XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 |
| 02-17 | 6123409 VZ WIRELESS VN E CHECK | 206.90 | 02-27 | SERVICE CHARGE | 13.23 |

#### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|--|------------------------|---------------------|
| TOTAL OVERDRAFT FEES: | 105.00 | 386.33 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $35.00 |