For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24 AMBOY

0000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000

THE SKILLET BY SAL INC
MERCHANT ACCOUNT
7 DANCER LANE
FREEHOLD          NJ  07728

**Meet Your Financial Goals**
**Implement our easy-to-use**
**Digital Banking tools to reach**
**your savings goals!**

**Stop in any branch or call 877.22.6269**

## Free Small Business Account

**Account number: 16018087**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-30 | $1.94 |
| Deposits and other credits (+) | $138,980.23 |
| Withdrawals, checks and other debits (-) | $138,601.10 |
| Ending Balance on 02-27 | $381.07 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | WFBTRANSF1 CR CD DEP 260130 543684555958323 5436845559583231THE SKILLET | 3,882.79 | 02-09 | WFBTRANSF1 CR CD DEP 260206 543684555958323 5436845559583231THE SKILLET | 3,714.67 |
| 02-02 | WFBTRANSF1 CR CD DEP 260201 543684555958323 5436845559583231THE SKILLET | 9,717.30 | 02-09 | WFBTRANSF1 CR CD DEP 260208 543684555958323 5436845559583231THE SKILLET | 8,630.50 |
| 02-03 | WFBTRANSF1 CR CD DEP 260202 543684555958323 5436845559583231THE SKILLET | 2,840.20 | 02-10 | WFBTRANSF1 CR CD DEP 260209 543684555958323 5436845559583231THE SKILLET | 3,026.32 |
| 02-03 | WFBTRANSF1 CR CD DEP 260202 543684555958323 5436845559583231THE SKILLET | 9,444.34 | 02-10 | WFBTRANSF1 CR CD DEP 260209 543684555958323 5436845559583231THE SKILLET | 8,305.94 |
| 02-04 | WFBTRANSF1 CR CD DEP 260203 543684555958323 5436845559583231THE SKILLET | 2,810.84 | 02-11 | WFBTRANSF1 CR CD DEP 260210 543684555958323 5436845559583231THE SKILLET | 2,707.40 |
| 02-05 | WFBTRANSF1 CR CD DEP 260204 543684555958323 5436845559583231THE SKILLET | 2,134.55 | 02-12 | WFBTRANSF1 CR CD DEP 260211 543684555958323 5436845559583231THE SKILLET | 2,735.90 |
| 02-06 | WFBTRANSF1 CR CD DEP 260205 543684555958323 5436845559583231THE SKILLET | 2,609.16 | 02-13 | WFBTRANSF1 CR CD DEP 260212 543684555958323 5436845559583231THE SKILLET | 2,633.11 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-17 | WFBTRANSF1 CR CD DEP 260213 543684555958323 5436845559583231THE SKILLET | 4,836.43 | 02-23 | WFBTRANSF1 CR CD DEP 260220 543684555958323 5436845559583231THE SKILLET | 3,255.39 |
| 02-17 | WFBTRANSF1 CR CD DEP 260216 543684555958323 5436845559583231THE SKILLET | 8,611.09 | 02-23 | WFBTRANSF1 CR CD DEP 260222 543684555958323 5436845559583231THE SKILLET | 10,316.84 |
| 02-17 | WFBTRANSF1 CR CD DEP 260216 543684555958323 5436845559583231THE SKILLET | 10,426.16 | 02-24 | WFBTRANSF1 CR CD DEP 260223 543684555958323 5436845559583231THE SKILLET | 6,473.55 |
| 02-17 | WFBTRANSF1 CR CD DEP 260215 543684555958323 5436845559583231THE SKILLET | 12,467.70 | 02-25 | WFBTRANSF1 CR CD DEP 260224 543684555958323 5436845559583231THE SKILLET | 2,821.11 |
| 02-18 | WFBTRANSF1 CR CD DEP 260217 543684555958323 5436845559583231THE SKILLET | 2,746.33 | 02-26 | WFBTRANSF1 CR CD DEP 260225 543684555958323 5436845559583231THE SKILLET | 3,319.06 |
| 02-19 | WFBTRANSF1 CR CD DEP 260218 543684555958323 5436845559583231THE SKILLET | 3,243.27 | 02-27 | WFBTRANSF1 CR CD DEP 260226 543684555958323 5436845559583231THE SKILLET | 2,133.14 |
| 02-20 | WFBTRANSF1 CR CD DEP 260219 543684555958323 5436845559583231THE SKILLET | 3,137.14 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | ST-G8F4H5Q1A8A0 Receipt BK US TA RECEIPT BK | 257.12 | 02-05 | Internet Transfer to xxx7764 | 1,755.00 |
| 02-02 | Internet Transfer to xxx8272 | 125.00 | 02-06 | Internet Transfer to xxx8183 | 32.00 |
| 02-02 | Internet Transfer to xxx8272 | 250.00 | 02-06 | Internet Transfer to xxx7764 | 275.00 |
| 02-02 | Internet Transfer to xxx8183 | 620.00 | 02-06 | BRANCH WITHDRAWAL | 2,300.00 |
| 02-02 | Internet Transfer to xxx8183 | 1,100.00 | 02-09 | 2602061900432CI Vivian Capital Group LLC D | 300.00 |
| 02-02 | Internet Transfer to xxx7455 | 4,000.00 | 02-09 | 2602061900431QU Vivian Capital Group LLC D | 300.00 |
| 02-02 | Internet Transfer to xxx7764 | 7,500.00 | | | |
| 02-03 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 02-09 | Internet Transfer to xxx8183 | 250.00 |
| | | | 02-09 | Internet Transfer to xxx8272 | 300.00 |
| 02-03 | Internet Transfer to xxx8272 | 30.00 | 02-09 | Internet Transfer to xxx7455 | 4,000.00 |
| 02-03 | Internet Transfer to xxx8183 | 875.00 | 02-09 | Internet Transfer to xxx7764 | 7,000.00 |
| 02-03 | Internet Transfer to xxx7764 | 10,900.00 | 02-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 55.74 |
| 02-03 | OVERDRAFT CHARGE | 35.00 | | | |
| 02-04 | Internet Transfer to xxx7764 | 2,865.00 | 02-10 | Internet Transfer to xxx8272 | 30.00 |
| 02-05 | 7300604847 BILLNG 260131 4445045885837 Merch Bankcard 3331091 The Skillet | 45.24 | 02-10 | Internet Transfer to xxx8183 | 169.00 |
| | | | 02-10 | Internet Transfer to xxx8183 | 1,135.00 |
| | | | 02-10 | Internet Transfer to xxx7764 | 10,140.00 |
| 02-05 | Internet Transfer to xxx8183 | 335.00 | 02-11 | Internet Transfer to xxx8272 | 45.00 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 02-11 | Internet Transfer to xxx8183 | 105.00 | 02-20 | Internet Transfer to xxx8183 | 605.00 |
| 02-11 | Internet Transfer to xxx7764 | 2,555.00 | 02-20 | Internet Transfer to xxx7764 | 2,200.00 |
| 02-12 | Internet Transfer to xxx7764 | 840.00 | 02-23 | 260220190043UXI Vivian Capital Group LLC D | 300.00 |
| 02-12 | Internet Transfer to xxx8183 | 1,900.00 | 02-23 | 2602201900436M9 Vivian Capital Group LLC D | 300.00 |
| 02-13 | Internet Transfer to xxx8183 | 540.00 | 02-23 | Internet Transfer to xxx8272 | 800.00 |
| 02-13 | Internet Transfer to xxx7764 | 2,090.00 | 02-23 | Internet Transfer to xxx8183 | 1,450.00 |
| 02-17 | 260213190042M64 Vivian Capital Group LLC D | 300.00 | 02-23 | Internet Transfer to xxx7455 | 1,500.00 |
| 02-17 | 260213190042OQH Vivian Capital Group LLC D | 300.00 | 02-23 | Internet Transfer to xxx7764 | 3,000.00 |
| 02-17 | INS PMNT HANOVER INS BILLPAY | 365.25 | 02-23 | Internet Transfer to xxx7764 | 6,000.00 |
| 02-17 | Internet Transfer to xxx8272 | 175.00 | 02-24 | Internet Transfer to xxx7764 | 220.00 |
| 02-17 | Internet Transfer to xxx8272 | 500.00 | 02-24 | Internet Transfer to xxx7455 | 1,070.00 |
| 02-17 | Internet Transfer to xxx8183 | 500.00 | 02-24 | Internet Transfer to xxx7764 | 5,400.00 |
| 02-17 | Internet Transfer to xxx7455 | 4,200.00 | 02-25 | Internet Transfer to xxx7455 | 325.00 |
| 02-17 | Internet Transfer to xxx7764 | 5,000.00 | 02-25 | Internet Transfer to xxx7764 | 2,500.00 |
| 02-17 | Internet Transfer to xxx7764 | 25,000.00 | 02-26 | Internet Transfer to xxx8183 | 200.00 |
| 02-18 | Internet Transfer to xxx8183 | 781.00 | 02-26 | Internet Transfer to xxx7764 | 3,000.00 |
| 02-18 | Internet Transfer to xxx7764 | 805.00 | 02-27 | Digital Basic Monthly Fee | 10.00 |
| 02-18 | Internet Transfer to xxx8272 | 1,161.00 | 02-27 | Internet Transfer to xxx7455 | 100.00 |
| 02-19 | Internet Transfer to xxx7764 | 3,245.00 | 02-27 | BRANCH WITHDRAWAL | 750.00 |
| 02-20 | Internet Transfer to xxx8272 | 35.00 | 02-27 | Internet Transfer to xxx7764 | 1,000.00 |
| 02-20 | Internet Transfer to xxx7764 | 298.00 | 02-27 | SERVICE CHARGE | 15.00 |

#### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 35.00 | 35.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |





0    $2,300.00    2/6/2026

0    $2,300.00    2/6/2026





0    $750.00    2/27/2026

0    $750.00    2/27/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
                        Street and Number                              City              State         Zip Code

TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking ...................................... ☐ Loan ...................................... ☐ Safe Deposit Box ( ...................................... )
☐ Savings ...................................... ☐ Certificate ...................................... ☐ Other (describe below)

SPECIAL
INSTRUCTIONS

Date: _____    Authorized Signature: _____

------------------------------------------------------------
CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

#### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

TO PROVE BALANCE
AS SHOWN ON
YOUR STATEMENT

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | |
|--------|--------|--------|--------|
| | | DEPOSITS NOT SHOWN ON STATEMENT | |
| TOTAL CHECKS OUTSTANDING | | | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE | |
| **TOTAL** | | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.