For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24 AMBOY

00000 000000000000 0000 0000 0000 0000 0000 000000
00000 000000000000 0000 0000 0000 0000 0000 000000

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD          NJ  07728

## Meet Your Financial Goals
### Implement our easy-to-use
### Digital Banking tools to reach
### your savings goals!

### Stop in any branch or call 877.22.6269

# Free Small Business Account                 Account number: 16107764

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-30 | -$5,719.74 |
| Deposits and other credits (+) | $250,965.62 |
| Withdrawals, checks and other debits (-) | $252,438.86 |
| Ending Balance on 02-27 | -$7,192.98 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | DEPOSIT | 365.00 | 02-04 | RETURNED CHECK# 4599, INSUFFICIENT FUNDS | 400.00 |
| 02-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 7,500.00 | 02-04 | RETURNED CHECK# 14285, INSUFFICIENT FUNDS | 470.11 |
| 02-02 | RETURNED ITEM, INSUFFICIENT FUNDS 9029934433 HILOYO INVESTMEN ACH Debit | 2,300.00 | 02-04 | RETURNED CHECK# 14359, INSUFFICIENT FUNDS | 508.86 |
| 02-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 10,900.00 | 02-04 | RETURNED CHECK# 4593, INSUFFICIENT FUNDS | 615.00 |
| 02-03 | 3320456349 EDI PAYMNT FEB 02 9HVMSABV44EL6BP REF*TN*9HVMSABV44\ | 365.81 | 02-04 | RETURNED CHECK# 7057, INSUFFICIENT FUNDS | 635.00 |
| 02-04 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,865.00 | 02-04 | RETURNED CHECK# 14329, INSUFFICIENT FUNDS | 671.99 |
| 02-04 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX7131 AUTHNET GATEWAY BILLING | 45.48 | 02-04 | RETURNED CHECK# 4499, INSUFFICIENT FUNDS | 750.00 |
| 02-04 | RETURNED CHECK# 7060, INSUFFICIENT FUNDS | 300.00 | 02-04 | RETURNED CHECK# 4573, INSUFFICIENT FUNDS | 750.00 |
| 02-04 | RETURNED CHECK# 4580, INSUFFICIENT FUNDS | 385.00 | 02-04 | RETURNED CHECK# 4601, INSUFFICIENT FUNDS | 835.00 |
| | | | 02-04 | RETURNED CHECK# 7042, INSUFFICIENT FUNDS | 1,000.00 |

THE SKILLET BY SAL INC

## Free Small Business Account     Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|---|---|---|
| 02-04 | MISCELLANEOUS CREDIT | 25,000.00 |
| 02-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,755.00 |
| 02-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01 120 260341001922926 TXP* | 195.19 |
| 02-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 39105-030713239 Rewards Network SETTLEMENT | 295.17 |
| 02-05 | RETURNED ITEM, INSUFFICIENT FUNDS, ST-V7E6S9D7S4S8 WWW.SPOTHOPPERAP WWW.SPOTH | 549.00 |
| 02-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 270643543437817 IRS USATAXPYMT | 1,986.29 |
| 02-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 9200502236 ACH Debit 260204 9030124665 Res | 2,300.00 |
| 02-05 | RETURNED CHECK# 7034, INSUFFICIENT FUNDS | 6,000.00 |
| 02-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 275.00 |
| 02-06 | 26020604ZgWYnV5 GRUBHUB INC Feb Actvty | 25.33 |
| 02-06 | 26020601ZgWYnV5 GRUBHUB INC Jan Actvty | 28.75 |
| 02-06 | ST-N8W7R6X1V2M4 DoorDash payout DoorDash - | 1,093.20 |
| 02-09 | DEPOSIT | 365.00 |
| 02-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 7,000.00 |
| 02-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 10,140.00 |
| 02-10 | 3320456349 EDI PAYMNT FEB 09 POT5JL2XVX5OA3V REF*TN*POT5JL2XVX\ | 37.12 |
| 02-10 | RETURNED ITEM, INSUFFICIENT FUNDS, 39122-030728024 Rewards Network SETTLEMENT | 295.17 |
| 02-10 | RETURNED CHECK# 4610, INSUFFICIENT FUNDS | 1,370.04 |
| 02-10 | RETURNED CHECK# 4441, INSUFFICIENT FUNDS | 1,432.00 |
| 02-10 | RETURNED CHECK# 4602, INSUFFICIENT FUNDS | 1,700.00 |
| 02-10 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX6343 Ivy Receivables 7183166893 | 2,000.00 |
| 02-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,555.00 |
| 02-11 | DEPOSIT | 4,000.00 |
| 02-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 840.00 |
| 02-12 | DEPOSIT | 9,000.00 |
| 02-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,090.00 |
| 02-13 | DEPOSIT | 6,235.00 |
| 02-13 | 26021311ZgWYnV5 GRUBHUB INC Feb Actvty | 25.03 |
| 02-13 | ST-K9B3A0K2S6L4 DOORDASH PAYOUT DOORDASH - | 758.37 |
| 02-17 | DEPOSIT | 940.00 |
| 02-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,000.00 |
| 02-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 25,000.00 |
| 02-17 | 241935253119249 CITI CARD TRIAL ACCTVERIFY | 0.06 |
| 02-17 | 241935253119249 CITI CARD TRIAL ACCTVERIFY | 0.23 |
| 02-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 805.00 |
| 02-18 | 3320456349 EDI PAYMNT FEB 16 OFOR8F8A7RUF8KC REF*TN*OFOR8F8A7R\ | 306.18 |
| 02-18 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX0544 Ivy Receivables 7183166893 | 2,000.00 |
| 02-19 | DEPOSIT | 600.00 |
| 02-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,245.00 |
| 02-19 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB01 120 260481002001812 TXP* | 233.15 |
| 02-19 | RETURNED ITEM, INSUFFICIENT FUNDS, xXXXXX4584 FARMERS INS EFT PYMT | 276.83 |
| 02-19 | RETURNED CHECK# 4581, INSUFFICIENT FUNDS | 459.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 02-19 | RETURNED CHECK# 4617, INSUFFICIENT FUNDS | 500.00 |
| 02-19 | RETURNED ITEM, INSUFFICIENT FUNDS, 39149-030760322 Rewards Network SETTLEMENT | 600.19 |
| 02-19 | RETURNED CHECK# 4728, INSUFFICIENT FUNDS | 650.00 |
| 02-19 | RETURNED CHECK# 4497, INSUFFICIENT FUNDS | 750.00 |
| 02-19 | RETURNED CHECK# 4470, INSUFFICIENT FUNDS | 1,454.30 |
| 02-19 | RETURNED ITEM, INSUFFICIENT FUNDS, 270644970511261 IRS USATAXPYMT | 2,096.20 |
| 02-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 298.00 |
| 02-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,200.00 |
| 02-20 | 26022018ZgWYnV5 GRUBHUB INC Feb Actvty | 119.93 |
| 02-20 | ST-Y0Z3C6W7Q3D8 DoorDash payout DoorDash - | 1,617.47 |
| 02-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,000.00 |
| 02-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 6,000.00 |
| 02-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 220.00 |
| 02-24 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 489.00 |
| 02-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,400.00 |
| 02-24 | 3320456349 EDI PAYMNT FEB 23 T77G98I0Q7M2P79 REF*TN*T77G98I0Q7\ | 298.91 |
| 02-24 | RETURNED CHECK# 4634, INSUFFICIENT FUNDS | 300.00 |
| 02-24 | RETURNED CHECK# 4646, INSUFFICIENT FUNDS | 500.00 |
| 02-24 | RETURNED CHECK# 4640, INSUFFICIENT FUNDS | 600.00 |
| 02-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 39166-030775752 Rewards Network SETTLEMENT | 600.19 |
| 02-24 | RETURNED CHECK# 4658, INSUFFICIENT FUNDS | 835.00 |
| 02-24 | RETURNED CHECK# 4739, INSUFFICIENT FUNDS | 1,045.00 |
| 02-24 | RETURNED CHECK# 4742, INSUFFICIENT FUNDS | 1,103.21 |
| 02-24 | RETURNED CHECK# 4733, INSUFFICIENT FUNDS | 1,181.18 |
| 02-24 | RETURNED CHECK# 4355, INSUFFICIENT FUNDS | 1,558.57 |
| 02-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 7216000928 NJWEB04110 260511002061132 TXP* | 5,610.46 |
| 02-24 | RETURNED CHECK# 7035, INSUFFICIENT FUNDS | 6,000.00 |
| 02-25 | DEPOSIT | 365.00 |
| 02-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,500.00 |
| 02-25 | 9970181000 2026-02-25 260225 388f61f41a82464 balance_transaction_98e7010f-bede-4 | 34,964.15 |
| 02-25 | RETURNED CHECK# 4637, INSUFFICIENT FUNDS | 410.40 |
| 02-25 | RETURNED ITEM, INSUFFICIENT FUNDS, SK1088 Termac WEB PAY | 448.38 |
| 02-25 | RETURNED CHECK# 14373, INSUFFICIENT FUNDS | 470.11 |
| 02-25 | RETURNED CHECK# 4605, INSUFFICIENT FUNDS | 500.00 |
| 02-25 | RETURNED CHECK# 14434, INSUFFICIENT FUNDS | 508.86 |
| 02-25 | RETURNED CHECK# 4654, INSUFFICIENT FUNDS | 550.00 |
| 02-25 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX7652 IVY RECEIVABLES 3477550766 | 750.00 |
| 02-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |
| 02-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,000.00 |
| 02-27 | 26022725ZgWYnV5 GRUBHUB INC Feb Actvty | 43.00 |
| 02-27 | ST-F1J4J9Z9A7O5 DoorDash payout DoorDash - | 554.75 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4158* | 02-26 | 835.00 | 4602 | 02-09 | 1,700.00 | 4663 | 02-26 | 315.00 |
| 4209* | 02-13 | 500.00 | 4603 | 02-18 | 500.00 | 4664* | 02-25 | 300.00 |
| 4355* | 02-23 | 1,558.57 | 4604 | 02-18 | 500.00 | 4693 | 02-10 | 105.00 |
| 4357* | 02-23 | 916.67 | 4605 | 02-24 | 500.00 | 4694 | 02-23 | 450.00 |
| 4427* | 02-02 | 1,000.00 | 4606 | 02-17 | 843.00 | 4695 | 02-17 | 250.00 |
| 4441* | 02-09 | 1,432.00 | 4607 | 02-06 | 1,150.75 | 4696 | 02-11 | 442.00 |
| 4470* | 02-18 | 1,454.30 | 4608 | 02-10 | 212.00 | 4697 | 02-17 | 154.00 |
| 4493* | 02-12 | 1,190.00 | 4609 | 02-11 | 452.00 | 4698 | 02-12 | 650.00 |
| 4495* | 02-06 | 750.00 | 4610 | 02-09 | 1,370.04 | 4699 | 02-11 | 240.00 |
| 4497* | 02-18 | 750.00 | 4611 | 02-05 | 500.00 | 4700 | 02-11 | 350.00 |
| 4499* | 02-03 | 750.00 | 4612 | 02-11 | 300.00 | 4701 | 02-10 | 550.00 |
| 4502* | 02-25 | 400.00 | 4613 | 02-12 | 320.65 | 4702 | 02-09 | 835.00 |
| 4510* | 02-05 | 540.00 | 4614 | 02-05 | 400.00 | 4703 | 02-19 | 600.00 |
| 4573 | 02-12 | 750.00 | 4615 | 02-17 | 920.00 | 4704* | 02-24 | 1,000.00 |
| 4573 | 02-03 | 750.00 | 4616 | 02-18 | 1,000.00 | 4707 | 02-17 | 1,278.22 |
| 4574 | 02-09 | 500.00 | 4617 | 02-18 | 500.00 | 4708 | 02-13 | 1,500.00 |
| 4575 | 02-09 | 900.00 | 4618 | 02-12 | 1,172.51 | 4709* | 02-12 | 2,500.00 |
| 4576 | 02-11 | 900.00 | 4619 | 02-12 | 500.00 | 4711 | 02-20 | 254.20 |
| 4577 | 02-19 | 900.00 | 4620 | 02-09 | 929.69 | 4712 | 02-13 | 1,057.97 |
| 4578 | 02-06 | 600.00 | 4621 | 02-10 | 1,033.98 | 4713* | 02-17 | 500.00 |
| 4579 | 02-02 | 800.00 | 4622 | 02-11 | 300.00 | 4715 | 02-20 | 750.00 |
| 4580 | 02-09 | 385.00 | 4623 | 02-10 | 1,000.00 | 4716 | 02-17 | 1,336.00 |
| 4580 | 02-03 | 385.00 | 4624 | 02-17 | 300.00 | 4717 | 02-20 | 300.00 |
| 4581 | 02-18 | 459.00 | 4625 | 02-17 | 769.46 | 4718 | 02-17 | 1,000.00 |
| 4581 | 02-27 | 459.02 | 4626* | 02-11 | 1,500.00 | 4719 | 02-18 | 550.00 |
| 4582 | 02-03 | 64.00 | 4633 | 02-19 | 500.00 | 4720 | 02-17 | 300.00 |
| 4583 | 02-03 | 576.85 | 4634 | 02-23 | 300.00 | 4721 | 02-23 | 767.00 |
| 4584 | 02-09 | 500.00 | 4635 | 02-23 | 500.00 | 4722 | 02-27 | 800.00 |
| 4585 | 02-13 | 500.00 | 4636 | 02-27 | 600.00 | 4723 | 02-17 | 500.00 |
| 4586 | 02-04 | 67.00 | 4637* | 02-24 | 410.40 | 4724 | 02-17 | 500.00 |
| 4587* | 02-11 | 1,000.00 | 4639 | 02-26 | 500.00 | 4725* | 02-23 | 289.98 |
| 4591 | 02-02 | 440.00 | 4640* | 02-23 | 600.00 | 4727 | 02-18 | 157.00 |
| 4592 | 02-03 | 750.00 | 4642 | 02-23 | 89.00 | 4728 | 02-18 | 650.00 |
| 4593 | 02-03 | 615.00 | 4643* | 02-25 | 750.00 | 4729 | 02-17 | 200.00 |
| 4593* | 02-12 | 615.00 | 4646* | 02-23 | 500.00 | 4730 | 02-17 | 835.00 |
| 4595 | 02-23 | 450.00 | 4650* | 02-23 | 1,500.00 | 4731 | 02-26 | 1,000.00 |
| 4596 | 02-06 | 562.00 | 4652 | 02-23 | 542.00 | 4732 | 02-26 | 500.00 |
| 4597 | 02-09 | 542.00 | 4653 | 02-25 | 1,045.00 | 4733 | 02-23 | 1,181.18 |
| 4598 | 02-02 | 542.00 | 4654 | 02-24 | 550.00 | 4733 | 02-27 | 1,181.18 |
| 4599 | 02-03 | 400.00 | 4655 | 02-25 | 350.00 | 4734 | 02-19 | 515.00 |
| 4599 | 02-06 | 400.00 | 4656 | 02-27 | 800.00 | 4735 | 02-25 | 130.00 |
| 4600 | 02-12 | 500.00 | 4657 | 02-27 | 385.00 | 4736 | 02-17 | 200.00 |
| 4601 | 02-09 | 835.00 | 4658* | 02-23 | 835.00 | 4737 | 02-17 | 200.00 |
| 4601 | 02-03 | 835.00 | 4662 | 02-23 | 350.00 | 4738 | 02-17 | 150.00 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4739 | 02-23 | 1,045.00 | 14307* | 02-23 | 470.11 | 14385 | 02-11 | 213.14 |
| 4740 | 02-24 | 240.00 | 14313 | 02-11 | 41.17 | 14386* | 02-19 | 21.83 |
| 4741 | 02-23 | 1,370.04 | 14314* | 02-04 | 3.23 | 14389* | 02-17 | 431.18 |
| 4742* | 02-23 | 1,103.21 | 14329 | 02-03 | 671.99 | 14392 | 02-09 | 212.00 |
| 4745 | 02-27 | 939.10 | 14329* | 02-13 | 671.99 | 14393* | 02-17 | 85.00 |
| 4746* | 02-25 | 939.10 | 14333 | 02-05 | 5.88 | 14395* | 02-20 | 96.91 |
| 4748* | 02-26 | 1,000.00 | 14334 | 02-03 | 402.16 | 14397* | 02-18 | 48.22 |
| 4752* | 02-26 | 300.00 | 14335* | 02-11 | 53.63 | 14399 | 02-18 | 104.93 |
| 7033 | 02-02 | 450.00 | 14344* | 02-09 | 56.20 | 14400* | 02-17 | 125.01 |
| 7034 | 02-04 | 6,000.00 | 14347* | 02-02 | 431.18 | 14402 | 02-18 | 23.00 |
| 7035 | 02-23 | 6,000.00 | 14351* | 02-03 | 595.06 | 14403 | 02-17 | 25.79 |
| 7036* | 02-02 | 1,027.20 | 14353 | 02-02 | 299.97 | 14404* | 02-17 | 595.06 |
| 7038 | 02-27 | 450.00 | 14354 | 02-03 | 270.01 | 14406 | 02-17 | 265.20 |
| 7039 | 02-06 | 300.00 | 14355 | 02-25 | 3.22 | 14407 | 02-17 | 270.01 |
| 7040* | 02-02 | 1,128.40 | 14356 | 02-09 | 216.31 | 14408 | 02-17 | 129.91 |
| 7042 | 02-03 | 1,000.00 | 14357 | 02-11 | 40.50 | 14409* | 02-20 | 96.48 |
| 7043 | 02-09 | 1,000.00 | 14358 | 02-04 | 69.22 | 14411 | 02-18 | 21.00 |
| 7044* | 02-02 | 550.00 | 14359* | 02-03 | 508.86 | 14412 | 02-18 | 508.86 |
| 7048* | 02-17 | 2,500.00 | 14361 | 02-03 | 435.24 | 14413 | 02-18 | 77.66 |
| 7056 | 02-09 | 920.00 | 14362 | 02-11 | 65.52 | 14414 | 02-17 | 535.55 |
| 7057 | 02-03 | 635.00 | 14363 | 02-03 | 36.70 | 14415 | 02-17 | 123.55 |
| 7057* | 02-12 | 635.00 | 14364 | 02-02 | 256.76 | 14416 | 02-18 | 22.56 |
| 7059 | 02-17 | 3,058.00 | 14365 | 02-03 | 157.99 | 14417 | 02-17 | 211.69 |
| 7060* | 02-03 | 300.00 | 14366 | 02-09 | 49.78 | 14418* | 02-17 | 107.70 |
| 7075 | 02-02 | 520.00 | 14367 | 02-03 | 13.11 | 14420 | 02-18 | 14.74 |
| 7076* | 02-02 | 835.00 | 14368 | 02-02 | 18.12 | 14421 | 02-17 | 6.01 |
| 7078 | 02-02 | 400.00 | 14369* | 02-02 | 431.18 | 14422* | 02-17 | 431.18 |
| 7079 | 02-06 | 250.00 | 14372 | 02-09 | 595.06 | 14427 | 02-23 | 150.18 |
| 7080 | 02-02 | 1,517.44 | 14373 | 02-24 | 470.11 | 14428 | 02-26 | 270.01 |
| 7081* | 02-02 | 1,672.89 | 14374 | 02-17 | 29.98 | 14429 | 02-23 | 79.49 |
| 12270* | 02-03 | 25,000.00 | 14375 | 02-10 | 270.01 | 14430* | 02-23 | 238.63 |
| 14147* | 02-18 | 420.22 | 14376 | 02-20 | 192.97 | 14434* | 02-24 | 508.86 |
| 14223* | 02-11 | 53.24 | 14377* | 02-11 | 30.20 | 14436* | 02-23 | 419.71 |
| 14246* | 02-11 | 50.63 | 14379* | 02-10 | 508.86 | 14438* | 02-23 | 6.35 |
| 14267* | 02-11 | 11.23 | 14381 | 02-17 | 231.34 | 14442 | 02-23 | 27.53 |
| 14285 | 02-27 | 470.11 | 14382 | 02-11 | 96.48 | 14443 | 02-23 | 5.12 |
| 14285* | 02-03 | 470.11 | 14383 | 02-10 | 20.10 | | | |
| 14291* | 02-11 | 1.22 | 14384 | 02-10 | 85.26 | | | |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account

**Account number: 16107764**

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-02 | FSHXT5 AppFolio, Inc. F WEB PMTS | 2.49 | 02-06 | NJNG8002210051 NJ NAT GAS COMPANY NJNGCO | 400.00 |
| 02-02 | Cust #55252431 PERFORMANCEM NY CASH CONC | 100.19 | 02-06 | XXXXX1905 Lend Bug LLC 9175802864 | 1,000.00 |
| 02-02 | 270643362237345 IRS USA TAX PYMT | 131.68 | 02-06 | OVERDRAFT CHARGE | 105.00 |
| 02-02 | RSXB7F Acorn Property M WEB PMTS | 300.00 | 02-09 | 39122-030728024 Rewards Network SETTLEMENT | 295.17 |
| 02-02 | 100147193088 FirstEnergy OPCO-ACH | 300.50 | 02-09 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 02-02 | 3914523470 Freehold Townshi 7322942026 | 301.95 | 02-09 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 02-02 | NJNG8002210051 NJ NAT GAS COMPANY NJNGCO | 350.00 | 02-09 | 7216000928 NJWEB22500 260371001941467 TXP*B872535605000*22500*260228*T*50 | 500.00 |
| 02-02 | 604599217073111 Sams Club SYF PAYMNT | 400.00 | 02-09 | fXXXXX4392 Farmers Ins Exch EFT PYMT | 609.00 |
| 02-02 | 604599217073111 Sams Club SYF PAYMNT | 450.00 | 02-09 | XXXXX6343 Ivy Receivables 7183166893 | 2,000.00 |
| 02-02 | 39099-030704262 Rewards Network SETTLEMENT | 553.58 | 02-09 | 100147193088 FirstEnergy OPCO-ACH | 2,000.50 |
| 02-02 | RETURNED CHECK CHARGE | 35.00 | 02-09 | OVERDRAFT CHARGE | 105.00 |
| 02-02 | OVERDRAFT CHARGE | 70.00 | 02-10 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 02-03 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 | 02-10 | 9029785278 RPOWER HOLDINGS, ACH Debit | 649.35 |
| 02-03 | XXXXX7131 AUTHNET GATEWAY BILLING | 45.48 | 02-10 | RETURNED CHECK CHARGE | 105.00 |
| 02-03 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 | 02-11 | 7216000928 NJWEB01120 260411001954442 TXP*B872535605000*01120*260331*T*16 | 169.77 |
| 02-03 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 | 02-11 | 39127-030736498 Rewards Network SETTLEMENT | 396.74 |
| 02-03 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 02-11 | XXXXX8951 Ivy Receivables 7183166893 | 1,000.00 |
| 02-03 | OVERDRAFT CHARGE | 105.00 | 02-11 | 270644222702872 IRS USA TAX PYMT | 1,899.25 |
| 02-04 | 7216000928 NJWEB01120 260341001922926 TXP*B872535605000*01120*260331*T*19 | 195.19 | 02-11 | OVERDRAFT CHARGE | 105.00 |
| 02-04 | 39105-030713239 Rewards Network SETTLEMENT | 295.17 | 02-12 | 8263863381 J2796 OOFF CZ10000NQNUJC TRN*1*CZ10000NQNUJC\RM R*IK*LAW | 500.00 |
| 02-04 | 604599217073111 Sams Club SYF PAYMNT | 350.00 | 02-12 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 172.23 |
| 02-04 | ST-V7E6S9D7S4S8 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 02-12 | R0FQW5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 02-04 | 270643543437817 IRS USA TAX PYMT | 1,986.29 | 02-12 | 100147193088 FirstEnergy OPCO-ACH | 70.50 |
| 02-04 | 9200502236 ACH Debit 260204 9030124665 Resent 1-30 | 2,300.00 | 02-12 | 9114181038 CHASE CREDIT CRD EPAY | 500.00 |
| 02-04 | RETURNED CHECK CHARGE | 105.00 | 02-12 | XXXXX9479 Ivy Receivables 7183166893 | 1,000.00 |
| 02-05 | 7300000118 PAYMENT 260204 0000 6800978201 | 398.00 | 02-12 | LL3VBF Acorn Property M WEB PMTS | 1,000.00 |
| 02-05 | RETURNED CHECK CHARGE | 105.00 | 02-12 | OVERDRAFT CHARGE | 105.00 |
| 02-06 | 2641608 INTUIT * QBooks Onl | 75.00 | 02-13 | SK702 Termac WEB PAY | 101.29 |
| 02-06 | 7216000928 RETRY PYMT 260341001922926 TXP*B872535605000*01120*260331*T*19 | 195.19 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account                          Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 02-13 | 9118379800 CHASE CREDIT CRD EPAY | 250.00 | 02-20 | 7216000928 RETRY PYMT 260481002001812 TXP*B872535605000*01120*260331*T*23 | 233.15 |
| 02-13 | 39140-030749938 Rewards Network SETTLEMENT | 295.17 | 02-20 | 9135922808 CHASE CREDIT CRD EPAY | 250.00 |
| 02-13 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 02-20 | 0N18CF Acorn Property M WEB PMTS | 250.00 |
| 02-13 | XXXXX7145 Lend Bug LLC 9175802864 | 1,000.00 | 02-20 | XXXXX0047 AMERICAN NAT'L INS PREMIUM | 539.11 |
| 02-13 | 9030170427 HILOYO INVESTMEN ACH Debit | 2,300.00 | 02-20 | fXXXX4392 Farmers Ins Exch EFT PYMT | 595.00 |
| 02-13 | OVERDRAFT CHARGE | 105.00 | 02-20 | OVERDRAFT CHARGE | 105.00 |
| 02-17 | 241935253119249 CITI CARD TRIAL ACCTVERIFY | 0.29 | 02-23 | 3567668840001 VERIZON VZ BillPay | 279.93 |
| 02-17 | XXXXX2526 AUTHNET GATEWAY BILLING | 65.48 | 02-23 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 02-17 | 8263863381 J2799 OOFF CZ10000NUW6AC TRN*1*CZ10000NUW6AC\RMR*IK*CA | 250.00 | 02-23 | 9141305900 CHASE CREDIT CRD EPAY | 400.00 |
| | | | 02-23 | 9143362818 CHASE CREDIT CRD EPAY | 400.00 |
| 02-17 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 02-23 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 02-17 | 9120081973 CHASE CREDIT CRD EPAY | 300.00 | 02-23 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 02-17 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 02-23 | 39166-030775752 Rewards Network SETTLEMENT | 600.19 |
| 02-17 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 02-23 | 7216000928 NJWEB04110 260511002061132 TXP*B872535605000*04110*260331*T*56 | 5,610.46 |
| 02-17 | XXXXX0544 Ivy Receivables 7183166893 | 2,000.00 | | | |
| 02-17 | OVERDRAFT CHARGE | 105.00 | 02-23 | OVERDRAFT CHARGE | 105.00 |
| 02-18 | 3D4VW5 AppFolio, Inc. F WEB PMTS | 2.49 | 02-24 | 9148120859 CHASE CREDIT CRD EPAY | 125.00 |
| 02-18 | 7216000928 NJWEB01120 260481002001812 TXP*B872535605000*01120*260331*T*23 | 233.15 | 02-24 | SK1088 Termac WEB PAY | 448.38 |
| | | | 02-24 | XXXXX7652 IVY RECEIVABLES 3477550766 | 750.00 |
| 02-18 | 9130428017 CHASE CREDIT CRD EPAY | 250.00 | 02-24 | USBLXXXX0902S Sysco Corporatio Purchase | 2,580.80 |
| 02-18 | xXXXX4584 FARMERS INS EFT PYMT | 276.83 | | | |
| 02-18 | 39149-030760322 Rewards Network SETTLEMENT | 600.19 | 02-24 | RETURNED CHECK CHARGE | 105.00 |
| 02-18 | H0S2CF Acorn Property M WEB PMTS | 1,000.00 | 02-25 | 9149964552 CHASE CREDIT CRD EPAY | 100.00 |
| 02-18 | 27064497051126 IRS USATAXPYMT | 2,096.20 | 02-25 | 39171-030784337 Rewards Network SETTLEMENT | 718.91 |
| 02-18 | RETURNED CHECK CHARGE | 35.00 | 02-25 | 7216000928 RETRY PYMT 260511002061132 TXP*B872535605000*04110*260331*T*56 | 5,610.46 |
| 02-18 | OVERDRAFT CHARGE | 70.00 | | | |
| 02-19 | 8263863381 J2803 OOFF CZ10000NYTVQC TRN*1*CZ10000NYTVQC\RMR*IK*SPIN | 250.00 | 02-25 | RETURNED CHECK CHARGE | 105.00 |
| | | | 02-26 | HG95X5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 02-19 | 604599217073111 Sams Club SYF PAYMNT | 350.00 | 02-26 | 9151385217 CHASE CREDIT CRD EPAY | 100.00 |
| | | | 02-26 | 9153402329 CHASE CREDIT CRD EPAY | 250.00 |
| 02-19 | RETURNED CHECK CHARGE | 105.00 | 02-26 | 7216000928 NJWEB01120 260561002089421 TXP*B872535605000*01120*260331*T*25 | 253.61 |
| 02-20 | ZBJXW5 AppFolio, Inc. F WEB PMTS | 2.49 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account

**Account number: 16107764**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|------|-------------|-------:|
| 02-26 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 |
| 02-26 | 270645723631318 IRS USA TAXPYMT | 2,165.17 |
| 02-26 | YB8SCF Acorn Property M WEB PMTS | 2,500.00 |
| 02-26 | Internet Transfer to xxx8183 | 500.00 |
| 02-26 | Internet Transfer to xxx7455 | 800.00 |
| 02-26 | BRANCH WITHDRAWAL | 7,500.00 |
| 02-27 | SK702 Termac WEB PAY | 101.29 |
| 02-27 | STANDARD WASTESER PURCHASE | 200.00 |
| 02-27 | 000001822781257 BCBSNJ Primary 1 Online | 300.00 |

| Date | Description | Amount |
|------|-------------|-------:|
| 02-27 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 02-27 | 39184-030798054 Rewards Network SETTLEMENT | 600.19 |
| 02-27 | XXXXX6579 Lend Bug LLC 9175802864 | 1,000.00 |
| 02-27 | 7216000928 NJWEB22500 260571002102908 TXP*B872535605000*22500*260228*T*10 | 1,000.00 |
| 02-27 | 9030362037 HILOYO INVESTMEN ACH Debit | 2,300.00 |
| 02-27 | 7216000928 NJWEB13099 260571002097148 TXP*B872535605000*13099*250930*T*38 | 3,867.51 |
| 02-27 | Internet Transfer to xxx8183 | 100.00 |
| 02-27 | SERVICE CHARGE | 84.00 |
| 02-27 | OVERDRAFT INTEREST CHARGE | 82.15 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|:---:|:---:|
| TOTAL OVERDRAFT FEES: | 1,167.15 | 2,224.75 |
| TOTAL RETURNED ITEM FEES: | $700.00 | $1,750.00 |

DEMAND DEPOSIT - SUBSTITUTE CREDIT

Date 2-4-26

Account Name Skillet By Sal

Approved by

Posting Error Off-12270

- ☐ 001 - CASH DEPOSIT
- ☒ 015 - MISC. CREDIT MEMO
- ☐ 017 - SERVICE CHARGE REVERSAL
- ☐ 018 - WIRE TRANSFER IN
- ☐ 019 - TRANSFER FROM ASSOCIATE ACCT.
- ☐ 022 - INTEREST CREDIT
- ☐ - OTHER

AMOUNT $ 25000.00

TRAN CODE 015

ACCOUNT NUMBER 16107764

0   $25,000.00   2/4/2026

0071456499

BOFD>021204416<
Loans
2026-02-04 Business Date
0071456499 Trace Number
023733930

0   $25,000.00   2/4/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 2/26/26

Salvatore Racz
PRINT NAME

SIGN NAME

AMOUNT $ 7500.00

ACCOUNT NUMBER 16107764

050

0   $7,500.00   2/26/2026

0   $7,500.00   2/26/2026

---

THE SKILLET BY SAL INC.
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4658

Date 2/18/26

Pay to the Order of Neal Gonzales

$ 835.00

Eight Hundred Thirty five Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4658

4158   $835.00   2/26/2026

For Deposit Only - JPMC

4158   $835.00   2/26/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DHIVE
FREEHOLD, NJ 07728

4209

Date 2/12/26

Pay to the Order of Packaging Specialties

$ 500.00

Five Hodred Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4209

4209   $500.00   2/13/2026

Seq: 15
Dep ID: 10,577,729
031000053
Date: 2/12/26, 2:30 PM

For Remote Deposit Only
PNC Bank
031000053

4209   $500.00   2/13/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4355

Date 2-20-2026

Pay to the Order of John Licci

$ 1558.57

ONE THOUSAND FIVE HUNDRED FIFTY eight Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For SEP 2025

4355

4355   $1,558.57   2/23/2026

4355   $1,558.57   2/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4357

Date

Pay to the Order of John La Tong

$ 916.67

NINE HUNDRED SIXTEEN Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For OCT 2025

4357

4357   $916.67   2/23/2026

For Deposit Only - JPMC

4357   $916.67   2/23/2026



4427  $1,000.00  2/2/2026

4427  $1,000.00  2/2/2026

4441  $1,432.00  2/9/2026

4441  $1,432.00  2/9/2026

4470  $1,454.30  2/18/2026

4470  $1,454.30  2/18/2026

4493  $1,190.00  2/12/2026

4493  $1,190.00  2/12/2026

4495  $750.00  2/6/2026

4495  $750.00  2/6/2026

4497  $750.00  2/18/2026

4497  $750.00  2/18/2026

4499   $750.00   2/3/2026

4499   $750.00   2/3/2026

4502   $400.00   2/25/2026

4502   $400.00   2/25/2026

4510   $540.00   2/5/2026

4510   $540.00   2/5/2026

4573   $750.00   2/3/2026

4573   $750.00   2/3/2026

4573   $750.00   2/12/2026

4573   $750.00   2/12/2026

4574   $500.00   2/9/2026

4574   $500.00   2/9/2026

4575   $900.00   2/9/2026

4575   $900.00   2/9/2026

4576   $900.00   2/11/2026

4576   $900.00   2/11/2026

4577   $900.00   2/19/2026

4577   $900.00   2/19/2026

4578   $600.00   2/6/2026

4578   $600.00   2/6/2026

4579   $800.00   2/2/2026

4579   $800.00   2/2/2026

4580   $385.00   2/3/2026

4580   $385.00   2/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4580

Date 1/31/26

Pay to the Order of  Nick True

$ 385

Three Hdred Eighty Five ad 00/100  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  Holt

4580

4580    $385.00    2/9/2026

4580    $385.00    2/9/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4581

Date 2/6/26

Pay to the Order of  Conca Doro

$ 459.02

Four Hdred fifty nine ad 00/100  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  316707

4581

4581    $459.00    2/18/2026

573180060197 110852  20260217 00000000161-0776-4
TRN_DEBIT TAH8547  459.00
Old Bridge 0031 94004 5731 0010 0060

4581    $459.00    2/18/2026

---

*211274450*
02/19/2026
0000007394495631

NSF                NSF 2-25-26

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4581

Date 2/6/26

Pay to the Order of  Conca Doro

$ 459.02

Four Hdred fifty nine ad 00/100

AMBOY Bank

For  316707

4581

4581    $459.02    2/27/2026

4581    $459.02    2/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4582

Date 1/30/26

Pay to the Order of  King Kong

$ 64.00

Sixty four ad 00/100  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4582

4582    $64.00    2/3/2026

For Deposit Only - JPMC

4582    $64.00    2/3/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4583

Date 1/29/26

Pay to the Order of  2nd to None

$ 576.85

Five Hdred Sevity-Six ad 00/100  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  Replace Sk 7049

4583

4583    $576.85    2/3/2026

For Deposit Only - JPMC

4583    $576.85    2/3/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4584

Date 2/5/26

Pay to the Order of  Joseph Tontoso

$ 500.00

Five Hundred  Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  Repay

4584

4584    $500.00    2/9/2026

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
02/06/26-06:45:00
503763027
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<2312703>>>>

4584    $500.00    2/9/2026



4585   $500.00   2/13/2026        4585   $500.00   2/13/2026

4586   $67.00   2/4/2026          4586   $67.00   2/4/2026

4587   $1,000.00   2/11/2026      4587   $1,000.00   2/11/2026

4591   $440.00   2/2/2026         4591   $440.00   2/2/2026

4592   $750.00   2/3/2026         4592   $750.00   2/3/2026

4593   $615.00   2/3/2026         4593   $615.00   2/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4593

2/1/25  Date

Pay to the
Order of  Alex Ravens                    $ 615

Six Hundred Fifteen                      Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For

4593

4593    $615.00    2/12/2026

14757-NJ

4593    $615.00    2/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4595

2/3/26  Date

Pay to the
Order of  Nina Amarurdo                  $ 450.00

Four Hundred Fifty and 00                Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For  1/16/26

4595

4595    $450.00    2/23/2026

4595    $450.00    2/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4596

2/6/26  Date

Pay to the
Order of  Justin Bacile                  $ 562.00

Five Hundred Sixty Two                   Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For

4596

4596    $562.00    2/6/2026

4596    $562.00    2/6/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4597

2/6/26  Date

Pay to the
Order of  Sergio Sita                    $ 542.00

Five Hundred Forty Two                   Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For

4597

4597    $542.00    2/9/2026

4597    $542.00    2/9/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4598

2/3/26  Date

Pay to the
Order of  Freddy Miculo                  $ 542.00

Five Hundred Forty Two and 00            Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For

4598

4598    $542.00    2/2/2026

347-712-6074  Freddy Miculox

4598    $542.00    2/2/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4599

2/3/26  Date

Pay to the
Order of  ALLAN Xicay                    $ 400.00

Four Hundred                             Dollars

AMBOY  MANALAPAN OFFICE 16
Bank   MANALAPAN, NJ 07726
       www.amboybank.com

For

4599

4599    $400.00    2/3/2026

Alan Xicay

4599    $400.00    2/3/2026



4599  $400.00  2/6/2026          4599  $400.00  2/6/2026

4600  $500.00  2/12/2026         4600  $500.00  2/12/2026

4601  $835.00  2/3/2026          4601  $835.00  2/3/2026

4601  $835.00  2/9/2026          4601  $835.00  2/9/2026

4602  $1,700.00  2/9/2026        4602  $1,700.00  2/9/2026

4603  $500.00  2/18/2026         4603  $500.00  2/18/2026

| | |
|---|---|
| 4604   $500.00   2/18/2026 | 4604   $500.00   2/18/2026 |
| 4605   $500.00   2/24/2026 | 4605   $500.00   2/24/2026 |
| 4606   $843.00   2/17/2026 | 4606   $843.00   2/17/2026 |
| 4607   $1,150.75   2/6/2026 | 4607   $1,150.75   2/6/2026 |
| 4608   $212.00   2/10/2026 | 4608   $212.00   2/10/2026 |
| 4609   $452.00   2/11/2026 | 4609   $452.00   2/11/2026 |



4610    $1,370.04    2/9/2026                    4610    $1,370.04    2/9/2026

4611    $500.00    2/5/2026                      4611    $500.00    2/5/2026

4612    $300.00    2/11/2026                     4612    $300.00    2/11/2026

4613    $320.65    2/12/2026                     4613    $320.65    2/12/2026

4614    $400.00    2/5/2026                      4614    $400.00    2/5/2026

4615    $920.00    2/17/2026                     4615    $920.00    2/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4616
2/10/26
Pay to the Order of Artisan Bakers
$ 1000.00
One Thousand
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For On acct Skillet 2

4616   $1,000.00   2/18/2026

512834056852 085559   20260217 00000009161-776?4
TRN_DEBIT TAP1338  0.00
Dyker Heights 0128 94004 5128 0004 0013

4616   $1,000.00   2/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4617
2/11/26
Pay to the Order of Aritisn Bakers
$ 500.00
Five Hundred
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Skillet 1

4617   $500.00   2/18/2026

512834056853 085606   20260217 0000000916?N 0776
TRN_DEBIT TAP1338  500.00
Dyker Heights 0128 94004 5128 0004 0013

4617   $500.00   2/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4618
2/11/26
Pay to the Order of Russo's Meats
$ 1172.51
One Thousand One Hundred Seventy Two 51/100
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 12/29   1/16   +100   on acct

4618   $1,172.51   2/12/2026

RUSSO MEATS

4618   $1,172.51   2/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4619
2/12/26
Pay to the Order of Puglisi Eggs
$ 500.00
Five Hundred
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For On acct

4619   $500.00   2/12/2026

BOFD >021204416<
Puglisi Egg Farm
2026-02-12
9972027606

4619   $500.00   2/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4620
2/6/26
Pay to the Order of Sysco
$ 929.69
Nine Hundred Twenty Nine 69/100
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 7763133SS

4620   $929.69   2/9/2026

4620   $929.69   2/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4621
2/4/26
Pay to the Order of Sysco
$ 1033.98
One Thousand Thirty Three 98/100
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 776328068

4621   $1,033.98   2/10/2026

4621   $1,033.98   2/10/2026

4622    $300.00    2/11/2026
4622    $300.00    2/11/2026

4623    $1,000.00    2/10/2026
4623    $1,000.00    2/10/2026

4624    $300.00    2/17/2026
4624    $300.00    2/17/2026

4625    $769.46    2/17/2026
4625    $769.46    2/17/2026

4626    $1,500.00    2/11/2026
4626    $1,500.00    2/11/2026

4633    $500.00    2/19/2026
4633    $500.00    2/19/2026

4634    $300.00    2/23/2026          4634    $300.00    2/23/2026

4635    $500.00    2/23/2026          4635    $500.00    2/23/2026

4636    $600.00    2/27/2026          4636    $600.00    2/27/2026

4637    $410.40    2/24/2026          4637    $410.40    2/24/2026

4639    $500.00    2/26/2026          4639    $500.00    2/26/2026

4640    $600.00    2/23/2026          4640    $600.00    2/23/2026



4642   $89.00   2/23/2026

4642   $89.00   2/23/2026

4643   $750.00   2/25/2026

4643   $750.00   2/25/2026

4646   $500.00   2/23/2026

4646   $500.00   2/23/2026

4650   $1,500.00   2/23/2026

4650   $1,500.00   2/23/2026

4652   $542.00   2/23/2026

4652   $542.00   2/23/2026

4653   $1,045.00   2/25/2026

4653   $1,045.00   2/25/2026

4654    $550.00    2/24/2026

4654    $550.00    2/24/2026

4655    $350.00    2/25/2026

4655    $350.00    2/25/2026

4656    $800.00    2/27/2026

4656    $800.00    2/27/2026

4657    $385.00    2/27/2026

4657    $385.00    2/27/2026

4658    $835.00    2/23/2026

4658    $835.00    2/23/2026

4662    $350.00    2/23/2026

4662    $350.00    2/23/2026

| | |
|---|---|
| 4663  $315.00  2/26/2026 | 4663  $315.00  2/26/2026 |
| 4664  $300.00  2/25/2026 | 4664  $300.00  2/25/2026 |
| 4693  $105.00  2/10/2026 | 4693  $105.00  2/10/2026 |
| 4694  $450.00  2/23/2026 | 4694  $450.00  2/23/2026 |
| 4695  $250.00  2/17/2026 | 4695  $250.00  2/17/2026 |
| 4696  $442.00  2/11/2026 | 4696  $442.00  2/11/2026 |

4697   $154.00   2/17/2026

4697   $154.00   2/17/2026

4698   $650.00   2/12/2026

4698   $650.00   2/12/2026

4699   $240.00   2/11/2026

4699   $240.00   2/11/2026

4700   $350.00   2/11/2026

4700   $350.00   2/11/2026

4701   $550.00   2/10/2026

4701   $550.00   2/10/2026

4702   $835.00   2/9/2026

4702   $835.00   2/9/2026

4703 $600.00 2/19/2026 | 4703 $600.00 2/19/2026

4704 $1,000.00 2/24/2026 | 4704 $1,000.00 2/24/2026

4707 $1,278.22 2/17/2026 | 4707 $1,278.22 2/17/2026

4708 $1,500.00 2/13/2026 | 4708 $1,500.00 2/13/2026

4709 $2,500.00 2/12/2026 | 4709 $2,500.00 2/12/2026

4711 $254.20 2/20/2026 | 4711 $254.20 2/20/2026

4712 $1,057.97 2/13/2026

4712 $1,057.97 2/13/2026

4713 $500.00 2/17/2026

4713 $500.00 2/17/2026

4715 $750.00 2/20/2026

4715 $750.00 2/20/2026

4716 $1,336.00 2/17/2026

4716 $1,336.00 2/17/2026

4717 $300.00 2/20/2026

4717 $300.00 2/20/2026

4718 $1,000.00 2/17/2026

4718 $1,000.00 2/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4719

Pay to the Order of Emerson Sitan   $ 550.00
Five Hdred fifty cts

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4719

4719   $550.00   2/18/2026

4719   $550.00   2/18/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4720
55-441/212
16

2/14/26   Date

Pay to the Order of Allan Kicay   $ 300.00
Three Hdred

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4720

4720   $300.00   2/17/2026

4720   $300.00   2/17/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4721
55-441/212
16

2/14/26   Date

Pay to the Order of Alonzo Solns   $ 767.00
Seve Hdred Sixty Sev

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4721

4721   $767.00   2/23/2026

14757-NJ

4721   $767.00   2/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4722

2/20/26   Date

Pay to the Order of Sgabationel Farms   $ 800.00
Eight Hdred

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For on acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4722

4722   $800.00   2/27/2026

4722   $800.00   2/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4723
55-441/212
16

2/13/26   Date

Pay to the Order of New Industry   $ 500.00
five Hdred

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4723

4723   $500.00   2/17/2026

4723   $500.00   2/17/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4724
55-441/212
16

2/13/26   Date

Pay to the Order of Century 21 Thompson Co   $ 500.00
five Hdred

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For willow Ln
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4724

4724   $500.00   2/17/2026

Seq: 1
Dep ID: 10,583,658
031000053
Date: 2/13/26, 2:21 PM

4724   $500.00   2/17/2026

4725  $289.98  2/23/2026

For Deposit Only - JPMC

4725  $289.98  2/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4727
Pay to the Order of: Justin Breule
$157.7
one Hundred fifty Seven 00
AMBOY Bank

4727  $157.00  2/18/2026

4727  $157.00  2/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4728
Pay to the Order of: Sergio Sita
$650.7
Six Hundred Fifty 00
AMBOY Bank

4728  $650.00  2/18/2026

4728  $650.00  2/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4729
Pay to the Order of: Freddy Morales
$200
Two Hundred
AMBOY Bank

4729  $200.00  2/17/2026

4729  $200.00  2/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4730
Pay to the Order of: Noel Gonzalez
$835.7
Eight Hundred Thirty five 00
AMBOY Bank

4730  $835.00  2/17/2026

For Deposit Only - JPMC

4730  $835.00  2/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4731
Pay to the Order of: Artisa Bakus
$1000
one Thousand
AMBOY Bank

4731  $1,000.00  2/26/2026

512834058008 093729  20260225 00000008460776-4
TRN_DEBIT TAN9335  1000.00
Dyker Heights 0128 94004 5128 0007 00

4731  $1,000.00  2/26/2026



4732  $500.00  2/26/2026

4732  $500.00  2/26/2026

4733  $1,181.18  2/23/2026

4733  $1,181.18  2/23/2026

4733  $1,181.18  2/27/2026

4733  $1,181.18  2/27/2026

4734  $515.00  2/19/2026

4734  $515.00  2/19/2026

4735  $130.00  2/25/2026

4735  $130.00  2/25/2026

4736  $200.00  2/17/2026

4736  $200.00  2/17/2026

4737    $200.00    2/17/2026

4737    $200.00    2/17/2026

4738    $150.00    2/17/2026

4738    $150.00    2/17/2026

4739    $1,045.00    2/23/2026

4739    $1,045.00    2/23/2026

4740    $240.00    2/24/2026

4740    $240.00    2/24/2026

4741    $1,370.04    2/23/2026

4741    $1,370.04    2/23/2026

4742    $1,103.21    2/23/2026

4742    $1,103.21    2/23/2026



4745    $939.10    2/27/2026

4745    $939.10    2/27/2026

4746    $939.10    2/25/2026

4746    $939.10    2/25/2026

4748    $1,000.00    2/26/2026

4748    $1,000.00    2/26/2026

4752    $300.00    2/26/2026

4752    $300.00    2/26/2026

7033    $450.00    2/2/2026

7033    $450.00    2/2/2026

7034    $6,000.00    2/4/2026

7034    $6,000.00    2/4/2026

7035    $6,000.00    2/23/2026

7035    $6,000.00    2/23/2026

7036    $1,027.20    2/2/2026

7036    $1,027.20    2/2/2026

7038    $450.00    2/27/2026

7038    $450.00    2/27/2026

7039    $300.00    2/6/2026

7039    $300.00    2/6/2026

7040    $1,128.40    2/2/2026

7040    $1,128.40    2/2/2026

7042    $1,000.00    2/3/2026

7042    $1,000.00    2/3/2026



7043    $1,000.00    2/9/2026

7043    $1,000.00    2/9/2026

7044    $550.00    2/2/2026

7044    $550.00    2/2/2026

7048    $2,500.00    2/17/2026

7048    $2,500.00    2/17/2026

7056    $920.00    2/9/2026

7056    $920.00    2/9/2026

7057    $635.00    2/3/2026

7057    $635.00    2/3/2026

7057    $635.00    2/12/2026

7057    $635.00    2/12/2026

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7059

2/12/26

PAY TO THE ORDER OF  All State Realty    $ 3058

Three Thousand fifty eight cnt    DOLLARS

AMBOY Bank

MEMO

7059

7059    $3,058.00    2/17/2026

---

595673092639 153127  20260213 0000000 16107764
TRN_DEBIT TAG2816  0.00
West Long Branch 0856 94004 5656 0011 08

7059    $3,058.00    2/17/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7060

2-1-26

PAY TO THE ORDER OF  Chef Tools    $ 300.00

Three Hund    DOLLARS

AMBOY Bank

MEMO

7060

7060    $300.00    2/3/2026

---

566489015722 125343  20260202 0000000 16107764
TRN_DEBIT ZAFARXIX  0.00
Green Brook 0164 94004 5664 0001 00

7060    $300.00    2/3/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7075

1/30/26

PAY TO THE ORDER OF  Marlon Calcino    $ 520.00

Five Hundred Twenty    DOLLARS

AMBOY Bank

MEMO  Replaces CK# 7033  wk 1/19 -1/25/26

7075

7075    $520.00    2/2/2026

---

7075    $520.00    2/2/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7076

1/30/26

PAY TO THE ORDER OF  Noel Gonzalez    $ 835.00

Eight Hundred Thirty-five cnt    DOLLARS

AMBOY Bank

MEMO  Replaces

7076

7076    $835.00    2/2/2026

---

For Deposit Only  JPMC

7076    $835.00    2/2/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7078

1/24/26

PAY TO THE ORDER OF  Allan Xicum    $ 400.00

Four Hded    DOLLARS

AMBOY Bank

MEMO  Replced  7046

7078

7078    $400.00    2/2/2026

---

Alan Xicuy

7078    $400.00    2/2/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

7079

26

PAY TO THE ORDER OF  FREEHOLD TOWNSHIP    $ 250.00

Two Hundred fifty    DOLLARS

AMBOY Bank

MEMO

7079

7079    $250.00    2/6/2026

---

>231270353<
OceanFirst Bank TC #885
2026-02-05
0524300001
Batch

Township of Freehold
Current Account
For Deposit Only

-Inst=INST-RtNum=231270353<BranchName=FREEHOLD3=22-TrID
-BranchName=FREEHOLD3=22-TrID=1004
-BusDt=02/05/26-TranDt=02/05/26
-ItemNum=052430000113-StanTm= 9:23 25 AM

7079    $250.00    2/6/2026

THIS CHECK IS VOID WITHOUT A MULTI-COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

THE SKILLET BY SAL INC    7080
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

PAY TO THE
ORDER OF  Sullivan Brothers                $ 1517.44

One Thousand Five Hundred Seventy Seven and 44/                  DOLLARS

AMBOY
Bank
MEMO  11/18

7080

529938006469 131003  20260130 00000000016107764
TRN_DEBIT TAK4847  0.00
Monmouth Regional 0299 94004 5299 0004 0006

**7080   $1,517.44   2/2/2026**          **7080   $1,517.44   2/2/2026**

THIS CHECK IS VOID WITHOUT A MULTI-COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

THE SKILLET BY SAL INC    7081
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

1/29/26
DATE

PAY TO THE
ORDER OF  Sullivan Brothers              $ 1672.89

One Thousand Six Hundred Seventy Two and 89/                  DOLLARS

AMBOY
Bank
MEMO  Replace 7025 +

7081

529938006470 131003  20260130 00000000016107764
TRN_DEBIT TAK4847  0.00
Monmouth Regional 0299 94004 5299 0004 0006

**7081   $1,672.89   2/2/2026**          **7081   $1,672.89   2/2/2026**

Amboy Bank                          Goodano, Halloran & Cierla          012270
36 Monmouth St.                     A Professional Corporation
Red Bank, NJ 07701                  Attorneys At Law
                                    125 Half Mile Road, Suite 300
                                    Red Bank, NJ 07701-6777

                          Date          Amount
                          01/26/2025    *******25,000.00

Pay:      Twenty Five Thousand and No/100 Dollars

Pay       Bobby Mitchell
To the
Order of

Void After 180 Days

012270  021204416  15107817

3637121089

**12270   $25,000.00   2/3/2026**          **12270   $25,000.00   2/3/2026**

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC    AMBOY BANK    Check No. 14147
310 MOUNTS CORNER DR    55-441/212
FREEHOLD NJ 07728

Four Hundred Twenty Dollars and Twenty-Two Cents

                          Date          Amount
                          11/21/2025    ********$420.22

Pay   EMILY A. SPADAFORA
to the 21 DARWIN RD.
Order OLD BRIDGE NJ 08857
of

14147  021204416  16107764

20260217  004700700708  02000654009

**14147   $420.22   2/18/2026**          **14147   $420.22   2/18/2026**

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC    AMBOY BANK    Check No. 14223
310 MOUNTS CORNER DR    55-441/212
FREEHOLD NJ 07728

Fifty-Three Dollars and Twenty-Four Cents

                          Date          Amount
                          12/19/2025    *********$53.24

Pay   ARDEN GRAHAM
to the 7 DOE CT.
Order MONROE TOWNSHIP NJ 08831
of

14223  021204416  16107764

For Deposit Only - JPMC

**14223   $53.24   2/11/2026**          **14223   $53.24   2/11/2026**

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC    AMBOY BANK    Check No. 14246
310 MOUNTS CORNER DR    55-441/212
FREEHOLD NJ 07728

Fifty Dollars and Sixty-Three Cents

                          Date          Amount
                          12/26/2025    *********$50.63

Pay   ARDEN GRAHAM
to the 7 DOE CT.
Order MONROE TOWNSHIP NJ 08831
of

14246  021204416  16107764

For Deposit Only - JPMC

**14246   $50.63   2/11/2026**          **14246   $50.63   2/11/2026**

 

14267  $11.23  2/11/2026        14267  $11.23  2/11/2026

 

14285  $470.11  2/3/2026        14285  $470.11  2/3/2026

 

14285  $470.11  2/27/2026        14285  $470.11  2/27/2026

 

14291  $1.22  2/11/2026        14291  $1.22  2/11/2026

 

14307  $470.11  2/23/2026        14307  $470.11  2/23/2026

 

14313  $41.17  2/11/2026        14313  $41.17  2/11/2026



14314   $3.23   2/4/2026

14314   $3.23   2/4/2026





14329   $671.99   2/3/2026

14329   $671.99   2/3/2026





14329   $671.99   2/13/2026

14329   $671.99   2/13/2026





14333   $5.88   2/5/2026

14333   $5.88   2/5/2026





14334   $402.16   2/3/2026

14334   $402.16   2/3/2026





14335   $53.63   2/11/2026

14335   $53.63   2/11/2026

 

14344  $56.20  2/9/2026                14344  $56.20  2/9/2026

 

14347  $431.18  2/2/2026              14347  $431.18  2/2/2026

 

14351  $595.06  2/3/2026              14351  $595.06  2/3/2026

 

14353  $299.97  2/2/2026              14353  $299.97  2/2/2026

 

14354  $270.01  2/3/2026              14354  $270.01  2/3/2026

 

14355  $3.22  2/25/2026              14355  $3.22  2/25/2026





14356   $216.31   2/9/2026



14356   $216.31   2/9/2026



14357   $40.50   2/11/2026



14357   $40.50   2/11/2026



14358   $69.22   2/4/2026



14358   $69.22   2/4/2026



14359   $508.86   2/3/2026




14359   $508.86   2/3/2026



14361   $435.24   2/3/2026



14361   $435.24   2/3/2026

14362   $65.52   2/11/2026

14362   $65.52   2/11/2026



14363   $36.70   2/3/2026

14363   $36.70   2/3/2026



14364   $256.76   2/2/2026

14364   $256.76   2/2/2026



14365   $157.99   2/3/2026

14365   $157.99   2/3/2026



14366   $49.78   2/9/2026

14366   $49.78   2/9/2026



14367   $13.11   2/3/2026

14367   $13.11   2/3/2026



14368   $18.12   2/2/2026

14368   $18.12   2/2/2026





14369   $431.18   2/2/2026

14369   $431.18   2/2/2026





14372   $595.06   2/9/2026

14372   $595.06   2/9/2026





14373   $470.11   2/24/2026

14373   $470.11   2/24/2026





14374   $29.98   2/17/2026

14374   $29.98   2/17/2026





14375   $270.01   2/10/2026

14375   $270.01   2/10/2026





14376   $192.97   2/20/2026

14376   $192.97   2/20/2026




14377   $30.20   2/11/2026

14377   $30.20   2/11/2026




14379   $508.86   2/10/2026

14379   $508.86   2/10/2026




14381   $231.34   2/17/2026

14381   $231.34   2/17/2026




14382   $96.48   2/11/2026

14382   $96.48   2/11/2026




14383   $20.10   2/10/2026

14383   $20.10   2/10/2026





14384   $85.26   2/10/2026

14384   $85.26   2/10/2026

16107764  Page 43





14385   $213.14   2/11/2026          14385   $213.14   2/11/2026

          

14386   $21.83   2/19/2026          14386   $21.83   2/19/2026

          

14389   $431.18   2/17/2026          14389   $431.18   2/17/2026

          

14392   $212.00   2/9/2026          14392   $212.00   2/9/2026

          

14393   $85.00   2/17/2026          14393   $85.00   2/17/2026

          

14395   $96.91   2/20/2026          14395   $96.91   2/20/2026





14397   $48.22   2/18/2026

14397   $48.22   2/18/2026





14399   $104.93   2/18/2026

14399   $104.93   2/18/2026





14400   $125.01   2/17/2026

14400   $125.01   2/17/2026





14402   $23.00   2/18/2026

14402   $23.00   2/18/2026





14403   $25.79   2/17/2026

14403   $25.79   2/17/2026



14404   $595.06   2/17/2026

14404   $595.06   2/17/2026



14406   $265.20   2/17/2026          14406   $265.20   2/17/2026

14407   $270.01   2/17/2026          14407   $270.01   2/17/2026

14408   $129.91   2/17/2026          14408   $129.91   2/17/2026

14409   $96.48   2/20/2026           14409   $96.48   2/20/2026

14411   $21.00   2/18/2026           14411   $21.00   2/18/2026

14412   $508.86   2/18/2026          14412   $508.86   2/18/2026




14413    $77.66    2/18/2026          14413    $77.66    2/18/2026




14414    $535.55    2/17/2026          14414    $535.55    2/17/2026





14415    $123.55    2/17/2026          14415    $123.55    2/17/2026




14416    $22.56    2/18/2026          14416    $22.56    2/18/2026




14417    $211.69    2/17/2026          14417    $211.69    2/17/2026



14418    $107.70    2/17/2026          14418    $107.70    2/17/2026

16107764  Page 47



14420   $14.74   2/18/2026



14420   $14.74   2/18/2026



14421   $6.01   2/17/2026



14421   $6.01   2/17/2026



14422   $431.18   2/17/2026



14422   $431.18   2/17/2026



14427   $150.18   2/23/2026



14427   $150.18   2/23/2026



14428   $270.01   2/26/2026



14428   $270.01   2/26/2026

14429   $79.49   2/23/2026

14429   $79.49   2/23/2026



14430    $238.63    2/23/2026



14430    $238.63    2/23/2026



14434    $508.86    2/24/2026



14434    $508.86    2/24/2026



14436    $419.71    2/23/2026



14436    $419.71    2/23/2026



14438    $6.35    2/23/2026



14438    $6.35    2/23/2026

14442    $27.53    2/23/2026

14442    $27.53    2/23/2026

14443    $5.12    2/23/2026

14443    $5.12    2/23/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
　　　　　　　　　　　Street and Number　　　　　　　　　City　　　　　　　State　　　　Zip Code

### TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking ................................................　☐ Loan ................................................　☐ Safe Deposit Box ( ................................................ )

☐ Savings ................................................　☐ Certificate ................................................　☐ Other (describe below)

SPECIAL
INSTRUCTIONS

Date: _____　Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

---

### RECONCILEMENT FORM

#### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
| | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | |
|--|--|--|
| TOTAL CHECKS OUTSTANDING | | DEPOSITS NOT SHOWN ON STATEMENT |
| CHECKBOOK BALANCE | | STATEMENT BALANCE |
| TOTAL | | TOTAL |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

PLEASE EXAMINE STATEMENT AT ONCE. ANY ERROR OR OMISSION SHOULD BE REPORTED IMMEDIATELY

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY