# United States Bankruptcy Court
### District of New Jersey

In re   **Salvatore Faenza**                                                      Case No.   **3:25-bk-14559**

Debtor(s)                                                      Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on  **March 23, 2026**, a copy of **Retention Application Of Coldwell Banker Realty as Realtor for Debtor** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Salvatore Faenza
300 Mounts Corner Drive
Freehold, NJ 07728**

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

**American Express
PO Box 981535
El Paso, TX 79998-1535**

Ally Capital c/o AIS Portfolio Service, LLC
4515 N. Santa Fe Avenue, Depts. APS
Oklahoma City, OK 73118

**Ascentium Capital
23970 US-59
Kingwood, TX 77339**

**Bank of America Business Card
PO Box 982238
El Paso, TX 79998-2238**

**Bank of America Card
PO Box 982234
El Paso, TX 79998-2234**

**Capital One Bank
PO Box 85520
Richmond, VA 23285-5520**

Davison Eastman Munoz Paone P.A.
3 Paragon Way, Suite 100
Freehold, NJ 07728

**Chase Bank
Cardmember Services PO Box 15298
Wilmington, DE 19885-0004**

Ferrari Financial Service, Inc.
c/o Turner N. Falk, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102

**Discover Bank
PO Box 30943
Salt Lake City, UT 84130-0943**

**Lendbug, Inc.
260 West 35 Street PH
New York, NY 10001**

**Jared M. Alfin, Esq.**
**Hassett & George, P.C.**
**945 Hopmeadow Street**
**Simsbury, CT 06070**

Nicole M. Nigrelli, Esq.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

**Prosper Funding, LLC**
**221 Main St Ste 300**
**San Francisco, CA 94105-1909**

**Upstart Loan Operations**
**PO Box 1503**
**San Carlos, CA 94070-7503**

Sumitomo Mitsui Finance and Leasing Co.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Mellville, NY 11747

Synchrony Bank by AIS Infosource
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

SoFi Bank c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Robertson, Anschutz Schneid Crane &
Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Wells Fargo Card Services**
**PO Box 522**
**Des Moines, IA 50306-0522**

**/s/ Catherine D. Foy, Paralegal To Steven D. Pertuz, Esq.**
**Catherine D. Foy**
**The Law Offices Of Steven D Pertuz LLC**
**111 Northfield Avenue Suite 304**
**West Orange, NJ 07052**
**(973) 669-8600 Fax:(973) 669-8700**
**pertuzlaw@verizon.net**