UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**The Law Offices Of Steven D. Pertuz, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

                DEBTOR.

Case No.: _____25-14559_____

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V: ☒ Yes ☐ No

Hearing Date: _____3/26/26_____

Judge: _____MBK_____

## ADJOURNMENT REQUEST

1.    I, _____Steven D. Pertuz_____,

    ☒ am the attorney for: _____Debtor_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Confirmation Hearing

    Current hearing date and time: 3/26/26 at 10:00 a

    New date requested: 60 Days from 3/26/26

    Reason for adjournment request: 1 Objection has been resolved and Ferrari Objection will be resolved once the vehicle is recovered. Please see attached email for complete update.

2.    Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

    I emailed all parties that have entered an appearance and/or objected to to the filed Plan and they have consented to the adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: _3/23/26_____          /s/ Steven D. Pertuz_____

                                       Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒ Granted          New hearing date: May 28, 2026 at 10:00 am   ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____   ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

*rev.10/2021*

## Steven D. Pertuz

| | |
|---|---|
| **From:** | Steven D. Pertuz |
| **Sent:** | Monday, March 23, 2026 9:07 AM |
| **To:** | 'Nicole Nigrelli'; Wolf, Rachel (USTP) |
| **Cc:** | pertuzlaw@verizon.net; Catherine Foy; Kimberly Wilson; mkye_kyelaw.com; Falk, Turner N. |
| **Subject:** | RE: Ch-11 25-14559-MBK Consent For Adjournment Request - Salvatore Faenza/ confirmation hearing 3/26 |

Good morning,

I wanted to provide an update on this matter and let you know that counsel for Ferrari, Turner Falk, Esq., and I have worked out terms in principal, to resolve their objection and have them vote in favor or our amended plan. Negotiations with the co-borrower, Michael Vitacco, broke down and he failed to pay the arrears as promised so Ferrari and I consented to stay relief and their people are in the process of recovering the vehicle so it can be sold at auction and their claim will thereafter be amended as a general unsecured claim. I need to ensure that the vehicle is in fact recovered so that I can finalize my resolution with Ferrari. If it is not recovered, then this may lead to further discussions with Ferrari but I am confident recovery will happen.

The 39 Spyglass property has been updated and is back on the market again with a different realtor and a better price of $489K. A retention application was filed for the agent this morning. MORs have been filed and current and now that Lendbug has been paid off by the business this will free up additional cash to show feasibility with the MORs and plan payments. The Acura is being surrendered and I am hopeful that Sumitomo recovers their collateral as this is also being surrendered to improve cash flow and reduce the secured claims. Ocean First Bank's objection was also already addressed and resolved.

In summary, progress continues to be made and I believe once the Ferrari is recovered we will be in good shape to have the car sold and their claim amended and a consent order circulated to resolve their objection. As a result of same, I believe a further adjournment is warranted to allow for the above to take place. Before I sent an email to chambers, I wanted to seek your consent. I appreciate your cooperation with this matter. Thank you.

**Steven D. Pertuz, Esq.**
**The Law Offices Of Steven D. Pertuz, LLC**
**111 Northfield Avenue, Suite 304**
**West Orange, NJ 07052**
**Tel: (973) 669-8600**
**Fax: (973) 669-8700**
**www.pertuzlaw.com**

**Pay your bill online anytime:**

Operating: https://secure.lawpay.com/pages/pertuzlaw/operating

1