UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

Order Filed on March 31, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SALVATORE FAENZA,

DEBTOR.

Case No.:     25-14559

Chapter:     11, SUB V.

Judge:     MBK

## ORDER AUTHORIZING RETENTION OF

### COLDWELL BANKER REALTY

The relief set forth on the following page is **ORDERED**.

**DATED: March 31, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Coldwell Banker Realty of Manalapan___

as _____Real Estate Agent For Debtor_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: ___Coldwell Bank Realty of Manalapan___

   ___335 Route 9 South___

   ___Manalapan, NJ 07726___

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*