Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−14559−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Salvatore Faenza
   300 Mounts Corner Drive
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−2473

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 31, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 62 − 60
Order Granting Application to Employ Kevin Ward Coldwell Banker Realty of Manalapan as Real Estate Agent (Related Doc # 60). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/31/2026. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 31, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-14559-MBK

Salvatore Faenza                                                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore Faenza, 300 Mounts Corner Drive, Freehold, NJ 07728-2558 |
| r | + | Coldwell Bank Realty of Manalapan, 335 Route 9 South, Manalapan, NJ 07726-5108 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ally Capital aleisha.jennings@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Andrew L. Spivack | on behalf of Creditor OceanFirst Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Kimberly A. Wilson | on behalf of Creditor OceanFirst Bank  National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew Francis Kye | on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co.  Ltd. mkye@kyelaw.com |
| Michael J. Connolly | |

District/off: 0312-3                                    User: admin                                              Page 2 of 2

Date Rcvd: Mar 31, 2026                         Form ID: orderntc                                 Total Noticed: 2

on behalf of Creditor Davison Eastman Munoz Paone  P.A. mconnolly@respondlaw.com, kdoyle@respondlaw.com

Nicole M. Nigrelli

nnigrelli@ciardilaw.com  PA91@ecfcbis.com

Nicole M. Nigrelli

on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rachel Wolf

on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Steven D. Pertuz

on behalf of Debtor Salvatore Faenza pertuzlaw@verizon.net  Pertuz.StevenB130381@notify.bestcase.com

Turner Falk

on behalf of Creditor Ferrari Financial Services  Inc. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12