UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-13420 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for OceanFirst Bank, National Association

Order Filed on April 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No:  25-14559-MBK |
|---|---|
| Salvatore Faenza, Debtor. | Hearing Date: February 5, 2026 |
| | Judge:  MICHAEL B. KAPLAN |
| | Chapter:  11 |

## CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: April 10, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-13420 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for OceanFirst Bank, National Association

| In Re:<br><br>Salvatore Faenza,<br>Debtor. | Case No: 25-14559-MBK<br><br>Hearing Date: February 5, 2026<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter 11 (Sub-Chapter V) |
| --- | --- |

The Consent Order pertains to the property located at 7 Dancer Ln, Freehold, NJ 07728, mortgage account ending with "9494";

This Matter having been brought before the Court by, Steven D Pertuz, Law Offices of Steven D. Pertuz, LLC, Esquire, attorney for Debtor, Salvatore Faenza (hereinafter the "Debtor"), upon the filing of a Chapter 11 Plan, OceanFirst Bank, National Association (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 11 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1.      On May 30, 2025, OceanFirst Bank, National Association, filed a Proof of Claim with regards to its mortgage lien on the real property located at 7 Dancer Lane, Freehold, NJ 07728, Lot 6, Block 88.02, in Monmouth County, reflecting a total debt of $47,532.47. See Claim No. 8.

2.      The Parties agree to payment in full pursuant to the terms agreed upon herein of the total debt claim which includes a loan maturity date of May 16, 2026.

3.      The Parties agree to an interest rate of 7.5%.

4.      The Parties further agree that Debtor shall request a payoff from Creditor at least ten (10) days before the December 31, 2026, due date, or any extended date agreed upon between the Parties.

5.        The Debtor agrees that he shall cure the full amount of Creditor's valid secured claim pursuant to the payoff provided on or before December 31, 2026.

6.        In the event Debtor fails to pay the claim in full by the December 31, 2026, deadline, Creditor shall be entitled to file a certification of non-compliance with the court seeking relief from the automatic stay.

7.        The Parties agree that this deadline may only be extended by agreement or motion and not by the filing of a modified Plan.

8.        The Parties further agree the automatic stay provisions of 11 U.S.C Section 362 as to OceanFirst Bank, National Association,  terminate upon case closure and /or discharge and in the event Debtor fails to satisfy OceanFirst Bank, National Association's claim pursuant to this consent order, any confirmed plan, or the underlying loan documents, Creditor shall have the right to pursue its remedies at law without further relief from the Bankruptcy Court.

9.        This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
 OceanFirst Bank, National Association
By Its Attorney,

*/s/ Kimberly A. Wilson*
Kimberly A. Wilson
(Bar No. 031441997)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103
Telephone:  844-856-6646
Facsimile:  704-369-0760
E-Mail:  njbkr@brockandscott.com

Dated: _____2/2/2026_____

DEBTOR
By Their Attorney,

/s/ _____
Steven D Pertuz, Law Offices of Steven D. Pertuz, LLC, Esquire
Attorney for Debtor
111 Northfield Avenue,
Suite 304,
West Orange, NJ 07052
Fax: (973) 669-8700
Email: pertuzlaw@verizon.net

Dated: 2/2/2026_____