UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-13420 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for OceanFirst Bank, National Association

**Order Filed on April 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Salvatore Faenza,<br>Debtor. | Case No: 25-14559-MBK<br><br>Hearing Date: February 5, 2026<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter: 11 |

**CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S CHAPTER 11 SMALL
BUSINESS SUBCHAPTER V PLAN**

The consent order set forth on the following pages, numbered two (2) through three (3) is
hereby **ORDERED**

**DATED: April 10, 2026**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-13420 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for OceanFirst Bank, National Association

| | |
|---|---|
| In Re:<br><br>Salvatore Faenza,<br>Debtor. | Case No:  25-14559-MBK<br><br>Hearing Date: February 5, 2026<br><br>Judge:  MICHAEL B. KAPLAN<br><br>Chapter 11 (Sub-Chapter V) |

The Consent Order pertains to the property located at 7 Dancer Ln, Freehold, NJ 07728, mortgage account ending with "9494";

This Matter having been brought before the Court by, Steven D Pertuz, Law Offices of Steven D. Pertuz, LLC, Esquire, attorney for Debtor, Salvatore Faenza (hereinafter the "Debtor"), upon the filing of a Chapter 11 Plan, OceanFirst Bank, National Association (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 11 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1.      On May 30, 2025, OceanFirst Bank, National Association, filed a Proof of Claim with regards to its mortgage lien on the real property located at 7 Dancer Lane, Freehold, NJ 07728, Lot 6, Block 88.02, in Monmouth County, reflecting a total debt of $47,532.47. See Claim No. 8.

2.       The Parties agree to payment in full pursuant to the terms agreed upon herein of the total debt claim which includes a loan maturity date of May 16, 2026.

3.      The Parties agree to an interest rate of 7.5%.

4.      The Parties further agree that Debtor shall request a payoff from Creditor at least ten (10) days before the December 31, 2026, due date, or any extended date agreed upon between the Parties.

5. The Debtor agrees that he shall cure the full amount of Creditor's valid secured claim pursuant to the payoff provided on or before December 31, 2026.

6. In the event Debtor fails to pay the claim in full by the December 31, 2026, deadline, Creditor shall be entitled to file a certification of non-compliance with the court seeking relief from the automatic stay.

7. The Parties agree that this deadline may only be extended by agreement or motion and not by the filing of a modified Plan.

8. The Parties further agree the automatic stay provisions of 11 U.S.C Section 362 as to OceanFirst Bank, National Association, terminate upon case closure and /or discharge and in the event Debtor fails to satisfy OceanFirst Bank, National Association's claim pursuant to this consent order, any confirmed plan, or the underlying loan documents, Creditor shall have the right to pursue its remedies at law without further relief from the Bankruptcy Court.

9. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
 OceanFirst Bank, National Association
 By Its Attorney,

/s/ *Kimberly A. Wilson*
Kimberly A. Wilson
(Bar No. 031441997)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: njbkr@brockandscott.com


Dated: ___2/2/2026_____

DEBTOR
By Their Attorney,

/s/ _____
Steven D Pertuz, Law Offices of Steven D. Pertuz, LLC, Esquire
Attorney for Debtor
111 Northfield Avenue,
Suite 304,
West Orange, NJ 07052
Fax: (973) 669-8700
Email: pertuzlaw@verizon.net


Dated: 2/2/2026_____

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 25-14559-MBK

Salvatore Faenza                                                       Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                 User: admin                                 Page 1 of 2

Date Rcvd: Apr 10, 2026                       Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID                    Recipient Name and Address**
db                        + Salvatore Faenza, 300 Mounts Corner Drive, Freehold, NJ 07728-2558

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                              Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

**Name                              Email Address**

Aleisha Candace Jennings
    on behalf of Creditor Ally Capital aleisha.jennings@mccalla.com  mccallaecf@ecf.courtdrive.com

Andrew L. Spivack
    on behalf of Creditor OceanFirst Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Kimberly A. Wilson
    on behalf of Creditor OceanFirst Bank  National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Laura M. Egerman
    on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew Francis Kye
    on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co.  Ltd. mkye@kyelaw.com

Michael J. Connolly
    on behalf of Creditor Davison Eastman Munoz Paone  P.A. mconnolly@respondlaw.com, kdoyle@respondlaw.com

District/off: 0312-3

User: admin

Form ID: pdf903

Page 2 of 2

Date Rcvd: Apr 10, 2026

Total Noticed: 1

Nicole M. Nigrelli

nnigrelli@ciardilaw.com  PA91@ecfcbis.com

Nicole M. Nigrelli

on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rachel Wolf

on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Steven D. Pertuz

on behalf of Debtor Salvatore Faenza pertuzlaw@verizon.net  Pertuz.StevenB130381@notify.bestcase.com

Turner Falk

on behalf of Creditor Ferrari Financial Services  Inc. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12