# United States Bankruptcy Court
### District of New Jersey

In re    **Salvatore Faenza**

Debtor(s)

Case No.    **3:25-bk-14559**

Chapter    **11**

# PROOF OF SERVICE BY MAIL

I,  __Catherine D. Foy__ , declare that I am employed by the Law Offices Of Steven D. Pertuz, LLC as as paralegal. I am over the age of eighteen years of age and am not a party to this case.

On __May 21, 2026__, I served the **Retention Application of LK Reisman as Accountant**  on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail to the addressed as follows:

Allstate Realty LLC
23 White Street
Eatontown, NJ 07724

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

Amboy Bank
3590 US Highway 9 South
Old Bridge, NJ 08857

Ferrari of Central Florida
4891 Vineland Road
Orlando, FL 32811

Ferrari Financial Services, Inc.
250 Sylvan Avenue
Englewood Cliffs, NJ 07632

Lendbug, Inc.
260 West 35 Street PH
New York, NY 10001

Jared M. Alfin, Esq.
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070

Ocean First Bank
Bankruptcy Department
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express
PO Box 297800
Fort Lauderdale, FL 33329

Nicole Nigrelli, Esq.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

American Express
PO Box 297800
Fort Lauderdale, FL 33329

Ascentium Capital
23970 US-59

**Kingwood, TX 77339**

**Ascentium Capital**
**PO Box 301593**
**Dallas, TX 75303**

**Sumimoto Finance and Leasing Co. LTD**
**666 3rd Avenue**
**New York, NY 10017**

**Bank of America Business Card**
**PO Box 982238**
**El Paso, TX 79998-2238**

**Bank of America Card**
**PO Box 982234**
**El Paso, TX 79998-2234**

**Capital One Bank**
**PO Box 85520**
**Richmond, VA 23285-5520**

**Chase Bank**
**Cardmember Services**
**PO Box 15298**
**Wilmington, DE 19885-0004**

**Chase Bank**
**Cardmember Services PO Box 15298**
**Wilmington, DE 19885-0004**

**Chase Bank**
**Cardmember Services PO Box 15298**
**Wilmington, DE 19885-0004**

**Citi Cards**
**PO Box 6500**
**Sioux Falls, SD 57117-6500**

**Citi Cards**
**PO Box 6500**
**Sioux Falls, SD 57117-6500**

**Citibank**
**PO Box 769004**
**San Antonio, TX 78245-9004**

**Discover Bank**
**PO Box 30943**
**Salt Lake City, UT 84130-0943**

**Farmers Federal Credit Union**
**4680 Wilshire Blvd.**
**Los Angeles, CA 90010**

**Internal Revenue Service**
**PO Box 21126**
**Philadelphia, PA 19114-0326**

**NJ Division of Taxation**
**Bankruptcy Unit**
**3 John Fitch Way, 5th Floor**
**PO Box 245**
**Trenton, NJ 08695**

**Matthew F. Kye, Esq.**
**Kye Law Group, P.C.**
**201 Old Country Road, Suite 120**
**Melville, NY 11747**

**Prosper Funding, LLC**
**221 Main St Ste 300**
**San Francisco, CA 94105-1909**

**SoFi Bank, N.A.**
**2750 East Cottonwood Parkway, Suite 300**
**Salt Lake City, UT 84121**

**SoFi Bank, N.A.**
**2750 East Cottonwood Parkway, Suite 300**
**Salt Lake City, UT 84121**

**Synchrony Bank Rheem**
**PO Box 965036**
**Orlando, FL 32896**

**Unique Funding Solutions**
**1915 Hollywood Blvd., Suite 200A**
**Hollywood, FL 33020**

**Lieberman Klestzick, LLP**
**PO Box 356**
**Cedarhurst, NY 11516**

**Upstart Loan Operations**
**PO Box 1503**
**San Carlos, CA 94070-7503**

**InDebted USA, Inc.**
**PO Box 1201**
**Farmington, MO 63640**

**US Department of Education**
**PO Box 5609**
**Greenville, TX 75403**

**Nelnet**
**121 South 13th Street**
**Lincoln, NE 68505**

**Vincent LaFranca**
**6562 Amarone Lane**
**Naples, FL 34113**

**LoMurro Munson LLC**
**4 Paragon Way, Suite 100**
**Freehold, NJ 07728**

**Wells Fargo Bank Small Business Lending**
**MAC N9777-01B**
**PO Box 5511**
**Sioux Falls, SD 57117**

**Wells Fargo Card Services**
**PO Box 522**
**Des Moines, IA 50306-0522**

**Michael J. Connolly, Esq.**
**Davison, Eastman Munoz Paone, P.A.**
**3 Paragon Way, Suite 100**
**Freehold, NJ 07728**

**Laura M. Egerman, Esq.**
**McCalla Raymer Leibert Pierce, LLP**
**485 F. US Highway 1, Suite 300**
**Iselin, NJ 08830**

**Kimberly Wilson, Esq.**
**Brock and Scott PLLC**
**2011 Renaissance Blvd. Suite 100**
**King of Prussia, PA 19406**

**Office of the United States Trustee**
**One Newark Center**
**1085 Raymond Blvd., Suite 2100**
**Newark, NJ 07102**

**Chenging Exotics LLC**
**PO Box PO Box 4191**
**Helena, MT 59604**

**Chenging Exotics LLC**
**11 Palace Court**
**Monroe Township, NJ 08831**

**Nancy Faenza**
**7 Dancer Lane**
**Freehold, NJ 07728**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on
**May 21, 2026**.


  /s/ Catherine D. Foy
**CATHERINE D. FOY**

Software Copyright (c) 1996-2026 Best Case, LLC   - www.bestcase.com

Best Case Bankruptcy