UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

DEBTOR.

| | |
|---|---|
| Case No.: | 25-14559 |
| Adv. Pro. No.: | |
| Chapter: | 11 |
| Subchapter V: | ☒ Yes  ☐ No |
| Hearing Date: | 5/28/26 |
| Judge: | MBK |

## ADJOURNMENT REQUEST

1.   I, _____ Steven D. Pertuz _____,

☒   am the attorney for: _____ Debtor _____,

☐   am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Confirmation Hearing

Current hearing date and time: 5/28/26 at 10:00 a

New date requested: 65 Days from 5/28/26

Reason for adjournment request: Ferrari Vehicle not recovered and Objection and new

terms are being discussed to resolve claim. Please see attached email for complete update.

2.   Consent to adjournment:

☒   I have the consent of all parties.   ☐   I do not have the consent of all parties (explain below):

I emailed all parties that have entered an appearance and/or objected to to the filed Plan

and they have consented to the adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: _5/22/26_____          /s/ Steven D. Pertuz_____
                                             Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒  Granted              New hearing date:   August 6, 2026  at  10:00 a.m.      ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____      ❑ Peremptory

❑  Denied

      **IMPORTANT: If your request is granted, you must notify interested parties**

      **who are not electronic filers of the new hearing date.**

*rev.10/2021*

2