UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669 8600
Fax: (973) 669 8700
SDP 5632
spertuz@pertuzlaw.com
Attorneys for Debtor, Salvatore Faenza

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SALVATORE FAENZA,

                  DEBTOR.

Case No.: _____ 25 14559 _____

Chapter: _____ 11, SUB V. _____

Judge: _____ MBK _____

## ORDER AUTHORIZING RETENTION OF

### ACCOUNTING OFFICES OF L.K. REISMAN

    The relief set forth on the following page is **ORDERED**.

**DATED: May 29, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Accounting Offices of LK Reisman___

as _____Accountant_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Accounting Offices Of LK Reisman

   39 Court Street

   Freehold, NJ 07728

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2