Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  25−14559−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Salvatore Faenza
    300 Mounts Corner Drive
    Freehold, NJ 07728

Social Security No.:
    xxx−xx−2473

Employer's Tax I.D. No.:

_____

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

       Please be advised that on May 29, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 69 − 67
Order Granting Application to Employ Professional Accounting Offices of LK Reisman as Accountant For Debtor (Related Doc # 67). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/29/2026. (hwn)

       Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 29, 2026
JAN: hwn

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-14559-MBK

Salvatore Faenza                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 29, 2026 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID            Recipient Name and Address**
acc                      + Lawrence K. Reisman, Offices of L.K. Reisman, 39 Court Street, Freehold, NJ 07728-1709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name                        Email Address**

Aleisha Candace Jennings
    on behalf of Creditor Ally Capital aleisha.jennings@mccalla.com  mccallaecf@ecf.courtdrive.com

Andrew L. Spivack
    on behalf of Creditor OceanFirst Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Kimberly A. Wilson
    on behalf of Creditor OceanFirst Bank  National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Laura M. Egerman
    on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew Francis Kye
    on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co.  Ltd. mkye@kyelaw.com

Michael J. Connolly
    on behalf of Creditor Davison Eastman Munoz Paone  P.A. mconnolly@respondlaw.com, kdoyle@respondlaw.com

Nicole M. Nigrelli
nnigrelli@ciardilaw.com  PA91@ecfcbis.com

Nicole M. Nigrelli
on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Rachel Wolf
on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Steven D. Pertuz
on behalf of Debtor Salvatore Faenza pertuzlaw@verizon.net  Pertuz.StevenB130381@notify.bestcase.com

Turner Falk
on behalf of Creditor Ferrari Financial Services  Inc. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12