| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** **SAUL EWING LLP** Turner N. Falk, Esq. 1735 Market Street, 34th Floor Philadelphia, PA 19103 T: (215) 972-8415 turner.falk@saul.com *Counsel for Ferrari Financial Services, Inc.* | |
| In re: Salvatore Faenza *Debtor* | Case No. 25-14559-MBK Chapter 11 |

## NOTICE OF MOTION OF FERRARI FINANCIAL SERVICES, INC. FOR AN ORDER DIRECTING CLERK TO ISSUE WRIT OF ATTACHMENT

**PLEASE TAKE NOTICE** that on **June 25, 2026 at 10:00 a.m.** (Eastern Time), or as soon thereafter as counsel may be heard, Ferrari Financial Services, Inc. ("FFS"), by and through undersigned counsel, will move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, Trenton, N.J. 08608, Courtroom #8, for entry of an order, substantially in the form submitted herewith, for issuance of a writ of attachment (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, FFS shall rely upon the Motion submitted concurrently herewith and the filings attached thereto. FFS submits that no separate memorandum of law is necessary because the applicable law is adequately set forth in the supporting Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii)

57699024.5

be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR

9013-2 by **June 19, 2026**.

 **PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served,

the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief

requested may be granted without further notice or hearing.

 **PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely

objection is received.

Dated:  June 2, 2026

SAUL EWING LLP

*/s/ Turner N. Falk*
Turner N. Falk, Esq.
1735 Market Street, Suite 3400
Philadelphia, PA 19103
T: (215) 972-8415
turner.falk@saul.com

-and-

Carmen Contreras-Martinez
701 Brickell Avenue, 17th Floor
Miami, FL 33131
T: (305) 428-4528
carmen.contreras-martinez@saul.com
*Counsel for Ferrari Financial Services, Inc.*

2

57699024.5