UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
T: (215) 972-8415
turner.falk@saul.com
*Counsel for Ferrari Financial Services, Inc.*

In re:

Salvatore Faenza

     *Debtor*

Case No. 25-14559-MBK

Chapter 11

## MOTION OF FERRARI FINANCIAL SERVICES, INC. FOR AN
## ORDER DIRECTING CLERK TO ISSUE WRIT OF ATTACHMENT

Creditor Ferrari Financial Services, Inc. ("FFS"), by and through its undersigned counsel, hereby respectfully moves this Court for entry of an Order, a proposed form of which is attached hereto (the "Proposed Order"), directing the Clerk of this Court (the "Clerk") to issue a Writ of Attachment, substantially in the form attached to the Proposed Order as **Exhibit 1** (the "Writ of Attachment"), authorizing the United States Marshal or other duly authorized officer to seize the Vehicle (as defined below) and deliver it to FFS or such other designated custodian as the Court may direct. In support of this Motion, FFS submits the declaration attached hereto (the "Contreras-Martinez Declaration") and respectfully states as follows:

## RELEVANT BACKGROUND

1.      On April 30, 2025 (the "Petition Date"), Salvatore Faenza (the "Debtor") filed a voluntary petition for bankruptcy relief under Subchapter V of Chapter 11 of the Bankruptcy Code.

2.      Prior to the Petition Date, Ferrari of Central Florida and the Debtor entered in a loan agreement for account number 0270035026 (the "Loan Agreement") relating to the purchase

57699024.5

of a 2023 Ferrari SF90 Stradale, VIN #ZFF95NLA0P0292335 (the "Vehicle").   The loan contemplated by the Loan Agreement is secured by the Vehicle.

3.       Michael Vitacco and Chenging Exotics, LLC are listed as co-buyers with the Debtor on the Loan Agreement.

4.       The Loan Agreement was subsequently assigned to FFS. As of February 27, 2026, FFS was owed in excess of $73,676.32 in outstanding post-petition payments relating to the Vehicle.  The Debtor further asserts in the Schedules of Assets and Liabilities filed on June 2, 2025 that the Vehicle is worth $515,000.00. FFS is thus oversecured and entitled to interest at the contractual annual percentage rate of 10.74%, plus applicable fees and charges. *See* 11 U.S.C § 506(b).

5.       On February 27, 2026, this Court entered the *Stipulation and Order Granting Relief from the Automatic Stay* [D.I. 53] (the "Stay Relief Order). In the Stay Relief Order, the Debtor and FFS agreed to provide FFS with immediate relief from the automatic stay, by consent, to (a) recover and secure the Ferrari and (b) sell the Ferrari at auction.

6.       Notwithstanding the Stay Relief Order, FFS understands that non-debtors Michael Vitacco and Kim Aiello (both members of Chenging Exotics, LLC) maintain actual possession of the Vehicle, at either 3 Nicholas Avenue, Monroe, NJ 08831 or 11 Palace Court, Monroe, NJ 08831.

7.       Michael Vitacco, Kim Aiello and/or Chenging Exotics, LLC have refused to voluntarily surrender the Vehicle to FFS such that assistance of the U.S. Marshals is now necessary and appropriate to recover it.

## **RELIEF REQUESTED AND BASIS THEREFOR**

8.       Due to the refusal of the co-owners to voluntarily surrender the Vehicle, FFS respectfully requests that the Court issue the Writ of Attachment so that the U.S. Marshals may

57699024.5

seize it.

9.      The Court has authority to enforce its orders and to issue such process as may be necessary or appropriate to carry out the provisions of title 11. *See* 11 U.S.C. § 105(a).   In the present case, cause exists under 11 U.S.C § 105(a) and Fed. R. Bankr. P. 9014 and 7069 (incorporating Fed. R. Civ. P. 69) to issue a writ of attachment authorizing the U.S. Marshals to seize the Vehicle wherever found within the District of New Jersey and deliver it to FFS in order to effectuate the objectives of the Stay Relief Order.

WHEREFORE, FFS respectfully requests that this Court enter the Proposed Order issuing the Writ of Attachment and granting such other and further relief as it deems just and proper.

Dated:  June 2, 2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esq.
1735 Market Street, Suite 3400
Philadelphia, PA 19103
T: (215) 972-8415
turner.falk@saul.com

-and-

Carmen Contreras-Martinez
701 Brickell Avenue, 17th Floor
Miami, FL 33131
T: (305) 428-4528
carmen.contreras-martinez@saul.com
*Counsel for Ferrari Financial Services, Inc.*

57699024.5