UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
T: (215) 972-8415
turner.falk@saul.com
*Counsel for Ferrari Financial Services, Inc.*

In re:

Salvatore Faenza

     *Debtor*

Case No. 25-14559-MBK

Chapter 11

### DECLARATION OF CARMEN CONTRERAS-MARTINEZ
### IN SUPPORT OF MOTION OF FERRARI FINANCIAL SERVICES, INC.
### FOR AN ORDER DIRECTING CLERK TO ISSUE WRIT OF ATTACHMENT

I, Carmen Contreras-Martinez, hereby declare the following under penalty of perjury:

1.     I am an attorney with the law firm of Saul Ewing LLP, the partner attorney of record for creditor Ferrari Financial Services, Inc. ("FFS") in the above-captioned case. I submit this Declaration in support of the *Motion of Ferrari Financial Services, Inc. for an Order Directing Clerk to Issue Writ of Attachment* (the "Motion").[1]

2.     I make these statements based upon my own personal knowledge and belief.

3.     On April 30, 2025 (the "Petition Date"), Salvatore Faenza (the "Debtor") filed a voluntary petition for bankruptcy relief under Subchapter V of Chapter 11 of the Bankruptcy Code.

4.     Prior to the Petition Date, Ferrari of Central Florida and the Debtor entered in a loan agreement for account number 0270035026 (the "Loan Agreement") relating to the purchase

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

57699024.5

of a 2023 Ferrari SF90 Stradale, VIN #ZFF95NLA0P0292335 (the "Vehicle").   The Loan Agreement was subsequently assigned to FFS.

5.       Michael Vitacco and Chenging Exotics, LLC are listed as co-buyers of the Vehicle in the Loan Agreement. Debtor, Mr. Vitacco and Kim Aiello are members of Chenging Exotics, LLC.

6.       On February 27, 2026, this Court entered the *Stipulation and Order Granting Relief from the Automatic Stay* [D.I. 53] ("the Stay Relief Order").  By the Stay Relief Order, the Debtor and FFS agreed to provide FFS immediate relief from the automatic stay for FFS to (a) recover and secure the Vehicle and (b) sell it at auction.

7.       Following entry of the Stay Relief Order, FFS, through counsel, undertook efforts to locate and recover the Vehicle.  In connection with such efforts, counsel retained investigative attorney William Belmont of the Belmont Group, LLC. Recovery efforts included field investigations, surveillance activities and communications with parties believed to have knowledge regarding the Vehicle's whereabouts.

8.       On March 16, 2026, Mr. Belmont made contact with Michael Vitacco. Mr. Belmont's record of the call reflects that he informed Mr. Vitacco that he needed to pay off the vehicle in full or surrender the Vehicle pursuant to the Stay Relief Order.  Despite this, the Vehicle has not been surrendered.

9.       On April 2, 2026, Mr. Belmont attempted personal contact with Mr. Vitacco and Mr. Aiello at their residences. During these attempts, he delivered copies of the Stay Relief Order as well as written correspondence requesting voluntary surrender of the Vehicle.  He was not able to make contact with either party.

57699024.5

10.     Thereafter, representatives of the Belmont Group made attempts to locate and recover the Vehicle at other locations possibly connected to the Vehicle's whereabouts, including other residential addresses associated with Mr. Vitacco and Mr. Aiello and a restaurant owned in part by Chenging Exotics, LLC. None of those leads led to fruition.

11.     On April 2, 2026, I communicated directly with Kim Aiello via telephone and requested he surrender the Vehicle to the local Ferrari dealership, to which he replied affirmatively. Despite this, the Vehicle has not been surrendered.

12.     On multiple occasions I have communicated directly with Michael Vitacco via telephone and requested he surrender the Vehicle to the local Ferrari dealership. Despite these requests, the Vehicle has not been surrendered.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 2, 2026

/s/ Carmen Contreras-Martinez
CARMEN CONTRERAS-MARTINEZ
*Counsel for Ferrari Financial Services,
In*c.

57699024.5