| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SAUL EWING LLP**<br>Turner N. Falk, Esq.<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>T: (215) 972-8415<br>turner.falk@saul.com<br>*Counsel for Ferrari Financial Services, Inc.* | |
| In re:<br><br>Salvatore Faenza<br><br>    *Debtor* | Case No. 25-14559-MBK<br><br>Chapter 11 |

## CERTIFICATION OF SERVICE

1.    I, <u>Turner N. Falk</u>:

    ☒    represent <u>Ferrari Financial Services, Inc.</u> in this matter.

    ☐    am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.    On <u>June 2, 2026</u>, I sent a copy of the following to the parties listed in the chart below

- *Motion of Ferrari Financial Services, Inc. for an Order Directing Clerk to Issue Writ of Attachment* and supporting documents, and Notice thereof

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>June 2, 2026</u>          <u>/s/ *Turner N. Falk*</u>
                                Turner N. Falk

57699024.5

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Salvatore Faenza<br>300 Mounts Corner Drive<br>Freehold, NJ 07728 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Steven D. Pertuz<br>Law Offices of Steven D. Pertuz, LLC<br>111 Northfield Avenue Suite 304<br>West Orange, NJ 07052 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Nicole M. Nigrelli<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Subchapter V Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Chenging Exotics LLC<br>11 Palace Court<br>Monroe, NJ 08831 | Party in Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Michael Vitacco<br>3 Nicholas Avenue, Monroe, NJ 08831<br>and<br>11 Palace Court, Monroe, NJ 08831 | Party in Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Kim Aiello<br>3 Nicholas Avenue, Monroe, NJ 08831<br>and<br>11 Palace Court, Monroe, NJ 08831 | Party in Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other CM/ECF (L.B.R. 5005-1)____<br>(As authorized by the Court or by rule. Cite rule if applicable) |

57699024.5