| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| SAUL EWING LLP |
| Turner N. Falk, Esq. |
| 1735 Market Street, 34th Floor |
| Philadelphia, PA 19103 |
| T: (215) 972-8415 |
| turner.falk@saul.com |
| *Counsel for Ferrari Financial Services, Inc.* |
| In re: |
| Salvatore Faenza |
| *Debtor* |

**Order Filed on July 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 25-14559-MBK

Chapter 11

## ORDER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: July 9, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

57699024.5

THIS MATTER having been presented to the Court in the *Motion of Ferrari Financial Services, Inc. for an Order Directing Clerk to Issue Writ of Attachment* (the "Motion");[2] and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that just cause exists for the relief sought in the Motion; and upon the Contreras-Martinez Declaration; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Court hereby directs the Clerk of this Court to issue the Writ of Attachment attached hereto as **Exhibit 1** to the United States Marshal of the District of New Jersey and/or either of his deputies.

3.      When executing the writ of attachment, the United States Marshall shall serve a copy of this Order and the documents upon which the Order is based as recited herein upon any agent, custodian or employee of possessing parties at the place where such property to be attached is found, and that the United States Marshall make immediate return of such service and of such seizure or attempted seizure to this Court.

4.      This Order is effective immediately and enforceable upon its entry.

5.      This Court retains jurisdiction over any and all matters arising from or related to the implementation of this Order.

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

57699024.5

# EXHIBIT 1

**(Writ of Attachment)**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**SAUL EWING LLP**<br>Turner N. Falk, Esq.<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>T: (215) 972-8415<br>turner.falk@saul.com<br>*Counsel for Ferrari Financial Services, Inc.* | |
| In re:<br><br>Salvatore Faenza<br><br>    *Debtor* | Case No. 25-14559-MBK<br><br>Chapter 11 |

## WRIT OF ATTACHMENT

To the United States Marshal of the District of New Jersey or either of his Deputies:

In an action commenced in this Court on April 30, 2025 in which the Debtor is Salvatore Faenza, whose attorney is Steven D. Pertuz of The Law Offices of Steven D. Pertuz LLC, and a Creditor is Ferrari Financial Services, Inc., whose attorney is Turner Falk of Saul Ewing LLP, we command you to attach the personal property of the Debtor, which is a **2023 Ferrari SF90 Stradale, VIN#ZFF95NLA0P0292335**, Vehicle Title #AA7036012, located at either of the following addresses:

- 3 Nicholas Avenue Monroe, NJ 08831; or
- 11 Palace Court, Monroe, NJ 08831;

in accordance with the attached in accordance with the *Stipulation and Order Granting Relief from the Automatic Stay* [D.I. 53] entered on February 27, 2026.

Dated: 7/9/2026

JEANNE A. NAUGHTON
CLERK OF COURT

By:_____
    Deputy Clerk

57699024.5