# __EXHIBIT TO MARCH 2026 MOR__

The monthly operating report shows all cash receipts and disbursements for the Debtor's DIP Account ONLY but the bank statements reflect all cash receipts and disbursements for the full calendar month of Febaury, 2026 for all accounts. The Debtor is an individual but had two operating businesses not in active bankruptcy.  Faenza's Gourmet Deli is currently closed and no longer operates as it was losing money.  Lendbug Claim has been recently amended to zero and auto payment for Acura removed from budget which will allow Debtor to increase cash and make all anticipated plan payments.

The Debtor has four business bank accounts and 1 DIP Account with Amboy Bank:

- General Operating Account The Skillet By Sal Inc. -#7764
- Merchant Account The Skillet By Sal Inc. – #8087
- General Operating Account NVJSS Restaurant LLC (Skillet Affiliate) -#8272
- General Operating Account Faenza's Gourmet Market, LLC-#8183
- DIP Individual Account- #7455

Total Cash Receipts All Other NON DIP Accounts:          $449,163.77

Total Cash Disbursements All Other NON DIP Accounts:   $457,389.51

**Net Income March, 2026 Other Accounts:                -$   8,225.74**