# AMENDED MONTHLY OPERATING REPORT – Form 425C

**Salvatore Faenza – Case 25-14559 (MBK) – Reporting Month: March 2026**

| | | | |
|---|---|---|---|
| **Debtc** | SALVATORE FAENZA | **Case No.:** | 25-14559 (MBK) |
| **Court** | U.S. Bankruptcy Court – District of New Jersey | **Petition Date:** | May 14, 2025 |
| **Line o** | Individual / Deli / Restaurant | **Reporting Month:** | March 2026 |
| **Date f** | | *14-May-25* | |

## SECTION 1 – QUESTIONNAIRE

| | Question (answer 'Yes', 'No', or 'N/A') | Answer |
|---|---|---|
| 1 | Did the business operate during the entire reporting period? | Yes |
| 2 | Do you plan to continue to operate the business next month? | Yes |
| 3 | Have you paid all of your bills on time? | Yes |
| 4 | Did you pay your employees on time? | Yes |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | Yes |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | Yes |
| 7 | Have you timely filed all other required government filings? | Yes |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | Yes |
| 9 | Have you timely paid all of your insurance premiums? | Yes |
| 10 | Do you have any bank accounts open other than the DIP accounts? | |
| 11 | Have you sold any assets other than inventory? | No |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | [CONFIRM] |
| 13 | Did any insurance company cancel your policy? | No |
| 14 | Did you have any unusual or significant unanticipated expenses? | [CONFIRM] |
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | [CONFIRM] |
| 16 | Has anyone made an investment in your business? | No |
| 17 | Have you paid any bills you owed before you filed bankruptcy? | No |
| 18 | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | No |

## SECTION 2 – SUMMARY OF CASH ACTIVITY (DIP Account Amboy · ·7455)

| | | |
|---|---|---|
| 19 | Total opening balance of all accounts | $296.64 |
| 20 | Total cash receipts (see Exhibit C below) | $15,455.00 |
| 21 | Total cash disbursements (see Exhibit D below) | ($15,700.16) |
| 22 | Net cash flow (line 20 minus line 21) | ($245.16) |
| 23 | Cash on hand at the end of the month (line 19 + line 22) | $51.48 |

## SECTION 5 – EMPLOYEES

| | | |
|---|---|---|
| 26 | Number of employees when the case was filed | 24 |
| 27 | Number of employees as of the date of this monthly report | [CONFIRM] |

## SECTION 6 – PROFESSIONAL FEES

| | | |
|---|---|---|
| 28 | Paid this month in professional fees related to this bankruptcy case | [CONFIRM] |
| 29 | Paid in professional fees related to this bankruptcy case since the case was | [CONFIRM] |
| 30 | Paid this month in other professional fees | [CONFIRM] |
| 31 | Paid in total other professional fees since filing the case | [CONFIRM] |

## SECTION 7 – PROJECTIONS VS. ACTUALS

| | Item | Projected | Actual | Difference |
|---|---|---|---|---|
| 32 | Cash receipts | $15,995.00 | $15,455.00 | $540.00 |
| 33 | Cash disbursements | $15,700.00 | $15,700.16 | ($0.16) |
| 34 | Net cash flow | $295.00 | ($245.16) | $540.16 |

**Projections for next month:**

| | | |
|---|---|---|
| 35 | Total projected cash receipts for the next month | $15,455.00 |
| 36 | Total projected cash disbursements for the next month | $15,700.16 |
| 37 | Total projected net cash flow for the next month | ($245.16) |

## SECTION 8 – ATTACHMENTS

| | | |
|---|---|---|
| **38** | Bank statements for each open account (redacted) | **Yes** |
| **39** | Bank reconciliation reports for each account | *[CONFIRM]* |
| **40** | Financial reports (income statement / balance sheet) | *[CONFIRM]* |
| **41** | Budget, projection, or forecast reports | **No** |
| **42** | Project, job costing, or work-in-progress reports | **No** |

## EXHIBIT C – ITEMIZED CASH RECEIPTS

| Date | Description / Source | Amount | Category | Counterparty |
|---|---|---|---|---|
| ##### | Funds Transfer via Online AmboyNet Transfer from xxx8087 Transfer from xxx8087 | $3,005.00 | inter-account transfer IN | Skillet Merchant (16018087) |
| ##### | Funds Transfer via Online AmboyNet Transfer from xxx8087 Transfer from xxx8087 | $250.00 | inter-account transfer IN | Skillet Merchant (16018087) |
| ##### | Funds Transfer via Online AmboyNet Transfer from xxx8087 Transfer from xxx8087 | $3,000.00 | inter-account transfer IN | Skillet Merchant (16018087) |
| ##### | Funds Transfer via Online AmboyNet | $3,050.00 | Other credit | |
| ##### | Funds Transfer via Mobile AmboyNet | $3,100.00 | Other credit | |
| ##### | Funds Transfer via Online AmboyNet | $3,050.00 | Other credit | |
| | **TOTAL RECEIPTS** | **$15,455.00** | | |

## EXHIBIT D – ITEMIZED CASH DISBURSEMENTS

| Date | Payee / Purpose | Check # | Amount | Description / Memo |
|---|---|---|---|---|
| ##### | Skillet Merchant (16018087) | | $295.00 | Internet Transfer to xxx8087 |
| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| ##### | xxx2913 | | $88.00 | Internet Transfer to xxx2913 |
| ##### | NVJSS (16108272) | | $40.08 | Internet Transfer to xxx8272 |
| ##### | Deli (16108183) | | $100.08 | Internet Transfer to xxx8183 |
| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| ##### | Deli (16108183) | | $28.00 | Internet Transfer to xxx8183 |
| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| ##### | Skillet Operating (16107764) | | $149.00 | Internet Transfer to xxx7764 |

| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| | **TOTAL DISBURSEMENTS** | | **$15,700.16** | |

## DECLARATION

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined this small business monthly operatin and, to the best of my knowledge, these documents are true, correct, and complete.

**Respo** **Salvatore Faenza**

**Origina** _____

**Date:** _____



| Category |
| --- |
| Inter-account transfer OUT |
| Teller withdrawal → deposited to Nancy Faenza's personal acc |
| Inter-account transfer OUT |
| Inter-account transfer OUT |
| Inter-account transfer OUT |
| Teller withdrawal → deposited to Nancy Faenza's personal acc |
| Inter-account transfer OUT |
| Teller withdrawal → deposited to Nancy Faenza's personal acc |
| Teller withdrawal → deposited to Nancy Faenza's personal acc |
| Inter-account transfer OUT |

Teller withdrawal → deposited to Nancy
Faenza's personal acc...

ng report and the accompanying attachments