☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD        NJ 07728**

**Save the Date - FREE Senior Fairs through April!**
**Topics include Property Tax Freeze, Benefits Checkup,**
**Amboy Sr Loans and Servcies. Registration encouraged.**

**Stop in any branch, call 877.22.6269, or visit AmboyBank.com/SeniorFair**

## Free Personal Check Account                          Account number: 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-27 | $296.64 |
| Deposits and other credits (+) | $15,455.00 |
| Withdrawals, checks and other debits (-) | $15,700.16 |
| Ending Balance on 03-31 | $51.48 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,005.00 | 03-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,050.00 |
| 03-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 250.00 | 03-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,100.00 |
| 03-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 | 03-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,050.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | Internet Transfer to xxx8087 | 295.00 | 03-13 | Internet Transfer to xxx8183 | 28.00 |
| 03-02 | BRANCH WITHDRAWAL | 3,000.00 | 03-16 | BRANCH WITHDRAWAL | 3,000.00 |
| 03-03 | Internet Transfer to xxx2913 | 88.00 | 03-23 | BRANCH WITHDRAWAL | 3,000.00 |
| 03-04 | Internet Transfer to xxx8272 | 40.08 | 03-27 | Internet Transfer to xxx7764 | 149.00 |
| 03-04 | Internet Transfer to xxx8183 | 100.08 | 03-30 | BRANCH WITHDRAWAL | 3,000.00 |
| 03-09 | BRANCH WITHDRAWAL | 3,000.00 | | | |



0    $3,000.00    3/2/2026



0    $3,000.00    3/9/2026



0    $3,000.00    3/16/2026



0    $3,000.00    3/23/2026



0    $3,000.00    3/30/2026