For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

000 0000 0000 0000 0000 0000 0000 0000 000 000 000
000 0000 0000 0000 0000 0000 0000 0000 000 000 000

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD        NJ 07728

**Save the Date - FREE Senior Fairs through April!**
**Topics include Property Tax Freeze, Benefits Checkup,**
**Amboy Sr Loans and Services. Registration encouraged.**

**Stop in any branch, call 877.22.6269, or visit AmboyBank.com/SeniorFair**

## Free Small Business Account                Account number: 16107764

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-27 | -$7,192.98 |
| Deposits and other credits (+) | $248,383.50 |
| Withdrawals, checks and other debits (-) | $255,955.08 |
| Ending Balance on 03-31 | -$14,764.56 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | DEPOSIT | 365.00 | 03-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 39194-030808752 Rewards Network SETTLEMENT | 557.08 |
| 03-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 7,700.00 | 03-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 270646313481147 IRS USATAXPYMT | 2,125.44 |
| 03-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 535.00 | 03-06 | DEPOSIT | 500.00 |
| 03-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,000.00 | 03-06 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,165.00 |
| 03-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 | 03-06 | 26030601ZgWYnV5 GRUBHUB INC Feb Actvty | 91.40 |
| 03-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 11,885.00 | 03-06 | 26030604ZgWYnV5 GRUBHUB INC Mar Actvty | 132.36 |
| 03-03 | 3320456349 EDI PAYMNT MAR 02 O3DGDKY4FFRRT6M REF*TN*O3DGDKY4FF\ | 287.24 | 03-06 | ST-R3D0B6K5F2J8 DoorDash payout DoorDash - | 2,171.67 |
| 03-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,600.00 | 03-06 | RETURNED CHECK# 4665, INSUFFICIENT FUNDS | 750.00 |
| 03-05 | DEPOSIT | 1,700.00 | 03-09 | DEPOSIT | 365.00 |
| 03-05 | RETURNED CHECK# 4634, INSUFFICIENT FUNDS | 300.00 | 03-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 9,850.00 |
| 03-05 | RETURNED ITEM, INSUFFICIENT FUNDS, ST-Y2W7X3A8C9T4 WWW.SPOTHOPPERAP WWW.SPOTH | 549.00 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 03-10 | DEPOSIT | 200.00 |
| 03-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 485.00 |
| 03-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 13,000.00 |
| 03-10 | UBER USA 6787 EDI PAYMNT MAR 09 9V2XULJ5AODRKUU REF*TN*9V2XULJ5AO\ | 253.60 |
| 03-10 | RETURNED ITEM, INSUFFICIENT FUNDS, 39211-030824251 Rewards Network SETTLEMENT | 557.08 |
| 03-10 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX6809 IVY RECEIVABLES 3477550766 | 750.00 |
| 03-10 | Incoming Wire 95374914 | 5,000.00 |
| 03-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,100.00 |
| 03-11 | RETURNED CHECK# 4513, INSUFFICIENT FUNDS | 300.00 |
| 03-11 | RETURNED CHECK# 4518, INSUFFICIENT FUNDS | 300.00 |
| 03-11 | RETURNED CHECK# 4533, INSUFFICIENT FUNDS | 450.00 |
| 03-11 | RETURNED ITEM, INSUFFICIENT FUNDS, 9030231547 RPOWER HOLDINGS, ACH Debit | 649.35 |
| 03-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,090.00 |
| 03-12 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26069100218496 | 174.56 |
| 03-12 | RETURNED ITEM, INSUFFICIENT FUNDS, 39216-030832770 Rewards Network SETTLEMENT | 485.12 |
| 03-12 | RETURNED ITEM, INSUFFICIENT FUNDS, ST-U0Z0A2N2L3A5 WWW.SPOTHOPPERAP PURCHASE | 549.00 |
| 03-12 | RETURNED ITEM, INSUFFICIENT FUNDS, 270647035242154 IRS USATAXPYMT | 1,679.76 |
| 03-13 | DEPOSIT | 980.00 |
| 03-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,005.00 |
| 03-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,500.00 |
| 03-13 | 26031311ZgWYnV5 GRUBHUB INC Mar Actvty | 118.87 |
| 03-13 | ST-S2S7R4Z2P5I6 DOORDASH PAYOUT DOORDASH - | 633.18 |
| 03-16 | DEPOSIT | 365.00 |
| 03-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 10,100.00 |
| 03-17 | DEPOSIT | 900.00 |
| 03-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 14,185.00 |
| 03-17 | UBER USA 6787 EDI PAYMNT MAR 16 XIBKY5NSPXXKNS9 REF*TN*XIBKY5NSPX\ | 454.48 |
| 03-17 | RETURNED CHECK# 14503, SIGNATURE MISSING | 431.18 |
| 03-17 | RETURNED ITEM, INSUFFICIENT FUNDS, 39233-030848412 Rewards Network SETTLEMENT | 485.12 |
| 03-17 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX8204 IVY RECEIVABLES 3477550766 | 750.00 |
| 03-17 | RETURNED CHECK# 4536, INSUFFICIENT FUNDS | 1,000.00 |
| 03-17 | RETURNED ITEM, INSUFFICIENT FUNDS, 9030716651 ROSS VENTURES, L ACH Debit | 2,500.00 |
| 03-18 | DEPOSIT | 650.00 |
| 03-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,890.00 |
| 03-18 | DEPOSIT | 10,000.00 |
| 03-18 | RETURNED ITEM, INSUFFICIENT FUNDS, FPY0JF Acorn Property M WEB PMTS | 21,478.95 |
| 03-19 | DEPOSIT | 350.00 |
| 03-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,350.00 |
| 03-19 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26076100230165 | 237.08 |
| 03-19 | RETURNED ITEM, INSUFFICIENT FUNDS, 39238-030856847 Rewards Network SETTLEMENT | 636.29 |
| 03-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,100.00 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 03-20 | 26032018ZgWYnV5 GRUBHUB INC Mar Actvty | 110.57 | 03-26 | RETURNED CHECK # 4590, INSUFFICIENT FUNDS | 1,000.00 |
| 03-20 | ST-D3B6W0A6P6G5 DoorDash payout DoorDash - | 286.38 | 03-26 | RETURNED CHECK # 4514, INSUFFICIENT FUNDS | 2,100.00 |
| 03-23 | DEPOSIT | 365.00 | 03-26 | RETURNED ITEM, INSUFFICIENT FUNDS, 270648482904062 IRS USATAXPYMT | 2,114.55 |
| 03-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 600.00 | 03-26 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 RETRY PYMT 26079100240062 | 5,891.19 |
| 03-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 11,000.00 | 03-27 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 133.30 |
| 03-24 | DEPOSIT | 217.73 | 03-27 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 149.00 |
| 03-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 13,785.00 | 03-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,900.00 |
| 03-24 | UBER USA 6787 EDI PAYMNT MAR 23 NSK72BP0M CYGP14 REF*TN*NSK72BP0MC\ | 160.90 | 03-27 | 26032725ZgWYnV5 GRUBHUB INC Mar Actvty | 45.06 |
| 03-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 39255-030872501 Rewards Network SETTLEMENT | 636.29 | 03-27 | ST-Q7A4Q9G6K6W5 DoorDash payout DoorDash - | 352.76 |
| 03-24 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 NJ WEB 04110 26079100240062 | 5,891.19 | 03-30 | DEPOSIT | 365.00 |
| | | | 03-30 | DEPOSIT | 1,000.00 |
| 03-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,570.00 | 03-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 11,550.00 |
| 03-25 | RETURNED CHECK # 4356, INSUFFICIENT FUNDS | 1,558.57 | 03-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 39273-030895065 Rewards Network SETTLEMENT | 636.29 |
| 03-26 | DEPOSIT | 1,500.00 | | | |
| 03-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,010.00 | 03-30 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 RETRY PYMT 26079100240062 | 5,891.19 |
| 03-26 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB 01120 26083100243143 | 240.38 | 03-31 | DEPOSIT | 1,100.00 |
| 03-26 | RETURNED ITEM, INSUFFICIENT FUNDS, 39260-030880990 Rewards Network SETTLEMENT | 633.97 | 03-31 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 13,500.00 |
| 03-26 | RETURNED CHECK # 4589, INSUFFICIENT FUNDS | 1,000.00 | 03-31 | UBER USA 6787 EDI PAYMNT MAR 30 OYISVQKVR4BTQ05 REF*TN*OYISVQKVR4\ | 336.37 |

**THE SKILLET BY SAL INC**

## Free Small Business Account          Account number: 16107764

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4356* | 03-24 | 1,558.57 | 4537 | 03-26 | 350.00 | 4567* | 03-27 | 916.67 |
| 4407* | 03-31 | 1,100.00 | 4537 | 03-17 | 390.00 | 4569 | 03-31 | 700.00 |
| 4470* | 03-09 | 1,454.30 | 4538 | 03-23 | 300.00 | 4569 | 03-20 | 600.00 |
| 4513 | 03-24 | 1,320.00 | 4539 | 03-30 | 157.00 | 4570 | 03-31 | 500.00 |
| 4513 | 03-10 | 300.00 | 4539 | 03-10 | 440.00 | 4571 | 03-19 | 139.50 |
| 4513 | 03-13 | 300.00 | 4540 | 03-27 | 835.00 | 4572 | 03-31 | 300.00 |
| 4514 | 03-17 | 300.00 | 4540 | 03-13 | 435.00 | 4572* | 03-16 | 610.00 |
| 4514 | 03-25 | 2,100.00 | 4541 | 03-26 | 420.00 | 4574* | 03-30 | 250.00 |
| 4514 | 03-27 | 2,100.00 | 4541 | 03-12 | 542.00 | 4577 | 03-31 | 1,100.00 |
| 4515 | 03-24 | 300.00 | 4542 | 03-09 | 835.00 | 4578* | 03-31 | 800.00 |
| 4516 | 03-13 | 620.15 | 4542 | 03-31 | 545.00 | 4588 | 03-03 | 1,000.00 |
| 4517 | 03-09 | 1,556.69 | 4543 | 03-31 | 767.00 | 4589 | 03-25 | 1,000.00 |
| 4518 | 03-10 | 300.00 | 4543 | 03-13 | 750.00 | 4590* | 03-25 | 1,000.00 |
| 4519 | 03-12 | 750.00 | 4544 | 03-30 | 550.00 | 4617* | 03-31 | 500.00 |
| 4520 | 03-06 | 100.00 | 4545 | 03-31 | 800.00 | 4627 | 03-06 | 1,000.00 |
| 4521 | 03-05 | 500.00 | 4545 | 03-13 | 500.00 | 4628* | 03-02 | 1,000.00 |
| 4521 | 03-27 | 391.70 | 4546 | 03-18 | 500.00 | 4631* | 03-23 | 1,000.00 |
| 4522 | 03-16 | 275.10 | 4547 | 03-30 | 385.00 | 4634* | 03-04 | 300.00 |
| 4522 | 03-31 | 1,321.83 | 4548 | 03-30 | 500.00 | 4637 | 03-09 | 410.40 |
| 4523 | 03-24 | 300.00 | 4548 | 03-16 | 920.00 | 4638* | 03-02 | 410.40 |
| 4523 | 03-11 | 550.00 | 4549 | 03-16 | 370.00 | 4641* | 03-03 | 300.00 |
| 4524 | 03-30 | 260.00 | 4550 | 03-27 | 650.00 | 4645* | 03-03 | 920.00 |
| 4524 | 03-18 | 500.00 | 4550 | 03-12 | 251.74 | 4647 | 03-09 | 1,500.00 |
| 4525 | 03-27 | 800.00 | 4551 | 03-16 | 1,415.54 | 4648 | 03-27 | 1,500.00 |
| 4525 | 03-11 | 560.00 | 4551 | 03-31 | 300.00 | 4649* | 03-30 | 1,500.00 |
| 4526 | 03-27 | 906.00 | 4552 | 03-17 | 300.00 | 4651* | 03-09 | 500.00 |
| 4526 | 03-12 | 500.00 | 4552 | 03-30 | 750.00 | 4659 | 03-02 | 157.00 |
| 4527 | 03-23 | 1,000.00 | 4553 | 03-30 | 1,114.23 | 4660 | 03-10 | 240.00 |
| 4527 | 03-30 | 906.00 | 4553 | 03-20 | 368.00 | 4661* | 03-02 | 650.00 |
| 4528 | 03-27 | 1,000.00 | 4554 | 03-27 | 400.00 | 4665 | 03-05 | 750.00 |
| 4528 | 03-23 | 542.00 | 4554* | 03-23 | 300.00 | 4666 | 03-03 | 671.28 |
| 4529 | 03-30 | 2,175.16 | 4556 | 03-17 | 1,000.00 | 4667 | 03-09 | 500.00 |
| 4530 | 03-23 | 542.00 | 4557 | 03-16 | 700.00 | 4668 | 03-02 | 1,103.21 |
| 4530 | 03-16 | 1,759.62 | 4558 | 03-31 | 687.00 | 4669 | 03-02 | 1,348.00 |
| 4531 | 03-20 | 450.00 | 4558 | 03-13 | 335.00 | 4670 | 03-04 | 244.15 |
| 4531 | 03-23 | 500.00 | 4559 | 03-18 | 478.64 | 4671 | 03-05 | 50.00 |
| 4532 | 03-19 | 450.00 | 4560 | 03-31 | 1,050.00 | 4672 | 03-31 | 1,200.00 |
| 4533 | 03-10 | 450.00 | 4560 | 03-17 | 250.00 | 4673 | 03-09 | 750.00 |
| 4533 | 03-25 | 160.00 | 4561 | 03-31 | 320.00 | 4674 | 03-09 | 920.00 |
| 4534 | 03-12 | 450.00 | 4561 | 03-20 | 500.00 | 4675 | 03-03 | 300.00 |
| 4534 | 03-23 | 500.00 | 4562 | 03-23 | 700.00 | 4676 | 03-02 | 67.00 |
| 4535 | 03-27 | 450.00 | 4562 | 03-27 | 500.00 | 4677 | 03-09 | 80.00 |
| 4536 | 03-26 | 500.00 | 4563 | 03-30 | 542.00 | 4678 | 03-02 | 500.00 |
| 4536 | 03-16 | 1,000.00 | 4564* | 03-27 | 600.00 | 4679 | 03-03 | 1,045.00 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4680 | 03-03 | 500.00 | 14401* | 03-02 | 24.61 | 14484* | 03-16 | 85.00 |
| 4681 | 03-03 | 157.00 | 14405* | 03-04 | 470.11 | 14487 | 03-17 | 595.06 |
| 4682 | 03-06 | 450.00 | 14410* | 03-31 | 83.44 | 14488 | 03-26 | 470.11 |
| 4683 | 03-05 | 450.00 | 14419* | 03-02 | 40.86 | 14489 | 03-16 | 300.26 |
| 4684 | 03-03 | 240.00 | 14425 | 03-02 | 595.06 | 14490 | 03-17 | 270.01 |
| 4685* | 03-06 | 650.00 | 14426* | 03-09 | 470.11 | 14491 | 03-16 | 83.24 |
| 4687 | 03-03 | 723.00 | 14431 | 03-31 | 24.57 | 14492 | 03-16 | 189.09 |
| 4688 | 03-12 | 500.00 | 14432 | 03-05 | 327.69 | 14493* | 03-31 | 29.08 |
| 4689 | 03-06 | 500.00 | 14433* | 03-10 | 7.63 | 14495 | 03-19 | 9.18 |
| 4690 | 03-10 | 212.00 | 14435* | 03-04 | 22.79 | 14496 | 03-17 | 508.86 |
| 4691 | 03-16 | 1,473.40 | 14440 | 03-03 | 151.50 | 14497 | 03-27 | 32.07 |
| 4692* | 03-16 | 1,617.65 | 14441* | 03-02 | 15.51 | 14498 | 03-17 | 416.73 |
| 4705 | 03-02 | 1,000.00 | 14444* | 03-03 | 431.18 | 14499* | 03-17 | 38.70 |
| 4706* | 03-10 | 1,000.00 | 14448 | 03-02 | 595.06 | 14501 | 03-17 | 30.43 |
| 4710* | 03-10 | 2,500.00 | 14449 | 03-17 | 470.11 | 14502 | 03-23 | 23.15 |
| 4726* | 03-10 | 85.00 | 14450 | 03-04 | 348.15 | 14503 | 03-23 | 431.18 |
| 4739* | 03-09 | 1,045.00 | 14451 | 03-02 | 270.01 | 14503* | 03-17 | 431.18 |
| 4743* | 03-03 | 300.00 | 14452 | 03-30 | 25.22 | 14506* | 03-25 | 595.06 |
| 4747* | 03-02 | 750.00 | 14453 | 03-02 | 140.10 | 14508 | 03-23 | 308.89 |
| 4749 | 03-02 | 1,000.02 | 14454 | 03-06 | 270.44 | 14509 | 03-23 | 270.01 |
| 4750 | 03-17 | 1,000.00 | 14455 | 03-31 | 46.30 | 14510 | 03-23 | 115.21 |
| 4751* | 03-02 | 323.75 | 14456 | 03-05 | 218.46 | 14511 | 03-23 | 198.44 |
| 8001* | 03-23 | 500.00 | 14457 | 03-10 | 9.33 | 14512* | 03-31 | 55.98 |
| 8003 | 03-16 | 500.00 | 14458 | 03-05 | 508.86 | 14514 | 03-23 | 4.51 |
| 8004 | 03-17 | 550.00 | 14459 | 03-04 | 15.34 | 14515* | 03-24 | 508.86 |
| 8005 | 03-16 | 350.00 | 14460 | 03-03 | 373.09 | 14517 | 03-23 | 426.61 |
| 8006 | 03-17 | 314.00 | 14461 | 03-03 | 19.48 | 14518* | 03-23 | 13.78 |
| 8007 | 03-17 | 500.00 | 14462 | 03-09 | 10.43 | 14520 | 03-24 | 10.71 |
| 8008 | 03-17 | 770.00 | 14463 | 03-02 | 11.70 | 14521 | 03-23 | 9.74 |
| 8009 | 03-16 | 650.00 | 14464* | 03-04 | 431.18 | 14522* | 03-26 | 431.18 |
| 8010 | 03-20 | 542.00 | 14467 | 03-09 | 595.06 | 14526* | 03-30 | 595.06 |
| 8011 | 03-16 | 835.00 | 14468 | 03-18 | 470.11 | 14528 | 03-30 | 431.02 |
| 8012* | 03-16 | 240.00 | 14469 | 03-09 | 172.23 | 14529 | 03-31 | 270.01 |
| 8015 | 03-23 | 1,000.00 | 14470 | 03-10 | 270.81 | 14530 | 03-30 | 308.09 |
| 8016 | 03-17 | 1,000.00 | 14471 | 03-09 | 107.58 | 14531 | 03-30 | 306.44 |
| 8017 | 03-24 | 767.00 | 14472 | 03-16 | 290.16 | 14532* | 03-31 | 25.99 |
| 8018 | 03-17 | 200.00 | 14473 | 03-31 | 33.02 | 14535* | 03-31 | 508.86 |
| 8019 | 03-17 | 545.00 | 14474* | 03-20 | 112.32 | 14537 | 03-31 | 545.57 |
| 8020 | 03-23 | 1,387.00 | 14477 | 03-09 | 420.11 | 14538 | 03-31 | 25.90 |
| 8021* | 03-25 | 476.00 | 14478* | 03-09 | 25.35 | 14539 | 03-30 | 26.26 |
| 14330* | 03-10 | 470.11 | 14480 | 03-09 | 49.33 | 14540 | 03-30 | 23.58 |
| 14352* | 03-16 | 470.11 | 14481 | 03-09 | 11.33 | 14541 | 03-31 | 431.18 |
| 14373* | 03-31 | 470.11 | 14482 | 03-16 | 431.18 | | | |
| 14396* | 03-10 | 32.47 | 14483 | 03-09 | 190.00 | | | |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | YX39X5 AppFolio, Inc. F WEB PMTS | 2.49 | 03-05 | 7300000118 PAYMENT 260304 0000 6800978201 | 398.00 |
| 03-02 | 0447325 TOLLBYMAIL ACH EZPASS | 23.30 | 03-05 | USBLXXXXX0902S Sysco Corporatio Purchase | 1,011.36 |
| 03-02 | 721920602610469 BEST BUY AUTO PYMT | 44.00 | 03-05 | RETURNED CHECK CHARGE | 105.00 |
| 03-02 | 8263863381 J2812 OOFF CZ10000P8HTFC TRN*1*CZ10000P8HTFC\RMR*IK*LAW OFFI | 250.00 | 03-06 | WF6XY5 AppFolio, Inc. F WEB PMTS | 2.49 |
| | | | 03-06 | 2346818 INTUIT * QBooks Onl | 75.00 |
| 03-02 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 03-06 | D8C3HF Acorn Property M WEB PMTS | 300.00 |
| 03-02 | NW82DF Acorn Property M WEB PMTS | 300.00 | 03-06 | 9176402428 CHASE CREDIT CRD EPAY | 500.00 |
| 03-02 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 03-06 | XXXXX6951 Lend Bug LLC 9175802864 | 1,000.00 |
| 03-02 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 03-06 | 9030464529 HILOYO INVESTMEN ACH Debit | 1,400.00 |
| 03-02 | XXXXX7453 IVY RECEIVABLES 3477550766 | 750.00 | 03-06 | 270646571605827 IRS USATAXPYMT | 1,911.00 |
| 03-02 | XXXXX0949 IVY RECEIVABLES 3477550766 | 750.00 | 03-06 | 9030614464 ROSS VENTURES, L ACH Debit | 3,000.00 |
| 03-02 | OVERDRAFT CHARGE | 105.00 | 03-06 | RETURNED CHECK CHARGE | 35.00 |
| 03-03 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 | 03-06 | OVERDRAFT CHARGE | 70.00 |
| 03-03 | XXXXX6207 AUTHNET GATEWAY BILLING | 30.00 | 03-09 | 9185229907 CHASE CREDIT CRD EPAY | 100.00 |
| 03-03 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 | 03-09 | 9183059001 CHASE CREDIT CRD EPAY | 100.00 |
| 03-03 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 | 03-09 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 03-03 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 03-09 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 03-03 | 9166637905 CHASE CREDIT CRD EPAY | 250.00 | 03-09 | 9179567953 CHASE CREDIT CRD EPAY | 250.00 |
| 03-03 | ST-L1Y6Y9M7H8K0 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 03-09 | 249047 36X706804 CAINE AND WEINER PAYONACCT | 256.25 |
| 03-03 | XXXXX1224 IVY RECEIVABLES 3477550766 | 750.00 | 03-09 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 400.00 |
| 03-03 | OVERDRAFT CHARGE | 105.00 | 03-09 | SK1088 Termac WEB PAY | 448.38 |
| 03-04 | 9170158284 CHASE CREDIT CRD EPAY | 100.00 | 03-09 | 39211-030824251 Rewards Network SETTLEMENT | 557.08 |
| 03-04 | 604599217073111 Sams Club SYF PAYMNT | 200.00 | 03-09 | XXXXX6809 IVY RECEIVABLES 3477550766 | 750.00 |
| 03-04 | ST-Y2W7X3A8C9T4 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 03-09 | OVERDRAFT CHARGE | 105.00 |
| 03-04 | 39194-030808752 Rewards Network SETTLEMENT | 557.08 | 03-10 | GRH3Z5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 03-04 | 270646313481147 IRS USATAXPYMT | 2,125.44 | 03-10 | 9030658802 RPOWER HOLDINGS, ACH Debit | 63.31 |
| 03-04 | OVERDRAFT CHARGE | 105.00 | 03-10 | 9186983631 CHASE CREDIT CRD EPAY | 100.00 |
| 03-05 | 9173331222 CHASE CREDIT CRD EPAY | 100.00 | 03-10 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 03-05 | 7216000928 NJWEB01120 260631002143403 TXP*B872535605000*01120*260331*T*24 | 245.10 | 03-10 | 8ZPKHF Acorn Property M WEB PMTS | 300.00 |
| | | | 03-10 | 9030231547 RPOWER HOLDINGS, ACH Debit | 649.35 |

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 03-10 | XXXXX 8469 IVY RECEIVABLES 3477550766 | 750.00 |
| 03-10 | OVERDRAFT CHARGE | 35.00 |
| 03-10 | RETURNED CHECK CHARGE | 70.00 |
| 03-10 | Domestic Incoming Wire Fee 953 74914 | 5.00 |
| 03-11 | 5P-XXXXX5517 EZPASS8882886865 AUTO REPL | 45.00 |
| 03-11 | 9189813347 CHASE CREDIT CRD EPAY | 100.00 |
| 03-11 | NJ WEB PMT 01120 NJWEB01120 260691002184960 TXP*B872535605000*01120*26033 | 174.56 |
| 03-11 | 39216-030832770 Rewards Network SETTLEMENT | 485.12 |
| 03-11 | NJ TX DEBT 20000 NJWEB22500 260691002192392 TXP*B872535605000*22500*26033 | 500.00 |
| 03-11 | ST-U0Z0A2N2L3A5 WWW.SPOTHOPPERAP PURCHASE W | 549.00 |
| 03-11 | 270647035242154 IRS USATAXPYMT | 1,679.76 |
| 03-11 | RETURNED CHECK CHARGE | 105.00 |
| 03-12 | 9192577294 CHASE CREDIT CRD EPAY | 100.00 |
| 03-12 | SK 702 Termac WEB PAY | 101.29 |
| 03-12 | 100147193088 FirstEnergy OPCO-ACH | 2,049.06 |
| 03-12 | RETURNED CHECK CHARGE | 105.00 |
| 03-13 | NJ WEB PMT 01120 RETRY PYMT 260691002184960 TXP*B872535605000*01120*26033 | 174.56 |
| 03-13 | 9195519181 CHASE CREDIT CRD EPAY | 500.00 |
| 03-13 | 39229-030846733 Rewards Network SETTLEMENT | 557.08 |
| 03-13 | XXXXX2124 Lend Bug LLC 9175802864 | 1,000.00 |
| 03-13 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,310.62 |
| 03-13 | 9030626527 HILOYO INVESTMEN ACH Debit | 1,400.00 |
| 03-13 | OVERDRAFT CHARGE | 105.00 |
| 03-16 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 166.84 |
| 03-16 | 604599217073111 Sams Club SYF PAYMNT | 65.00 |
| 03-16 | 604599217073111 Sams Club SYF PAYMNT | 150.00 |
| 03-16 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 03-16 | 39233-030848412 Rewards Network SETTLEMENT | 485.12 |
| 03-16 | XXXXX8204 IVY RECEIVABLES 3477550766 | 750.00 |
| 03-16 | 9198623169 CHASE CREDIT CRD EPAY | 1,200.00 |
| 03-16 | USBLXXXX0902S Sysco Corporatio PURCHASE | 1,473.95 |
| 03-16 | 9030716651 ROSS VENTURES, L ACH Debit | 2,500.00 |
| 03-16 | OVERDRAFT CHARGE | 105.00 |
| 03-17 | Z9Z9Z5 AppFolio, Inc. F WEB PMTS | 2.49 |
| 03-17 | 9206775168 CHASE CREDIT CRD EPAY | 100.00 |
| 03-17 | 5978236 VZ WIRELESS VN E CHECK | 213.07 |
| 03-17 | xXXXXX4584 FARMERS INS EFT PYMT | 270.65 |
| 03-17 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 03-17 | 9030771650 RPOWER HOLDINGS, ACH Debit | 649.35 |
| 03-17 | XXXXX9765 IVY RECEIVABLES 3477550766 | 750.00 |
| 03-17 | ROSS VENTURES, L ACH Debit 260317 9030720228 Loan reimbursement | 2,500.00 |
| 03-17 | FPY0JF Acorn Property M WEB PMTS | 21,478.95 |
| 03-17 | RETURNED CHECK CHARGE | 105.00 |
| 03-18 | 5P-XXXXX5957 EZPASS8882886865 AUTO REPL | 45.00 |
| 03-18 | 2HN581711030800 HARLAND CLARKE CHK ORDER | 108.24 |
| 03-18 | NJ WEB PMT 01120 NJWEB01120 260761002301659 TXP*B872535605000*01120*26033 | 237.08 |
| 03-18 | 24904736X707381 CAINE AND WEINER PAYONACCT | 250.00 |
| 03-18 | 39238-030856847 Rewards Network SETTLEMENT | 636.29 |
| 03-18 | 270647791480012 IRS USATAXPYMT | 2,091.26 |
| 03-18 | RETURNED CHECK CHARGE | 35.00 |
| 03-18 | OVERDRAFT CHARGE | 70.00 |
| 03-19 | 9212365446 CHASE CREDIT CRD EPAY | 100.00 |
| 03-19 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 03-19 | SK 1088 Termac WEB PAY | 442.91 |
| 03-19 | OVERDRAFT CHARGE | 35.00 |
| 03-19 | RETURNED CHECK CHARGE | 70.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-20 | PC4FZ5 AppFolio, Inc. F WEB PMTS | 2.49 | 03-24 | OVERDRAFT CHARGE | 35.00 |
| 03-20 | 604599217073111 Sams Club SYF PAYMNT | 200.00 | 03-24 | RETURNED CHECK CHARGE | 70.00 |
| 03-20 | NJ WEB PMT 01120 RETRY PYMT 260761002301659 TXP*B872535605000*01120*26033 | 237.08 | 03-25 | 9227893913 CHASE CREDIT CRD EPAY | 100.00 |
| | | | 03-25 | NJ WEB PMT 01120 NJWEB01120 260831002431432 TXP*B872535605000*01120*26033 | 240.38 |
| 03-20 | 39251-030870860 Rewards Network SETTLEMENT | 485.12 | 03-25 | 39260-030880990 Rewards Network SETTLEMENT | 633.97 |
| 03-20 | XXXXX0047 AMERICAN NAT'L INSPREMIUM | 538.98 | 03-25 | 270648482904062 IRS USA TAX PYMT | 2,114.55 |
| 03-20 | XXXXX2440 Lend Bug LLC 9175802864 | 1,000.00 | 03-25 | NJ WEB PMT 04110 RETRY PYMT 260791002400625 TXP*B872535605000*04110*26033 | 5,891.19 |
| 03-20 | BRQ7JF Acorn Property M WEB PMTS | 1,000.00 | | | |
| 03-20 | 9030729341 HILOYO INVESTMEN ACH Debit | 1,400.00 | 03-25 | RETURNED CHECK CHARGE | 35.00 |
| 03-20 | 9030813191 ROSS VENTURES, L ACH Debit | 2,500.00 | 03-25 | OVERDRAFT CHARGE | 70.00 |
| | | | 03-26 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 597.33 |
| 03-20 | OVERDRAFT CHARGE | 105.00 | 03-26 | RETURNED CHECK CHARGE | 105.00 |
| 03-23 | 604599217073111 Sams Club SYF PAYMNT | 150.00 | 03-27 | 9232532179 CHASE CREDIT CRD EPAY | 100.00 |
| 03-23 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 03-27 | NJ WEB PMT 01120 RETRY PYMT 260831002431432 TXP*B872535605000*01120*26033 | 240.38 |
| 03-23 | SKI300 ACE ENDICO CORP SKI300 | 350.00 | | | |
| 03-23 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 400.00 | 03-27 | 39273-030895065 Rewards Network SETTLEMENT | 636.29 |
| 03-23 | NJ TX DEBT 20000 NJWEB22500 260791002409406 TXP*B872535605000*22500*26033 | 500.00 | 03-27 | XXXXX5107 Lend Bug LLC 9175802864 | 1,000.00 |
| | | | 03-27 | 9030829665 HILOYO INVESTMEN ACH Debit | 1,400.00 |
| 03-23 | 39255-030872501 Rewards Network SETTLEMENT | 636.29 | 03-27 | NJ WEB PMT 04110 RETRY PYMT 260791002400625 TXP*B872535605000*04110*26033 | 5,891.19 |
| 03-23 | XXXXX3958 IVY RECEIVABLES 3477550766 | 750.00 | | | |
| 03-23 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 2,018.57 | 03-27 | OVERDRAFT CHARGE | 105.00 |
| 03-23 | NJ WEB PMT 04110 NJWEB04110 260791002400625 TXP*B872535605000*04110*26033 | 5,891.19 | 03-30 | 721947386950212 BEST BUY AUTO PYMT | 44.00 |
| | | | 03-30 | 9238927853 CHASE CREDIT CRD EPAY | 100.00 |
| 03-23 | OVERDRAFT CHARGE | 105.00 | 03-30 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 03-24 | SK702 Termac WEB PAY | 101.29 | | | |
| 03-24 | 3567668840001 VERIZON VZ BillPay | 314.93 | 03-30 | 9235774329 CHASE CREDIT CRD EPAY | 550.00 |
| 03-24 | STANDARD WASTESER PURCHASE | 450.00 | 03-30 | 39277-030896703 Rewards Network SETTLEMENT | 633.97 |
| 03-24 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 03-30 | XXXXX1582 IVY RECEIVABLES 3477550766 | 750.00 |
| 03-24 | XXXXX7346 IVY RECEIVABLES 3477550766 | 750.00 | 03-30 | OVERDRAFT CHARGE | 35.00 |
| | | | 03-30 | RETURNED CHECK CHARGE | 70.00 |
| | | | 03-31 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 03-31 | XXXXX0839 IVY RECEIVABLES 3477550766 | 750.00 | 03-31 | SERVICE CHARGE | 93.20 |
| 03-31 | OVERDRAFT CHARGE | 105.00 | 03-31 | OVERDRAFT INTEREST CHARGE | 120.14 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 1,520.14 | 3,744.89 |
| TOTAL RETURNED ITEM FEES: | $910.00 | $2,660.00 |

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4356

Date 3-21-2026

Pay to the Order of John Licci    $1558.57

One Thousand Five Hundred Fifty Cents    Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 2025 SEP REDEPOSIT

4356    $1,558.57    3/24/2026

4356    $1,558.57    3/24/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4407

Pay to the Order of    $1100.

One Thousand One Hundred    Dollars

AMBOY Bank

For Skitt 2

4407    $1,100.00    3/31/2026

4407    $1,100.00    3/31/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4470

NSE

RETURN REASON-A
NOT SUFFICIENT FUNDS

Date 02-16-26

Pay to the Order of New Martin    $1454.30

One Thousand Four Hundred Fifty Four    Dollars

AMBOY Bank

4470    $1,454.30    3/9/2026

4470    $1,454.30    3/9/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4513

Date 3/7/26

Pay to the Order of Ultimate Foods    $300.00

Three Hundred    Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For On Acct

4513    $300.00    3/10/2026

4513    $300.00    3/10/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

NSE

RETURN REASON-A
NOT SUFFICIENT FUNDS

R    4513

Date 3/7/26

Pay to the Order of Ultimate Foods    $300.00

Three Hundred    Dollars

AMBOY Bank

For On Acct

4513    $300.00    3/13/2026

4513    $300.00    3/13/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4513

Date 3/24/26

Pay to the Order of Ranchero Best    $1320.00

One Thousand Three Hundred Twenty    Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 2 Bills

4513    $1,320.00    3/24/2026

4513    $1,320.00    3/24/2026



4514 $300.00 3/17/2026

4514 $300.00 3/17/2026

4514 $2,100.00 3/25/2026

4514 $2,100.00 3/25/2026

4514 $2,100.00 3/27/2026

4514 $2,100.00 3/27/2026

4515 $300.00 3/24/2026

4515 $300.00 3/24/2026

4516 $620.15 3/13/2026

4516 $620.15 3/13/2026

4517 $1,556.69 3/9/2026

4517 $1,556.69 3/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4518

3/7/26

Pay to the Order of  Chef Tools
Three Hdrd

$ 300.00

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4518

566486092093 125633  20260309 0000000001-0776-4
TRN_DEBIT CSEVINC  300.00
Green Brook 0164 94004 5664 0005 00

PAY TO THE ORDER OF
TD BANK
GREEN BROOK, NJ 08812-2620
FOR DEPOSIT ONLY
CHEF TOOLS LLC

4518    $300.00    3/10/2026

4518    $300.00    3/10/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4519

3/11/26

Pay to the Order of  Puglisi Eggs
Seven Hundred fifty and 00/

$ 750.00

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  On acct

4519

PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2890
021204416
FOR DEPOSIT ONLY
T/A PUGLISI BROTHERS
THREE PUGLISI EGG FARMS

BOFD >021204416<
Puglisi Egg Farm
2026-03-12
9973755005

4519    $750.00    3/12/2026

4519    $750.00    3/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4520

3/1/26

Pay to the Order of  FREEHOLD TOWNSHIP
One Thousand Hundred

$ 100.00

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4520

>231270353<
OceanFirst Bank TC #885
2026-03-05
0527433000
Batch

Township of Freehold
Current Account
Deposit Only
Account # 2200600461

4520    $100.00    3/6/2026

4520    $100.00    3/6/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4521

3/3/26

Pay to the Order of  Noel Gonzales
Five H Rd

$ 500.00

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4521

For Deposit Only - JPMC

4521    $500.00    3/5/2026

4521    $500.00    3/5/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4521

3/26/26

Pay to the Order of  Miscela D'oro
Three Hdred Ninety on cd 70/

$ 391.70

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4521

Seq: 12
Dep: 000503
Date: 03/26/26

For Deposit Only to
Miscela D'oro USA, Inc.
Miscela D'oro Usa, Inc.
Master
Deposited by:

4521    $391.70    3/27/2026

4521    $391.70    3/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4522

3/13/26

Pay to the Order of  Miscela D'oro
Two Hdred Sixty five cd 10/

$ 275.10

Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4522

Seq: 1
Dep: 000488
Date: 03/13/26

For Deposit Only to
Miscela D'oro USA, Inc.
Miscela D'oro Usa, Inc.
Master
Deposited by:

4522    $275.10    3/16/2026

4522    $275.10    3/16/2026

16107764 Page 12



4522    $1,321.83    3/31/2026

4522    $1,321.83    3/31/2026

4523    $550.00    3/11/2026

4523    $550.00    3/11/2026

4523    $300.00    3/24/2026

4523    $300.00    3/24/2026

4524    $500.00    3/18/2026

4524    $500.00    3/18/2026

4524    $260.00    3/30/2026

4524    $260.00    3/30/2026

4525    $560.00    3/11/2026

4525    $560.00    3/11/2026

| | |
|---|---|
| **THE SKILLET BY SAL INC** — 4525 — Pay to the Order of: Puglisi Eggs — $800.00 — Eight Hundred — 3/27/26 | BOFD >021204416< Puglisi Egg Farm 2026-03-27 9974578804 |
| 4525   $800.00   3/27/2026 | 4525   $800.00   3/27/2026 |
| **THE SKILLET BY SAL INC** — 4526 — Pay to the Order of: Robert Scarpaci — $500.00 — Five Hundred — 3/11/26 — For: Replaces Ck#4605 | Branch Name = Pleasant Plains |
| 4526   $500.00   3/12/2026 | 4526   $500.00   3/12/2026 |
| **THE SKILLET BY SAL INC** — 4526 — Pay to the Order of: Russo's Meats — $906.00 — Nine Hundred Six and 00 — 3/26/26 | 03-26-2026 – 0107 – N507696 – 0517010767854844530008 > 2114/5039 < Santander NA |
| 4526   $906.00   3/27/2026 | 4526   $906.00   3/27/2026 |
| **THE SKILLET BY SAL INC** — 4527 — Pay to the Order of: Robert Scarpaci — $1000.00 — One Thousand — 3/17/26 — For: Bux 16k (1000) By 15k | Branch Name = Pleasant Plains BranchBr=15-BusDt=03/20/26-TlrID=1508-1 |
| 4527   $1,000.00   3/23/2026 | 4527   $1,000.00   3/23/2026 |
| **THE SKILLET BY SAL INC** — 4527 — Pay to the Order of: Russo Meats — $906.00 — Nine Hundred Six and 00 — 3/28/26 | 557827064917 150414  20260327 00000000161 0776-4 TRN_DEBIT MROZENB  0.00 Marlboro 0088 94004 5578 0003 0195 |
| 4527   $906.00   3/30/2026 | 4527   $906.00   3/30/2026 |
| **THE SKILLET BY SAL INC** — 4528 — Pay to the Order of: Freddy Miculax — $542.00 — Five Hundred Forty Two and 00 — 3/20/26 | Freddy Miculax — FOR MOBILE DEPOSIT ONLY |
| 4528   $542.00   3/23/2026 | 4528   $542.00   3/23/2026 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4528

Pay to the Order of Robert Scarpivi    $ 1000

One Thousand    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Pay e 15k <1000> 14k

4528 $1,000.00 3/27/2026

4528 $1,000.00 3/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4529

3/27/26 Date

Pay to the Order of Simply Fresh    $ 2175 16

Two Thousand One Hundred Seventy Five    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 1/14  1/19  1/27  2/1

4529 $2,175.16 3/30/2026

For Deposit Only - JPMC

4529 $2,175.16 3/30/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4530

3/13/26 Date

Pay to the Order of Simply Fresh Produce    $ 1759.62

One Thousand Seventhated Fifty Nine    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 1/2  1/5  1/8  1/9

4530 $1,759.62 3/16/2026

For Deposit Only - JPMC

4530 $1,759.62 3/16/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4530

3/26/26 Date

Pay to the Order of Freddy Mkulxx    $ 542.69

Five hundred Forty Two and 2    Dollars

AMBOY Bank    MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For

4530 $542.00 3/23/2026

Freddy Nicolax
347-712-0021

4530 $542.00 3/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4531

3/6/26 Date

Pay to the Order of Nina Amarina    $ 450.7

Four Hundred Fifty    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 3/6

4531 $450.00 3/20/2026

Nina Amarino
Mobile deposit

4531 $450.00 3/20/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4531

3/25/26 Date

Pay to the Order of Emmerson Sitan    $ 500.00

Five Hundred    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4531 $500.00 3/23/2026

For Deposit Only - JPMC

Emelson

4531 $500.00 3/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4532

Date 3/16/26

Pay to the Order of NINA AMARANDO    $ 450.00

Four Hbled fifty    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

2/27/26

4532    $450.00    3/19/2026

4532    $450.00    3/19/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4533

Date 3/9/26

Pay to the Order of NINA Amarando    $ 450.00

Fon Hbled fifty    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07729
www.amboybank.com

For 1/23/26

4533    $450.00    3/10/2026

4533    $450.00    3/10/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4533

Date 3/24/26

Pay to the Order of Marlon Calderon    $ 160.00

One Hbled sixty and 100    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For

4533    $160.00    3/25/2026

4533    $160.00    3/25/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4534

Date 3/9/26

Pay to the Order of NINA AmArAndo    $ 450.00

Four Hbled fifty    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For 1/30

4534    $450.00    3/12/2026

4534    $450.00    3/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4534

Date 3/25/26

Pay to the Order of Allan Xicay    $ 500.00

Five Hbled    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For

4534    $500.00    3/23/2026

4534    $500.00    3/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4535

Date 3/25/26

Pay to the Order of NINA Amarando    $ 450.00

Four Hbled fifty and 100    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For 3/13/26

4535    $450.00    3/27/2026

4535    $450.00    3/27/2026



| | |
|---|---|
| 4536  $1,000.00  3/16/2026 | 4536  $1,000.00  3/16/2026 |
| 4536  $500.00  3/26/2026 | 4536  $500.00  3/26/2026 |
| 4537  $390.00  3/17/2026 | 4537  $390.00  3/17/2026 |
| 4537  $350.00  3/26/2026 | 4537  $350.00  3/26/2026 |
| 4538  $300.00  3/23/2026 | 4538  $300.00  3/23/2026 |
| 4539  $440.00  3/10/2026 | 4539  $440.00  3/10/2026 |

4539    $157.00    3/30/2026

4539    $157.00    3/30/2026

4540    $435.00    3/13/2026

4540    $435.00    3/13/2026

4540    $835.00    3/27/2026

4540    $835.00    3/27/2026

4541    $542.00    3/12/2026

4541    $542.00    3/12/2026

4541    $420.00    3/26/2026

4541    $420.00    3/26/2026

4542    $835.00    3/9/2026

4542    $835.00    3/9/2026

16107764  Page 18



4542    $545.00    3/31/2026          4542    $545.00    3/31/2026

4543    $750.00    3/13/2026          4543    $750.00    3/13/2026

4543    $767.00    3/31/2026          4543    $767.00    3/31/2026

4544    $550.00    3/30/2026          4544    $550.00    3/30/2026

4545    $500.00    3/13/2026          4545    $500.00    3/13/2026

4545    $800.00    3/31/2026          4545    $800.00    3/31/2026

4546 $500.00 3/18/2026     4546 $500.00 3/18/2026

4547 $385.00 3/30/2026     4547 $385.00 3/30/2026

4548 $920.00 3/16/2026     4548 $920.00 3/16/2026

4548 $500.00 3/30/2026     4548 $500.00 3/30/2026

4549 $370.00 3/16/2026     4549 $370.00 3/16/2026

4550 $251.74 3/12/2026     4550 $251.74 3/12/2026



4550   $650.00   3/27/2026          4550   $650.00   3/27/2026

4551   $1,415.54   3/16/2026        4551   $1,415.54   3/16/2026

4551   $300.00   3/31/2026          4551   $300.00   3/31/2026

4552   $300.00   3/17/2026          4552   $300.00   3/17/2026

4552   $750.00   3/30/2026          4552   $750.00   3/30/2026

4553   $368.00   3/20/2026          4553   $368.00   3/20/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4553
Date 3/29/26
Pay to the Order of Sullivan Brother   $ 1114.23
One Thousand one Hundred fourteen
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For 1/13  1014.25 +100 for
4553

4553   $1,114.23   3/30/2026

529930124174 123352  20260327 00000000161-0776-4
TRN_DEBIT TAP2460  0.00
Monmouth Regional 0299 94004 5299 0011 0099

4553   $1,114.23   3/30/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4554
Date 3/18/26
Pay to the Order of Lobel Digital Solutions   $ 300.00
Three Hundred and 00
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For SEO
4554

4554   $300.00   3/23/2026

For Deposit Only - JPMC
THE SKILLET BY SAL INC

4554   $300.00   3/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07726
4554
Date 3/26/26
Pay to the Order of Sensational Dairy   $ 400.00
Four Hundred
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07728  www.amboybank.com
For
4554

4554   $400.00   3/27/2026

BGB Bank Electronically Deposited

4554   $400.00   3/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4556
Date 3/19/26
Pay to the Order of Artisan Bakers   $ 1000.00
one Thousand
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07728  www.amboybank.com
For
4556

4556   $1,000.00   3/17/2026

534834043697 143058  20260316 00000000161-0776-4
TRN_DEBIT TAQ4848  1000.00
Staten Island-Tottenville 0548 94004 5348 00

4556   $1,000.00   3/17/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4557
Date 3/12/26
Pay to the Order of ALex Romero   $ 700.00
Seven Hundred
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07728  www.amboybank.com
For
4557

4557   $700.00   3/16/2026

12603-NJ

4557   $700.00   3/16/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4558
Date 3/14/26
Pay to the Order of King Kong   $ 335.00
Three Hundred Thirty five 00
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For
4558

4558   $335.00   3/13/2026

For Deposit Only - JPMC

4558   $335.00   3/13/2026



4558    $687.00    3/31/2026          4558    $687.00    3/31/2026

4559    $478.64    3/18/2026          4559    $478.64    3/18/2026

4560    $250.00    3/17/2026          4560    $250.00    3/17/2026

4560    $1,050.00    3/31/2026        4560    $1,050.00    3/31/2026

4561    $500.00    3/20/2026          4561    $500.00    3/20/2026

4561    $320.00    3/31/2026          4561    $320.00    3/31/2026

| | |
|---|---|
| THE SKILLET BY SAL INC — 4562 — Pay to the Order of: Michal Vaselli — $700.00 — Seven Hund — AMBOY Bank — For: MVGM LLC | For Deposit Only - JPMC |
| 4562    $700.00    3/23/2026 | 4562    $700.00    3/23/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4562 — Pay to the Order of: ALLAN XICAY — $500.00 — Five Hshed — AMBOY Bank | Alan Xicay |
| 4562    $500.00    3/27/2026 | 4562    $500.00    3/27/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4563 — Pay to the Order of: Freddy Miculy — $542.00 — Five Hshed Forty Two dls — AMBOY Bank | Freddy Miculax 347-712-6021 |
| 4563    $542.00    3/30/2026 | 4563    $542.00    3/30/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4564 — Pay to the Order of: Emerson Sitan — $600.00 — Six Hshed — AMBOY Bank | For Deposit Only - JPMC — Emerson |
| 4564    $600.00    3/27/2026 | 4564    $600.00    3/27/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4567 — Pay to the Order of: John Latona — $916.67 — Nine Hundred Sixteen — AMBOY Bank — For: November 2025 | For Deposit Only - JPMC |
| 4567    $916.67    3/27/2026 | 4567    $916.67    3/27/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4569 — Pay to the Order of: Paramount Paper — $600.00 — Six Hundred — AMBOY Bank — For: on Acct Fasta | For Deposit Only - JPMC |
| 4569    $600.00    3/20/2026 | 4569    $600.00    3/20/2026 |

16107764  Page 24



4569  $700.00  3/31/2026          4569  $700.00  3/31/2026

4570  $500.00  3/31/2026          4570  $500.00  3/31/2026

4571  $139.50  3/19/2026          4571  $139.50  3/19/2026

4572  $610.00  3/16/2026          4572  $610.00  3/16/2026

4572  $300.00  3/31/2026          4572  $300.00  3/31/2026

4574  $250.00  3/30/2026          4574  $250.00  3/30/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4577
Date 3/29/26
Pay to the Order of Alex Romer    $ 1100
One Thousand One Hundred    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4577    $1,100.00    3/31/2026

14757-NJ

4577    $1,100.00    3/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4578
Date 3/29/26
Pay to the Order of Electro Brotchisan Alarm    $ 800
Eight Hundred    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4578    $800.00    3/31/2026

4578    $800.00    3/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4588
Date 3/27/26
Pay to the Order of AkA Refrigeration    $ 1000
One Thousand    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4588    $1,000.00    3/3/2026

4588    $1,000.00    3/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4589
Date 3/15/26
Pay to the Order of AkA Refrigeration    $ 1000
one thousand    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4589    $1,000.00    3/25/2026

4589    $1,000.00    3/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4590
Date 3/22/26
Pay to the Order of AkA Refrigeration    $ 1000
One Thousand    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For

4590    $1,000.00    3/25/2026

4590    $1,000.00    3/25/2026

NSF                    NSF
*211274450*
02/17/2026
08000073464543b
RETURN REASON (A)
NOT SUFFICIENT FUNDS

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4617
Date 2/11/26
Pay to the Order of Artisan Bakers    $ 500
Five Hundred    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For    SKILLET

4617    $500.00    3/31/2026

4617    $500.00    3/31/2026



4627   $1,000.00   3/6/2026

4627   $1,000.00   3/6/2026

4628   $1,000.00   3/2/2026

4628   $1,000.00   3/2/2026

4631   $1,000.00   3/23/2026

4631   $1,000.00   3/23/2026

4634   $300.00   3/4/2026

4634   $300.00   3/4/2026

4637   $410.40   3/9/2026

4637   $410.40   3/9/2026

4638   $410.40   3/2/2026

4638   $410.40   3/2/2026

4641    $300.00    3/3/2026

4641    $300.00    3/3/2026

4645    $920.00    3/3/2026

4645    $920.00    3/3/2026

4647    $1,500.00    3/9/2026

4647    $1,500.00    3/9/2026

4648    $1,500.00    3/27/2026

4648    $1,500.00    3/27/2026

4649    $1,500.00    3/30/2026

4649    $1,500.00    3/30/2026

4651    $500.00    3/9/2026

4651    $500.00    3/9/2026



4659   $157.00   3/2/2026

4659   $157.00   3/2/2026

4660   $240.00   3/10/2026

4660   $240.00   3/10/2026

4661   $650.00   3/2/2026

4661   $650.00   3/2/2026

4665   $750.00   3/5/2026

4665   $750.00   3/5/2026

4666   $671.28   3/3/2026

4666   $671.28   3/3/2026

4667   $500.00   3/9/2026

4667   $500.00   3/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4668

Pay to the Order of: Sullivan Brother     $ 1103.21
One Thousand One Hundred Three...    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
For: Replace Ck 4742

4668    $1,103.21    3/2/2026

529938006896 130848  20260227 00000900161-0776-0
TRN_DEBIT SFERGU2  1103.21
Monmouth Regional 0299 94004 5299 0006 0006

4668    $1,103.21    3/2/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4669

Pay to the Order of: Sullivan Brother     $ 1348.00
One Thousand Three Hundred Forty Eight    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
For: 12/16  1148.00 + 200

4669    $1,348.00    3/2/2026

529938006897 130849  20260227 00000009161-0776-0
TRN_DEBIT SFERGU2  0.00
Monmouth Regional 0299 94004 5299 0006 0006

4669    $1,348.00    3/2/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4670

Pay to the Order of: Miscela D'oro     $ 244.15
Two Hundred Forty-Four and 15/100    Dollars
AMBOY Bank    MANALAPAN OFFICE 16

4670    $244.15    3/4/2026

Seq: 1
Dep: 000476
Date: 03/03/26
For Deposit Only to Miscela D'oro Inc.
Miscela D'oro USA, Inc.
Master

4670    $244.15    3/4/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4671

Pay to the Order of: Cash     $ 50.00
Fifty and 00/100    Dollars
AMBOY Bank    MANALAPAN OFFICE 16

4671    $50.00    3/5/2026

578276033391 140025  20260304 00000000161-0776-4
TRN_DEBIT TAG7613  50.00
Howell 0082 94004 5782 0004 0041

4671    $50.00    3/5/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4672

Pay to the Order of: Artisan Bakers     $ 1200.00
One Thousand Two Hundred    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
For: 800 + 400

4672    $1,200.00    3/31/2026

534827062012 154507  20260330 00000000000000090
TAQ4848  0.00
Staten Island-Tottenville 0548 94004 5348 000

4672    $1,200.00    3/31/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4673

Pay to the Order of: Puglisi Egg     $ 750.00
Seven Hundred Fifty    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
For: on acct

4673    $750.00    3/9/2026

BOFD >021204416<
Puglisi Egg Farm
2026-03-09
9973513805

PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2890
021204416
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI BROTHERS
EGG FARM

4673    $750.00    3/9/2026



4674   $920.00   3/9/2026          4674   $920.00   3/9/2026

4675   $300.00   3/3/2026          4675   $300.00   3/3/2026

4676   $67.00   3/2/2026           4676   $67.00   3/2/2026

4677   $80.00   3/9/2026           4677   $80.00   3/9/2026

4678   $500.00   3/2/2026          4678   $500.00   3/2/2026

4679   $1,045.00   3/3/2026        4679   $1,045.00   3/3/2026

| Check | Amount | Date |
|---|---|---|
| 4680 | $500.00 | 3/3/2026 |
| 4680 | $500.00 | 3/3/2026 |
| 4681 | $157.00 | 3/3/2026 |
| 4681 | $157.00 | 3/3/2026 |
| 4682 | $450.00 | 3/6/2026 |
| 4682 | $450.00 | 3/6/2026 |
| 4683 | $450.00 | 3/5/2026 |
| 4683 | $450.00 | 3/5/2026 |
| 4684 | $240.00 | 3/3/2026 |
| 4684 | $240.00 | 3/3/2026 |
| 4685 | $650.00 | 3/6/2026 |
| 4685 | $650.00 | 3/6/2026 |



4687  $723.00  3/3/2026      4687  $723.00  3/3/2026

4688  $500.00  3/12/2026     4688  $500.00  3/12/2026

4689  $500.00  3/6/2026      4689  $500.00  3/6/2026

4690  $212.00  3/10/2026     4690  $212.00  3/10/2026

4691  $1,473.40  3/16/2026   4691  $1,473.40  3/16/2026

4692  $1,617.65  3/16/2026   4692  $1,617.65  3/16/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4705

2/27/26

Pay to the Order of _Robert Scarpa_    $ 1,000

One Thousand — Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _17k (1000) 16k_

4705 $1,000.00 3/2/2026

4705 $1,000.00 3/2/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4706

3/8/26

Pay to the Order of _Robert Scarpa_    $1,000

One Thousand — Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _16k (000) 15k_

4706 $1,000.00 3/10/2026

4706 $1,000.00 3/10/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4710

2/7/26

Pay to the Order of _Agostino Bonelli_    $ 2,500.00

Two Thousand Five Hundred — Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _Pay Loan on (2)_

4710 $2,500.00 3/10/2026

4710 $2,500.00 3/10/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4726

2/14/26

Pay to the Order of _Freehold High School_    $ 85.00

Eighty five — Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _Drama Club_

4726 $85.00 3/10/2026

BOA CC:0350092721 CashID:756 Date:03/09/26 Seq#:0
CorrelationID:79360309165011 DeviceID:DNJ10589 Trans
LTPS:ATL ET

4726 $85.00 3/10/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4739

2/19/26

Pay to the Order of _Alex Reuven_    $ 1,045.00

One Thousand Forty five — Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

RE-CLEAR

For _____

4739 $1,045.00 3/9/2026

14757-NJ

4739 $1,045.00 3/9/2026

**THE SKILLET BY SAL INC**
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4743

2/20/26

Pay to the Order of _Chef Tools_    $ 300.00

Three Hundred — Dollars

**AMBOY Bank**
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

4743 $300.00 3/3/2026

566489019901 130848  20260302 0000000016
TRN_DEBIT ZAFARXIX  0.00
Green Brook 0164 94004 5664 0001 000

4743 $300.00 3/3/2026

**Check 4747**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4747

Pay to the Order of: Cash    $750.00
Seven Hundred fifty and 00/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Deposit Only - JPMC

4747    $750.00    3/2/2026       |    4747    $750.00    3/2/2026

**Check 4749**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4749    3/2/26

Pay to the Order of: Global Blvds LLC    $1000.02
One Thousand    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For: on acct

4749    $1,000.02    3/2/2026       |    4749    $1,000.02    3/2/2026

**Check 4750**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4750    3/9/26

Pay to the Order of: Global Blvds    $1000.00
One Thousand    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

4750    $1,000.00    3/17/2026       |    4750    $1,000.00    3/17/2026

**Check 4751**

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4751    2/27/26

Pay to the Order of: Miscela D'oro    $323.75
Three Hundred Twenty-Three and 75/100    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

Seq: 1
Dep: 000473
Date: 02/27/26

4751    $323.75    3/2/2026       |    4751    $323.75    3/2/2026

**Check 8001**

THE SKILLET BY SAL INC
7 DANCER LANE
FREEHOLD NJ, 07728

8001    3/20/26

Pay to the Order of: Griffy's    $500.00
Five Hundred    DOLLARS

AMBOY Bank

Memo: On acct

8001    $500.00    3/23/2026       |    8001    $500.00    3/23/2026

**Check 8003**

THE SKILLET BY SAL INC
7 DANCER LANE
FREEHOLD NJ, 07728

8003    3/16/26

Pay to the Order of: Allan Xicay    $500.00
Five Hundred    DOLLARS

AMBOY Bank

Alan Xicay

8003    $500.00    3/16/2026       |    8003    $500.00    3/16/2026

| | |
|---|---|
| 8004   $550.00   3/17/2026 | 8004   $550.00   3/17/2026 |
| 8005   $350.00   3/16/2026 | 8005   $350.00   3/16/2026 |
| 8006   $314.00   3/17/2026 | 8006   $314.00   3/17/2026 |
| 8007   $500.00   3/17/2026 | 8007   $500.00   3/17/2026 |
| 8008   $770.00   3/17/2026 | 8008   $770.00   3/17/2026 |
| 8009   $650.00   3/16/2026 | 8009   $650.00   3/16/2026 |



8010 $542.00 3/20/2026         8010 $542.00 3/20/2026

8011 $835.00 3/16/2026         8011 $835.00 3/16/2026

8012 $240.00 3/16/2026         8012 $240.00 3/16/2026

8015 $1,000.00 3/23/2026       8015 $1,000.00 3/23/2026

8016 $1,000.00 3/17/2026       8016 $1,000.00 3/17/2026

8017 $767.00 3/24/2026         8017 $767.00 3/24/2026

8018    $200.00    3/17/2026

8018    $200.00    3/17/2026

8019    $545.00    3/17/2026

8019    $545.00    3/17/2026

8020    $1,387.00    3/23/2026

8020    $1,387.00    3/23/2026

8021    $476.00    3/25/2026

8021    $476.00    3/25/2026

14330    $470.11    3/10/2026

14330    $470.11    3/10/2026

14352    $470.11    3/16/2026

14352    $470.11    3/16/2026

14373   $470.11   3/31/2026

14373   $470.11   3/31/2026

14396   $32.47   3/10/2026

14396   $32.47   3/10/2026

14401   $24.61   3/2/2026

14401   $24.61   3/2/2026

14405   $470.11   3/4/2026

14405   $470.11   3/4/2026

14410   $83.44   3/31/2026

14410   $83.44   3/31/2026

14419   $40.86   3/2/2026

14419   $40.86   3/2/2026



14425   $595.06   3/2/2026



14425   $595.06   3/2/2026

14426   $470.11   3/9/2026

14426   $470.11   3/9/2026

14431   $24.57   3/31/2026

14431   $24.57   3/31/2026

14432   $327.69   3/5/2026

14432   $327.69   3/5/2026

14433   $7.63   3/10/2026

14433   $7.63   3/10/2026





14435   $22.79   3/4/2026



14435   $22.79   3/4/2026





14440   $151.50   3/3/2026



14440   $151.50   3/3/2026



14441   $15.51   3/2/2026



14441   $15.51   3/2/2026



14444   $431.18   3/3/2026



14444   $431.18   3/3/2026



14448   $595.06   3/2/2026



14448   $595.06   3/2/2026



14449   $470.11   3/17/2026



14449   $470.11   3/17/2026

14450   $348.15   3/4/2026

14450   $348.15   3/4/2026




14451   $270.01   3/2/2026          14451   $270.01   3/2/2026




14452   $25.22   3/30/2026          14452   $25.22   3/30/2026




14453   $140.10   3/2/2026          14453   $140.10   3/2/2026




14454   $270.44   3/6/2026          14454   $270.44   3/6/2026




14455   $46.30   3/31/2026          14455   $46.30   3/31/2026




14456   $218.46   3/5/2026          14456   $218.46   3/5/2026



14457   $9.33   3/10/2026

14457   $9.33   3/10/2026

14458   $508.86   3/5/2026

14458   $508.86   3/5/2026

14459   $15.34   3/4/2026

14459   $15.34   3/4/2026

14460   $373.09   3/3/2026

14460   $373.09   3/3/2026

14461   $19.48   3/3/2026

14461   $19.48   3/3/2026

14462   $10.43   3/9/2026

14462   $10.43   3/9/2026




14463   $11.70   3/2/2026          14463   $11.70   3/2/2026




14464   $431.18   3/4/2026         14464   $431.18   3/4/2026





14467   $595.06   3/9/2026         14467   $595.06   3/9/2026




14468   $470.11   3/18/2026        14468   $470.11   3/18/2026




14469   $172.23   3/9/2026         14469   $172.23   3/9/2026




14470   $270.81   3/10/2026        14470   $270.81   3/10/2026





14471   $107.58   3/9/2026

14471   $107.58   3/9/2026




14472   $290.16   3/16/2026

14472   $290.16   3/16/2026




14473   $33.02   3/31/2026

14473   $33.02   3/31/2026




14474   $112.32   3/20/2026

14474   $112.32   3/20/2026




14477   $420.11   3/9/2026

14477   $420.11   3/9/2026

14478   $25.35   3/9/2026

14478   $25.35   3/9/2026




14480   $49.33   3/9/2026

14480   $49.33   3/9/2026




14481   $11.33   3/9/2026

14481   $11.33   3/9/2026




14482   $431.18   3/16/2026

14482   $431.18   3/16/2026




14483   $190.00   3/9/2026

14483   $190.00   3/9/2026




14484   $85.00   3/16/2026

14484   $85.00   3/16/2026




14487   $595.06   3/17/2026

14487   $595.06   3/17/2026







14488   $470.11   3/26/2026          14488   $470.11   3/26/2026





14489   $300.26   3/16/2026          14489   $300.26   3/16/2026





14490   $270.01   3/17/2026          14490   $270.01   3/17/2026





14491   $83.24   3/16/2026          14491   $83.24   3/16/2026





14492   $189.09   3/16/2026          14492   $189.09   3/16/2026

14493   $29.08   3/31/2026          14493   $29.08   3/31/2026





14495   $9.18   3/19/2026



14495   $9.18   3/19/2026



14496   $508.86   3/17/2026



14496   $508.86   3/17/2026



14497   $32.07   3/27/2026



14497   $32.07   3/27/2026



14498   $416.73   3/17/2026



14498   $416.73   3/17/2026



14499   $38.70   3/17/2026



14499   $38.70   3/17/2026

14501   $30.43   3/17/2026

14501   $30.43   3/17/2026





14502   $23.15   3/23/2026

14502   $23.15   3/23/2026





14503   $431.18   3/17/2026

14503   $431.18   3/17/2026





14503   $431.18   3/23/2026

14503   $431.18   3/23/2026





14506   $595.06   3/25/2026

14506   $595.06   3/25/2026





14508   $308.89   3/23/2026

14508   $308.89   3/23/2026





14509   $270.01   3/23/2026

14509   $270.01   3/23/2026




14510   $115.21   3/23/2026          14510   $115.21   3/23/2026




14511   $198.44   3/23/2026          14511   $198.44   3/23/2026




14512   $55.98   3/31/2026          14512   $55.98   3/31/2026




14514   $4.51   3/23/2026          14514   $4.51   3/23/2026




14515   $508.86   3/24/2026          14515   $508.86   3/24/2026





14517   $426.61   3/23/2026          14517   $426.61   3/23/2026



14518   $13.78   3/23/2026



14518   $13.78   3/23/2026



14520   $10.71   3/24/2026



14520   $10.71   3/24/2026



14521   $9.74   3/23/2026



14521   $9.74   3/23/2026



14522   $431.18   3/26/2026



14522   $431.18   3/26/2026



14526   $595.06   3/30/2026



14526   $595.06   3/30/2026

14528   $431.02   3/30/2026

14528   $431.02   3/30/2026



14529    $270.01    3/31/2026



14529    $270.01    3/31/2026



14530    $308.09    3/30/2026



14530    $308.09    3/30/2026



14531    $306.44    3/30/2026



14531    $306.44    3/30/2026

14532    $25.99    3/31/2026

14532    $25.99    3/31/2026



14535    $508.86    3/31/2026



14535    $508.86    3/31/2026

14537    $545.57    3/31/2026

14537    $545.57    3/31/2026



14538   $25.90   3/31/2026



14538   $25.90   3/31/2026



14539   $26.26   3/30/2026



14539   $26.26   3/30/2026



14540   $23.58   3/30/2026



14540   $23.58   3/30/2026

14541   $431.18   3/31/2026

14541   $431.18   3/31/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

                        Street and Number                        City               State         Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ............................................ ☐ Loan ............................................ ☐ Safe Deposit Box ( ............................................ )

☐ Savings ............................................ ☐ Certificate ............................................ ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____    Authorized Signature: _____

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | DEPOSITS NOT SHOWN ON STATEMENT | |
|---|---|---|---|---|
| TOTAL CHECKS OUTSTANDING | | | | |
| CHECKBOOK BALANCE | | | STATEMENT BALANCE | |
| **TOTAL** | | | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY