For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

000 0000 0000 0000 0000 0000 0000 0000 000 00000
000 0000 0000 0000 0000 0000 0000 0000 000 00000

THE SKILLET BY SAL INC
MERCHANT ACCOUNT
7 DANCER LANE
FREEHOLD          NJ  07728

**Save the Date - FREE Senior Fairs through April!**
**Topics include Property Tax Freeze, Benefits Checkup,**
**Amboy Sr Loans and Services. Registration encouraged.**

**Stop in any branch, call 877.22.6269, or visit AmboyBank.com/SeniorFair**

## Free Small Business Account        Account number: 16018087

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-27 | $381.07 |
| Deposits and other credits (+) | $189,874.23 |
| Withdrawals, checks and other debits (-) | $190,277.48 |
| Ending Balance on 03-31 | -$22.18 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 295.00 | 03-05 | WFBTRANSF1 CR CD DEP 260304 5436845559 58323 5436845559 58323 1THE SKILLET | 2,540.29 |
| 03-02 | WFBTRANSF1 CR CD DEP 260227 5436845559 58323 5436845559 58323 1THE SKILLET | 3,478.66 | 03-06 | WFBTRANSF1 CR CD DEP 260305 5436845559 58323 5436845559 58323 1THE SKILLET | 2,629.33 |
| 03-02 | WFBTRANSF1 CR CD DEP 260301 5436845559 58323 5436845559 58323 1THE SKILLET | 9,001.48 | 03-09 | TSYS/TRANSFIRST CR CD DEP 260306 5436845559 58323 5436845559 58323 1THE SKILLET | 5,086.86 |
| 03-03 | WFBTRANSF1 CR CD DEP 260302 5436845559 58323 5436845559 58323 1THE SKILLET | 2,783.34 | 03-09 | TSYS/TRANSFIRST CR CD DEP 260308 5436845559 58323 5436845559 58323 1THE SKILLET | 9,455.53 |
| 03-03 | WFBTRANSF1 CR CD DEP 260302 5436845559 58323 5436845559 58323 1THE SKILLET | 9,677.34 | 03-10 | TSYS/TRANSFIRST CR CD DEP 260309 5436845559 58323 5436845559 58323 1THE SKILLET | 3,722.39 |
| 03-03 | Incoming Wire 95153955 | 6,000.00 | 03-10 | TSYS/TRANSFIRST CR CD DEP 260309 5436845559 58323 5436845559 58323 1THE SKILLET | 10,861.57 |
| 03-04 | WFBTRANSF1 CR CD DEP 260303 5436845559 58323 5436845559 58323 1THE SKILLET | 643.69 | 03-11 | TSYS/TRANSFIRST CR CD DEP 260310 5436845559 58323 5436845559 58323 1THE SKILLET | 2,558.16 |
| 03-04 | WFBTRANSF1 CR CD DEP 260303 5436845559 58323 5436845559 58323 1THE SKILLET | 2,986.70 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-12 | TSYS/TRANSFIRST CR CD DEP 260311 5436845559583231THE SKILLET | 2,990.00 | 03-23 | TSYS/TRANSFIRST CR CD DEP 260322 5436845559583231THE SKILLET | 9,801.46 |
| 03-13 | TSYS/TRANSFIRST CR CD DEP 260312 5436845559583231THE SKILLET | 3,508.84 | 03-24 | TSYS/TRANSFIRST CR CD DEP 260323 5436845559583231THE SKILLET | 3,058.08 |
| 03-13 | Incoming Wire 95493649 | 2,500.00 | 03-24 | TSYS/TRANSFIRST CR CD DEP 260323 5436845559583231THE SKILLET | 10,829.73 |
| 03-16 | TSYS/TRANSFIRST CR CD DEP 260313 5436845559583231THE SKILLET | 4,435.79 | 03-25 | TSYS/TRANSFIRST CR CD DEP 260324 5436845559583231THE SKILLET | 2,568.32 |
| 03-16 | TSYS/TRANSFIRST CR CD DEP 260315 5436845559583231THE SKILLET | 11,010.58 | 03-26 | TSYS/TRANSFIRST CR CD DEP 260325 5436845559583231THE SKILLET | 2,708.71 |
| 03-17 | TSYS/TRANSFIRST CR CD DEP 260316 5436845559583231THE SKILLET | 3,884.32 | 03-27 | TSYS/TRANSFIRST CR CD DEP 260326 5436845559583231THE SKILLET | 2,880.65 |
| 03-17 | TSYS/TRANSFIRST CR CD DEP 260316 5436845559583231THE SKILLET | 10,626.36 | 03-30 | TSYS/TRANSFIRST CR CD DEP 260327 5436845559583231THE SKILLET | 4,346.89 |
| 03-18 | TSYS/TRANSFIRST CR CD DEP 260317 5436845559583231THE SKILLET | 3,331.06 | 03-30 | TSYS/TRANSFIRST CR CD DEP 260329 5436845559583231THE SKILLET | 10,824.28 |
| 03-19 | TSYS/TRANSFIRST CR CD DEP 260318 5436845559583231THE SKILLET | 3,387.00 | 03-31 | TSYS/TRANSFIRST CR CD DEP 260330 5436845559583231THE SKILLET | 4,718.27 |
| 03-20 | TSYS/TRANSFIRST CR CD DEP 260319 5436845559583231THE SKILLET | 3,498.06 | 03-31 | TSYS/TRANSFIRST CR CD DEP 260330 5436845559583231THE SKILLET | 10,346.46 |
| 03-23 | TSYS/TRANSFIRST CR CD DEP 260320 5436845559583231THE SKILLET | 6,899.03 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | 2602271900452 5Y Vivian Capital Group LLC D | 300.00 | 03-02 | Internet Transfer to xxx7764 | 7,700.00 |
| 03-02 | 260227190045VH7 Vivian Capital LLC D | 300.00 | 03-03 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 |
| 03-02 | Internet Transfer to xxx8272 | 70.00 | 03-03 | Internet Transfer to xxx8272 | 15.00 |
| 03-02 | BRANCH WITHDRAWAL | 400.00 | 03-03 | Internet Transfer to xxx8272 | 200.00 |
| 03-02 | BRANCH WITHDRAWAL | 670.00 | 03-03 | Internet Transfer to xxx7455 | 250.00 |
| 03-02 | Internet Transfer to xxx8183 | 705.00 | 03-03 | Internet Transfer to xxx8272 | 440.00 |
| 03-02 | Internet Transfer to xxx7455 | 3,005.00 | 03-03 | Internet Transfer to xxx7764 | 535.00 |
| | | | 03-03 | Internet Transfer to xxx7764 | 2,000.00 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 03-03 | Internet Transfer to xxx7764 | 3,000.00 | 03-17 | INS PMNT HANOVER INS BILLPAY | 365.25 |
| 03-03 | Internet Transfer to xxx7764 | 11,885.00 | 03-17 | Internet Transfer to xxx7764 | 14,185.00 |
| 03-03 | Domestic Incoming Wire Fee 95153955 | 5.00 | 03-18 | Internet Transfer to xxx8183 | 445.00 |
| 03-04 | Internet Transfer to xxx7764 | 3,600.00 | 03-18 | Internet Transfer to xxx7764 | 2,890.00 |
| 03-05 | 7300604847 BILLNG 260228 4445045885837 Merch Bankcard 3331091 The Skillet | 30.48 | 03-19 | Internet Transfer to xxx8183 | 35.00 |
| | | | 03-19 | Internet Transfer to xxx7764 | 3,350.00 |
| | | | 03-20 | Internet Transfer to xxx8272 | 600.00 |
| 03-05 | 9030558887 ROSS VENTURES, L ACH Debit | 3,000.00 | 03-20 | Internet Transfer to xxx8183 | 800.00 |
| | | | 03-20 | Internet Transfer to xxx7764 | 2,100.00 |
| 03-06 | Internet Transfer to xxx7764 | 2,165.00 | 03-23 | 260320190022N2H Vivian Capital Group LLC D | 300.00 |
| 03-06 | OVERDRAFT CHARGE | 35.00 | | | |
| 03-09 | 2603061900045XPO Vivian Capital Group LLC D | 300.00 | 03-23 | 260320190022MJM Vivian Capital Group LLC D | 300.00 |
| 03-09 | 2603061900451BE Vivian Capital Group LLC D | 300.00 | 03-23 | BRANCH WITHDRAWAL | 150.00 |
| 03-09 | Internet Transfer to xxx8183 | 100.00 | 03-23 | Internet Transfer to xxx8183 | 450.00 |
| 03-09 | BRANCH WITHDRAWAL | 950.00 | 03-23 | Internet Transfer to xxx7764 | 600.00 |
| 03-09 | Internet Transfer to xxx7455 | 3,000.00 | 03-23 | Internet Transfer to xxx8272 | 800.00 |
| 03-09 | Internet Transfer to xxx7764 | 9,850.00 | 03-23 | Internet Transfer to xxx7455 | 3,100.00 |
| 03-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 6.93 | 03-23 | Internet Transfer to xxx7764 | 11,000.00 |
| | | | 03-24 | Internet Transfer to xxx8183 | 100.88 |
| 03-10 | Internet Transfer to xxx8183 | 25.00 | 03-24 | Internet Transfer to xxx7764 | 13,785.00 |
| 03-10 | Internet Transfer to xxx7764 | 485.00 | 03-25 | Internet Transfer to xxx7764 | 2,570.00 |
| 03-10 | Internet Transfer to xxx8183 | 1,075.00 | 03-26 | Internet Transfer to xxx8183 | 700.00 |
| 03-10 | Internet Transfer to xxx7764 | 13,000.00 | 03-26 | Internet Transfer to xxx7764 | 2,010.00 |
| 03-11 | Internet Transfer to xxx8183 | 455.00 | 03-27 | BRANCH WITHDRAWAL | 950.00 |
| 03-11 | Internet Transfer to xxx7764 | 2,100.00 | 03-27 | Internet Transfer to xxx7764 | 1,900.00 |
| 03-12 | Internet Transfer to xxx8183 | 905.00 | 03-30 | 260327190023MNL Vivian Capital Group LLC D | 300.00 |
| 03-12 | Internet Transfer to xxx7764 | 2,090.00 | | | |
| 03-13 | 9030716135 ROSS VENTURES, L ACH Debit | 2,500.00 | 03-30 | 260327190022IUN Vivian Capital Group LLC D | 300.00 |
| 03-13 | Internet Transfer to xxx8183 | 6.00 | 03-30 | Internet Transfer to xxx7455 | 3,050.00 |
| 03-13 | Internet Transfer to xxx7764 | 1,005.00 | 03-30 | Internet Transfer to xxx7764 | 11,550.00 |
| 03-13 | Internet Transfer to xxx7764 | 2,500.00 | 03-31 | Digital Basic Monthly Fee | 10.00 |
| 03-13 | Domestic Incoming Wire Fee 95493649 | 5.00 | 03-31 | Internet Transfer to xxx8272 | 200.00 |
| 03-16 | 2603131900024O1K Vivian Capital Group LLC D | 300.00 | 03-31 | Internet Transfer to xxx8183 | 365.00 |
| 03-16 | 2603131900247DT Vivian Capital Group LLC D | 300.00 | 03-31 | Internet Transfer to xxx8183 | 1,000.00 |
| 03-16 | Internet Transfer to xxx8272 | 136.00 | 03-31 | Internet Transfer to xxx7764 | 13,500.00 |
| 03-16 | Internet Transfer to xxx8183 | 410.00 | 03-31 | SERVICE CHARGE | 15.00 |
| 03-16 | BRANCH WITHDRAWAL | 1,100.00 | 03-31 | OVERDRAFT INTEREST CHARGE | 0.19 |
| 03-16 | Internet Transfer to xxx7455 | 3,050.00 | | | |
| 03-16 | Internet Transfer to xxx7764 | 10,100.00 | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

THE SKILLET BY SAL INC

**Free Small Business Account**                    Account number: 16018087

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 35.19 | 70.19 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 3/2/26
PRINT NAME: The Skillet
SIGN NAME
$ AMOUNT 400.00
ACCOUNT NUMBER 16018087
:021204416: 050

0    $400.00    3/2/2026

0    $400.00    3/2/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date
PRINT NAME: THE SKILLET
SIGN NAME
$ AMOUNT 670.—
ACCOUNT NUMBER 16018087
:021204416: 050

-BRANCHNAME=MANALAPAN

0    $670.00    3/2/2026

0    $670.00    3/2/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 3/9/26
PRINT NAME: The Skillet
SIGN NAME
$ AMOUNT 950.—
ACCOUNT NUMBER 16018087
:021204416: 050

0    $950.00    3/9/2026

0    $950.00    3/9/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 3/16/26
PRINT NAME: The Skillet
SIGN NAME
$ AMOUNT 1100.—
ACCOUNT NUMBER 16018087
:021204416: 050

0    $1,100.00    3/16/2026

0    $1,100.00    3/16/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 3/23/26
PRINT NAME: The Skillet
SIGN NAME
$ AMOUNT 150.00
ACCOUNT NUMBER 16018087
:021204416: 050

0    $150.00    3/23/2026

0    $150.00    3/23/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 3/27/2026
PRINT NAME: S. FAENZA
SIGN NAME
$ AMOUNT 950.—
Nine Hundred Fifty
ACCOUNT NUMBER 16018087
:021204416: 050

0    $950.00    3/27/2026

0    $950.00    3/27/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

Street and Number                               City                     State           Zip Code

TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking .............................................   ☐ Loan ..................................   ☐ Safe Deposit Box ( ............................... )
☐ Savings ...............................................   ☐ Certificate ..........................   ☐ Other (describe below)

SPECIAL
INSTRUCTIONS

Date: _____   Authorized Signature: _____

------------------------------------------------------------------------
CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

#### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

TO PROVE BALANCE
AS SHOWN ON
YOUR STATEMENT

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | DEPOSITS NOT SHOWN ON STATEMENT | |
|--|--|--|
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | STATEMENT BALANCE | |
| **TOTAL** | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY