For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

NVJSS RESTAURANT LLC
7 DANCER LANE
FREEHOLD        NJ 07728

**Save the Date - FREE Senior Fairs through April!**
**Topics include Property Tax Freeze, Benefits Checkup,**
**Amboy Sr Loans and Services. Registration encouraged.**

**Stop in any branch, call 877.22.6269, or visit AmboyBank.com/SeniorFair**

| Free Small Business Account | Account number: 16108272 |
|---|---|

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-27 | $0.00 |
| Deposits and other credits (+) | $2,501.08 |
| Withdrawals, checks and other debits (-) | $2,486.99 |
| Ending Balance on 03-31 | $14.09 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 70.00 | 03-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 136.00 |
| 03-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 15.00 | 03-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 600.00 |
| 03-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 | 03-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 800.00 |
| 03-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 440.00 | 03-31 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 |
| 03-04 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 40.08 | | | |

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | 5P-XXXXX4984 EZPASS8882886865 AUTO REPL | 45.00 | 03-03 | OVERDRAFT CHARGE | 70.00 |
| 03-02 | 269342324947273 PRUDENTIAL PAYMENTS | 162.83 | 03-16 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 03-02 | XXXXX4584 FARMERS INS EFT PYMT | 298.00 | 03-20 | 431964423743933 CITI CARD ONLINE PAYMENT | 600.00 |
| 03-03 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 | 03-23 | 7456013 INTUIT * QBooks Onl | 75.00 |
| | | | 03-23 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |

NVJSS RESTAURANT LLC

## Free Small Business Account          Account number: 16108272

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 03-23 | XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 | 03-31 | SERVICE CHARGE | 15.00 |
| 03-31 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 | | | |

#### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|--|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES: | 70.00 | 456.33 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $35.00 |