FRB 190-030-000-00000000

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

## Save the Date - FREE Senior Fairs through April!
## Topics include Property Tax Freeze, Benefits Checkup,
## Amboy Sr Loans and Services. Registration encouraged.

## Stop in any branch, call 877.22.6269, or visit AmboyBank.com/SeniorFair

| Free Small Business Account | Account number: 16108183 |
|---|---|

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-27 | $0.00 |
| Deposits and other credits (+) | $8,404.96 |
| Withdrawals, checks and other debits (-) | $8,674.96 |
| Ending Balance on 03-31 | -$270.00 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 705.00 | 03-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 445.00 |
| 03-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 100.08 | 03-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 |
| 03-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 03-20 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 800.00 |
| 03-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 25.00 | 03-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 450.00 |
| 03-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,075.00 | 03-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 100.88 |
| 03-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 455.00 | 03-26 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 700.00 |
| 03-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 905.00 | 03-26 | RETURNED ITEM, INSUFFICIENT FUNDS, 9229581850 CHASE CREDIT CRD EPAY | 250.00 |
| 03-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 6.00 | 03-26 | RETURNED ITEM, INSUFFICIENT FUNDS, 604599217073111 Sams Club SYF PAYMNT | 450.00 |
| 03-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 28.00 | | | |
| 03-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 410.00 | 03-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 365.00 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account                    Account number: 16108183

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 03-31 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,000.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 03-02 | 6045992 17073111 Sams Club SYF PAYMNT | 200.00 | 03-20 | 9216912551 CHASE CREDIT CRD EPAY | 800.00 |
| 03-02 | 6045992 17073111 Sams Club SYF PAYMNT | 500.00 | 03-23 | 7456009 INTUIT * QBooks On1 | 75.00 |
| 03-04 | CA01AB6CCC1483E CAPITAL ONE ONLINE PMT | 100.00 | 03-23 | 6045992 17073111 Sams Club SYF PAYMNT | 350.00 |
| 03-06 | CA098FFA698561F CAPITAL ONE ONLINE PMT | 100.00 | 03-24 | 6045992 17073111 Sams Club SYF PAYMNT | 125.00 |
| 03-09 | XXXXX6241 AMERICAN NAT'L INSPREMIUM | 217.74 | 03-25 | 9229581850 CHASE CREDIT CRD EPAY | 250.00 |
| 03-09 | 9182066623 CHASE CREDIT CRD EPAY | 250.00 | 03-25 | 6045992 17073111 Sams Club SYF PAYMNT | 450.00 |
| 03-09 | 6045992 17073111 Sams Club SYF PAYMNT | 250.00 | 03-26 | 6045992 17073111 Sams Club SYF PAYMNT | 500.00 |
| 03-09 | 6045992 17073111 Sams Club SYF PAYMNT | 350.00 | 03-26 | RETURNED CHECK CHARGE | 70.00 |
| 03-09 | OVERDRAFT CHARGE | 35.00 | 03-27 | Internet Transfer to xxx7764 | 133.30 |
| 03-10 | 6045992 17073111 Sams Club SYF PAYMNT | 350.00 | 03-30 | 6045992 17073111 Sams Club SYF PAYMNT | 250.00 |
| 03-10 | OVERDRAFT CHARGE | 105.00 | 03-30 | 6045992 17073111 Sams Club SYF PAYMNT | 250.00 |
| 03-11 | CA06EF80B469F18 CAPITAL ONE ONLINE PMT | 871.00 | 03-31 | 9229581850 CHASE CREDIT CRD RETRY PYMT | 250.00 |
| 03-11 | OVERDRAFT CHARGE | 35.00 | 03-31 | 6045992 17073111 Sams Club SYF PAYMNT | 350.00 |
| 03-12 | OVERDRAFT CHARGE | 35.00 | 03-31 | 6045992 17073111 Sams Club RETRY PYMT | 450.00 |
| 03-16 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 301.38 | 03-31 | OVERDRAFT CHARGE | 70.00 |
| 03-16 | 6045992 17073111 Sams Club SYF PAYMNT | 100.00 | 03-31 | SERVICE CHARGE | 15.00 |
| 03-17 | 6045992 17073111 Sams Club SYF PAYMNT | 450.00 | 03-31 | OVERDRAFT INTEREST CHARGE | 1.54 |
| 03-18 | OVERDRAFT CHARGE | 35.00 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES: | 316.54 | 1,583.48 |
| TOTAL RETURNED ITEM FEES: | $70.00 | $210.00 |