# AMENDED MONTHLY OPERATING REPORT – Form 425C

**Salvatore Faenza – Case 25-14559 (MBK) – Reporting Month: April 2026**

| | | | |
|---|---|---|---|
| **Debtc** SALVATORE FAENZA | | **Case No.:** | 25-14559 (MBK) |
| **Court** U.S. Bankruptcy Court – District of New Jersey | | **Petition Date:** | May 14, 2025 |
| **Line o** Individual / Deli / Restaurant | | **Reporting Month:** | April 2026 |
| **Date f** | *14-May-25* | | |
| **Bank** 04-01-2026 to 04-30-2026 | | | |

## SECTION 1 – QUESTIONNAIRE

| | Question (answer 'Yes', 'No', or 'N/A') | Answer |
|---|---|---|
| 1 | Did the business operate during the entire reporting period? | Yes |
| 2 | Do you plan to continue to operate the business next month? | Yes |
| 3 | Have you paid all of your bills on time? | Yes |
| 4 | Did you pay your employees on time? | Yes |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | Yes |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | Yes |
| 7 | Have you timely filed all other required government filings? | Yes |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | Yes |
| 9 | Have you timely paid all of your insurance premiums? | Yes |
| 10 | Do you have any bank accounts open other than the DIP accounts? | *Yes Non Debtor Accts* |
| 11 | Have you sold any assets other than inventory? | No |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | *NO* |
| 13 | Did any insurance company cancel your policy? | No |
| 14 | Did you have any unusual or significant unanticipated expenses? | *No* |
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | *No* |
| 16 | Has anyone made an investment in your business? | No |
| 17 | Have you paid any bills you owed before you filed bankruptcy? | No |
| 18 | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | No |

## SECTION 2 – SUMMARY OF CASH ACTIVITY (DIP Account Amboy · ·7455)

| | | |
|---|---|---|
| 19 | Total opening balance of all accounts | $51.48 |
| 20 | Total cash receipts (see Exhibit C below) | $12,625.00 |
| 21 | Total cash disbursements (see Exhibit D below) | ($12,601.00) |
| 22 | Net cash flow (line 20 minus line 21) | $24.00 |
| 23 | Cash on hand at the end of the month (line 19 + line 22) | $75.48 |

## SECTION 5 – EMPLOYEES

| | | |
|---|---|---|
| 26 | Number of employees when the case was filed | 24 |
| 27 | Number of employees as of the date of this monthly report | [CONFIRM] |

## SECTION 6 – PROFESSIONAL FEES

| | | |
|---|---|---|
| 28 | Paid this month in professional fees related to this bankruptcy case | [CONFIRM] |
| 29 | Paid in professional fees related to this bankruptcy case since the case was | [CONFIRM] |
| 30 | Paid this month in other professional fees | [CONFIRM] |
| 31 | Paid in total other professional fees since filing the case | [CONFIRM] |

## SECTION 7 – PROJECTIONS VS. ACTUALS

| Item | Projected | Actual | Difference |
|---|---|---|---|
| 32 Cash receipts | $15,455.00 | $12,625.00 | $2,830.00 |
| 33 Cash disbursements | $15,700.16 | $12,601.00 | $3,099.16 |
| 34 Net cash flow | ($245.16) | $24.00 | ($269.16) |

**Projections for next month:**

| | | |
|---|---|---|
| 35 | Total projected cash receipts for the next month | $12,625.00 |
| 36 | Total projected cash disbursements for the next month | $12,601.00 |
| 37 | Total projected net cash flow for the next month | $24.00 |

## SECTION 8 – ATTACHMENTS

| | | |
|---|---|---|
| 38 | Bank statements for each open account (redacted) | **Yes** |
| 39 | Bank reconciliation reports for each account | *[CONFIRM]* |
| 40 | Financial reports (income statement / balance sheet) | *[CONFIRM]* |
| 41 | Budget, projection, or forecast reports | **No** |
| 42 | Project, job costing, or work-in-progress reports | **No** |

## EXHIBIT C – ITEMIZED CASH RECEIPTS

| Date | Description / Source | Amount | Category | Counterparty |
|---|---|---|---|---|
| ##### | Funds Transfer via Online AmboyNet – from xxx8087 (Skillet Merchant) | $3,525.00 | Inter-account transfer IN | Skillet Merchant (16018087) |
| ##### | Funds Transfer via Online AmboyNet – from xxx8087 (Skillet Merchant) | $3,050.00 | Inter-account transfer IN | Skillet Merchant (16018087) |
| ##### | Funds Transfer via Mobile AmboyNet – from xxx8087 (Skillet Merchant) | $3,000.00 | Inter-account transfer IN | Skillet Merchant (16018087) |
| ##### | Funds Transfer via Mobile AmboyNet – from xxx8087 (Skillet Merchant) | $3,050.00 | Inter-account transfer IN | Skillet Merchant (16018087) |
| | **TOTAL RECEIPTS** | **$12,625.00** | | |

## EXHIBIT D – ITEMIZED CASH DISBURSEMENTS

| Date | Payee | Check # | Amount | Description |
|---|---|---|---|---|
| ##### | Skillet Merchant (16018087) | | $25.00 | Internet Transfer to xxx8087 |
| ##### | Skillet Operating (16107764) | | $26.00 | Internet Transfer to xxx7764 |
| ##### | Skillet Operating (16107764) | | $520.00 | Internet Transfer to xxx7764 |
| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| ##### | Nancy Faenza (via teller withdrawal/deposit) | | $3,000.00 | BRANCH WITHDRAWAL |
| ##### | Nancy Faenza | 1001 | $3,000.00 | Check #1001 (new check stock; |
| ##### | Deli (16108183) | | $30.00 | Internet Transfer to xxx8183 |
| | **TOTAL DISBURSEMENTS** | | **$12,601.00** | |

## DECLARATION

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined this small business monthly operatir
and, to the best of my knowledge, these documents are true, correct, and complete.


**Respo** **Salvatore Faenza**

**Origin:** _____

**Date:**  _____



| Category / Stated Purpose |
| --- |
| Inter-account transfer OUT |
| Inter-account transfer OUT |
| Inter-account transfer OUT |
| Teller withdrawal → deposited to Nancy Faenza's personal account (substitute for |
| Teller withdrawal → deposited to Nancy Faenza's personal account (substitute for |
| Teller withdrawal → deposited to Nancy Faenza's personal account (substitute for |
| Check to Nancy Faenza – household & personal bills |
| Inter-account transfer OUT |
| |

ng report and the accompanying attachments