☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖳 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

**With higher NJ home values, there's no
better time to use your equity with our
Home Equity Line of Credit special offer.**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com/Choice**

## Free Personal Check Account                    Account number: 16017455

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | $51.48 |
| Deposits and other credits (+) | $12,625.00 |
| Withdrawals, checks and other debits (-) | $12,601.00 |
| Ending Balance on 04-30 | $75.48 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,525.00 | 04-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,000.00 |
| 04-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,050.00 | 04-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,050.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 04-27 | 3,000.00 | | | | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | Internet Transfer to xxx8087 | 25.00 | 04-13 | BRANCH WITHDRAWAL | 3,000.00 |
| 04-02 | Internet Transfer to xxx7764 | 26.00 | 04-21 | BRANCH WITHDRAWAL | 3,000.00 |
| 04-06 | Internet Transfer to xxx7764 | 520.00 | 04-30 | Internet Transfer to xxx8183 | 30.00 |
| 04-06 | BRANCH WITHDRAWAL | 3,000.00 | | | |



0   $3,000.00   4/6/2026



0   $3,000.00   4/13/2026



0   $3,000.00   4/21/2026



1001   $3,000.00   4/27/2026