**For customer service**
or current rates
call: 732-591-2530

**Write to:**
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

**Visit us at**
www.amboybank.com

**Telephone Banking**
call 1-877-24 AMBOY

00 00000 0000 0000 0000 0000 0000 0000 0000 000 00
00 00000 0000 0000 0000 0000 0000 0000 0000 000 00

‖‖‖‥‖‥‖‥‖‥‖‥‖‖‥‖‥‖‥‖‥‖‥‖‥‖‥‖‖‥‖‥‖‥‖‥‖

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD         NJ  07728**

**With higher NJ home values, there's no**
**better time to use your equity with our**
**Home Equity Line of Credit special offer.**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com/Choice**

## Free Small Business Account

**Account number: 16107764**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | -$14,764.56 |
| Deposits and other credits (+) | $271,345.99 |
| Withdrawals, checks and other debits (-) | $269,463.58 |
| Ending Balance on 04-30 | -$12,882.15 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | DEPOSIT | 3,500.00 | 04-01 | RETURNED CHECK # 4407, INSUFFICIENT FUNDS | 1,100.00 |
| 04-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,610.00 | 04-01 | RETURNED CHECK # 4522, INSUFFICIENT FUNDS | 1,321.83 |
| 04-01 | RETURNED CHECK # 4551, INSUFFICIENT FUNDS | 300.00 | 04-02 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 26.00 |
| 04-01 | RETURNED CHECK # 4561, INSUFFICIENT FUNDS | 320.00 | 04-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,100.00 |
| 04-01 | RETURNED ITEM, INSUFFICIENT FUNDS 604599217073111 Sams Club SYF PAYMNT | 350.00 | 04-02 | DEPOSIT | 2,345.00 |
| 04-01 | RETURNED CHECK # 14373, INSUFFICIENT FUNDS | 470.11 | 04-02 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26090100250226 | 228.19 |
| 04-01 | RETURNED CHECK # 14535, INSUFFICIENT FUNDS | 508.86 | 04-02 | RETURNED ITEM, INSUFFICIENT FUNDS, 000001834314448 BCBSNJ Primary 1 Online | 300.00 |
| 04-01 | RETURNED CHECK # 4558, INSUFFICIENT FUNDS | 687.00 | 04-02 | RETURNED CHECK # 14494, INSUFFICIENT FUNDS | 398.22 |
| 04-01 | RETURNED CHECK # 4545, INSUFFICIENT FUNDS | 800.00 | 04-02 | RETURNED CHECK # 4533, INSUFFICIENT FUNDS | 450.00 |
| 04-01 | RETURNED CHECK # 4578, INSUFFICIENT FUNDS | 800.00 | 04-02 | RETURNED CHECK # 4590, INSUFFICIENT FUNDS | 500.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 | |
|---|---|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-02 | RETURNED ITEM, INSUFFICIENT FUNDS, 39282-030905127 Rewards Network SETTLEMENT | 723.31 | 04-07 | RETURNED CHECK# 4586, INSUFFICIENT FUNDS | 1,288.93 |
| 04-02 | RETURNED CHECK# 4544, INSUFFICIENT FUNDS | 750.00 | 04-08 | DEPOSIT | 1,140.00 |
| 04-02 | RETURNED CHECK# 4589, INSUFFICIENT FUNDS | 770.00 | 04-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,640.00 |
| 04-02 | RETURNED CHECK# 4582, INSUFFICIENT FUNDS | 1,500.00 | 04-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 04-02 | RETURNED ITEM, INSUFFICIENT FUNDS, 270649175873338 IRS USATAXPYMT | 2,076.07 | 04-08 | RETURNED CHECK# 4558, INSUFFICIENT FUNDS | 687.00 |
| 04-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,000.00 | 04-08 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX6406 IVY RECEIVABLES 3477550766 | 750.00 |
| 04-03 | 26040301ZgWYnV5 GRUBHUB INC Mar Actvty | 97.58 | 04-08 | RETURNED CHECK# 7042, INSUFFICIENT FUNDS | 1,000.00 |
| 04-03 | ST-M6R1E1F0B2P9 DoorDash payout DoorDash - | 491.56 | 04-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031095328 ROSS VENTURES, L ACH Debit | 1,250.00 |
| 04-06 | DEPOSIT | 365.00 | 04-08 | RETURNED CHECK# 4582, INSUFFICIENT FUNDS | 1,500.00 |
| 04-06 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 520.00 | 04-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 5,350.00 |
| 04-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 882.00 | 04-09 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26097100258126 | 234.09 |
| 04-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 11,000.00 | 04-09 | RETURNED ITEM, INSUFFICIENT FUNDS, 39305-030930359 Rewards Network SETTLEMENT | 513.40 |
| 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 600.00 | 04-09 | RETURNED ITEM, INSUFFICIENT FUNDS, 49093912 NEW YORK LIFE INS. PREM. | 762.60 |
| 04-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 13,000.00 | 04-09 | RETURNED ITEM, INSUFFICIENT FUNDS, 6RR11A9A6A1 DEPT EDUCATION STUDENT LN | 788.85 |
| 04-07 | UBER USA 6787 EDI PAYMNT APR 06 WEKFPHMP6CM7JBE REF*TN*WEKFPHMP6C\ | 169.89 | 04-10 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 3.00 |
| 04-07 | RETURNED CHECK# 4555, INSUFFICIENT FUNDS | 400.00 | 04-10 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 3.00 |
| 04-07 | RETURNED CHECK# 4590, INSUFFICIENT FUNDS | 500.00 | 04-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4.00 |
| 04-07 | RETURNED ITEM, INSUFFICIENT FUNDS, ST-M8E0B8T7X1H3 WWW.SPOTHOPPERAP WWW.SPOTH | 549.00 | 04-10 | DEPOSIT | 708.00 |
| 04-07 | RETURNED ITEM, INSUFFICIENT FUNDS, 39300-030921899 Rewards Network SETTLEMENT | 723.31 | 04-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,645.00 |
| 04-07 | RETURNED ITEM, INSUFFICIENT FUNDS, fXXXXX4392 Farmers Ins Exch EFT PYMT | 1,211.00 | 04-10 | 26041008ZgWYnV5 GRUBHUB INC Apr Actvty | 63.38 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-10 | ST-S1Y6J1O9Y6T2 DoorDash payout DoorDash - | 359.77 | 04-16 | DEPOSIT | 600.00 |
| 04-13 | DEPOSIT | 365.00 | 04-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,145.00 |
| 04-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 8,500.00 | 04-16 | RETURNED CHECK# 4630, INSUFFICIENT FUNDS | 500.00 |
| 04-13 | RETURNED ITEM, INSUFFICIENT FUNDS, SK702 Termac WEB PAY | 101.29 | 04-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 39327-030954603 Rewards Network SETTLEMENT | 629.87 |
| 04-13 | RETURNED ITEM, INSUFFICIENT FUNDS, 9030676984 RPOWER HOLDINGS, ACH Debit | 681.33 | 04-16 | RETURNED CHECK# 4617, INSUFFICIENT FUNDS | 1,000.00 |
| 04-13 | RETURNED ITEM, INSUFFICIENT FUNDS, 39318-030944507 Rewards Network SETTLEMENT | 723.31 | 04-16 | RETURNED CHECK# 4643, INSUFFICIENT FUNDS | 1,000.00 |
| 04-13 | RETURNED CHECK# 4599, INSUFFICIENT FUNDS | 900.00 | 04-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 270650515089880 IRS USATAXPYMT | 2,298.38 |
| 04-13 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX6037 Lend Bug LLC 9175802864 | 1,000.00 | 04-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,350.00 |
| 04-13 | RETURNED CHECK# 4632, INSUFFICIENT FUNDS | 2,000.00 | 04-17 | 26041715ZgWYnV5 GRUBHUB INC Apr Actvty | 29.05 |
| 04-13 | RETURNED ITEM, INSUFFICIENT FUNDS, 100147193088 FirstEnergy OPCO-ACH | 2,096.17 | 04-17 | ST-J9E0V5D6I3G1 DoorDash payout DoorDash - | 334.12 |
| 04-13 | RETURNED CHECK# 4620, INSUFFICIENT FUNDS | 2,551.78 | 04-17 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26105100297125 | 284.29 |
| 04-14 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 550.00 | 04-17 | RETURNED ITEM, INSUFFICIENT FUNDS, SK1088 Termac WEB PAY | 466.42 |
| 04-14 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 13,000.00 | 04-17 | RETURNED CHECK# 4621, INSUFFICIENT FUNDS | 521.98 |
| 04-14 | UBER USA 6787 EDI PAYMNT APR 13 WHFR1RNC3JVJI7F REF*TN*WHFR1RNC3J\ | 176.94 | 04-17 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 02301 NJWEB02301 26105100318266 | 750.00 |
| 04-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 39322-030946147 Rewards Network SETTLEMENT | 513.40 | 04-17 | RETURNED ITEM, INSUFFICIENT FUNDS, 49093912 NEW YORK LIFE RETRY PYMT | 762.60 |
| 04-15 | DEPOSIT | 1,000.00 | 04-17 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX4257 Lend Bug LLC 9175802864 | 1,000.00 |
| 04-15 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,260.00 | 04-17 | RETURNED CHECK# 4656, INSUFFICIENT FUNDS | 1,000.00 |
| 04-15 | DEPOSIT | 3,800.00 | 04-20 | DEPOSIT | 365.00 |
| 04-15 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX0763 IVY RECEIVABLES 3477550766 | 750.00 | 04-20 | DEPOSIT | 440.00 |
| 04-15 | RETURNED CHECK# 4583, INSUFFICIENT FUNDS | 1,500.00 | 04-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 12,810.00 |
| | | | 04-20 | RETURNED ITEM, INSUFFICIENT FUNDS, xXXXXX4584 FARMERS INS EFT PYMT | 276.82 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-20 | RETURNED ITEM, INSUFFICIENT FUNDS, 39340-030968797 Rewards Network SETTLEMENT | 513.40 | 04-22 | RETURNED CHECK # 4588, INSUFFICIENT FUNDS | 400.00 |
| 04-20 | RETURNED ITEM, INSUFFICIENT FUNDS, 39340-030967853 Rewards Network SETTLEMENT | 723.31 | 04-22 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX6886 IVY RECEIVABLES 3477550766 | 750.00 |
| 04-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 10,300.00 | 04-22 | RETURNED CHECK # 4634, INSUFFICIENT FUNDS | 807.00 |
| 04-21 | UBER USA 6787 EDI PAYMNT APR 20 8O8YCXNNWJ4RHXS REF*TN*8O8YCXNNWJ\ | 363.78 | 04-22 | RETURNED CHECK # 4656, INSUFFICIENT FUNDS | 1,000.00 |
| 04-21 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 RETRY PYMT 26105100297125 | 284.29 | 04-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,100.00 |
| 04-21 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX0047 AMERICAN NAT'L INSPREMIUM | 414.73 | 04-23 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26111100346928 | 231.50 |
| 04-21 | RETURNED CHECK # 4630, INSUFFICIENT FUNDS | 500.00 | 04-23 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 RETRY PYMT 26105100297125 | 284.29 |
| 04-21 | RETURNED ITEM, INSUFFICIENT FUNDS, 39344-030970564 Rewards Network SETTLEMENT | 629.87 | 04-23 | RETURNED ITEM, INSUFFICIENT FUNDS, 39349-030979002 Rewards Network SETTLEMENT | 599.75 |
| 04-21 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 02301 RETRY PYMT 26105100318266 | 750.00 | 04-23 | RETURNED ITEM, INSUFFICIENT FUNDS, 270651211000318 IRS USATAXPYMT | 2,130.33 |
| 04-21 | RETURNED CHECK # 4629, INSUFFICIENT FUNDS | 1,000.00 | 04-23 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ GIT / LBR PMT RETRY PYMT 26107100328765 | 3,710.39 |
| 04-21 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031166796 HILOYO INVESTMEN ACH Debit | 1,400.00 | 04-24 | DEPOSIT | 600.00 |
| 04-21 | RETURNED CHECK # 4583, INSUFFICIENT FUNDS | 1,500.00 | 04-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,093.00 |
| 04-21 | RETURNED CHECK # 4631, INSUFFICIENT FUNDS | 2,600.00 | 04-24 | 26042422ZgWYnV5 GRUBHUB INC Apr Actvty | 258.74 |
| 04-21 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ GIT / LBR PMT NJWEB82 26107100328765O T | 3,710.39 | 04-24 | ST-H8Z9O3E1J9K0 DOORDASH PAYOUT DOORDASH - | 343.73 |
| 04-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,084.00 | 04-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 39358-030993521 Rewards Network SETTLEMENT | 723.31 |
| 04-22 | RETURNED ITEM, INSUFFICIENT FUNDS, SK702 Termac WEB PAY | 95.43 | 04-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 330.00 |
| 04-22 | RETURNED CHECK # 4638, INSUFFICIENT FUNDS | 300.00 | 04-27 | DEPOSIT | 365.00 |
| 04-22 | RETURNED CHECK # 4632, INSUFFICIENT FUNDS | 347.13 | 04-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 11,100.00 |
| | | | 04-27 | RETURNED ITEM, INSUFFICIENT FUNDS, 39362-030992372 Rewards Network SETTLEMENT | 513.40 |

**THE SKILLET BY SAL INC**

| **Free Small Business Account** | **Account number: 16107764** |
|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-27 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PM T 04130 NJ WEB 04130 26113100352485 | 6,542.39 | 04-29 | RETURNED CHECK# 4719, INSUFFICIENT FUNDS | 600.00 |
| 04-28 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 14,600.00 | 04-29 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX1505 IVY RECEIVABLES 3477550766 | 750.00 |
| 04-28 | UBER USA 6787 EDI PAYMNT APR 27 LZ5NRI9XFB1M N3F REF*T N*LZ5NRI9XFB\ | 480.78 | 04-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031385969 ROSS VENTURES, L ACH Debit | 1,250.00 |
| 04-28 | RETURNED ITEM, INSUFFICIENT FUNDS, 39366-030995110 Rewards Network SET TLEMENT | 599.75 | 04-29 | RETURNED CHECK# 4693, INSUFFICIENT FUNDS | 1,264.52 |
| 04-28 | RETURNED CHECK# 4687, INSUFFICIENT FUNDS | 1,031.20 | 04-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031349187 HILOYO INVESTMEN ACH Debit | 1,400.00 |
| 04-28 | RETURNED CHECK# 4663, INSUFFICIENT FUNDS | 1,790.35 | 04-29 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PM T 04130 RETRY PYMT 26113100352485 | 6,542.39 |
| 04-29 | DEPOSIT | 600.00 | 04-30 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,540.00 |
| 04-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,775.00 | 04-30 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PM T 01120 NJ WEB 01120 26118100356424 | 237.36 |
| 04-29 | RETURNED CHECK# 4699, INSUFFICIENT FUNDS | 300.00 | 04-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 39376-031016921 Rewards Network SET TLEMENT | 412.71 |
| 04-29 | RETURNED CHECK# 4654, INSUFFICIENT FUNDS | 471.85 | 04-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 39371-031003448 Rewards Network SET TLEMENT | 687.10 |
| 04-29 | RETURNED CHECK# 4680, INSUFFICIENT FUNDS | 500.00 | 04-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 270651902392968 IRS USATAXPYMT | 2,070.84 |
| 04-29 | RETURNED CHECK# 14612, INSUFFICIENT FUNDS | 508.86 | 04-30 | RETURNED CHECK# 4631, INSUFFICIENT FUNDS | 2,600.00 |
| 04-29 | RETURNED ITEM, INSUFFICIENT FUNDS, SK1088 Termac WEB PAY | 516.42 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4486* | 04-03 | 1,700.00 | 4535* | 04-10 | 853.00 | 4559* | 04-02 | 497.35 |
| 4515 | 04-03 | 2,100.00 | 4544* | 04-01 | 750.00 | 4565 | 04-07 | 1,500.00 |
| 4516 | 04-10 | 2,100.00 | 4546* | 04-02 | 800.00 | 4566 | 04-14 | 1,595.00 |
| 4517* | 04-17 | 2,100.00 | 4549* | 04-07 | 100.00 | 4566 | 04-27 | 916.67 |
| 4519* | 04-27 | 2,100.00 | 4551* | 04-03 | 300.00 | 4567 | 04-02 | 500.00 |
| 4522* | 04-17 | 1,321.83 | 4555 | 04-06 | 400.00 | 4568* | 04-06 | 500.00 |
| 4529* | 04-13 | 1,000.00 | 4555 | 04-09 | 400.00 | 4571* | 04-03 | 767.00 |
| 4533 | 04-17 | 450.00 | 4555* | 04-06 | 1,310.00 | 4573* | 04-03 | 240.00 |
| 4533* | 04-01 | 450.00 | 4558 | 04-07 | 687.00 | 4575 | 04-01 | 200.00 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account                     Account number: 16107764

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4576* | 04-02 | 835.00 | 4621 | 04-16 | 521.98 | 4666 | 04-27 | 600.00 |
| 4578 | 04-08 | 800.00 | 4622* | 04-13 | 1,221.13 | 4667 | 04-20 | 315.00 |
| 4579* | 04-02 | 650.00 | 4624 | 04-21 | 500.00 | 4668 | 04-21 | 770.00 |
| 4581 | 04-01 | 1,050.00 | 4625 | 04-08 | 500.00 | 4669 | 04-20 | 112.00 |
| 4582 | 04-07 | 1,500.00 | 4626 | 04-09 | 770.00 | 4670 | 04-20 | 1,000.00 |
| 4582 | 04-01 | 1,500.00 | 4627 | 04-20 | 488.65 | 4671 | 04-22 | 500.00 |
| 4583 | 04-14 | 1,500.00 | 4628 | 04-10 | 450.00 | 4672 | 04-27 | 1,000.00 |
| 4583 | 04-20 | 1,500.00 | 4629 | 04-13 | 300.00 | 4673 | 04-23 | 720.00 |
| 4584 | 04-13 | 1,500.00 | 4629 | 04-20 | 1,000.00 | 4674 | 04-27 | 500.00 |
| 4585 | 04-01 | 1,500.00 | 4630 | 04-20 | 500.00 | 4675 | 04-28 | 80.00 |
| 4586 | 04-06 | 1,288.93 | 4630 | 04-15 | 500.00 | 4676 | 04-24 | 539.00 |
| 4587 | 04-13 | 400.00 | 4630 | 04-02 | 1,000.00 | 4677 | 04-23 | 600.00 |
| 4588 | 04-21 | 400.00 | 4631 | 04-20 | 2,600.00 | 4678 | 04-24 | 800.00 |
| 4589 | 04-07 | 770.00 | 4631 | 04-29 | 2,600.00 | 4679 | 04-24 | 365.00 |
| 4589 | 04-01 | 770.00 | 4632 | 04-10 | 2,000.00 | 4680 | 04-28 | 500.00 |
| 4590 | 04-01 | 500.00 | 4632 | 04-21 | 347.13 | 4681* | 04-27 | 500.00 |
| 4590* | 04-06 | 500.00 | 4633 | 04-17 | 1,000.00 | 4685 | 04-27 | 920.00 |
| 4592 | 04-09 | 200.00 | 4634 | 04-21 | 807.00 | 4686 | 04-23 | 650.00 |
| 4593 | 04-13 | 341.65 | 4635 | 04-13 | 450.00 | 4687 | 04-27 | 1,031.20 |
| 4594 | 04-06 | 750.00 | 4636 | 04-13 | 542.00 | 4688* | 04-27 | 750.00 |
| 4595 | 04-07 | 61.28 | 4637 | 04-13 | 720.00 | 4690 | 04-22 | 750.00 |
| 4596 | 04-13 | 994.52 | 4638 | 04-21 | 300.00 | 4691 | 04-27 | 250.00 |
| 4597 | 04-10 | 1,361.13 | 4639 | 04-15 | 750.00 | 4692 | 04-23 | 770.00 |
| 4598 | 04-10 | 1,000.00 | 4640* | 04-16 | 500.00 | 4693* | 04-28 | 1,264.52 |
| 4599 | 04-10 | 900.00 | 4642 | 04-17 | 500.00 | 4699* | 04-28 | 300.00 |
| 4600 | 04-06 | 850.00 | 4643 | 04-15 | 1,000.00 | 4701 | 04-30 | 583.23 |
| 4601 | 04-09 | 500.00 | 4644* | 04-22 | 450.00 | 4702* | 04-27 | 1,000.00 |
| 4602 | 04-13 | 500.00 | 4646 | 04-17 | 767.00 | 4709* | 04-27 | 350.00 |
| 4603 | 04-06 | 500.00 | 4647 | 04-16 | 650.00 | 4711 | 04-24 | 542.00 |
| 4604 | 04-06 | 600.00 | 4648 | 04-16 | 400.00 | 4712 | 04-29 | 200.00 |
| 4605 | 04-10 | 767.00 | 4649 | 04-20 | 2,091.97 | 4713 | 04-29 | 770.00 |
| 4606* | 04-06 | 542.00 | 4650 | 04-16 | 2,551.78 | 4714* | 04-27 | 125.00 |
| 4608 | 04-14 | 500.00 | 4651 | 04-27 | 688.00 | 4716* | 04-27 | 125.00 |
| 4609 | 04-20 | 500.00 | 4652 | 04-23 | 1,000.00 | 4718 | 04-29 | 120.00 |
| 4610 | 04-30 | 500.00 | 4653 | 04-30 | 1,000.00 | 4719* | 04-28 | 600.00 |
| 4611 | 04-06 | 500.00 | 4654 | 04-28 | 471.85 | 4723 | 04-28 | 450.00 |
| 4612 | 04-06 | 350.00 | 4655 | 04-21 | 300.00 | 4724* | 04-29 | 542.00 |
| 4613 | 04-07 | 523.00 | 4656 | 04-21 | 1,000.00 | 4726* | 04-27 | 240.00 |
| 4614 | 04-09 | 900.00 | 4656 | 04-16 | 1,000.00 | 4729* | 04-30 | 650.00 |
| 4615 | 04-07 | 240.00 | 4657 | 04-20 | 480.00 | 4737* | 04-30 | 200.00 |
| 4616 | 04-13 | 767.00 | 4658* | 04-17 | 300.00 | 4741* | 04-30 | 770.00 |
| 4617 | 04-15 | 1,000.00 | 4662 | 04-17 | 1,000.00 | 7042* | 04-07 | 1,000.00 |
| 4618 | 04-09 | 650.00 | 4663 | 04-27 | 1,790.35 | 14437* | 04-06 | 167.05 |
| 4619 | 04-15 | 212.00 | 4664 | 04-20 | 600.00 | 14476* | 04-13 | 12.13 |
| 4620 | 04-10 | 2,551.78 | 4665 | 04-21 | 600.00 | 14494 | 04-01 | 398.22 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account                    Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 14494* | 04-06 | 398.22 | 14560 | 04-07 | 431.18 | 14589 | 04-20 | 180.73 |
| 14507* | 04-03 | 470.11 | 14561 | 04-06 | 154.00 | 14590 | 04-29 | 5.95 |
| 14513* | 04-01 | 423.16 | 14562* | 04-13 | 85.00 | 14591 | 04-21 | 433.33 |
| 14527* | 04-27 | 470.11 | 14565* | 04-15 | 595.06 | 14592 | 04-22 | 15.49 |
| 14533* | 04-01 | 108.00 | 14567 | 04-14 | 86.68 | 14593 | 04-21 | 508.86 |
| 14536* | 04-13 | 7.91 | 14568 | 04-14 | 270.01 | 14594 | 04-30 | 20.71 |
| 14544 | 04-06 | 595.06 | 14569 | 04-13 | 155.53 | 14595* | 04-21 | 338.35 |
| 14545 | 04-15 | 470.11 | 14570 | 04-13 | 312.84 | 14597 | 04-21 | 22.26 |
| 14546 | 04-14 | 171.40 | 14571 | 04-29 | 47.18 | 14598 | 04-20 | 10.76 |
| 14547 | 04-07 | 270.01 | 14572 | 04-17 | 310.92 | 14599* | 04-21 | 431.18 |
| 14548 | 04-13 | 23.51 | 14573 | 04-17 | 4.47 | 14603* | 04-30 | 595.06 |
| 14549 | 04-06 | 151.64 | 14574 | 04-14 | 508.86 | 14605 | 04-29 | 367.06 |
| 14550 | 04-06 | 349.88 | 14575 | 04-30 | 8.42 | 14606 | 04-28 | 270.01 |
| 14551 | 04-29 | 12.63 | 14576* | 04-13 | 444.71 | 14607* | 04-29 | 67.98 |
| 14552 | 04-17 | 230.84 | 14578 | 04-14 | 19.90 | 14609 | 04-29 | 30.92 |
| 14553 | 04-06 | 24.29 | 14579 | 04-13 | 2.98 | 14610* | 04-28 | 383.08 |
| 14554 | 04-07 | 508.86 | 14580* | 04-14 | 431.18 | 14612 | 04-28 | 508.86 |
| 14555 | 04-13 | 29.35 | 14583* | 04-24 | 595.06 | 14613 | 04-30 | 23.33 |
| 14556 | 04-07 | 420.11 | 14585 | 04-23 | 566.52 | 14614 | 04-28 | 439.70 |
| 14557 | 04-07 | 5.24 | 14586 | 04-21 | 270.01 | 14615 | 04-28 | 7.80 |
| 14558 | 04-07 | 15.68 | 14587 | 04-27 | 55.50 | 14616 | 04-27 | 24.20 |
| 14559 | 04-06 | 23.56 | 14588 | 04-23 | 80.21 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | 9245258012 CHASE CREDIT CRD EPAY | 100.00 | 04-03 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 |
| 04-01 | NJ WEB PMT 01120 NJWEB01120 260901002502260 TXP*B872535605000*01120*26033 | 228.19 | 04-03 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 |
| | | | 04-03 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 |
| | | | 04-03 | 9031025483 RPOWER HOLDINGS, ACH Debit | 159.94 |
| 04-01 | 000001834314448 BCBSNJ Primary 1 Online | 300.00 | 04-03 | NJ WEB PMT 01120 RETRY PYMT 260901002502260 TXP*B872535605000*01120*26033 | 228.19 |
| 04-01 | 39282-030905127 Rewards Network SETTLEMENT | 723.31 | 04-03 | 9252046810 CHASE CREDIT CRD EPAY | 500.00 |
| 04-01 | 2706491758733338 IRS USA TAXPYMT | 2,076.07 | 04-03 | 39296-030918685 Rewards Network SETTLEMENT | 636.29 |
| 04-01 | RETURNED CHECK CHARGE | 105.00 | 04-03 | XXXXX1262 Lend Bug LLC 9175802864 | 1,000.00 |
| 04-02 | XXXXX8146 AUTHNET GATEWAY BILLING | 31.10 | 04-03 | 9030917179 HILOYO INVESTMEN ACH Debit | 1,400.00 |
| 04-02 | 9248406736 CHASE CREDIT CRD EPAY | 100.00 | 04-03 | OVERDRAFT CHARGE | 105.00 |
| 04-02 | 24904736X707942 CAINE AND WEINER PAYONACCT | 256.25 | 04-06 | K5GC16 AppFolio, Inc. F WEB PMTS | 2.49 |
| 04-02 | 46865225 NEW YORK LIFE INS. PREM. | 742.39 | 04-06 | 2978285 INTUIT * QBooks Onl | 75.00 |
| 04-02 | RETURNED CHECK CHARGE | 105.00 | | | |

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-06 | 9258884059 CHASE CREDIT CRD EPAY | 100.00 | 04-08 | 9265920930 CHASE CREDIT CRD EPAY | 100.00 |
| 04-06 | ARTISAN BAKERS G SALE | 176.50 | 04-08 | NJ WEB PMT 01120 NJWEB01120 260971002581267 TXP*B872535605000*01120*26063 | 234.09 |
| 04-06 | 604599217073111 Sams Club SYF PAYMNT | 200.00 | 04-08 | 39305-030930359 Rewards Network SETTLEMENT | 513.40 |
| 04-06 | ARTISAN BAKERS G SALE | 204.95 | 04-08 | 49093912 NEW YORK LIFE INS. PREM. | 762.60 |
| 04-06 | 00000183605511 BCBSNJ Primary 1 RETRY PYMT | 300.00 | 04-08 | 6RR11A9A6A1 DEPT EDUCATION STUDENT LN | 788.85 |
| 04-06 | 9261115992 CHASE CREDIT CRD EPAY | 300.00 | 04-08 | 0000 DEPT EDUCATION STUDENT LN | 788.85 |
| 04-06 | 9255308857 CHASE CREDIT CRD EPAY | 300.00 | 04-08 | 9031095761 ROSS VENTURES, L ACH Debit | 1,250.00 |
| 04-06 | 604599217073111 Sams Club RETRY PYMT | 350.00 | 04-08 | 270649843509484 IRS USATAXPYMT | 2,064.01 |
| 04-06 | SKI300 ACE ENDICO CORP SKI300 | 350.00 | 04-08 | RETURNED CHECK CHARGE | 105.00 |
| 04-06 | SBA EIDL LOAN PAYMENT 260403 0000 6800978201 | 398.00 | 04-09 | 9268621085 CHASE CREDIT CRD EPAY | 100.00 |
| 04-06 | 604599217073111 Sams Club SYF PAYMNT | 500.00 | 04-09 | fXXXX4392 Farmers Ins Exch EFT PYMT | 1,211.00 |
| 04-06 | NJ TX DEBT 20000 NJWEB22500 260921002540465 TXP*B872535605000*22500*26043 | 500.00 | 04-09 | RETURNED CHECK CHARGE | 105.00 |
| 04-06 | ST-M8E0B8T7X1H3 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 04-10 | SK 702 Termac WEB PAY | 101.29 |
| 04-06 | 39300-030921899 Rewards Network SETTLEMENT | 723.31 | 04-10 | NJ WEB PMT 01120 RETRY PYMT 260971002581267 TXP*B872535605000*01120*26063 | 234.09 |
| 04-06 | XXXXX7946 IVY RECEIVABLES 3477550766 | 750.00 | 04-10 | 9271470993 CHASE CREDIT CRD EPAY | 500.00 |
| 04-06 | fXXXX4392 Farmers Ins Exch EFT PYMT | 1,211.00 | 04-10 | ST-T2H0Q4X4K6O6 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 |
| 04-06 | G58ZMF Acorn Property M WEB PMTS | 1,805.00 | 04-10 | 9030676984 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 04-06 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 2,512.13 | 04-10 | 39318-030944507 Rewards Network SETTLEMENT | 723.31 |
| 04-06 | OVERDRAFT CHARGE | 105.00 | 04-10 | XXXXX6037 Lend Bug LLC 9175802864 | 1,000.00 |
| 04-07 | 5P-XXXXX8797 EZPASS8882886865 AUTO REPL | 45.00 | 04-10 | 9031067883 HILO YO INVESTMEN ACH Debit | 1,400.00 |
| 04-07 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 04-10 | 100147193088 FirstEnergy OPCO-ACH | 2,096.17 |
| 04-07 | 00000183 7489975 BCBSNJ Primary 1 Online | 513.16 | 04-10 | OVERDRAFT CHARGE | 105.00 |
| 04-07 | XXXXX6406 IVY RECEIVABLES 3477550766 | 750.00 | 04-13 | R2DR16 AppFolio, Inc. F WEB PMTS | 2.49 |
| 04-07 | 9031095328 ROSS VENTURES, L ACH Debit | 1,250.00 | 04-13 | 9279985757 CHASE CREDIT CRD EPAY | 100.00 |
| 04-07 | RETURNED CHECK CHARGE | 105.00 | 04-13 | 9274471842 CHASE CREDIT CRD EPAY | 100.00 |
| 04-08 | RPOWER HOLDINGS, ACH Debit 260408 9031124288 Quickbooks - AMP QB online in | 63.96 | 04-13 | 604599217073111 Sams Club RETRY PYMT | 250.00 |
| | | | 04-13 | 9277900363 CHASE CREDIT CRD EPAY | 300.00 |
| | | | 04-13 | SKI300 ACE ENDICO CORP SKI300 | 350.00 |
| | | | 04-13 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 400.00 |
| | | | 04-13 | 39322-030946147 Rewards Network SETTLEMENT | 513.40 |

**THE SKILLET BY SAL INC**

## Free Small Business Account                          Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-13 | XXXXX7953 IVY RECEIVABLES 3477550766 | 750.00 | 04-17 | xXXXXX4584 FARMERS INS EFT PYMT | 276.82 |
| 04-13 | XXXXX4286 IVY RECEIVABLES 3477550766 | 750.00 | 04-17 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 04-13 | 5Z0YNF Acorn Property M WEB PMTS | 1,000.00 | 04-17 | 39340-030968797 Rewards Network SETTLEMENT | 513.40 |
| 04-13 | RETURNED CHECK CHARGE | 105.00 | 04-17 | 39340-030967853 Rewards Network SETTLEMENT | 723.31 |
| 04-14 | 9281765928 CHASE CREDIT CRD EPAY | 100.00 | 04-17 | XXXXX8890 Lend Bug LLC 9175802864 | 1,000.00 |
| 04-14 | XXXXX0763 IVY RECEIVABLES 3477550766 | 750.00 | 04-17 | NJ LBR INS REM NJWEB13006 261061003223331 TXP*B872535605000*13006*23123 | 2,250.00 |
| 04-14 | NJ TX DEBT 20000 NJWEB22500 261031002747458 TXP*B872535605000*22500*26043 | 750.00 | 04-17 | RETURNED CHECK CHARGE | 105.00 |
| 04-14 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,951.26 | 04-20 | NJ WEB PMT 01120 RETRY PYMT 261051002971258 TXP*B872535605000*01120*26063 | 284.29 |
| 04-14 | RETURNED CHECK CHARGE | 35.00 | 04-20 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 04-14 | OVERDRAFT CHARGE | 70.00 | 04-20 | 9299501612 CHASE CREDIT CRD EPAY | 400.00 |
| 04-15 | 5P-XXXXX7672 EZPASS8882886865 AUTO REPL | 45.00 | 04-20 | XXXXX0047 AMERICAN NAT'L INSPREMIUM | 414.73 |
| 04-15 | 604599217073111 Sams Club SYF PAYMNT | 50.00 | 04-20 | 9297474984 CHASE CREDIT CRD EPAY | 500.00 |
| 04-15 | ARTISAN BAKERS G SALE | 186.75 | 04-20 | 9294166737 CHASE CREDIT CRD EPAY | 500.00 |
| 04-15 | 100147193088 FirstEnergy OPCO-ACH | 250.50 | 04-20 | 100147193088 FirstEnergy OPCO-ACH | 500.59 |
| 04-15 | 39327-030954603 Rewards Network SETTLEMENT | 629.87 | 04-20 | 39344-030970564 Rewards Network SETTLEMENT | 629.87 |
| 04-15 | 270650515089880 IRS USA TAX PYMT | 2,298.38 | 04-20 | NJ WEB PMT 02301 RETRY PYMT 261051003182669 TXP*B872535605000*02301*25123 | 750.00 |
| 04-15 | OVERDRAFT CHARGE | 35.00 | | | |
| 04-15 | RETURNED CHECK CHARGE | 70.00 | 04-20 | XXXXX1346 IVY RECEIVABLES 3477550766 | 750.00 |
| 04-16 | WW0W16 AppFolio, Inc. F WEB PMTS | 2.49 | 04-20 | 9031166796 HILO YO INVESTMEN ACH Debit | 1,400.00 |
| 04-16 | 9287482442 CHASE CREDIT CRD EPAY | 100.00 | 04-20 | NJ GIT / LBR PMT NJWEB82 261071003287650 TXP*B872535605000*13002*25123 | 3,710.39 |
| 04-16 | ARTISAN BAKERS G SALE | 181.28 | | | |
| 04-16 | ARTISAN BAKERS G SALE | 186.75 | | | |
| 04-16 | NJ WEB PMT 01120 NJWEB01120 261051002971258 TXP*B872535605000*01120*26063 | 284.29 | 04-20 | RETURNED CHECK CHARGE | 105.00 |
| | | | 04-21 | SK702 Termac WEB PAY | 95.43 |
| 04-16 | SK1088 Termac WEB PAY | 466.42 | 04-21 | XXXXX6886 IVY RECEIVABLES 3477550766 | 750.00 |
| 04-16 | 93S5PF Acorn Property M WEB PMTS | 500.00 | 04-21 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 2,445.36 |
| 04-16 | NJ WEB PMT 02301 NJWEB02301 261051003182669 TXP*B872535605000*02301*25123 | 750.00 | 04-21 | RETURNED CHECK CHARGE | 105.00 |
| 04-16 | 49093912 NEW YORK LIFE RETRY PYMT | 762.60 | 04-22 | NJ WEB PMT 01120 NJWEB01120 261111003469283 TXP*B872535605000*01120*26063 | 231.50 |
| 04-16 | XXXXX4257 Lend Bug LLC 9175802864 | 1,000.00 | | | |
| 04-16 | RETURNED CHECK CHARGE | 105.00 | | | |
| 04-17 | 24904736X708745 CAINE AND WEINER PAYONACCT | 256.25 | | | |

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-22 | NJ WEB PMT 01120 RETRY PYMT 261051002971258 TXP*B872535605000*01120*26063 | 284.29 | 04-27 | 9315710618 CHASE CREDIT CRD EPAY | 300.00 |
| | | | 04-27 | 9317701747 CHASE CREDIT CRD EPAY | 300.00 |
| 04-22 | 9304223871 CHASE CREDIT CRD EPAY | 300.00 | 04-27 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 04-22 | 39349-030979002 Rewards Network SETTLEMENT | 599.75 | 04-27 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 04-22 | XXXXX7304 IVY RECEIVABLES 3477550766 | 750.00 | 04-27 | 9312536204 CHASE CREDIT CRD EPAY | 300.00 |
| 04-22 | 270651211000318 IRS USA TAXPYMT | 2,130.33 | 04-27 | 100147193088 FirstEnergy OPCO-ACH | 300.50 |
| 04-22 | NJ GIT / LBR PMT RETRY PYMT 261071003287650 TXP*B872535605000*13002*25123 | 3,710.39 | 04-27 | SKI300 ACE ENDICO CORP SKI300 | 350.00 |
| | | | 04-27 | 39366-030995110 Rewards Network SETTLEMENT | 599.75 |
| 04-22 | RETURNED CHECK CHARGE | 105.00 | 04-27 | XXXXX3691 IVY RECEIVABLES 3477550766 | 750.00 |
| 04-23 | 9306907376 CHASE CREDIT CRD EPAY | 200.00 | 04-27 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 2,644.56 |
| 04-23 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 04-27 | OVERDRAFT CHARGE | 35.00 |
| 04-23 | 39358-030993521 Rewards Network SETTLEMENT | 723.31 | 04-27 | RETURNED CHECK CHARGE | 70.00 |
| 04-23 | RETURNED CHECK CHARGE | 105.00 | 04-28 | MKT526 AppFolio, Inc. F WEB PMTS | 2.49 |
| 04-24 | ARTISAN BAKERS G SALE | 164.00 | 04-28 | 721971542140928 BEST BUY AUTO PYMT | 43.00 |
| 04-24 | ARTISAN BAKERS G SALE | 186.75 | 04-28 | 1001450920 CINTASCORPORATIO 67EAA77A3D | 147.23 |
| 04-24 | NJ WEB PMT 01120 RETRY PYMT 261111003469283 TXP*B872535605000*01120*26063 | 231.50 | 04-28 | 3567668840001 VERIZON VZ BillPay | 244.93 |
| | | | 04-28 | SK 702 Termac WEB PAY | 246.72 |
| 04-24 | 9309699990 CHASE CREDIT CRD EPAY | 300.00 | 04-28 | 9319373356 CHASE CREDIT CRD EPAY | 300.00 |
| 04-24 | 604599217073111 Sams Club SYF PAYMNT | 400.00 | 04-28 | NTCYPF Acorn Property M WEB PMTS | 300.00 |
| | | | 04-28 | SK 1088 Termac WEB PAY | 516.42 |
| 04-24 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 500.00 | 04-28 | XXXXX1505 IVY RECEIVABLES 3477550766 | 750.00 |
| 04-24 | 39362-030992372 Rewards Network SETTLEMENT | 513.40 | 04-28 | 9031385969 ROSS VENTURES, L ACH Debit | 1,250.00 |
| 04-24 | 39362-030993332 Rewards Network SETTLEMENT | 629.87 | 04-28 | 9031349187 HILOYO INVESTMEN ACH Debit | 1,400.00 |
| 04-24 | XXXXX4845 Lend Bug LLC 9175802864 | 1,000.00 | 04-28 | NJ WEB PMT 04130 RETRY PYMT 261131003524851 TXP*B872535605000*04130*26033 | 6,542.39 |
| 04-24 | 9031271221 HILOYO INVESTMEN ACH Debit | 1,400.00 | | | |
| 04-24 | NJ GIT / LBR PMT RETRY PYMT 261071003287650 TXP*B872535605000*13002*25123 | 3,710.39 | 04-28 | RETURNED CHECK CHARGE | 105.00 |
| | | | 04-29 | NJ WEB PMT 01120 NJWEB01120 261181003564248 TXP*B872535605000*01120*26063 | 237.36 |
| 04-24 | NJ WEB PMT 04130 NJWEB04130 261131003524851 TXP*B872535605000*04130*26033 | 6,542.39 | | | |
| | | | 04-29 | 9322162572 CHASE CREDIT CRD EPAY | 300.00 |
| 04-24 | RETURNED CHECK CHARGE | 35.00 | 04-29 | 39376-031016921 Rewards Network SETTLEMENT | 412.71 |
| 04-24 | OVERDRAFT CHARGE | 70.00 | 04-29 | 39371-031003448 Rewards Network SETTLEMENT | 687.10 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 04-29 | 270651902392968 IRS USA TAX PYMT | 2,070.84 |
| 04-29 | RETURNED CHECK CHARGE | 105.00 |
| 04-30 | 5P-XXXXX1682 EZPASS8882886865 AUTO REPL | 45.00 |
| 04-30 | NJ TX DEBT 20000 NJWEB22500 261191003608182 TXP*B872535605000*22500*26043 | 500.00 |
| 04-30 | 270652075327653 IRS USA TAX PYMT | 599.69 |

| Date | Description | Amount |
|------|-------------|--------|
| 04-30 | NJ WEB PMT 04130 RETRY PYMT 261131003524851 TXP*B872535605000*04130*26033 | 6,542.39 |
| 04-30 | RETURNED CHECK CHARGE | 105.00 |
| 04-30 | SERVICE CHARGE | 105.80 |
| 04-30 | OVERDRAFT INTEREST CHARGE | 133.34 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 658.34 | 4,403.23 |
| TOTAL RETURNED ITEM FEES: | $1,785.00 | $4,445.00 |



4486    $1,700.00    4/3/2026



4486    $1,700.00    4/3/2026



4515    $2,100.00    4/3/2026



4515    $2,100.00    4/3/2026



4516    $2,100.00    4/10/2026



4516    $2,100.00    4/10/2026



4517    $2,100.00    4/17/2026



4517    $2,100.00    4/17/2026



4519    $2,100.00    4/27/2026



4519    $2,100.00    4/27/2026



4522    $1,321.83    4/17/2026

4522    $1,321.83    4/17/2026



4529    $1,000.00    4/13/2026          4529    $1,000.00    4/13/2026

4533    $450.00    4/1/2026          4533    $450.00    4/1/2026

4533    $450.00    4/17/2026          4533    $450.00    4/17/2026

4535    $853.00    4/10/2026          4535    $853.00    4/10/2026

4544    $750.00    4/1/2026          4544    $750.00    4/1/2026

4546    $800.00    4/2/2026          4546    $800.00    4/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4549

3/25/26 Date

Pay to the Order of  Embrace Kids Foundation    $ 100.00

one Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Sponserships

4549    $100.00    4/7/2026

20260403  004600416576   06000614

20260403 004600416576  06000614006

4549    $100.00    4/7/2026

---

NSF
RETURN REASON-A NOT SUFFICIENT FUNDS

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4551

3/28/26 Date

Pay to the Order of  Ultimate Foods    $ 300.00

Three Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For on acct

4551    $300.00    4/3/2026

BCB Community Bank
Drawer#/Trans#: 18186/0012
HIN: 958825910000030

4551    $300.00    4/3/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4555

4/3/26 Date

Pay to the Order of  Ultimate Foods    $ 400.00

Four Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4555    $400.00    4/6/2026

4555    $400.00    4/6/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4555

3/29/26 Date

Pay to the Order of  New Market    $ 1310.00

One Thousand Three Hundred Ten    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 9/11  12/8

4555    $1,310.00    4/6/2026

JP Morgan Chase Bank 040804 742450 936360075659

4555    $1,310.00    4/6/2026

---

NSF
RETURN REASON-A NOT SUFFICIENT FUNDS

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4555

4/3/26

Pay to the Order of  Ultimate Foods    $ 400.00

Four Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07729

For

4555    $400.00    4/9/2026

BCB Community Bank
Drawer#/Trans#: 18182/0016
HIN: 959419950000031

4555    $400.00    4/9/2026

---



4558    $687.00    4/7/2026



4558    $687.00    4/7/2026



4559 $497.35 4/2/2026

4559 $497.35 4/2/2026

4565 $1,500.00 4/7/2026

4565 $1,500.00 4/7/2026

4566 $1,595.00 4/14/2026

4566 $1,595.00 4/14/2026

4566 $916.67 4/27/2026

4566 $916.67 4/27/2026

4567 $500.00 4/2/2026

4567 $500.00 4/2/2026

4568 $500.00 4/6/2026

4568 $500.00 4/6/2026

| Check | Amount | Date |
|---|---|---|
| 4571 | $767.00 | 4/3/2026 |
| 4571 | $767.00 | 4/3/2026 |
| 4573 | $240.00 | 4/3/2026 |
| 4573 | $240.00 | 4/3/2026 |
| 4575 | $200.00 | 4/1/2026 |
| 4575 | $200.00 | 4/1/2026 |
| 4576 | $835.00 | 4/2/2026 |
| 4576 | $835.00 | 4/2/2026 |
| 4578 | $800.00 | 4/8/2026 |
| 4578 | $800.00 | 4/8/2026 |
| 4579 | $650.00 | 4/2/2026 |
| 4579 | $650.00 | 4/2/2026 |



4581    $1,050.00    4/1/2026          4581    $1,050.00    4/1/2026

4582    $1,500.00    4/1/2026          4582    $1,500.00    4/1/2026

4582    $1,500.00    4/7/2026          4582    $1,500.00    4/7/2026

4583    $1,500.00    4/14/2026         4583    $1,500.00    4/14/2026

4583    $1,500.00    4/20/2026         4583    $1,500.00    4/20/2026

4584    $1,500.00    4/13/2026         4584    $1,500.00    4/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4585
55-441/212
16
3/30/26
Pay to the Order of  Alex Lorenz  $ 1500.00
One Thousand Five Hded  Dollars
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For
⑇021204416⑇ ⑈161⑈0776⑈4⑈  4585

14757-NJ

4585    $1,500.00    4/1/2026

4585    $1,500.00    4/1/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4586
55-441/212
16
3/30/26
Pay to the Order of  Gerard Sullivan  $ 1288.93
One Thousand Two Hded Eighty-Eight  Dollars
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For  1/2   +100
⑇021204416⑇ ⑈161⑈0776⑈4⑈  4586

513462120229 104625  20260403 00000000161-0776-4
TRN_DEBIT TAM1877  0.00
Harmony Road 0134 94004 5134 0014 0072

4586    $1,288.93    4/6/2026

4586    $1,288.93    4/6/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4587
55-441/212
16
4/9/26
Pay to the Order of  Packaging Specialties  $ 400.00
Four Hded  Dollars
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For
⑇021204416⑇ ⑈161⑈0776⑈4⑈  4587

Seq: 3
Dep ID: 10,853,271
031000053
Date: 4/10/26, 11:26 AM

For Remote Deposit Only
PNC Bank
031000053

4587    $400.00    4/13/2026

4587    $400.00    4/13/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07726
4588
55-441/212
16
4/19/26
Pay to the Order of  Packaging Specialties  $ 400.00
Four Hded  Dollars
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For
⑇021204416⑇ ⑈161⑈0776⑈4⑈  4588

Seq: 20
Dep ID: 10,896,825
031000053
Date: 4/20/26, 1:47 PM

For Remote Deposit Only
PNC Bank
031000053

4588    $400.00    4/21/2026

4588    $400.00    4/21/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4589
55-441/212
16
3/30/26
Pay to the Order of  Fernando Miculax  $ 770.00
Seven Hded Seventy 00  Dollars
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For
⑇021204416⑇ ⑈161⑈0776⑈4⑈  4589

14757-NJ

4589    $770.00    4/1/2026

4589    $770.00    4/1/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4589
55-441/212
16
3/30/26
Pay to the Order of  Fernando Miculax  $ 770.00
Seven Hded Seventy 00  Dollars
AMBOY Bank  MANALAPAN OFFICE 16  MANALAPAN, NJ 07726  www.amboybank.com
For
⑇021204416⑇ ⑈161⑈0776⑈4⑈  4589

14757-NJ

4589    $770.00    4/7/2026

4589    $770.00    4/7/2026



4590   $500.00   4/1/2026      4590   $500.00   4/1/2026

4590   $500.00   4/6/2026      4590   $500.00   4/6/2026

4592   $200.00   4/9/2026      4592   $200.00   4/9/2026

4593   $341.65   4/13/2026      4593   $341.65   4/13/2026

4594   $750.00   4/6/2026      4594   $750.00   4/6/2026

4595   $61.28   4/7/2026      4595   $61.28   4/7/2026

4596   $994.52   4/13/2026

4596   $994.52   4/13/2026

4597   $1,361.13   4/10/2026

4597   $1,361.13   4/10/2026

4598   $1,000.00   4/10/2026

4598   $1,000.00   4/10/2026

4599   $900.00   4/10/2026

4599   $900.00   4/10/2026

4600   $850.00   4/6/2026

4600   $850.00   4/6/2026

4601   $500.00   4/9/2026

4601   $500.00   4/9/2026



4602    $500.00    4/13/2026

4602    $500.00    4/13/2026

4603    $500.00    4/6/2026

4603    $500.00    4/6/2026

4604    $600.00    4/6/2026

4604    $600.00    4/6/2026

4605    $767.00    4/10/2026

4605    $767.00    4/10/2026

4606    $542.00    4/6/2026

4606    $542.00    4/6/2026

4608    $500.00    4/14/2026

4608    $500.00    4/14/2026

4609    $500.00    4/20/2026 | 4609    $500.00    4/20/2026
4610    $500.00    4/30/2026 | 4610    $500.00    4/30/2026
4611    $500.00    4/6/2026 | 4611    $500.00    4/6/2026
4612    $350.00    4/6/2026 | 4612    $350.00    4/6/2026
4613    $523.00    4/7/2026 | 4613    $523.00    4/7/2026
4614    $900.00    4/9/2026 | 4614    $900.00    4/9/2026

16107764 Page 22



4615   $240.00   4/7/2026          4615   $240.00   4/7/2026

4616   $767.00   4/13/2026        4616   $767.00   4/13/2026

4617   $1,000.00   4/15/2026      4617   $1,000.00   4/15/2026

4618   $650.00   4/9/2026         4618   $650.00   4/9/2026

4619   $212.00   4/15/2026        4619   $212.00   4/15/2026

4620   $2,551.78   4/10/2026      4620   $2,551.78   4/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
6753     4621

Pay to the Order of Coastal Liner     $ 521.98
Five Hundred Twenty one 98/    Dollars
AMBOY Bank     MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For _____

4621    $521.98    4/16/2026

For Deposit Only - JPMC

4621    $521.98    4/16/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4622

Pay to the Order of Sullivan Brothers     $ 1221.13
One Thousand Two Hundred Twenty one 13/    Dollars
AMBOY Bank
For 1/27  721.15 +500

4622    $1,221.13    4/13/2026

513462122211 110238  20260410 00000000161-0716-4
TRN_DEBIT TAE0120  0.00
Harmony Road 0134 94004 5134 0009 0079

4622    $1,221.13    4/13/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4624

Pay to the Order of LK Reisman     $ 500
Five Hundred    Dollars
AMBOY Bank     MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For _____

4624    $500.00    4/21/2026

4624    $500.00    4/21/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4625

Pay to the Order of LK Reisman     $ 500.00
Five Hundred    Dollars
AMBOY Bank     MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For _____

4625    $500.00    4/8/2026

4625    $500.00    4/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4626

Pay to the Order of Fernando Megaton     $ 770.00
Seven Hundred Seventy    Dollars
AMBOY Bank     MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For _____

4626    $770.00    4/9/2026

18707-NJ

4626    $770.00    4/9/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4627

Pay to the Order of Miscela D'oro     $ 488.65
Four Hundred Eighty Eight 65/    Dollars
AMBOY Bank     MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com
For _____

4627    $488.65    4/20/2026

Seq: 3
Dep: 000524
Date: 04/17/26

For Deposit Only to
Miscela D'oro USA Inc.
Miscela D'oro Usa, Inc.
Master
Deposited by:

4627    $488.65    4/20/2026

| Check | Amount | Date |
|---|---|---|
| 4628 | $450.00 | 4/10/2026 |
| 4628 | $450.00 | 4/10/2026 |
| 4629 | $300.00 | 4/13/2026 |
| 4629 | $300.00 | 4/13/2026 |
| 4629 | $1,000.00 | 4/20/2026 |
| 4629 | $1,000.00 | 4/20/2026 |
| 4630 | $1,000.00 | 4/2/2026 |
| 4630 | $1,000.00 | 4/2/2026 |
| 4630 | $500.00 | 4/15/2026 |
| 4630 | $500.00 | 4/15/2026 |
| 4630 | $500.00 | 4/20/2026 |
| 4630 | $500.00 | 4/20/2026 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4631

Date 4/17/26

Pay to the Order of  Rancher Best          $ 2600.00

Two Thousand Six Hundred          Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  on acct

4631    $2,600.00    4/20/2026

4631    $2,600.00    4/20/2026

NSF    Redeposit

RETURN REASON-A NOT SUFFICIENT FUNDS

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4631

4/17/26

Pay to the Order of  Rancher Best          $ 2600.00

Two Thousand Six Hundred          Dollars

AMBOY Bank

For  on acct

Redeposit

4631    $2,600.00    4/29/2026

Redeposit 71300410

4631    $2,600.00    4/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4632

4/9/26

Pay to the Order of  Rosario Falgone          $ 2000.00

Two Thousand          Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  March

4632    $2,000.00    4/10/2026

0081733218 TD Mobile Deposit
4/9/2026 9:15:39 AM
7865362698
THE SKILLET BY SAL INC

4632    $2,000.00    4/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4632

4/19/26

Pay to the Order of  2nd to none          $ 347.13

Three Hundred Forty-Seven and 13/17          Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  4/2

4632    $347.13    4/21/2026

For Deposit Only - JPMC

4632    $347.13    4/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4633

4/17/26

Pay to the Order of  Puglisi Egg          $ 1000.00

One Thousand          Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  on acct

4633    $1,000.00    4/17/2026

BOFD  >021204416<
Puglisi Egg Farm
2026-04-17
9975909004

4633    $1,000.00    4/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                    4634

4634    $807.00    4/21/2026

For Deposit Only - JPMC

4634    $807.00    4/21/2026



4635 $450.00 4/13/2026

4635 $450.00 4/13/2026

4636 $542.00 4/13/2026

4636 $542.00 4/13/2026

4637 $720.00 4/13/2026

4637 $720.00 4/13/2026

4638 $300.00 4/21/2026

4638 $300.00 4/21/2026

4639 $750.00 4/15/2026

4639 $750.00 4/15/2026

4640 $500.00 4/16/2026

4640 $500.00 4/16/2026

| Check | Amount | Date |
|---|---|---|
| 4642 | $500.00 | 4/17/2026 |
| 4642 | $500.00 | 4/17/2026 |
| 4643 | $1,000.00 | 4/15/2026 |
| 4643 | $1,000.00 | 4/15/2026 |
| 4644 | $450.00 | 4/22/2026 |
| 4644 | $450.00 | 4/22/2026 |
| 4646 | $767.00 | 4/17/2026 |
| 4646 | $767.00 | 4/17/2026 |
| 4647 | $650.00 | 4/16/2026 |
| 4647 | $650.00 | 4/16/2026 |
| 4648 | $400.00 | 4/16/2026 |
| 4648 | $400.00 | 4/16/2026 |



4649  $2,091.97  4/20/2026          4649  $2,091.97  4/20/2026

4650  $2,551.78  4/16/2026          4650  $2,551.78  4/16/2026

4651  $688.00  4/27/2026          4651  $688.00  4/27/2026

4652  $1,000.00  4/23/2026          4652  $1,000.00  4/23/2026

4653  $1,000.00  4/30/2026          4653  $1,000.00  4/30/2026

4654  $471.85  4/28/2026          4654  $471.85  4/28/2026

| | |
|---|---|
| 4655  $300.00  4/21/2026 | 4655  $300.00  4/21/2026 |
| 4656  $1,000.00  4/16/2026 | 4656  $1,000.00  4/16/2026 |
| 4656  $1,000.00  4/21/2026 | 4656  $1,000.00  4/21/2026 |
| 4657  $480.00  4/20/2026 | 4657  $480.00  4/20/2026 |
| 4658  $300.00  4/17/2026 | 4658  $300.00  4/17/2026 |
| 4662  $1,000.00  4/17/2026 | 4662  $1,000.00  4/17/2026 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4663

Pay to the Order of Russo. Meat
$1790.35

one Seven Hundr Ninety

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 2/27 100 +100 3/11

4663 $1,790.35 4/27/2026

557826091748 140457 20260424 00000000161-0776-4
TRN_DEBIT SRAMANI 0.00
Marlboro 0088 94004 5578 0001 0162

4663 $1,790.35 4/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4664

4/17/26 Date

Pay to the Order of Mike Naselli
$600.00

Six Hdred Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4664 $600.00 4/20/2026

For Deposit Only - JPMC

4664 $600.00 4/20/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4665

4/25/26 Date

Pay to the Order of MVGm LLC
$600.00

Six Hdred Dollars

AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For

4665 $600.00 4/21/2026

For Deposit Only - JPMC

ORIGINAL

4665 $600.00 4/21/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4666

4/21/26 Date

Pay to the Order of Grify's
$600.00

Six Hdred Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4666 $600.00 4/27/2026

JPMorganChaseBank 042402 000420 025220107108

4666 $600.00 4/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4667

4/18/26 Date

Pay to the Order of Benito Manzano
$315.02

Three Hdred Fifteen Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4667 $315.00 4/20/2026

Benito Manzano

4667 $315.00 4/20/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4668

4/20/26 Date

Pay to the Order of Fernando Murphy
$770.02

Seve Hdred Sevnty Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4668 $770.00 4/21/2026

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 04/20/2026 15:42:46

Viamericas
Account Number
9399999999

4668 $770.00 4/21/2026

4669    $112.00    4/20/2026

4669    $112.00    4/20/2026

4670    $1,000.00    4/20/2026

4670    $1,000.00    4/20/2026

4671    $500.00    4/22/2026

4671    $500.00    4/22/2026

4672    $1,000.00    4/27/2026

4672    $1,000.00    4/27/2026

4673    $720.00    4/23/2026

4673    $720.00    4/23/2026

4674    $500.00    4/27/2026

4674    $500.00    4/27/2026

16107764  Page 32



| 4675 | $80.00 | 4/28/2026 | | 4675 | $80.00 | 4/28/2026 |
| 4676 | $539.00 | 4/24/2026 | | 4676 | $539.00 | 4/24/2026 |
| 4677 | $600.00 | 4/23/2026 | | 4677 | $600.00 | 4/23/2026 |
| 4678 | $800.00 | 4/24/2026 | | 4678 | $800.00 | 4/24/2026 |
| 4679 | $365.00 | 4/24/2026 | | 4679 | $365.00 | 4/24/2026 |
| 4680 | $500.00 | 4/28/2026 | | 4680 | $500.00 | 4/28/2026 |

4681   $500.00   4/27/2026

4681   $500.00   4/27/2026

4685   $920.00   4/27/2026

4685   $920.00   4/27/2026

4686   $650.00   4/23/2026

4686   $650.00   4/23/2026

4687   $1,031.20   4/27/2026

4687   $1,031.20   4/27/2026

4688   $750.00   4/27/2026

4688   $750.00   4/27/2026

4690   $750.00   4/22/2026

4690   $750.00   4/22/2026



4691    $250.00    4/27/2026

4691    $250.00    4/27/2026

4692    $770.00    4/23/2026

4692    $770.00    4/23/2026

4693    $1,264.52    4/28/2026

4693    $1,264.52    4/28/2026

4699    $300.00    4/28/2026

4699    $300.00    4/28/2026

4701    $583.23    4/30/2026

4701    $583.23    4/30/2026

4702    $1,000.00    4/27/2026

4702    $1,000.00    4/27/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4709

Pay to the Order of Sensational Daisy    $350.00
Three Hundred Fifty    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4709    $350.00    4/27/2026

4709    $350.00    4/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4711

Pay to the Order of Freddy Muoka    $542.00
Five Hundred Forty Two    Dollars

AMBOY Bank
MANALAPAN OFFICE
MANALAPAN, NJ 07726
www.amboybank.com

Fo

4711    $542.00    4/24/2026

347-712-6071 Freddy Miralax

4711    $542.00    4/24/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4712

Pay to the Order of Sensotunde Farms    $200.00
Two Hundred    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4712    $200.00    4/29/2026

4712    $200.00    4/29/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4713

Pay to the Order of Paramount Paperment    $770.00
Seven Hundred Seventy and 00    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4713    $770.00    4/29/2026

For Deposit Only - JPMC

4713    $770.00    4/29/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4714

Pay to the Order of Cash    $125.00
One Hundred Thirty Five    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

4714    $125.00    4/27/2026

>231270353<
OceanFirst Bank TC #885
2026-04-24
0523562002
INST=INST-RTNUM=>231270<Batch
BRANCHNAME=FREEHOLDBr=22-TLRID=1003
BUSDT=04/24/26-TRANDT=04/24/26
ITEMNUM=052356200274-STARTTM= 2:50:09 PM

4714    $125.00    4/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4716

Pay to the Order of Cash    $125.00
One Hundred Twenty-Five and 00    Dollars

AMBOY Bank
MANALAPAN OFFICE 15
MANALAPAN, NJ 07726
www.amboybank.com

For

4716    $125.00    4/27/2026

>231270353<
OceanFirst Bank TC #885
2026-04-24
0523562002
INST=INST-RINUM=>231270<Batch
BRANCHNAME=FREEHOLDBr=22-TLRID=1003
BUSDT=04/24/26-TRANDT=04/24/26
ITEMNUM=052356200273-STARTTM= 2:50:09 PM

4716    $125.00    4/27/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4718

Pay to the Order of Anne Carter $120.00
One Hundred Twenty Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

4718 $120.00 4/29/2026

4718 $120.00 4/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4719

Pay to the Order of Emmerson Sitan $600.00
Six Hundred Dollars

AMBOY Bank

4719 $600.00 4/28/2026

For Deposit Only - JPMC

4719 $600.00 4/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4723

Pay to the Order of Nixon Amanda $450.00
Four Hundred Fifty Dollars

AMBOY Bank

For 3/27/26

4723 $450.00 4/28/2026

4723 $450.00 4/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4724

Pay to the Order of Freddy Morales $542.00
Five Hundred Forty Two Dollars

AMBOY Bank

For 4/13 4-A

4724 $542.00 4/29/2026

4724 $542.00 4/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4726

Pay to the Order of Marlon Calderon $240.00
Two Hundred Forty Dollars

AMBOY Bank

4726 $240.00 4/27/2026

4726 $240.00 4/27/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4729

Pay to the Order of Sergio Sitan $650.00
Six Hundred Fifty Dollars

AMBOY Bank

4729 $650.00 4/30/2026

4729 $650.00 4/30/2026





4737    $200.00    4/30/2026    4737    $200.00    4/30/2026





4741    $770.00    4/30/2026    4741    $770.00    4/30/2026



7042    $1,000.00    4/7/2026    7042    $1,000.00    4/7/2026





14437    $167.05    4/6/2026    14437    $167.05    4/6/2026





14476    $12.13    4/13/2026    14476    $12.13    4/13/2026





14494    $398.22    4/1/2026    14494    $398.22    4/1/2026



14494  $398.22  4/6/2026

14494  $398.22  4/6/2026







14507  $470.11  4/3/2026

14507  $470.11  4/3/2026





14513  $423.16  4/1/2026

14513  $423.16  4/1/2026





14527  $470.11  4/27/2026

14527  $470.11  4/27/2026





14533  $108.00  4/1/2026

14533  $108.00  4/1/2026

14536  $7.91  4/13/2026

14536  $7.91  4/13/2026





14544   $595.06   4/6/2026



14544   $595.06   4/6/2026



14545   $470.11   4/15/2026



14545   $470.11   4/15/2026



14546   $171.40   4/14/2026



14546   $171.40   4/14/2026

14547   $270.01   4/7/2026

14547   $270.01   4/7/2026

14548   $23.51   4/13/2026

14548   $23.51   4/13/2026



14549   $151.64   4/6/2026



14549   $151.64   4/6/2026



14550   $349.88   4/6/2026

14550   $349.88   4/6/2026





14551   $12.63   4/29/2026

14551   $12.63   4/29/2026





14552   $230.84   4/17/2026

14552   $230.84   4/17/2026





14553   $24.29   4/6/2026

14553   $24.29   4/6/2026





14554   $508.86   4/7/2026

14554   $508.86   4/7/2026

14555   $29.35   4/13/2026

14555   $29.35   4/13/2026





14556   $420.11   4/7/2026

14556   $420.11   4/7/2026





14557   $5.24   4/7/2026

14557   $5.24   4/7/2026





14558   $15.68   4/7/2026

14558   $15.68   4/7/2026





14559   $23.56   4/6/2026

14559   $23.56   4/6/2026





14560   $431.18   4/7/2026

14560   $431.18   4/7/2026





14561   $154.00   4/6/2026

14561   $154.00   4/6/2026





14562  $85.00  4/13/2026          14562  $85.00  4/13/2026





14565  $595.06  4/15/2026         14565  $595.06  4/15/2026





14567  $86.68  4/14/2026          14567  $86.68  4/14/2026





14568  $270.01  4/14/2026         14568  $270.01  4/14/2026





14569  $155.53  4/13/2026         14569  $155.53  4/13/2026

14570  $312.84  4/13/2026         14570  $312.84  4/13/2026




14571 $47.18 4/29/2026      14571 $47.18 4/29/2026




14572 $310.92 4/17/2026      14572 $310.92 4/17/2026




14573 $4.47 4/17/2026      14573 $4.47 4/17/2026




14574 $508.86 4/14/2026      14574 $508.86 4/14/2026




14575 $8.42 4/30/2026      14575 $8.42 4/30/2026




14576 $444.71 4/13/2026      14576 $444.71 4/13/2026



14578   $19.90   4/14/2026          14578   $19.90   4/14/2026

14579   $2.98   4/13/2026          14579   $2.98   4/13/2026

14580   $431.18   4/14/2026          14580   $431.18   4/14/2026

14583   $595.06   4/24/2026          14583   $595.06   4/24/2026

14585   $566.52   4/23/2026          14585   $566.52   4/23/2026

14586   $270.01   4/21/2026          14586   $270.01   4/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Fifty-Five Dollars and Fifty Cents

Date 04/17/2026     Amount **********$55.50

Pay to the Order of  DEANDRA FOTI
J1 TAYLOR LAKE CT.
MANALAPAN NJ 07726

14587    $55.50    4/27/2026

14587    $55.50    4/27/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212     Check No. 14588

Eighty Dollars and Twenty-One Cents

Date 04/17/2026     Amount *********$80.21

Pay to the Order of  SOFIA M. GALLO
3 NICOLE COURT
FREEHOLD NJ 07728

14588    $80.21    4/23/2026

14588    $80.21    4/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212     Check No. 14589

One Hundred Eighty Dollars and Seventy-Three Cents

Date 04/17/2026     Amount ********$180.73

Pay to the Order of  DANNAE GARCIA
335 TULIP LANE
FREEHOLD NJ 07728

14589    $180.73    4/20/2026



For Deposit Only - JPMC

14589    $180.73    4/20/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212     Check No. 14590

Five Dollars and Ninety-Five Cents

Date 04/17/2026     Amount **********$5.95

Pay to the Order of  ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

14590    $5.95    4/29/2026

For Deposit Only - JPMC

14590    $5.95    4/29/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212     Check No. 14591

Four Hundred Thirty-Three Dollars and Thirty-Three Cents

Date 04/17/2026     Amount ********$433.33

Pay to the Order of  TAYLOR HART
407 AVERY COURT
MONROE TOWNSHIP NJ 08831

14591    $433.33    4/21/2026




14591    $433.33    4/21/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212     Check No. 14592

Fifteen Dollars and Forty-Nine Cents

Date 04/17/2026     Amount *********$15.49

Pay to the Order of  TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753

14592    $15.49    4/22/2026




14592    $15.49    4/22/2026



14593   $508.86   4/21/2026          14593   $508.86   4/21/2026




14594   $20.71   4/30/2026          14594   $20.71   4/30/2026




14595   $338.35   4/21/2026          14595   $338.35   4/21/2026




14597   $22.26   4/21/2026          14597   $22.26   4/21/2026




14598   $10.76   4/20/2026          14598   $10.76   4/20/2026




14599   $431.18   4/21/2026          14599   $431.18   4/21/2026




14603   $595.06   4/30/2026          14603   $595.06   4/30/2026




14605   $367.06   4/29/2026          14605   $367.06   4/29/2026




14606   $270.01   4/28/2026          14606   $270.01   4/28/2026




14607   $67.98   4/29/2026           14607   $67.98   4/29/2026




14609   $30.92   4/29/2026           14609   $30.92   4/29/2026




14610   $383.08   4/28/2026          14610   $383.08   4/28/2026





14612  $508.86  4/28/2026

14612  $508.86  4/28/2026





14613  $23.33  4/30/2026

14613  $23.33  4/30/2026





14614  $439.70  4/28/2026

14614  $439.70  4/28/2026





14615  $7.80  4/28/2026

14615  $7.80  4/28/2026





14616  $24.20  4/27/2026

14616  $24.20  4/27/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
         Street and Number                 City           State       Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking .................................... ☐ Loan .................................... ☐ Safe Deposit Box ( .................................... )

☐ Savings .................................... ☐ Certificate .................................... ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____   Authorized Signature: _____

---

## CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

#### CHECKS OUTSTANDING

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | DEPOSITS NOT SHOWN ON STATEMENT | |
|---|---|---|
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | STATEMENT BALANCE | |
| **TOTAL** | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY