For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24 AMBOY

00 00000 0000 0000 0000 0000 0000 0000 0000 000000
00 00000 0000 0000 0000 0000 0000 0000 0000 000000

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD            NJ 07728**

**With higher NJ home values, there's no**
**better time to use your equity with our**
**Home Equity Line of Credit special offer.**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com/Choice**

## Free Small Business Account     Account number: 16018087

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | -$22.18 |
| Deposits and other credits (+) | $173,492.04 |
| Withdrawals, checks and other debits (-) | $173,494.40 |
| Ending Balance on 04-30 | -$24.54 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 25.00 | 04-07 | TSYS/TRANSFIRST CR CD DEP 260406 543684555958323 543684555958323 1THE SKILLET | 4,895.59 |
| 04-01 | TSYS/TRANSFIRST CR CD DEP 260331 543684555958323 543684555958323 1THE SKILLET | 4,016.12 | 04-07 | TSYS/TRANSFIRST CR CD DEP 260406 543684555958323 543684555958323 1THE SKILLET | 8,810.44 |
| 04-02 | TSYS/TRANSFIRST CR CD DEP 260401 543684555958323 543684555958323 1THE SKILLET | 48.25 | 04-08 | TSYS/TRANSFIRST CR CD DEP 260407 543684555958323 543684555958323 1THE SKILLET | 3,574.72 |
| 04-02 | TSYS/TRANSFIRST CR CD DEP 260401 543684555958323 543684555958323 1THE SKILLET | 4,244.97 | 04-09 | TSYS/TRANSFIRST CR CD DEP 260408 543684555958323 543684555958323 1THE SKILLET | 5,358.65 |
| 04-03 | TSYS/TRANSFIRST CR CD DEP 260402 543684555958323 543684555958323 1THE SKILLET | 5,245.15 | 04-10 | TSYS/TRANSFIRST CR CD DEP 260409 543684555958323 543684555958323 1THE SKILLET | 4,874.73 |
| 04-06 | TSYS/TRANSFIRST CR CD DEP 260403 543684555958323 543684555958323 1THE SKILLET | 8,469.80 | 04-13 | TSYS/TRANSFIRST CR CD DEP 260410 543684555958323 543684555958323 1THE SKILLET | 6,200.59 |
| 04-06 | TSYS/TRANSFIRST CR CD DEP 260405 543684555958323 543684555958323 1THE SKILLET | 9,311.11 | 04-13 | TSYS/TRANSFIRST CR CD DEP 260412 543684555958323 543684555958323 1THE SKILLET | 8,486.06 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-14 | DEPOSIT | 250.00 | 04-22 | TSYS/TRANSFIRST CR CD DEP 260421 543684555958323 5436845559583231THE SKILLET | 5,291.98 |
| 04-14 | TSYS/TRANSFIRST CR CD DEP 260413 543684555958323 5436845559583231THE SKILLET | 2,616.58 | 04-23 | TSYS/TRANSFIRST CR CD DEP 260422 543684555958323 5436845559583231THE SKILLET | 3,387.33 |
| 04-14 | TSYS/TRANSFIRST CR CD DEP 260413 543684555958323 5436845559583231THE SKILLET | 11,409.52 | 04-24 | TSYS/TRANSFIRST CR CD DEP 260423 543684555958323 5436845559583231THE SKILLET | 4,424.59 |
| 04-15 | TSYS/TRANSFIRST CR CD DEP 260414 543684555958323 5436845559583231THE SKILLET | 3,229.13 | 04-27 | TSYS/TRANSFIRST CR CD DEP 260424 543684555958323 5436845559583231THE SKILLET | 5,408.79 |
| 04-16 | TSYS/TRANSFIRST CR CD DEP 260415 543684555958323 5436845559583231THE SKILLET | 2,356.06 | 04-27 | TSYS/TRANSFIRST CR CD DEP 260426 543684555958323 5436845559583231THE SKILLET | 10,533.20 |
| 04-17 | TSYS/TRANSFIRST CR CD DEP 260416 543684555958323 5436845559583231THE SKILLET | 2,351.89 | 04-28 | TSYS/TRANSFIRST CR CD DEP 260427 543684555958323 5436845559583231THE SKILLET | 3,238.55 |
| 04-20 | TSYS/TRANSFIRST CR CD DEP 260417 543684555958323 5436845559583231THE SKILLET | 5,097.89 | 04-28 | TSYS/TRANSFIRST CR CD DEP 260427 543684555958323 5436845559583231THE SKILLET | 11,368.91 |
| 04-20 | TSYS/TRANSFIRST CR CD DEP 260419 543684555958323 5436845559583231THE SKILLET | 10,119.07 | 04-29 | TSYS/TRANSFIRST CR CD DEP 260428 543684555958323 5436845559583231THE SKILLET | 2,963.68 |
| 04-21 | TSYS/TRANSFIRST CR CD DEP 260420 543684555958323 5436845559583231THE SKILLET | 2,986.33 | 04-30 | TSYS/TRANSFIRST CR CD DEP 260429 543684555958323 5436845559583231THE SKILLET | 2,536.31 |
| 04-21 | TSYS/TRANSFIRST CR CD DEP 260420 543684555958323 5436845559583231THE SKILLET | 10,361.05 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-01 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 04-06 | 2604031900213D1 Vivian Capital Group LLC D | 300.00 |
| 04-01 | Internet Transfer to xxx8183 | 1.00 | 04-06 | Internet Transfer to xxx8272 | 220.00 |
| 04-01 | Internet Transfer to xxx8183 | 270.00 | 04-06 | Internet Transfer to xxx8183 | 555.00 |
| 04-01 | Internet Transfer to xxx7764 | 3,610.00 | 04-06 | Internet Transfer to xxx7764 | 882.00 |
| 04-01 | OVERDRAFT CHARGE | 35.00 | 04-06 | BRANCH WITHDRAWAL | 1,000.00 |
| 04-02 | Internet Transfer to xxx7764 | 2,100.00 | 04-06 | Internet Transfer to xxx7455 | 3,525.00 |
| 04-02 | Internet Transfer to xxx8272 | 2,150.00 | 04-06 | Internet Transfer to xxx7764 | 11,000.00 |
| 04-03 | Internet Transfer to xxx8272 | 70.00 | 04-07 | MERCHANTSERVCS BILLNG 260331 4445045885837 Merch Bankcard 3331091 The Sk | 36.06 |
| 04-03 | BRANCH WITHDRAWAL | 180.00 | | | |
| 04-03 | Internet Transfer to xxx7764 | 5,000.00 | | | |
| 04-06 | 260403190022XUQ Vivian Capital Group LLC D | 300.00 | 04-07 | Internet Transfer to xxx7764 | 600.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                     Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-07 | Internet Transfer to xxx7764 | 13,000.00 | 04-20 | BRANCH WITHDRAWAL | 400.00 |
| 04-08 | Internet Transfer to xxx7764 | 3,640.00 | 04-20 | Internet Transfer to xxx8183 | 1,368.00 |
| 04-09 | Internet Transfer to xxx8183 | 15.00 | 04-20 | Internet Transfer to xxx7764 | 12,810.00 |
| 04-09 | Internet Transfer to xxx7764 | 5,350.00 | 04-21 | Internet Transfer to xxx8183 | 50.00 |
| 04-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 6.92 | 04-21 | Internet Transfer to xxx7455 | 3,000.00 |
| 04-10 | Internet Transfer to xxx7764 | 4.00 | 04-21 | Internet Transfer to xxx7764 | 10,300.00 |
| 04-10 | Internet Transfer to xxx8183 | 220.00 | 04-22 | Internet Transfer to xxx8272 | 215.00 |
| 04-10 | Internet Transfer to xxx7764 | 4,645.00 | 04-22 | Internet Transfer to xxx7764 | 5,084.00 |
| 04-13 | 2604101900201PF Vivian Capital Group LLC D | 300.00 | 04-23 | Internet Transfer to xxx8183 | 16.00 |
| 04-13 | 260410190020XJ8 Vivian Capital Group LLC D | 300.00 | 04-23 | Internet Transfer to xxx8272 | 200.00 |
| 04-13 | Internet Transfer to xxx8183 | 100.00 | 04-23 | Internet Transfer to xxx7764 | 3,100.00 |
| 04-13 | BRANCH WITHDRAWAL | 2,400.00 | 04-24 | Internet Transfer to xxx8272 | 403.00 |
| 04-13 | Internet Transfer to xxx7455 | 3,050.00 | 04-24 | Internet Transfer to xxx7764 | 4,093.00 |
| 04-13 | Internet Transfer to xxx7764 | 8,500.00 | 04-27 | 260424190022G8U Vivian Capital Group LLC D | 300.00 |
| 04-14 | LOAN PAYMENT 1315100 | 231.42 | 04-27 | 260424190021NPD Vivian Capital Group LLC D | 300.00 |
| 04-14 | Internet Transfer to xxx8183 | 500.00 | 04-27 | Internet Transfer to xxx8272 | 76.00 |
| 04-14 | Internet Transfer to xxx7764 | 550.00 | 04-27 | Internet Transfer to xxx8183 | 79.00 |
| 04-14 | Internet Transfer to xxx7764 | 13,000.00 | 04-27 | Internet Transfer to xxx7764 | 330.00 |
| 04-15 | Internet Transfer to xxx7764 | 3,260.00 | 04-27 | BRANCH WITHDRAWAL | 700.00 |
| 04-16 | INS PMNT HANOVER INS BILLPAY | 365.24 | 04-27 | Internet Transfer to xxx7455 | 3,050.00 |
| 04-16 | Internet Transfer to xxx8272 | 140.00 | 04-27 | Internet Transfer to xxx7764 | 11,100.00 |
| 04-16 | Internet Transfer to xxx8183 | 706.00 | 04-28 | Internet Transfer to xxx7764 | 14,600.00 |
| 04-16 | Internet Transfer to xxx7764 | 1,145.00 | 04-29 | Internet Transfer to xxx8183 | 200.00 |
| 04-17 | Internet Transfer to xxx7764 | 2,350.00 | 04-29 | Internet Transfer to xxx7764 | 2,775.00 |
| 04-20 | 26041719002251J Vivian Capital Group LLC D | 300.00 | 04-30 | Digital Basic Monthly Fee | 10.00 |
| 04-20 | 26041719 0022F1N Vivian Capital Group LLC D | 300.00 | 04-30 | Internet Transfer to xxx7764 | 2,540.00 |
| 04-20 | Internet Transfer to xxx8183 | 5.00 | 04-30 | SERVICE CHARGE | 15.00 |
| 04-20 | Internet Transfer to xxx8272 | 26.00 | 04-30 | OVERDRAFT INTEREST CHARGE | 0.01 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|--|------------------------|---------------------|
| TOTAL OVERDRAFT FEES: | 35.01 | 105.20 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 4/3/2026

PRINT NAME: SAL FAENZA
SIGN NAME:
$ AMOUNT 180.
ACCOUNT NUMBER 16018087
⑆021204416⑆    0 50

0    $180.00    4/3/2026

0    $180.00    4/3/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 4/6/26

PRINT NAME: The Skillet by SAL INC
SIGN NAME:
$ AMOUNT 1000.—
ACCOUNT NUMBER 16018087
⑆021204416⑆    0 50

0    $1,000.00    4/6/2026

0    $1,000.00    4/6/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 4/13/26

PRINT NAME: The Skillet by SAL
SIGN NAME:
$ AMOUNT 2400.00
ACCOUNT NUMBER 16018087—
⑆021204416⑆    0 50

0    $2,400.00    4/13/2026

0    $2,400.00    4/13/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 4/20/2026

PRINT NAME: SAL FAENZA
SIGN NAME:
$ AMOUNT 400.
ACCOUNT NUMBER 16018087
⑆021204416⑆    0 50

0    $400.00    4/20/2026

0    $400.00    4/20/2026

---

**AMBOY BANK** — DDA / SAVINGS - WITHDRAWAL

Date 4/27/2026

PRINT NAME: S. FAENZA
SIGN NAME:
Skillet by Sal Merchf
$ AMOUNT 700.00
ACCOUNT NUMBER 16018087
⑆021204416⑆    0 50

0    $700.00    4/27/2026

0    $700.00    4/27/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
Street and Number _____ City _____ State ____ Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ........................................   ☐ Loan ........................................   ☐ Safe Deposit Box ( ........................................ )
☐ Savings ........................................   ☐ Certificate ........................................   ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____   Authorized Signature: _____

---

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | | |
|---|---|---|---|---|
| | | DEPOSITS NOT SHOWN ON STATEMENT | | |
| TOTAL CHECKS OUTSTANDING | | | | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE | | |
| **TOTAL** | | **TOTAL** | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---