For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

**With higher NJ home values, there's no**
**better time to use your equity with our**
**Home Equity Line of Credit special offer.**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com/Choice**

## Free Small Business Account                    Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | $14.09 |
| Deposits and other credits (+) | $3,575.00 |
| Withdrawals, checks and other debits (-) | $3,792.22 |
| Ending Balance on 04-30 | -$203.13 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-02 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,150.00 | 04-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 215.00 |
| 04-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 70.00 | 04-22 | RETURNED ITEM, INSUFFICIENT FUNDS, 7948157 INTUIT * QBooks Onl | 75.00 |
| 04-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 220.00 | 04-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 200.00 |
| 04-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 140.00 | 04-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 403.00 |
| 04-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 26.00 | 04-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 76.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | 173227354289919 PRUDENTIAL PAYMENTS | 162.83 | 04-09 | Internet Transfer to xxx8183 | 15.00 |
| 04-01 | 421974814613137 CITI CARD ONLINE PAYMENT | 2,000.00 | 04-10 | Internet Transfer to xxx7764 | 3.00 |
| | | | 04-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 04-02 | OVERDRAFT CHARGE | 70.00 | 04-16 | OVERDRAFT CHARGE | 35.00 |
| 04-06 | 2924385 VZ WIRELESS VN E CHECK | 202.69 | 04-21 | 7948157 INTUIT * QBooks Onl | 75.00 |
| | | | 04-21 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-22 | XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 | 04-27 | 9422568 INTUIT * QBooks Onl | 75.00 |
| 04-22 | OVERDRAFT CHARGE | 35.00 | 04-30 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 |
| 04-22 | RETURNED CHECK CHARGE | 35.00 | 04-30 | SERVICE CHARGE | 15.00 |
| 04-23 | OVERDRAFT CHARGE | 35.00 | 04-30 | OVERDRAFT INTEREST CHARGE | 1.28 |

--- ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES ---

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 176.28 | 632.61 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $70.00 |