For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

**With higher NJ home values, there's no**
**better time to use your equity with our**
**Home Equity Line of Credit special offer.**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com/Choice**

## Free Small Business Account                    Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | -$270.00 |
| Deposits and other credits (+) | $6,155.00 |
| Withdrawals, checks and other debits (-) | $5,903.33 |
| Ending Balance on 04-30 | -$18.33 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1.00 | 04-16 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 706.00 |
| 04-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 270.00 | 04-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 5.00 |
| 04-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 555.00 | 04-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,368.00 |
| 04-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 604599217073111 Sams Club SYF PAYMNT | 450.00 | 04-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 50.00 |
| 04-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8272 | 15.00 | 04-22 | RETURNED ITEM, INSUFFICIENT FUNDS, 7948227 INTUIT * QBooks Onl | 75.00 |
| 04-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 15.00 | 04-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 16.00 |
| 04-10 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 220.00 | 04-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 79.00 |
| 04-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 04-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 200.00 |
| 04-14 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 | 04-30 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 30.00 |
| 04-14 | RETURNED ITEM, INSUFFICIENT FUNDS, CA 0F50496AC3DDE CAPITAL ONE ONLINE PMT | 1,500.00 | | | |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account

**Account number: 16108183**

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 04-06 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 04-15 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 04-06 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 04-16 | OVERDRAFT CHARGE | 70.00 |
| 04-07 | 604599217073111 Sams Club SYF PAYMNT | 450.00 | 04-17 | CA0AFF24FF6B821 CAPITAL ONE ONLINE PMT | 1,300.00 |
| 04-08 | RETURNED CHECK CHARGE | 35.00 | 04-20 | OVERDRAFT CHARGE | 35.00 |
| 04-09 | XXXXX6241 AMERICAN NAT'L INS PREMIUM | 217.74 | 04-21 | 7948227 INTUIT * QBooks Onl | 75.00 |
| 04-10 | Internet Transfer to xxx7764 | 3.00 | 04-22 | RETURNED CHECK CHARGE | 35.00 |
| 04-10 | OVERDRAFT CHARGE | 35.00 | 04-27 | 9422582 INTUIT * QBooks Onl | 75.00 |
| 04-13 | 604599217073111 Sams Club RETRY PYMT | 450.00 | 04-28 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 04-13 | CA0F50496AC3DDE CAPITAL ONE ONLINE PMT | 1,500.00 | 04-29 | OVERDRAFT CHARGE | 35.00 |
| 04-14 | OVERDRAFT CHARGE | 35.00 | 04-30 | SERVICE CHARGE | 15.00 |
| 04-14 | RETURNED CHECK CHARGE | 35.00 | 04-30 | OVERDRAFT INTEREST CHARGE | 2.59 |
| 04-15 | CA012B08BAC38FA CAPITAL ONE ONLINE PMT | 250.00 | | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES: | 212.59 | 1,796.07 |
| TOTAL RETURNED ITEM FEES: | $105.00 | $315.00 |