For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

**Avoid Penalties on Property Taxes with**
**Amboy's free Save & Pay Tax Service**
**Make paying your taxes Stress Free today!**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com for more info.**

| Free Personal Check Account | Account number: 16017455 |
|---|---|

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | $75.48 |
| Deposits and other credits (+) | $12,050.00 |
| Withdrawals, checks and other debits (-) | $12,120.00 |
| Ending Balance on 05-29 | $5.48 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,000.00 | 05-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |
| 05-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,050.00 | 05-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1030 | 05-11 | 3,000.00 | 1031 | 05-26 | 3,000.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Internet Transfer to xxx8183 | 20.00 | 05-14 | Internet Transfer to xxx8183 | 60.00 |
| 05-01 | Internet Transfer to xxx8272 | 40.00 | 05-18 | BRANCH WITHDRAWAL | 3,000.00 |
| 05-04 | BRANCH WITHDRAWAL | 3,000.00 | | | |



0   $3,000.00   5/4/2026



0   $3,000.00   5/18/2026



1030   $3,000.00   5/11/2026

1031   $3,000.00   5/26/2026