☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

000 0000 0000 0000 0000 0000 0000 0000 000 00000
000 0000 0000 0000 0000 0000 0000 0000 000 00000

‖‖⋯‖‖⋯‖⋯‖⋯‖‖⋯‖⋯‖⋯‖‖⋯‖‖⋯‖‖⋯‖‖⋯‖‖⋯‖‖⋯‖‖⋯‖

**THE SKILLET BY SAL INC**
**OPERATING ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

**Avoid Penalties on Property Taxes with**
**Amboy's free Save & Pay Tax Service**
**Make paying your taxes Stress Free today!**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com for more info.**

## Free Small Business Account             Account number: 16107764

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | -$12,882.15 |
| Deposits and other credits (+) | $268,990.83 |
| Withdrawals, checks and other debits (-) | $263,019.51 |
| Ending Balance on 05-29 | -$6,910.83 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,650.00 | 05-05 | DEPOSIT | 300.00 |
| 05-01 | DEPOSIT | 3,000.00 | 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 15,000.00 |
| 05-01 | 26050129ZgWYnV5 GRUBHUB INC Apr Actvty | 330.15 | 05-05 | UBER USA 6787 EDI PAYMNT MAY 04 I9Z0F2S7UT WOP32 REF*TN*I9Z0F2S7UT\ | 400.14 |
| 05-01 | ST-R4Q0Q0T6X2F7 DoorDash payout DoorDash - | 399.05 | 05-05 | RETURNED ITEM, INSUFFICIENT FUNDS, ST-H2S9Y5L7A9D8 WWW.SPOTHOPPERAP WWW.SPOTH | 549.00 |
| 05-01 | RETURNED ITEM, INSUFFICIENT FUNDS NJ WEB PMT 04130 RETRY PYMT 26113100352485 | 6,542.39 | 05-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031369864 HILOYO INVESTMEN ACH Debit | 1,600.00 |
| 05-04 | DEPOSIT | 365.00 | 05-05 | RETURNED CHECK # 4705, INSUFFICIENT FUNDS | 2,828.44 |
| 05-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 10,050.00 | 05-06 | DEPOSIT | 1,600.00 |
| 05-04 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ LBR INS REM NJWEB13006 261201003613681 | 450.00 | 05-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,290.00 |
| 05-04 | RETURNED ITEM, INSUFFICIENT FUNDS, 39384-03101 8656 Rewards Network SETTLEMENT | 599.75 | 05-06 | RETURNED CHECK # 4700, INSUFFICIENT FUNDS | 341.95 |
| 05-04 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ GIT / LBR PMT NJWEB82 261201003613290 T | 4,208.03 | 05-06 | RETURNED ITEM, INSUFFICIENT FUNDS, SBA EIDL LOAN PAYMENT 260504 0000 68009782 | 398.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account                    Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-06 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ LBR INS REM RETRY PYMT 261201003613681 | 450.00 | 05-08 | RETURNED CHECK # 4607, INSUFFICIENT FUNDS | 500.00 |
| 05-06 | RETURNED CHECK # 4736, INSUFFICIENT FUNDS | 500.00 | 05-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 39402-031042580 Rewards Network SETTLEMENT | 599.75 |
| 05-06 | RETURNED CHECK # 4754, INSUFFICIENT FUNDS | 500.00 | 05-08 | RETURNED CHECK # 4763, INSUFFICIENT FUNDS | 650.00 |
| 05-06 | RETURNED CHECK # 4761, INSUFFICIENT FUNDS | 542.00 | 05-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 39402-031042581 Rewards Network SETTLEMENT | 687.10 |
| 05-06 | RETURNED CHECK # 4767, INSUFFICIENT FUNDS | 586.44 | 05-08 | RETURNED CHECK # 4753, INSUFFICIENT FUNDS | 971.59 |
| 05-06 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX 9191 IVY RECEIVABLES 3477550766 | 750.00 | 05-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031597763 HILO YO INVESTMEN ACH Debit | 1,636.00 |
| 05-06 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ GIT / LBR PMT RETRY PYMT 26120100361329 | 4,208.03 | 05-08 | RETURNED ITEM, INSUFFICIENT FUNDS, 270652702473621 IRS USATAXPYMT | 2,252.81 |
| 05-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,600.00 | 05-08 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ GIT / LBR PMT RETRY PYMT 26120100361329 | 4,208.03 |
| 05-07 | RETURNED ITEM, INSUFFICIENT FUNDS, 3348115 INTUIT * QBooks Onl | 75.00 | 05-11 | DEPOSIT | 365.00 |
| 05-07 | RETURNED ITEM, INSUFFICIENT FUNDS, 39398-031041824 Rewards Network SETTLEMENT | 412.00 | 05-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 12,500.00 |
| 05-07 | RETURNED CHECK # 14631, INSUFFICIENT FUNDS | 508.86 | 05-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 21,300.00 |
| 05-07 | RETURNED ITEM, INSUFFICIENT FUNDS, 39393-031028363 Rewards Network SETTLEMENT | 626.30 | 05-12 | UBER USA 6787 EDI PAYMNT MAY 11 ARW921BZ7MQORFZ REF*TN*ARW921BZ7M\ | 360.67 |
| 05-08 | DEPOSIT | 100.00 | 05-13 | DEPOSIT | 200.00 |
| 05-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,855.00 | 05-13 | DEPOSIT | 500.00 |
| 05-08 | 26050801ZgWYnV5 GRUBHUB INC Apr Actvty | 36.93 | 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,575.00 |
| 05-08 | 26050806ZgWYnV5 GRUBHUB INC May Actvty | 135.67 | 05-13 | RETURNED CHECK # 4787, INSUFFICIENT FUNDS | 300.00 |
| 05-08 | ST-L2R4R7O6K3D3 DoorDash payout DoorDash - | 200.94 | 05-13 | RETURNED CHECK # 4782, INSUFFICIENT FUNDS | 500.00 |
| 05-08 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26126100364647 | 270.92 | 05-13 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX7175 IVY RECEIVABLES 3477550766 | 750.00 |
| 05-08 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ LBR INS REM RETRY PYMT 261201003613681 | 450.00 | 05-13 | RETURNED ITEM, INSUFFICIENT FUNDS, USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,640.17 |
|  |  |  | 05-13 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031650428 HILO YO INVESTMEN ACH Debit | 1,672.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | | Account number: 16107764 | |
|---|---|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,110.00 | 05-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,300.08 |
| 05-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 39415-031052171 Rewards Network SETTLEMENT | 82.50 | 05-20 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX5037 IVY RECEIVABLES 3477550766 | 750.00 |
| 05-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 39420-031065675 Rewards Network SETTLEMENT | 412.00 | 05-20 | RETURNED CHECK # 4823, INSUFFICIENT FUNDS | 750.00 |
| 05-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 2490473 6X710162 CAINE AND WEINER PAYON ACCT | 512.50 | 05-20 | RETURNED CHECK # 4835, INSUFFICIENT FUNDS | 851.90 |
| 05-14 | RETURNED CHECK # 14643, INSUFFICIENT FUNDS | 595.06 | 05-20 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ TX DEBT 20000 NJWEB22500 26138100372979 | 1,000.00 |
| 05-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 270653323949702 IRS USATAXPYMT | 2,098.22 | 05-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,050.00 |
| 05-15 | DEPOSIT | 1,000.00 | 05-21 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031765876 HILOYO INVESTMEN ACH Debit | 800.00 |
| 05-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,750.00 | 05-21 | RETURNED ITEM, INSUFFICIENT FUNDS, 270654033241593 IRS USATAXPYMT | 2,264.40 |
| 05-15 | 26051513ZgWYnV5 GRUBHUB INC May Actvty | 53.54 | 05-22 | DEPOSIT | 200.00 |
| 05-15 | ST-T6S3V0Y4H1D2 DoorDash payout DoorDash - | 284.19 | 05-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,679.00 |
| 05-18 | DEPOSIT | 365.00 | 05-22 | 26052220ZgWYnV5 GRUBHUB INC May Actvty | 125.43 |
| 05-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 9,600.00 | 05-22 | ST-C3I4R2W3R5J3 DOORDASH PAYOUT DOORDASH - | 133.41 |
| 05-18 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX7952 Lend Bug LLC 9175802864 | 1,000.00 | 05-22 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26140100376099 | 262.61 |
| 05-18 | RETURNED CHECK # 4827, INSUFFICIENT FUNDS | 1,000.00 | 05-22 | RETURNED CHECK # 4859, INSUFFICIENT FUNDS | 650.00 |
| 05-18 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031618784 HILOYO INVESTMEN ACH Debit | 1,600.00 | 05-22 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX3068 IVY RECEIVABLES 3477550766 | 750.00 |
| 05-18 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031697350 HILOYO INVESTMEN ACH Debit | 1,672.00 | 05-22 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ TX DEBT 20000 RETRY PYMT 26138100372979 | 1,000.00 |
| 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 55.00 | 05-22 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 NJWEB04110 26140100376393 | 5,396.19 |
| 05-19 | DEPOSIT | 10,050.00 | 05-26 | DEPOSIT | 365.00 |
| 05-19 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 13,350.00 | 05-26 | DEPOSIT | 1,500.00 |
| 05-19 | UBER USA 6787 EDI PAYMNT MAY 18 MSRK71OQPS6TFWM REF*TN*M SRK71OQPS\ | 157.54 | 05-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,100.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account                    Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 30,000.00 | 05-29 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,800.00 |
| 05-27 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,450.00 | 05-29 | 26052927ZgWYnV5 GRUBHUB INC May Actvty | 255.54 |
| 05-27 | Q1Y4A65EHJ967QR Uber USA, LLC PARTNER | 373.47 | 05-29 | ST-M0S1W9Q7F1X4 DoorDash payout DoorDash - | 447.47 |
| 05-27 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 RETRY PYMT 26140100376393 | 5,396.19 | 05-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 270654891276995 IRS USATAXPYMT | 2,218.29 |
| 05-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,900.00 | 05-29 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 RETRY PYMT 26140100376393 | 5,396.19 |
| 05-29 | DEPOSIT | 200.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 1465* | 05-19 | 362.73 | 4736 | 05-05 | 500.00 | 4766 | 05-11 | 839.60 |
| 4355* | 05-26 | 1,558.57 | 4736* | 05-11 | 500.00 | 4767 | 05-05 | 586.44 |
| 4518* | 05-05 | 2,100.00 | 4738 | 05-04 | 500.00 | 4768 | 05-12 | 212.00 |
| 4607* | 05-07 | 500.00 | 4739 | 05-04 | 1,123.84 | 4769 | 05-11 | 1,903.31 |
| 4623* | 05-08 | 500.00 | 4740* | 05-07 | 450.00 | 4770 | 05-11 | 750.00 |
| 4634* | 05-11 | 807.00 | 4742 | 05-01 | 1,830.00 | 4771 | 05-07 | 770.00 |
| 4638* | 05-04 | 300.00 | 4743 | 05-01 | 1,264.54 | 4772 | 05-11 | 700.00 |
| 4659* | 05-04 | 250.00 | 4744 | 05-14 | 501.40 | 4773 | 05-18 | 700.00 |
| 4680* | 05-11 | 500.00 | 4745* | 05-08 | 500.00 | 4774* | 05-26 | 700.00 |
| 4682* | 05-04 | 450.00 | 4747 | 05-08 | 500.00 | 4782 | 05-12 | 500.00 |
| 4689* | 05-04 | 750.00 | 4748 | 05-04 | 738.00 | 4783 | 05-08 | 600.00 |
| 4694* | 05-04 | 2,159.43 | 4749 | 05-04 | 400.00 | 4784 | 05-07 | 542.00 |
| 4700* | 05-05 | 341.95 | 4750 | 05-08 | 300.00 | 4785 | 05-08 | 500.00 |
| 4703 | 05-01 | 1,050.00 | 4751 | 05-12 | 1,622.41 | 4786 | 05-14 | 203.80 |
| 4704 | 05-12 | 1,050.00 | 4752 | 05-11 | 600.00 | 4787 | 05-12 | 300.00 |
| 4705* | 05-04 | 2,828.44 | 4753 | 05-07 | 971.59 | 4788 | 05-11 | 600.00 |
| 4717* | 05-01 | 500.00 | 4754 | 05-14 | 500.00 | 4789 | 05-11 | 200.00 |
| 4720 | 05-06 | 205.00 | 4754 | 05-05 | 500.00 | 4790 | 05-14 | 683.73 |
| 4721 | 05-04 | 750.00 | 4755 | 05-07 | 600.00 | 4791 | 05-18 | 1,075.08 |
| 4722* | 05-04 | 800.00 | 4756 | 05-08 | 767.00 | 4792 | 05-26 | 482.50 |
| 4725* | 05-05 | 645.00 | 4757 | 05-06 | 545.00 | 4793* | 05-27 | 555.00 |
| 4727 | 05-04 | 231.00 | 4758 | 05-06 | 750.00 | 4795 | 05-11 | 1,000.00 |
| 4728* | 05-01 | 920.00 | 4759 | 05-06 | 260.00 | 4796 | 05-18 | 680.00 |
| 4730 | 05-01 | 1,000.00 | 4760 | 05-08 | 240.00 | 4797 | 05-14 | 600.00 |
| 4731 | 05-04 | 650.00 | 4761 | 05-05 | 542.00 | 4798 | 05-11 | 1,139.00 |
| 4732 | 05-06 | 450.00 | 4762 | 05-11 | 231.00 | 4799 | 05-11 | 500.00 |
| 4733 | 05-13 | 450.00 | 4763 | 05-07 | 650.00 | 4800 | 05-11 | 650.00 |
| 4734 | 05-18 | 400.00 | 4764 | 05-04 | 150.00 | 4801 | 05-12 | 134.00 |
| 4735 | 05-04 | 500.00 | 4765 | 05-19 | 650.00 | 4802 | 05-14 | 542.00 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account                    Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4803* | 05-14 | 581.00 | 4857 | 05-26 | 365.00 | 14630 | 05-04 | 36.56 |
| 4805 | 05-15 | 450.00 | 4858 | 05-26 | 800.00 | 14631 | 05-06 | 508.86 |
| 4806 | 05-14 | 220.00 | 4859 | 05-21 | 650.00 | 14632 | 05-12 | 9.25 |
| 4807 | 05-21 | 450.00 | 4860* | 05-29 | 450.00 | 14633* | 05-04 | 434.04 |
| 4808 | 05-26 | 450.00 | 4867 | 05-26 | 700.00 | 14635 | 05-04 | 4.58 |
| 4809 | 05-12 | 500.00 | 4868 | 05-26 | 1,212.02 | 14636 | 05-04 | 431.18 |
| 4810 | 05-15 | 231.00 | 4869 | 05-22 | 600.00 | 14637 | 05-04 | 150.00 |
| 4811 | 05-12 | 153.00 | 4870 | 05-22 | 770.00 | 14638* | 05-18 | 85.00 |
| 4812 | 05-15 | 500.00 | 4871* | 05-26 | 255.07 | 14643 | 05-13 | 595.06 |
| 4813 | 05-15 | 767.00 | 4874 | 05-26 | 500.00 | 14644* | 05-22 | 470.11 |
| 4814 | 05-15 | 650.00 | 4875* | 05-27 | 600.00 | 14646 | 05-12 | 270.01 |
| 4815 | 05-13 | 75.00 | 4877* | 05-29 | 1,217.41 | 14647 | 05-14 | 17.32 |
| 4816 | 05-11 | 283.00 | 4879 | 05-26 | 1,500.00 | 14648 | 05-12 | 125.01 |
| 4817 | 05-13 | 545.00 | 4880 | 05-26 | 542.00 | 14649* | 05-12 | 280.59 |
| 4818 | 05-18 | 6,500.00 | 4881 | 05-27 | 1,200.00 | 14651* | 05-21 | 310.40 |
| 4819 | 05-26 | 1,050.00 | 4882 | 05-28 | 1,074.00 | 14653 | 05-13 | 508.86 |
| 4820* | 05-28 | 1,050.00 | 4883* | 05-26 | 650.00 | 14654 | 05-12 | 13.86 |
| 4822 | 05-26 | 300.00 | 4886 | 05-26 | 120.00 | 14655 | 05-11 | 442.15 |
| 4823 | 05-19 | 750.00 | 4887* | 05-27 | 500.00 | 14656 | 05-11 | 8.72 |
| 4824 | 05-18 | 650.00 | 4891* | 05-27 | 750.00 | 14657 | 05-15 | 7.88 |
| 4825 | 05-18 | 1,077.36 | 4894* | 05-27 | 220.00 | 14658* | 05-13 | 431.18 |
| 4826 | 05-26 | 2,000.00 | 4896* | 05-27 | 231.00 | 14661 | 05-26 | 595.06 |
| 4827 | 05-15 | 1,000.00 | 4898 | 05-28 | 200.00 | 14662 | 05-21 | 188.65 |
| 4827 | 05-28 | 1,000.00 | 4899 | 05-29 | 650.00 | 14663 | 05-28 | 470.11 |
| 4828 | 05-28 | 1,000.00 | 4900 | 05-27 | 770.00 | 14664 | 05-26 | 392.25 |
| 4829 | 05-18 | 1,400.00 | 4901* | 05-29 | 500.00 | 14665* | 05-18 | 270.01 |
| 4830* | 05-15 | 770.00 | 7058* | 05-15 | 3,058.00 | 14667 | 05-19 | 89.00 |
| 4832 | 05-15 | 600.00 | 9000* | 05-22 | 900.00 | 14668* | 05-21 | 270.44 |
| 4833* | 05-18 | 1,163.91 | 14534* | 05-04 | 11.17 | 14670* | 05-22 | 429.52 |
| 4835* | 05-19 | 851.90 | 14566* | 05-08 | 470.11 | 14672 | 05-18 | 508.86 |
| 4837 | 05-26 | 400.00 | 14577* | 05-04 | 1.96 | 14673 | 05-27 | 8.00 |
| 4838 | 05-18 | 320.00 | 14584* | 05-11 | 470.11 | 14674 | 05-20 | 553.09 |
| 4839 | 05-14 | 264.00 | 14596* | 05-04 | 18.81 | 14675 | 05-19 | 24.74 |
| 4840 | 05-14 | 200.00 | 14604* | 05-14 | 470.11 | 14676 | 05-18 | 24.73 |
| 4841 | 05-15 | 500.00 | 14608* | 05-01 | 285.07 | 14677* | 05-21 | 431.18 |
| 4842 | 05-15 | 1,000.00 | 14611* | 05-04 | 11.29 | 14681 | 05-27 | 595.06 |
| 4843 | 05-18 | 600.00 | 14617* | 05-04 | 431.18 | 14682* | 05-26 | 349.88 |
| 4844 | 05-19 | 500.00 | 14621 | 05-04 | 595.06 | 14685* | 05-26 | 270.01 |
| 4845 | 05-18 | 542.00 | 14622 | 05-19 | 470.11 | 14687* | 05-26 | 302.60 |
| 4846 | 05-20 | 600.00 | 14623 | 05-11 | 379.78 | 14692 | 05-27 | 17.93 |
| 4847* | 05-18 | 200.00 | 14624 | 05-05 | 270.01 | 14693 | 05-27 | 418.76 |
| 4852 | 05-19 | 500.00 | 14625 | 05-06 | 20.04 | 14694 | 05-28 | 23.46 |
| 4853 | 05-18 | 120.00 | 14626 | 05-05 | 144.01 | 14695 | 05-26 | 20.51 |
| 4854 | 05-18 | 208.00 | 14627* | 05-04 | 202.32 | 14696 | 05-26 | 173.24 |
| 4855* | 05-21 | 500.00 | 14629 | 05-13 | 420.48 | 14697 | 05-27 | 431.18 |

*Indicates a gap in check number sequence

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-01 | ARTISAN BAKERS G SALE | 80.11 | 05-05 | NJ LBR INS REM RETRY PYMT 261201003613681 TXP*B872535605000*13006*23123 | 450.00 |
| 05-01 | NJ WEB PMT 01120 RETRY PYMT 261181003564248 TXP*B872535605000*01120*26063 | 237.36 | 05-05 | XXXXX9191 IVY RECEIVABLES 3477550766 | 750.00 |
| 05-01 | ARTISAN BAKERS G SALE | 277.20 | 05-05 | NJ GIT / LBR PMT RETRY PYMT 261201003613290 TXP*B872535605000*13002*26033 | 4,208.03 |
| 05-01 | NJ LBR INS REM NJWEB13006 261201003613681 TXP*B872535605000*13006*23123 | 450.00 | 05-05 | RETURNED CHECK CHARGE | 105.00 |
| 05-01 | 39384-031018656 Rewards Network SETTLEMENT | 599.75 | 05-06 | 3348115 INTUIT * QBooks Onl | 75.00 |
| 05-01 | XXXXX1572 IVY RECEIVABLES 3477550766 | 750.00 | 05-06 | 6045992170 73111 Sams Club SYF PAYMNT | 150.00 |
| 05-01 | 9327648567 CHASE CREDIT CRD EPAY | 3,000.00 | 05-06 | 39398-031041824 Rewards Network SETTLEMENT | 412.00 |
| 05-01 | NJ GIT / LBR PMT NJWEB82 261201003613290 TXP*B872535605000*13002*26033 | 4,208.03 | 05-06 | 39393-031028363 Rewards Network SETTLEMENT | 626.30 |
| 05-01 | RETURNED CHECK CHARGE | 35.00 | 05-06 | 9342884401 CHASE CREDIT CRD EPAY | 1,000.00 |
| 05-01 | OVERDRAFT CHARGE | 70.00 | 05-06 | RETURNED CHECK CHARGE | 105.00 |
| 05-04 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 | 05-07 | ARTISAN BAKERS G SALE | 86.10 |
| 05-04 | XXXXX9554 AUTHNET GATEWAY BILLING | 33.00 | 05-07 | ARTISAN BAKERS G SALE | 117.75 |
| 05-04 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 | 05-07 | ARTISAN BAKERS G SALE | 164.00 |
| 05-04 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 | 05-07 | NJ WEB PMT 01120 NJWEB01120 261261003646473 TXP*B872535605000*01120*26063 | 270.92 |
| 05-04 | 9338082459 CHASE CREDIT CRD EPAY | 300.00 | 05-07 | NJ LBR INS REM RETRY PYMT 261201003613681 TXP*B872535605000*13006*23123 | 450.00 |
| 05-04 | 6045992170 73111 Sams Club SYF PAYMNT | 300.00 | 05-07 | 39402-031042580 Rewards Network SETTLEMENT | 599.75 |
| 05-04 | 6045992170 73111 Sams Club SYF PAYMNT | 300.00 | 05-07 | 39402-031042581 Rewards Network SETTLEMENT | 687.10 |
| 05-04 | 9330977945 CHASE CREDIT CRD EPAY | 300.00 | 05-07 | 9345770503 CHASE CREDIT CRD EPAY | 1,000.00 |
| 05-04 | 6045992170 73111 Sams Club SYF PAYMNT | 400.00 | 05-07 | 9031597763 HILOYO INVESTMEN ACH Debit | 1,636.00 |
| 05-04 | ST-H2S9Y5L7A9D8 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 | 05-07 | 270652702473621 IRS USA TAX PYMT | 2,252.81 |
| 05-04 | XXXXX2827 IVY RECEIVABLES 3477550766 | 750.00 | 05-07 | NJ GIT / LBR PMT RETRY PYMT 261201003613290 TXP*B872535605000*13002*26033 | 4,208.03 |
| 05-04 | XXXXX7844 Lend Bug LLC 9175802864 | 1,000.00 | 05-07 | RETURNED CHECK CHARGE | 105.00 |
| 05-04 | 9031369864 HILOYO INVESTMEN ACH Debit | 1,600.00 | 05-08 | 6045992170 73111 Sams Club SYF PAYMNT | 250.00 |
| 05-04 | RETURNED CHECK CHARGE | 105.00 | 05-08 | 9031170353 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 05-05 | 6045992170 73111 Sams Club SYF PAYMNT | 250.00 | | | |
| 05-05 | SBA EIDL LOAN PAYMENT 260504 0000 6800978201 | 398.00 | | | |

**THE SKILLET BY SAL INC**

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-08 | XXXXX6198 IVY RECEIVABLES 3477550766 | 750.00 | 05-12 | 9031650428 HILOYO INVESTMEN ACH Debit | 1,672.00 |
| 05-08 | 0000 DEPT EDUCATION STUDENT LN | 788.85 | 05-12 | OVERDRAFT CHARGE | 105.00 |
| 05-08 | 9348688859 CHASE CREDIT CRD EPAY | 1,300.00 | 05-13 | 39415-031052171 Rewards Network SETTLEMENT | 82.50 |
| 05-08 | 9031448523 HILOYO INVESTMEN ACH Debit | 1,600.00 | 05-13 | 6045992 17073111 Sams Club SYF PAYMNT | 200.00 |
| 05-08 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,726.16 | 05-13 | NJ WEB PMT 01120 NJWEB01120 261321003678978 TXP*B8725356050000*01120*26063 | 240.61 |
| 05-08 | RETURNED CHECK CHARGE | 105.00 | 05-13 | 39420-031065675 Rewards Network SETTLEMENT | 412.00 |
| 05-11 | J23746 AppFolio, Inc. F WEB PMTS | 2.49 | | | |
| 05-11 | 5008053 INTUIT * QBooks Onl | 75.00 | 05-13 | NJ LBR INS REM NJWEB13006 261321003678523 TXP*B8725356050000*13006*23123 | 450.00 |
| 05-11 | 6045992 17073111 Sams Club SYF PAYMNT | 200.00 | 05-13 | 24904736X710162 CAINE AND WEINER PAYONACCT | 512.50 |
| 05-11 | 6045992 17073111 Sams Club SYF PAYMNT | 200.00 | 05-13 | 9361695857 CHASE CREDIT CRD EPAY | 1,000.00 |
| 05-11 | 6045992 17073111 Sams Club SYF PAYMNT | 250.00 | 05-13 | 270653323949702 IRS USATAXPYMT | 2,098.22 |
| 05-11 | 9355071387 CHASE CREDIT CRD EPAY | 250.00 | 05-13 | RETURNED CHECK CHARGE | 105.00 |
| 05-11 | NJ WEB PMT 01120 RETRY PYMT 261261003646473 TXP*B8725356050000*01120*26063 | 270.92 | 05-14 | RETURNED CHECK CHARGE | 105.00 |
| | | | 05-15 | BVVB46 AppFolio, Inc. F WEB PMTS | 2.49 |
| 05-11 | 000001848594571 BCBSNJ Primary 1 Online | 285.85 | 05-15 | 0766VF Acorn Property M WEB PMTS | 400.00 |
| 05-11 | 1001452720 CINTASCORPORATIO 67EAA77A3D | 297.52 | 05-15 | XXXXX7952 Lend Bug LLC 9175802864 | 1,000.00 |
| 05-11 | CMHXBS StandardWasteSer SIGONFILE | 440.00 | 05-15 | 9367640064 CHASE CREDIT CRD EPAY | 1,500.00 |
| 05-11 | 56416 Ace Endico EDI PYMNTS | 500.00 | 05-15 | 9031618784 HILOYO INVESTMEN ACH Debit | 1,600.00 |
| 05-11 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 500.00 | 05-15 | 9031697350 HILOYO INVESTMEN ACH Debit | 1,672.00 |
| 05-11 | XXXXX7465 IVY RECEIVABLES 3477550766 | 750.00 | 05-15 | OVERDRAFT CHARGE | 105.00 |
| 05-11 | 9357091503 CHASE CREDIT CRD EPAY | 800.00 | 05-18 | 39432-031067794 Rewards Network SETTLEMENT | 82.50 |
| 05-11 | SUMITOMO MITSUI LEASE COLL | 1,000.00 | 05-18 | ARTISAN BAKERS G SALE | 187.05 |
| 05-11 | NJ TX DEBT 20000 NJWEB22500 261281003661922 TXP*B8725356050000*22500*26053 | 1,500.00 | 05-18 | SKI300 ACE ENDICO CORP SKI300 | 250.00 |
| | | | 05-18 | 6045992 17073111 Sams Club SYF PAYMNT | 350.00 |
| 05-11 | 9351724138 CHASE CREDIT CRD EPAY | 1,500.00 | 05-18 | SBA EIDL LOAN PAYMENT 260515 0000 6800978201 | 398.00 |
| 05-11 | KJDWTF Acorn Property M WEB PMTS | 2,000.00 | | | |
| 05-11 | OVERDRAFT CHARGE | 105.00 | 05-18 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 500.00 |
| 05-12 | 9359400010 CHASE CREDIT CRD EPAY | 250.00 | 05-18 | 9376885475 CHASE CREDIT CRD EPAY | 500.00 |
| 05-12 | XXXXX7175 IVY RECEIVABLES 3477550766 | 750.00 | 05-18 | 6045992 17073111 Sams Club SYF PAYMNT | 500.00 |
| 05-12 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,640.17 | 05-18 | XXXXX2491 IVY RECEIVABLES 3477550766 | 750.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                              Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-18 | SUMITOMO MITSUI LEASE COLL | 1,000.00 | 05-22 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,904.01 |
| 05-18 | 9370733377 CHASE CREDIT CRD EPAY | 1,000.00 | 05-22 | RETURNED CHECK CHARGE | 105.00 |
| 05-18 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,767.78 | 05-26 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 86.15 |
| 05-18 | RETURNED CHECK CHARGE | 105.00 | 05-26 | NJ WEB PMT 01120 RETRY PYMT 261401003760993 TXP*B872535605000*01120*26063 | 262.61 |
| 05-19 | 9378830571 CHASE CREDIT CRD EPAY | 500.00 | | | |
| 05-19 | XXXXX5037 IVY RECEIVABLES 3477550766 | 750.00 | 05-26 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 05-19 | NJ TX DEBT 20000 NJWEB22500 261381003729796 TXP*B872535605000*22500*26053 | 1,000.00 | 05-26 | 49093912 NEW YORK LIFE INS. PREM. | 381.30 |
| | | | 05-26 | 604599217073111 Sams Club SYF PAYMNT | 475.00 |
| 05-19 | OVERDRAFT CHARGE | 105.00 | 05-26 | 9395427809 CHASE CREDIT CRD EPAY | 500.00 |
| 05-20 | 9031765876 HILOYO INVESTMEN ACH Debit | 800.00 | 05-26 | 9396948505 CHASE CREDIT CRD EPAY | 500.00 |
| 05-20 | 9382234132 CHASE CREDIT CRD EPAY | 1,000.00 | 05-26 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 05-20 | 270654033241593 IRS USA TAX PYMT | 2,264.40 | | | |
| 05-20 | RETURNED CHECK CHARGE | 105.00 | 05-26 | XXXXX4872 IVY RECEIVABLES 3477550766 | 750.00 |
| 05-21 | 5P-XXXXX0871 EZPASS8882886865 AUTO REPL | 45.00 | 05-26 | 9031766827 HILOYO INVESTMEN ACH Debit | 800.00 |
| 05-21 | NJ WEB PMT 01120 NJWEB01120 261401003760993 TXP*B872535605000*01120*26063 | 262.61 | 05-26 | 9031765909 HILOYO INVESTMEN ACH Debit | 800.00 |
| 05-21 | XXXXX3068 IVY RECEIVABLES 3477550766 | 750.00 | 05-26 | NJ TX DEBT 20000 RETRY PYMT 261381003729796 TXP*B872535605000*22500*26053 | 1,000.00 |
| 05-21 | 9031766825 HILOYO INVESTMEN ACH Debit | 800.00 | 05-26 | 9393568757 CHASE CREDIT CRD EPAY | 1,000.00 |
| 05-21 | NJ TX DEBT 20000 RETRY PYMT 261381003729796 TXP*B872535605000*22500*26053 | 1,000.00 | 05-26 | 9390033825 CHASE CREDIT CRD EPAY | 1,000.00 |
| | | | 05-26 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 2,068.33 |
| 05-21 | 9384328949 CHASE CREDIT CRD EPAY | 1,000.00 | 05-26 | NJ WEB PMT 04110 RETRY PYMT 261401003763936 TXP*B872535605000*04110*26063 | 5,396.19 |
| 05-21 | NJ WEB PMT 04110 NJWEB04110 261401003763936 TXP*B872535605000*04110*26063 | 5,396.19 | | | |
| 05-21 | OVERDRAFT CHARGE | 35.00 | 05-26 | OVERDRAFT CHARGE | 105.00 |
| 05-21 | RETURNED CHECK CHARGE | 70.00 | 05-27 | 1001455117 CINTASCORPORATIO 67EAA77A3D | 266.43 |
| 05-22 | ARTISAN BAKERS G SALE | 186.75 | | | |
| 05-22 | ARTISAN BAKERS G SALE | 202.05 | 05-27 | XXXXX4365 IVY RECEIVABLES 3477550766 | 750.00 |
| 05-22 | ARTISAN BAKERS G SALE | 209.35 | 05-27 | 9031765890 HILOYO INVESTMEN ACH Debit | 800.00 |
| 05-22 | 604599217073111 Sams Club SYF PAYMNT | 450.00 | 05-27 | RETURNED CHECK CHARGE | 35.00 |
| 05-22 | 9031730918 HILOYO INVESTMEN ACH Debit | 800.00 | 05-27 | OVERDRAFT CHARGE | 70.00 |
| 05-22 | XXXXX3994 Lend Bug LLC 9175802864 | 1,000.00 | 05-28 | Q3HQ46 AppFolio, Inc. F WEB PMTS | 2.49 |
| 05-22 | 9387110628 CHASE CREDIT CRD EPAY | 1,000.00 | 05-28 | 721998326300323 BEST BUY AUTO PYMT | 43.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                     Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-28 | 6045992170 73111 Sams Club SYF PAYMNT | 210.00 | 05-29 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 500.00 |
| 05-28 | 9031827597 HILOYO INVESTMEN ACH Debit | 800.00 | 05-29 | 9031765875 HILOYO INVESTMEN ACH Debit | 800.00 |
| 05-28 | 9401602515 CHASE CREDIT CRD EPAY | 1,000.00 | 05-29 | XXXXX6485 Lend Bug LLC 9175802864 | 1,000.00 |
| 05-28 | 2060WF Acorn Property M WEB PMTS | 1,000.00 | 05-29 | 9404485261 CHASE CREDIT CRD EPAY | 1,000.00 |
| 05-28 | 270654891276995 IRS USATAXPYMT | 2,218.29 | 05-29 | OVERDRAFT CHARGE | 35.00 |
| 05-28 | NJ WEB PMT 04110 RETRY PYMT 261401003763936 TXP*B872535605000*04110*26063 | 5,396.19 | 05-29 | RETURNED CHECK CHARGE | 70.00 |
| | | | 05-29 | SERVICE CHARGE | 90.20 |
| 05-28 | OVERDRAFT CHARGE | 105.00 | 05-29 | OVERDRAFT INTEREST CHARGE | 123.08 |
| 05-29 | NJ WEB PMT 01120 NJWEB01120 261481003803728 TXP*B872535605000*01120*26063 | 248.67 | | | |
| 05-29 | 6045992170 73111 Sams Club SYF PAYMNT | 250.00 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES: | 963.08 | 5,366.31 |
| TOTAL RETURNED ITEM FEES: | $1,260.00 | $5,705.00 |





1465    $362.73    5/19/2026

1465    $362.73    5/19/2026





4355    $1,558.57    5/26/2026

4355    $1,558.57    5/26/2026





4518    $2,100.00    5/5/2026

4518    $2,100.00    5/5/2026





4607    $500.00    5/7/2026

4607    $500.00    5/7/2026





4623    $500.00    5/8/2026

4623    $500.00    5/8/2026





4634    $807.00    5/11/2026

4634    $807.00    5/11/2026



4638   $300.00   5/4/2026



4638   $300.00   5/4/2026



4659   $250.00   5/4/2026

4659   $250.00   5/4/2026



4680   $500.00   5/11/2026

4680   $500.00   5/11/2026



4682   $450.00   5/4/2026



4682   $450.00   5/4/2026



4689   $750.00   5/4/2026



4689   $750.00   5/4/2026

4694   $2,159.43   5/4/2026

4694   $2,159.43   5/4/2026

| | |
|---|---|
| THE SKILLET BY SAL INC — 4700 — Pay to the Order of Miscela D'oro — $341.95 — Three Hundred Forty One and 95/ Dollars — AMBOY Bank — 5/1/26 | Seq: 3 — Dep: 000538 — Date: 05/04/26 |
| 4700   $341.95   5/5/2026 | 4700   $341.95   5/5/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4703 — Pay to the Order of Joseph Faenn — $1050.00 — One Thousand fifty and 00/ Dollars — For Pay Bench Atty — AMBOY Bank — 4/30/26 | |
| 4703   $1,050.00   5/1/2026 | 4703   $1,050.00   5/1/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4704 — Pay to the Order of Joseph Faenn — $1050.00 — One Thousand Fifty Dollars — For Pay Bnk Atty — AMBOY Bank — 5/11/26 | |
| 4704   $1,050.00   5/12/2026 | 4704   $1,050.00   5/12/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4705 — Pay to the Order of Rancheros Best — $2828.44 — Two Thousand Eight Hundred Twenty Eight 44/ Dollars — AMBOY Bank — 5/1/26 | 14757-NJ |
| 4705   $2,828.44   5/4/2026 | 4705   $2,828.44   5/4/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4717 — Pay to the Order of Nick Truss — $500.00 — Five Hundred Dollars — For 147k — AMBOY Bank — 4/30/26 | |
| 4717   $500.00   5/1/2026 | 4717   $500.00   5/1/2026 |

| | |
|---|---|
| THE SKILLET BY SAL INC — 4720 — Pay to the Order of Castillo Octavo — $205.00 — Two Hundred Five and 00/ Dollars — AMBOY Bank — 4/30/26 | 14757-NJ |
| 4720   $205.00   5/6/2026 | 4720   $205.00   5/6/2026 |



4721    $750.00    5/4/2026

4721    $750.00    5/4/2026

4722    $800.00    5/4/2026

4722    $800.00    5/4/2026

4725    $645.00    5/5/2026

4725    $645.00    5/5/2026

4727    $231.00    5/4/2026

4727    $231.00    5/4/2026

4728    $920.00    5/1/2026

4728    $920.00    5/1/2026

4730    $1,000.00    5/1/2026

4730    $1,000.00    5/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                                    4731

Date 5/1/26

Pay to the Order of  Puglisi Egso                    $ 650.2

Six Hundred Fifty ———————— Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  on acct

⑆021204416⑆ ⑈161⑈0776⑈4⑈  4731

PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2BK
021204416
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS
FANTONE

BOFD >021204416<
Puglisi Egg Farm
2026-05-04
9976911603

**4731    $650.00    5/4/2026**                          **4731    $650.00    5/4/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                                    4732

Date 5/2/26

Pay to the Order of  Nina Amaran                    $ 450.07

Four Hundred fifty ——————— Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  4/10/26

⑆021204416⑆ ⑈161⑈0776⑈4⑈  4732

Nina Amarado "mobile deposit"

**4732    $450.00    5/6/2026**                          **4732    $450.00    5/6/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                                    4733

Date May 9 2026

Pay to the Order of  Nina Amarado                   $ 450.07

Four Hundred fifty and ——— Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  4/17/26

⑆021204416⑆ ⑈161⑈0776⑈4⑈  4733

Nina Amarado mobile dep.

**4733    $450.00    5/13/2026**                         **4733    $450.00    5/13/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                                    4734

Date 4/30/26

Pay to the Order of  Nina Amarado                   $ 400.07

Four Hundred ——————— Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  Cred Card 400

⑆021204416⑆ ⑈161⑈0776⑈4⑈  4734

Nina Amarado mobile dep.

**4734    $400.00    5/18/2026**                         **4734    $400.00    5/18/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                                    4735

Date 5/1/26

Pay to the Order of  Joseph Iantosca                $ 500.07

Five Hundred ——————— Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  on acct

⑆021204416⑆ ⑈161⑈0776⑈4⑈  4735

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
05/01/26-11:25:14
612111966
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<231270353>>>>>

OCEANFIRST BANK

**4735    $500.00    5/4/2026**                          **4735    $500.00    5/4/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                                    4736

Date 5/3/26

Pay to the Order of  Joseph Iantosca                $ 500.07

Five Hundred ——————— Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈  4736

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
05/03/26-10:10:35
612326207
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<231270353>>>>>

OCEANFIRST BANK

**4736    $500.00    5/5/2026**                          **4736    $500.00    5/5/2026**



4736 $500.00 5/11/2026   4736 $500.00 5/11/2026

4738 $500.00 5/4/2026   4738 $500.00 5/4/2026

4739 $1,123.84 5/4/2026   4739 $1,123.84 5/4/2026

4740 $450.00 5/7/2026   4740 $450.00 5/7/2026

4742 $1,830.00 5/1/2026   4742 $1,830.00 5/1/2026

4743 $1,264.54 5/1/2026   4743 $1,264.54 5/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4744
55-441/212
16

Date 5/8/26

Pay to the Order of _Miscela D'oro_    $ 501.40

_Five Hndred One ol 40/_    Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 4744

4744    $501.40    5/14/2026

For Deposit Only to
Miscela D'oro USA Inc
Miscela D'oro Usa, Inc.
Master
Deposited By:

Seq:  1
Dep:  000548
Date: 05/13/26

4744    $501.40    5/14/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4745
95-441/212
16

Date 5/7/26

Pay to the Order of _LK Reisman_    $ 500.00

_Five Hundred_    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 4745

4745    $500.00    5/8/2026

4745    $500.00    5/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4747
55-441/212
16

Date 5/23/26

Pay to the Order of _LK Reisman_    $ 500.00

_Five Hndred_    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 4747

4747    $500.00    5/8/2026

4747    $500.00    5/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4748
95-441/212
16

Date 4/30/26

Pay to the Order of _Benito Manzano_    $ 738.00

_Seven Hundred Thirty-Eight_    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _1461_

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 4748

4748    $738.00    5/4/2026

Benito Manzano

4748    $738.00    5/4/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4749
55-441/212
16

Date 5/1/26

Pay to the Order of _ALLAN, Xicay_    $ 400.00

_Four Hundred_    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 4749

4749    $400.00    5/4/2026

Alan Xicay

4749    $400.00    5/4/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4750
55-441/212
16

Date 5/6/26

Pay to the Order of _Sensational Farms_    $ 300.00

_Three Hundred_    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For _____

⑈021204416⑈ ⑈161⑈0776⑈4⑈ 4750

4750    $300.00    5/8/2026

>021213520< 20260507
BCB Community Bank
Drawer#/Trans#: 35599/0020
HIN: 962327790000062

<0021213520> 35599 20 05/07/26

for deposit only

4750    $300.00    5/8/2026

16107764  Page 16



4751  $1,622.41  5/12/2026          4751  $1,622.41  5/12/2026

4752  $600.00  5/11/2026          4752  $600.00  5/11/2026

4753  $971.59  5/7/2026          4753  $971.59  5/7/2026

4754  $500.00  5/5/2026          4754  $500.00  5/5/2026

4754  $500.00  5/14/2026          4754  $500.00  5/14/2026

4755  $600.00  5/7/2026          4755  $600.00  5/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4756

5/4/26 Date

Pay to the Order of ALonzo Solis        $767.00

Seven Added Sixty Seven 00 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 4/20 - 4/26

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 05/07/2026 17:07:36

4756   $767.00   5/8/2026

4756   $767.00   5/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4757

5/1/26 Date

Pay to the Order of Alex Raniera        $545.00

Five Added Forty Five 00 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

12603-NJ

4757   $545.00   5/6/2026

4757   $545.00   5/6/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4758

5/1/26 Date

Pay to the Order of Castillo Octavo        $750.00

Seven Added Fifty Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

12603-NJ

4758   $750.00   5/6/2026

4758   $750.00   5/6/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4759

5/4/26 Date

Pay to the Order of Deandgra Foti        $260.00

Two Hdred Sixty 00 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

4759   $260.00   5/6/2026

4759   $260.00   5/6/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07726

4760

5/6/26 Date

Pay to the Order of Marlon Calderon        $240.00

Two Hdred Forty 00 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

Marlon Calderon

4760   $240.00   5/8/2026

4760   $240.00   5/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07726

4761

5/5/26 Date

Pay to the Order of Freddy Mereby        $542.00

Five Hdred Forty Two 00 Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

Freddy Nicolas

4761   $542.00   5/5/2026

4761   $542.00   5/5/2026



4762    $231.00    5/11/2026          4762    $231.00    5/11/2026

4763    $650.00    5/7/2026           4763    $650.00    5/7/2026

4764    $150.00    5/4/2026           4764    $150.00    5/4/2026

4765    $650.00    5/19/2026          4765    $650.00    5/19/2026

4766    $839.60    5/11/2026          4766    $839.60    5/11/2026

4767    $586.44    5/5/2026           4767    $586.44    5/5/2026

THE SKILLET BY SAL INC — 4768
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
Date 5/12/26
Pay to the Order of: A Visible Difference    $ 212.00
Two Hundred Twelve and 00/100 Dollars
AMBOY Bank — MANALAPAN OFFICE 16, MANALAPAN, NJ 07726, www.amboybank.com
For _____

4768    $212.00    5/12/2026

4768    $212.00    5/12/2026

---

THE SKILLET BY SAL INC — 4769
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
Date 5/9/26
Pay to the Order of: Sullivan Brothers    $ 1903.31
One Thousand Nine Hundred Three and 31/100 Dollars
AMBOY Bank — MANALAPAN OFFICE 16, MANALAPAN, NJ 07726, www.amboybank.com
For Replace 4687 + 711.31

4769    $1,903.31    5/11/2026

513462129592 104751   20260508 00000000161-0776-4
TRN_DEBIT TAJ1769  0.00
Harmony Road 0134 94004 5134 0010 0052

4769    $1,903.31    5/11/2026

---

THE SKILLET BY SAL INC — 4770
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
Date 5/10/26
Pay to the Order of: Samuel Lobel    $ 750.00
Seven Hundred Fifty Dollars
AMBOY Bank — MANALAPAN OFFICE 16, MANALAPAN, NJ 07726
For _____

4770    $750.00    5/11/2026

For Deposit Only - JPMC

4770    $750.00    5/11/2026

---

THE SKILLET BY SAL INC — 4771
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
Date 5/7/26
Pay to the Order of: Fernando Mixculy    $ 770.00
Seven Hundred Seventy Dollars
AMBOY Bank — MANALAPAN OFFICE 16, MANALAPAN, NJ 07726, www.amboybank.com
For _____

4771    $770.00    5/7/2026

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533  05/06/2026  17:08:11

4771    $770.00    5/7/2026

---

THE SKILLET BY SAL INC — 4772
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
Date 5/8/26
Pay to the Order of: Rosario Falzone    $ 700.00
Seven Hundred Dollars
AMBOY Bank — MANALAPAN OFFICE 16, MANALAPAN, NJ 07726, www.amboybank.com
For May 31 worth 1 Jun

4772    $700.00    5/11/2026

0052446230 TD Mobile Deposit
5/8/2026 8:20:13 AM
7865362698

4772    $700.00    5/11/2026

---

THE SKILLET BY SAL INC — 4773
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
Date 5/14/26
Pay to the Order of: Rosario Falzone    $ 700.00
Seven Hundred Dollars
AMBOY Bank — MANALAPAN OFFICE 16, MANALAPAN, NJ 07726, www.amboybank.com
For May 31

4773    $700.00    5/18/2026

0872951157 TD Mobile Deposit
5/15/2026 1:18:35 PM
7865362698

4773    $700.00    5/18/2026

16107764 Page 20



4774   $700.00   5/26/2026          4774   $700.00   5/26/2026

4782   $500.00   5/12/2026          4782   $500.00   5/12/2026

4783   $600.00   5/8/2026           4783   $600.00   5/8/2026

4784   $542.00   5/7/2026           4784   $542.00   5/7/2026

4785   $500.00   5/8/2026           4785   $500.00   5/8/2026

4786   $203.80   5/14/2026          4786   $203.80   5/14/2026

4787   $300.00   5/12/2026

4787   $300.00   5/12/2026

4788   $600.00   5/11/2026

4788   $600.00   5/11/2026

4789   $200.00   5/11/2026

4789   $200.00   5/11/2026

4790   $683.73   5/14/2026

4790   $683.73   5/14/2026

4791   $1,075.08   5/18/2026

4791   $1,075.08   5/18/2026

4792   $482.50   5/26/2026

4792   $482.50   5/26/2026



4793   $555.00   5/27/2026          4793   $555.00   5/27/2026

4795   $1,000.00   5/11/2026        4795   $1,000.00   5/11/2026

4796   $680.00   5/18/2026          4796   $680.00   5/18/2026

4797   $600.00   5/14/2026          4797   $600.00   5/14/2026

4798   $1,139.00   5/11/2026        4798   $1,139.00   5/11/2026

4799   $500.00   5/11/2026          4799   $500.00   5/11/2026

4800   $650.00   5/11/2026 | 4800   $650.00   5/11/2026

4801   $134.00   5/12/2026 | 4801   $134.00   5/12/2026

20260511   004800546226   06000123

4802   $542.00   5/14/2026 | 4802   $542.00   5/14/2026

4803   $581.00   5/14/2026 | 4803   $581.00   5/14/2026

4805   $450.00   5/15/2026 | 4805   $450.00   5/15/2026

4806   $220.00   5/14/2026 | 4806   $220.00   5/14/2026



4807    $450.00    5/21/2026          4807    $450.00    5/21/2026

4808    $450.00    5/26/2026          4808    $450.00    5/26/2026

4809    $500.00    5/12/2026          4809    $500.00    5/12/2026

4810    $231.00    5/15/2026          4810    $231.00    5/15/2026

4811    $153.00    5/12/2026          4811    $153.00    5/12/2026

4812    $500.00    5/15/2026          4812    $500.00    5/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4813
Date 5/14/21
Pay to the Order of ALonzo SolIS    $767
Seven Hud Sixty Sent    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4813

4813    $767.00    5/15/2026

18707-NJ

4813    $767.00    5/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4814
Date 5/15/26
Pay to the Order of Sergio Situ    $650
Six Hundred Fifty    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4814

4814    $650.00    5/15/2026

4814    $650.00    5/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4815
Date 5/18/25
Pay to the Order of Cash    $75
Seventy five    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4815

4815    $75.00    5/13/2026

2043731481

4815    $75.00    5/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4816
Date 5/10/26
Pay to the Order of Tim Keough    $283
Two Hundred Eighty Three    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4816

4816    $283.00    5/11/2026

4816    $283.00    5/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4817
Date 5/12/26
Pay to the Order of Cash    $545
Five Hundred Forty Five    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4817

4817    $545.00    5/13/2026

JPMorganChase Bank

4817    $545.00    5/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4818
Friday
Date 5/15/26
Pay to the Order of Joseph Faenza    $6500
Six Thousand five Hundred    Dollars
AMBOY Bank    MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com
For
4818

4818    $6,500.00    5/18/2026

4818    $6,500.00    5/18/2026



4819    $1,050.00    5/26/2026          4819    $1,050.00    5/26/2026

4820    $1,050.00    5/28/2026          4820    $1,050.00    5/28/2026

4822    $300.00      5/26/2026          4822    $300.00      5/26/2026

4823    $750.00      5/19/2026          4823    $750.00      5/19/2026

4824    $650.00      5/18/2026          4824    $650.00      5/18/2026

4825    $1,077.36    5/18/2026          4825    $1,077.36    5/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4826

5/24/26

Pay to the Order of  Simply Fresh                    $2000ᵒᵒ

Two Thousand                                 Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For   4/8

4826    $2,000.00    5/26/2026

4826    $2,000.00    5/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4827

5/18/26

Pay to the Order of  Global Blend LLC               $1000ᵒᵒ

One Thousand                                 Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

4827    $1,000.00    5/15/2026

4827    $1,000.00    5/15/2026

NSF

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
Return Reason-A
NOT SUFFICIENT FUNDS

Tompkins Community Bank
(Chargeback)

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4827

5/18/26

Pay to the Order of  Global Blend LLC               $1000ᵒᵒ

One Thousand                                 Dollars

4827    $1,000.00    5/28/2026

4827    $1,000.00    5/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4828

5/28/26

Pay to the Order of  Global Blend                    $1000ᵒᵒ

One Thousand                                 Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

4828    $1,000.00    5/28/2026

4828    $1,000.00    5/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4829

5/15/26

Pay to the Order of  Cash                            $1400ᵒᵒ

One Thousand Four Hundred                    Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For   5/10

4829    $1,400.00    5/18/2026

05152026 009532000107060 221272303 PB

4829    $1,400.00    5/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4830

5/15/26

Pay to the Order of  Fernando Miculop                $770.00

Seven Hundred Seventy                        Dollars

AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07725
www.amboybank.com

4830    $770.00    5/15/2026

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 05/14/2026 16:46:03

4830    $770.00    5/15/2026

16107764 Page 28

| Check | Amount | Date |
|---|---|---|
| 4832 | $600.00 | 5/15/2026 |
| 4832 | $600.00 | 5/15/2026 |
| 4833 | $1,163.91 | 5/18/2026 |
| 4833 | $1,163.91 | 5/18/2026 |
| 4835 | $851.90 | 5/19/2026 |
| 4835 | $851.90 | 5/19/2026 |
| 4837 | $400.00 | 5/26/2026 |
| 4837 | $400.00 | 5/26/2026 |
| 4838 | $320.00 | 5/18/2026 |
| 4838 | $320.00 | 5/18/2026 |
| 4839 | $264.00 | 5/14/2026 |
| 4839 | $264.00 | 5/14/2026 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4840
55-441/212
16
5/14/26 Date
Pay to the Order of: Golden Crust
$ 200.°°
Two Hdrd
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4840

Columbia Bank
(Fair Lawn, NJ)
19-01 Rt.208 North
05/14/26-05:46:29
613460607
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
8003546162
<<<<<221271935>>>>>

4840    $200.00    5/14/2026          4840    $200.00    5/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4841
55-441/212
16
5/14/26 Date
Pay to the Order of: Nick Trusi
$ 500.°°
Five Hdred
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 1488
4841

4841    $500.00    5/15/2026          4841    $500.00    5/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4842
55-441/212
16
5/15/26 Date
Pay to the Order of: Wells Fargo
$ 1000.°°
One Thousand
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 6831935 1351998
Castronovo
4842

6847906990

4842    $1,000.00    5/15/2026          4842    $1,000.00    5/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4843
55-441/212
16
5/15/26 Date
Pay to the Order of: Saulo Aguilar
$ 600.°°
Six Hdred
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Replace 14643
4843

4843    $600.00    5/18/2026          4843    $600.00    5/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4844
55-441/212
16
5/16/26 Date
Pay to the Order of: Nick Trusi
$ 500.°°
Five Hdred
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Replaces 478
4844

4844    $500.00    5/19/2026          4844    $500.00    5/19/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4845
55-441/212
16
5/16/26 Date
Pay to the Order of: Freddy Miculax
$ 542.°°
Five Hdred forty - Two °⁵
Dollars
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For 5/4 - 5/10
4845

4845    $542.00    5/18/2026          4845    $542.00    5/18/2026



4846   $600.00   5/20/2026          4846   $600.00   5/20/2026

4847   $200.00   5/18/2026          4847   $200.00   5/18/2026

4852   $500.00   5/19/2026          4852   $500.00   5/19/2026

4853   $120.00   5/18/2026          4853   $120.00   5/18/2026

4854   $208.00   5/18/2026          4854   $208.00   5/18/2026

4855   $500.00   5/21/2026          4855   $500.00   5/21/2026

4857 $365.00 5/26/2026    4857 $365.00 5/26/2026

4858 $800.00 5/26/2026    4858 $800.00 5/26/2026

4859 $650.00 5/21/2026    4859 $650.00 5/21/2026

4860 $450.00 5/29/2026    4860 $450.00 5/29/2026

4867 $700.00 5/26/2026    4867 $700.00 5/26/2026

4868 $1,212.02 5/26/2026    4868 $1,212.02 5/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4869
Pay to the Order of ALAN Xicay
$600.00
Six Hundred
Dollars
AMBOY Bank    MANALAPAN OFFICE 16    MANALAPAN, NJ 07726    www.amboybank.com
For

**4869    $600.00    5/22/2026**

ENDORSE HERE
x Alan Xicay
**4869    $600.00    5/22/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4870
Date 5/21/26
Pay to the Order of Fernando Mionley
$770.00
Seven Hundred Seventy 00/
Dollars
AMBOY Bank    MANALAPAN OFFICE 16    MANALAPAN, NJ 07726    www.amboybank.com
For

**4870    $770.00    5/22/2026**

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533  05/21/2026 16:17:19
Viamericas
Account Number 9999999999
**4870    $770.00    5/22/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4871
Date 5/20/26
Pay to the Order of DMG Mechanical
$255.07
Two Hundred Fifty five 00/0
Dollars
AMBOY Bank    MANALAPAN OFFICE 16    MANALAPAN, NJ 07726    www.amboybank.com
For plc

**4871    $255.07    5/26/2026**

20260522  004800195461    06000610
FOR DEPOSIT ONLY
**4871    $255.07    5/26/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4874
Date 5/24/26
Pay to the Order of Noel Gonzalez
$500.00
Five hundred
Dollars
AMBOY Bank    MANALAPAN OFFICE 18    MANALAPAN, NJ 07726    www.amboybank.com
For

**4874    $500.00    5/26/2026**

For Deposit Only - JPMC
**4874    $500.00    5/26/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4875
Date 5/27/26
Pay to the Order of M Vgm LLC
$600.00
Six hundred
Dollars
AMBOY Bank    MANALAPAN OFFICE 16    MANALAPAN, NJ 07726    www.amboybank.com
For

**4875    $600.00    5/27/2026**

For Deposit Only - JPMC
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
**4875    $600.00    5/27/2026**

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4877
Date 5/28/26
Pay to the Order of Russo Meats
$1217.41
One Thousand Two Hundred
Dollars
AMBOY Bank    MANALAPAN OFFICE 16    MANALAPAN, NJ 07726    www.amboybank.com
For 3/6  1167.4 '450 for debt

**4877    $1,217.41    5/29/2026**

557825111172 155025  20260528 00000000161-0776-4
TRN_DEBIT TAQ8110  0.00
Marlboro 0088 94004 5578 0006 0096
FOR DEPOSIT ONLY
RUSSO MEATS
435216420 9
**4877    $1,217.41    5/29/2026**

4879    $1,500.00    5/26/2026          4879    $1,500.00    5/26/2026

4880    $542.00    5/26/2026          4880    $542.00    5/26/2026

4881    $1,200.00    5/27/2026          4881    $1,200.00    5/27/2026

4882    $1,074.00    5/28/2026          4882    $1,074.00    5/28/2026

4883    $650.00    5/26/2026          4883    $650.00    5/26/2026

4886    $120.00    5/26/2026          4886    $120.00    5/26/2026



4887 $500.00 5/27/2026     4887 $500.00 5/27/2026

4891 $750.00 5/27/2026     4891 $750.00 5/27/2026

4894 $220.00 5/27/2026     4894 $220.00 5/27/2026

4896 $231.00 5/27/2026     4896 $231.00 5/27/2026

4898 $200.00 5/28/2026     4898 $200.00 5/28/2026

4899 $650.00 5/29/2026     4899 $650.00 5/29/2026

4900    $770.00    5/27/2026

4900    $770.00    5/27/2026

4901    $500.00    5/29/2026

4901    $500.00    5/29/2026

7058    $3,058.00    5/15/2026

7058    $3,058.00    5/15/2026

9000    $900.00    5/22/2026

9000    $900.00    5/22/2026

14534    $11.17    5/4/2026

14534    $11.17    5/4/2026

14566    $470.11    5/8/2026

14566    $470.11    5/8/2026





14577   $1.96   5/4/2026          14577   $1.96   5/4/2026





14584   $470.11   5/11/2026          14584   $470.11   5/11/2026





14596   $18.81   5/4/2026          14596   $18.81   5/4/2026





14604   $470.11   5/14/2026          14604   $470.11   5/14/2026





14608   $285.07   5/1/2026          14608   $285.07   5/1/2026

14611   $11.29   5/4/2026          14611   $11.29   5/4/2026





14617    $431.18    5/4/2026

14617    $431.18    5/4/2026





14621    $595.06    5/4/2026

14621    $595.06    5/4/2026





14622    $470.11    5/19/2026

14622    $470.11    5/19/2026





14623    $379.78    5/11/2026

14623    $379.78    5/11/2026





14624    $270.01    5/5/2026

14624    $270.01    5/5/2026





14625    $20.04    5/6/2026

14625    $20.04    5/6/2026



14626   $144.01   5/5/2026

14626   $144.01   5/5/2026

14627   $202.32   5/4/2026

14627   $202.32   5/4/2026

14629   $420.48   5/13/2026

14629   $420.48   5/13/2026

14630   $36.56   5/4/2026

14630   $36.56   5/4/2026

14631   $508.86   5/6/2026

14631   $508.86   5/6/2026

14632   $9.25   5/12/2026

14632   $9.25   5/12/2026





14633   $434.04   5/4/2026

14633   $434.04   5/4/2026





14635   $4.58   5/4/2026

14635   $4.58   5/4/2026





14636   $431.18   5/4/2026

14636   $431.18   5/4/2026





14637   $150.00   5/4/2026

14637   $150.00   5/4/2026





14638   $85.00   5/18/2026

14638   $85.00   5/18/2026





14643   $595.06   5/13/2026

14643   $595.06   5/13/2026



14644   $470.11   5/22/2026          14644   $470.11   5/22/2026

  

14646   $270.01   5/12/2026          14646   $270.01   5/12/2026

  

14647   $17.32   5/14/2026          14647   $17.32   5/14/2026

  

14648   $125.01   5/12/2026          14648   $125.01   5/12/2026

  

14649   $280.59   5/12/2026          14649   $280.59   5/12/2026

  

14651   $310.40   5/21/2026          14651   $310.40   5/21/2026

14653    $508.86    5/13/2026

14653    $508.86    5/13/2026

14654    $13.86    5/12/2026

14654    $13.86    5/12/2026

14655    $442.15    5/11/2026

14655    $442.15    5/11/2026

14656    $8.72    5/11/2026

14656    $8.72    5/11/2026

14657    $7.88    5/15/2026

14657    $7.88    5/15/2026

14658    $431.18    5/13/2026

14658    $431.18    5/13/2026



14661   $595.06   5/26/2026



14661   $595.06   5/26/2026



14662   $188.65   5/21/2026



14662   $188.65   5/21/2026



14663   $470.11   5/28/2026



14663   $470.11   5/28/2026



14664   $392.25   5/26/2026



14664   $392.25   5/26/2026



14665   $270.01   5/18/2026



14665   $270.01   5/18/2026

14667   $89.00   5/19/2026

14667   $89.00   5/19/2026




14668   $270.44   5/21/2026

14668   $270.44   5/21/2026




14670   $429.52   5/22/2026

14670   $429.52   5/22/2026




14672   $508.86   5/18/2026

14672   $508.86   5/18/2026




14673   $8.00   5/27/2026

14673   $8.00   5/27/2026




14674   $553.09   5/20/2026

14674   $553.09   5/20/2026




14675   $24.74   5/19/2026

14675   $24.74   5/19/2026



14676  $24.73  5/18/2026          14676  $24.73  5/18/2026





14677  $431.18  5/21/2026          14677  $431.18  5/21/2026





14681  $595.06  5/27/2026          14681  $595.06  5/27/2026





14682  $349.88  5/26/2026          14682  $349.88  5/26/2026





14685  $270.01  5/26/2026          14685  $270.01  5/26/2026

14687  $302.60  5/26/2026          14687  $302.60  5/26/2026





14692   $17.93   5/27/2026

14692   $17.93   5/27/2026





14693   $418.76   5/27/2026

14693   $418.76   5/27/2026





14694   $23.46   5/28/2026

14694   $23.46   5/28/2026





14695   $20.51   5/26/2026

14695   $20.51   5/26/2026





14696   $173.24   5/26/2026

14696   $173.24   5/26/2026





14697   $431.18   5/27/2026

14697   $431.18   5/27/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____

| Street and Number | City | State | Zip Code |

### TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking ....................................................   ☐ Loan ....................................................   ☐ Safe Deposit Box ( .................................................... )

☐ Savings ....................................................   ☐ Certificate ....................................................   ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____   Authorized Signature: _____

---

**CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK**

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | |
|---|---|
| TOTAL CHECKS OUTSTANDING | DEPOSITS NOT SHOWN ON STATEMENT |
| CHECKBOOK BALANCE | STATEMENT BALANCE |
| **TOTAL** | **TOTAL** |

**IF CORRECT THESE SHOULD AGREE**

**WORK SPACE**

---

### PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DISCREPANCIES AS QUICKLY AS POSSIBLE

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY