☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Telephone Banking
call 1-877-24AMBOY

000 0000 0000 0000 0000 0000 0000 0000 0000 00000
000 0000 0000 0000 0000 0000 0000 0000 0000 00000

‖l‖‖l‖l‖‖l‖l‖‖l‖‖l‖l‖‖l‖l‖l‖l‖l‖‖l‖l‖l‖‖l‖l‖‖l‖l

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

**Avoid Penalties on Property Taxes with
Amboy's free Save & Pay Tax Service
Make paying your taxes Stress Free today!**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com for more info.**

## Free Small Business Account                 Account number: 16018087

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | -$24.54 |
| Deposits and other credits (+) | $191,886.20 |
| Withdrawals, checks and other debits (-) | $191,882.74 |
| Ending Balance on 05-29 | -$21.08 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | TSYS/TRANSFIRST CR CD DEP 260430 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 3,117.52 | 05-08 | TSYS/TRANSFIRST CR CD DEP 260507 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 3,907.87 |
| 05-04 | TSYS/TRANSFIRST CR CD DEP 260501 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 4,918.71 | 05-11 | TSYS/TRANSFIRST CR CD DEP 260508 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 5,306.20 |
| 05-04 | TSYS/TRANSFIRST CR CD DEP 260503 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 10,064.93 | 05-11 | TSYS/TRANSFIRST CR CD DEP 260510 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 13,572.01 |
| 05-05 | TSYS/TRANSFIRST CR CD DEP 260504 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 3,230.69 | 05-12 | TSYS/TRANSFIRST CR CD DEP 260511 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 3,406.77 |
| 05-05 | TSYS/TRANSFIRST CR CD DEP 260504 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 12,506.60 | 05-12 | TSYS/TRANSFIRST CR CD DEP 260511 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 18,389.47 |
| 05-06 | TSYS/TRANSFIRST CR CD DEP 260505 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 2,367.56 | 05-13 | TSYS/TRANSFIRST CR CD DEP 260512 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 3,678.12 |
| 05-07 | TSYS/TRANSFIRST CR CD DEP 260506 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 4,059.04 | 05-14 | TSYS/TRANSFIRST CR CD DEP 260513 5436845 5595 8323  5436845 5595 8323 1THE SKILLET | 4,108.75 |

THE SKILLET BY SAL INC

## Free Small Business Account                 Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-15 | TSYS/TRANSFIRST CR CD DEP 260514 543684555958323 5436845559583231THE SKILLET | 4,871.74 | 05-26 | TSYS/TRANSFIRST CR CD DEP 260522 543684555958323 5436845559583231THE SKILLET | 6,360.94 |
| 05-18 | TSYS/TRANSFIRST CR CD DEP 260515 543684555958323 5436845559583231THE SKILLET | 5,223.13 | 05-26 | TSYS/TRANSFIRST CR CD DEP 260525 543684555958323 5436845559583231THE SKILLET | 10,701.64 |
| 05-18 | TSYS/TRANSFIRST CR CD DEP 260517 543684555958323 5436845559583231THE SKILLET | 10,066.11 | 05-26 | TSYS/TRANSFIRST CR CD DEP 260525 543684555958323 5436845559583231THE SKILLET | 10,754.12 |
| 05-19 | TSYS/TRANSFIRST CR CD DEP 260518 543684555958323 5436845559583231THE SKILLET | 3,628.00 | 05-26 | TSYS/TRANSFIRST CR CD DEP 260524 543684555958323 5436845559583231THE SKILLET | 12,193.70 |
| 05-19 | TSYS/TRANSFIRST CR CD DEP 260518 543684555958323 5436845559583231THE SKILLET | 10,251.29 | 05-27 | TSYS/TRANSFIRST CR CD DEP 260526 543684555958323 5436845559583231THE SKILLET | 3,310.41 |
| 05-20 | TSYS/TRANSFIRST CR CD DEP 260519 543684555958323 5436845559583231THE SKILLET | 3,453.75 | 05-28 | TSYS/TRANSFIRST CR CD DEP 260527 543684555958323 5436845559583231THE SKILLET | 5,953.17 |
| 05-21 | TSYS/TRANSFIRST CR CD DEP 260520 543684555958323 5436845559583231THE SKILLET | 3,247.66 | 05-29 | TSYS/TRANSFIRST CR CD DEP 260528 543684555958323 5436845559583231THE SKILLET | 4,794.47 |
| 05-22 | TSYS/TRANSFIRST CR CD DEP 260521 543684555958323 5436845559583231THE SKILLET | 4,441.83 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-01 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 05-05 | Internet Transfer to xxx8183 | 100.00 |
| 05-01 | BRANCH WITHDRAWAL | 140.00 | 05-05 | Internet Transfer to xxx8272 | 144.00 |
| 05-01 | Internet Transfer to xxx8272 | 165.00 | 05-05 | Internet Transfer to xxx8272 | 500.00 |
| 05-01 | Internet Transfer to xxx7764 | 2,650.00 | 05-05 | Internet Transfer to xxx7764 | 15,000.00 |
| 05-01 | OVERDRAFT CHARGE | 35.00 | 05-06 | Internet Transfer to xxx8272 | 75.00 |
| 05-04 | 2605011900229TB Vivian Capital Group LLC D | 300.00 | 05-06 | Internet Transfer to xxx7764 | 2,290.00 |
| 05-04 | 260501190022GYQ Vivian Capital Group LLC D | 300.00 | 05-07 | Internet Transfer to xxx8272 | 50.00 |
| 05-04 | BRANCH WITHDRAWAL | 550.00 | 05-07 | Internet Transfer to xxx8183 | 400.00 |
| 05-04 | Internet Transfer to xxx8272 | 700.00 | 05-07 | Internet Transfer to xxx7764 | 3,600.00 |
| 05-04 | Internet Transfer to xxx7455 | 3,000.00 | 05-08 | Internet Transfer to xxx8272 | 25.00 |
| 05-04 | Internet Transfer to xxx7764 | 10,050.00 | 05-08 | Internet Transfer to xxx8183 | 40.00 |
| 05-05 | MERCHANTSERVCS BILLNG 260430 4445045885837 Merch Bankcard 3331091 The Sk | 41.46 | 05-08 | Internet Transfer to xxx7764 | 3,855.00 |
| | | | 05-11 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 25.66 |
| | | | 05-11 | 260508190020575 Vivian Capital Group LLC D | 300.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-11 | 260508190020 8VB Vivian Capital Group LLC D | 300.00 | 05-19 | Internet Transfer to xxx8272 | 100.00 |
| 05-11 | Internet Transfer to xxx8272 | 144.00 | 05-19 | Internet Transfer to xxx8183 | 250.00 |
| 05-11 | Internet Transfer to xxx8183 | 355.00 | 05-19 | Internet Transfer to xxx7764 | 13,350.00 |
| 05-11 | Internet Transfer to xxx8183 | 1,000.00 | 05-20 | Internet Transfer to xxx8272 | 50.00 |
| 05-11 | BRANCH WITHDRAWAL | 1,200.00 | 05-20 | Internet Transfer to xxx8183 | 100.00 |
| 05-11 | Internet Transfer to xxx7455 | 3,050.00 | 05-20 | Internet Transfer to xxx7764 | 3,300.08 |
| 05-11 | Internet Transfer to xxx7764 | 12,500.00 | 05-21 | Internet Transfer to xxx8183 | 100.00 |
| 05-12 | Internet Transfer to xxx8183 | 500.00 | 05-21 | Internet Transfer to xxx8272 | 100.08 |
| 05-12 | Internet Transfer to xxx7764 | 21,300.00 | 05-21 | Internet Transfer to xxx7764 | 3,050.00 |
| 05-13 | Internet Transfer to xxx8183 | 100.00 | 05-22 | Internet Transfer to xxx8272 | 765.00 |
| 05-13 | Internet Transfer to xxx7764 | 3,575.00 | 05-22 | Internet Transfer to xxx7764 | 3,679.00 |
| 05-14 | Internet Transfer to xxx7764 | 4,110.00 | 05-26 | 260522190021 TD1 Vivian Capital Group LLC D | 300.00 |
| 05-15 | Internet Transfer to xxx8183 | 122.00 | 05-26 | 260522190021 T0O Vivian Capital Group LLC D | 300.00 |
| 05-15 | Internet Transfer to xxx7764 | 4,750.00 | 05-26 | Internet Transfer to xxx8183 | 35.00 |
| 05-18 | 260515190020 AR0 Vivian Capital Group LLC D | 300.00 | 05-26 | Internet Transfer to xxx8272 | 106.00 |
| 05-18 | 260515190020 SLN Vivian Capital Group LLC D | 300.00 | 05-26 | BRANCH WITHDRAWAL | 2,000.00 |
| 05-18 | INS PMNT HANOVER INS BILLPAY | 408.67 | 05-26 | Internet Transfer to xxx7455 | 3,000.00 |
| 05-18 | Internet Transfer to xxx8272 | 400.00 | 05-26 | Internet Transfer to xxx7764 | 4,100.00 |
| 05-18 | BRANCH WITHDRAWAL | 400.00 | 05-26 | Internet Transfer to xxx7764 | 30,000.00 |
| 05-18 | Internet Transfer to xxx8272 | 435.00 | 05-27 | Internet Transfer to xxx7764 | 3,450.00 |
| 05-18 | Internet Transfer to xxx8183 | 445.00 | 05-28 | Internet Transfer to xxx8183 | 75.00 |
| 05-18 | Internet Transfer to xxx7455 | 3,000.00 | 05-28 | Internet Transfer to xxx7764 | 5,900.00 |
| 05-18 | Internet Transfer to xxx7764 | 9,600.00 | 05-29 | Digital Basic Monthly Fee | 10.00 |
| 05-19 | Internet Transfer to xxx8183 | 50.00 | 05-29 | Internet Transfer to xxx7764 | 4,800.00 |
| 05-19 | Internet Transfer to xxx7764 | 55.00 | 05-29 | SERVICE CHARGE | 15.00 |
| 05-19 | Internet Transfer to xxx8272 | 75.00 | 05-29 | OVERDRAFT INTEREST CHARGE | 0.04 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 35.04 | 140.24 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME: Salvatore Faenza
SIGN NAME:

Date 5/1/26
$ 140.—
ACCOUNT NUMBER 16018087
021204416  050

0    $140.00    5/1/2026

---

0    $140.00    5/1/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME: Skillet by SL
SIGN NAME:

Date 5/4/26
$ 550.
ACCOUNT NUMBER 16018087
021204416  050

0    $550.00    5/4/2026

---

0    $550.00    5/4/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME: Salvatore Faenza
SIGN NAME:

Date 5/11/26
$ 1200.00
ACCOUNT NUMBER 16018087
021204416  050

0    $1,200.00    5/11/2026

---

BRANCHNAME=MILLHURST
BUSDT=05/11/26
RTNUM=>021204416<

0    $1,200.00    5/11/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME: The Skillet
SIGN NAME:

Date 5/18/26
$ 400.—
ACCOUNT NUMBER 16018087
021204416  050

0    $400.00    5/18/2026

---

BRANCHNAME=MILLHURST
BUSDT=05/18/26
RTNUM=>021204416<

0    $400.00    5/18/2026

---

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME: The Skillet
SIGN NAME:

Date 5/25/26
$ 2000.
ACCOUNT NUMBER 16018087
021204416  050

0    $2,000.00    5/26/2026

---

BRANCHNAME=MILLHURST
BUSDT=05/26/26
RTNUM=>021204416<

0    $2,000.00    5/26/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
Street and Number                                    City                    State              Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ............................................ ☐ Loan ...................................... ☐ Safe Deposit Box ( ........................................... )

☐ Savings ............................................... ☐ Certificate ........................... ☐ Other (describe below)

**SPECIAL INSTRUCTIONS**
_____

Date: _____     Authorized Signature: _____

- - - - - - - - - - - - - - - - - CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK - - - - - - - - - - - - - -

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

| | | | |
|---|---|---|---|
| | | DEPOSITS NOT SHOWN ON STATEMENT | |
| TOTAL CHECKS OUTSTANDING | | | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE | |
| **TOTAL** | | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY