☏ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☏ Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD        NJ 07728**

**Avoid Penalties on Property Taxes with**
**Amboy's free Save & Pay Tax Service**
**Make paying your taxes Stress Free today!**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com for more info.**

## Free Small Business Account             Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | -$203.13 |
| Deposits and other credits (+) | $3,874.08 |
| Withdrawals, checks and other debits (-) | $3,670.95 |
| Ending Balance on 05-29 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 40.00 | 05-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 400.00 |
| 05-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 165.00 | 05-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 435.00 |
| 05-04 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 700.00 | 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 75.00 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 144.00 | 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 | 05-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 50.00 |
| 05-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 75.00 | 05-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.08 |
| 05-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 50.00 | 05-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 765.00 |
| 05-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 25.00 | 05-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 106.00 |
| 05-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 144.00 | | | |

NVJSS RESTAURANT LLC

## Free Small Business Account

**Account number: 16108272**

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-01 | 916828104489525 PRUDENTIAL PAYMENTS | 162.83 | 05-18 | 7245328 VZ WIRELESS VN E CHECK | 202.61 |
| 05-01 | 422000404088231 CITI CARD ONLINE PAYMENT | 500.00 | 05-18 | OVERDRAFT CHARGE | 70.00 |
| 05-01 | OVERDRAFT CHARGE | 35.00 | 05-19 | OVERDRAFT CHARGE | 35.00 |
| 05-04 | 422001686981659 CITI CARD ONLINE PAYMENT | 300.00 | 05-21 | 8611994 INTUIT * QBooks On1 | 75.00 |
| 05-04 | 422001245896920 CITI CARD ONLINE PAYMENT | 500.00 | 05-21 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |
| 05-04 | OVERDRAFT CHARGE | 70.00 | 05-21 | XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 |
| 05-05 | OVERDRAFT CHARGE | 70.00 | 05-22 | OVERDRAFT CHARGE | 105.00 |
| 05-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 | 05-29 | SERVICE CHARGE | 1.83 |
| 05-15 | 432012622408338 CITI CARD ONLINE PAYMENT | 700.00 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES: | 385.00 | 1,017.61 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $70.00 |