29 090 0-03 0-000-00000000    Page 1 of 2

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD          NJ 07728**

**Avoid Penalties on Property Taxes with**
**Amboy's free Save & Pay Tax Service**
**Make paying your taxes Stress Free today!**

**Stop in any branch, call 800.942.6269 or visit AmboyBank.com for more info.**

## Free Small Business Account

**Account number: 16108183**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-30 | -$18.33 |
| Deposits and other credits (+) | $3,947.00 |
| Withdrawals, checks and other debits (-) | $3,928.67 |
| Ending Balance on 05-29 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-01 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 20.00 | 05-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 445.00 |
| 05-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 50.00 |
| 05-07 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 400.00 | 05-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 250.00 |
| 05-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 40.00 | 05-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 |
| 05-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 355.00 | 05-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 |
| 05-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,000.00 | 05-21 | DEPOSIT | 120.00 |
| 05-12 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 500.00 | 05-22 | RETURNED ITEM, INSUFFICIENT FUNDS, 8611990 INTUIT * QBooks Onl | 75.00 |
| 05-13 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 05-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 |
| 05-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 60.00 | 05-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 75.00 |
| 05-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 122.00 | | | |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account                Account number: 16108183

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 05-06 | 9342887104 CHASE CREDIT CRD EPAY | 500.00 | 05-18 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 05-07 | OVERDRAFT CHARGE | 35.00 | 05-19 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 05-11 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 333.68 | 05-19 | OVERDRAFT CHARGE | 35.00 |
| 05-11 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 333.67 | 05-20 | OVERDRAFT CHARGE | 35.00 |
| 05-11 | XXXXX6241 AMERICAN NAT'L INS PREMIUM | 208.11 | 05-21 | 8611990 INTUIT * QBooks Onl | 75.00 |
| 05-11 | 9357888535 CHASE CREDIT CRD EPAY | 500.00 | 05-22 | RETURNED CHECK CHARGE | 35.00 |
| 05-11 | CA0E86EC43FC16F CAPITAL ONE ONLINE PMT | 1,143.00 | 05-28 | 0885988 INTUIT * QBooks Onl | 75.00 |
| 05-12 | OVERDRAFT CHARGE | 70.00 | 05-29 | SERVICE CHARGE | 0.21 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|--|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES: | 175.00 | 1,971.07 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $350.00 |