## POST-PLAN MONTHLY PROJECTION — 60 MONTHS

*Values pre-computed from 2024 Form 1120-S ratios applied to $3.12M 2026 revenue anchor. Skip to Consolidated CF tab for the disposable income summary.*

| Line Item | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | |
| **Gross revenue (net of tips/tax)** | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 |
| | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | |
| Cost of goods sold (40.9%) | $106,216 | $106,216 | $106,216 | $106,216 | $106,216 | $106,216 | $106,216 | $106,216 | $106,216 | $106,216 | $106,216 |
| Salaries + payroll taxes (26.2%) | $68,126 | $68,126 | $68,126 | $68,126 | $68,126 | $68,126 | $68,126 | $68,126 | $68,126 | $68,126 | $68,126 |
| Rent / occupancy | $6,192 | $6,192 | $6,192 | $6,192 | $6,192 | $6,192 | $6,192 | $6,192 | $6,192 | $6,192 | $6,192 |
| Taxes & licenses (8.6%) | $22,424 | $22,424 | $22,424 | $22,424 | $22,424 | $22,424 | $22,424 | $22,424 | $22,424 | $22,424 | $22,424 |
| Advertising (1.4%) | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 |
| Other deductions + repairs (10.6%) | $27,556 | $27,556 | $27,556 | $27,556 | $27,556 | $27,556 | $27,556 | $27,556 | $27,556 | $27,556 | $27,556 |
| **Total operating expenses** | $234,115 | $234,115 | $234,115 | $234,115 | $234,115 | $234,115 | $234,115 | $234,115 | $234,115 | $234,115 | $234,115 |
| | | | | | | | | | | | |
| Interest expense (post-plan; 10% of prior) | $4,955 | $4,955 | $4,955 | $4,955 | $4,955 | $4,955 | $4,955 | $4,955 | $4,955 | $4,955 | $4,955 |
| | | | | | | | | | | | |
| **NET INCOME (available for owner draw)** | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 |

| Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $260,000 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $265,200 | $270,504 |
| $106,216 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $108,340 | $110,507 |
| $68,126 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $69,489 | $70,879 |
| $6,192 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,378 | $6,569 |
| $22,424 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $22,873 | $23,330 |
| $3,600 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,672 | $3,746 |
| $27,556 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,107 | $28,669 |
| $234,115 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $238,859 | $243,700 |
| $4,955 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,104 | $5,257 |
| $20,930 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,547 |

| Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $270,504 | $270,504 | $270,504 | $270,504 | $270,504 | $270,504 | $270,504 | $270,504 | $270,504 | $270,504 | $270,504 | $275,914 | $275,914 | $275,914 |
| $110,507 | $110,507 | $110,507 | $110,507 | $110,507 | $110,507 | $110,507 | $110,507 | $110,507 | $110,507 | $110,507 | $112,717 | $112,717 | $112,717 |
| $70,879 | $70,879 | $70,879 | $70,879 | $70,879 | $70,879 | $70,879 | $70,879 | $70,879 | $70,879 | $70,879 | $72,296 | $72,296 | $72,296 |
| $6,569 | $6,569 | $6,569 | $6,569 | $6,569 | $6,569 | $6,569 | $6,569 | $6,569 | $6,569 | $6,569 | $6,766 | $6,766 | $6,766 |
| $23,330 | $23,330 | $23,330 | $23,330 | $23,330 | $23,330 | $23,330 | $23,330 | $23,330 | $23,330 | $23,330 | $23,797 | $23,797 | $23,797 |
| $3,746 | $3,746 | $3,746 | $3,746 | $3,746 | $3,746 | $3,746 | $3,746 | $3,746 | $3,746 | $3,746 | $3,820 | $3,820 | $3,820 |
| $28,669 | $28,669 | $28,669 | $28,669 | $28,669 | $28,669 | $28,669 | $28,669 | $28,669 | $28,669 | $28,669 | $29,243 | $29,243 | $29,243 |
| $243,700 | $243,700 | $243,700 | $243,700 | $243,700 | $243,700 | $243,700 | $243,700 | $243,700 | $243,700 | $243,700 | $248,640 | $248,640 | $248,640 |
| $5,257 | $5,257 | $5,257 | $5,257 | $5,257 | $5,257 | $5,257 | $5,257 | $5,257 | $5,257 | $5,257 | $5,415 | $5,415 | $5,415 |
| $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,860 | $21,860 | $21,860 |

| Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 | Sep-30 | Oct-30 | Nov-30 | Dec-30 | Jan-31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $275,914 | $275,914 | $275,914 | $275,914 | $275,914 | $275,914 | $275,914 | $275,914 | $275,914 | $281,432 | $281,432 | $281,432 | $281,432 | $281,432 |
| $112,717 | $112,717 | $112,717 | $112,717 | $112,717 | $112,717 | $112,717 | $112,717 | $112,717 | $114,972 | $114,972 | $114,972 | $114,972 | $114,972 |
| $72,296 | $72,296 | $72,296 | $72,296 | $72,296 | $72,296 | $72,296 | $72,296 | $72,296 | $73,742 | $73,742 | $73,742 | $73,742 | $73,742 |
| $6,766 | $6,766 | $6,766 | $6,766 | $6,766 | $6,766 | $6,766 | $6,766 | $6,766 | $6,969 | $6,969 | $6,969 | $6,969 | $6,969 |
| $23,797 | $23,797 | $23,797 | $23,797 | $23,797 | $23,797 | $23,797 | $23,797 | $23,797 | $24,273 | $24,273 | $24,273 | $24,273 | $24,273 |
| $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,897 | $3,897 | $3,897 | $3,897 | $3,897 |
| $29,243 | $29,243 | $29,243 | $29,243 | $29,243 | $29,243 | $29,243 | $29,243 | $29,243 | $29,827 | $29,827 | $29,827 | $29,827 | $29,827 |
| $248,640 | $248,640 | $248,640 | $248,640 | $248,640 | $248,640 | $248,640 | $248,640 | $248,640 | $253,680 | $253,680 | $253,680 | $253,680 | $253,680 |
| $5,415 | $5,415 | $5,415 | $5,415 | $5,415 | $5,415 | $5,415 | $5,415 | $5,415 | $5,577 | $5,577 | $5,577 | $5,577 | $5,577 |
| $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 |

| Feb-31 | Mar-31 | Apr-31 | May-31 | Jun-31 | Jul-31 | Aug-31 | Y1 Tot | Y5 Tot | 5-Yr Total |
|---|---|---|---|---|---|---|---|---|---|
| $281,432 | $281,432 | $281,432 | $281,432 | $281,432 | $281,432 | $281,432 | **$3,120,000** | **$3,377,184** | **$16,236,600** |
| | | | | | | | | | |
| $114,972 | $114,972 | $114,972 | $114,972 | $114,972 | $114,972 | $114,972 | $1,274,592 | $1,379,664 | $6,633,024 |
| $73,742 | $73,742 | $73,742 | $73,742 | $73,742 | $73,742 | $73,742 | $817,512 | $884,904 | $4,254,384 |
| $6,969 | $6,969 | $6,969 | $6,969 | $6,969 | $6,969 | $6,969 | $74,304 | $83,628 | $394,488 |
| $24,273 | $24,273 | $24,273 | $24,273 | $24,273 | $24,273 | $24,273 | $269,088 | $291,276 | $1,400,364 |
| $3,897 | $3,897 | $3,897 | $3,897 | $3,897 | $3,897 | $3,897 | $43,200 | $46,764 | $224,820 |
| $29,827 | $29,827 | $29,827 | $29,827 | $29,827 | $29,827 | $29,827 | $330,672 | $357,924 | $1,720,824 |
| $253,680 | $253,680 | $253,680 | $253,680 | $253,680 | $253,680 | $253,680 | **$2,809,380** | **$3,044,160** | **$14,627,928** |
| | | | | | | | | | |
| $5,577 | $5,577 | $5,577 | $5,577 | $5,577 | $5,577 | $5,577 | $59,460 | $66,924 | $315,696 |
| | | | | | | | | | |
| $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | **$251,160** | **$266,100** | **$1,292,988** |