# CONSOLIDATED DEBTOR CASH FLOW & DISPOSABLE INCOME

*Skillet net income (owner-benefit) minus household expenses = disposable income for plan payment. Coverage margin = disposable minus plan payment.*

| Line Item | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 |
|---|---|---|---|---|---|---|---|---|---|---|
| Skillet net income (owner-benefit) | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 |
| Other entities (all zero — see Executive Summary) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL INFLOWS TO DEBTOR | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 | $20,930 |
| | | | | | | | | | | |
| Household expenses | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 |
| TOTAL OUTFLOWS (before plan pymt) | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 | $17,919 |
| | | | | | | | | | | |
| DISPOSABLE INCOME (before plan payment) | $3,011 | $3,011 | $3,011 | $3,011 | $3,011 | $3,011 | $3,011 | $3,011 | $3,011 | $3,011 |
| | | | | | | | | | | |
| Plan payment (per Assumptions) | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| COVERAGE MARGIN (disposable – plan pymt) | $1,011 | $1,011 | $1,011 | $1,011 | $1,011 | $1,011 | $1,011 | $1,011 | $1,011 | $1,011 |

| Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $20,930 | $20,930 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $20,930 | $20,930 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 | $21,237 |
| | | | | | | | | | | | | | |
| $17,919 | $17,919 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 |
| $17,919 | $17,919 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 | $18,457 |
| | | | | | | | | | | | | | |
| $3,011 | $3,011 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 | $2,781 |
| | | | | | | | | | | | | | |
| $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| $1,011 | $1,011 | $781 | $781 | $781 | $781 | $781 | $781 | $781 | $781 | $781 | $781 | $781 | $781 |

| Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,860 | $21,860 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,547 | $21,860 | $21,860 |
| | | | | | | | | | | | | | |
| $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,581 | $19,581 |
| $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,010 | $19,581 | $19,581 |
| | | | | | | | | | | | | | |
| $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,537 | $2,279 | $2,279 |
| | | | | | | | | | | | | | |
| $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| $537 | $537 | $537 | $537 | $537 | $537 | $537 | $537 | $537 | $537 | $537 | $537 | $279 | $279 |

| Nov-29 | Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 | Sep-30 | Oct-30 | Nov-30 | Dec-30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $22,175 | $22,175 | $22,175 | $22,175 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $21,860 | $22,175 | $22,175 | $22,175 | $22,175 |
| | | | | | | | | | | | | | |
| $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $20,168 | $20,168 | $20,168 | $20,168 |
| $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $19,581 | $20,168 | $20,168 | $20,168 | $20,168 |
| | | | | | | | | | | | | | |
| $2,279 | $2,279 | $2,279 | $2,279 | $2,279 | $2,279 | $2,279 | $2,279 | $2,279 | $2,279 | $2,007 | $2,007 | $2,007 | $2,007 |
| | | | | | | | | | | | | | |
| $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| $279 | $279 | $279 | $279 | $279 | $279 | $279 | $279 | $279 | $279 | $7 | $7 | $7 | $7 |

| Jan-31 | Feb-31 | Mar-31 | Apr-31 | May-31 | Jun-31 | Jul-31 | Aug-31 | Y1 Tot | 5-Yr Total |
|---|---|---|---|---|---|---|---|---|---|
| $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $251,160 | $1,292,988 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $22,175 | $251,160 | $1,292,988 |
| | | | | | | | | | |
| $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $215,028 | $1,141,620 |
| $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $20,168 | $215,028 | $1,141,620 |
| | | | | | | | | | |
| $2,007 | $2,007 | $2,007 | $2,007 | $2,007 | $2,007 | $2,007 | $2,007 | $36,132 | $151,380 |
| | | | | | | | | | |
| $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 | $120,000 |
| $7 | $7 | $7 | $7 | $7 | $7 | $7 | $7 | $12,132 | $31,380 |