## EXHIBIT B - LIQUIDATION ANALYIS

*Plan Proponent's Liquidation Value of Assets*

| Assets | Value |
|---|---|
| a.  Cash on hand (end of month) | **$ To be Determined** per Pre-Confirmation Filed Operating Report) |
| b.  Accounts Receivable | $      **0.00** |
| c.  Insurance Proceeds | **$      0.00** |
| d.  All Furniture/Collectibles/ Clothing | **$14,000.00** |
| e.  Automobiles | **$0.00 (Vehicle Surrendered)** |
| f.  7 Dancer Lane, Freehold, NJ | **$1,595,000.00 (per appraisal/cma jointly owned with non-filing spouse )** |
| g.  39 Spyglass Drive, Jackson, NJ | **$ 425,000.00 (per signed Contract cash sale)** |
| h.  Investment property (such as stocks, bonds or other financial assets) | **$5,000.00** |
| i.  Lawsuits or other claims against third-parties (Ferrari Litigatioin) | **$ Unknown** |
| j.  The Skillet By Sal, Inc. (100% Owner) | **$ Unknown and To Be Determined** |
| k.  Faenza's Gourmet Market (100% Owner) | **$ Unknown and To Be Determined** |
| j.  Other intangibles (such as avoidance powers actions, misc.) | **$ 0.00** |
| **Total Value** | **$2,039,000.00** |

| Less | Value |
|---|---|
| -Secured creditors' recoveries (excluding cram downs, consent order resolutions and judgment lienholders deemed unsecured) | **$1,036,733.90** |

| | |
|---|---|
| -Chapter 7 trustee fees and expenses per §326 (Used 10% Cost of Sale Standard, plus Mansion Tax and Realty Transfer Fee) | $ 192,224.50 |
| -Chapter 11 Administrative Expenses | $40,000.00 |
| -Non Filing Spouse's 50% Equity Interest in 7 Dancer Lane, Freehold, NJ | $621,750.00 |
| -Priority claims, excluding Administrative Expense claims | $1,242,854.00 (NJ Division of Taxation, Disputed) |
| -Debtor's claimed exemptions on all property | $82,150.00 |
| 1) Balance for unsecured claims | **$0.00** |
| 2) Total dollar amount of allowed general unsecured claims (not including unsecured portions of mortgage liens and judgment liens) paid through Plan | $886,943.35 |

*Percentage of Claims Which Unsecured Creditors Would Receive or Retain in a Chapter 7 Liquidation:*          0.00%

*Percentage of Claims Which Allowed Unsecured Creditors Will Receive or Retain under the Plan:*          12.3%