# MONTHLY OPERATING REPORT — JUNE 2026 (Form 425C)

**Salvatore Faenza — Case 25-14559 (MBK)**

| | | |
|---|---|---|
| **Debtc** SALVATORE FAENZA | **Case No.:** | 25-14559 (MBK) |
| **Court** U.S. Bankruptcy Court – District of New Jersey | **Reporting Month:** | June 2026 |
| **Petiti** 30-Apr-25 | **Stmt Period:** | 5/30 – 6/30/2026 |

## SECTION 1 — QUESTIONNAIRE

| | Question | Answer |
|---|---|---|
| 1 | Did the business operate during the entire reporting period? | Yes |
| 2 | Do you plan to continue to operate the business next month? | Yes |
| 3 | Have you paid all of your bills on time? | Yes |
| 4 | Did you pay your employees on time? | Yes |
| 5 | Have you deposited all the receipts into DIP accounts? | Yes |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | Yes |
| 7 | Have you timely filed all other required government filings? | Yes |
| 8 | Current on quarterly fees to U.S. Trustee? | Yes |
| 9 | Have you timely paid all of your insurance premiums? | Yes |
| 10 | Do you have any bank accounts open other than DIP accounts? | *Yes Non Debtor Business* |
| 11 | Have you sold any assets other than inventory? | No |
| 12 | Have you sold or transferred assets to insiders? | *NO* |
| 13 | Did any insurance company cancel your policy? | No |
| 14 | Any unusual or significant unanticipated expenses? | *NO* |
| 15 | Have you borrowed money or has anyone made payments on your b | *No* |
| 16 | Has anyone made an investment in your business? | No |
| 17 | Have you paid any pre-petition bills? | No |
| 18 | Have you allowed pre-petition checks to clear? | No |

## SECTION 2 — SUMMARY OF CASH ACTIVITY (DIP Account Amboy ·· 7455)

| | | |
|---|---|---|
| 19 | Total opening balance of all accounts | **$5.48** *Ending 5/29/2026* |

| | | | |
|---|---|---|---|
| 20 | Total cash receipts (see Exhibit C) | **$15,000.00** | *5 transfers from Skillet Merchant · ·8087* |
| 21 | Total cash disbursements (see Exhibit D) | **($15,005.48)** | *5 checks to Nancy + $5.48 service charge* |
| 22 | Net cash flow | **($5.48)** | *Ties: 15,000 − 15,005.48* |
| 23 | Cash on hand at end of month | **-** | *Bank statement confirms $0.00* |

## SECTION 5 — EMPLOYEES

| | | |
|---|---|---|
| 26 | Employees when case was filed | **24** |
| 27 | Employees as of this monthly report | *[CONFIRM w/ Sal]* |

## SECTION 6 — PROFESSIONAL FEES (this month)

| | | |
|---|---|---|
| 28 | Paid this month re bankruptcy case | *[CONFIRM]* |
| 29 | Cumulative paid re bankruptcy | *[CONFIRM]* |
| 30 | Paid this month other professional | *$500.00* |
| 31 | Cumulative other professional | *[CONFIRM]* |

## SECTION 7 — PROJECTIONS VS. ACTUALS

| | Item | Projected | Actual |
|---|---|---|---|
| 32 | Cash receipts | $12,050.00 | $15,000.00 |
| 33 | Cash disbursements | $12,120.00 | $15,005.48 |
| 34 | Net cash flow | ($70.00) | ($5.48) |

# EXHIBIT C — ITEMIZED CASH RECEIPTS — JUNE 2026

*DIP Account Amboy · ·7455 — Statement period 5/30 – 6/30/2026*

| Date | Source | Description on statement | Amount |
|---|---|---|---|
| 06/01/2026 | The Skillet by Sal Inc (Amboy · ·8087) | Funds Transfer via Online AmboyNet | $3,000.00 |
| 06/08/2026 | The Skillet by Sal Inc (Amboy · ·8087) | Funds Transfer via Online AmboyNet | $3,000.00 |
| 06/15/2026 | The Skillet by Sal Inc (Amboy · ·8087) | Funds Transfer via Online AmboyNet | $3,000.00 |
| 06/22/2026 | The Skillet by Sal Inc (Amboy · ·8087) | Funds Transfer via Online AmboyNet | $3,000.00 |
| 06/29/2026 | The Skillet by Sal Inc (Amboy · ·8087) | Funds Transfer via Online AmboyNet | $3,000.00 |
| | | **TOTAL RECEIPTS** | **$15,000.00** |

| Income Type |
| --- |
| Owner-employee weekly draw |
| Owner-employee weekly draw |
| Owner-employee weekly draw |
| Owner-employee weekly draw |
| Owner-employee weekly draw |

# EXHIBIT D — ITEMIZED CASH DISBURSEMENTS — JUNE 2026

*DIP Account Amboy ··7455 — Statement period 5/30 – 6/30/2026*

| Date | Payee | Check # | Amount | Purpose / Stated Application of Funds |
|---|---|---|---|---|
| 06/01/2026 | Nancy Faenza | 1032 | $3,000.00 | Check to Nancy Faenza – household & personal bills (mortgage, utilities, cell, food, daughter, all house bills) |
| 06/08/2026 | Nancy Faenza | 1034 | $3,000.00 | Check to Nancy Faenza – household & personal bills (check #1033 voided/skipped) |
| 06/15/2026 | Nancy Faenza | 1035 | $3,000.00 | Check to Nancy Faenza – household & personal bills |
| 06/22/2026 | Nancy Faenza | 1036 | $3,000.00 | Check to Nancy Faenza – household & personal bills |
| 06/29/2026 | Nancy Faenza | 1037 | $3,000.00 | Check to Nancy Faenza – household & personal bills |
| 06/30/2026 | Amboy Bank | | $5.48 | Monthly account service charge |
| | **TOTAL DISBURSEMENTS** | | **$15,005.48** | |

# JUNE 2026 — MONEY FLOW DETAIL (3-STEP TRACE)

*Source of income → transfers to spouse → application to household bills*

## STEP 1 — SOURCE OF INCOME: Owner-employee draw from The Skillet by Sal Inc

**Total June 2026 owner draw (Skillet Merchant → DIP)**  **$15,000.00** *5 weekly transfers × $3,000*

Source: The Skillet by Sal Inc (debtor's operating restaurant)

## STEP 2 — TRANSFERS TO NANCY FAENZA (spouse)

**Total June 2026 checks to Nancy (deposited into her Amboy · ·7285)**  **$15,000.00** *Checks #1032, 1034, 1035, 1036, 1037*

## STEP 3 — HOUSEHOLD & PERSONAL BILLS PAID FROM NANCY'S ACCOUNT

*Per debtor's June 2026 bills log; categories consistent with May 2026 actual.*

*Nancy's June bank statement pending; will supplement upon receipt.*

| | |
|---|---|
| Land Rover auto lease (2 payments/mo) | $2,397.64 |
| Utility bills (JCP&L electric, NJNG gas, water) | $1,194.00 |
| AT&T cell phones | $274.00 |
| Verizon Fios internet/TV | $318.00 |
| Credit card payments (Chase, Citi) | $1,000.00 |
| Retail (Nordstrom, Macy's, P.C. Richard, Best Buy) | $1,600.00 |
| Daughter's performing arts (FAPA – 3 checks) | $1,980.00 |
| **Total categorized bills per June log** | **$8,763.64** |
| **Balance held in Nancy's account for early-July bills** | **$6,236.36** |