Page Code
3012 a90-030-000-00000000

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD          NJ 07728**

**Quickly manage and schedule your Payments
in Bill Center and send money to family or friends
in seconds with Person-to-Person (P2P) Payments.**

**Stop in any branch, call 877.22.AMBOY or visit AmboyBank.com for more info.**

| Free Personal Check Account | Account number: 16017455 |
|---|---|

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-29 | $5.48 |
| Deposits and other credits (+) | $15,000.00 |
| Withdrawals, checks and other debits (-) | $15,005.48 |
| Ending Balance on 06-30 | $0.00 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 | 06-22 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |
| 06-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 | 06-29 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |
| 06-15 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1032* | 06-01 | 3,000.00 | 1035 | 06-15 | 3,000.00 | 1037 | 06-29 | 3,000.00 |
| 1034 | 06-08 | 3,000.00 | 1036 | 06-22 | 3,000.00 | | | |

*Indicates a gap in check number sequence

SALVATORE FAENZA

## Free Personal Check Account

**Account number: 16017455**

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-30 | SERVICE CHARGE | 5.48 | | | |

1032   $3,000.00   6/1/2026

1034   $3,000.00   6/8/2026

1035   $3,000.00   6/15/2026

1036   $3,000.00   6/22/2026

1037   $3,000.00   6/29/2026

16017455PAGE3