For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

000 0000 0000 0000 0000 0000 0000 0000 000 00000
000 0000 0000 0000 0000 0000 0000 0000 000 00000

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD        NJ 07728

**Quickly manage and schedule your Payments
in Bill Center and send money to family or friends
in seconds with Person-to-Person (P2P) Payments.**

**Stop in any branch, call 877.22.AMBOY or visit AmboyBank.com for more info.**

## Free Small Business Account

**Account number: 16107764**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-29 | -$6,910.83 |
| Deposits and other credits (+) | $289,270.68 |
| Withdrawals, checks and other debits (-) | $291,519.39 |
| Ending Balance on 06-30 | -$9,159.54 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-01 | DEPOSIT | 365.00 | 06-03 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,500.00 |
| 06-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,200.00 | 06-03 | RETURNED CHECK # 4885, INSUFFICIENT FUNDS | 500.00 |
| 06-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 9,000.00 | 06-03 | RETURNED CHECK # 14711, INSUFFICIENT FUNDS | 508.86 |
| 06-01 | RETURNED ITEM, INSUFFICIENT FUNDS XXXXX6485 Lend Bug LLC 9175802864 | 1,000.00 | 06-03 | RETURNED CHECK # 4913, INSUFFICIENT FUNDS | 600.00 |
| 06-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 15,000.00 | 06-03 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX6904 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-02 | 07IYPENMB030S5K Uber USA, LLC PARTNER | 306.25 | 06-03 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ TX DEBT 20000 NJWEB22500 26152100382031 | 1,000.00 |
| 06-02 | RETURNED CHECK # 4836, INSUFFICIENT FUNDS | 400.00 | 06-04 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 6,925.00 |
| 06-02 | RETURNED CHECK # 4895, INSUFFICIENT FUNDS | 1,210.23 | 06-04 | RETURNED ITEM, INSUFFICIENT FUNDS, 270655492382530 IRS USATAXPYMT | 2,247.54 |
| 06-02 | RETURNED ITEM, INSUFFICIENT FUNDS, 100147193088 FirstEnergy OPCO-ACH | 2,500.50 | 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 300.00 |
| 06-02 | RETURNED CHECK # 4821, INSUFFICIENT FUNDS | 6,830.00 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account          Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,205.00 | 06-10 | RETURNED ITEM, INSUFFICIENT FUNDS, NJNG8002210051 NJNATGASCOMPANY NJNGCO | 500.00 |
| 06-05 | 26060503ZgWYnV5 GRUBHUB INC Jun Actvty | 18.01 | 06-10 | RETURNED CHECK# 4948, INSUFFICIENT FUNDS | 500.00 |
| 06-05 | 26060501ZgWYnV5 GRUBHUB INC May Actvty | 78.10 | 06-10 | RETURNED CHECK# 4959, INSUFFICIENT FUNDS | 500.00 |
| 06-05 | ST-C2Q3F7G1B8P0 DoorDash payout DoorDash - | 265.29 | 06-10 | RETURNED CHECK# 14730, INSUFFICIENT FUNDS | 508.86 |
| 06-05 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26154100383075 | 256.30 | 06-10 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX4926 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-05 | RETURNED CHECK# 4907, INSUFFICIENT FUNDS | 300.00 | 06-10 | RETURNED CHECK# 4906, INSUFFICIENT FUNDS | 1,000.00 |
| 06-05 | RETURNED ITEM, INSUFFICIENT FUNDS, 1001456320 CINTASCORPORATIO 67EAA77A3D | 347.46 | 06-10 | RETURNED CHECK# 4924, INSUFFICIENT FUNDS | 1,000.00 |
| 06-05 | RETURNED ITEM, INSUFFICIENT FUNDS, ST-L0U3S3M6W4U7 WWW.SPOTHOPPERAP WWW.SPOTH | 549.00 | 06-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,150.00 |
| 06-05 | RETURNED CHECK# 4937, INSUFFICIENT FUNDS | 600.00 | 06-11 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26160100385638 | 281.60 |
| 06-05 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ TX DEBT 20000 RETRY PYMT 26152100382031 | 1,000.00 | 06-11 | RETURNED ITEM, INSUFFICIENT FUNDS, 1001457119 CINTASCORPORATIO 67EAA77A3D | 405.84 |
| 06-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 225.00 | 06-11 | RETURNED ITEM, INSUFFICIENT FUNDS, 39509-031159656 Rewards Network SETTLEMENT | 450.00 |
| 06-08 | DEPOSIT | 365.00 | 06-11 | RETURNED ITEM, INSUFFICIENT FUNDS, 9031615070 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 06-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 9,000.00 | 06-11 | RETURNED ITEM, INSUFFICIENT FUNDS, 46865225 NEW YORK LIFE INS. PREM. | 739.00 |
| 06-09 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 16,105.00 | 06-11 | RETURNED CHECK# 4903, INSUFFICIENT FUNDS | 1,000.00 |
| 06-09 | 1CEX9AJ86WH1GV7 Uber USA, LLC PARTNER | 268.81 | 06-11 | RETURNED ITEM, INSUFFICIENT FUNDS, 270656182989062 IRS USATAXPYMT | 2,358.20 |
| 06-10 | DEPOSIT | 400.00 | 06-12 | DEPOSIT | 430.00 |
| 06-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,540.00 | 06-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,630.00 |
| 06-10 | RETURNED CHECK# 4909, INSUFFICIENT FUNDS | 359.96 | 06-12 | 26061210ZgWYnV5 GRUBHUB INC Jun Actvty | 43.97 |
| 06-10 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ LBR INS REM NJWEB13006 261591003847102 | 450.00 | 06-12 | ST-G3M2U4Z4F4H1 DOORDASH PAYOUT DOORDASH - | 417.61 |
| 06-10 | RETURNED ITEM, INSUFFICIENT FUNDS, INTERNATIONAL G SUMITOMO MITSUI LEASE COLL | 500.00 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-15 | DEPOSIT | 302.10 | 06-18 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26167100402294 | 253.48 |
| 06-15 | DEPOSIT | 1,565.00 | | | |
| 06-15 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 8,940.00 | 06-18 | RETURNED ITEM, INSUFFICIENT FUNDS, 39531-031183077 Rewards Network SETTLEMENT | 450.00 |
| 06-15 | RETURNED ITEM, INSUFFICIENT FUNDS, 9032033603 HILOYO INVESTMEN ACH Debit | 800.00 | 06-18 | RETURNED ITEM, INSUFFICIENT FUNDS, 270656813710904 IRS USATAXPYMT | 2,244.56 |
| 06-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 14,200.00 | 06-22 | DEPOSIT | 365.00 |
| 06-16 | FR9AEY59VCYFLDS Uber USA, LLC PARTNER | 554.21 | 06-22 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 400.00 |
| 06-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 24904736X711910 CAINE AND WEINER PAYON ACCT | 256.25 | 06-22 | DEPOSIT | 509.80 |
| | | | 06-22 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 20,000.00 |
| 06-16 | RETURNED CHECK # 4777, INSUFFICIENT FUNDS | 700.00 | 06-22 | 26061917ZgWYnV5 GRUBHUB INC Jun Actvty | 151.06 |
| 06-16 | RETURNED CHECK # 4955, INSUFFICIENT FUNDS | 750.00 | 06-22 | ST-N5S0O0J3N7V6 DoorDash payout DoorDash - | 449.54 |
| 06-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 9032058318 HILOYO INVESTMEN ACH Debit | 800.00 | 06-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 350.00 |
| 06-16 | RETURNED CHECK # 4851, INSUFFICIENT FUNDS | 1,000.00 | 06-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 20,600.00 |
| 06-16 | RETURNED ITEM, INSUFFICIENT FUNDS, 9446712032 CHASE CREDIT CRD EPAY | 2,500.00 | 06-23 | UBER USA 6787 EDI PAYMNT JUN 22 H9I0IU2JSWU3I2F REF*TN*H9I0IU2JSW\ | 342.97 |
| 06-17 | DEPOSIT | 1,250.00 | 06-24 | DEPOSIT | 1,200.00 |
| 06-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 5,540.00 | 06-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,880.00 |
| 06-17 | RETURNED CHECK # 14742, INSUFFICIENT FUNDS | 470.11 | 06-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 1001458928 CINTAS CORPORATIO 67EAA77A3D | 347.46 |
| 06-17 | RETURNED ITEM, INSUFFICIENT FUNDS, SKI300 ACE ENDICO CORP SKI300 | 500.00 | 06-24 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX9831 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-17 | RETURNED CHECK # 14751, INSUFFICIENT FUNDS | 508.86 | 06-24 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX7626 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-17 | RETURNED CHECK # 4971, INSUFFICIENT FUNDS | 680.65 | | | |
| 06-17 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX3503 IVY RECEIVABLES 3477550766 | 750.00 | 06-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 9032255374 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-17 | RETURNED CHECK # 4904, INSUFFICIENT FUNDS | 1,000.00 | 06-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 9032207240 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,800.00 | 06-24 | RETURNED CHECK # 4697, INSUFFICIENT FUNDS | 1,000.00 |

**THE SKILLET BY SAL INC**

| Free Small Business Account | Account number: 16107764 |
|---|---|

## Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-24 | RETURNED CHECK # 4925, INSUFFICIENT FUNDS | 1,000.00 | 06-26 | RETURNED CHECK # 4977, INSUFFICIENT FUNDS | 300.00 |
| 06-24 | RETURNED CHECK # 5012, INSUFFICIENT FUNDS | 1,465.64 | 06-26 | RETURNED CHECK # 4557, INSUFFICIENT FUNDS | 450.00 |
| 06-24 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 NJWEB 04110 26173100408828 | 5,817.53 | 06-26 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 RETRY PYMT 26173100408828 | 5,817.53 |
| 06-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,230.00 | 06-29 | DEPOSIT | 365.00 |
| 06-25 | RETURNED CHECK # 4991, INSUFFICIENT FUNDS | 450.00 | 06-29 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 11,900.00 |
| 06-25 | RETURNED CHECK # 4778, INSUFFICIENT FUNDS | 700.00 | 06-30 | DEPOSIT | 550.00 |
| 06-25 | RETURNED CHECK # 4955, INSUFFICIENT FUNDS | 750.00 | 06-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 17,850.00 |
| 06-25 | RETURNED CHECK # 4976, INSUFFICIENT FUNDS | 2,134.18 | 06-30 | UBER USA 6787 EDI PAYMNT JUN 29 TTTF5AVZIFX0BPR REF*TN*TTTF5AVZIF\ | 277.20 |
| 06-25 | RETURNED ITEM, INSUFFICIENT FUNDS, 270657521647262 IRS USATAXPYMT | 2,305.35 | 06-30 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX0837 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-26 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 465.00 | 06-30 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX1507 IVY RECEIVABLES 3477550766 | 760.00 |
| 06-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,785.00 | 06-30 | RETURNED ITEM, INSUFFICIENT FUNDS, 9032238645 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-26 | 26062624ZgWYnV5 GRUBHUB INC Jun Actvty | 197.83 | 06-30 | RETURNED ITEM, INSUFFICIENT FUNDS, USBLXXXXX0902S Sysco Corporatio PURCHASE | 3,810.15 |
| 06-26 | ST-U4A9U1Q6I2P3 DoorDash payout DoorDash - | 434.16 | 06-30 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 RETRY PYMT 26173100408828 | 5,817.53 |
| 06-26 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB 01120 26175100411180 | 254.81 | | | |

## Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 06-22 | 549.00 | 12* | 06-25 | 542.00 | 27 | 06-29 | 500.00 |
| 2 | 06-30 | 1,500.00 | 19 | 06-25 | 500.00 | 27 | 06-29 | 500.00 |
| 3 | 06-26 | 650.00 | 20 | 06-29 | 1,254.48 | 28 | 06-26 | 803.00 |
| 4 | 06-30 | 236.00 | 21 | 06-29 | 1,155.62 | 28 | 06-30 | 450.00 |
| 5 | 06-23 | 146.00 | 22 | 06-24 | 1,500.00 | 29 | 06-29 | 600.00 |
| 6 | 06-22 | 500.00 | 23 | 06-29 | 539.00 | 29 | 06-29 | 550.00 |
| 7 | 06-22 | 306.00 | 24 | 06-29 | 1,652.00 | 30* | 06-29 | 680.00 |
| 8 | 06-23 | 231.00 | 25 | 06-26 | 600.00 | 32 | 06-25 | 770.00 |
| 9 | 06-26 | 920.00 | 26 | 06-26 | 500.00 | 33 | 06-26 | 1,505.00 |
| 10 | 06-24 | 600.00 | 26 | 06-26 | 200.00 | 34* | 06-29 | 500.00 |
| 11 | 06-23 | 815.00 | | | | | | |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account          Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1002* | 06-30 | 600.00 | 4903 | 06-10 | 1,000.00 | 4948 | 06-15 | 500.00 |
| 1005 | 06-30 | 1,550.00 | 4904 | 06-16 | 1,000.00 | 4948 | 06-09 | 500.00 |
| 1006* | 06-30 | 840.08 | 4904 | 06-25 | 1,000.00 | 4949 | 06-16 | 500.00 |
| 1008 | 06-29 | 2,134.14 | 4905 | 06-11 | 557.50 | 4950 | 06-10 | 1,200.00 |
| 1009* | 06-29 | 500.00 | 4906 | 06-09 | 1,000.00 | 4951 | 06-26 | 1,050.00 |
| 4556 | 06-22 | 450.00 | 4907 | 06-04 | 300.00 | 4952 | 06-12 | 2,300.00 |
| 4557 | 06-30 | 450.00 | 4908 | 06-01 | 125.00 | 4953* | 06-22 | 2,300.00 |
| 4557* | 06-25 | 450.00 | 4909 | 06-09 | 359.96 | 4955 | 06-15 | 750.00 |
| 4568* | 06-03 | 916.67 | 4910 | 06-16 | 373.82 | 4955 | 06-24 | 750.00 |
| 4660 | 06-02 | 250.00 | 4911 | 06-25 | 179.99 | 4956 | 06-12 | 650.00 |
| 4661* | 06-08 | 250.00 | 4912 | 06-08 | 750.00 | 4957 | 06-11 | 650.00 |
| 4695 | 06-02 | 1,000.00 | 4913 | 06-02 | 600.00 | 4958 | 06-12 | 450.00 |
| 4696 | 06-15 | 1,000.00 | 4914 | 06-05 | 600.00 | 4959 | 06-09 | 500.00 |
| 4697 | 06-29 | 1,000.00 | 4915 | 06-04 | 231.00 | 4960 | 06-15 | 231.00 |
| 4697* | 06-23 | 1,000.00 | 4916 | 06-08 | 231.00 | 4961 | 06-08 | 220.00 |
| 4746* | 06-03 | 500.00 | 4917 | 06-01 | 500.00 | 4962 | 06-12 | 1,000.00 |
| 4775 | 06-01 | 700.00 | 4918 | 06-08 | 650.00 | 4963 | 06-22 | 465.00 |
| 4776 | 06-08 | 700.00 | 4919 | 06-05 | 500.00 | 4964 | 06-10 | 100.00 |
| 4777 | 06-15 | 700.00 | 4920 | 06-04 | 542.00 | 4965* | 06-18 | 750.00 |
| 4778* | 06-24 | 700.00 | 4921 | 06-02 | 1,436.84 | 4967 | 06-12 | 500.00 |
| 4780* | 06-22 | 700.00 | 4922 | 06-08 | 1,541.29 | 4968 | 06-09 | 545.00 |
| 4794* | 06-05 | 597.50 | 4923 | 06-12 | 500.00 | 4969 | 06-15 | 767.00 |
| 4821* | 06-01 | 6,830.00 | 4924 | 06-09 | 1,000.00 | 4970 | 06-16 | 212.00 |
| 4823* | 06-01 | 750.00 | 4925 | 06-23 | 1,000.00 | 4971 | 06-16 | 680.65 |
| 4834* | 06-01 | 293.43 | 4926 | 06-04 | 200.00 | 4972 | 06-18 | 650.00 |
| 4836* | 06-01 | 400.00 | 4927 | 06-08 | 500.00 | 4973 | 06-15 | 770.00 |
| 4848 | 06-01 | 1,000.00 | 4928 | 06-15 | 2,484.57 | 4974 | 06-12 | 220.00 |
| 4849 | 06-08 | 1,000.00 | 4929 | 06-08 | 1,269.02 | 4975 | 06-16 | 1,754.62 |
| 4850 | 06-29 | 1,000.00 | 4930 | 06-03 | 770.00 | 4976 | 06-24 | 2,134.18 |
| 4851* | 06-15 | 1,000.00 | 4931 | 06-15 | 650.00 | 4977 | 06-25 | 300.00 |
| 4872 | 06-02 | 871.40 | 4932 | 06-08 | 120.00 | 4978 | 06-12 | 500.00 |
| 4873* | 06-11 | 735.85 | 4933 | 06-08 | 600.00 | 4979 | 06-16 | 508.86 |
| 4876* | 06-02 | 650.00 | 4934 | 06-08 | 920.00 | 4980 | 06-12 | 2,468.03 |
| 4878* | 06-01 | 672.64 | 4935 | 06-08 | 230.00 | 4981 | 06-12 | 300.00 |
| 4884 | 06-01 | 500.00 | 4936 | 06-08 | 500.00 | 4982 | 06-15 | 600.00 |
| 4885 | 06-02 | 500.00 | 4937 | 06-04 | 600.00 | 4983 | 06-22 | 158.92 |
| 4885* | 06-15 | 500.00 | 4938 | 06-05 | 500.00 | 4984 | 06-23 | 741.39 |
| 4889 | 06-01 | 450.00 | 4939 | 06-15 | 322.54 | 4985 | 06-16 | 1,871.69 |
| 4890* | 06-01 | 678.40 | 4940 | 06-09 | 508.86 | 4986 | 06-23 | 650.00 |
| 4892 | 06-02 | 650.00 | 4941 | 06-10 | 545.00 | 4987 | 06-22 | 450.00 |
| 4893* | 06-02 | 1,000.00 | 4942 | 06-09 | 500.00 | 4988* | 06-15 | 450.00 |
| 4895* | 06-01 | 1,210.23 | 4943 | 06-17 | 598.75 | 4990 | 06-15 | 500.00 |
| 4897* | 06-01 | 600.00 | 4944* | 06-08 | 250.00 | 4991 | 06-24 | 450.00 |
| 4902 | 06-01 | 500.00 | 4946 | 06-08 | 500.00 | 4992 | 06-16 | 545.00 |
| 4903 | 06-23 | 1,000.00 | 4947 | 06-09 | 870.00 | 4993 | 06-15 | 120.00 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account — Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4994 | 06-17 | 600.00 | 14701 | 06-01 | 271.75 | 14748 | 06-22 | 412.59 |
| 4995 | 06-22 | 600.00 | 14702 | 06-08 | 470.11 | 14749 | 06-23 | 8.44 |
| 4996 | 06-18 | 500.00 | 14703 | 06-15 | 353.44 | 14750 | 06-15 | 350.01 |
| 4997 | 06-22 | 920.00 | 14704 | 06-01 | 270.01 | 14751 | 06-16 | 508.86 |
| 4998 | 06-18 | 542.00 | 14705 | 06-02 | 20.87 | 14752 | 06-17 | 18.79 |
| 4999 | 06-22 | 450.00 | 14706 | 06-03 | 66.97 | 14753* | 06-16 | 439.30 |
| 5000 | 06-22 | 650.00 | 14707* | 06-01 | 275.06 | 14755 | 06-17 | 17.80 |
| 5001 | 06-15 | 500.00 | 14709 | 06-03 | 419.33 | 14756 | 06-15 | 334.34 |
| 5002 | 06-17 | 1,000.00 | 14710 | 06-05 | 30.25 | 14757* | 06-17 | 431.18 |
| 5003 | 06-22 | 767.35 | 14711* | 06-02 | 508.86 | 14760 | 06-29 | 595.06 |
| 5004 | 06-22 | 1,700.00 | 14713 | 06-01 | 539.52 | 14761 | 06-29 | 57.31 |
| 5005 | 06-22 | 770.00 | 14714 | 06-02 | 18.50 | 14762 | 06-25 | 470.11 |
| 5006 | 06-23 | 650.00 | 14715 | 06-01 | 30.07 | 14763 | 06-29 | 307.46 |
| 5007 | 06-22 | 1,374.14 | 14716 | 06-01 | 151.20 | 14764 | 06-22 | 270.01 |
| 5008 | 06-18 | 800.00 | 14717* | 06-02 | 431.18 | 14765* | 06-30 | 17.42 |
| 5009 | 06-24 | 385.00 | 14720 | 06-12 | 595.06 | 14768 | 06-30 | 409.68 |
| 5010 | 06-22 | 504.50 | 14721 | 06-29 | 254.46 | 14769* | 06-23 | 3.43 |
| 5011 | 06-22 | 325.86 | 14722 | 06-11 | 470.11 | 14771 | 06-25 | 508.86 |
| 5012 | 06-23 | 1,465.64 | 14723 | 06-15 | 311.29 | 14772 | 06-23 | 12.48 |
| 5013 | 06-22 | 600.00 | 14724 | 06-08 | 270.01 | 14773 | 06-22 | 530.95 |
| 5014 | 06-23 | 508.86 | 14725 | 06-08 | 258.92 | 14774 | 06-23 | 16.20 |
| 5015 | 06-23 | 1,700.00 | 14725* | 06-09 | 3.05 | 14775 | 06-26 | 122.84 |
| 5016* | 06-23 | 250.00 | 14728* | 06-09 | 323.19 | 14776 | 06-23 | 7.83 |
| 9001 | 06-23 | 470.11 | 14730 | 06-09 | 508.86 | 14777 | 06-22 | 8.40 |
| 9002 | 06-23 | 240.00 | 14731 | 06-17 | 12.06 | 14778 | 06-22 | 252.02 |
| 9003* | 06-23 | 1,045.00 | 14732 | 06-08 | 432.29 | 14779* | 06-24 | 431.18 |
| 14166* | 06-22 | 96.04 | 14733 | 06-09 | 13.50 | 14783 | 06-29 | 595.06 |
| 14373* | 06-16 | 470.11 | 14734 | 06-08 | 4.43 | 14784* | 06-29 | 358.79 |
| 14652* | 06-05 | 6.92 | 14735 | 06-08 | 332.03 | 14787 | 06-29 | 270.01 |
| 14666* | 06-02 | 22.94 | 14736 | 06-09 | 431.18 | 14788* | 06-30 | 4.82 |
| 14671* | 06-05 | 1.46 | 14737 | 06-08 | 194.00 | 14796 | 06-29 | 579.24 |
| 14683 | 06-04 | 470.11 | 14738* | 06-15 | 85.00 | 14797 | 06-30 | 35.34 |
| 14684* | 06-15 | 363.23 | 14741 | 06-22 | 595.06 | 14798 | 06-29 | 155.82 |
| 14686* | 06-02 | 21.87 | 14742 | 06-16 | 470.11 | 14799 | 06-30 | 9.31 |
| 14689 | 06-01 | 309.37 | 14743 | 06-29 | 351.17 | 14800 | 06-29 | 1.67 |
| 14690 | 06-05 | 25.37 | 14744 | 06-15 | 270.01 | 14801 | 06-29 | 155.24 |
| 14691* | 06-02 | 508.86 | 14745 | 06-30 | 4.25 | 14802 | 06-30 | 431.18 |
| 14700 | 06-08 | 595.06 | 14746* | 06-18 | 116.36 | | | |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16107764

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-01 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 06-04 | 1001456320 CINTAS CORPORATIO 67EAA77A3D | 347.46 |
| 06-01 | SKI300 ACE ENDICO CORP SKI300 | 300.00 | 06-04 | 49093912 NEW YORK LIFE INS. PREM. | 381.30 |
| 06-01 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 06-04 | ST-L0U3S3M6W4U7 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 |
| 06-01 | 604599217073111 Sams Club SYF PAYMNT | 300.00 | 06-04 | 9421700879 CHASE CREDIT CRD EPAY | 750.00 |
| 06-01 | 9413130858 CHASE CREDIT CRD EPAY | 500.00 | 06-04 | NJ TX DEBT 20000 RETRY PYMT 261521003820318 TXP*B 872535605000*22500*26063 | 1,000.00 |
| 06-01 | XXXXX0165 IVY RECEIVABLES 3477550766 | 750.00 | 06-04 | RETURNED CHECK CHARGE | 35.00 |
| 06-01 | 9031875961 HILOYO INVESTMEN ACH Debit | 800.00 | 06-04 | OVERDRAFT CHARGE | 70.00 |
| 06-01 | 9410221140 CHASE CREDIT CRD EPAY | 1,000.00 | 06-05 | 000001857724104 BCBSNJ Primary 1 Online | 280.81 |
| 06-01 | 100147193088 FirstEnergy OPCO-ACH | 2,500.50 | 06-05 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 06-01 | 9407471260 CHASE CREDIT CRD EPAY | 2,700.00 | 06-05 | SBA EIDL LOAN PAYMENT 260604 0000 6800978201 | 398.00 |
| 06-01 | RETURNED CHECK CHARGE | 35.00 | | | |
| 06-01 | OVERDRAFT CHARGE | 70.00 | 06-05 | 9031875957 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-02 | XXXXX6491 AUTHNET GATEWAY BILLING | 33.00 | 06-05 | 9424812615 CHASE CREDIT CRD EPAY | 3,000.00 |
| 06-02 | XXXXX0047 AMERICAN NAT'L INS PREMIUM | 414.73 | 06-05 | RETURNED CHECK CHARGE | 105.00 |
| 06-02 | XXXXX6904 IVY RECEIVABLES 3477550766 | 750.00 | 06-08 | 4241403 INTUIT * QBooks Onl | 75.00 |
| | | | 06-08 | ARTISAN BAKERS G SALE | 207.55 |
| 06-02 | NJ TX DEBT 20000 NJWEB22500 261521003820318 TXP*B 872535605000*22500*26063 | 1,000.00 | 06-08 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 06-02 | 9415378568 CHASE CREDIT CRD EPAY | 1,000.00 | 06-08 | NJ WEB PMT 01120 RETRY PYMT 261541003830751 TXP*B 872535605000*01120*26063 | 256.30 |
| 06-02 | RETURNED CHECK CHARGE | 105.00 | | | |
| 06-03 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 | 06-08 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 06-03 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 | | | |
| 06-03 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 | 06-08 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 06-03 | 3567668840001 VERIZON VZ BillPay | 279.64 | | | |
| 06-03 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,945.53 | 06-08 | 9433666792 CHASE CREDIT CRD EPAY | 500.00 |
| | | | 06-08 | XXXXX5597 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-03 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,954.62 | 06-08 | 9031891840 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-03 | 270655492382530 IRS USATAXPYMT | 2,247.54 | | | |
| 06-03 | RETURNED CHECK CHARGE | 105.00 | 06-08 | NJ TX DEBT 20000 RETRY PYMT 261521003820318 TXP*B 872535605000*22500*26063 | 1,000.00 |
| 06-04 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | | | |
| 06-04 | NJ WEB PMT 01120 NJWEB01120 261541003830751 TXP*B 872535605000*01120*26063 | 256.30 | 06-08 | 100147193088 FirstEnergy OPCO-ACH | 1,000.50 |
| | | | 06-08 | 9428487447 CHASE CREDIT CRD EPAY | 1,500.00 |
| | | | 06-08 | OVERDRAFT CHARGE | 105.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account | Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-09 | NJ LBR INS REM NJWEB13006 261591003847102 TXP*B872535605000*13006*23123 | 450.00 | 06-12 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 06-09 | INTERNATIONAL G SUMITOMO MITSUI LEASE COLL | 500.00 | 06-12 | XXXXX9464 Lend Bug LLC 9175802864 | 500.00 |
| 06-09 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 500.00 | 06-12 | INTERNATIONAL G SUMITOMO MITSUI LEASE COLL | 500.00 |
| 06-09 | XXXXX4926 IVY RECEIVABLES 3477550766 | 750.00 | 06-12 | 9032033603 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-09 | 0000 DEPT EDUCATION STUDENT LN | 788.85 | 06-12 | 9443917183 CHASE CREDIT CRD EPAY | 1,000.00 |
| 06-09 | OVERDRAFT CHARGE | 105.00 | 06-12 | OVERDRAFT CHARGE | 105.00 |
| 06-10 | 604599217073111 Sams Club SYF PAYMNT | 125.00 | 06-15 | ARTISAN BAKERS G SALE | 164.35 |
| 06-10 | NJ WEB PMT 01120 NJWEB01120 261601003856389 TXP*B872535605000*01120*26063 | 281.60 | 06-15 | 604599217073111 Sams Club SYF PAYMNT | 175.00 |
| | | | 06-15 | 24904736X711910 CAINE AND WEINER PAYONACCT | 256.25 |
| 06-10 | 1001457119 CINTASCORPORATIO 67EAA77A3D | 405.84 | 06-15 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 300.00 |
| 06-10 | 39509-031159656 Rewards Network SETTLEMENT | 450.00 | 06-15 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 06-10 | 9031615070 RPOWER HOLDINGS, ACH Debit | 681.33 | 06-15 | XXXXX9586 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-10 | 46865225 NEW YORK LIFE INS. PREM. | 739.00 | 06-15 | 9032058318 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-10 | 9438780878 CHASE CREDIT CRD EPAY | 1,890.00 | 06-15 | 9446712032 CHASE CREDIT CRD EPAY | 2,500.00 |
| 06-10 | 270656182989062 IRS USATAXPYMT | 2,358.20 | 06-15 | RETURNED CHECK CHARGE | 35.00 |
| 06-10 | RETURNED CHECK CHARGE | 105.00 | 06-15 | OVERDRAFT CHARGE | 70.00 |
| 06-11 | ARTISAN BAKERS G SALE | 186.75 | 06-16 | SKI300 ACE ENDICO CORP SKI300 | 500.00 |
| 06-11 | 1001457321 CINTASCORPORATIO 67EAA77A3D | 243.84 | 06-16 | XXXXX3503 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-11 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 06-16 | RETURNED CHECK CHARGE | 105.00 |
| 06-11 | NJ LBR INS REM RETRY PYMT 261591003847102 TXP*B872535605000*13006*23123 | 450.00 | 06-17 | ARTISAN BAKERS G SALE | 88.80 |
| | | | 06-17 | ARTISAN BAKERS G SALE | 145.90 |
| 06-11 | 9441006749 CHASE CREDIT CRD EPAY | 1,000.00 | 06-17 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 06-11 | RETURNED CHECK CHARGE | 105.00 | 06-17 | NJ WEB PMT 01120 NJWEB01120 261671004022941 TXP*B872535605000*01120*26063 | 253.48 |
| 06-12 | NFBR66 AppFolio, Inc. F WEB PMTS | 2.49 | | | |
| 06-12 | 5P-XXXXX4757 EZPASS8882886865 AUTO REPL | 45.00 | 06-17 | 39531-031183077 Rewards Network SETTLEMENT | 450.00 |
| 06-12 | ARTISAN BAKERS G SALE | 164.00 | 06-17 | 270656813710904 IRS USATAXPYMT | 2,244.56 |
| 06-12 | NJ WEB PMT 01120 RETRY PYMT 261601003856389 TXP*B872535605000*01120*26063 | 281.60 | 06-17 | RETURNED CHECK CHARGE | 105.00 |
| | | | 06-18 | T34X66 AppFolio, Inc. F WEB PMTS | 2.49 |
| | | | 06-18 | 46863785 NEW YORK LIFE INS. PREM. | 53.50 |
| 06-12 | LHM30G Acorn Property M WEB PMTS | 300.00 | 06-18 | 604599217073111 Sams Club SYF PAYMNT | 275.00 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-18 | DS2G0G Acorn Property M WEB PMTS | 570.00 | 06-23 | HTLZ66 AppFolio, Inc. F WEB PMTS | 2.49 |
| 06-18 | 46865225 NEW YORK LIFE RETRY PYMT | 739.00 | 06-23 | MM YM0G Acorn Property M WEB PMTS | 300.00 |
| 06-18 | 9032130114 HILOYO INVESTM EN ACH Debit | 800.00 | 06-23 | NM YM0G Acorn Property M WEB PMTS | 300.00 |
| 06-18 | XXXXX0047 AMERICAN NAT'L INS PREMIUM | 844.45 | 06-23 | 1001458928 CINTASCORPORATIO 67EAA77A3D | 347.46 |
| 06-18 | 9462611078 CHASE CREDIT CRD EPAY | 3,500.00 | 06-23 | XXXXX9831 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-18 | RETURNED CHECK CHARGE | 105.00 | 06-23 | XXXXX7626 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-22 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 161.46 | 06-23 | 9032255374 HILOYO INVESTM EN ACH Debit | 800.00 |
| 06-22 | ARTISAN BAKERS G SALE | 201.80 | 06-23 | 9032207240 HILOYO INVESTM EN ACH Debit | 800.00 |
| 06-22 | 604599217073111 Sams Club SYF PAYMNT | 250.00 | 06-23 | NJ WEB PMT 04110 NJWEB04110 261731004088287 TXP*B872535605000*04110*26063 | 5,817.53 |
| 06-22 | ARTISAN BAKERS G SALE | 252.35 | 06-23 | OVERDRAFT CHARGE | 105.00 |
| 06-22 | NJ WEB PMT 01120 RETRY PYMT 261671004022941 TXP*B872535605000*01120*26063 | 253.48 | 06-24 | 2IVN20351030800 HARLAND CLARKE CHK ORDER | 111.05 |
| 06-22 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 300.00 | 06-24 | 604599217073111 Sams Club SYF PAYMNT | 225.00 |
| 06-22 | 604599217073111 Sams Club SYF PAYMNT | 325.00 | 06-24 | 270657521647262 IRS USATAXPYMT | 2,305.35 |
| 06-22 | 604599217073111 Sams Club SYF PAYMNT | 350.00 | 06-24 | RETURNED CHECK CHARGE | 105.00 |
| 06-22 | 604599217073111 Sams Club SYF PAYMNT | 400.00 | 06-25 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 06-22 | 9466898704 CHASE CREDIT CRD EPAY | 500.00 | 06-25 | NJ WEB PMT 01120 NJWEB01120 261751004111802 TXP*B872535605000*01120*26063 | 254.81 |
| 06-22 | SKI300 ACE ENDICO CORP SKI300 | 550.00 | 06-25 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 350.00 |
| 06-22 | 9032159254 HILOYO INVESTM EN ACH Debit | 800.00 | 06-25 | NJ WEB PMT 04110 RETRY PYMT 261731004088287 TXP*B872535605000*04110*26063 | 5,817.53 |
| 06-22 | 9032208206 HILOYO INVESTM EN ACH Debit | 800.00 | 06-25 | RETURNED CHECK CHARGE | 105.00 |
| 06-22 | XXXXX0328 Lend Bug LLC 9175802864 | 1,000.00 | 06-26 | 7PW376 AppFolio, Inc. F WEB PMTS | 2.49 |
| 06-22 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 1,477.55 | 06-26 | 3567668840001 VERIZON VZ BillPay | 279.64 |
| 06-22 | NJ TX DEBT 20000 NJWEB22500 261691004076902 TXP*B872535605000*22500*26063 | 1,500.00 | 06-26 | 504Y0G Acorn Property M WEB PMTS | 300.00 |
| | | | 06-26 | 66RFLS StandardWasteSer SIGONFILE | 440.00 |
| 06-22 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 2,279.29 | 06-26 | 604599217073111 Sams Club SYF PAYMNT | 600.00 |
| 06-22 | 9446712032 CHASE CREDIT CRD RETRY PYMT | 2,500.00 | 06-26 | XXXXX1034 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-22 | OVERDRAFT CHARGE | 105.00 | 06-26 | 9032289291 HILOYO INVESTM EN ACH Debit | 800.00 |
| 06-23 | 0SXY66 AppFolio, Inc. F WEB PMTS | 2.49 | | | |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 06-26 | 9032223835 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-26 | XXXXX7636 Lend Bug LLC 9175802864 | 1,000.00 |
| 06-26 | 9481353992 CHASE CREDIT CRD EPAY | 1,000.00 |
| 06-26 | RETURNED CHECK CHARGE | 105.00 |
| 06-29 | MVW576 AppFolio, Inc. F WEB PMTS | 2.49 |
| 06-29 | NJ WEB PMT 01120 RETRY PYMT 261751004111802 TXP*B872535605000*01120*26063 | 254.81 |
| 06-29 | 9484264687 CHASE CREDIT CRD EPAY | 300.00 |
| 06-29 | KTM21G Acorn Property M WEB PMTS | 300.00 |
| 06-29 | 722024246250348 BEST BUY AUTO PYMT | 312.00 |
| 06-29 | 604599217073111 Sams Club SYF PAYMNT | 375.00 |
| 06-29 | XXXXX0837 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-29 | XXXXX1507 IVY RECEIVABLES 3477550766 | 760.00 |
| 06-29 | 9032238645 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-29 | 604599217073111 Sams Club SYF PAYMNT | 800.00 |
| 06-29 | USBLXXXXX0902S Sysco Corporatio PURCHASE | 3,810.15 |
| 06-29 | NJ WEB PMT 04110 RETRY PYMT 261731004088287 TXP*B872535605000*04110*26063 | 5,817.53 |
| 06-29 | OVERDRAFT CHARGE | 105.00 |
| 06-30 | 49 093 912 NEW YORK LIFE INS. PREM. | 366.50 |
| 06-30 | 49 093 912 NEW YORK LIFE INS. PREM. | 366.50 |
| 06-30 | XXXXX8111 IVY RECEIVABLES 3477550766 | 750.00 |
| 06-30 | 9032295115 HILOYO INVESTMEN ACH Debit | 800.00 |
| 06-30 | RETURNED CHECK CHARGE | 105.00 |
| 06-30 | SERVICE CHARGE | 106.40 |
| 06-30 | OVERDRAFT INTEREST CHARGE | 127.41 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 967.41 | 6,333.72 |
| TOTAL RETURNED ITEM FEES: | $1,365.00 | $7,070.00 |

THE SKILLET BY SAL INC
OPERATING ACCOUNT
310 MOUNTS CORNER DR
FREEHOLD, NJ 07728
0001

6/20/26

PAY TO THE ORDER OF  Jake Tublin    $ 549.00

Five Hundred forty one    DOLLARS

AMBOY Bank

MEMO

⑆021204416⑆ 16107764⑈    0001

1    $549.00    6/22/2026

For Deposit Only - JPMC

1    $549.00    6/22/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
310 MOUNTS CORNER DR
FREEHOLD, NJ 07728
0002

6/28/26

PAY TO THE ORDER OF  Samuel Label    $ 1500.00

One thousand five hundred    DOLLARS

AMBOY Bank

MEMO

⑆021204416⑆ 16107764⑈    0002

2    $1,500.00    6/30/2026

For Deposit Only - JPMC

2    $1,500.00    6/30/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
310 MOUNTS CORNER DR
FREEHOLD, NJ 07728
0003

6/26/26

PAY TO THE ORDER OF  Sergio Sitan    $ 650.00

Six Hundred fifty    DOLLARS

AMBOY Bank

MEMO  6/8 - - 6/14

⑆021204416⑆ 16107764⑈    0003

3    $650.00    6/26/2026

3    $650.00    6/26/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
310 MOUNTS CORNER DR
FREEHOLD, NJ 07728
0004

6/23/26

PAY TO THE ORDER OF  Deandra Poty    $ 236.00

Two Hundred Thirty Six    DOLLARS

AMBOY Bank

MEMO

⑆021204416⑆ 16107764⑈    0004

4    $236.00    6/30/2026

4    $236.00    6/30/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
310 MOUNTS CORNER DR
FREEHOLD, NJ 07728
0005

6/14/26

PAY TO THE ORDER OF  Timothy K    $ 146.00

One Hundred forty Six    DOLLARS

AMBOY Bank

MEMO

⑆021204416⑆ 16107764⑈    0005

5    $146.00    6/23/2026

5    $146.00    6/23/2026

---

THE SKILLET BY SAL INC
OPERATING ACCOUNT
310 MOUNTS CORNER DR
FREEHOLD, NJ 07728
0006

6/20/26

PAY TO THE ORDER OF  Noel Gonzalez    $ 500.00

Five H    DOLLARS

AMBOY Bank

MEMO

⑆021204416⑆ 16107764⑈    0006

6    $500.00    6/22/2026

For Deposit Only - JPMC

6    $500.00    6/22/2026



7   $306.00   6/22/2026          7   $306.00   6/22/2026

8   $231.00   6/23/2026          8   $231.00   6/23/2026

9   $920.00   6/26/2026          9   $920.00   6/26/2026

10   $600.00   6/24/2026         10   $600.00   6/24/2026

11   $815.00   6/23/2026         11   $815.00   6/23/2026

12   $542.00   6/25/2026         12   $542.00   6/25/2026

THE SKILLET BY SAL                                      0019

PAY TO THE ORDER OF   Noeli Gonzales                6/23/26

Five Hundred                                $500.00

△ AMBOY Bank

MEMO

⑈021204416⑈16107764⑈   0019

19   $500.00   6/25/2026

For Deposit Only  JPMC

19   $500.00   6/25/2026

---

THE SKILLET BY SAL                                      0020

PAY TO THE ORDER OF   Sullivan Brothers          6/24/26   DATE

One Thousand Two Hundred Fifty          $1254.48          DOLLARS

△ AMBOY Bank

MEMO   4/13

⑈021204416⑈16107764⑈   0020

20   $1,254.48   6/29/2026

528727053823 115637   20260626 0000000000016107764
TRN_DEBIT TAF4728  0.00
Red Bank 0287 94004 5287 0008 0036

20   $1,254.48   6/29/2026

---

THE SKILLET BY SAL                                      0021

PAY TO THE ORDER OF   Russo's Meats            6/24/26   DATE

One Thousand One Hundred Fifty five 62/          $1155.62   DOLLARS

△ AMBOY Bank

MEMO   5/22 + 50 Farm

⑈021204416⑈16107764⑈   0021

21   $1,155.62   6/29/2026

21   $1,155.62   6/29/2026

---

THE SKILLET BY SAL                                      0022

PAY TO THE ORDER OF   Ranchers Best          6/23/26   DATE

One Thousand Five Hundred          $1500.00   DOLLARS

△ AMBOY Bank

MEMO   on acct

⑈021204416⑈16107764⑈   0022

22   $1,500.00   6/24/2026

Br=1*-TlrID=1*02-TranDt=06/23/26

22   $1,500.00   6/24/2026

---

THE SKILLET BY SAL                                      0023

PAY TO THE ORDER OF   Justin Boella          6/26/26   DATE

Five Hundred Thirty Nine c/          $539.00   DOLLARS

△ AMBOY Bank

MEMO

⑈021204416⑈16107764⑈   0023

23   $539.00   6/29/2026

23   $539.00   6/29/2026

---

THE SKILLET BY SAL                                      0024

PAY TO THE ORDER OF   Nina Amarando          6/25/26   DATE

One Thousand Six Hundred Fifty Two c/          $1652.00   DOLLARS

△ AMBOY Bank

MEMO   CC Bills Purchase

⑈021204416⑈16107764⑈   0024

24   $1,652.00   6/29/2026

24   $1,652.00   6/29/2026



25   $600.00   6/26/2026          25   $600.00   6/26/2026

26   $200.00   6/26/2026          26   $200.00   6/26/2026

26   $500.00   6/26/2026          26   $500.00   6/26/2026

27   $500.00   6/29/2026          27   $500.00   6/29/2026

27   $500.00   6/29/2026          27   $500.00   6/29/2026

28   $803.00   6/26/2026          28   $803.00   6/26/2026

| | | |
|---|---|---|
| THE SKILLET BY SAL — 0028 — PAY TO THE ORDER OF Nina Amarado — $450.00 — DATE 6/26/26 — Four Hundred fifty DOLLARS — AMBOY Bank — MEMO 6/19/26 — ⑆021204416⑆ 16107764⑈ 0028 | (deposit endorsement) | |
| **28   $450.00   6/30/2026** | | **28   $450.00   6/30/2026** |
| THE SKILLET BY SAL — 0029 — PAY TO THE ORDER OF Koray — $550.00 — DATE 6/26/26 — Five Hundred fifty 00/00 DOLLARS — AMBOY Bank — MEMO pay — ⑆021204416⑆ 16107764⑈ 0029 | 0049183239 TD Mobile Deposit 6/26/2026 10:20:35 AM 443170321? | |
| **29   $550.00   6/29/2026** | | **29   $550.00   6/29/2026** |
| THE SKILLET BY SAL INC OPERATING ACCOUNT 7 DANCER LANE FREEHOLD NJ 07728 — 0029 — PAY TO THE ORDER OF Allan Xicay — $600.00 — DATE 6/26/26 — Six Hundred DOLLARS — AMBOY Bank — MEMO — ⑆021204416⑆ 16107764⑈ 0029 | Alan Xicay | |
| **29   $600.00   6/29/2026** | | **29   $600.00   6/29/2026** |
| THE SKILLET BY SAL INC OPERATING ACCOUNT 7 DANCER LANE FREEHOLD NJ 07728 — 6753 — 0030 — PAY TO THE ORDER OF Coastal Cleaning Sev — $680.00 — DATE 6/24/26 — Six Hundred Eighty DOLLARS — AMBOY Bank — MEMO — ⑆021204416⑆ 16107764⑈ 0030 | For Deposit Only - JPMC | |
| **30   $680.00   6/29/2026** | | **30   $680.00   6/29/2026** |
| THE SKILLET BY SAL INC OPERATING ACCOUNT 7 DANCER LANE FREEHOLD NJ 07728 — 0032 — PAY TO THE ORDER OF Fernardo Mealey — $770.00 — DATE 06/24/26 — Seven Hundred Seventy DOLLARS — AMBOY Bank — MEMO — ⑆021204416⑆ 16107764⑈ 0032 | PAY TO THE ORDER OF NYDIA PENA FOR DEPOSIT ONLY VIAMERICAS Electronically Presented 209947533 06/24/2026 17:44:45 | |
| **32   $770.00   6/25/2026** | | **32   $770.00   6/25/2026** |
| THE SKILLET BY SAL INC OPERATING ACCOUNT 7 DANCER LANE FREEHOLD NJ 07728 — 0033 — PAY TO THE ORDER OF Russo Meats — $1505.00 — DATE 6/25/25 — one Thousand five Hundred five 00/00 DOLLARS — AMBOY Bank — MEMO Replaces Ck# 5012 — ⑆021204416⑆ 16107764⑈ 0033 | 557825118663 154213  20260625 000000000 16107764 TRN_DEBIT TAQ8110  0.00 Marlboro 0088 94004 5578 0006 0091 | |
| **33   $1,505.00   6/26/2026** | | **33   $1,505.00   6/26/2026** |



34    $500.00    6/29/2026    34    $500.00    6/29/2026

1002    $600.00    6/30/2026    1002    $600.00    6/30/2026

1005    $1,550.00    6/30/2026    1005    $1,550.00    6/30/2026

1006    $840.08    6/30/2026    1006    $840.08    6/30/2026

1008    $2,134.14    6/29/2026    1008    $2,134.14    6/29/2026

1009    $500.00    6/29/2026    1009    $500.00    6/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4556

4/11/26

Pay to the Order of  Ultimate foods        $ 450.00

Four Hdred fifty and 00                    Dollars

AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑈021204416⑈ ⑈161⑈0776⑈4⑈  4556

4556    $450.00    6/22/2026

4556    $450.00    6/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4557

4/18/26

Pay to the Order of  Ultimate fools        $ 450.00

Four Hundred fifty od                      Dollars

AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  Paid in full

⑈021204416⑈ ⑈161⑈0776⑈4⑈  4557

4557    $450.00    6/25/2026

4557    $450.00    6/25/2026

NSF

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4557

4/18/26

Pay to the Order of  Ultimate fools        $ 450.00

Four Hdred fifty od                        Dollars

AMBOY Bank

For  Paid in full

⑈021204416⑈ ⑈161⑈0776⑈4⑈  4557

4557    $450.00    6/30/2026

BCB Community Bank

4557    $450.00    6/30/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4568

6/2/2026

Pay to the Order of  John LaBoa           $ 916.67

Nine Hundred Sixteen 67/cx                Dollars

AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  January 2026

⑈021204416⑈ ⑈161⑈0776⑈4⑈  4568

4568    $916.67    6/3/2026

For Deposit Only - JPMC

4568    $916.67    6/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4660

6/1/26

Pay to the Order of  ALCAR USA           $ 250.00

Two Hdred fifty                           Dollars

AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑈021204416⑈ ⑈161⑈0776⑈4⑈  4660

4660    $250.00    6/2/2026

Seq: 1
Dep: 000581
Date: 06/01/26

For Deposit Only to
Maestri D'Italia Inc.
Alcar Uno USA Inc
Master
Deposited by:

4660    $250.00    6/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4661

6/5/26

Pay to the Order of  ALCAR USA           $ 250.00

Two Hdred fifty                           Dollars

AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For

⑈021204416⑈ ⑈161⑈0776⑈4⑈  4661

4661    $250.00    6/8/2026

Seq: 1
Dep: 000586
Date: 06/05/26

For Deposit Only to
Maestri D'Italia Inc.
Alcar Uno USA Inc
Master
Deposited by:

4661    $250.00    6/8/2026



4695    $1,000.00    6/2/2026            4695    $1,000.00    6/2/2026

4696    $1,000.00    6/15/2026          4696    $1,000.00    6/15/2026

4697    $1,000.00    6/23/2026          4697    $1,000.00    6/23/2026

4697    $1,000.00    6/29/2026          4697    $1,000.00    6/29/2026

4746    $500.00    6/3/2026            4746    $500.00    6/3/2026

4775    $700.00    6/1/2026            4775    $700.00    6/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4776

5-28-26    Date

Pay to the Order of  Rosario Falzone    $ 700.00

Seven Hundred    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  May 31

4776    $700.00    6/8/2026

---

0064713231 TD Mobile Deposit
6/5/2026 9:23:30 AM
7865362698

4776    $700.00    6/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4777

5-31-26    Date

Pay to the Order of  Rosario Falzone    $ 700.00

Seven Hundred    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  May 31

4777    $700.00    6/15/2026

---

0861888176 TD Mobile Deposit
6/12/2026 1:08:51 PM
7865362698

4777    $700.00    6/15/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4778

June 22, 21    Date

Pay to the Order of  Rosario Falzone    $ 700.00

Seven Hundred    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For  May 31

4778    $700.00    6/24/2026

---

0911815166 TD Mobile Deposit
6/23/2026 5:49:32 PM
7865362698

4778    $700.00    6/24/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4780

6-18-26    Date

Pay to the Order of  Rosario Falzone    $ 700.00

Seven Hundred    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  May 31

4780    $700.00    6/22/2026

---

0076156235 TD Mobile Deposit
6/19/2026 8:03:11 AM
7865362698

4780    $700.00    6/22/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4794

6/4/26    Date

Pay to the Order of  Griffins Organic    $ 597.50

Five Hundred Ninety-Seventy 50/    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For  cup    4/24

4794    $597.50    6/5/2026

---

4794    $597.50    6/5/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4821

5/22/26    Date

Pay to the Order of  Joseph Faenza    $ 6,830.02

Six Thousand Eight Hundred Thirty    Dollars

AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For

4821    $6,830.00    6/1/2026

---

4821    $6,830.00    6/1/2026

16107764  Page 19



4823    $750.00    6/1/2026          4823    $750.00    6/1/2026

4834    $293.43    6/1/2026          4834    $293.43    6/1/2026

4836    $400.00    6/1/2026          4836    $400.00    6/1/2026

4848    $1,000.00    6/1/2026        4848    $1,000.00    6/1/2026

4849    $1,000.00    6/8/2026        4849    $1,000.00    6/8/2026

4850    $1,000.00    6/29/2026       4850    $1,000.00    6/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4851

Date 6/12/26

Pay to the Order of Allstate Realty LLC    $ 1,000.00
One Thousand    Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Puenza loan

021204416   161 0776 4   4851

513907027845 145007  20260612 00000000
TRN_DEBIT TAS3621  0.00
Eatontown 0139 94004 5139 0004 0018

PAY TO THE ORDER OF
TD BANK
ALLSTATE REALTY LLC

4851    $1,000.00    6/15/2026    |    4851    $1,000.00    6/15/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4872

Date 5/30/26

Pay to the Order of New Market    $ 871.40
Eight Hundred Seventy-One and 40/100    Dollars

AMBOY Bank

For 1/5

021204416   161 0776 4   4872

JPMorganChaseBank 060102 003194 930040104162

PAY TO THE ORDER OF
JP MORGAN CHASE BANK
FOR DEPOSIT ONLY
NEWMARKET FINE FOODS, LLC

4872    $871.40    6/2/2026    |    4872    $871.40    6/2/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4873

Date 6/10/26

Pay to the Order of New MKT    $ 735.85
Seven Hundred Thirty-five and 85/100    Dollars

AMBOY Bank

For 2/17

021204416   161 0776 4   4873

JPMorganChaseBank 061006 003184 930040107837

PAY TO THE ORDER OF
JP MORGAN CHASE BANK
FOR DEPOSIT ONLY
NEWMARKET FINE FOODS, LLC

4873    $735.85    6/11/2026    |    4873    $735.85    6/11/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4876

Date 5/30/26

Pay to the Order of Puglisi Egg    $ 650.00
Six Hundred Fifty    Dollars

AMBOY Bank

For On Acct

021204416   161 0776 4   4876

BOFD >021204416<
Puglisi Egg Farm
2026-06-02
9978646809

PAY TO THE ORDER OF
AMBOY BANK
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS

4876    $650.00    6/2/2026    |    4876    $650.00    6/2/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4878

Date 5/30/26

Pay to the Order of Russo Meats    $ 672.64
Six Hundred Seventy-Two and 64/100    Dollars

AMBOY Bank

For 3/20 · 622.44 + 50

021204416   161 0776 4   4878

557832003799 154814  20260529 00000000
TRN_DEBIT STAWFIK  0.00
Marlboro 0088 94004 5578 0010 0253

RUSSO MEATS

4878    $672.64    6/1/2026    |    4878    $672.64    6/1/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4884

Date 5/29/26

Pay to the Order of Joseph Pantozee    $ 500.00
Five Hundred    Dollars

AMBOY Bank

For

021204416   161 0776 4   4884

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
05/29/26-01:12:12
614948133
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<231270353>>>>>

OCEANFIRST BANK

4884    $500.00    6/1/2026    |    4884    $500.00    6/1/2026



4885 $500.00 6/2/2026

4885 $500.00 6/2/2026

4885 $500.00 6/15/2026

4885 $500.00 6/15/2026

4889 $450.00 6/1/2026

4889 $450.00 6/1/2026

4890 $678.40 6/1/2026

4890 $678.40 6/1/2026

4892 $650.00 6/2/2026

4892 $650.00 6/2/2026

4893 $1,000.00 6/2/2026

4893 $1,000.00 6/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4895
5/31/21
Pay to the Order of Sullivan Brother    $ 1210 23
One Thousand Two Hold Ten 23/100 Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For 3/17   1110.23 +/00
4895

529930139510 113257  20260529 00000000161-0776-4
TRN_DEBIT TAP2460  0.00
Monmouth Regional 0299 94004 5299 0011 0074

4895   $1,210.23   6/1/2026    4895   $1,210.23   6/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4897
5/29/26
Pay to the Order of ALAN Xicour    $600.00
Six Hodred    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For
4897

4897   $600.00   6/1/2026    4897   $600.00   6/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4902
5/28/26
Pay to the Order of Neol Gonzaly    $ 500.00
Five Hodred    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
4902

4902   $500.00   6/1/2026    4902   $500.00   6/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4903
6/10/26
Pay to the Order of Global Blendo    $ 1000.00
One Thousand    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For
4903

4903   $1,000.00   6/10/2026    4903   $1,000.00   6/10/2026

NSF
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
Return Reason-A
NOT SUFFICIENT FUNDS
Tompkins Community Bank
(Chargeback)

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4903
6/10/26
Pay to the Order of Global Blendo    $ 1000.00
One Thousand    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For
4903

4903   $1,000.00   6/23/2026    4903   $1,000.00   6/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4904
6/20/26
Pay to the Order of Global Blend    $ 1000.00
One Thousand    Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For
4904

4904   $1,000.00   6/16/2026    4904   $1,000.00   6/16/2026



4904   $1,000.00   6/25/2026        4904   $1,000.00   6/25/2026

4905   $557.50   6/11/2026          4905   $557.50   6/11/2026

4906   $1,000.00   6/9/2026         4906   $1,000.00   6/9/2026

4907   $300.00   6/4/2026           4907   $300.00   6/4/2026

4908   $125.00   6/1/2026           4908   $125.00   6/1/2026

4909   $359.96   6/9/2026           4909   $359.96   6/9/2026

For Deposit Only - JPMC

4910    $373.82    6/16/2026

4910    $373.82    6/16/2026

For Deposit Only - JPMC

4911    $179.99    6/25/2026

4911    $179.99    6/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     4912
Date  6/7/26
Pay to the Order of _ Samuel Lobey _ $ 750.00
Seven hundred fifty _ Dollars
AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For _
⑆021204416⑆ ⑈161⑊0776⑊4⑇  4912

For Deposit Only - JPMC

4912    $750.00    6/8/2026

4912    $750.00    6/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     4913
Date  5/31/26
Pay to the Order of _ Emmerson Sita _ $ 600.00
Six Hundred _ Dollars
AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For 5/11 - 5/24 _
⑆021204416⑆ ⑈161⑊0776⑊4⑇  4913

For Deposit Only - JPMC

Emmerson

4913    $600.00    6/2/2026

4913    $600.00    6/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     4914
Date  6/3/26
Pay to the Order of _ Emmerson Sita _ $ 600.00
Six Hundred _ Dollars
AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For _
⑆021204416⑆ ⑈161⑊0776⑊4⑇  4914

For Deposit Only - JPMC

Emerson

4914    $600.00    6/5/2026

4914    $600.00    6/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728                     4915
Date  1/26
Pay to the Order of _ Justin Potule _ $231.00
Two Hundred Thirty One _ Dollars
AMBOY Bank  MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com
For Replace 5/9 _
⑆021204416⑆ ⑈161⑊0776⑊4⑇  4915

4915    $231.00    6/4/2026

4915    $231.00    6/4/2026



4916    $231.00    6/8/2026          4916    $231.00    6/8/2026

4917    $500.00    6/1/2026          4917    $500.00    6/1/2026

4918    $650.00    6/8/2026          4918    $650.00    6/8/2026

4919    $500.00    6/5/2026          4919    $500.00    6/5/2026

4920    $542.00    6/4/2026          4920    $542.00    6/4/2026

4921    $1,436.84    6/2/2026        4921    $1,436.84    6/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4922

Pay to the Order of: Simply Fred
$1,541.29
One Thousand Five Hundred forty one Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For: 4/29

6/7/26

For Deposit Only - JPMC

FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE INC.
5879900256

4922    $1,541.29    6/8/2026     |     4922    $1,541.29    6/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4923

Pay to the Order of: Puglisi Egg
$500.00
Five Hundred Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

For: On asef

6/10/26

BOFD >021204416<
Puglisi Egg Farm
2026-06-12
9979440607

PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2890
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS
14107582

4923    $500.00    6/12/2026     |     4923    $500.00    6/12/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4924

Pay to the Order of: Agostino Bonelli
$1000.00
One Thousand Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

6/8/26

4924    $1,000.00    6/9/2026     |     4924    $1,000.00    6/9/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4925

Pay to the Order of: Agostino Bonelli
$1000.00
One Thousand Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728
www.amboybank.com

6/14/26

4925    $1,000.00    6/23/2026     |     4925    $1,000.00    6/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4926

Pay to the Order of: Benito Manzano
$200.00
Two Hundred Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07728
www.amboybank.com

6/3/26

Benito Manzano

4926    $200.00    6/4/2026     |     4926    $200.00    6/4/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4927

Pay to the Order of: Cash
$500.00
Five Hundred Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07728

6/3/26

6847901409

Santiago Flores

4927    $500.00    6/8/2026     |     4927    $500.00    6/8/2026



4928    $2,484.57    6/15/2026        4928    $2,484.57    6/15/2026

4929    $1,269.02    6/8/2026        4929    $1,269.02    6/8/2026

4930    $770.00    6/3/2026        4930    $770.00    6/3/2026

4931    $650.00    6/15/2026        4931    $650.00    6/15/2026

4932    $120.00    6/8/2026        4932    $120.00    6/8/2026

4933    $600.00    6/8/2026        4933    $600.00    6/8/2026

| Check | Amount | Date |
|---|---|---|
| 4934 | $920.00 | 6/8/2026 |
| 4934 | $920.00 | 6/8/2026 |
| 4935 | $230.00 | 6/8/2026 |
| 4935 | $230.00 | 6/8/2026 |
| 4936 | $500.00 | 6/8/2026 |
| 4936 | $500.00 | 6/8/2026 |
| 4937 | $600.00 | 6/4/2026 |
| 4937 | $600.00 | 6/4/2026 |
| 4938 | $500.00 | 6/5/2026 |
| 4938 | $500.00 | 6/5/2026 |
| 4939 | $322.54 | 6/15/2026 |
| 4939 | $322.54 | 6/15/2026 |



4940   $508.86   6/9/2026

4940   $508.86   6/9/2026

4941   $545.00   6/10/2026

4941   $545.00   6/10/2026

4942   $500.00   6/9/2026

4942   $500.00   6/9/2026

4943   $598.75   6/17/2026

4943   $598.75   6/17/2026

4944   $250.00   6/8/2026

4944   $250.00   6/8/2026

4946   $500.00   6/8/2026

4946   $500.00   6/8/2026

| | |
|---|---|
| 4947    $870.00    6/9/2026 | 4947    $870.00    6/9/2026 |
| 4948    $500.00    6/9/2026 | 4948    $500.00    6/9/2026 |
| 4948    $500.00    6/15/2026 | 4948    $500.00    6/15/2026 |
| 4949    $500.00    6/16/2026 | 4949    $500.00    6/16/2026 |
| 4950    $1,200.00    6/10/2026 | 4950    $1,200.00    6/10/2026 |
| 4951    $1,050.00    6/26/2026 | 4951    $1,050.00    6/26/2026 |



4952   $2,300.00   6/12/2026

4952   $2,300.00   6/12/2026

4953   $2,300.00   6/22/2026

4953   $2,300.00   6/22/2026

4955   $750.00   6/15/2026

4955   $750.00   6/15/2026

4955   $750.00   6/24/2026

4955   $750.00   6/24/2026

4956   $650.00   6/12/2026

4956   $650.00   6/12/2026

4957   $650.00   6/11/2026

4957   $650.00   6/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4958
6/11/26
Pay to the Order of  DINA Amaod      $ 450
Four Hund Fifty      Dollars
AMBOY Bank  MANALAPAN OFFICE 16
For  5/29
4958 $450.00 6/12/2026

4958 $450.00 6/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4959
1/06
Pay to the Order of  Noel Gonzalez      $ 500
Five Hdred      Dollars
AMBOY Bank  MANALAPAN OFFICE 16
For
4959 $500.00 6/9/2026

For Deposit Only - JPMC
4959 $500.00 6/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4960
6/14/26
Pay to the Order of  Justin Breule      $ 231
Two Hdred Thirty One      Dollars
AMBOY Bank  MANALAPAN OFFICE 16
For
4960 $231.00 6/15/2026

4960 $231.00 6/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4961
6/10/26
Pay to the Order of  Koran Bayros      $ 220
Two Hdd Thirty      Dollars
AMBOY Bank  MANALAPAN OFFICE 16
For  Work
4961 $220.00 6/8/2026

0766884238 TD Mobile Deposit
6/7/2026 4:19:19 PM
4431703217
4961 $220.00 6/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4962
6/12/26
Pay to the Order of  Puglisi Eggs      $ 1000
One thousand      Dollars
AMBOY Bank  MANALAPAN OFFICE 16
For  on accl
4962 $1,000.00 6/12/2026

BOFD >021204416<
Puglisi Egg Farm
2026-06-12
9979440606
4962 $1,000.00 6/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4963
6/15/26
Pay to the Order of  UPS Store      $ 465
Four Hdred Sixty Five      Dollars
AMBOY Bank  MANALAPAN OFFICE 16
For  11/30/25
4963 $465.00 6/22/2026

4963 $465.00 6/22/2026



4964   $100.00   6/10/2026          4964   $100.00   6/10/2026

4965   $750.00   6/18/2026          4965   $750.00   6/18/2026

4967   $500.00   6/12/2026          4967   $500.00   6/12/2026

4968   $545.00   6/9/2026           4968   $545.00   6/9/2026

4969   $767.00   6/15/2026          4969   $767.00   6/15/2026

4970   $212.00   6/16/2026          4970   $212.00   6/16/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
6753
4971
55-441/212
Date 6/15/26
Pay to the Order of Coastal Cleaning Ser
$680.65
Six Hundred Eighty ed 65
Dollars
AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4971

For Deposit Only - JPMC

4971   $680.65   6/16/2026

4971   $680.65   6/16/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4972
55-441/212
16
Date 6/16/26
Pay to the Order of Paramount Paper
$650.00
Six Hundred Fifty
Dollars
AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For on acct
4972

For Deposit Only - JPMC

4972   $650.00   6/18/2026

4972   $650.00   6/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4973
55-441/212
16
Date 6/12/26
Pay to the Order of Fernando Miculax
$770.00
Seven Hundred Seventy
Dollars
AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4973

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 06/12/2026 16:39:34

or deposit to the account of Viamerica
Viamericas
Account Number
999999999

4973   $770.00   6/15/2026

4973   $770.00   6/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4974
55-441/212
16
Date 60/12/26
Pay to the Order of Koray Byosli
$220.00
Two Hundred Two Hundred
Dollars
AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For Work
4974

0077446240 TB Mobile Deposit
6/11/2026 10:11:39 AM
4431703217

4974   $220.00   6/12/2026

4974   $220.00   6/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4975
55-441/212
16
Date 4/15/26
Pay to the Order of Simply Fresh
$1754.62
One Thousand Seven Hundred Fifty four 62
Dollars
AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 5/4 5/5 5/9 5/12
4975

For Deposit Only - JPMC
THE SKILLET BY SAL INC
FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE INC.

4975   $1,754.62   6/16/2026

4975   $1,754.62   6/16/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4976
55-441/212
16
Date 6/23/26
Pay to the Order of Simply Fresh
$2134.18
Two Thousand one Hundred Thirty four 18
Dollars
AMBOY Bank   MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 5/15 5/19 5/21   5/23
4976

For Deposit Only - JPMC

4976   $2,134.18   6/24/2026

4976   $2,134.18   6/24/2026



4977   $300.00   6/25/2026          4977   $300.00   6/25/2026

4978   $500.00   6/12/2026          4978   $500.00   6/12/2026

4979   $508.86   6/16/2026          4979   $508.86   6/16/2026

4980   $2,468.03   6/12/2026        4980   $2,468.03   6/12/2026

4981   $300.00   6/12/2026          4981   $300.00   6/12/2026

4982   $600.00   6/15/2026          4982   $600.00   6/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4983
6/12/22
Pay to the Order of  RC Fine Foods    $ 158.92
One Hundred Fifty Eight and 92/
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 711840

For Deposit only to
account 8042992788
Cust: RC FINE FOODS INC
Loc: Headquarters
Seq: 1
Dep: 003093
Location Code: 1

IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2026-06-18

PAY TO THE ORDER OF
PNC BANK
REMOTE DEPOSIT ONLY
RC FINE FOODS INC.
8042992788

4983    $158.92    6/22/2026

4983    $158.92    6/22/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4984
6/17/26
Pay to the Order of  Puglisi Eggs    $ 741.39
Seven Hundred forty one and 39/
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

BOFD >021204416<
Puglisi Egg Farm
2026-06-23
9979948803

PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2900
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS
141907382

4984    $741.39    6/23/2026

4984    $741.39    6/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4985
6/16/26
Pay to the Order of  Russo Meats    $ 1871.69
one Thousand Eight Hundred Seventy One 69/
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 1/30  4/34 +50   1871.69

557825116280 144423  20260615 00000000161 0564
TRN_DEBIT STAWFIK  0.00
Marlboro 0088 94004 5578 0010 0200

FOR DEPOSIT ONLY
RUSSO MEATS
425216/209

4985    $1,871.69    6/16/2026

4985    $1,871.69    6/16/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4986
6/20/26
Pay to the Order of  Paramount    $ 650.00
Six Hundred Fifty
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Deposit Only - JPMC

4986    $650.00    6/23/2026

4986    $650.00    6/23/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4987
6/18/26
Pay to the Order of  MVGM LLC    $ 450.00
Four Hundred Fifty
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For Deposit Only - JPMC

4987    $450.00    6/22/2026

4987    $450.00    6/22/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4988
6/12/26
Pay to the Order of  MVGM LLC    $ 450.00
four Hundred Fifty
AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726

For Deposit Only - JPMC

4988    $450.00    6/15/2026

4988    $450.00    6/15/2026

16107764  Page 37



| | |
|---|---|
| 4990  $500.00  6/15/2026 | 4990  $500.00  6/15/2026 |
| 4991  $450.00  6/24/2026 | 4991  $450.00  6/24/2026 |
| 4992  $545.00  6/16/2026 | 4992  $545.00  6/16/2026 |
| 4993  $120.00  6/15/2026 | 4993  $120.00  6/15/2026 |
| 4994  $600.00  6/17/2026 | 4994  $600.00  6/17/2026 |
| 4995  $600.00  6/22/2026 | 4995  $600.00  6/22/2026 |

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4996
6/15/26
Pay to the Order of: Noel Gonzalez    $ 500.00
Five Hundred — Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
For 6/-6/14
4996

For Deposit Only - JPMC

4996    $500.00    6/18/2026

4996    $500.00    6/18/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4997
6/19/26
Pay to the Order of: ALONZO SOLIS    $ 920.00
Nine Hundred Twenty — Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 6/1-6/7
4997

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 06/18/2026 17:55:50

4997    $920.00    6/22/2026

4997    $920.00    6/22/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4998
6/18/26
Pay to the Order of: Freddy Huventes    $ 542.00
Five Hundred Forty-Two — Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 6/7
4998

4998    $542.00    6/18/2026

4998    $542.00    6/18/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
4999
6/18/26
Pay to the Order of: Nina Amaya    $ 450.00
Four Hundred Fifty — Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For
4999

4999    $450.00    6/22/2026

4999    $450.00    6/22/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5000
6/19/26
Pay to the Order of: Sergio Sitan    $ 650.00
Six Hundred Fifty — Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
5000

5000    $650.00    6/22/2026

5000    $650.00    6/22/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5001
6/17/26
Pay to the Order of: Cash    $ 500.00
Five Hundred — Dollars
AMBOY Bank    MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com
For 6/7
5001

5001    $500.00    6/15/2026

5001    $500.00    6/15/2026

16107764 Page 39



5002   $1,000.00   6/17/2026

5002   $1,000.00   6/17/2026

5003   $767.35   6/22/2026

557825117267 154912  20260618 00000000161-0776-4
TRN_DEBIT MROZENB  0.00
Marlboro 0088 94004 5578 0003 0141

5003   $767.35   6/22/2026

5004   $1,700.00   6/22/2026

5004   $1,700.00   6/22/2026

5005   $770.00   6/22/2026

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 06/18/2026 17:55:50

5005   $770.00   6/22/2026

5006   $650.00   6/23/2026

For Deposit Only - JPMC

5006   $650.00   6/23/2026

5007   $1,374.14   6/22/2026

529936070526 114240  20260622 00000000161-0776-4
TRN_DEBIT TAJ7469  0.00
Monmouth Regional 0299 94004 5299 0012 0034

5007   $1,374.14   6/22/2026

| Check | Amount | Date |
|---|---|---|
| 5008 | $800.00 | 6/18/2026 |
| 5008 | $800.00 | 6/18/2026 |
| 5009 | $385.00 | 6/24/2026 |
| 5009 | $385.00 | 6/24/2026 |
| 5010 | $504.50 | 6/22/2026 |
| 5010 | $504.50 | 6/22/2026 |
| 5011 | $325.86 | 6/22/2026 |
| 5011 | $325.86 | 6/22/2026 |
| 5012 | $1,465.64 | 6/23/2026 |
| 5012 | $1,465.64 | 6/23/2026 |
| 5013 | $600.00 | 6/22/2026 |
| 5013 | $600.00 | 6/22/2026 |



5014   $508.86   6/23/2026

5015   $1,700.00   6/23/2026

5016   $250.00   6/23/2026

9001   $470.11   6/23/2026

9002   $240.00   6/23/2026

9003   $1,045.00   6/23/2026





14166   $96.04   6/22/2026

14166   $96.04   6/22/2026





14373   $470.11   6/16/2026

14373   $470.11   6/16/2026





14652   $6.92   6/5/2026

14652   $6.92   6/5/2026





14666   $22.94   6/2/2026

14666   $22.94   6/2/2026





14671   $1.46   6/5/2026

14671   $1.46   6/5/2026



14683   $470.11   6/4/2026

14683   $470.11   6/4/2026

| | |
|---|---|
| 14684  $363.23  6/15/2026 | 14684  $363.23  6/15/2026 |
| 14686  $21.87  6/2/2026 | 14686  $21.87  6/2/2026 |
| 14689  $309.37  6/1/2026 | 14689  $309.37  6/1/2026 |
| 14690  $25.37  6/5/2026 | 14690  $25.37  6/5/2026 |
| 14691  $508.86  6/2/2026 | 14691  $508.86  6/2/2026 |
| 14700  $595.06  6/8/2026 | 14700  $595.06  6/8/2026 |




14701 $271.75 6/1/2026      14701 $271.75 6/1/2026




14702 $470.11 6/8/2026      14702 $470.11 6/8/2026





14703 $353.44 6/15/2026      14703 $353.44 6/15/2026




14704 $270.01 6/1/2026      14704 $270.01 6/1/2026




14705 $20.87 6/2/2026      14705 $20.87 6/2/2026




14706 $66.97 6/3/2026      14706 $66.97 6/3/2026



14707   $275.06   6/1/2026

14707   $275.06   6/1/2026

14709   $419.33   6/3/2026

14709   $419.33   6/3/2026

14710   $30.25   6/5/2026

14710   $30.25   6/5/2026

14711   $508.86   6/2/2026

14711   $508.86   6/2/2026

14713   $539.52   6/1/2026

14713   $539.52   6/1/2026

14714   $18.50   6/2/2026

14714   $18.50   6/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14715

Thirty Dollars and Seven Cents

Date 05/29/2026    Amount ********$30.07

Pay JAKE TUBLIN
to the 15 MONUMENT ST.
Order FREEHOLD NJ 07728
of

14715    $30.07    6/1/2026

14715    $30.07    6/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14716

One Hundred Fifty-One Dollars and Twenty Cents

Date 05/29/2026    Amount ********$151.20

Pay GRACE E. WIDMEIER
to the 2 WITHERSPOON WAY
Order MARLBORO NJ 07746
of

14716    $151.20    6/1/2026

14716    $151.20    6/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14717

Four Hundred Thirty-One Dollars and Eighteen Cents

Date 05/29/2026    Amount *******$431.18

Pay THOMAS ZANARDI
to the 24 WINSLON DR.
Order JACKSON NJ 08527
of

14717    $431.18    6/2/2026

14717    $431.18    6/2/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14720

Five Hundred Ninety-Five Dollars and Six Cents

Date 06/05/2026    Amount ********$595.06

Pay SAULO AGUILIAR VICENTE
to the 707 ZLOTKIN CIRCLE APT #2
Order FREEHOLD NJ 07728
of

14720    $595.06    6/12/2026

14720    $595.06    6/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14721

Two Hundred Fifty-Four Dollars and Forty-Six Cents

Date 06/05/2026    Amount ********$254.46

Pay SAMANTHA A. ALIPRANDI
to the 818 TURQUOISE TRAIL
Order MORGANVILLE NJ 07751
of

14721    $254.46    6/29/2026

14721    $254.46    6/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14722

Four Hundred Seventy Dollars and Eleven Cents

Date 06/05/2026    Amount ********$470.11

Pay NINA AMARANDO
to the 265 LONGWOOD DRIVE
Order MANALAPAN NJ 07726
of

14722    $470.11    6/11/2026

14722    $470.11    6/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14723

Three Hundred Eleven Dollars and Twenty-Nine Cents

Date 06/05/2026    Amount *******$311.29

Pay to the Order of    ANNE CARTER
4 CECILIA COURT
HOWELL NJ 07731

For Deposit Only— Dandelion Payments
Via the Ria Money Transfer

Tulcingo Deli And Grocery 2 Corp

14723    $311.29    6/15/2026

14723    $311.29    6/15/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14724

Two Hundred Seventy Dollars and One Cent

Date 06/05/2026    Amount *******$270.01

Pay to the Order of    NANCY FAENZA
7 DANCER LANE
FREEHOLD NJ 07728

14724    $270.01    6/8/2026

14724    $270.01    6/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14726

Two Hundred Fifty-Eight Dollars and Ninety-Two Cents

Date 06/05/2026    Amount *******$258.92

Pay to the Order of    DANNAE GARCIA
335 TULIP LANE
FREEHOLD NJ 07728

For Deposit Only - JPMC

14725    $258.92    6/8/2026

14725    $258.92    6/8/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14725

Three Dollars and Five Cents

Date 06/05/2026    Amount **********$3.05

Pay to the Order of    DEANDRA FOTI
11 TAYLOR LAKE CT.
MANALAPAN NJ 07726

14725    $3.05    6/9/2026

14725    $3.05    6/9/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14728

Three Hundred Twenty-Three Dollars and Nineteen Cents

Date 06/05/2026    Amount *******$323.19

Pay to the Order of    TAYLOR HART
407 AVERY COURT
MONROE TOWNSHIP NJ 08831

14728    $323.19    6/9/2026

14728    $323.19    6/9/2026

---

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14730

Five Hundred Eight Dollars and Eighty-Six Cents

Date 06/05/2026    Amount *******$508.86

Pay to the Order of    BENITO MANIANO-ALMONTES
126 KINGSLEY WAY
FREEHOLD NJ 07728

14730    $508.86    6/9/2026

14730    $508.86    6/9/2026




20260616  004600831195  06000123002

14731  $12.06  6/17/2026

14731  $12.06  6/17/2026




14732  $432.29  6/8/2026

14732  $432.29  6/8/2026




14733  $13.50  6/9/2026

14733  $13.50  6/9/2026




14734  $4.43  6/8/2026

14734  $4.43  6/8/2026




14735  $332.03  6/8/2026

14735  $332.03  6/8/2026




14736  $431.18  6/9/2026

14736  $431.18  6/9/2026

16107764  Page 49



14737   $194.00   6/8/2026



14737   $194.00   6/8/2026



14738   $85.00   6/15/2026



14738   $85.00   6/15/2026



14741   $595.06   6/22/2026



14741   $595.06   6/22/2026



14742   $470.11   6/16/2026



14742   $470.11   6/16/2026



14743   $351.17   6/29/2026

For Deposit Only— Dandelion Payments
Inc. dba Ria Money Transfer

Tulcingo Deli And Grocery 2 Corp

14743   $351.17   6/29/2026

14744   $270.01   6/15/2026

14744   $270.01   6/15/2026




14745   $4.25   6/30/2026

14745   $4.25   6/30/2026




14746   $116.36   6/18/2026

14746   $116.36   6/18/2026




14748   $412.59   6/22/2026

14748   $412.59   6/22/2026




14749   $8.44   6/23/2026

14749   $8.44   6/23/2026




14750   $350.01   6/15/2026

14750   $350.01   6/15/2026




14751   $508.86   6/16/2026

14751   $508.86   6/16/2026





14752   $18.79   6/17/2026          14752   $18.79   6/17/2026

          

14753   $439.30   6/16/2026         14753   $439.30   6/16/2026

          

14755   $17.80   6/17/2026          14755   $17.80   6/17/2026

          

14756   $334.34   6/15/2026         14756   $334.34   6/15/2026

14757   $431.18   6/17/2026         14757   $431.18   6/17/2026



14760   $595.06   6/29/2026         14760   $595.06   6/29/2026





14761  $57.31  6/29/2026



14761  $57.31  6/29/2026



14762  $470.11  6/25/2026



14762  $470.11  6/25/2026



14763  $307.46  6/29/2026



14763  $307.46  6/29/2026



14764  $270.01  6/22/2026



14764  $270.01  6/22/2026



14765  $17.42  6/30/2026



14765  $17.42  6/30/2026

14768  $409.68  6/30/2026

14768  $409.68  6/30/2026





14769   $3.43   6/23/2026





14769   $3.43   6/23/2026



14771   $508.86   6/25/2026



14771   $508.86   6/25/2026



14772   $12.48   6/23/2026



14772   $12.48   6/23/2026



14773   $530.95   6/22/2026



14773   $530.95   6/22/2026



14774   $16.20   6/23/2026



14774   $16.20   6/23/2026

14775   $122.84   6/26/2026

14775   $122.84   6/26/2026

 

14776    $7.83    6/23/2026

14776    $7.83    6/23/2026

 

14777    $8.40    6/22/2026

14777    $8.40    6/22/2026

 

14778    $252.02    6/22/2026

14778    $252.02    6/22/2026

 

14779    $431.18    6/24/2026

14779    $431.18    6/24/2026

 

14783    $595.06    6/29/2026

14783    $595.06    6/29/2026

14784    $358.79    6/29/2026

14784    $358.79    6/29/2026



14787 $270.01 6/29/2026

14787 $270.01 6/29/2026

14788 $4.82 6/30/2026

14788 $4.82 6/30/2026

14796 $579.24 6/29/2026

14796 $579.24 6/29/2026

14797 $35.34 6/30/2026

14797 $35.34 6/30/2026

14798 $155.82 6/29/2026

14798 $155.82 6/29/2026

14799 $9.31 6/30/2026

14799 $9.31 6/30/2026





14800   $1.67   6/29/2026

14800   $1.67   6/29/2026





14801   $155.24   6/29/2026

14801   $155.24   6/29/2026





14802   $431.18   6/30/2026

14802   $431.18   6/30/2026

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
          Street and Number           City      State    Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

❑ Checking ............................................ ❑ Loan ............................................ ❑ Safe Deposit Box ( ............................................ )
❑ Savings ............................................ ❑ Certificate ............................................ ❑ Other (describe below)

**SPECIAL INSTRUCTIONS**

Date: _____ Authorized Signature: _____

---

**CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK**

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | |
| **TOTAL** | | |

| | | |
|---|---|---|
| DEPOSITS NOT SHOWN ON STATEMENT | | |
| STATEMENT BALANCE | | |
| **TOTAL** | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

---

**Amboy Bank Error Resolution Notice**

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

**Electronic Funds Transfer**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY