000 0000 0000 0000 0000000 0000 0000 000 00000
000 0000 0000 0000 0000000 0000 0000 000 00000

Illlıııllıılluıllıullıulllııllullluıllluılluıllıul

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD          NJ  07728**

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**Quickly manage and schedule your Payments
in Bill Center and send money to family or friends
in seconds with Person-to-Person (P2P) Payments.**

**Stop in any branch, call 877.22.AMBOY or visit AmboyBank.com for more info.**

| Free Small Business Account | Account number: 16018087 |
| --- | --- |

## Account Balance Summary

| | |
| --- | --- |
| Beginning Balance on 05-29 | -$21.08 |
| Deposits and other credits (+) | $226,742.59 |
| Withdrawals, checks and other debits (-) | $226,745.48 |
| Ending Balance on 06-30 | -$23.97 |

## Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 06-01 | TSYS/TRANSFIRST CR CD DEP 260529 5436845 55958323 5436845 55958323 1THE SKILLET | 5,159.58 | 06-08 | TSYS/TRANSFIRST CR CD DEP 260605 5436845 55958323 5436845 55958323 1THE SKILLET | 5,736.41 |
| 06-01 | TSYS/TRANSFIRST CR CD DEP 260531 5436845 55958323 5436845 55958323 1THE SKILLET | 9,151.80 | 06-08 | TSYS/TRANSFIRST CR CD DEP 260607 5436845 55958323 5436845 55958323 1THE SKILLET | 9,529.53 |
| 06-02 | TSYS/TRANSFIRST CR CD DEP 260601 5436845 55958323 5436845 55958323 1THE SKILLET | 4,049.14 | 06-09 | TSYS/TRANSFIRST CR CD DEP 260608 5436845 55958323 5436845 55958323 1THE SKILLET | 4,945.45 |
| 06-02 | TSYS/TRANSFIRST CR CD DEP 260601 5436845 55958323 5436845 55958323 1THE SKILLET | 11,440.74 | 06-09 | TSYS/TRANSFIRST CR CD DEP 260608 5436845 55958323 5436845 55958323 1THE SKILLET | 11,158.04 |
| 06-03 | TSYS/TRANSFIRST CR CD DEP 260602 5436845 55958323 5436845 55958323 1THE SKILLET | 3,213.88 | 06-10 | TSYS/TRANSFIRST CR CD DEP 260609 5436845 55958323 5436845 55958323 1THE SKILLET | 3,646.52 |
| 06-04 | TSYS/TRANSFIRST CR CD DEP 260603 5436845 55958323 5436845 55958323 1THE SKILLET | 6,860.43 | 06-11 | TSYS/TRANSFIRST CR CD DEP 260610 5436845 55958323 5436845 55958323 1THE SKILLET | 4,257.79 |
| 06-05 | TSYS/TRANSFIRST CR CD DEP 260604 5436845 55958323 5436845 55958323 1THE SKILLET | 4,153.97 | 06-12 | TSYS/TRANSFIRST CR CD DEP 260611 5436845 55958323 5436845 55958323 1THE SKILLET | 4,574.31 |

**THE SKILLET BY SAL INC**

## Free Small Business Account                          Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-15 | TSYS/TRANSFIRST CR CD DEP 260612 5436845559583231THE SKILLET | 5,469.63 | 06-23 | TSYS/TRANSFIRST CR CD DEP 260622 5436845559583231THE SKILLET | 6,614.90 |
| 06-15 | TSYS/TRANSFIRST CR CD DEP 260614 5436845559583231THE SKILLET | 8,405.00 | 06-23 | TSYS/TRANSFIRST CR CD DEP 260622 5436845559583231THE SKILLET | 15,789.11 |
| 06-16 | TSYS/TRANSFIRST CR CD DEP 260615 5436845559583231THE SKILLET | 3,481.81 | 06-24 | TSYS/TRANSFIRST CR CD DEP 260623 5436845559583231THE SKILLET | 4,862.14 |
| 06-16 | TSYS/TRANSFIRST CR CD DEP 260615 5436845559583231THE SKILLET | 11,284.27 | 06-25 | TSYS/TRANSFIRST CR CD DEP 260624 5436845559583231THE SKILLET | 3,790.20 |
| 06-17 | TSYS/TRANSFIRST CR CD DEP 260616 5436845559583231THE SKILLET | 5,577.27 | 06-26 | TSYS/TRANSFIRST CR CD DEP 260625 5436845559583231THE SKILLET | 4,785.16 |
| 06-18 | TSYS/TRANSFIRST CR CD DEP 260617 5436845559583231THE SKILLET | 6,040.95 | 06-29 | TSYS/TRANSFIRST CR CD DEP 260626 5436845559583231THE SKILLET | 5,879.03 |
| 06-22 | TSYS/TRANSFIRST CR CD DEP 260618 5436845559583231THE SKILLET | 5,912.01 | 06-29 | TSYS/TRANSFIRST CR CD DEP 260628 5436845559583231THE SKILLET | 9,992.99 |
| 06-22 | TSYS/TRANSFIRST CR CD DEP 260621 5436845559583231THE SKILLET | 11,129.00 | 06-30 | TSYS/TRANSFIRST CR CD DEP 260629 5436845559583231THE SKILLET | 4,966.51 |
| 06-22 | TSYS/TRANSFIRST CR CD DEP 260619 5436845559583231THE SKILLET | 12,139.04 | 06-30 | TSYS/TRANSFIRST CR CD DEP 260629 5436845559583231THE SKILLET | 12,745.98 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-01 | 26052919001545N Vivian Capital Group LLC D | 300.00 | 06-03 | Internet Transfer to xxx7764 | 3,500.00 |
| 06-01 | 26052919001543P Vivian Capital Group LLC D | 300.00 | 06-04 | Internet Transfer to xxx7764 | 6,925.00 |
| 06-01 | BRANCH WITHDRAWAL | 100.00 | 06-05 | MERCHANTSERVCS BILLNG 260531 4445045885837 Merch Bankcard 3331091 The Sk | 48.30 |
| 06-01 | Internet Transfer to xxx8272 | 355.00 | | | |
| 06-01 | Internet Transfer to xxx7764 | 1,200.00 | 06-05 | Internet Transfer to xxx7764 | 300.00 |
| 06-01 | Internet Transfer to xxx7455 | 3,000.00 | 06-05 | Internet Transfer to xxx8272 | 600.00 |
| 06-01 | Internet Transfer to xxx7764 | 9,000.00 | 06-05 | Internet Transfer to xxx7764 | 3,205.00 |
| 06-01 | OVERDRAFT CHARGE | 35.00 | 06-08 | 26060519004 5Q1O Vivian Capital Group LLC D | 300.00 |
| 06-02 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 | 06-08 | 26060519004697L Vivian Capital Group LLC D | 300.00 |
| 06-02 | Internet Transfer to xxx7764 | 15,000.00 | 06-08 | Internet Transfer to xxx8272 | 40.00 |

THE SKILLET BY SAL INC

## Free Small Business Account                    Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-08 | BRANCH WITHDRAWAL | 200.00 | 06-22 | 260619190014908 Vivian Capital Group LLC D | 300.00 |
| 06-08 | Internet Transfer to xxx7764 | 225.00 | 06-22 | Internet Transfer to xxx8183 | 200.00 |
| 06-08 | BRANCH WITHDRAWAL | 2,200.00 | 06-22 | Internet Transfer to xxx8272 | 250.00 |
| 06-08 | Internet Transfer to xxx7455 | 3,000.00 | 06-22 | Internet Transfer to xxx7764 | 400.00 |
| 06-08 | Internet Transfer to xxx7764 | 9,000.00 | 06-22 | Internet Transfer to xxx8183 | 610.00 |
| 06-09 | Internet Transfer to xxx7764 | 16,105.00 | 06-22 | Internet Transfer to xxx7455 | 3,000.00 |
| 06-10 | 543684555958323 TSYS/TRANSFIRST MERCH FEES | 6.91 | 06-22 | BRANCH WITHDRAWAL | 4,200.00 |
| 06-10 | Internet Transfer to xxx8183 | 100.00 | 06-22 | Internet Transfer to xxx7764 | 20,000.00 |
| 06-10 | Internet Transfer to xxx7764 | 3,540.00 | 06-23 | Internet Transfer to xxx7764 | 350.00 |
| 06-11 | Internet Transfer to xxx7764 | 4,150.00 | 06-23 | Internet Transfer to xxx8272 | 650.00 |
| 06-12 | Internet Transfer to xxx8183 | 50.00 | 06-23 | Internet Transfer to xxx8183 | 800.00 |
| 06-12 | Internet Transfer to xxx7764 | 4,630.00 | 06-23 | Internet Transfer to xxx7764 | 20,600.00 |
| 06-15 | 260612190015RMU Vivian Capital Group LLC D | 300.00 | 06-24 | Internet Transfer to xxx7764 | 4,880.00 |
| 06-15 | 260612190015N7T Vivian Capital Group LLC D | 300.00 | 06-25 | Internet Transfer to xxx8183 | 31.00 |
| | | | 06-25 | Internet Transfer to xxx8272 | 530.00 |
| 06-15 | Internet Transfer to xxx8183 | 1,333.33 | 06-25 | Internet Transfer to xxx7764 | 3,230.00 |
| 06-15 | Internet Transfer to xxx7455 | 3,000.00 | 06-26 | Internet Transfer to xxx7764 | 4,785.00 |
| 06-15 | Internet Transfer to xxx7764 | 8,940.00 | 06-29 | 260626190015 8M7 Vivian Capital Group LLC D | 300.00 |
| 06-16 | INS PMNT HANOVER INS BILLPAY | 410.67 | 06-29 | 260626190015LT9 Vivian Capital Group LLC D | 300.00 |
| 06-16 | Internet Transfer to xxx8183 | 35.00 | | | |
| 06-16 | Internet Transfer to xxx8272 | 123.00 | 06-29 | Internet Transfer to xxx8272 | 200.00 |
| 06-16 | Internet Transfer to xxx7764 | 14,200.00 | 06-29 | Internet Transfer to xxx7455 | 3,000.00 |
| 06-17 | Internet Transfer to xxx8272 | 35.00 | 06-29 | Internet Transfer to xxx7764 | 11,900.00 |
| 06-17 | Internet Transfer to xxx7764 | 5,540.00 | 06-30 | Digital Basic Monthly Fee | 10.00 |
| 06-18 | Internet Transfer to xxx8272 | 50.00 | 06-30 | Internet Transfer to xxx8272 | 35.50 |
| 06-18 | BRANCH WITHDRAWAL | 2,100.00 | 06-30 | Internet Transfer to xxx7764 | 17,850.00 |
| 06-18 | Internet Transfer to xxx7764 | 3,800.00 | 06-30 | SERVICE CHARGE | 15.00 |
| 06-22 | 260619190014X9K Vivian Capital Group LLC D | 300.00 | 06-30 | OVERDRAFT INTEREST CHARGE | 0.02 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 35.02 | 175.26 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |

Date __6/1/26__

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME Salvatore Faenu

SIGN NAME

$ 100.

ACCOUNT NUMBER
16018087

⑆021204416⑆    0 50

0    $100.00    6/1/2026

-BRANCHNAME=MILLHURST
-RTNUM=>021204416<

0    $100.00    6/1/2026

---

Date __6/8/26__

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME Skillet by Sal

SIGN NAME

$ 200.

ACCOUNT NUMBER
16018087

⑆021204416⑆    0 50

0    $200.00    6/8/2026

-BRANCHNAME=FREEHOLD

0    $200.00    6/8/2026

---

Date __6/8/26__

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME The Skillet

SIGN NAME

$ 2200.

ACCOUNT NUMBER
16018087

⑆021204416⑆    0 50

0    $2,200.00    6/8/2026

-BRANCHNAME=MILLHURST
-RTNUM=>021204416<

0    $2,200.00    6/8/2026

---

Date __6/18/26__

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME Skillet by Sal

SIGN NAME    KIC

$ 2100.

ACCOUNT NUMBER
16018087

⑆021204416⑆    0 50

0    $2,100.00    6/18/2026

-BRANCHNAME=MILLHURST
-RTNUM=>021204416<

0    $2,100.00    6/18/2026

---

Date __6/22/26__

AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

PRINT NAME Salvatore Faenu

SIGN NAME    KIC

$ 4200.

ACCOUNT NUMBER
16018087

⑆021204416⑆    0 50

0    $4,200.00    6/22/2026

-BRANCHNAME=MILLHURST
-RTNUM=>021204416<

0    $4,200.00    6/22/2026

16018087  Page 4

## CHANGE OF ADDRESS

NAME: _____

NEW ADDRESS: _____
                    Street and Number                                    City                    State            Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking ......................................    ☐ Loan ..........................    ☐ Safe Deposit Box ( .......................... )

☐ Savings ......................................    ☐ Certificate ..........................    ☐ Other (describe below)

**SPECIAL INSTRUCTIONS** _____

Date: _____    Authorized Signature: _____

---

### CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

#### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.

2. Sort your checks numerically.

3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.

4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | | |
|---|---|---|---|
| | | DEPOSITS NOT SHOWN ON STATEMENT | |
| TOTAL CHECKS OUTSTANDING | | | |
| CHECKBOOK BALANCE | | STATEMENT BALANCE | |
| **TOTAL** | | **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

---

#### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

#### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

---

Contact us at 1-877-22-AMBOY or www.amboybank.com

AMBY