For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

NVJSS RESTAURANT LLC
7 DANCER LANE
FREEHOLD          NJ 07728

**Quickly manage and schedule your Payments
in Bill Center and send money to family or friends
in seconds with Person-to-Person (P2P) Payments.**

**Stop in any branch, call 877.22.AMBOY or visit AmboyBank.com for more info.**

## Free Small Business Account          Account number: 16108272

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-29 | $0.00 |
| Deposits and other credits (+) | $3,368.50 |
| Withdrawals, checks and other debits (-) | $3,572.50 |
| Ending Balance on 06-30 | -$204.00 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 355.00 | 06-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 250.00 |
| 06-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 600.00 | 06-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 650.00 |
| 06-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 40.00 | 06-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 530.00 |
| 06-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 123.00 | 06-25 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 |
| 06-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 | 06-29 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 |
| 06-18 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 50.00 | 06-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 35.50 |

NVJSS RESTAURANT LLC

## Free Small Business Account                    Account number: 16108272

## Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-01 | 587749050014280 PRUDENTIAL PAYMENTS | 162.83 | 06-23 | OVERDRAFT CHARGE | 35.00 |
| 06-01 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 | 06-24 | XXXXX7136U FARMERS N W LIFE INS. PREM | 500.00 |
| 06-04 | 432030314578382 CITI CARD ONLINE PAYMENT | 600.00 | 06-25 | RETURNED CHECK CHARGE | 35.00 |
| 06-05 | OVERDRAFT CHARGE | 35.00 | 06-26 | 1124020 VZ WIRELESS VN E CHECK | 202.64 |
| 06-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 | 06-26 | Internet Transfer to xxx7764 | 465.00 |
| 06-16 | OVERDRAFT CHARGE | 35.00 | 06-29 | OVERDRAFT CHARGE | 35.00 |
| 06-18 | 46863550 NEW YORK LIFE INS. PREM. | 46.00 | 06-30 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 |
| 06-22 | 9480144 INTUIT * QBooks Onl | 75.00 | 06-30 | SERVICE CHARGE | 15.00 |
| 06-22 | fXXXXX4392 Farmers Ins Exch EFT PYMT | 609.00 | 06-30 | OVERDRAFT INTEREST CHARGE | 0.87 |
| 06-23 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 | | | |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------|------|------|
| TOTAL OVERDRAFT FEES: | 140.87 | 1,158.48 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $105.00 |