For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD        NJ 07728**

**Quickly manage and schedule your Payments**
**in Bill Center and send money to family or friends**
**in seconds with Person-to-Person (P2P) Payments.**

**Stop in any branch, call 877.22.AMBOY or visit AmboyBank.com for more info.**

## Free Small Business Account        Account number: 16108183

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-29 | $0.00 |
| Deposits and other credits (+) | $4,509.33 |
| Withdrawals, checks and other debits (-) | $4,509.33 |
| Ending Balance on 06-30 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 | 06-22 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 200.00 |
| 06-11 | RETURNED ITEM, INSUFFICIENT FUNDS, CA03F66CC096110 CAPITAL ONE ONLINE PMT | 1,350.00 | 06-22 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 610.00 |
| 06-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 50.00 | 06-23 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 800.00 |
| 06-15 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,333.33 | 06-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 31.00 |
| 06-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-09 | XXXXX6241 AMERICAN NAT'L INSPREMIUM | 212.55 | 06-11 | RETURNED CHECK CHARGE | 35.00 |
| 06-10 | CA03F66CC096110 CAPITAL ONE ONLINE PMT | 1,350.00 | 06-12 | CA012D724B917B9 CAPITAL ONE ONLINE PMT | 1,200.00 |
| 06-10 | OVERDRAFT CHARGE | 35.00 | 06-15 | OVERDRAFT CHARGE | 35.00 |
| | | | 06-22 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 531.25 |

FAENZA'S GOURMET MARKET LLC

## Free Small Business Account                    Account number: 16108183

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-22 | 9480139 INTUIT * QBooks Onl | 75.00 | 06-23 | OVERDRAFT CHARGE | 35.00 |
| 06-22 | CA06C5AB15D7C92 CAPITAL ONE ONLINE PMT | 1,000.00 | 06-30 | SERVICE CHARGE | 0.53 |

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 105.00 | 2,076.07 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $385.00 |