UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

                    DEBTOR.

Case No.: _____25-14559_____

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V:   ☒ Yes  ☐ No

Hearing Date: _____8/6/26_____

Judge: _____MBK_____

## ADJOURNMENT REQUEST

1.    I, _____Steven D. Pertuz_____,

☒  am the attorney for: _____Debtor_____,

☐  am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _Confirmation Hearing_____

Current hearing date and time: _8/6/26 at 10:00 am_____

New date requested: _60 Days from 8/6/26_____

Reason for adjournment request: _Ferrari claim and Objection has been resolved. Amended_

_Plan n Projections need to be served and large NJ Taxation claim being negotiated. Spyglass under contract and these sale proceeds will be used to resolve claim with NJ Taxation. Please see email for more details._

2.    Consent to adjournment:

☒  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

_I emailed all parties that have entered an appearance and/or objected to to the filed Plan_

_and they have consented to the adjournment._

I certify under penalty of perjury that the foregoing is true.

Date: ___8/4/26_____          /s/ Steven D. Pertuz
                                          _____
                                          Signature

**COURT USE ONLY:** _____

The request for adjournment is:          October 29, 2026 at 10:00 a.m.

☒ Granted               New hearing date: _____          ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____          ❏ Peremptory

❏ Denied

   **IMPORTANT: If your request is granted, you must notify interested parties**

   **who are not electronic filers of the new hearing date.**

*rev.10/2021*

2