**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
T: (215) 972-8415
turner.falk@saul.com
*Counsel for Ferrari Financial Services, Inc.*

**Order Filed on September 1, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:
Salvatore Faenza
*Debtor*

Case No. 25-14559-MBK
Chapter 11

## SECOND AMENDED ORDER

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 1, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been presented to the Court in the *Motion of Ferrari Financial Services, Inc. for an Order Directing Clerk to Issue Writ of Attachment* (the "Motion"); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that just cause exists for the relief sought in the Motion; and upon the Contreras-Martinez Declaration; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.
2. The Court hereby directs the Clerk of this Court to issue the Writ of Attachment attached hereto as **Exhibit 1** to the United States Marshal of the District of New Jersey and/or either of his deputies.
3. When executing the writ of attachment, the United States Marshal shall serve a copy of this Order and the documents upon which the Order is based as recited herein upon any agent, custodian or employee of the possessing parties at the place where such property to be attached is found, and the United States Marshal shall make immediate return of such service and of such seizure or attempted seizure to this Court.
4. In carrying out this Order, the United States Marshal and/or the United States Marshals Service is authorized to use whatever force is reasonably necessary in order to forcibly enter into the premises of 3 Nicholas Avenue, Monroe, NJ 08831; or 11 Palace Court, Monroe, NJ 08831 and to attach a **2023 Ferrari SF90 Stradale, VIN#ZFF95NLA0P0292335, Vehicle Title #AA7036012**, which may be in the possession of Michael Vitacco and/or Kim Aiello.
5. Upon attachment of the vehicle, the United States Marshal shall release and deliver the vehicle to Ferrari Financial Services, Inc., or its designated agent. Ferrari Financial Services, Inc. shall be responsible for the vehicle's removal, transportation, and storage. The United States Marshals Service shall not be required to retain custody of or arrange for the storage of the vehicle after such release.
6. Pursuant to 11 U.S.C. § 105(a), and the inherent power of this Court, the United States Marshal is authorized to detain Michael Vitacco and/or Kim Aiello into physical custody to the extent necessary to enforce this Order and/or the Writ of Attachment, including if requested access is withheld.
7. This Order is effective immediately and enforceable upon its entry.
8. This Court retains jurisdiction over any and all matters arising from or related to the implementation of this Order.

**EXHIBIT 1**

**(Writ of Attachment)**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SAUL EWING LLP**<br>Turner N. Falk, Esq.<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>T: (215) 972-8415<br>turner.falk@saul.com<br>*Counsel for Ferrari Financial Services, Inc.*<br>In re:<br>Salvatore Faenza<br>*Debtor* | Case No. 25-14559-MBK<br><br>Chapter 11 |

## WRIT OF ATTACHMENT

To the United States Marshal of the District of New Jersey or either of his Deputies:

In an action commenced in this Court on April 30, 2025 in which the Debtor is Salvatore Faenza, whose attorney is Steven D. Pertuz of The Law Offices of Steven D. Pertuz LLC, and a Creditor is Ferrari Financial Services, Inc., whose attorney is Turner Falk of Saul Ewing LLP, we command you to attach the personal property of the Debtor, which is a **2023 Ferrari SF90 Stradale, VIN#ZFF95NLA0P0292335, Vehicle Title #AA7036012**, in the possession of Michael Vitacco and/or Kim Aiello, located at either of the following addresses:

- 3 Nicholas Avenue, Monroe, NJ 08831; or
- 11 Palace Court, Monroe, NJ 08831;

in accordance with the Stipulation and Order Granting Relief from the Automatic Stay [D.I. 53] entered on February 27, 2026.

Upon attachment, the United States Marshal shall release and deliver the vehicle to Ferrari Financial Services, Inc., or its designated agent, which shall be responsible for the vehicle's removal, transportation, and storage and any associated costs. The United States Marshals Service shall have no continuing custodial or storage obligation after such release.

Dated: ___________________, 2026

**JEANNE A. NAUGHTON**

**CLERK OF COURT**

By: _______________________________

Deputy Clerk