**LAW OFFICES OF STEVEN D. PERTUZ, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
By: Steven D. Pertuz, Esq. (SDP-5632)
Attorney for Debtor, Salvatore Faenza

| | |
|---|---|
| **In re:**<br><br>**SALVATORE FAENZA,**<br><br>**Debtor-in-Possession.** | UNITED STATES BANKRUPTCY COURT<br>TRENTON VICINAGE<br>DISTRICT OF NEW JERSEY<br><br>Chapter 11, Subchapter V<br><br>Case No.: 25-14559 (MBK)<br><br>**HEARING DATE:** |

**NOTICE OF MOTION TO APPROVE THE SALE OF THE DEBTOR'S INTEREST IN REAL PROPERTY LOCATED AT 39 SPYGLASS DRIVE, JACKSON, NJ TO APRIL GARDNER ASKER AND ALICE B. GARDNER, FREE AND CLEAR OF EXISTING LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363(b) AND (f), FED. R. BANKR. P. 4001(d) AND 6004, AND RELATED RELIEF**

The Law Offices of Steven D. Pertuz, LLC, Counsel to the Debtor, Salvatore Faenza, has filed papers with the Court to obtain an Order authorizing the sale of the Debtor's interest in real property located at 39 Spyglass Drive, Jackson, NJ to April Gardner Asker and Alice B. Gardner, free and clear of existing liens, claims, and encumbrances, which liens shall attached to the proceeds of sale, pursuant to 11 U.S.C. §363(b) and (f), Federal Rule of Bankruptcy Procedure 4001(d) and 6004 and related relief. **Your rights may be affected.** You should read these papers carefully and discuss them with your lawyer, if you have one on this case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the Court to enter the requested order, or if you want the Court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing or upon further order of the Court on any application to shorten time, you or your lawyer must:

File with the Court a written response or answer explaining your position, and mail a copy to:

Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052

**and**

US Bankruptcy Court
Office of the Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it by the date stated above.

**HEARING SCHEDULED TO BE HELD BEFORE:**
**Honorable: Michael B. Kaplan, U.S.B.J.**
**Date: Time:**
**Place: Clarkson S. Fisher U.S. Courthouse**
**402 East State Street, Courtroom #8**
**Trenton, NJ 08608**

Pursuant to D.N.J. LBR 4001-1 et seq., appearances are not required by the Court in uncontested Chapter 13 matters. In Chapter 7 matters the **movant waives oral argument** and the court may not hold a hearing unless opposition papers are timely filed. Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion pursuant to any Order Shortening Time. A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested.

Statement of Non-Necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Dated: September 13, 2026

Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Attorneys for Salvatore Faenza

By:/s/ Steven D. Pertuz, Esq.
Steven D. Pertuz, Esq.