**LAW OFFICES OF STEVEN D. PERTUZ, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
By: Steven D. Pertuz, Esq. (SDP-5632)
Attorney for Debtor, Salvatore Faenza

| | |
|---|---|
| **In re:**<br><br>**SALVATORE FAENZA,**<br><br>**Debtor-in-Possession.** | UNITED STATES BANKRUPTCY COURT<br>TRENTON VICINAGE<br>DISTRICT OF NEW JERSEY<br><br>Chapter 11, Subchapter V<br><br>Case No.: 25-14559 (MBK)<br><br>**HEARING DATE:** |

**CERTIFICATION OF SALVATORE FAENZA, IN SUPPORT OF MOTION TO APPROVE THE SALE OF THE DEBTOR'S INTEREST IN REAL PROPERTY LOCATED AT 39 SPYGLASS DRIVE, JACKSON, NJ TO APRIL GARDNER ASKER AND ALICE B. GARDNER, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, WHICH LIENS SHALL ATTACH TO PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(b) AND (f), FED. R. BANKR. P. 4001(d) AND 6004, AND RELATED RELIEF**

**SALVATORE FAENZA**, of full age, hereby certifies as follows:

1. I am the debtor in the within case, ("Debtor" and/or “Movant”) and I am familiar with the facts herein and authorized to make this Certification. I make this Certification in support of the within motion to approve the sale of real property, free and clear of liens, pursuant to 11 U.S.C. §363(b) and Federal Rule of Bankruptcy Procedure 4001(d).

2. On April 30, 2025, I authorized the filing of the within Chapter 11, Subchapter V, case on an emergent basis. All Schedules and Statement of Financial Affairs were thereafter filed on June 2, 2025 and my intention was to always sell my interest in the real property located at 39

Spyglass Drive, Jackson, NJ 08527 (the "Property") so that I can best deal with my creditors in my case.

3. I wanted to maximize my ability to pay my creditors and sell my home for the best price possible so I aggressively marketed my Property on various platforms for over five (5) months until I knew that I would get a qualified buyer to purchase my home. I was pleasantly surprised that I was able to finalize a deal with the Buyers on July 8, 2026 and I entered into a purchase and sale agreement for the private sale of the Property to April Gardner Asker and Alice B. Gardner for $425,000.00. The Buyers are not family members or friends and are not “insiders” and have no affiliation to me or my non debtor wife whatsoever other than what has been disclosed in the purchase and sale agreement. I have signed the Contract of Sale and have also agreed to all contract terms and conditions. This is an "arm’s length" transaction for a more than fair and reasonable price that has been the best offer available by the market. A copy of the real estate contract has been presented to this Court as an Exhibit to my attorney’s application, but I understand the essential terms of the agreement to be as follows:

- $425,000.00 Purchase Price;
- $5,000.00 initial deposit (currently being held in the escrow account of Kuhn Law Offices, LLC);
- No Lender financing and purchase is CASH. Buyer have sold their home and have cash on hand to close on this transaction immediately;
- Realtors involved in the transaction shall be paid a total of 4.5% of the purchase price ($19,125.00) pursuant to a signed listing agreement. A retention application for Seller’s agent was approved by this Court on March 31, 2026.
- EZ Contracting and Home Improvement, LLC (“EZ Contracting”) is a contractor that assisted me with necessary improvements of removal and installation of new

hardwood floors, demolition of old master bathroom and 2nd bathroom and installed new tile and fixtures for new master bathroom and 2nd bathroom and made other necessary repairs to the roof and garage in order to show and sell the home. EZ Contracting is owed $49,500.00 but has agreed to accept $30,000.00 at the time of closing for full satisfaction of its debt owed for materials, labor and permits in connection with the home improvements.

- My attorney shall be paid at the time of closing a real estate attorney closing fee of $2,600.00 plus costs and expenses of $250.00.

4. Buyer to pay balance of the purchase price of $420,000.00 in cash at closing. Included in the sale of the Property are the buildings, structures and improvements thereon, and the fixtures belonging to the Debtor and used in connection with the Property.

5. The Buyers are eager to close on this transaction as soon as possible as the sale of their current home was scheduled for August 24, 2026 and Buyers closed and are currently homeless until this transaction closes so therefore, we need to close as soon as possible. The Buyers' sale proceeds will be used to purchase the Property.

6. The current residential market conditions in Jackson, New Jersey for adult living communities support the price as fair and reasonable due to the value of the Property, its current condition and the purchase price being comparable and this offer being the best offer the market has provided after the property being seller marketed for over five (5) months on the NJ MLS and other realty platforms.

7. I am disclosing again that I **am not** related to or affiliated with the Buyers whatsoever, other than our contractual relationship as set forth in the Contract for Sale. Furthermore, there are no agreements between me, my spouse and the Buyers, other than as set

forth in the Contract. This transaction is an arms-length transaction and the Buyers are good faith purchasers.

8. I respectfully submit that this Contract for Sale represents the fair market value of the Property as evidenced by the current value, this accepted offer being the highest offer the market provided, the current condition of the Property and the Buyers' acceptance of the contract price.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Salvatore Faenza
Salvatore Faenza

September 12, 2026