# KUHN LAW OFFICES

*Ann Marie Kuhn, Esq.*

(732) 475-4225
ann@kuhnlaw.net

509 Hardenberg Ave
Point Pleasant, New Jersey 08742

Facsimile (732) 475-4014
www.kuhnrealestatelaw.com

*Martin E. Brodsky, Esq.*
*Of Counsel*
(732) 431-1333
njrealestatelaw@yahoo.com

July 16, 2026

RE: Gardner/Asker from Faenza
39 Spyglass Drive, Jackson, NJ 08527
File: 26-356

To Whom It May Concern:

In reference to the above-referenced matter, please be advised that this office is holding the total sum of $5,000.00 in our trust account, which represents deposit monies in this matter.

If you are in need of any additional information relating to this matter, please feel to contact the undersigned at your earliest convenience.

Very truly yours,

Law Offices of Ann Marie Kuhn

By: Rona S. Sharp, Real Estate Paralegal