**Steven D. Pertuz**

---

**From:** Ann Marie Kuhn <ann@kuhnlaw.net>
**Sent:** Friday, August 21, 2026 3:10 PM
**To:** Steven D. Pertuz
**Cc:** Kevin Ward; Patricia Brady; Rona Sharp; Catherine Foy; Assistant (Steven)
**Subject:** Re: URGENT: NEW SALE - 39 Spyglass Drive - FAENZA to ASKER and GARDNER

Good Afternoon
My clients sale was just moved to Tuesday afternoon. We are confirmed for 8.24.26; however, my client has already booked her movers for Monday. Would the Seller be agreeable to a U&O for storage only for the one day?

*Thank you,*
***Ann Marie Kuhn, Esq.***

**509 Hardenberg Avenue**
**Pt. Pleasant, NJ 08742**
**Telephone (732) 475-4225**
**Fax (732) 475-4014**
ann@kuhnlaw.net
www.kuhnrealestatelaw.com

KUHN LAW OFFICES

CONFIDENTIAL COMMUNICATION: This email message and any attachment may contain privileged and confidential information intended only for the use of the individual or entity to which the email is addressed. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, that person is hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us as soon as possible by telephone (collect calls will be accepted). Thank you for your cooperation and assistance.

On Fri, Aug 14, 2026 at 3:51 PM Kevin Ward <kevinwardrealtor@gmail.com> wrote:

> This purchase is contingent on the closing of the buyers sale of their current residence. Proceeds and Proof of funds is the contract of sale for the house they are selling.