E Z Contracting & Home Improvement LLC
24 Winslow Drive
Jackson, NJ 08527

**Contractors Invoice**

WORK PERFORMED AT: 39 Spyglass Drive
Jackson NJ 08527

TO: Salvatore Faenza: Westlake
39 Spyglass Drive
Jackson, NJ 08527

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
| --- | --- | --- |
| | | |

**DESCRIPTION OF WORK PERFORMED**

For Professional Services Rendered:

Floors: Remove Existing & Install Lifeline Water Proof Laminate
Dining Room: Extension: 2 Bedrooms: Supplies & Labor Provided

Demolition: Remove Existing Bathrooms & Tub: Update Old Plumbing
& Install New Ceramic Tile, Vanities, Tubs, Lighting.
Master Bathroom & 2nd Bathroom

Permits: We obtained All Needed Permits

Install New High Hats Throughout House:
Repairs: Multiple Leaks in Roof Leading to New Ceiling Walls: Sheetrock, Compound, Paint

Garage: Paint - Primer of old Walls, Repair Holes (Spackle & Sand)
Epoxy finish of Floor.

E-Z Contracting Purchased All of the Supplies for the Client, And Completed All of the Work As Agreed Upon.
The Client has Agreed to Pay-In-Full Upon the Sale of the Home
$49,500

[signature]
Salvatore Faenza

Thomas Zanardi
Thomas Zanardi

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of Forty Nine Thousand, Five Hundred Dollars Dollars ($ 49,500).

This is a ☐ Partial ☒ Full invoice due and payable by: Sale of Home ______ (Month) ______ (Day) ______ (Year)

in accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______