# Home Valuation Report

Share Report

ıble Properties | Average Price per Square Foot | Days on Market | Estimated Home




### 39 Spyglass Dr, Jackson, NJ 08527

2 Beds 2 Baths 1,916 Sq Ft

| List Price | Monthly Change | Annual Change |
|---|---|---|
| $449,900 | ↑$166 | ↓$8,338 |

## Comparable Properties




| Price Range | Average Price | Avg Price per Sq Ft | Avg Days On Market |
|---|---|---|---|
| $360,000 - $528,000 | $428,213 | $215 / Sq Ft | 64 |

## 15 Comparables

| |  Pending |  Sold |  Sold |  Sold |  Sold |
|---|---|---|---|---|---|
| | 39 Spyglass Dr Jackson, NJ 08527 | 1 40 N Avon Dr Jackson, NJ 08527 | 2 33 Pine Valley Rd Jackson, NJ 08527 | 3 10 Congressional Rd Jackson, NJ 08527 | 4 18 Grosunor Ct Jackson, NJ 08 |
| Distance | - | 0.5 Miles Away | 0.2 Miles Away | 0.4 Miles Away | 0.5 Miles Aw |

| | | | | | |
|---|---|---|---|---|---|
| Original Price | **$489,900** | $365,000 | $519,800 | $425,000 | $370,000 |
| Price Changes | 1 | - | - | - | - |
| Sold Price | - | **$365,000** | **$510,000** | **$440,000** | **$360,000** |
| Sold Date | - | 08/21/2026 | 07/27/2026 | 07/27/2026 | 06/30/202 |
| Days on Market | 91 | 42 | 29 | 16 | 26 |
| Sq Ft | 1,916 | 1,458 ↓23.9% | 2,197 ↑14.7% | - | 1,461 ↓23.7 |
| Price per Sq Ft | $235 | $250 | $232 | - | $246 |
| Beds | 2 | 2 | 3 ↑1 | 2 | 2 |
| Baths | 2 | 2 | 2 | 2 | 2 |
| Lot Size (Sq Ft) | 6,098 | 5,227 ↓14.3% | - | - | - |
| Parking | 2 | 1 | 2 | 2 | 1 |

### Average Price per Square Foot

The average price per square foot for listed or sold comparable homes is **$215/Sq Ft**. Many factors such as location, use of space, condition, quality, and amenities determine the market value per square foot, so reviewing each comparable carefully is important.




### Days on Market

Sold homes were on the market for an **average of 64 days** before they accepted an offer. These homes sold for an average of **97% of list price**.




## Estimated Home Value

Range of Values: **$483,000 - $495,000**

Based on June 2026 values

1 Year | 5 Year | **10 Year**




| | |
|---|---|
| Collateral Analytics | $485,000 |
| ICE | $495,000 |
| First American | $483,000 |
| Quantarium | $488,920 |
| **Average Value** | **$487,980** |

## Sell faster and for more with a Homes.com Boost

- **25%** more likely to go under contract within the first 10 days
- Advertise where buyers are searching online, like **Facebook** and **Instagram**
- **Over 83M** unique visitors search on Homes.com, which means your home reaches more buyers

Learn More

## Interested in learning more about this report? These agents have experience in Jackson



James La Sasso
Crossroads Realty, Inc.
(848) 279-9229
**34** Total Sales
**1** in Jackson
**$75,000** Price



Christine Trabattoni
Realty ONE Group Showcase
(848) 289-1423
**27** Total Sales
**2** in Jackson
**$455K - $700K** Price Range



Karen Smith
Keller Williams Realty Central Monmouth
(848) 257-9760
**25** Total Sales
**1** in Jackson
**$275,000** Price



Elizabeth McGillan
Keller Williams Realty Sewell
(848) 277-0816
**133** Total Sales
**6** in Jackson
**$210K - $522K** Price Range



MaryBeth Tomaro
Keller Williams Realty Central Monmouth
(848) 301-2239
**89** Total Sales
**1** in Jackson
**$550,000** Price



Lina Negrey
Coldwell Banker Realty
(848) 301-1635
**40** Total Sales
**2** in Jackson
**$275K - $560K** Price Range

**See All Agents**



Copyright © 2026 CoStar Group

Download on the App Store
GET IT ON Google Play

Homes.com Licensing Information
§ 442-H New York Standard Operating Procedures
New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #01937601
Contact Homes.com Brokerage