UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

SALVATORE FAENZA,

DEBTOR.

Case No.: 25-14559

Chapter: 11, Sub V

Hearing Date: __________

Judge: MBK

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant Steven D. Pertuz, Esq, on behalf of Debtor requests that the time period to/for Motion To Approve Sale as required by 11 U.S.C. §363(b) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   The Buyers sold their residence and have the necessary cash in full to purchase the subject property. Buyers are currently homeless and need to close asap.
2. A hearing is requested on or before:
   Any day that Judge Kaplan is available except 9/17/26 or 9/24/26 due to conflicts.
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 9/13/26

/s/ Steven D. Pertuz
Signature