# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Salvatore Faenza

Case No.: 25-14559 (MBK)

Chapter: 11

Judge: Michael B. Kaplan

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: Motion to Sell Property (Docket No. 85)

**Current date and time**: Monday, September 21, 2026 at 10:00am

**New date and time**: **Tuesday, September 22, 2026 at 1:30pm**

**Additional Notes**: Due to a conflict in the Court's schedule, and in light of the holiday, the Court moves this matter from Monday to Tuesday, September 22, 2026 at 1:30pm.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link: http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No.___

**Court Appearances**:

- ◉ Required by Zoom
- ○ Required In-Person
- ○ Required by Telephone
- ○ Are NOT Required
- ○ May be either In-Person or remotely via Telephone