# A. Settlement Statement (HUD-1)

| B. Type of Loan | | |
|---|---|---|
| | File Number: **GT-13655** | Loan Number: |
| **C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. | | **Goldfinch Title Agency, LLC**<br>1340-A Campus Parkway<br>Wall, NJ 07753<br>732-846-0600 |
| D. Name & Address of Borrower:<br>**April Gardner Asker and Alice B. Gardner**<br>**39 Spyglass Drive**<br>**Jackson, NJ 08527** | E. Name & Address of Seller:<br>**Salvatore Faenza**<br>**39 Spyglass Drive**<br>**Jackson, NJ 08527** | F. Name & Address of Lender: |
| G. Property Location:<br>**39 Spyglass Drive**<br>**Jackson, NJ 08527**<br>**Block: 15201 Lot: 4** | H. Settlement Agent:<br>**Goldfinch Title Agency, LLC**<br><br>Place of Settlement: | I. Settlement Date:<br>**9/25/2026**<br><br>Disbursement Date:<br>**9/25/2026** |

## J. Summary of Borrower's Transaction

| **100. Gross Amount Due from Borrower** | |
|---|---|
| 101. Contract sales price | $425,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $9,175.00 |
| 104. | |
| 105. | |
| **Adjustments for items paid by seller in advance** | |
| 106. TAXES 9/25/2026 - 12/31/2026 | $2,249.95 |
| 107. | |
| 108. | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | $436,424.95 |
| **200. Amounts Paid by or on Behalf of Borrower** | |
| 201. Deposit or earnest money | $5,000.00 |
| 202. Principal amount of new loan(s) | |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. | |
| 211. | |
| 212. | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | $5,000.00 |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $436,424.95 |
| 302. Less amounts paid by/for borrower (line 220) | $5,000.00 |
| 303. **Cash from Borrower** | $431,424.95 |

## K. Summary of Seller's Transaction

| **400. Gross Amount Due to Seller** | |
|---|---|
| 401. Contract sales price | $425,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustments for items paid by seller in advance** | |
| 406. TAXES 9/25/2026 - 12/31/2026 | $2,249.95 |
| 407. | |
| 408. | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | $427,249.95 |
| **500. Reductions on Amount Due to Seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $50,745.59 |
| 503. Existing loan(s) taken subject to | |
| 504. | |
| 505. First Position Mortgage Lien All State Realty LLC | $314,457.21 |
| 506. Second Position Mortgage Lien - Private lender Thomas Zanardi | $30,000.00 |
| 507. Utility Escrow including Senior charge back | $1,500.00 |
| 508. wire/overnight fee for proceeds and payoff GOLDFINCH TITLE AGENCY | $90.00 |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. | |
| 511. | |
| 512. | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | $396,792.80 |
| **600. Cash at Settlement to/from Seller:** | |
| 601. Gross amount due to seller (line 420) | $427,249.95 |
| 602. Less reduction in amount due seller (line 520) | $396,792.80 |
| 603. **Cash to Seller** | $30,457.15 |

| L. SETTLEMENT CHARGES | | | |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | **Paid From Borrower's Funds at Settlement** | **Paid From Seller's Funds at Settlement** |
| Division of Commission (line 700) as follows: | | | |
| 701. | | | |
| 702. | | | |
| 703. Commission paid at Settlement | | | |
| 704 | | | |
| 705 | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. | | | |
| 802. | | | |
| 803. | | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Prepaid Interest | | | |
| 902. 2025 and 2026 Tax interest | jackson Tax Collector | | $516.78 |
| 903. 4th quarter taxes | Jackson Tax Collector | | $2,251.47 |
| 904. Homeowners Insurance Premium | | | |
| 905. Mortgage Insurance Premium | | | |
| 906. past due 2025 and 2026 taxes plus interest | Jackson Tax Collector | | $11,821.38 |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Homeowners Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. Property Tax | | | |
| 1004. | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Searches | Goldfinch Title Agency, LLC | $504.00 | |
| 1102. Settlement Fee | Goldfinch Title Agency, LLC | $425.00 | |
| 1103. | | | |
| 1104. Endorsements | Goldfinch Title Agency, LLC | $50.00 | |
| 1105. | | | |
| 1106. | | | |
| 1107. | | | |
| 1108. Title Insurance (Fidelity National Title Insurance Company) L: $0 O: $425,000 | | $1,906.00 | |
| 1109. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording Fees Deed: $100.00 Mortgage: $180.00 Release: $0.00 | Ocean County Clerk | $280.00 | |
| 1202. State Transfer Tax | Ocean County Clerk | | $3,455.00 |
| 1203. Recording Fee POA | Ocean County Clerk | $50.00 | |
| 1204. Recording Fee Discharge | Ocean County Clerk | | $50.00 |
| **1300. Additional Settlement Charges** | | | |
| 1301. Buyer or Borrower Attorney Fee | Kuhn Law Offices | $1,575.00 | |
| 1302. HOA: Capital Contribution | Westlake Master Association Inc. | $3,240.00 | |
| 1303. HOA: New Account Set-up | First Service Residential | $100.00 | |
| 1304. HOA: Pre-payment 2 mos. | Westlake Master Association Inc. | $720.00 | |
| 1305. HOA: Reserve Replenishment | Westlake Master Association Inc. | | $2,556.00 |
| 1306. Past due HOA Fees | Westlake Master Association Inc. | | $7,598.00 |
| 1307. past due utilities plus interest | Jackson MUA | | $501.96 |
| 1308. Real Estate Commission Buyers Broker | Keller Williams Spring Lake | | $8,520.00 |
| 1309. Real Estate Commission Sellers Broker | Coldwell Banker Residential Brokerage | | $10,625.00 |
| 1310. Seller Attorney Fee | The Law Offices of Steven D. Pertuz, LLC | | $2,600.00 |
| 1311. Seller's Attorney Costs | The Law Offices of Steven D. Pertuz, LLC | | $250.00 |
| 1312. Statement of Account order reimbursement | Trident Abstract Title Agency | $325.00 | |
| 1313. Survey Fee | NONE | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$9,175.00** | **$50,745.59** |

## ACKNOWLEDGEMENT

I/We have carefully reviewed the HUD-1 Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. I/We authorize **Goldfinch Title Agency, LLC** to cause the funds to be disbursed in accordance with this statement.

**BUYERS/BORROWERS**

______________________________
April Gardner Asker

______________________________
Alice Gardner

**SELLER(S)**

______________________________
Salvatore Faenza

______________________________

**SETTLEMENT AGENT**

______________________________
Goldfinch Title Agency, LLC

**From:** Thomas Zanardi
**Sent:** Tue, 1 Sep 2026 11:50:08 -0400
**To:** Lisa Furrule
**Subject:** Payoff Letter: 39 Spyglass Drive, Jackson NJ

Hi Lisa,

This will serve as my Payoff Letter good thru September 30, 2026.

$30,000 Payable to Thomas Zanardi

Thank You for your Assistance.

Best Regards,
Tom Zanardi
732-687-2929

## SATISFACTION OF MORTGAGE

This document is signed by Thomas Zanardi of 24 Winslow Drive, Jackson, New Jersey 08527 (the "Mortgagee"), who is the present owner of the following described mortgage (the "Mortgage"):

Mortgage bearing the date March 31, 2026 executed by Salvatore Faenza of 7 Dancer Lane, Freehold, New Jersey 07728 (the "Mortgagor") to Mortgagee to secure payment of the principal sum of $115,000.00, which mortgage is recorded in the Ocean County Clerk's Office in BK 20328 Pg 198, of Ocean County, New Jersey that formerly encumbered the described real property:

Lot 3.339 Block 66.09

That Mortgagee hereby acknowledges full payment and satisfaction of the Mortgage, does hereby surrender the Mortgage as cancelled, releases the property from the lien of the Mortgage, and directs the Clerk of the Circuit Court in and for Ocean County, New Jersey to cancel the same record.

IN WITNESS WHEREOF the Mortgagee has duly affixed his or her signatures under hand and seal on this 8th day of September, 2026

Thomas Zanardi

Thomas Zanardi
Mortgagee

Witness Signature: [signature]
Name: Philip Zanardi
City: Freehold
State: New Jersey

Witness Signature: ____________
Name: ____________
City: ____________
State: ____________

NOTARY ACKNOWLEDGMENT

STATE OF NEW JERSEY, COUNTY OF OCEAN, ss:

On this 8 day of September, 2026, before me, Thomas Bailey, personally appeared Thomas Zanardi, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same as for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

THOMAS D BAILEY
Notary Public, State of New Jersey
Comm. # 50238779
My Commission Expires 10/22/2030

Notary Public

____________________

Title (and Rank)

My commission expires 10/22/2030