# United States Bankruptcy Court
## District of New Jersey

| | | | |
|---|---|---|---|
| In re | Salvatore Faenza | Case No. | 3:25-bk-14559 |
| | Debtor(s) | Chapter | 11 |

# PROOF OF SERVICE BY MAIL

I, Catherine D. Foy, declare that I am employed by the Law Offices Of Steven D. Pertuz, LLC as as paralegal. I am over the age of eighteen years of age and am not a party to this case.

On September 14, 2026, I served the **Motion To Sell Real Property Free and Clear of Liens Per Section 363** on the parties listed below, via email or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, via Express Mail, to the addressed as follows:

**Allstate Realty LLC**
**23 White Street**
**Eatontown, NJ 07724**

**Ally Financial**
**PO Box 380901**
**Bloomington, MN 55438-0901**

**Amboy Bank**
**3590 US Highway 9 South**
**Old Bridge, NJ 08857**

**Ferrari of Central Florida**
**4891 Vineland Road**
**Orlando, FL 32811**

**Ferrari Financial Services, Inc.**
**250 Sylvan Avenue**
**Englewood Cliffs, NJ 07632**

**Lendbug, Inc.**
**260 West 35 Street PH**
**New York, NY 10001**

**Jared M. Alfin, Esq.**
**Hassett & George, P.C.**
**945 Hopmeadow Street**
**Simsbury, CT 06070**

**Ocean First Bank**
**Bankruptcy Department**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

**American Express**
**PO Box 297800**
**Fort Lauderdale, FL 33329**

**Nicole Nigrelli, Esq.**
**Ciardi Ciardi & Astin**
**1905 Spruce Street**
**Philadelphia, PA 19103**

**American Express**
**PO Box 297800**
**Fort Lauderdale, FL 33329**

**Ascentium Capital**
**23970 US-59**

**Kingwood, TX 77339**

**Ascentium Capital**
**PO Box 301593**
**Dallas, TX 75303**

**Sumimoto Finance and Leasing Co. LTD**
**666 3rd Avenue**
**New York, NY 10017**

**Bank of America Business Card**
**PO Box 982238**
**El Paso, TX 79998-2238**

**Bank of America Card**
**PO Box 982234**
**El Paso, TX 79998-2234**

**Capital One Bank**
**PO Box 85520**
**Richmond, VA 23285-5520**

**Chase Bank**
**Cardmember Services**
**PO Box 15298**
**Wilmington, DE 19885-0004**

**Chase Bank**
**Cardmember Services PO Box 15298**
**Wilmington, DE 19885-0004**

**Chase Bank**
**Cardmember Services PO Box 15298**
**Wilmington, DE 19885-0004**

**Citi Cards**
**PO Box 6500**
**Sioux Falls, SD 57117-6500**

**Citi Cards**
**PO Box 6500**
**Sioux Falls, SD 57117-6500**

**Citibank**
**PO Box 769004**
**San Antonio, TX 78245-9004**

**Discover Bank**
**PO Box 30943**
**Salt Lake City, UT 84130-0943**

**Farmers Federal Credit Union**
**4680 Wilshire Blvd.**
**Los Angeles, CA 90010**

**Internal Revenue Service**
**PO Box 21126**
**Philadelphia, PA 19114-0326**

**NJ Division of Taxation**
**Bankruptcy Unit**
**3 John Fitch Way, 5th Floor**
**PO Box 245**
**Trenton, NJ 08695**

**Matthew F. Kye, Esq.**
**Kye Law Group, P.C.**
**201 Old Country Road, Suite 120**
**Melville, NY 11747**

**Prosper Funding, LLC**
**221 Main St Ste 300**
**San Francisco, CA 94105-1909**

**SoFi Bank, N.A.**
**2750 East Cottonwood Parkway, Suite 300**
**Salt Lake City, UT 84121**

**SoFi Bank, N.A.**
**2750 East Cottonwood Parkway, Suite 300**
**Salt Lake City, UT 84121**

**Synchrony Bank Rheem**
**PO Box 965036**
**Orlando, FL 32896**

| |
|---|
| **Unique Funding Solutions**<br>**1915 Hollywood Blvd., Suite 200A**<br>**Hollywood, FL 33020** |
| **Lieberman Klestzick, LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** |
| **Upstart Loan Operations**<br>**PO Box 1503**<br>**San Carlos, CA 94070-7503** |
| **InDebted USA, Inc.**<br>**PO Box 1201**<br>**Farmington, MO 63640** |
| **US Department of Education**<br>**PO Box 5609**<br>**Greenville, TX 75403** |
| **Nelnet**<br>**121 South 13th Street**<br>**Lincoln, NE 68505** |
| **Vincent LaFranca**<br>**6562 Amarone Lane**<br>**Naples, FL 34113** |
| **LoMurro Munson LLC**<br>**4 Paragon Way, Suite 100**<br>**Freehold, NJ 07728** |
| **Wells Fargo Bank Small Business Lending**<br>**MAC N9777-01B**<br>**PO Box 5511**<br>**Sioux Falls, SD 57117** |
| **Wells Fargo Card Services**<br>**PO Box 522**<br>**Des Moines, IA 50306-0522** |
| **Michael J. Connolly, Esq.**<br>**Davison, Eastman Munoz Paone, P.A.**<br>**3 Paragon Way, Suite 100**<br>**Freehold, NJ 07728** |
| **Laura M. Egerman, Esq.**<br>**McCalla Raymer Leibert Pierce, LLP**<br>**485 F. US Highway 1, Suite 300**<br>**Iselin, NJ 08830** |
| **Kimberly Wilson, Esq.**<br>**Brock and Scott PLLC**<br>**2011 Renaissance Blvd. Suite 100**<br>**King of Prussia, PA 19406** |
| **Office of the United States Trustee**<br>**One Newark Center**<br>**1085 Raymond Blvd., Suite 2100**<br>**Newark, NJ 07102** |
| **Chenging Exotics LLC**<br>**PO Box PO Box 4191**<br>**Helena, MT 59604** |
| **Chenging Exotics LLC**<br>**11 Palace Court**<br>**Monroe Township, NJ 08831** |
| **Nancy Faenza**<br>**7 Dancer Lane**<br>**Freehold, NJ 07728**<br><br>**Turner N. Falk, Esq.**<br>**Saul Ewing LLP**<br>**1735 Market Street, #3400**<br>**Philadelphia, PA 19103** |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on

**September 22, 2026**.

**/s/ Catherine D. Foy**

**CATHERINE D. FOY**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy