# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 03-Aug | Tuesday 04-Aug | Wednesday 05-Aug | Thursday 06-Aug | Friday 07-Aug | Saturday 08-Aug | Sunday 09-Aug | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 5,787.04 | 5,714.21 | 5,966.44 | 6,026.91 | 6,867.95 | 10,666.66 | 11,457.40 | **52,486.61** |
| Coupons | -29.70 | -26.43 | -38.72 | -152.72 | -77.41 | -14.32 | -173.84 | **-513.14** |
| Net Sales | 5,757.34 | 5,687.78 | 5,927.72 | 5,874.19 | 6,790.54 | 10,652.34 | 11,283.56 | **51,973.47** |
| Taxes | 376.38 | 373.53 | 389.64 | 387.03 | 449.57 | 693.19 | 742.14 | **3,411.48** |
| **Gross Sales** | **6,133.72** | **6,061.31** | **6,317.36** | **6,261.22** | **7,240.11** | **11,345.53** | **12,025.70** | **55,384.95** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 1,792.18 | 1,425.25 | 1,434.89 | 1,314.71 | 1,527.86 | 1,748.61 | 1,968.66 | **11,212.16** |
| Credit Card | 3,314.76 | 4,342.09 | 4,423.53 | 4,559.25 | 5,518.17 | 8,374.61 | 9,175.10 | **39,707.51** |
| **Total Payments** | **5,106.94** | **5,767.34** | **5,858.42** | **5,873.96** | **7,046.03** | **10,123.22** | **11,143.76** | **50,919.67** |
| Paid Ins | 564.68 | 741.82 | 731.04 | 726.15 | 775.22 | 1,358.02 | 1,511.84 | **6,408.77** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 14.00 | 20.95 | 0.00 | 0.00 | 19.95 | 29.00 | 50.15 | **134.05** |
| Total Voids | 14.00 | 20.95 | 0.00 | 0.00 | 19.95 | 29.00 | 50.15 | **134.05** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 230 | 241 | 244 | 249 | 281 | 393 | 444 | **2082** |
| Avg Sales Per Customer | 25.03 | 23.60 | 24.29 | 23.59 | 24.17 | 27.11 | 25.41 | **173.20** |
| Labor Hours | 60.52 | 57.80 | 68.05 | 54.85 | 67.87 | 68.33 | 89.72 | **467.13** |
| Labor $ | 144.00 | 144.00 | 72.00 | 0.00 | 72.00 | 72.00 | 72.00 | **576.00** |
| Labor % | 2.50 | 2.53 | 1.21 | 0.00 | 1.06 | 0.68 | 0.64 | **8.62** |
| Labor Efficency/Productivity | 39.98 | 39.50 | 82.33 | | 94.31 | 147.95 | 156.72 | **560.79** |
| Customer Per Labor | 3.80 | 4.17 | 3.59 | 4.54 | 4.14 | 5.75 | 4.95 | **30.94** |