# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 27-Jul | Tuesday 28-Jul | Wednesday 29-Jul | Thursday 30-Jul | Friday 31-Jul | Saturday 01-Aug | Sunday 02-Aug | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 5,837.67 | 6,060.03 | 6,751.18 | 6,936.85 | 5,953.13 | 11,630.77 | 14,762.12 | **57,931.75** |
| Coupons | -75.31 | -76.75 | -33.58 | -148.24 | -123.53 | -113.81 | -227.01 | **-798.23** |
| Net Sales | 5,762.36 | 5,983.28 | 6,717.60 | 6,788.61 | 5,829.60 | 11,516.96 | 14,535.11 | **57,133.52** |
| Taxes | 379.95 | 391.06 | 438.95 | 447.03 | 379.52 | 750.27 | 957.08 | **3,743.86** |
| **Gross Sales** | **6,142.31** | **6,374.34** | **7,156.55** | **7,235.64** | **6,209.12** | **12,267.23** | **15,492.19** | **60,877.38** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 1,762.79 | 1,360.11 | 1,896.25 | 1,814.69 | 1,284.88 | 2,488.30 | 2,968.39 | **13,575.41** |
| Credit Card | 4,073.07 | 4,493.44 | 4,545.16 | 4,774.93 | 4,219.23 | 9,065.46 | 11,383.75 | **42,555.04** |
| **Total Payments** | **5,835.86** | **5,853.55** | **6,441.41** | **6,589.62** | **5,504.11** | **11,553.76** | **14,352.14** | **56,130.45** |
| Paid Ins | 668.38 | 765.53 | 705.70 | 808.80 | 677.27 | 1,565.98 | 1,759.64 | **6,951.30** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 0.00 | 0.00 | 0.00 | 56.70 | 11.00 | 55.75 | 38.75 | **162.20** |
| Total Voids | 0.00 | 0.00 | 0.00 | 56.70 | 11.00 | 55.75 | 38.75 | **162.20** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 235 | 230 | 276 | 276 | 237 | 408 | 536 | **2198** |
| Avg Sales Per Customer | 24.52 | 26.01 | 24.34 | 24.60 | 24.60 | 28.23 | 27.12 | **179.41** |
| Labor Hours | 48.52 | 50.57 | 53.00 | 62.40 | 77.22 | 88.77 | 100.15 | **480.62** |
| Labor $ | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 72.00 | 72.00 | **216.00** |
| Labor % | 0.00 | 1.20 | 0.00 | 0.00 | 0.00 | 0.63 | 0.50 | **2.32** |
| Labor Efficency/Productivity | | 83.10 | | | | 159.96 | 201.88 | **444.94** |
| Customer Per Labor | 4.84 | 4.55 | 5.21 | 4.42 | 3.07 | 4.60 | 5.35 | **32.04** |