# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 10-Aug | Tuesday 11-Aug | Wednesday 12-Aug | Thursday 13-Aug | Friday 14-Aug | Saturday 15-Aug | Sunday 16-Aug | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 5,849.63 | 6,654.84 | 5,774.68 | 7,683.43 | 7,969.88 | 10,645.66 | 13,610.56 | **58,188.68** |
| Coupons | -5.30 | -22.98 | -27.17 | -45.26 | -74.79 | -22.73 | -55.70 | **-253.93** |
| Net Sales | 5,844.33 | 6,631.86 | 5,747.51 | 7,638.17 | 7,895.09 | 10,622.93 | 13,554.86 | **57,934.75** |
| Taxes | 383.21 | 434.89 | 373.38 | 503.82 | 518.78 | 696.62 | 889.57 | **3,800.27** |
| **Gross Sales** | **6,227.54** | **7,066.75** | **6,120.89** | **8,141.99** | **8,413.87** | **11,319.55** | **14,444.43** | **61,735.02** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 1,926.97 | 1,607.39 | 1,055.79 | 1,513.93 | 1,986.78 | 1,894.14 | 2,318.44 | **12,303.44** |
| Credit Card | 4,116.09 | 5,128.35 | 4,212.23 | 5,898.54 | 5,611.29 | 8,641.56 | 11,244.02 | **44,852.08** |
| **Total Payments** | **6,043.06** | **6,735.74** | **5,268.02** | **7,412.47** | **7,598.07** | **10,535.70** | **13,562.46** | **57,155.52** |
| Paid Ins | 544.38 | 919.40 | 631.21 | 987.56 | 974.34 | 1,652.56 | 1,970.06 | **7,679.51** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 11.95 | 0.00 | 11.00 | 12.95 | 4.00 | 56.20 | 84.65 | **180.75** |
| Total Voids | 11.95 | 0.00 | 11.00 | 12.95 | 4.00 | 56.20 | 84.65 | **180.75** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 228 | 288 | 214 | 300 | 302 | 417 | 489 | **2238** |
| Avg Sales Per Customer | 25.63 | 23.03 | 26.86 | 25.46 | 26.14 | 25.47 | 27.72 | **180.32** |
| Labor Hours | 58.50 | 57.58 | 55.63 | 54.83 | 68.78 | 88.62 | 79.32 | **463.27** |
| Labor $ | 72.00 | 72.00 | 0.00 | 0.00 | 0.00 | 72.00 | 72.00 | **288.00** |
| Labor % | 1.23 | 1.09 | 0.00 | 0.00 | 0.00 | 0.68 | 0.53 | **3.53** |
| Labor Efficency/Productivity | 81.17 | 92.11 | | | | 147.54 | 188.26 | **509.08** |
| Customer Per Labor | 3.90 | 5.00 | 3.85 | 5.47 | 4.39 | 4.71 | 6.17 | **33.48** |