# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 17-Aug | Tuesday 18-Aug | Wednesday 19-Aug | Thursday 20-Aug | Friday 21-Aug | Saturday 22-Aug | Sunday 23-Aug | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 6,798.04 | 6,277.05 | 6,959.51 | 6,176.01 | 7,095.74 | 11,738.99 | 14,202.31 | **59,247.65** |
| Coupons | 0.00 | -10.98 | -169.59 | -39.36 | -165.46 | -68.95 | -31.86 | **-486.20** |
| Net Sales | 6,798.04 | 6,266.07 | 6,789.92 | 6,136.65 | 6,930.28 | 11,670.04 | 14,170.45 | **58,761.45** |
| Taxes | 445.76 | 411.75 | 443.48 | 398.51 | 455.60 | 769.06 | 929.20 | **3,853.36** |
| **Gross Sales** | **7,243.80** | **6,677.82** | **7,233.40** | **6,535.16** | **7,385.88** | **12,439.10** | **15,099.65** | **62,614.81** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 1,607.46 | 1,715.21 | 1,765.13 | 1,448.58 | 1,645.22 | 1,799.34 | 2,663.64 | **12,644.58** |
| Credit Card | 5,027.61 | 4,584.32 | 5,058.19 | 4,458.72 | 5,132.67 | 9,714.99 | 11,101.77 | **45,078.27** |
| **Total Payments** | **6,635.07** | **6,299.53** | **6,823.32** | **5,907.30** | **6,777.89** | **11,514.33** | **13,765.41** | **57,722.85** |
| Paid Ins | 888.08 | 811.75 | 760.76 | 688.79 | 808.75 | 1,713.35 | 1,745.04 | **7,416.52** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 42.20 | 0.00 | 21.45 | 13.70 | 91.35 | 38.40 | 42.70 | **249.80** |
| Total Voids | 42.20 | 0.00 | 21.45 | 13.70 | 91.35 | 38.40 | 42.70 | **249.80** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 282 | 247 | 260 | 253 | 296 | 444 | 524 | **2306** |
| Avg Sales Per Customer | 24.11 | 25.37 | 26.12 | 24.26 | 23.41 | 26.28 | 27.04 | **176.59** |
| Labor Hours | 53.92 | 57.22 | 55.38 | 80.18 | 62.30 | 72.85 | 91.95 | **473.80** |
| Labor $ | 0.00 | 72.00 | 0.00 | 72.00 | 72.00 | 72.00 | 72.00 | **360.00** |
| Labor % | 0.00 | 1.15 | 0.00 | 1.17 | 1.04 | 0.62 | 0.51 | **4.49** |
| Labor Efficency/Productivity | | 87.03 | | 85.23 | 96.25 | 162.08 | 196.81 | **627.41** |
| Customer Per Labor | 5.23 | 4.32 | 4.69 | 3.16 | 4.75 | 6.09 | 5.70 | **33.94** |