# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 24-Aug | Tuesday 25-Aug | Wednesday 26-Aug | Thursday 27-Aug | Friday 28-Aug | Saturday 29-Aug | Sunday 30-Aug | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 5,641.09 | 6,312.66 | 5,188.55 | 7,124.70 | 7,923.05 | 10,975.33 | 13,784.78 | **56,950.16** |
| Coupons | -66.55 | -53.30 | -35.68 | -73.84 | -65.58 | -222.56 | -34.70 | **-552.21** |
| Net Sales | 5,574.54 | 6,259.36 | 5,152.87 | 7,050.86 | 7,857.47 | 10,752.77 | 13,750.08 | **56,397.95** |
| Taxes | 365.65 | 411.61 | 339.20 | 460.97 | 514.17 | 704.84 | 879.09 | **3,675.53** |
| **Gross Sales** | **5,940.19** | **6,670.97** | **5,492.07** | **7,511.83** | **8,371.64** | **11,457.61** | **14,629.17** | **60,073.48** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 1,730.61 | 1,011.23 | 1,756.71 | 2,114.99 | 1,564.10 | 1,648.40 | 2,855.15 | **12,681.19** |
| Credit Card | 3,684.70 | 5,023.26 | 3,323.30 | 4,648.76 | 6,048.45 | 9,055.42 | 10,446.08 | **42,229.97** |
| **Total Payments** | **5,415.31** | **6,034.49** | **5,080.01** | **6,763.75** | **7,612.55** | **10,703.82** | **13,301.23** | **54,911.16** |
| Paid Ins | 591.12 | 840.32 | 537.24 | 810.08 | 1,006.67 | 1,487.03 | 1,750.52 | **7,022.98** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 0.00 | 0.00 | 45.95 | 17.50 | 67.35 | 20.45 | 14.50 | **165.75** |
| Total Voids | 0.00 | 0.00 | 45.95 | 17.50 | 67.35 | 20.45 | 14.50 | **165.75** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 237 | 247 | 202 | 283 | 326 | 423 | 496 | **2214** |
| Avg Sales Per Customer | 23.52 | 25.34 | 25.51 | 24.91 | 24.10 | 25.42 | 27.72 | **176.53** |
| Labor Hours | 45.48 | 59.28 | 49.10 | 59.02 | 97.58 | 86.30 | 101.33 | **498.10** |
| Labor $ | 0.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | **432.00** |
| Labor % | 0.00 | 1.15 | 1.40 | 1.02 | 0.92 | 0.67 | 0.52 | **5.68** |
| Labor Efficency/Productivity | | 86.94 | 71.57 | 97.93 | 109.13 | 149.34 | 190.97 | **705.88** |
| Customer Per Labor | 5.21 | 4.17 | 4.11 | 4.80 | 3.34 | 4.90 | 4.89 | **31.42** |