For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD NJ 07728**

**Thank you for voting Amboy Best Bank for 28 Years in a Row!**
**Vote from 8/17-8/31 to make it 29 Years in a Row**
**and win a Summer Fun prize.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com/SummerFun for more details**

## Free Personal Check Account

**Account number: 16017455**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | $8.00 |
| Deposits and other credits (+) | $17,700.00 |
| Withdrawals, checks and other debits (-) | $17,693.00 |
| Ending Balance on 08-31 | $15.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 08-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,500.00 |
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 250.00 |
| 08-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,400.00 |
| 08-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,000.00 |
| 08-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,050.00 |
| 08-31 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,500.00 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 1042 | 08-03 | 3,500.00 |
| 1043 | 08-17 | 4,500.00 |
| 1044 | 08-21 | 2,000.00 |
| 1045 | 08-24 | 4,000.00 |
| 1046 | 08-31 | 3,500.00 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 08-10 | Internet Transfer to xxx8087 | 3.00 |
| 08-14 | Internet Transfer to xxx8087 | 100.00 |
| 08-19 | Internet Transfer to xxx7764 | 50.00 |
| 08-25 | Internet Transfer to xxx8087 | 30.00 |
| 08-31 | SERVICE CHARGE | 10.00 |


SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1042
55-441/212
16

Date 8/3/26

Pay to the Order of Nancy Faenza $ 3500.00
Three Thousand Five Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈160⑈1745⑈5⑈ 1042

1042 $3,500.00 8/3/2026


SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1043
55-441/212
16

Date 8/17/26

Pay to the Order of Nancy Faenza $ 4500.00
Four Thousand Five Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈160⑈1745⑈5⑈ 1043

1043 $4,500.00 8/17/2026


SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1044
55-441/212
16

Date 8/21/26

Pay to the Order of Nancy Faenza $ 2000.00
Two Thousand Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈160⑈1745⑈5⑈ 1044

1044 $2,000.00 8/21/2026


SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1045
55-441/212
16

Date 8/24/26

Pay to the Order of Nancy Faenza $ 4000.00
Four Thousand Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈160⑈1745⑈5⑈ 1045

1045 $4,000.00 8/24/2026


SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728

1046
55-441/212
16

Date 8/31/26

Pay to the Order of Nancy Faenza $ 3500.00
Three Thousand Five Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈160⑈1745⑈5⑈ 1046

1046 $3,500.00 8/31/2026