For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**FAENZA'S GOURMET MARKET LLC**
**7 DANCER LANE**
**FREEHOLD NJ 07728**

**Thank you for voting Amboy Best Bank 28 Years in a Row!**
**Vote from 8/17-8/31 to make it 29 Years in a Row**
**and win a Summer Fun prize.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com/SummerFun for more details**

## Free Small Business Account

**Account number: 16108183**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | $1.55 |
| Deposits and other credits (+) | $2,370.00 |
| Withdrawals, checks and other debits (-) | $2,350.22 |
| Ending Balance on 08-31 | $21.33 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 08-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 220.00 |
| 08-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 940.00 |
| 08-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 |
| 08-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 |
| 08-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 130.00 |
| 08-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 40.00 |
| 08-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 1208069 INTUIT * QBooks Onl | 85.00 |
| 08-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 350.00 |
| 08-28 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 370.00 |
| 08-31 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 100.00 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 08-10 | XXXXX6241 AMERICAN NAT'L INSPREMIUM | 212.54 |
| 08-13 | fXXXXX4392 Farmers Ins Exch EFT PYMT | 609.00 |
| 08-14 | PAYMENT TO SMALL BUSN LINE LOAN 1323700 | 333.68 |
| 08-14 | OVERDRAFT CHARGE | 35.00 |
| 08-18 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 08-19 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 08-19 | OVERDRAFT CHARGE | 35.00 |

For the period 08-01-2026 to 08-31-2026

FAENZA'S GOURMET MARKET LLC

**Free Small Business Account** **Account number: 16108183**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-20 | OVERDRAFT CHARGE | 35.00 |
| 08-21 | 1208069 INTUIT * QBooks Onl | 85.00 |
| 08-24 | RETURNED CHECK CHARGE | 35.00 |
| 08-25 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-27 | 7712739 INTUIT * QBooks Onl | 85.00 |
| 08-27 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-28 | OVERDRAFT CHARGE | 70.00 |
| 08-31 | SERVICE CHARGE | 15.00 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 175.00 | 2,811.07 |
| TOTAL RETURNED ITEM FEES: | $35.00 | $420.00 |