For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

00000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

**Thank you for voting Amboy Best Bank 28 Years in a Row!**
**Vote from 8/17-8/31 to make it 29 Years in a Row**
**and win a Summer Fun prize.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com/SummerFun for more details**

## Free Small Business Account

**Account number: 16107764**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | -$8,428.43 |
| Deposits and other credits (+) | $232,372.34 |
| Withdrawals, checks and other debits (-) | $237,578.20 |
| Ending Balance on 08-31 | -$13,634.29 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 08-03 | DEPOSIT | 365.00 |
| 08-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 10,500.0( |
| 08-04 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 15,250.0( |
| 08-04 | UBER USA 6787 EDI PAYMNT AUG 03 I7L6ISDPSIED8W8 REF*TN*I7L6ISDPSI\ | 315.88 |
| 08-04 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ GIT / LBR PMT NJWEB82 262121004493122 T | 1,000.00 |
| 08-04 | RETURNED ITEM, INSUFFICIENT FUNDS, NJNG8002210051 NJNATGASCOMPANY NJNGCO | 9,656.07 |
| 08-05 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 6,000.00 |
| 08-05 | RETURNED CHECK# 5180, INSUFFICIENT FUNDS | 450.00 |
| 08-05 | RETURNED ITEM, INSUFFICIENT FUNDS, ST-Q1Z0H6H2O7R2 WWW.SPOTHOPPERAP WWW.SPOTH | 549.00 |
| 08-05 | RETURNED CHECK# 25, INSUFFICIENT FUNDS | 1,000.00 |
| 08-05 | RETURNED CHECK# 5080, INSUFFICIENT FUNDS | 1,000.00 |
| 08-05 | RETURNED CHECK# 5182, INSUFFICIENT FUNDS | 1,200.00 |
| 08-05 | RETURNED CHECK# 5228, INSUFFICIENT FUNDS | 1,300.00 |
| 08-05 | RETURNED CHECK# 5108, INSUFFICIENT FUNDS | 3,049.72 |
| 08-06 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,950.00 |
| 08-06 | RETURNED ITEM, INSUFFICIENT FUNDS, 270661782166808 IRS USATAXPYMT | 2,440.65 |
| 08-07 | DEPOSIT | 472.00 |
| 08-07 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 5,000.00 |
| 08-07 | 26080701ZgWYnV5 GRUBHUB INC Jul Actvty | 65.60 |

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16107764

## Deposits and Other Credits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-07 | 260807O5ZgWYnV5 GRUBHUB INC Aug Actvty | 116.85 |
| 08-07 | ST-A1X6V2L0D9Q9 DoorDash payout DoorDash - | 822.52 |
| 08-07 | RETURNED ITEM, INSUFFICIENT FUNDS, 6029336 INTUIT * QBooks Onl | 85.00 |
| 08-10 | DEPOSIT | 365.00 |
| 08-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 13,950.00 |
| 08-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 14,000.00 |
| 08-11 | UBER USA 6787 EDI PAYMNT AUG 10 QJP2F2GWFO5QYRG REF*TN*QJP2F2GWFO\ | 261.42 |
| 08-11 | RETURNED CHECK# 14934, INSUFFICIENT FUNDS | 220.00 |
| 08-11 | RETURNED CHECK# 5072, INSUFFICIENT FUNDS | 700.00 |
| 08-11 | RETURNED CHECK# 5267, INSUFFICIENT FUNDS | 1,255.76 |
| 08-12 | DEPOSIT | 2,500.00 |
| 08-12 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 6,000.00 |
| 08-12 | RETURNED CHECK# 5273, INSUFFICIENT FUNDS | 1,000.00 |
| 08-13 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,802.00 |
| 08-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 5,250.00 |
| 08-14 | 26081412ZgWYnV5 GRUBHUB INC Aug Actvty | 229.32 |
| 08-14 | ST-Z4G4W8E3M3R9 DoorDash payout DoorDash - | 1,033.15 |
| 08-14 | RETURNED ITEM, INSUFFICIENT FUNDS, 270662563490781 IRS USATAXPYMT | 2,399.77 |
| 08-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 10,800.00 |
| 08-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,579.00 |
| 08-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 11,380.00 |
| 08-18 | UBER USA 6787 EDI PAYMNT AUG 17 4LSTVJR2LL43WJG REF*TN*4LSTVJR2LL\ | 402.15 |
| 08-19 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 50.00 |
| 08-19 | DEPOSIT | 1,080.00 |
| 08-19 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 5,100.00 |
| 08-19 | RETURNED CHECK# 14919, SIGNATURE MISSING | 270.01 |
| 08-20 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 5,440.00 |
| 08-20 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26230100459554 | 284.33 |
| 08-20 | RETURNED ITEM, INSUFFICIENT FUNDS, 270663102724487 IRS USATAXPYMT | 2,381.58 |
| 08-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 08-21 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,000.00 |
| 08-21 | 26082119ZgWYnV5 GRUBHUB INC Aug Actvty | 190.61 |
| 08-21 | ST-O0Z0L1Y3X6T3 DoorDash payout DoorDash - | 1,078.56 |
| 08-21 | RETURNED ITEM, INSUFFICIENT FUNDS, 49313384 P NEW YORK LIFE INS. PREM. | 1,185.49 |
| 08-24 | DEPOSIT | 365.00 |
| 08-24 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 11,600.00 |
| 08-24 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 NJWEB04110 26232100463896 | 5,725.32 |
| 08-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 16,000.00 |
| 08-25 | UBER USA 6787 EDI PAYMNT AUG 24 YIE2PZGQ69OPE2Q REF*TN*YIE2PZGQ69\ | 274.44 |
| 08-26 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 5,660.00 |
| 08-27 | DEPOSIT | 985.00 |
| 08-27 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,725.00 |
| 08-27 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26237100466484 | 284.23 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-27 | RETURNED CHECK# 5344, INSUFFICIENT FUNDS | 440.00 |
| 08-27 | RETURNED CHECK# 14958, INSUFFICIENT FUNDS | 470.11 |
| 08-27 | RETURNED CHECK# 5352, INSUFFICIENT FUNDS | 600.00 |
| 08-27 | RETURNED CHECK# 5320, INSUFFICIENT FUNDS | 1,044.60 |
| 08-27 | RETURNED ITEM, INSUFFICIENT FUNDS, 270663842609371 IRS USATAXPYMT | 2,459.45 |
| 08-28 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,850.00 |
| 08-28 | 26082826ZgWYnV5 GRUBHUB INC Aug Actvty | 126.46 |
| 08-28 | ST-G1F3W1I6K4K3 DoorDash payout DoorDash - | 1,471.29 |
| 08-31 | DEPOSIT | 365.00 |
| 08-31 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 450.00 |
| 08-31 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 12,200.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 25* | 08-04 | 1,000.00 | 5205 | 08-25 | 1,000.00 | 5241 | 08-12 | 600.00 |
| 4591* | 08-24 | 550.00 | 5206 | 08-12 | 1,000.00 | 5242 | 08-14 | 600.00 |
| 4954* | 08-17 | 2,300.00 | 5207 | 08-19 | 1,000.00 | 5243 | 08-07 | 1,020.00 |
| 5025* | 08-04 | 916.67 | 5208 | 08-03 | 3,100.00 | 5244 | 08-14 | 1,020.00 |
| 5032* | 08-04 | 1,558.57 | 5209* | 08-04 | 245.84 | 5245 | 08-05 | 500.00 |
| 5069* | 08-27 | 505.00 | 5211* | 08-06 | 1,168.28 | 5246 | 08-10 | 500.00 |
| 5072 | 08-10 | 700.00 | 5213 | 08-07 | 3,100.00 | 5247 | 08-12 | 500.00 |
| 5073* | 08-03 | 700.00 | 5214* | 08-03 | 500.00 | 5248 | 08-17 | 500.00 |
| 5080* | 08-04 | 1,000.00 | 5216* | 08-03 | 500.00 | 5249 | 08-07 | 850.00 |
| 5108* | 08-04 | 3,049.72 | 5218 | 08-19 | 500.00 | 5250 | 08-10 | 154.00 |
| 5146* | 08-14 | 680.00 | 5219* | 08-19 | 500.00 | 5251 | 08-14 | 850.00 |
| 5158* | 08-03 | 750.00 | 5224 | 08-12 | 515.16 | 5252 | 08-07 | 700.00 |
| 5163 | 08-03 | 722.40 | 5225 | 08-20 | 1,000.00 | 5253 | 08-13 | 585.00 |
| 5164 | 08-07 | 700.00 | 5226 | 08-26 | 1,000.00 | 5254 | 08-11 | 750.00 |
| 5165* | 08-31 | 750.00 | 5227 | 08-03 | 250.00 | 5255 | 08-20 | 420.00 |
| 5173* | 08-12 | 450.00 | 5228 | 08-04 | 1,300.00 | 5256 | 08-26 | 420.00 |
| 5175* | 08-07 | 350.00 | 5229 | 08-06 | 1,300.00 | 5257 | 08-10 | 212.00 |
| 5177* | 08-03 | 1,216.23 | 5230 | 08-06 | 900.00 | 5258 | 08-11 | 842.18 |
| 5180* | 08-04 | 450.00 | 5231 | 08-06 | 1,230.27 | 5259 | 08-14 | 936.20 |
| 5182* | 08-04 | 1,200.00 | 5232 | 08-10 | 879.55 | 5260 | 08-12 | 800.00 |
| 5188* | 08-03 | 500.00 | 5233 | 08-05 | 100.00 | 5261 | 08-13 | 380.00 |
| 5196 | 08-31 | 1,000.00 | 5234 | 08-03 | 400.00 | 5262 | 08-07 | 300.00 |
| 5197* | 08-17 | 1,000.00 | 5235 | 08-03 | 600.00 | 5263 | 08-17 | 950.00 |
| 5200 | 08-04 | 450.00 | 5236 | 08-07 | 450.00 | 5264 | 08-06 | 950.00 |
| 5201 | 08-10 | 705.35 | 5237 | 08-10 | 1,500.00 | 5265 | 08-04 | 200.00 |
| 5202 | 08-24 | 584.95 | 5238 | 08-10 | 450.00 | 5266 | 08-11 | 1,200.00 |
| 5203 | 08-03 | 1,535.81 | 5239 | 08-05 | 600.00 | 5267 | 08-10 | 1,255.76 |
| 5204 | 08-03 | 1,000.00 | 5240 | 08-10 | 600.00 | 5268 | 08-17 | 1,375.23 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5269 | 08-07 | 3,049.72 | 5315 | 08-24 | 1,505.79 | 14896 | 08-21 | 255.19 |
| 5270 | 08-11 | 656.81 | 5316* | 08-24 | 700.00 | 14897 | 08-04 | 270.01 |
| 5271 | 08-31 | 1,000.00 | 5319 | 08-26 | 1,790.93 | 14898 | 08-05 | 6.85 |
| 5272 | 08-13 | 1,000.00 | 5320 | 08-26 | 1,044.60 | 14899* | 08-07 | 167.77 |
| 5273 | 08-11 | 1,000.00 | 5321* | 08-28 | 250.00 | 14902* | 08-03 | 12.79 |
| 5273 | 08-24 | 1,000.00 | 5323 | 08-21 | 500.00 | 14904 | 08-11 | 10.88 |
| 5274 | 08-12 | 184.00 | 5324 | 08-25 | 500.00 | 14905 | 08-03 | 486.80 |
| 5275 | 08-10 | 600.00 | 5325 | 08-31 | 500.00 | 14906 | 08-04 | 19.90 |
| 5276 | 08-17 | 1,036.00 | 5326* | 08-27 | 900.00 | 14907 | 08-03 | 148.62 |
| 5277 | 08-19 | 1,200.00 | 5328 | 08-25 | 700.00 | 14908 | 08-03 | 102.96 |
| 5278 | 08-11 | 100.00 | 5329 | 08-27 | 724.08 | 14909 | 08-05 | 1.04 |
| 5279 | 08-10 | 450.00 | 5330 | 08-25 | 2,500.00 | 14910 | 08-03 | 13.31 |
| 5280 | 08-14 | 600.00 | 5331* | 08-24 | 900.00 | 14911 | 08-13 | 236.47 |
| 5281 | 08-13 | 500.00 | 5334 | 08-24 | 500.00 | 14912* | 08-04 | 431.18 |
| 5282* | 08-18 | 500.00 | 5335* | 08-28 | 1,332.08 | 14915 | 08-14 | 595.06 |
| 5284* | 08-12 | 500.00 | 5337 | 08-28 | 850.00 | 14916 | 08-11 | 424.43 |
| 5286 | 08-05 | 103.90 | 5338 | 08-31 | 600.00 | 14917 | 08-14 | 470.11 |
| 5286 | 08-14 | 500.00 | 5339 | 08-27 | 600.00 | 14918 | 08-24 | 151.20 |
| 5287 | 08-13 | 544.52 | 5340* | 08-28 | 1,020.00 | 14919 | 08-19 | 270.01 |
| 5288 | 08-20 | 501.40 | 5342 | 08-28 | 231.00 | 14919* | 08-20 | 270.01 |
| 5289 | 08-17 | 491.35 | 5343 | 08-28 | 600.00 | 14923 | 08-12 | 10.78 |
| 5290 | 08-14 | 1,000.00 | 5344 | 08-26 | 440.00 | 14924 | 08-13 | 340.98 |
| 5291 | 08-18 | 800.00 | 5345* | 08-31 | 430.00 | 14925 | 08-11 | 24.08 |
| 5292 | 08-21 | 800.00 | 5348* | 08-31 | 200.00 | 14926 | 08-14 | 492.68 |
| 5293 | 08-24 | 1,000.00 | 5350 | 08-27 | 128.00 | 14927 | 08-11 | 17.01 |
| 5294* | 08-31 | 2,000.00 | 5351 | 08-31 | 1,000.00 | 14928 | 08-12 | 147.60 |
| 5296 | 08-24 | 1,500.00 | 5352* | 08-26 | 600.00 | 14929 | 08-18 | 230.70 |
| 5297 | 08-21 | 850.00 | 5356* | 08-31 | 1,608.63 | 14930 | 08-12 | 5.39 |
| 5298 | 08-24 | 300.00 | 5362 | 08-28 | 360.00 | 14931 | 08-10 | 1.12 |
| 5299 | 08-21 | 1,020.00 | 5363 | 08-31 | 645.00 | 14932 | 08-13 | 172.83 |
| 5300 | 08-18 | 450.00 | 5364* | 08-28 | 950.00 | 14933 | 08-11 | 431.18 |
| 5301 | 08-21 | 950.00 | 14813* | 08-19 | 107.70 | 14934 | 08-10 | 220.00 |
| 5302 | 08-20 | 585.00 | 14832* | 08-03 | 305.80 | 14934 | 08-24 | 220.00 |
| 5303 | 08-18 | 435.00 | 14837* | 08-19 | 110.46 | 14935* | 08-17 | 85.00 |
| 5304 | 08-24 | 400.00 | 14853* | 08-05 | 241.20 | 14938* | 08-17 | 595.06 |
| 5305 | 08-17 | 645.00 | 14858 | 08-18 | 107.01 | 14940 | 08-21 | 470.11 |
| 5306 | 08-19 | 600.00 | 14859* | 08-03 | 11.46 | 14941* | 08-21 | 270.01 |
| 5307 | 08-21 | 600.00 | 14874 | 08-03 | 470.11 | 14944 | 08-17 | 14.89 |
| 5308 | 08-24 | 462.00 | 14875* | 08-03 | 330.25 | 14945 | 08-18 | 619.45 |
| 5309 | 08-18 | 1,000.00 | 14877* | 08-05 | 5.55 | 14946 | 08-19 | 15.49 |
| 5310 | 08-26 | 620.22 | 14880 | 08-03 | 42.23 | 14947 | 08-20 | 491.26 |
| 5311 | 08-20 | 600.00 | 14881* | 08-04 | 480.72 | 14948 | 08-18 | 16.58 |
| 5312 | 08-24 | 750.00 | 14893 | 08-05 | 595.06 | 14949 | 08-17 | 191.82 |
| 5313 | 08-19 | 218.00 | 14894 | 08-05 | 256.62 | 14950 | 08-18 | 214.29 |
| 5314 | 08-24 | 1,255.76 | 14895 | 08-05 | 470.11 | 14951* | 08-18 | 6.53 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16107764

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 14953* | 08-17 | 431.18 | 14967 | 08-24 | 165.90 | 14974* | 08-25 | 431.18 |
| 14956* | 08-27 | 595.06 | 14968 | 08-25 | 31.63 | 14978* | 08-31 | 595.06 |
| 14958 | 08-26 | 470.11 | 14969 | 08-24 | 442.74 | 14991 | 08-31 | 19.11 |
| 14959* | 08-27 | 270.01 | 14970* | 08-28 | 106.86 | 14992 | 08-31 | 17.02 |
| 14964* | 08-25 | 429.13 | 14972 | 08-24 | 26.78 | | | |
| 14966 | 08-24 | 376.56 | 14973 | 08-24 | 18.39 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 08-03 | 32KDB6 AppFolio, Inc. F WEB PMTS | 2.49 |
| 08-03 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 |
| 08-03 | 5P-XXXXX8427 EZPASS8882886865 AUTO REPL | 45.00 |
| 08-03 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 |
| 08-03 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 |
| 08-03 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-03 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 08-03 | 604599217073111 Sams Club SYF PAYMNT | 375.00 |
| 08-03 | 71F88G Acorn Property M WEB PMTS | 400.00 |
| 08-03 | 9586437583 CHASE CREDIT CRD EPAY | 500.00 |
| 08-03 | 9032756179 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-03 | 9579611031 CHASE CREDIT CRD EPAY | 950.00 |
| 08-03 | NJ GIT / LBR PMT NJWEB82 262121004493122 TXP*B872535605000*13002*26063 | 1,000.00 |
| 08-03 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 9,656.07 |
| 08-03 | OVERDRAFT CHARGE | 105.00 |
| 08-04 | 44S5C6 AppFolio, Inc. F WEB PMTS | 2.49 |
| 08-04 | XXXXX6209 AUTHNET GATEWAY BILLING | 33.00 |
| 08-04 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 250.00 |
| 08-04 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-04 | Y8529G Acorn Property M WEB PMTS | 400.00 |
| 08-04 | ST-Q1Z0H6H2O7R2 WWW.SPOTHOPPERAP WWW.SPOTHO | 549.00 |
| 08-04 | 9588717987 CHASE CREDIT CRD EPAY | 1,000.00 |
| 08-04 | OVERDRAFT CHARGE | 35.00 |
| 08-04 | RETURNED CHECK CHARGE | 70.00 |
| 08-05 | 1001465118 CINTASCORPORATIO 67EAA77A3D | 299.10 |
| 08-05 | SBA EIDL LOAN PAYMENT 260804 0000 6800978201 | 398.00 |
| 08-05 | 9593722543 CHASE CREDIT CRD EPAY | 750.00 |
| 08-05 | 270661782166808 IRS USATAXPYMT | 2,440.65 |
| 08-05 | RETURNED CHECK CHARGE | 105.00 |
| 08-06 | 6029336 INTUIT * QBooks Onl | 85.00 |
| 08-06 | NJ WEB PMT 01120 NJWEB01120 262171004517436 TXP*B872535605000*01120*26093 | 291.37 |
| 08-06 | 9596487270 CHASE CREDIT CRD EPAY | 900.00 |
| 08-06 | RETURNED CHECK CHARGE | 35.00 |
| 08-06 | OVERDRAFT CHARGE | 70.00 |
| 08-07 | 9032833149 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-07 | 9598830427 CHASE CREDIT CRD EPAY | 925.00 |
| 08-07 | 9599676717 CHASE CREDIT CRD EPAY | 975.00 |
| 08-07 | XXXXX1593 Lend Bug LLC 9175802864 | 1,000.00 |
| 08-07 | RETURNED CHECK CHARGE | 35.00 |
| 08-07 | OVERDRAFT CHARGE | 70.00 |
| 08-10 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-10 | SKI300 ACE ENDICO CORP SKI300 | 500.00 |
| 08-10 | 9032549793 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 08-10 | XXXXX5321 IVY RECEIVABLES 3477550766 | 750.00 |
| 08-10 | 9607033306 CHASE CREDIT CRD EPAY | 750.00 |
| 08-10 | 0000 DEPT EDUCATION STUDENT LN | 788.85 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-10 | 9032872331 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-10 | FTXXXXX9181 FERR FERRARO FOO FERR FERRA | 996.61 |
| 08-10 | 9606118181 CHASE CREDIT CRD EPAY | 1,000.00 |
| 08-10 | 9602305928 CHASE CREDIT CRD EPAY | 1,800.00 |
| 08-10 | OVERDRAFT CHARGE | 105.00 |
| 08-11 | XXXXX0047 AMERICAN NAT'L INSPREMIUM | 477.60 |
| 08-11 | LAW OFFICES OF S J2976 OOFF CZ10000TX298C TRN*1*CZ10000TX298C\RMR*IK*LA | 500.00 |
| 08-11 | 000001880294971 BCBSNJ Primary 1 Online | 561.62 |
| 08-11 | HILOYO INVESTMEN ACH Debit 260811 9032970249 nsf redo | 800.00 |
| 08-11 | FTXXXXX8776 FERR FERRARO FOO FERR FERRA | 1,073.87 |
| 08-11 | RETURNED CHECK CHARGE | 105.00 |
| 08-12 | 8125759 INTUIT * QBooks Onl | 85.00 |
| 08-12 | 9611971116 CHASE CREDIT CRD EPAY | 750.00 |
| 08-12 | RETURNED CHECK CHARGE | 35.00 |
| 08-12 | OVERDRAFT CHARGE | 70.00 |
| 08-13 | NJ WEB PMT 01120 NJWEB01120 262241004552045 TXP*B872535605000*01120*26093 | 277.94 |
| 08-13 | NJ LBR INS REM NJWEB13006 262241004551382 TXP*B872535605000*13006*23123 | 450.00 |
| 08-13 | 9614327536 CHASE CREDIT CRD EPAY | 900.00 |
| 08-13 | 270662563490781 IRS USATAXPYMT | 2,399.77 |
| 08-13 | OVERDRAFT CHARGE | 105.00 |
| 08-14 | 9032639161 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 08-14 | 9032972416 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-14 | XXXXX2938 Lend Bug LLC 9175802864 | 1,000.00 |
| 08-14 | 9617215996 CHASE CREDIT CRD EPAY | 1,500.00 |
| 08-14 | RETURNED CHECK CHARGE | 35.00 |
| 08-14 | OVERDRAFT CHARGE | 70.00 |
| 08-17 | 9625154069 CHASE CREDIT CRD EPAY | 500.00 |
| 08-17 | XXXXX8624 IVY RECEIVABLES 3477550766 | 750.00 |
| 08-17 | 9032999050 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-17 | OVERDRAFT CHARGE | 105.00 |
| 08-18 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 166.84 |
| 08-18 | QYSVC6 AppFolio, Inc. F WEB PMTS | 2.49 |
| 08-18 | 1001466927 CINTASCORPORATIO 67EAA77A3D | 179.52 |
| 08-18 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-18 | 0DXMBG Acorn Property M WEB PMTS | 2,500.00 |
| 08-18 | OVERDRAFT CHARGE | 105.00 |
| 08-19 | NJ WEB PMT 01120 NJWEB01120 262301004595540 TXP*B872535605000*01120*26093 | 284.33 |
| 08-19 | 49 093 912 NEW YORK LIFE INS. PREM. | 366.50 |
| 08-19 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 08-19 | 270663102724487 IRS USATAXPYMT | 2,381.58 |
| 08-19 | OVERDRAFT CHARGE | 105.00 |
| 08-20 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-20 | 49313384 P NEW YORK LIFE INS. PREM. | 1,185.49 |
| 08-20 | OVERDRAFT CHARGE | 35.00 |
| 08-20 | RETURNED CHECK CHARGE | 70.00 |
| 08-21 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-21 | 0PKRWS StandardWasteSer SIGONFILE | 440.00 |
| 08-21 | FTXXXXX3960 FERR FERRARO FOO FERR FERRA | 720.02 |
| 08-21 | 9033078652 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-21 | 9637091206 CHASE CREDIT CRD EPAY | 950.00 |
| 08-21 | NJ WEB PMT 04110 NJWEB04110 262321004638962 TXP*B872535605000*04110*26093 | 5,725.32 |
| 08-21 | RETURNED CHECK CHARGE | 35.00 |
| 08-21 | OVERDRAFT CHARGE | 70.00 |
| 08-24 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 08-24 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 08-24 | XXXXX6638 IVY RECEIVABLES 3477550766 | 750.00 |
| 08-24 | 9033106410 HILOYO INVESTMEN ACH Debit | 800.00 |

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16107764

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-24 | 9640257207 CHASE CREDIT CRD EPAY | 950.00 |
| 08-24 | FTXXXXX3948 FERR FERRARO FOO FERR FERRA | 1,398.18 |
| 08-24 | RETURNED CHECK CHARGE | 35.00 |
| 08-24 | OVERDRAFT CHARGE | 70.00 |
| 08-25 | FZL1D6 AppFolio, Inc. F WEB PMTS | 2.49 |
| 08-25 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 08-25 | 9647140960 CHASE CREDIT CRD EPAY | 950.00 |
| 08-25 | RR32CG Acorn Property M WEB PMTS | 1,500.00 |
| 08-25 | OVERDRAFT CHARGE | 105.00 |
| 08-26 | NJ WEB PMT 01120 NJWEB01120 262371004664846 TXP*B872535605000*01120*26093 | 284.23 |
| 08-26 | 270663842609371 IRS USATAXPYMT | 2,459.45 |
| 08-26 | OVERDRAFT CHARGE | 105.00 |
| 08-27 | 604599217073111 Sams Club SYF PAYMNT | 100.00 |
| 08-27 | 9652638324 CHASE CREDIT CRD EPAY | 950.00 |
| 08-27 | RETURNED CHECK CHARGE | 105.00 |
| 08-28 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 08-28 | 722076950170391 BEST BUY AUTO PYMT | 305.00 |
| 08-28 | 9033172176 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-28 | XXXXX1146 Lend Bug LLC 9175802864 | 1,000.00 |
| 08-28 | 49313384 P NEW YORK LIFE RETRY PYMT | 1,185.49 |
| 08-28 | 9655265294 CHASE CREDIT CRD EPAY | 1,600.00 |
| 08-28 | OVERDRAFT CHARGE | 105.00 |
| 08-31 | 356766884000 1 VERIZON VZ BillPay | 280.52 |
| 08-31 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 08-31 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 08-31 | XXXXX1704 IVY RECEIVABLES 3477550766 | 750.00 |
| 08-31 | 9033186266 HILOYO INVESTMEN ACH Debit | 800.00 |
| 08-31 | 9661395154 CHASE CREDIT CRD EPAY | 900.00 |
| 08-31 | 9657931595 CHASE CREDIT CRD EPAY | 1,600.00 |
| 08-31 | OVERDRAFT CHARGE | 105.00 |
| 08-31 | SERVICE CHARGE | 75.60 |
| 08-31 | OVERDRAFT INTEREST CHARGE | 118.17 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 1,658.17 | 9,174.62 |
| TOTAL RETURNED ITEM FEES: | $665.00 | $9,030.00 |

THIS CHECK IS VOID WITHOUT A MULTI-COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

0025
55-441/212

7/24/26 DATE

PAY TO THE ORDER OF All State Realty $ 1000.00

One Thousand DOLLARS

AMBOY Bank

MEMO

⑆021204416⑆16107764⑈ 0025

565673124315 143515 20260803 0000000000 16107764
TRN_DEBIT TAH6850 1000.00
West Long Branch 0856 94004 5656 0002 01

PAY TO THE ORDER OF ALLSTATE REALTY LLC
FOR DEPOSIT ONLY

25 $1,000.00 8/4/2026 | 25 $1,000.00 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4591
55-441/212
16

4/13/26 Date

Pay to the Order of Brubella $ 550.00

Five Hundred Fifty and 00/00 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For on acct

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4591

JPMorganChaseBank 082402 720501 907360151086

4591 $550.00 8/24/2026 | 4591 $550.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4954
55-441/212
16

8/15/26 Date

Pay to the Order of Joseph Faenza $ 2300.00

Two Thousand Three Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For Replace 6830

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4954

CHECK BOX FOR MOBILE REMOTE DEPOSIT

4954 $2,300.00 8/17/2026 | 4954 $2,300.00 8/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5025
55-441/212
16

8/3/2026 Date

Pay to the Order of John LaTona $ 916.67

Nine Hundred Sixteen 67/xx Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For March 2026

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5025

021204416
16107764
THE SKILLET BY SAL INC
For Deposit Only - JPMC

Security Features exceed industry standards and include:

Do not cash if:

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5025 $916.67 8/4/2026 | 5025 $916.67 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5032
55-441/212
16

8-2-2026 Date

Pay to the Order of John Licci $ 1558.57

ONE THOUSAND-FIVE HUNDRED FIFTY-EIGHT 57/xx Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For ~~March~~ 2026 NOV.

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5032

021204416
16107764
THE SKILLET BY SAL INC
5032

Security Features exceed industry standards and include:
• ImageMatch – Matching account and check number
• MobileMark – Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave – pattern on back designed to deter fraud
• Microprint • MP lines printed on front and back
• The words ORIGINAL DOCUMENT across the back
• Photo Safe Deposit – icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5032 $1,558.57 8/4/2026 | 5032 $1,558.57 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5069
55-441/212
16

26 Date

Pay to the Order of Cash $ 505.00

Five Hundred Five and 00/xx Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5069

021204416
5069

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back

732 658 3186

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5069 $505.00 8/27/2026 | 5069 $505.00 8/27/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5072

8-01-26

Pay to the Order of Rosario Falzone $ 700.00

Seven Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com

For Replace

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5072

0077911259 TD Mobile Deposit
8/7/2026 8:55:56 AM
7865362698

5072 $700.00 8/10/2026

5072 $700.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5073

7-29-26

Pay to the Order of Rosario Falzone $ 700.00

Seven Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com

For Replace Month of May

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5073

0080227256 TD Mobile Deposit
7/31/2026 8:14:10 AM
7865362698
THE SKILLET BY SAL INC

5073 $700.00 8/3/2026

5073 $700.00 8/3/2026

*021302648*
07/30/2026
9705371110464 50

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Return Reason-A
NOT SUFFICIENT FUNDS

Tompkns Bank and Trust
(Chargeback)

NSF

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5080

7/28/26

Pay to the Order of Global Bld $ 1000.00

One Thousand Dollars

AMBOY Bank

For On Acct

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5080

⑆021204416⑆161077640 5080 ⑈0000100000⑈

For Deposit Only
Tompkins Bank & Trust

5080 $1,000.00 8/4/2026

5080 $1,000.00 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5108

8/2

Pay to the Order of Simply Fresh $ 3049.72

Three Thousand Forty-nine 72/100 Dollars

AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com

For 6/17 6/21 6/22 6/23 6/24 6/26 6/27 6/30

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5108

For Deposit Only - JPMC

FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE INC.

5108 $3,049.72 8/4/2026

5108 $3,049.72 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5146

8/13/26

Pay to the Order of Grafty's $ 680.

Six Hundred Eighty Dollars

AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com

For 6/5 6/13 6/20

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5146

JPMorganChaseBank 081302 000426 825220107540

5146 $680.00 8/14/2026

5146 $680.00 8/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5158

7/28/26

Pay to the Order of Joseph Santoro $ 750.00

Seven Hundred Fifty Dollars

AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5158

>231270353<
OceanFirst Bank TC #885
2026-07-31
0525042003
INST=INST-RTNUM=>231270353Batch
BRANCHNAME=TINTON FALLS SHREWSBURY AVEBR=141-TLRID=1303
BUSDT=07/31/26-TRANDT=07/31726
ITEMNUM=052504200356-STARTTM= 3:39:49 PM

5158 $750.00 8/3/2026

5158 $750.00 8/3/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5163
7/1/26 Date
Pay to the Order of Abbate Bakery $ 722.40
Seven Hundred Twenty Two & 40/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For up to 7/19
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5163

5163 $722.40 8/3/2026


Security Features exceed industry standards and include:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5163 $722.40 8/3/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5164
1/26 Date
Pay to the Order of Abbate Bakery $ 700.00
Seven Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5164

5164 $700.00 8/7/2026


Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5164 $700.00 8/7/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5165
7/31/26 Date
Pay to the Order of Paramount Paper $ 750.00
Seven Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For On acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5165

5165 $750.00 8/31/2026


JPMorganChaseBank 082802 377307 967420071955
FOR DEPOSIT ONLY
PARAMOUNT PAPER AND PLASTIC CORP

5165 $750.00 8/31/2026


*021204416*
07/29/2026
1460346334
This is a LEGAL COPY of your check. You can use it the same way you would use the original check
RETURN REASON -A
NSF - NOT SUFFICIENT FUNDS
NSF - NOT SUFFICIENT FUNDS
THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5173
7/17/26
Pay to the Order of Nina Amarido $ 450.00
Four Hundred Fifty Dollars
AMBOY Bank
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5173
⑆021204416⑆ ⑈161⑈0776⑈4⑈5173⑈0000045000⑈

5173 $450.00 8/12/2026


Do not endorse or write below this line

5173 $450.00 8/12/2026


*061000146*
07/31/2026
3355713221
This is a LEGAL COPY of your check. You can use it the same way you would use the original check
RETURN REASON-A
NOT SUFFICIENT FUNDS
NSF
THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5175
7/22/26
Pay to the Order of Seashore Farms $ 350.00
Three Hundred Fifty Dollars
AMBOY Bank
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5175
⑆021204416⑆ 16107764⑈5175 ⑈0000035000⑈

5175 $350.00 8/7/2026


>021213520< 20260806
BCB Community Bank
Drawer#/Trans#: 35593/0007
HIN: 971424940000096
For Deposit Only
Do not endorse or write below this line

5175 $350.00 8/7/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5177
7/30/26 Date
Pay to the Order of Russo Meats $ 1216.23/100
One Thousand Two Hundred Sixteen 23/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 6/18
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5177

5177 $1,216.23 8/3/2026


557825127150 163530 20260731 00000000161-0776-4
TRN_DEBIT TAS8448 1216.23
Marlboro 0088 94004 5578 0004 0101

5177 $1,216.23 8/3/2026







5180 $450.00 8/4/2026

5180 $450.00 8/4/2026







5182 $1,200.00 8/4/2026

5182 $1,200.00 8/4/2026







5188 $500.00 8/3/2026

5188 $500.00 8/3/2026







5196 $1,000.00 8/31/2026

5196 $1,000.00 8/31/2026







5197 $1,000.00 8/17/2026

5197 $1,000.00 8/17/2026







5200 $450.00 8/4/2026

5200 $450.00 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5201
55-441/212
16
Date 8/4/26
Pay to the Order of New Market $ 705 35/
Seven Hundred five and 35/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 68895
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5201

5201 $705.35 8/10/2026

PAY TO THE ORDER OF
JP MORGAN CHASE BANK
021000021
FOR DEPOSIT ONLY
NEWMARKET FINE FOODS, LLC
68450156669

5201 $705.35 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5202
55-441/212
16
Date 8/14/26
Pay to the Order of New Market $ 584.95/
Five Hundred Eighty Four and 95/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 68989
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5202

5202 $584.95 8/24/2026

ENDORSE HERE
PAY TO THE ORDER OF
JP MORGAN CHASE BANK
021000021
FOR DEPOSIT ONLY
NEWMARKET FINE FOODS, LLC
68450156669

5202 $584.95 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5203
55-441/212
16
Date 7/31/26
Pay to the Order of Sullivan Brothers $ 1535 98/
One Thousand five Hundred Thirty five and 95/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 5/19 1435.98 + 100
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5203

5203 $1,535.81 8/3/2026

529930155399 132733 20260731 00000000161-0776-4
TRN_DEBIT TAP2460 0.00
Monmouth Regional 0299 94004 5299 0011 0110

5203 $1,535.81 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5204
55-441/212
16
Date 7/31/2026
Pay to the Order of Agostino Bonelli $ 1000 00/
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For On accont
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5204

5204 $1,000.00 8/3/2026

021204416 5204
Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
ENDORSE HERE

5204 $1,000.00 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5205
55-441/212
16
Date 8/22/26
Pay to the Order of Agostino Bonelli $ 1000 00/
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5205

5205 $1,000.00 8/25/2026

021204416 5205
1610776 4
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
ENDORSE HERE

5205 $1,000.00 8/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5206
55-441/212
16
Date 8/9/26
Pay to the Order of Global Blends $ 1000 00/
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For On acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5206

5206 $1,000.00 8/12/2026

For Deposit Only
Tompkins Bank & Trust - NY
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5206 $1,000.00 8/12/2026







5207 $1,000.00 8/19/2026 — 5207 $1,000.00 8/19/2026







5208 $3,100.00 8/3/2026 — 5208 $3,100.00 8/3/2026







5209 $245.84 8/4/2026 — 5209 $245.84 8/4/2026







5211 $1,168.28 8/6/2026 — 5211 $1,168.28 8/6/2026







5213 $3,100.00 8/7/2026 — 5213 $3,100.00 8/7/2026







5214 $500.00 8/3/2026 — 5214 $500.00 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5216
55-441/212
7/30/26 Date
Pay to the Order of Noel Gonzalez $ 500
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/26 5187
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5216

For Deposit Only - JPMC

5216 $500.00 8/3/2026

5216 $500.00 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5218
55-441/212
Aug 13, 2026 Date
Pay to the Order of Elias Abilheira $ 500%
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Legal Work
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5218

Navy Federal Credit Union
820 Follin Lane, Vienna VA 22180
08/17/2026 - 19:03:54
000000241292363
<<256074974>>
eDeposits
For Mobile Deposit only at NFCU

5218 $500.00 8/19/2026

5218 $500.00 8/19/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5219
55-441/212
8/18/26 Date
Pay to the Order of Elias Abilheira $ 500%
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Legal Work
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5219

Navy Federal Credit Union
820 Follin Lane, Vienna VA 22180
08/18/2026 - 07:42:21
000000241313394
<<256074974>>
eDeposits
For Mobile Deposit Only at NFCU

5219 $500.00 8/19/2026

5219 $500.00 8/19/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5224
55-441/212
8/10/26
Pay to the Order of 2nd to None $ 515 16/100
Five Hundred Fifteen and 16/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
115233
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5224

For Deposit Only JPMC
For Deposit only

5224 $515.16 8/12/2026

5224 $515.16 8/12/2026

THE SKILLET BY SAL INC P 854028
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5225
55-441/212
8/12/26 Date
Pay to the Order of State of New Jersey $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 872-535-605/000
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5225

RECEIVED
Freehold
DIVISION OF TAXATION

5225 $1,000.00 8/20/2026

5225 $1,000.00 8/20/2026

THE SKILLET BY SAL INC P854491
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5226
55-441/212
8/19/26 Date
Pay to the Order of State of New Jersey $ 1000 00/100
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 872-535-605/000
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5226

RECEIVED
Freehold
DIVISION OF TAXATION

5226 $1,000.00 8/26/2026

5226 $1,000.00 8/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5227
Pay to the Order of Cash $250.00
Two Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Music
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5227

OceanFirst Bank TC #885
INST=INST-RTNUM=231270353-BRANCHNAME=FREEHOLDBR=22-TLRID=1004
BUSDT=07/31/26-TRANDT=07/31/26
ITEMNUM=0525146002011-STARTTM= 1:27:26 PM
FOR MOBILE DEPOSIT

5227 $250.00 8/3/2026 | 5227 $250.00 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5228
7/31/26
Pay to the Order of Ranchers Best $1300.00
One Thousand Three Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5228

Br=11-TlrID=1104-TranDt=08/01/26
PAY TO THE ORDER OF
STATEN ISLAND, NY 10305-3308
FOR DEPOSIT ONLY
RANCHERS BEST WHOLESALE MEATS INC
713001410

5228 $1,300.00 8/4/2026 | 5228 $1,300.00 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5229
8/5/26
Pay to the Order of Ranchers Best $1300.00
One Thousand Three Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5229

Br=11-TlrID=1105-TranDt=08/05/26
ENDORSE HERE
PAY TO THE ORDER OF
STATEN ISLAND, NY 10305-3308
FOR DEPOSIT ONLY
RANCHERS BEST WHOLESALE MEATS INC
713001410

5229 $1,300.00 8/6/2026 | 5229 $1,300.00 8/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5230
8/6/26
Pay to the Order of Puglisi Eggs $900.00
Nine Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5230

BOFD >021204416<
Puglisi Egg Farm
2026-08-06
9982655406
ENDORSE HERE
PAY TO THE ORDER OF AMBOY BANK HOWELL, NJ 07731-2690 021204416
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS T/A PUGLISI EGG FARMS

5230 $900.00 8/6/2026 | 5230 $900.00 8/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5231
8/5/26
Pay to the Order of Russo Meats $1230.27
One Thousand Two Hundred Thirty and 27/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 6/23/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5231

FOR DEPOSIT ONLY
RUSSO MEATS
3514625044

5231 $1,230.27 8/6/2026 | 5231 $1,230.27 8/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5232
8/7/26
Pay to the Order of Russo Meats $879.55
Eight Hundred Seventy nine and 55/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 6/26/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5232

557825128962 161521 20260807 0000000000 0776-4
TRN_DEBIT STAWFIK 0.00
Marlboro 0088 94004 5578 0010 0285
FOR DEPOSIT ONLY
RUSSO MEATS

5232 $879.55 8/10/2026 | 5232 $879.55 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5233
55-441/212
16
Date 8/1/26
Pay to the Order of Mike Sweeney $100.00
One Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For FTLL Baseball
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5233

>231278339< - 0006
601 – 229098284
08/04/2026 - 16:01:25

5233 $100.00 8/5/2026

5233 $100.00 8/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5234
55-441/212
16
Date 07/31/26
Pay to the Order of Paul Hernandez $400.00
Four Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/25
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5234

Wells Fargo
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5234 $400.00 8/3/2026

5234 $400.00 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5235
55-441/212
16
Date 8/4/26
Pay to the Order of Cash $600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5235

For Deposit Only - JPMC
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5235 $600.00 8/3/2026

5235 $600.00 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5236
55-441/212
16
Date 8/6/26
Pay to the Order of Koray Bogrosli $450.00
Four Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Work
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5236

0712247262 TD Mobile Deposit
8/6/2026 10:01:59 AM
4431703217
Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5236 $450.00 8/7/2026

5236 $450.00 8/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5237
55-441/212
16
Date 8/9/26
Pay to the Order of Samuel Lobo $1500.00
One Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5237

For Deposit Only - JPMC
Chase
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5237 $1,500.00 8/10/2026

5237 $1,500.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5238
55-441/212
16
Date 8/5/26
Pay to the Order of NINA Amarando $450.00
Four Hundred Fifty and 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/31/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5238

Nina Amarando
Mobile dep.
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5238 $450.00 8/10/2026

5238 $450.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5239
8/4/26
Pay to the Order of Emmerson Sito $600
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/22
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5239

For Deposit Only - JPMC
Emerson

5239 $600.00 8/5/2026

5239 $600.00 8/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5240
55-441/212
8/5/26
Date
Pay to the Order of Emmerson Sitor $600⁰⁰/₁₀₀
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
7/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5240

For Deposit Only - JPMC
Emerson

5240 $600.00 8/10/2026

5240 $600.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5241
55-441/212
8/11/26
Date
Pay to the Order of Emmerson Sitar $600⁰⁰/₁₀₀
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/2
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5241

For Deposit Only - JPMC
Emerson

5241 $600.00 8/12/2026

5241 $600.00 8/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5242
55-441/212
Date
Pay to the Order of Emmerson Sito $600⁰⁰/₁₀₀
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/2
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5242

For Deposit Only - JPMC
Emerson

5242 $600.00 8/14/2026

5242 $600.00 8/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5243
55-441/212
8/06/26
Date
Pay to the Order of ALonso Solis $1020⁰⁰/₁₀₀
One Thousand Twenty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5243

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/06/2026 17:45:53
Viamericas
Account Number
999999999

5243 $1,020.00 8/7/2026

5243 $1,020.00 8/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5244
55-441/212
8/13/26
Date
Pay to the Order of ALonso Solis $1020
One Thousand Twenty and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/2
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5244

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/13/2026 16:45:42
Viamericas
Account Number
999999999

5244 $1,020.00 8/14/2026

5244 $1,020.00 8/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5245
55-441/212
Date
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/28 8/2
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5245

For Deposit Only - JPMC
16107764
THE SKILLET BY SAL INC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5245 $500.00 8/5/2026 | 5245 $500.00 8/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5246
55-441/212
Date
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/2
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5246

5246
For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5246 $500.00 8/10/2026 | 5246 $500.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5247
55-441/212
Date
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/9
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5247

5247
For Deposit Only - JPMC
16107764
THE SKILLET BY SAL INC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5247 $500.00 8/12/2026 | 5247 $500.00 8/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5248
55-441/212
/26
Date
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/9
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5248

5248
For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5248 $500.00 8/17/2026 | 5248 $500.00 8/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5249
55-441/212
8/7/26
Pay to the Order of Sergio Sitn $ 850.00
Eight Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5249

5249 $850.00 8/7/2026 | 5249 $850.00 8/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5250
55-441/212
8/7/26
Date
Pay to the Order of Justin Bocile $ 154.00
One Hundred Fifty-four 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5250

021204416
16107764
THE SKILLET BY SAL INC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
Mobile Deposit
Justin Bocile

5250 $154.00 8/10/2026 | 5250 $154.00 8/10/2026






5251 $850.00 8/14/2026 5251 $850.00 8/14/2026







5252 $700.00 8/7/2026 5252 $700.00 8/7/2026







5253 $585.00 8/13/2026 5253 $585.00 8/13/2026







5254 $750.00 8/11/2026 5254 $750.00 8/11/2026







5255 $420.00 8/20/2026 5255 $420.00 8/20/2026







5256 $420.00 8/26/2026 5256 $420.00 8/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5257
55-441/212
16
Date 8/7/26
Pay to the Order of Packaging Specialties $212.00
Two Hundred Twelve and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆0212044160⑆ ⑈161⑈0776⑈4⑈ 5257

For Remote Deposit Only
PNC Bank
031000053
Seq: 8
Dep ID: 11,452,796
031000053
Date: 8/7/26, 2:35 PM

5257 $212.00 8/10/2026

5257 $212.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5258
55-441/212
16
Date 8/9/26
Pay to the Order of Russo Meats $842.18
Eight Hundred Forty Two and 18/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/3
⑆0212044160⑆ ⑈161⑈0776⑈4⑈ 5258

557825129539 142619 20260810 00000000161-0776-4
TRN_DEBIT STAWFIK 842.18
Marlboro 0088 94004 5578 0010 0163
RUSSO MEATS
4352109209

5258 $842.18 8/11/2026

5258 $842.18 8/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5259
55-441/212
16
Date 8/14/26
Pay to the Order of Russo Meats $936.20
Nine Hundred Thirty Six and 20/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/9
⑆0212044160⑆ ⑈161⑈0776⑈4⑈ 5259

557825130385 165755 20260813 00000000161-0776-4
TRN_DEBIT TAS8448 0.00
Marlboro 0088 94004 5578 0004 0155

5259 $936.20 8/14/2026

5259 $936.20 8/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5260
55-441/212
16
Date 8/11/26
Pay to the Order of Nick Truisi $800.00
Eight Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆0212044160⑆ ⑈161⑈0776⑈4⑈ 5260

021204416 5260
16107764
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
Do not cash if:
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
Nick Truisi

5260 $800.00 8/12/2026

5260 $800.00 8/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5261
55-441/212
16
Date 8/13/26
Pay to the Order of Nick Truisi $380.00
Three Hundred Eighty
Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆0212044160⑆ ⑈161⑈0776⑈4⑈ 5261

021204416
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
Nick Truisi

5261 $380.00 8/13/2026

5261 $380.00 8/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5262
55-441/212
16
Date 8/3/26
Pay to the Order of Giovanni NAVA $300.00
Three Hundred
Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆0212044160⑆ ⑈161⑈0776 4⑈ 5262

021204416 5262
16107764
For Deposit Only - JPMC
Security Features exceed industry standards and include:
CHECK BOX FOR MOBILE REMOTE DEPOSIT
Giovanni

5262 $300.00 8/7/2026

5262 $300.00 8/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5263
Pay to the Order of Fernando Micuba $ 950.00
Nine Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5263

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/14/2026 15:52:11
For deposit to the Account of Viamericas
Account Number 999999999

5263 $950.00 8/17/2026

5263 $950.00 8/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5264
8/6/2026
Pay to the Order of Fernando Micuba $ 950.00
Nine Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5264

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/05/2026 17:42:30
For deposit to the Account of Viamericas
Account Number 999999999

5264 $950.00 8/6/2026

5264 $950.00 8/6/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5265
07-31-2026
Pay to the Order of Cash $ 200.00
Two Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 1045 (20-26)
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5265

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
Santiago Flores
ORIGINAL DOCUMENT

5265 $200.00 8/4/2026

5265 $200.00 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5266
8/8/26
Pay to the Order of Artisan Bakers $ 1200.00
One Thousand Two Hundred and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5266

534839029203 144940 20260810 0000000161-0776-4
TRN_DEBIT TAQ4848 1200.00
Staten Island-Tottenville 0548 94004 5348 0002 0181
PAY TO THE ORDER OF RED BANK NJ 07701-1621 FOR DEPOSIT ONLY ARTISAN BAKERS GROUP LLC

5266 $1,200.00 8/11/2026

5266 $1,200.00 8/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5267
8/5/26
Pay to the Order of Boars Head $ 1255.76
One Thousand two hundred fifty five 76/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 5/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5267

529930156825 103259 20260807 0000000161-0776-4
TRN_DEBIT TAF1955 1255.76
Monmouth Regional 0299 94004 5299 0003 0060

5267 $1,255.76 8/10/2026

5267 $1,255.76 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5268
8/12/26
Pay to the Order of Boars Head $ 1375.23
One Thousand three hundred seventy five 23/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 6/2
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5268

513462154654 163436 20260814 0000000161-0776-4
TRN_DEBIT TAP9096 1375.23
Harmony Road 0134 94004 5134 0015 0164

5268 $1,375.23 8/17/2026

5268 $1,375.23 8/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5269
Date 8/5/26
Pay to the Order of Simply Fresh $3049 72/100
Three thousand forty-nine 72/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 5108
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5269

For Deposit Only - JPMC

5269 $3,049.72 8/7/2026

5269 $3,049.72 8/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5270
Date 8/7/26
Pay to the Order of Puglisi Egg Farm $656 81/100
Six hundred fifty-six 81/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5270

PAY TO THE ORDER OF AMBOY BANK HOWELL NJ 07731
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS

BOFD >021204416<
Puglisi Egg Farm
2026-08-10
9982872608

5270 $656.81 8/11/2026

5270 $656.81 8/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5271
Date 8/28/26
Pay to the Order of Russo Meats $1000 00/100
One thousand 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/21 ...
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5271

557825133737 151020 20260828 00000000161-0776-4
TRN_DEBIT TAS8448 0.00
Marlboro 0088 94004 5578 0004 0117

5271 $1,000.00 8/31/2026

5271 $1,000.00 8/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5272
Date 8/12/26
Pay to the Order of Ranchers Best $1000 xx/100
One thousand xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5272

Br=11-TlrID=1104-TranDt=08/12/26

5272 $1,000.00 8/13/2026

5272 $1,000.00 8/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5273
Date 8/12/26
Pay to the Order of $1000 xx/100
One thousand xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5273

For Deposit Only - JPMC

5273 $1,000.00 8/11/2026

5273 $1,000.00 8/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5273
Date 8/22/26
Pay to the Order of Russo Meats $1000 xx/100
One thousand xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/16 963.39 +60 on 7/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5273

557825132191 163840 20260821 00000000161-0776-4
TRN_DEBIT STAWFIK 1000.00
Marlboro 0088 94004 5578 0010 0242

5273 $1,000.00 8/24/2026

5273 $1,000.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5274
8/10/26
Pay to the Order of Packaging Specialties M.Co $ 184 xx/100
One hundred eighty-four xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5274

Seq: 
Dep ID: 11,466,765
031000053
Date: 8/11/26, 1:15 PM
031000053
PNC Bank
For Remote Deposit Only

5274 $184.00 8/12/2026

5274 $184.00 8/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5275
8/8/26
Pay to the Order of Ana Morales $ 600 xx/100
six-hundred xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726
For Alex
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5275

THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5275 $600.00 8/10/2026

5275 $600.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5276
55-441/212 16
8/17/26
Pay to the Order of Ranchers Best $ 1036 xx/100
One-thousand thirty six xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5276

Br=11-TlrID=1104-TranDt=08/14/26
PAY TO THE ORDER OF
STATE
RANC
...ALE MEATS INC

5276 $1,036.00 8/17/2026

5276 $1,036.00 8/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5277
55-441/212 16
8/15/26
Pay to the Order of Artisan Bakers $ 1200 xx/100
one thousand two hundred xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5277

512833011024 095939 20260818 000000001641-07764
TRN_DEBIT TAF9644 0.00
Dyker Heights 0128 94004 5128 0002 0006
PAY TO THE ORDER OF
TD BANK
RED BANK, NJ 07701-1821
FOR DEPOSIT ONLY
ARTISAN BAKERS GROUP LLC
4425986403

5277 $1,200.00 8/19/2026

5277 $1,200.00 8/19/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5278
55-441/212 16
8/4/26
Pay to the Order of Freehold Twp Community Partners $ 100 xx/100
One-hundred xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 2026 Golf outing
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5278

PAY TO THE ORDER OF
CITIZENS
FREEHOLD, NJ 07728
036076150
FOR DEPOSIT ONLY
FTHS COMMUNITY PARTNERS
6321727419

5278 $100.00 8/11/2026

5278 $100.00 8/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5279
55-441/212 16
8/7/26
Pay to the Order of MVGM LLC $ 450 00/100
Four-hundred fifty xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5279

5279
For Deposit Only - JPMC
BY SAL
Security Features exceed industry standards and include:
Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5279 $450.00 8/10/2026

5279 $450.00 8/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5280
8 13 26
Pay to the Order of MVGM LLC $ 600 00/100
Six hundred 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5280

For Deposit Only - JPMC
THE SKILLET BY SAL INC

5280 $600.00 8/14/2026

5280 $600.00 8/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5281
8/11/26
Pay to the Order of LK Reisman $ 500 00/
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5281

5281 $500.00 8/13/2026

5281 $500.00 8/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5282
8/17/26
Pay to the Order of LK Reisman $ 500.00/
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5282

5282 $500.00 8/18/2026

5282 $500.00 8/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5284
8/11/26
Pay to the Order of Joseph Iantosca $ 500 00/
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5284

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
08/11/26-10:28:33
6223679
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<<231270353>>>>>
OceanFirst

5284 $500.00 8/12/2026

5284 $500.00 8/12/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5286
8/3/26
Pay to the Order of King Kong $ 103 90/100
One Hundred Three and 90/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 12862
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5286

For Deposit Only - JPMC

5286 $103.90 8/5/2026

5286 $103.90 8/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5285
8/13/26
Pay to the Order of Joseph Iantosca $ 500 %
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5285

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
08/13/26-06:56:40
6225689
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<<231270353>>>>>
OceanFirst

5286 $500.00 8/14/2026

5286 $500.00 8/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5287
6733
8/12/26
Pay to the Order of Coast Linens Cleaning $ 544 52/100
Five hundred forty-four 52/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5287

For Deposit Only - JPMC

5287 $544.52 8/13/2026

5287 $544.52 8/13/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5288
8/19/26
Pay to the Order of Miscela D'Oro USA, Inc $ 501 40/100
Five hundred one and 40/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/4 invoice# 3075848
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5288

For Deposit Only to
Miscela-D-oro-USA-Inc
Miscela D'Oro Usa, Inc.
Master
Deposited by:
CHECK BOX FOR MOBILE REMOTE DEPOSIT
Seq: 1
Dep: 000635
Date: 08/19/26

5288 $501.40 8/20/2026

5288 $501.40 8/20/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5289
8/14/26
Pay to the Order of Ultimate Foods Inc. $ 491 35/100
Four hundred ninety-one 35/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For invoice # 641670
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5289

For Deposit Only
Ultimate Food Service, Inc.
8/14/2026

5289 $491.35 8/17/2026

5289 $491.35 8/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5290
8/13/26
Pay to the Order of Cash $ 1000 xx/100
One thousand xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Alex Replace #5273
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5290

For Deposit Only - JPMC

5290 $1,000.00 8/14/2026

5290 $1,000.00 8/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5291
8/15/24
Pay to the Order of Ranchers Best $ 800 xx/100
Eight-hundred xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5291

PAY TO THE ORDER OF
Br=11-TlrID=1102-TranDt=08/15/26

5291 $800.00 8/18/2026

5291 $800.00 8/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5292
8/20/26
Pay to the Order of Ranchers Best $ 800 xx/100
eight-hundred xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5292

PAY TO THE ORDER OF
Br=11-TlrID=1102-TranDt=08/20/26

5292 $800.00 8/21/2026

5292 $800.00 8/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5293
55-441/212
8/17/26 Date
Pay to the Order of Robert Scarpari $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Replaces 1000 Missing ck. 9k to 8L
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5293

-BranchName=Pleasant Plains BranchBr=15-BusDt=08/21/26-TlrID=1502-1

5293 $1,000.00 8/24/2026

5293 $1,000.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5294
55-441/212
8/23/26 Date
Pay to the Order of Robert Scarpari $ 2000.00
Two Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8k 8L Bue 6k
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5294

-BranchName=Pleasant Plains BranchBr=15-BusDt=08/28/26-TlrID=1510-1
150038673

5294 $2,000.00 8/31/2026

5294 $2,000.00 8/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5296
55-441/212
8/23/26 Date
Pay to the Order of Samuel Lobel $ 1500.00
One Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5296

For Deposit Only - JPMC
16107764
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
Chase

5296 $1,500.00 8/24/2026

5296 $1,500.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5297
8/21/26 Date
Pay to the Order of Sergio Sitn $ 850.00
Eight Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For - 8/5
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5297

5297 $850.00 8/21/2026

5297 $850.00 8/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5298
55-441/212
8/20/26 Date
Pay to the Order of Lobel Digital Solutions $ 300.00
Three Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5298

For Deposit Only - JPMC
16107764
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
Chase

5298 $300.00 8/24/2026

5298 $300.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5299
55-441/212
8/21/26 Date
Pay to the Order of Alfonzo Sotis $ 1020.00
One Thousand Twenty and 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5299

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/20/2026 17:39:09
Deposit to account of Viamericas
Account Number 999999999

5299 $1,020.00 8/21/2026

5299 $1,020.00 8/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5300
Pay to the Order of Nina Armarando $ 450.00
Four Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/7
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5300

5300 $450.00 8/18/2026

5300
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5300 $450.00 8/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5301
8/21/26 Date
Pay to the Order of Fernando Micula $ 950.00
Nine Hundred Fifty and 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/16
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5301

5301 $950.00 8/21/2026

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/20/2026 17:39:09

or deposit to the account of Viamericas
Viamericas
Account Number
999999999

908 670 2626

5301 $950.00 8/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5302
8/20/26 Date
Pay to the Order of Freddy Micula $ 585.00
Five Hundred Eighty five and 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/9
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5302

5302 $585.00 8/20/2026

347-712-6021

5302 $585.00 8/20/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5303
8/17/26 Date
Pay to the Order of Noel Gonzalez $ 435.00
Four Hundred Thirty five Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/16
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5303

5303 $435.00 8/18/2026

021204416
5303
For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5303 $435.00 8/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5304
8/21/26 Date
Pay to the Order of Noel Gonzalez $ 400.00
Four Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/16
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5304

5304 $400.00 8/24/2026

021204416
16107764
THE SKILLET BY SAL INC
For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5304 $400.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5305
8/17/26 Date
Pay to the Order of Cash $ 645
Six Hundred Forty Five Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/9
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5305

5305 $645.00 8/17/2026

For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5305 $645.00 8/17/2026







5306 $600.00 8/19/2026 5306 $600.00 8/19/2026







5307 $600.00 8/21/2026 5307 $600.00 8/21/2026







5308 $462.00 8/24/2026 5308 $462.00 8/24/2026







5309 $1,000.00 8/18/2026 5309 $1,000.00 8/18/2026







5310 $620.22 8/26/2026 5310 $620.22 8/26/2026







5311 $600.00 8/20/2026 5311 $600.00 8/20/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5312

Date 8/21/26

Pay to the Order of Paramount Paper $ 750.00
Seven Hundred Fifty Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5312

JPMorganChaseBank 082101 377307

FOR DEPOSIT ONLY
PARAMOUNT PAPER AND PLASTIC CORP
313071686

5312 $750.00 8/24/2026

5312 $750.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5313

Date 8/19/26

Pay to the Order of Packaging Specialties $ 218.00
Two Hundred Eighteen and 00 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5313

Seq: 10
Dep ID: 11,499,758
031000053
Date: 8/18/26, 1:03 PM

For Remote Deposit Only
PNC Bank
031000053

5313 $218.00 8/19/2026

5313 $218.00 8/19/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5314

Date 8/20/26

Pay to the Order of Sullivan Brothers $ 1255.76
One Thousand Two Hundred Fifty Five and 76 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 5/26 Replace Ck 5267

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5314

529930160577 102646 20260821 00000000161-0776-45
TRN_DEBIT TAP2460 0.00
Monmouth Regional 0299 94004 5299 0011 0032

5314 $1,255.76 8/24/2026

5314 $1,255.76 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5315

Date 8/20/26

Pay to the Order of Sullivan Brothers $ 1505.79
One Thousand Five Hundred Five and 79 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 6/9 + 100 Frozen Dd

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5315

529930160578 102647 20260821 00000000161-0776-4
TRN_DEBIT TAP2460 1505.79
Monmouth Regional 0299 94004 5299 0011 0032

5315 $1,505.79 8/24/2026

5315 $1,505.79 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5316

Date 8/21/26

Pay to the Order of Rosario Falzone $ 700.00
Seven Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For Replace 5072

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5316

0035904257 TD Mobile Deposit
8/22/2026 8:41:05 AM
7865382698

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5316 $700.00 8/24/2026

5316 $700.00 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5319

Date 8/25/26

Pay to the Order of Simply Fresh $ 1790.93
One Thousand Seven Hundred Ninety and 93 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 7/3 7/6 7/9 7/13

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5319

For Deposit Only - JPMC

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE INC.
587990396

5319 $1,790.93 8/26/2026

5319 $1,790.93 8/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5320
55-441/212 16
Date 8/25/26
Pay to the Order of Miscela D'ORO $ 1044.60
One Thousand Forty Four and 60/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5320

For Deposit Only to
Miscela D'oro USA Inc
Miscela D'oro Usa, Inc.
Master
Seq: 1
Dep: 000641
Date: 08/25/26

5320 $1,044.60 8/26/2026

5320 $1,044.60 8/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5321
55-441/212 16
Date 1/26
Pay to the Order of Giovanni Nuro $ 250.00
Two Hundred Fifty
Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5321

>021407912<
Capital One, NA
31670520 08272026
Richmond, VA 23238
RDC Deposit ******9526

5321 $250.00 8/28/2026

5321 $250.00 8/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5323
55-441/212 16
Date 8/13/26
Pay to the Order of Nick Truisi $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5323

0735239260 TD Mobile Deposit
8/20/2026 3:28:07 PM
4376355123

5323 $500.00 8/21/2026

5323 $500.00 8/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5324
55-441/212 16
Date 8-24-26
Pay to the Order of Sensational Farms $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5324

For Deposit Only
JFML LLC -xx1917
BCB
021213520

5324 $500.00 8/25/2026

5324 $500.00 8/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5325
55-441/212 16
Date 8-28-26
Pay to the Order of Sensational Farms $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5325

>021213520< 20260828
BCB Community Bank
Drawer#/Trans#: 35599/0010
HIN: 973627790000034
<0021213520> 35599 10 08/28/26
PAY TO THE ORDER OF
BCB
021213520
FOR DEPOSIT ONLY
JFML LLC
DBA SENSATIONAL FARM FRESH
2501401917

5325 $500.00 8/31/2026

5325 $500.00 8/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5326
55-441/212 16
Date 8/25/26
Pay to the Order of Puglisi Eggs $ 900.00
Nine Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For on acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5326

BOFD >021204416<
Puglisi Egg Farm
2026-08-27
9983821206
PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2896
021204416
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS
14107962

5326 $900.00 8/27/2026

5326 $900.00 8/27/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5328
8/25/26
Pay to the Order of Ranches $ 700.00
Seven Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5328



PAY TO THE ORDER OF NORTHFIELD BANK STATEN ISLAND, NY 10306-3308 22607145? FOR DEPOSIT ONLY RANCHERS BEST WHOLESALE MEATS INC 713001410
Br=11-TlrID=1109-TranDt=08/22/26

5328 $700.00 8/25/2026

5328 $700.00 8/25/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5329
8/24/26
Pay to the Order of Ranches Beef $ 724.08
Seven Hundred Twenty Four 08/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Wed 8-26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5329



PAY TO THE ORDER OF NORTHFIELD BANK STATEN ISLAND, NY 10306-3308 22607145? FOR DEPOSIT ONLY RANCHERS BEST WHOLESALE MEATS INC 713001410
Br=11-TlrID=1104-TranDt=08/26/26

5329 $724.08 8/27/2026

5329 $724.08 8/27/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5330
8/23/26
Pay to the Order of Joseph Faenza $ 2500.00
Two Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Back Credit Card
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5330



CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
ENDORSE HERE

5330 $2,500.00 8/25/2026

5330 $2,500.00 8/25/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5331
8/22/26
Pay to the Order of CASH $ 900.00
Nine Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/9
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5331



For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5331 $900.00 8/24/2026

5331 $900.00 8/24/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5334
/ /26
Pay to the Order of Salvatore a Faenza $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For for CC payment
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5334



CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5334 $500.00 8/24/2026

5334 $500.00 8/24/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5335
Pay to the Order of State of NJ Dept of Labor $ 1332.08
One Thousand Three Hundred Thirty Two 08/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 812535605-000
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5335



021204416 5335
16107764
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
- ImageMatch®: Matching account and check number on back (Patent No. 8,210,088)
- MobileMark®: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit® icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
ENDORSE HERE
For Deposit Only Wells Fargo Bank NJDOL ACCOUNT 4410148580 SCANDLN: 2623800460054 OUTPUTDLN:8101286733 Process Date:08/27/2026

5335 $1,332.08 8/28/2026

5335 $1,332.08 8/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5337

Date 8/28/26

Pay to the Order of Sergio Sota $ 850 00/xx

Eight Hundred Fifty Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/16

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5337

Security Features exceed industry standards and include:

5337 $850.00 8/28/2026

5337 $850.00 8/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5338

Date 8/28/26

Pay to the Order of Emerson Soto $ 600 00/xx

Six Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/16

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5338

5338

For Deposit Only - JPMC

Security Features exceed industry standards and include:

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5338 $600.00 8/31/2026

5338 $600.00 8/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5339

Date 8/26/26

Pay to the Order of Emerson Sotah $ 600 00/xx

Six Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/16

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5339

For Deposit Only - JPMC

Do not cash if:
* Any of the features listed above are missing or appear altered
* Fugitive ink on back looks pink or has disappeared
* Brown stains or colored spots appear on both front and back

5339 $600.00 8/27/2026

5339 $600.00 8/27/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5340

Date 8/26/26

Pay to the Order of ALONZO SOLIS $ 1020 00/xx

One Thousand Twenty and 00/100 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/16

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5340

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/27/2026 16:38:57

or deposit to the account of Viamericas
Account Number 999999999

732 641 0086

5340 $1,020.00 8/28/2026

5340 $1,020.00 8/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5342

Date 8/28/26

Pay to the Order of Justin Bacile $ 231 00/xx

Two Hundred Thirty-One Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5342

Do not cash if:
* Any of the features listed above are missing or appear altered
* Fugitive ink on back looks pink or has disappeared
* Brown stains or colored spots appear on both front and back

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

Justin Bacile
mobile Deposit

5342 $231.00 8/28/2026

5342 $231.00 8/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5343

Date 8/26/26

Pay to the Order of Freddy Mixcolat $ 600 00/xx

Six Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/16

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5343

Security Features exceed industry standards and include:

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

347-717-6021

5343 $600.00 8/28/2026

5343 $600.00 8/28/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5344
8/26
Pay to the Order of Noel Gonzalez $ 440.00
Four Hundred Forty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5344


For Deposit Only - JPMC

5344 $440.00 8/26/2026

5344 $440.00 8/26/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5345
55-441/212 16
Date
Pay to the Order of Noel Gonzalez $ 430.00
Eight Hundred Thirty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5345


For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5345 $430.00 8/31/2026

5345 $430.00 8/31/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5348
55-441/212 16
8/23/26 Date
Pay to the Order of Bureau of Fire Safety District #3 $ 200.00
Two Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5348


PAY TO THE ORDER OF Fulton Bank Jackson, NJ 031301422 FOR DEPOSIT ONLY Jackson Bureau of Fire Safety Fire District No. 3 1107722206

5348 $200.00 8/31/2026

5348 $200.00 8/31/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5350
55-441/212 16
8/27/26 Date
Pay to the Order of Packaging Specialty $ 128.00
One Hundred Twenty Eight Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5350


Seq: 7
Dep ID: 11,539,468
031000053
Date: 8/26/26, 3:41 PM
For Remote Deposit Only
PNC Bank
031000053

5350 $128.00 8/27/2026

5350 $128.00 8/27/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5351
55-441/212 16
8/31/26 Date
Pay to the Order of Nick Truman $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5351


0795721249 TD Mobile Deposit
8/28/2026 3:51:08 PM
4376355123
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5351 $1,000.00 8/31/2026

5351 $1,000.00 8/31/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5352
55-441/212 16
8/26/26 Date
Pay to the Order of Cash $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/16
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5352


JPMorgan Chase Bank 082505
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5352 $600.00 8/26/2026

5352 $600.00 8/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5356
55-441/212 16
Date 8/28/26
Pay to the Order of Sullivan Brothers $ 1608.63/
One Thousand Six Hundred Eight 63/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 6/11 6/16 +100
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5356

5356 $1,608.63 8/31/2026

529930162239 133202 20260828 0000000000161??76-4
TRN_DEBIT TAF1955 1608.63
Monmouth Regional 0299 94004 5299 0003 0094

5356 $1,608.63 8/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5362
55-441/212 16
Date 8/27/26
Pay to the Order of Giovanni Naya $ 360.00/
Three Hundred Sixty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Day
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5362

5362 $360.00 8/28/2026

CHECK BOX FOR MOBILE REMOTE DEPOSIT
>021407912<
Capital One, NA
31671520 08272026
Richmond, VA 23238
RDC Deposit *******9526

5362 $360.00 8/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5363
55-441/212 16
Date 8/28/26
Pay to the Order of Cash $ 645.00
Six Hundred Forty Five Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 6/16
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5363

5363 $645.00 8/31/2026

CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
x Santiago Flores

5363 $645.00 8/31/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5364
55-441/212 16
Date 8/28/26
Pay to the Order of Fernando Micaloz $ 950.00/
Nine Hundred Fifty and 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5364

5364 $950.00 8/28/2026

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 08/27/2026 13:09:48
Account Number 999999999

5364 $950.00 8/28/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14813
One Hundred Seven Dollars and Seventy Cents
Date 07/03/2026
Amount ********$107.70
Pay to the Order of TAYLOR HART
407 AVERY COURT
MONROE TOWNSHIP NJ 08831
⑈00014813⑈ ⑆021204416⑆ 16107764⑈

14813 $107.70 8/19/2026

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
08/18/26-10:35:42
623028846
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<<231270353>>>>>
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC
ENDORSE HERE

14813 $107.70 8/19/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14832
Three Hundred Five Dollars and Eighty Cents
Date 07/10/2026
Amount ********$305.80
Pay to the Order of ANNE CARTER
4 CECILIA COURT
HOWELL NJ 07731
⑈00014832⑈ ⑆021204416⑆ 16107764⑈

14832 $305.80 8/3/2026

ENDORSE HERE
Anne Carter
132496 7203
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE
TULCINCO DELI AND GROCERY 2 CORP
NJ-0802
Intermex Wire Transfer LLC
For deposit only
Agent of Intermex
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14832 $305.80 8/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14837

One Hundred Ten Dollars and Forty-Six Cents

Date 07/10/2026 Amount ********$110.46

Pay to the Order of TAYLOR HART
407 AVERY COURT
MONROE TOWNSHIP NJ 08831

⑈00014837⑈ ⑆021204416⑆ 16107764⑈

OceanFirst Bank (Toms River, NJ)
623028868
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<231270353>>>>

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*

14837 $110.46 8/19/2026

14837 $110.46 8/19/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14853

Two Hundred Forty-One Dollars and Twenty Cents

Date 07/17/2026 Amount ********$241.20

Pay to the Order of ANNE CARTER
4 CECILIA COURT
HOWELL NJ 07731

⑈00014853⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only— Dandelion Payments Inc. dba Ria Money Transfer

Tulcingo Deli And Grocery 2 Corp

Anne Carter
732 4967203

14853 $241.20 8/5/2026

14853 $241.20 8/5/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14858

One Hundred Seven Dollars and One Cent

Date 07/17/2026 Amount ********$107.01

Pay to the Order of TAYLOR HART
407 AVERY COURT
MONROE TOWNSHIP NJ 08831

⑈00014858⑈ ⑆021204416⑆ 16107764⑈

OceanFirst Bank (Toms River, NJ)
975 HooperAve
08/17/26-08:54:58
622914257
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<231270353>>>>

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14858 $107.01 8/18/2026

14858 $107.01 8/18/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14859

Eleven Dollars and Forty-Six Cents

Date 07/17/2026 Amount *********$11.46

Pay to the Order of TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753

⑈00014859⑈ ⑆021204416⑆ 16107764⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14859 $11.46 8/3/2026

14859 $11.46 8/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14874

Four Hundred Seventy Dollars and Eleven Cents

Date 07/24/2026 Amount ********$470.11

Pay to the Order of NINA AMARANDO
265 LONGWOOD DRIVE
MANALAPAN NJ 07726

⑈00014874⑈ ⑆021204416⑆ 16107764⑈

Nina Amarando
Mobile dep.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14874 $470.11 8/3/2026

14874 $470.11 8/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14875

Three Hundred Thirty Dollars and Twenty-Five Cents

Date 07/24/2026 Amount ********$330.25

Pay to the Order of ANNE CARTER
4 CECILIA COURT
HOWELL NJ 07731

⑈00014875⑈ ⑆021204416⑆ 16107764⑈

PAY TO THE ORDER OF
TULCINGO DELI AND GROCERY 2 CORP
FOR DEPOSIT ONLY
AMERICAS Electronically Presented
0994 7633 08/02/2026 14:01:36

Anne Carter
Account number
9999999999

14875 $330.25 8/3/2026

14875 $330.25 8/3/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14877
Five Dollars and Fifty-Five Cents
Date 07/24/2026
Amount **********$5.55
Pay to the Order of DEANDRA FOTI
11 TAYLOR LAKE CT.
MANALAPAN NJ 07726
⑈00014877⑈ ⑆021204416⑆ 16107764⑈




14877 $5.55 8/5/2026

14877 $5.55 8/5/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14880
Forty-Two Dollars and Twenty-Three Cents
Date 07/24/2026
Amount *********$42.23
Pay to the Order of TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753
⑈00014880⑈ ⑆021204416⑆ 16107764⑈




14880 $42.23 8/3/2026

14880 $42.23 8/3/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14881
Four Hundred Eighty Dollars and Seventy-Two Cents
Date 07/24/2026
Amount ********$480.72
Pay to the Order of ANOUSHA KHAN
80 TRICENTENNIAL DR.
FREEHOLD NJ 07728
⑈00014881⑈ ⑆021204416⑆ 16107764⑈




14881 $480.72 8/4/2026

14881 $480.72 8/4/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14893
Five Hundred Ninety-Five Dollars and Six Cents
Date 07/31/2026
Amount ********$595.06
Pay to the Order of SAULO AGUILIAR VICENTE
707 ZLOTKIN CIRCLE APT #2
FREEHOLD NJ 07728
⑈00014893⑈ ⑆021204416⑆ 16107764⑈




14893 $595.06 8/5/2026

14893 $595.06 8/5/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14894
Two Hundred Fifty-Six Dollars and Sixty-Two Cents
Date 07/31/2026
Amount ********$256.62
Pay to the Order of SAMANTHA A. ALIPRANDI
818 TURQUOISE TRAIL
MORGANVILLE NJ 07751
⑈00014894⑈ ⑆021204416⑆ 16107764⑈




14894 $256.62 8/5/2026

14894 $256.62 8/5/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14895
Four Hundred Seventy Dollars and Eleven Cents
Date 07/31/2026
Amount ********$470.11
Pay to the Order of NINA AMARANDO
265 LONGWOOD DRIVE
MANALAPAN NJ 07726
⑈00014895⑈ ⑆021204416⑆ 16107764⑈




14895 $470.11 8/5/2026

14895 $470.11 8/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14896

Two Hundred Fifty-Five Dollars and Nineteen Cents

Date 07/31/2026 Amount ********$255.19

Pay to the Order of ANNE CARTER
4 CECILIA COURT
HOWELL NJ 07731

⑈00014896⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only— Dandelion Payments
Tulcingo Deli And Grocery 2 Corp

14896 $255.19 8/21/2026

14896 $255.19 8/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14897

Two Hundred Seventy Dollars and One Cent

Date 07/31/2026 Amount ********$270.01

Pay to the Order of NANCY FAENZA
7 DANCER LANE
FREEHOLD NJ 07728

⑈00014897⑈ ⑆021204416⑆ 16107764⑈

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
08/01/26-10:11:44
021385980
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<231270353>>>>
For Mobile Deposit

14897 $270.01 8/4/2026

14897 $270.01 8/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14898

Six Dollars and Eighty-Five Cents

Date 07/31/2026 Amount ********$6.85

Pay to the Order of DEANDRA FOTI
11 TAYLOR LAKE CT
MANALAPAN NJ 07726

⑈00014898⑈ ⑆021204416⑆ 16107764⑈

For Mobile Deposit Only

14898 $6.85 8/5/2026

14898 $6.85 8/5/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14899

One Hundred Sixty-Seven Dollars and Seventy-Seven Cents

Date 07/31/2026 Amount ********$167.77

Pay to the Order of DANNAE GARCIA
335 TULIP LANE
FREEHOLD NJ 07728

⑈00014899⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC

14899 $167.77 8/7/2026

14899 $167.77 8/7/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14902

Twelve Dollars and Seventy-Nine Cents

Date 07/31/2026 Amount *********$12.79

Pay to the Order of TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753

⑈00014902⑈ ⑆021204416⑆ 16107764⑈

14902 $12.79 8/3/2026

14902 $12.79 8/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14904

Ten Dollars and Eighty-Eight Cents

Date 07/31/2026 Amount ********$10.88

Pay to the Order of LESLIE M. MELDENBERG
14 BERNICE DR.
FREEHOLD NJ 07728

⑈00014904⑈ ⑆021204416⑆ 16107764⑈

20260810 004800687559 06000123003

20260810 004800687559 06000123003

14904 $10.88 8/11/2026

14904 $10.88 8/11/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14905

Four Hundred Eighty-Six Dollars and Eighty Cents

Date 07/31/2026 Amount *******$486.80

Pay to the Order of ALEXIS MILONAS, 21 GRAVATT CIRCLE, MILLSTONE TOWNSHIP NJ 08510

⑈00014905⑈ ⑆021204416⑆ 16107764⑈

0887988189 TD Mobile Deposit
8/1/2026 3:07:05 PM
00006795074061

ENDORSE HERE: Alexis Milonas

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14905 $486.80 8/3/2026

14905 $486.80 8/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14906

Nineteen Dollars and Ninety Cents

Date 07/31/2026 Amount *********$19.90

Pay to the Order of AARON PRICE, NJ

⑈00014906⑈ ⑆021204416⑆ 16107764⑈

Discover (Greenwood, DE)
502 E Market St
15950
08/01/26-07:09:1
011160752
<<<<031100649>>>>

ENDORSE HERE: For Mobile deposit

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14906 $19.90 8/4/2026

14906 $19.90 8/4/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14907

One Hundred Forty-Eight Dollars and Sixty-Two Cents

Date 07/31/2026 Amount ********$148.62

Pay to the Order of MILANA V. RESTIVO, 273 TULIP LANE, FREEHOLD NJ 07728

⑈00014907⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: Milana Restivo

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14907 $148.62 8/3/2026

14907 $148.62 8/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14908

One Hundred Two Dollars and Ninety-Six Cents

Date 07/31/2026 Amount *********$102.96

Pay to the Order of VINCENT F. SANTITORO, 63 TRICENTENNIAL DR., FREEHOLD NJ 07728

⑈00014908⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: Vincent Santitoro
FOR MOBILE DEPOSIT ONLY
PNC BANK
>031000053<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14908 $102.96 8/3/2026

14908 $102.96 8/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14909

One Dollar and Four Cents

Date 07/31/2026 Amount **********$1.04

Pay to the Order of NICHOLAS J. TRUISI, 5 GALAHAD DR., MANALAPAN NJ 07726

⑈00014909⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14909 $1.04 8/5/2026

14909 $1.04 8/5/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14910

Thirteen Dollars and Thirty-One Cents

Date 07/31/2026 Amount *********$13.31

Pay to the Order of JAKE TUBLIN, 15 MONUMENT ST., FREEHOLD NJ 07728

⑈00014910⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC

ENDORSE HERE: For electronic deposit at Chase only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14910 $13.31 8/3/2026

14910 $13.31 8/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14911

Two Hundred Thirty-Six Dollars and Forty-Seven Cents

Date 07/31/2026 Amount ********$236.47

Pay to the Order of GRACE E. WIDMEIER
2 WITHERSPOON WAY
MARLBORO NJ 07746

⑈00014911⑈ ⑆021204416⑆ 16107764⑈

14911 $236.47 8/13/2026

14911 $236.47 8/13/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14912

Four Hundred Thirty-One Dollars and Eighteen Cents

Date 07/31/2026 Amount ********$431.18

Pay to the Order of THOMAS ZANARDI
24 WINSLON DR.
JACKSON NJ 08527

⑈00014912⑈ ⑆021204416⑆ 16107764⑈

14912 $431.18 8/4/2026

14912 $431.18 8/4/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14915

Five Hundred Ninety-Five Dollars and Six Cents

Date 08/07/2026 Amount ********$595.06

Pay to the Order of SAULO AGUILIAR VICENTE
707 ZLOTKIN CIRCLE APT #2
FREEHOLD NJ 07728

⑈00014915⑈ ⑆021204416⑆ 16107764⑈

14915 $595.06 8/14/2026

14915 $595.06 8/14/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14916

Four Hundred Twenty-Four Dollars and Forty-Three Cents

Date 08/07/2026 Amount ********$424.43

Pay to the Order of SAMANTHA A. ALIPRANDI
818 TURQUOISE TRAIL
MORGANVILLE NJ 07751

⑈00014916⑈ ⑆021204416⑆ 16107764⑈

14916 $424.43 8/11/2026

14916 $424.43 8/11/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14917

Four Hundred Seventy Dollars and Eleven Cents

Date 08/07/2026 Amount ********$470.11

Pay to the Order of NINA AMARANDO
265 LONGWOOD DRIVE
MANALAPAN NJ 07726

⑈00014917⑈ ⑆021204416⑆ 16107764⑈

14917 $470.11 8/14/2026

14917 $470.11 8/14/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14918

One Hundred Fifty-One Dollars and Twenty Cents

Date 08/07/2026 Amount ********$151.20

Pay to the Order of ANNE CARTER
4 CECILIA COURT
HOWELL NJ 07731

⑈00014918⑈ ⑆021204416⑆ 16107764⑈

14918 $151.20 8/24/2026

14918 $151.20 8/24/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14919
Two Hundred Seventy Dollars and One Cent
Date 08/07/2026 Amount ********$270.01
Pay to the Order of NANCY FAENZA, 7 CANCER LANE, FREEHOLD NJ 07728
⑈00014919⑈ ⑆021204416⑆ 16107764⑈


OceanFirst Bank (Toms River, NJ) 975 HooperAve 08/18/26-07:45:49 623026556 CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

14919 $270.01 8/19/2026

14919 $270.01 8/19/2026


PHOTO IN LIEU
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14919
Two Hundred Seventy Dollars and One Cent
Date 08/07/2026 Amount ********$270.01
Pay to the Order of NANCY FAENZA, 7 CANCER LANE, FREEHOLD NJ 07728
⑈00014919⑈ ⑆021204416⑆ 16107764⑈


BOFD>021204416<
Loans
2026-08-20 Business Date
0083476859 Trace Number
725454370

14919 $270.01 8/20/2026

14919 $270.01 8/20/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14923
Ten Dollars and Seventy-Eight Cents
Date 08/07/2026 Amount *********$10.78
Pay to the Order of TIMOTHY J. KEOUGH, 22 OLIVER DR., NEPTUNE CITY NJ 07753
⑈00014923⑈ ⑆021204416⑆ 16107764⑈



14923 $10.78 8/12/2026

14923 $10.78 8/12/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14924
Three Hundred Forty Dollars and Ninety-Eight Cents
Date 08/07/2026 Amount ********$340.98
Pay to the Order of ANOUSHA KHAN, 80 TRICENTENNIAL DR., FREEHOLD NJ 07728
⑈00014924⑈ ⑆021204416⑆ 16107764⑈


For Deposit Only - JPMC

14924 $340.98 8/13/2026

14924 $340.98 8/13/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14925
Twenty-Four Dollars and Eight Cents
Date 08/07/2026 Amount *********$24.08
Pay to the Order of LESLIE M. MILDENBERG, 14 BERNICE DR., FREEHOLD NJ 07728
⑈00014925⑈ ⑆021204416⑆ 16107764⑈


20260810 004800687558 06000123003

14925 $24.08 8/11/2026

14925 $24.08 8/11/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14926
Four Hundred Ninety-Two Dollars and Sixty-Eight Cents
Date 08/07/2026 Amount ********$492.68
Pay to the Order of ALEXIS MILONAS, 21 GRAVATT CIRCLE, MILLSTONE TOWNSHIP NJ 08510
⑈00014926⑈ ⑆021204416⑆ 16107764⑈


0788234242 TD Mobile Deposit
8/13/2026 3:50:06 PM
000006795074061

14926 $492.68 8/14/2026

14926 $492.68 8/14/2026







14927 $17.01 8/11/2026

14927 $17.01 8/11/2026







14928 $147.60 8/12/2026

14928 $147.60 8/12/2026







14929 $230.70 8/18/2026

14929 $230.70 8/18/2026







14930 $5.39 8/12/2026

14930 $5.39 8/12/2026







14931 $1.12 8/10/2026

14931 $1.12 8/10/2026







14932 $172.83 8/13/2026

14932 $172.83 8/13/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14933

Four Hundred Thirty-One Dollars and Eighteen Cents

Date 08/07/2026 Amount ********$431.18

Pay to the Order of THOMAS ZANARDI 24 WINSLON DR. JACKSON NJ 08527

⑈00014933⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE [redacted]

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

14933 $431.18 8/11/2026

14933 $431.18 8/11/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14934

Two Hundred Twenty Dollars and No Cents

Date 08/07/2026 Amount ********$220.00

Pay to the Order of REGAL PAYROLL NJ

⑈00014934⑈ ⑆021204416⑆ 16107764⑈

545127063469 130037 20260807 000000000016107764
TRN_DEBIT CORDERTA 220.00
Staten Island-Richmond 0451 94004 5451 0001 0100

14934 $220.00 8/10/2026

14934 $220.00 8/10/2026

*211274450*
08/11/2026
000000730241216

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (A) NOT SUFFICIENT FUNDS

NSF NSF

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212 Check No. 14934

Two Hundred Twenty Dollars and No Cents

Date 08/07/2026 Amount ********$220.00

Pay to the Order of REGAL PAYROLL NJ

⑈00014934⑈ ⑆021204416⑆ 16107764⑈

⑈00014934⑈ ⑆021204416⑆16107764⑈ ⑈0000022000⑈

[illegible] 20260821 000000000016107764
Staten Island-Richmond 0451 94004 5451 0005 0073

Do not endorse or write below this line.

14934 $220.00 8/24/2026

14934 $220.00 8/24/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14935

Eighty-Five Dollars and No Cents

Date 08/07/2026 Amount ********$85.00

Pay to the Order of SIEGEL & SIEGEL NJ

⑈00014935⑈ ⑆021204416⑆ 16107764⑈

545132055888 121902 20260814 000000000016107764
TRN_DEBIT TAN5596 85.00
Staten Island-Richmond 0451 94004 5451 0008 0091

14935 $85.00 8/17/2026

14935 $85.00 8/17/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14938

Five Hundred Ninety-Five Dollars and Six Cents

Date 08/14/2026 Amount ********$595.06

Pay to the Order of SAULO AGUILIAR VICENTE 707 ZLOTKIN CIRCLE APT #2 FREEHOLD NJ 07728

⑈00014938⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: Saulo Aguilar

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

14938 $595.06 8/17/2026

14938 $595.06 8/17/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 14940

Four Hundred Seventy Dollars and Eleven Cents

Date 08/14/2026 Amount ********$470.11

Pay to the Order of NINA AMARANDO 265 LONGWOOD DRIVE MANALAPAN NJ 07726

⑈00014940⑈ ⑆021204416⑆ 16107764⑈

Nina Amarando Mobile dep.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

14940 $470.11 8/21/2026

14940 $470.11 8/21/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14941
Two Hundred Seventy Dollars and One Cent
Date 08/14/2026 Amount ********$270.01
Pay to the Order of NANCY FAENZA
7 DANCER LANE
FREEHOLD NJ 07728
000149 41 021204416 16107764


OceanFirst Bank
(Toms River, NJ)
623245461
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<231270353>>>>

14941 $270.01 8/21/2026 — 14941 $270.01 8/21/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14944
Fourteen Dollars and Eighty-Nine Cents
Date 08/14/2026 Amount *********$14.89
Pay to the Order of TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753
00014944 021204416 16107764



14944 $14.89 8/17/2026 — 14944 $14.89 8/17/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14945
Six Hundred Nineteen Dollars and Forty-Five Cents
Date 08/14/2026 Amount ********$619.45
Pay to the Order of ANOUSHA KHAN
80 TRICENTENNIAL DR.
FREEHOLD NJ 07728
00014945 021204416 16107764


For Deposit Only - JPMC

14945 $619.45 8/18/2026 — 14945 $619.45 8/18/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14946
Fifteen Dollars and Forty-Nine Cents
Date 08/14/2026 Amount *********$15.49
Pay to the Order of LESLIE M. MILDENBERG
14 BERNICE DR.
FREEHOLD NJ 07728
00014946 021204416 16107764


20260818 005100740021 06000123003

14946 $15.49 8/19/2026 — 14946 $15.49 8/19/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14947
Four Hundred Ninety-One Dollars and Twenty-Six Cents
Date 08/14/2026 Amount ********$491.26
Pay to the Order of SAVANNAH M. OTERO
46B SAINT ANDRENS PLACE
MANALAPAN NJ 07726
00014947 021204416 16107764


For Deposit Only - JPMC
For chase deposit only

14947 $491.26 8/20/2026 — 14947 $491.26 8/20/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14948
Sixteen Dollars and Fifty-Eight Cents
Date 08/14/2026 Amount *********$16.58
Pay to the Order of AARON PRICE
NJ
00014948 021204416 16107764


Discover
(Greenwood, DE)
502 E Market St
19950
08/15/26-07:49:07
011567313
<<<<031100649>>>>
For Mobile deposit

14948 $16.58 8/18/2026 — 14948 $16.58 8/18/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212

Check No. 14949

One Hundred Ninety-One Dollars and Eighty-Two Cents

Date 08/14/2026 Amount ********$191.82

Pay to the Order of MILANA V. RESTIVO
273 TULIP LANE
FREEHOLD NJ 07728

⑈00014949⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14949 $191.82 8/17/2026

14949 $191.82 8/17/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212

Check No. 14950

Two Hundred Fourteen Dollars and Twenty-Nine Cents

Date 08/14/2026 Amount ********$214.29

Pay to the Order of VINCENT F. SANTITORO
63 TRICENTENNIAL DR.
FREEHOLD NJ 07728

⑈00014950⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE:

81576 6711 7945 XXXXXXXXXXXX6587 D

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14950 $214.29 8/18/2026

14950 $214.29 8/18/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212

Check No. 14951

Six Dollars and Fifty-Three Cents

Date 08/14/2026 Amount *********$6.53

Pay to the Order of NICHOLAS J. TRUISI
5 GALAHAD DR.
MANALAPAN NJ 07726

⑈00014951⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14951 $6.53 8/18/2026

14951 $6.53 8/18/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212

Check No. 14953

Four Hundred Thirty-One Dollars and Eighteen Cents

Date 08/14/2026 Amount ********$431.18

Pay to the Order of THOMAS ZANARDI
24 WINSLON DR.
JACKSON NJ 08527

⑈00014953⑈ ⑆021204416⑆ 16107764⑈

BOA CC:0350092721 CashID:759 Date:08/17/26 Seq#:0001
CorrelationID:26160817140521 DeviceID:DNJ10594 Trans#:2898
LTPSATLET

14953 $431.18 8/17/2026

14953 $431.18 8/17/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212

Check No. 14956

Five Hundred Ninety-Five Dollars and Six Cents

Date 08/21/2026 Amount ********$595.06

Pay to the Order of SAULO AGUILAR VICENTE
767 ALOTKIN CIRCLE APT #2
FREEHOLD NJ 07728

⑈00014956⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE:

3789011667

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14956 $595.06 8/27/2026

14956 $595.06 8/27/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212

Check No. 14958

Four Hundred Seventy Dollars and Eleven Cents

Date 08/21/2026 Amount ********$470.11

Pay to the Order of NINA AMARANDO
265 LONGWOOD DRIVE
MANALAPAN NJ 07726

⑈00014958⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14958 $470.11 8/26/2026

14958 $470.11 8/26/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14959

Two Hundred Seventy Dollars and One Cent

Date 08/21/2026 Amount ********$270.01

Pay to the Order of NANCY FAENZA
7 DANCER LANE
FREEHOLD NJ 07728

⑈00014959⑈ ⑆021204416⑆ 16107764⑈

14959 $270.01 8/27/2026

OceanFirst Bank (Toms River, NJ) CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

14959 $270.01 8/27/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14964

Four Hundred Twenty-Nine Dollars and Thirteen Cents

Date 08/21/2026 Amount ********$429.13

Pay to the Order of ANOUSHA KHAN
60 TRICENTENNIAL DR.
FREEHOLD NJ 07728

⑈000014964⑈ ⑆021204416⑆ 16107764⑈

14964 $429.13 8/25/2026

For Deposit Only - JPMC

14964 $429.13 8/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14966

Three Hundred Seventy-Six Dollars and Fifty-Six Cents

Date 08/21/2026 Amount ********$376.56

Pay to the Order of ALEXIS MILONAS
21 GRAVATT CIRCLE
MILLSTONE TOWNSHIP NJ 08510

⑈000014966⑈ ⑆021204416⑆ 16107764⑈

14966 $376.56 8/24/2026

0767853257 TD Mobile Deposit
8/22/2026 3:33:02 PM
00006795074061

14966 $376.56 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14967

One Hundred Sixty-Five Dollars and Ninety Cents

Date 08/21/2026 Amount ********$165.90

Pay to the Order of SAVANNAH M. OTERO
468 SAINT ANDREWS PLACE
MANALAPAN NJ 07726

⑈000014967⑈ ⑆021204416⑆ 16107764⑈

14967 $165.90 8/24/2026

For Deposit Only - JPMC

For Chase Deposit Only

14967 $165.90 8/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14968

Thirty-One Dollars and Sixty-Three Cents

Date 08/21/2026 Amount *********$31.63

Pay to the Order of AARON PRICE
NJ

⑈000014968⑈ ⑆021204416⑆ 16107764⑈

14968 $31.63 8/25/2026

Discover (Greenwood, DE) 502 E Market St 19950 08/23/26-07:26:08 031100649

For Mobile Deposit

14968 $31.63 8/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14969

Four Hundred Forty-Two Dollars and Seventy-Four Cents

Date 08/21/2026 Amount ********$442.74

Pay to the Order of MILANA V. RESTIVO
273 TULIP LANE
FREEHOLD NJ 07728

⑈000014969⑈ ⑆021204416⑆ 16107764⑈

14969 $442.74 8/24/2026

14969 $442.74 8/24/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14970
One Hundred Six Dollars and Eighty-Six Cents
Date 08/21/2026
Amount ********$106.86
Pay to the Order of VINCENT F. SANTITORO
63 TRICENTENNIAL DR.
FREEHOLD NJ 07728
⑈00014970⑈ ⑆021204416⑆ 16107764⑈

FOR MOBILE DEPOSIT ONLY
PNC BANK
031000053

14970 $106.86 8/28/2026

14970 $106.86 8/28/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14972
Twenty-Six Dollars and Seventy-Eight Cents
Date 08/21/2026
Amount ********$26.78
Pay to the Order of NICHOLAS J. TRUISI
5 GALAHAD DR.
MANALAPAN NJ 07726
⑈00014972⑈ ⑆021204416⑆ 16107764⑈

0688696264 TD Mobile Deposit
8/23/2026 3:30:56 PM
4376355123
ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14972 $26.78 8/24/2026

14972 $26.78 8/24/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14973
Eighteen Dollars and Thirty-Nine Cents
Date 08/21/2026
Amount ********$18.39
Pay to the Order of JAKE TUBLIN
15 MONUMENT ST.
FREEHOLD NJ 07728
⑈00014973⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC
ENDORSE HERE
For electronic deposit at Chase only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14973 $18.39 8/24/2026

14973 $18.39 8/24/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14974
Four Hundred Thirty-One Dollars and Eighteen Cents
Date 08/21/2026
Amount ********$431.18
Pay to the Order of THOMAS ZANARDI
24 WINSLON DR.
JACKSON NJ 08527
⑈00014974⑈ ⑆021204416⑆ 16107764⑈

JPMorganChaseBank 082407 004484 951990014827
ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14974 $431.18 8/25/2026

14974 $431.18 8/25/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14978
Five Hundred Ninety-Five Dollars and Six Cents
Date 08/28/2026
Amount ********$595.06
Pay to the Order of SAULO AGUILIAR VICENTE
707 ZLOTKIN CIRCLE APT #2
FREEHOLD NJ 07728
⑈00014978⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE
Saulo Aguilar
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14978 $595.06 8/31/2026

14978 $595.06 8/31/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14991
Nineteen Dollars and Eleven Cents
Date 08/28/2026
Amount ********$19.11
Pay to the Order of NICHOLAS J. TRUISI
5 GALAHAD DR.
MANALAPAN NJ 07726
⑈00014991⑈ ⑆021204416⑆ 16107764⑈

0687670262 TD Mobile Deposit
8/30/2026 2:33:15 PM
4376355123
ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14991 $19.11 8/31/2026

14991 $19.11 8/31/2026



THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No 14992

Seventeen Dollars and Two Cents

Date 08/28/2026

Amount *********$17.02

Pay to the Order of JAKE TUBLIN
15 MONUMENT ST.
FREEHOLD NJ 07728

⑈00014992⑈ ⑆021204416⑆ 16107764⑈





14992 $17.02 8/31/2026

14992 $17.02 8/31/2026

## CHANGE OF ADDRESS

**NAME:** ______________________________________________

**NEW ADDRESS:** ______________________________________________
Street and Number — City — State — Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking .................... ☐ Loan .................... ☐ Safe Deposit Box ( .................... )
☐ Savings .................... ☐ Certificate .................... ☐ Other (describe below)

**SPECIAL INSTRUCTIONS** ______________________________________________

Date: ____________________ Authorized Signature: ____________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | |
| **TOTAL** | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | |
|---|---|
| DEPOSITS NOT SHOWN ON STATEMENT | |
| STATEMENT BALANCE | |
| **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

PLEASE EXAMINE AND [illegible] YOUR STATEMENT [illegible] PROMPTLY

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.