For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

0000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD NJ 07728**

**Thank you for voting Amboy Best Bank 28 Years in a Row!**
**Vote from 8/17-8/31 to make it 29 Years in a Row**
**and win a Summer Fun prize.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com/SummerFun for more details**

## Free Small Business Account

**Account number: 16018087**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-31 | $564.30 |
| Deposits and other credits (+) | $209,952.88 |
| Withdrawals, checks and other debits (-) | $210,517.18 |
| Ending Balance on 08-31 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 08-03 | TSYS/TRANSFIRST CR CD DEP 260731 5436845595 8323 5436845595 83231THE SKILLET | 4,725.12 |
| 08-03 | TSYS/TRANSFIRST CR CD DEP 260802 5436845595 8323 5436845595 83231THE SKILLET | 10,259.33 |
| 08-04 | TSYS/TRANSFIRST CR CD DEP 260803 5436845595 8323 5436845595 83231THE SKILLET | 3,743.66 |
| 08-04 | TSYS/TRANSFIRST CR CD DEP 260803 5436845595 8323 5436845595 83231THE SKILLET | 12,683.37 |
| 08-05 | TSYS/TRANSFIRST CR CD DEP 260804 5436845595 8323 5436845595 83231THE SKILLET | 4,905.98 |
| 08-06 | TSYS/TRANSFIRST CR CD DEP 260805 5436845595 8323 5436845595 83231THE SKILLET | 4,974.16 |
| 08-07 | TSYS/TRANSFIRST CR CD DEP 260806 5436845595 8323 5436845595 83231THE SKILLET | 5,100.40 |
| 08-10 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 3.00 |
| 08-10 | TSYS/TRANSFIRST CR CD DEP 260807 5436845595 8323 5436845595 83231THE SKILLET | 6,073.12 |
| 08-10 | TSYS/TRANSFIRST CR CD DEP 260809 5436845595 8323 5436845595 83231THE SKILLET | 9,391.99 |
| 08-11 | TSYS/TRANSFIRST CR CD DEP 260810 5436845595 8323 5436845595 83231THE SKILLET | 4,497.35 |
| 08-11 | TSYS/TRANSFIRST CR CD DEP 260810 5436845595 8323 5436845595 83231THE SKILLET | 10,312.90 |
| 08-12 | TSYS/TRANSFIRST CR CD DEP 260811 5436845595 8323 5436845595 83231THE SKILLET | 5,836.09 |
| 08-13 | TSYS/TRANSFIRST CR CD DEP 260812 5436845595 8323 5436845595 83231THE SKILLET | 4,673.92 |

**THE SKILLET BY SAL INC**

## Free Small Business Account

**Account number: 16018087**

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-14 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 100.00 |
| 08-14 | TSYS/TRANSFIRST CR CD DEP 260813 5436845595 8323 5436845595 83231THE SKILLET | 6,645.09 |
| 08-17 | TSYS/TRANSFIRST CR CD DEP 260814 5436845595 8323 5436845595 83231THE SKILLET | 6,355.13 |
| 08-17 | TSYS/TRANSFIRST CR CD DEP 260816 5436845595 8323 5436845595 83231THE SKILLET | 9,933.82 |
| 08-18 | TSYS/TRANSFIRST CR CD DEP 260817 5436845595 8323 5436845595 83231THE SKILLET | 5,708.64 |
| 08-18 | TSYS/TRANSFIRST CR CD DEP 260817 5436845595 8323 5436845595 83231THE SKILLET | 12,751.58 |
| 08-19 | TSYS/TRANSFIRST CR CD DEP 260818 5436845595 8323 5436845595 83231THE SKILLET | 5,207.21 |
| 08-20 | TSYS/TRANSFIRST CR CD DEP 260819 5436845595 8323 5436845595 83231THE SKILLET | 5,615.30 |
| 08-21 | DEPOSIT | 540.00 |
| 08-21 | TSYS/TRANSFIRST CR CD DEP 260820 5436845595 8323 5436845595 83231THE SKILLET | 4,967.36 |
| 08-24 | TSYS/TRANSFIRST CR CD DEP 260821 5436845595 8323 5436845595 83231THE SKILLET | 5,733.47 |
| 08-24 | TSYS/TRANSFIRST CR CD DEP 260823 5436845595 8323 5436845595 83231THE SKILLET | 11,028.34 |
| 08-25 | Funds Transfer via Mobile AmboyNet Transfer from xxx7455 | 30.00 |
| 08-25 | TSYS/TRANSFIRST CR CD DEP 260824 5436845595 8323 5436845595 83231THE SKILLET | 4,126.17 |
| 08-25 | TSYS/TRANSFIRST CR CD DEP 260824 5436845595 8323 5436845595 83231THE SKILLET | 12,397.18 |
| 08-26 | TSYS/TRANSFIRST CR CD DEP 260825 5436845595 8323 5436845595 83231THE SKILLET | 5,658.36 |
| 08-27 | TSYS/TRANSFIRST CR CD DEP 260826 5436845595 8323 5436845595 83231THE SKILLET | 3,725.41 |
| 08-28 | TSYS/TRANSFIRST CR CD DEP 260827 5436845595 8323 5436845595 83231THE SKILLET | 5,267.77 |
| 08-31 | TSYS/TRANSFIRST CR CD DEP 260828 5436845595 8323 5436845595 83231THE SKILLET | 6,808.19 |
| 08-31 | TSYS/TRANSFIRST CR CD DEP 260830 5436845595 8323 5436845595 83231THE SKILLET | 10,173.47 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 08-03 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 136.75 |
| 08-03 | 260731190015YIO Vivian Capital Group LLC D | 300.00 |
| 08-03 | 260731190015GGN Vivian Capital Group LLC D | 300.00 |
| 08-03 | Internet Transfer to xxx8272 | 170.00 |
| 08-03 | Internet Transfer to xxx7455 | 3,500.00 |
| 08-03 | Internet Transfer to xxx7764 | 10,500.00 |
| 08-04 | Internet Transfer to xxx7764 | 15,250.00 |
| 08-05 | 65622 - Nyx SmarteCarte HUNT VALLEY MD 04228880 065622 | 9.00 |
| 08-05 | 353328 - MCDONALD'S F2725 HALLANDALE FL 48711911 353328 | 16.96 |
| 08-05 | 36607 - UNITED 0164 UNITED.COM TX 00000000 036607 | 50.00 |
| 08-05 | 11234 - TST SWEET PARIS CORAL GABLES FL 66216002 680490 | 68.67 |
| 08-05 | MERCHANTSERVCS BILLNG 260731 4445045885837 Merch Bankcard 3331091 The Sk | 39.84 |
| 08-05 | Internet Transfer to xxx7764 | 6,000.00 |
| 08-06 | 2085 - TST SWEET PARIS CORAL GABLES FL 66216002 850332 | 70.53 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16018087

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-06 | Internet Transfer to xxx7764 | 4,950.00 |
| 08-07 | 78725 - LOEWS HOTELS COR CORAL GABLES FL 39520864 078725 | 17.28 |
| 08-07 | 15027 - TST SWEET PARIS CORAL GABLES FL 66216002 494202 | 62.38 |
| 08-07 | Internet Transfer to xxx7764 | 5,000.00 |
| 08-10 | 81041 - LOEWS HOTELS COR CORAL GABLES FL 39520864 081041 | 29.75 |
| 08-10 | 95943 - TST KIKI ON THE Miami FL 00000000 095943 | 450.00 |
| 08-10 | 5436845 5595 8323 TSYS/TRANSFIRST MERCH FEES | 25.79 |
| 08-10 | 260807190016HND Vivian Capital Group LLC D | 300.00 |
| 08-10 | 260807190016EPK Vivian Capital Group LLC D | 300.00 |
| 08-10 | Internet Transfer to xxx5669 | 25.00 |
| 08-10 | Internet Transfer to xxx8183 | 220.00 |
| 08-10 | Internet Transfer to xxx8272 | 225.00 |
| 08-10 | Internet Transfer to xxx7764 | 13,950.00 |
| 08-11 | 8541 - UM STARBUCKS CORAL GABLES FL 00000000 008541 | 7.17 |
| 08-11 | 6312 - CARBONARA APP CARBONARAAPP. PA KLANIZNZ 006312 | 10.00 |
| 08-11 | 87503 - LOEWS HOTELS COR CORAL GABLES FL 39520864 087503 | 16.28 |
| 08-11 | 8634 - UM STARBUCKS CORAL GABLES FL 00000000 008634 | 17.82 |
| 08-11 | 10247 - CARBONARA APP CARBONARAAPP. PA KLANIZNZ 010247 | 56.99 |
| 08-11 | 5245 - TST ZUCCA Coral Gables FL 00000000 005245 | 185.42 |
| 08-11 | Internet Transfer to xxx7455 | 250.00 |
| 08-11 | Internet Transfer to xxx7764 | 14,000.00 |
| 08-12 | Internet Transfer to xxx5669 | 25.00 |
| 08-12 | Internet Transfer to xxx7764 | 6,000.00 |
| 08-13 | 9267 - UM STARBUCKS CORAL GABLES FL 00000000 009267 | 14.39 |
| 08-13 | 26692 - LOEWS HOTELS COR CORAL GABLES FL 39520864 026692 | 16.28 |
| 08-13 | 34976 - CHEVRON 0353086 MIAMI FL 00000000 034976 | 20.00 |
| 08-13 | 83744 - PLAYA BOWLS - CO SOUTH MIAMI FL 41675619 083744 | 54.13 |
| 08-13 | 91811 - SHAKE SHACK 1111 CORAL GABLES FL 00000000 091811 | 64.46 |
| 08-13 | 21390 - TST TAP 42 - CO CORAL GABLES FL 15521390 021390 | 119.35 |
| 08-13 | Internet Transfer to xxx7764 | 4,802.00 |
| 08-14 | 0034 - ISPA/PIM DS ORLANDO FL NW69536 000034 | 224.40 |
| 08-14 | 393979 - HERIAS INC. MIAMI FL 13108201 393979 | 10.01 |
| 08-14 | 72875 - LOEWS HOTELS COR CORAL GABLES FL 39520864 072875 | 16.28 |
| 08-14 | 58444 - TST MARTUCCI WY MIAMI FL 67410002 260294 | 157.00 |
| 08-14 | Internet Transfer to xxx5669 | 25.00 |
| 08-14 | Internet Transfer to xxx5669 | 25.00 |
| 08-14 | Internet Transfer to xxx8183 | 940.00 |
| 08-14 | Internet Transfer to xxx7764 | 5,250.00 |
| 08-17 | 11274 - Nyx SmarteCarte HUNT VALLEY MD 04228694 011274 | 9.00 |
| 08-17 | 37934 - STOP & SHOP 2812 FREEHOLD NJ 001 622710037934 | 9.28 |
| 08-17 | 1657 - MIA AIRP ILLYCA MIAMI FL 00000000 001657 | 9.67 |
| 08-17 | 38409 - DON PAN KENDALL MIAMI FL 00000000 038409 | 10.21 |
| 08-17 | 38399 - DON PAN KENDALL MIAMI FL 00000000 038399 | 16.56 |
| 08-17 | 19521 - DUNKIN #352034 Q MANALAPAN NJ 3520026 019521 | 34.50 |
| 08-17 | 63871 - TST SWEET PARIS CORAL GABLES FL 66216002 940085 | 44.50 |
| 08-17 | 260814190015N7N Vivian Capital Group LLC D | 300.00 |
| 08-17 | 260814190015212 Vivian Capital Group LLC D | 300.00 |
| 08-17 | INS PMNT HANOVER INS BILLPAY | 410.67 |
| 08-17 | Internet Transfer to xxx5669 | 25.00 |
| 08-17 | Internet Transfer to xxx5669 | 25.00 |
| 08-17 | Internet Transfer to xxx5669 | 25.00 |
| 08-17 | Internet Transfer to xxx8183 | 35.00 |
| 08-17 | Internet Transfer to xxx7455 | 4,400.00 |
| 08-17 | Internet Transfer to xxx7764 | 10,800.00 |

THE SKILLET BY SAL INC

**Free Small Business Account** **Account number: 16018087**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 08-18 | Internet Transfer to xxx7764 | 1,579.00 |
| 08-18 | Internet Transfer to xxx8272 | 1,730.00 |
| 08-18 | BRANCH WITHDRAWAL | 3,820.00 |
| 08-18 | Internet Transfer to xxx7764 | 11,380.0( |
| 08-19 | Internet Transfer to xxx8183 | 100.00 |
| 08-19 | Internet Transfer to xxx7764 | 5,100.00 |
| 08-20 | Internet Transfer to xxx8272 | 50.00 |
| 08-20 | Internet Transfer to xxx8183 | 130.00 |
| 08-20 | Internet Transfer to xxx7764 | 5,440.00 |
| 08-21 | Internet Transfer to xxx7764 | 500.00 |
| 08-21 | Internet Transfer to xxx7455 | 2,000.00 |
| 08-21 | Internet Transfer to xxx7764 | 3,000.00 |
| 08-24 | 260821190015 5R6 Vivian Capital Group LLC D | 300.00 |
| 08-24 | 260821190015 8RK Vivian Capital Group LLC D | 300.00 |
| 08-24 | Internet Transfer to xxx5669 | 10.00 |
| 08-24 | Internet Transfer to xxx8183 | 40.00 |
| 08-24 | Internet Transfer to xxx5669 | 90.00 |
| 08-24 | Internet Transfer to xxx8272 | 360.00 |
| 08-24 | Internet Transfer to xxx7455 | 4,050.00 |
| 08-24 | Internet Transfer to xxx7764 | 11,600.0( |
| 08-25 | 70224 - USPS KIOSK 33280 FREEHOLD NJ 00000000 070224 | 1.64 |
| 08-25 | 2876 - SAMS CLUB #6671 FREEHOLD NJ 66710092 312107 | 129.00 |
| 08-25 | Internet Transfer to xxx8272 | 65.00 |
| 08-25 | Internet Transfer to xxx8183 | 350.00 |
| 08-25 | Internet Transfer to xxx7764 | 16,000.0( |
| 08-26 | 568550 - STOP & SHOP 2812 FREEHOLD NJ 001 623716568550 | 25.26 |
| 08-26 | Internet Transfer to xxx7764 | 5,660.00 |
| 08-27 | Internet Transfer to xxx7764 | 3,725.00 |
| 08-28 | 38812 DDA BANK DEBIT EXPERIAN PRIME COSTA MESA CA 00001000 937339 | 26.65 |
| 08-28 | Internet Transfer to xxx8183 | 370.00 |
| 08-28 | BRANCH WITHDRAWAL | 1,020.00 |
| 08-28 | Internet Transfer to xxx7764 | 3,850.00 |
| 08-31 | 260828190016GC9 Vivian Capital Group LLC D | 300.00 |
| 08-31 | 260828190016 6MQ Vivian Capital Group LLC D | 300.00 |
| 08-31 | Digital Basic Monthly Fee | 10.00 |
| 08-31 | Internet Transfer to xxx8183 | 100.00 |
| 08-31 | Internet Transfer to xxx5669 | 125.00 |
| 08-31 | Internet Transfer to xxx7764 | 450.00 |
| 08-31 | Internet Transfer to xxx7455 | 3,500.00 |
| 08-31 | Internet Transfer to xxx7764 | 12,200.0( |
| 08-31 | SERVICE CHARGE | 2.31 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 0.00 | 210.26 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |







0 $3,820.00 8/18/2026

0 $3,820.00 8/18/2026







0 $1,020.00 8/28/2026

0 $1,020.00 8/28/2026

## CHANGE OF ADDRESS

NAME: ____________________________________________

NEW ADDRESS: ____________________________________________
Street and Number — City — State — Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking .................... ☐ Loan .................... ☐ Safe Deposit Box ( .................... )
☐ Savings .................... ☐ Certificate .................... ☐ Other (describe below)

**SPECIAL INSTRUCTIONS** ____________________________________________

Date: ____________________ Authorized Signature: ____________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

### RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | |
| TOTAL | | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | |
|---|---|---|
| DEPOSITS NOT SHOWN ON STATEMENT | | |
| STATEMENT BALANCE | | |
| TOTAL | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

[illegible]

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.