# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 31-Aug | Tuesday 01-Sep | Wednesday 02-Sep | Thursday 03-Sep | Friday 04-Sep | Saturday 05-Sep | Sunday 06-Sep | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 6,644.98 | 5,842.78 | 5,185.54 | 5,405.21 | 6,548.94 | 11,803.70 | 14,929.79 | **56,360.94** |
| Coupons | -57.73 | -97.28 | -51.66 | -79.79 | -181.46 | -33.10 | -607.74 | **-1,108.76** |
| Net Sales | 6,587.25 | 5,745.50 | 5,133.88 | 5,325.42 | 6,367.48 | 11,770.60 | 14,322.05 | **55,252.18** |
| Taxes | 433.39 | 377.97 | 335.54 | 347.81 | 415.65 | 773.34 | 940.43 | **3,624.13** |
| **Gross Sales** | **7,020.64** | **6,123.47** | **5,469.42** | **5,673.23** | **6,783.13** | **12,543.94** | **15,262.48** | **58,876.31** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 1,670.58 | 1,402.03 | 1,866.95 | 2,040.68 | 1,393.99 | 2,428.08 | 1,999.01 | **12,801.32** |
| Credit Card | 4,925.94 | 4,266.11 | 2,685.33 | 3,277.43 | 4,557.64 | 8,854.83 | 11,590.29 | **40,157.57** |
| **Total Payments** | **6,596.52** | **5,668.14** | **4,552.28** | **5,318.11** | **5,951.63** | **11,282.91** | **13,589.30** | **52,958.89** |
| Paid Ins | 692.42 | 682.78 | 483.98 | 559.95 | 900.49 | 1,586.83 | 2,041.58 | **6,948.03** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 17.50 | 6.00 | 8.00 | 4.00 | 35.95 | 21.00 | 45.35 | **137.80** |
| Total Voids | 17.50 | 6.00 | 8.00 | 4.00 | 35.95 | 21.00 | 45.35 | **137.80** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 278 | 224 | 191 | 229 | 243 | 423 | 495 | **2083** |
| Avg Sales Per Customer | 23.70 | 25.65 | 26.88 | 23.26 | 26.20 | 27.83 | 28.93 | **182.44** |
| Labor Hours | 60.02 | 44.42 | 49.75 | 55.90 | 68.07 | 83.53 | 92.53 | **454.22** |
| Labor $ | 72.00 | 0.00 | 0.00 | 72.00 | 72.00 | 72.00 | 72.00 | **360.00** |
| Labor % | 1.09 | 0.00 | 0.00 | 1.35 | 1.13 | 0.61 | 0.50 | **4.69** |
| Labor Efficency/Productivity | 91.49 | | | 73.96 | 88.44 | 163.48 | 198.92 | **616.29** |
| Customer Per Labor | 4.63 | 5.04 | 3.84 | 4.10 | 3.57 | 5.06 | 5.35 | **31.59** |