# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 07-Sep | Tuesday 08-Sep | Wednesday 09-Sep | Thursday 10-Sep | Friday 11-Sep | Saturday 12-Sep | Sunday 13-Sep | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 14,038.73 | 5,400.53 | 4,622.68 | 4,713.82 | 5,446.61 | 10,790.73 | 11,577.54 | **56,590.64** |
| Coupons | -433.99 | 0.00 | -29.81 | -49.69 | -77.59 | -151.91 | -17.23 | **-760.22** |
| Net Sales | 13,604.74 | 5,400.53 | 4,592.87 | 4,664.13 | 5,369.02 | 10,638.82 | 11,560.31 | **55,830.42** |
| Taxes | 890.83 | 354.87 | 297.72 | 305.64 | 349.54 | 690.33 | 756.08 | **3,645.01** |
| **Gross Sales** | **14,495.57** | **5,755.40** | **4,890.59** | **4,969.77** | **5,718.56** | **11,329.15** | **12,316.39** | **59,475.43** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 2,535.80 | 1,072.74 | 1,462.45 | 1,264.71 | 1,594.12 | 1,260.07 | 2,461.28 | **11,651.17** |
| Credit Card | 10,776.61 | 4,438.96 | 2,819.06 | 3,048.15 | 3,701.13 | 8,948.52 | 8,512.59 | **42,245.02** |
| **Total Payments** | **13,312.41** | **5,511.70** | **4,281.51** | **4,312.86** | **5,295.25** | **10,208.59** | **10,973.87** | **53,896.19** |
| Paid Ins | 1,769.49 | 675.60 | 493.90 | 592.66 | 682.89 | 1,553.98 | 1,400.55 | **7,169.07** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 70.65 | 0.00 | 13.45 | 24.45 | 0.00 | 19.00 | 8.00 | **135.55** |
| Total Voids | 70.65 | 0.00 | 13.45 | 24.45 | 0.00 | 19.00 | 8.00 | **135.55** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 507 | 211 | 182 | 197 | 212 | 397 | 415 | **2121** |
| Avg Sales Per Customer | 26.83 | 25.59 | 25.24 | 23.68 | 25.33 | 26.80 | 27.86 | **181.32** |
| Labor Hours | 89.93 | 52.07 | 51.20 | 48.37 | 64.25 | 72.60 | 83.68 | **462.10** |
| Labor $ | 72.00 | 72.00 | 72.00 | 0.00 | 72.00 | 72.00 | 72.00 | **432.00** |
| Labor % | 0.53 | 1.33 | 1.57 | 0.00 | 1.34 | 0.68 | 0.62 | **6.07** |
| Labor Efficency/Productivity | 188.95 | 75.01 | 63.79 | | 74.57 | 147.76 | 160.56 | **710.64** |
| Customer Per Labor | 5.64 | 4.05 | 3.55 | 4.07 | 3.30 | 5.47 | 4.96 | **31.04** |