# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 21-Sep | Tuesday 22-Sep | Wednesday 23-Sep | Thursday 24-Sep | Friday 25-Sep | Saturday 26-Sep | Sunday 27-Sep | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 10,219.04 | 4,764.92 | 2,850.98 | 5,371.37 | 6,837.73 | 10,499.48 | 10,889.79 | **51,433.31** |
| Coupons | -290.63 | -47.83 | -64.44 | -131.33 | -165.98 | -30.19 | -201.89 | **-932.29** |
| Net Sales | 9,928.41 | 4,717.09 | 2,786.54 | 5,240.04 | 6,671.75 | 10,469.29 | 10,687.90 | **50,501.02** |
| Taxes | 646.48 | 307.69 | 181.85 | 340.63 | 434.77 | 689.37 | 699.35 | **3,300.14** |
| **Gross Sales** | **10,574.89** | **5,024.78** | **2,968.39** | **5,580.67** | **7,106.52** | **11,158.66** | **11,387.25** | **53,801.16** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 3,704.58 | 1,107.34 | 561.65 | 1,573.71 | 1,313.61 | 2,705.19 | 1,286.36 | **12,252.44** |
| Credit Card | 6,530.92 | 3,188.42 | 2,045.16 | 3,464.40 | 4,709.15 | 6,958.98 | 8,462.54 | **35,359.57** |
| **Total Payments** | **10,235.50** | **4,295.76** | **2,606.81** | **5,038.11** | **6,022.76** | **9,664.17** | **9,748.90** | **47,612.01** |
| Paid Ins | 1,593.08 | 482.94 | 362.83 | 632.08 | 820.92 | 1,135.51 | 1,387.41 | **6,414.77** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 7.25 | 0.00 | 19.95 | 0.00 | 38.90 | 25.50 | 14.50 | **106.10** |
| Total Voids | 7.25 | 0.00 | 19.95 | 0.00 | 38.90 | 25.50 | 14.50 | **106.10** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 393 | 182 | 118 | 214 | 249 | 366 | 367 | **1889** |
| Avg Sales Per Customer | 25.26 | 25.92 | 23.61 | 24.49 | 26.79 | 28.60 | 29.12 | **183.80** |
| Labor Hours | 51.28 | 105.42 | 32.58 | 50.53 | 53.52 | 74.27 | 65.60 | **433.20** |
| Labor $ | 72.00 | 72.00 | 11.46 | 7.44 | 5.57 | 0.00 | 0.00 | **168.47** |
| Labor % | 0.73 | 1.53 | 0.41 | 0.14 | 0.08 | 0.00 | 0.00 | **2.89** |
| Labor Efficency/Productivity | 137.89 | 65.52 | 243.15 | 704.31 | 1197.80 | | | **2,348.67** |
| Customer Per Labor | 7.66 | 1.73 | 3.62 | 4.23 | 4.65 | 4.93 | 5.59 | **32.42** |