# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 14-Sep | Tuesday 15-Sep | Wednesday 16-Sep | Thursday 17-Sep | Friday 18-Sep | Saturday 19-Sep | Sunday 20-Sep | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 6,975.92 | 4,080.15 | 4,194.69 | 3,649.41 | 5,839.90 | 12,344.67 | 5,352.00 | **42,436.74** |
| Coupons | -41.43 | -29.40 | -59.41 | -71.61 | -132.57 | -383.07 | -114.55 | **-832.04** |
| Net Sales | 6,934.49 | 4,050.75 | 4,135.28 | 3,577.80 | 5,707.33 | 11,961.60 | 5,237.45 | **41,604.70** |
| Taxes | 456.53 | 266.92 | 270.19 | 235.05 | 374.61 | 783.33 | 342.12 | **2,728.75** |
| **Gross Sales** | **7,391.02** | **4,317.67** | **4,405.47** | **3,812.85** | **6,081.94** | **12,744.93** | **5,579.57** | **44,333.45** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 1,509.13 | 1,177.22 | 1,236.72 | 1,036.55 | 1,519.64 | 2,067.93 | 915.74 | **9,462.93** |
| Credit Card | 5,569.64 | 2,812.37 | 2,452.72 | 2,420.38 | 4,008.55 | 9,785.31 | 2,176.98 | **29,225.95** |
| **Total Payments** | **7,078.77** | **3,989.59** | **3,689.44** | **3,456.93** | **5,528.19** | **11,853.24** | **3,092.72** | **38,688.88** |
| Paid Ins | 619.84 | 531.29 | 378.13 | 385.16 | 751.20 | 1,542.50 | **4,208.12** | |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 5.25 | 14.75 | 19.95 | 70.00 | 20.22 | 186.30 | 6.25 | **322.72** |
| Total Voids | 5.25 | 14.75 | 19.95 | 70.00 | 20.22 | 186.30 | 6.25 | **322.72** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 202 | 171 | 165 | 156 | 241 | 426 | 201 | **1562** |
| Avg Sales Per Customer | 34.33 | 23.69 | 25.06 | 22.93 | 23.68 | 28.08 | 26.06 | **183.83** |
| Labor Hours | 60.02 | 40.73 | 49.35 | 54.97 | 72.67 | 67.90 | 8.97 | **354.60** |
| Labor $ | 216.00 | 72.00 | 72.00 | 72.00 | 72.00 | 0.00 | 0.00 | **504.00** |
| Labor % | 3.11 | 1.78 | 1.74 | 2.01 | 1.26 | 0.00 | 0.00 | **9.91** |
| Labor Efficency/Productivity | 32.10 | 56.26 | 57.43 | 49.69 | 79.27 | | | **274.76** |
| Customer Per Labor | 3.37 | 4.20 | 3.34 | 2.84 | 3.32 | 6.27 | 22.42 | **45.75** |