# Weekly Sales Summary

**Corp. Name:** skillet by sal inc

**The Skillet**

| SALES | Monday 28-Sep | Tuesday 29-Sep | Wednesday 30-Sep | Thursday 01-Oct | Friday 02-Oct | Saturday 03-Oct | Sunday 04-Oct | Totals |
|---|---|---|---|---|---|---|---|---|
| Sales | 4,282.08 | 4,169.64 | 4,814.89 | 5,879.10 | 5,284.85 | 12,469.64 | 13,063.79 | **49,963.99** |
| Coupons | -29.34 | -30.00 | -33.11 | -34.27 | -93.36 | -77.22 | -181.01 | **-478.31** |
| Net Sales | 4,252.74 | 4,139.64 | 4,781.78 | 5,844.83 | 5,191.49 | 12,392.42 | 12,882.78 | **49,485.68** |
| Taxes | 279.11 | 271.69 | 310.44 | 381.15 | 338.60 | 811.89 | 842.96 | **3,235.84** |
| **Gross Sales** | **4,531.85** | **4,411.33** | **5,092.22** | **6,225.98** | **5,530.09** | **13,204.31** | **13,725.74** | **52,721.52** |
| **TENDER SECTION** | | | | | | | | |
| Cash | 965.62 | 1,121.32 | 1,183.24 | 1,856.86 | 1,187.44 | 1,683.73 | 2,258.09 | **10,256.30** |
| Credit Card | 3,008.71 | 2,990.38 | 2,998.72 | 3,320.21 | 3,714.79 | 10,274.54 | 10,072.79 | **36,380.14** |
| **Total Payments** | **3,974.33** | **4,111.70** | **4,181.96** | **5,177.07** | **4,902.23** | **11,958.27** | **12,330.88** | **46,636.44** |
| Paid Ins | 466.79 | 545.82 | 475.82 | 585.15 | 588.38 | 1,723.59 | 1,684.49 | **6,070.04** |
| Paid Outs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Calculated Deposit | | | | | | | | |
| **VOIDS/Refunds/Pre-voids** | | | | | | | | |
| Voids | 0.00 | 0.00 | 16.00 | 0.00 | 35.95 | 40.90 | 46.90 | **139.75** |
| Total Voids | 0.00 | 0.00 | 16.00 | 0.00 | 35.95 | 40.90 | 46.90 | **139.75** |
| Return/Refunds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Pre voids/ Deletes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **BUSINESS ANALYSIS/ STATISTICS** | | | | | | | | |
| # Customers | 165 | 171 | 180 | 229 | 207 | 447 | 476 | **1875** |
| Avg Sales Per Customer | 25.77 | 24.21 | 26.57 | 25.52 | 25.08 | 27.72 | 27.06 | **181.94** |
| Labor Hours | 46.50 | 42.55 | 48.25 | 47.45 | 66.27 | 106.60 | 72.85 | **430.47** |
| Labor $ | 72.00 | 0.00 | 0.00 | 0.00 | 53.66 | 56.09 | 58.71 | **240.46** |
| Labor % | 1.69 | 0.00 | 0.00 | 0.00 | 1.03 | 0.45 | 0.46 | **3.63** |
| Labor Efficency/Productivity | 59.07 | | | | 96.75 | 220.94 | 219.43 | **596.18** |
| Customer Per Labor | 3.55 | 4.02 | 3.73 | 4.83 | 3.12 | 4.19 | 6.53 | **29.97** |