For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

FAENZA'S GOURMET MARKET LLC
7 DANCER LANE
FREEHOLD NJ 07728

**Free Shred Day – Saturday, October 3rd from 9 am - 12 pm**
**at Amboy's Sayreville Branch (412 Washington Rd, Sayreville)**
**All paper documents will be shredded on site.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com**

## Free Small Business Account

**Account number: 16108183**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-31 | $21.33 |
| Deposits and other credits (+) | $439.18 |
| Withdrawals, checks and other debits (-) | $460.51 |
| Ending Balance on 09-30 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 09-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 215.00 |
| 09-18 | TD038YGF5Q WELLS FARGO IFI ACCTVERIFY | 0.02 |
| 09-18 | TD038YGF4G WELLS FARGO IFI ACCTVERIFY | 0.16 |
| 09-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 100.00 |
| 09-23 | fXXXXX4392 Farmers Ins Exch REFUNDS | 99.00 |
| 09-28 | Funds Transfer via Online AmboyNet Transfer from xxx7455 | 25.00 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 09-04 | Internet Transfer to xxx5669 | 20.00 |
| 09-09 | XXXXX6241 AMERICAN NAT'L INSPREMIUM | 212.53 |
| 09-18 | TD038YGF5Q WELLS FARGO IFI ACCTVERIFY | 0.18 |
| 09-21 | 9701343 INTUIT * QBooks Onl | 85.00 |
| 09-23 | Internet Transfer to xxx5669 | 20.00 |
| 09-23 | Internet Transfer to xxx8087 | 90.00 |
| 09-28 | Internet Transfer to xxx5669 | 31.00 |
| 09-30 | SERVICE CHARGE | 1.80 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

For the period 09-01-2026 to 09-30-2026

**FAENZA'S GOURMET MARKET LLC**

**Free Small Business Account** **Account number: 16108183**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 0.00 | 2,811.07 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $420.00 |