For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**NVJSS RESTAURANT LLC**
**7 DANCER LANE**
**FREEHOLD NJ 07728**

**Free Shred Day – Saturday, October 3rd from 9 am - 12 pm**
**at Amboy's Sayreville Branch (412 Washington Rd, Sayreville)**
**All paper documents will be shredded on site.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com**

## Free Small Business Account

**Account number: 16108272**

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-31 | $0.00 |
| Deposits and other credits (+) | $4,660.00 |
| Withdrawals, checks and other debits (-) | $4,660.63 |
| Ending Balance on 09-30 | -$0.63 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 09-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 365.00 |
| 09-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,300.00 |
| 09-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 09-11 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 1,235.00 |
| 09-15 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 09-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 235.00 |
| 09-17 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 35.00 |
| 09-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 100.00 |
| 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 200.00 |
| 09-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 190.00 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 09-01 | 100131620013334 PRUDENTIAL PAYMENTS | 162.83 |
| 09-01 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 |
| 09-04 | Internet Transfer to xxx5669 | 10.00 |
| 09-08 | 422112326348947 CITI CARD ONLINE PAYMENT | 1,300.00 |
| 09-10 | 432114788020765 CITI CARD ONLINE PAYMENT | 1,700.00 |
| 09-11 | OVERDRAFT CHARGE | 35.00 |
| 09-14 | 422118268577428 CITI CARD ONLINE PAYMENT | 100.00 |
| 09-14 | 432116515023005 CITI CARD ONLINE PAYMENT | 400.00 |

NVJSS RESTAURANT LLC

**Free Small Business Account** **Account number: 16108272**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-15 | 46 889 726 NEW YORK LIFE INS. PREM. | 131.00 |
| 09-15 | OVERDRAFT CHARGE | 70.00 |
| 09-16 | Internet Transfer to xxx7764 | 35.00 |
| 09-16 | OVERDRAFT CHARGE | 35.00 |
| 09-21 | 9701347 INTUIT * QBooks Onl | 85.00 |
| 09-22 | XXXXX7727 FARMERS N W LIFE INS. PREM | 212.68 |
| 09-28 | Internet Transfer to xxx5669 | 4.00 |
| 09-30 | XXXXX9800 FARMERS N W LIFE INS. PREM | 188.74 |
| 09-30 | SERVICE CHARGE | 2.01 |
| 09-30 | OVERDRAFT INTEREST CHARGE | 0.63 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 140.63 | 1,824.11 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $140.00 |