For customer service or current rates call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at www.amboybank.com

Telephone Banking call 1-877-24AMBOY

000000000000000000000000000000000000000000000000
000000000000000000000000000000000000000000000000

**THE SKILLET BY SAL INC**
**MERCHANT ACCOUNT**
**7 DANCER LANE**
**FREEHOLD NJ 07728**

**Free Shred Day – Saturday, October 3rd from 9 am - 12 pm**
**at Amboy's Sayreville Branch (412 Washington Rd, Sayreville)**
**All paper documents will be shredded on site.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com**

## Free Small Business Account — Account number: 16018087

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-31 | $0.00 |
| Deposits and other credits (+) | $202,725.85 |
| Withdrawals, checks and other debits (-) | $202,725.85 |
| Ending Balance on 09-30 | $0.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 09-01 | TSYS/TRANSFIRST CR CD DEP 260831 543684555958323 5436845559583231THE SKILLET | 5,421.73 |
| 09-01 | TSYS/TRANSFIRST CR CD DEP 260831 543684555958323 5436845559583231THE SKILLET | 11,769.70 |
| 09-02 | TSYS/TRANSFIRST CR CD DEP 260901 543684555958323 5436845559583231THE SKILLET | 4,775.69 |
| 09-03 | TSYS/TRANSFIRST CR CD DEP 260902 543684555958323 5436845559583231THE SKILLET | 3,058.39 |
| 09-04 | TSYS/TRANSFIRST CR CD DEP 260903 543684555958323 5436845559583231THE SKILLET | 3,703.08 |
| 09-08 | TSYS/TRANSFIRST CR CD DEP 260904 543684555958323 5436845559583231THE SKILLET | 5,267.10 |
| 09-08 | TSYS/TRANSFIRST CR CD DEP 260906 543684555958323 5436845559583231THE SKILLET | 10,076.21 |
| 09-08 | TSYS/TRANSFIRST CR CD DEP 260907 543684555958323 5436845559583231THE SKILLET | 12,106.98 |
| 09-08 | TSYS/TRANSFIRST CR CD DEP 260907 543684555958323 5436845559583231THE SKILLET | 13,154.75 |
| 09-09 | TSYS/TRANSFIRST CR CD DEP 260908 543684555958323 5436845559583231THE SKILLET | 4,935.57 |
| 09-10 | TSYS/TRANSFIRST CR CD DEP 260909 543684555958323 5436845559583231THE SKILLET | 3,197.01 |
| 09-11 | 17483 RETURN-REFUND TARGET T-1039 Miami FL 31039122 122038 | 20.68 |
| 09-11 | TSYS/TRANSFIRST CR CD DEP 260910 543684555958323 5436845559583231THE SKILLET | 3,513.38 |
| 09-14 | TSYS/TRANSFIRST CR CD DEP 260911 543684555958323 5436845559583231THE SKILLET | 4,230.59 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16018087

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-14 | TSYS/TRANSFIRST CR CD DEP 260913 5436845595 8323 5436845595 83231THE SKILLET | 10,134.92 |
| 09-15 | TSYS/TRANSFIRST CR CD DEP 260914 5436845595 8323 5436845595 83231THE SKILLET | 5,972.84 |
| 09-15 | TSYS/TRANSFIRST CR CD DEP 260914 5436845595 8323 5436845595 83231THE SKILLET | 9,566.19 |
| 09-16 | TSYS/TRANSFIRST CR CD DEP 260915 5436845595 8323 5436845595 83231THE SKILLET | 3,226.64 |
| 09-17 | TSYS/TRANSFIRST CR CD DEP 260916 5436845595 8323 5436845595 83231THE SKILLET | 2,731.77 |
| 09-18 | TD038WQKZC WELLS FARGO IFI ACCTVERIFY | 0.30 |
| 09-18 | TD038WQKS4 WELLS FARGO IFI ACCTVERIFY | 0.36 |
| 09-18 | TSYS/TRANSFIRST CR CD DEP 260917 5436845595 8323 5436845595 83231THE SKILLET | 2,707.35 |
| 09-21 | TSYS/TRANSFIRST CR CD DEP 260918 5436845595 8323 5436845595 83231THE SKILLET | 4,593.15 |
| 09-21 | TSYS/TRANSFIRST CR CD DEP 260920 5436845595 8323 5436845595 83231THE SKILLET | 10,931.34 |
| 09-22 | TSYS/TRANSFIRST CR CD DEP 260921 5436845595 8323 5436845595 83231THE SKILLET | 3,041.68 |
| 09-22 | TSYS/TRANSFIRST CR CD DEP 260921 5436845595 8323 5436845595 83231THE SKILLET | 7,150.16 |
| 09-22 | F20398CC7P WELLS FARGO IFI DDA TO DDA | 10,000.00 |
| 09-23 | Funds Transfer via Online AmboyNet Transfer from xxx8183 | 90.00 |
| 09-23 | TSYS/TRANSFIRST CR CD DEP 260922 5436845595 8323 5436845595 83231THE SKILLET | 3,587.27 |
| 09-23 | F203BMHZHM WELLS FARGO IFI DDA TO DDA | 8,000.00 |
| 09-24 | TSYS/TRANSFIRST CR CD DEP 260923 5436845595 8323 5436845595 83231THE SKILLET | 2,323.71 |
| 09-25 | TSYS/TRANSFIRST CR CD DEP 260924 5436845595 8323 5436845595 83231THE SKILLET | 3,953.10 |
| 09-28 | Funds Transfer via Online AmboyNet Transfer from xxx5669 | 65.00 |
| 09-28 | TSYS/TRANSFIRST CR CD DEP 260925 5436845595 8323 5436845595 83231THE SKILLET | 5,336.53 |
| 09-28 | TSYS/TRANSFIRST CR CD DEP 260927 5436845595 8323 5436845595 83231THE SKILLET | 7,811.19 |
| 09-29 | TSYS/TRANSFIRST CR CD DEP 260928 5436845595 8323 5436845595 83231THE SKILLET | 3,353.85 |
| 09-29 | TSYS/TRANSFIRST CR CD DEP 260928 5436845595 8323 5436845595 83231THE SKILLET | 9,505.22 |
| 09-30 | TSYS/TRANSFIRST CR CD DEP 260929 5436845595 8323 5436845595 83231THE SKILLET | 3,412.42 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 09-01 | THE CUMBERLAND CUMBERLAND MUTUA BILLPAY | 146.67 |
| 09-01 | Internet Transfer to xxx7764 | 350.00 |
| 09-01 | Internet Transfer to xxx8272 | 365.00 |
| 09-01 | Internet Transfer to xxx7764 | 16,300.88 |
| 09-02 | Internet Transfer to xxx7764 | 4,800.00 |
| 09-03 | Internet Transfer to xxx7764 | 2,555.00 |
| 09-04 | 89498 - FARMERS P & C 800-422-4272 OH 0000000 089498 | 502.95 |
| 09-04 | Internet Transfer to xxx7764 | 3,700.00 |
| 09-08 | MERCHANTSERVCS BILLNG 260831 4445045885837 Merch Bankcard 3331091 The Sk | 32.28 |

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16018087

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-08 | 2609041900 14G3P Vivian Capital Group LLC D | 300.00 |
| 09-08 | 260904190014 7XB Vivian Capital Group LLC D | 300.00 |
| 09-08 | Internet Transfer to xxx5669 | 8.00 |
| 09-08 | Internet Transfer to xxx5669 | 25.00 |
| 09-08 | Internet Transfer to xxx5669 | 100.00 |
| 09-08 | BRANCH WITHDRAWAL | 500.00 |
| 09-08 | Internet Transfer to xxx8272 | 1,300.00 |
| 09-08 | Internet Transfer to xxx7455 | 6,000.00 |
| 09-08 | Internet Transfer to xxx7764 | 31,500.00 |
| 09-09 | 76838 - CARBONARA APP CARBONARAAPP. PA KLANIZNZ 076838 | 10.00 |
| 09-09 | 1677 - AMBOY BANK MANALAPAN NJ NJ000577 001677 | 300.00 |
| 09-09 | Internet Transfer to xxx5669 | 30.00 |
| 09-09 | Internet Transfer to xxx5669 | 50.00 |
| 09-09 | Internet Transfer to xxx8183 | 215.00 |
| 09-09 | Internet Transfer to xxx7764 | 4,500.00 |
| 09-10 | 85167 - UM GABLES PARKIN 305-2843096 FL 83272888 085167 | 3.50 |
| 09-10 | 93159 - EWR CASCIANOS NEWARK NJ 75993159 093159 | 3.83 |
| 09-10 | 851714 - MCDONALD'S F1478 CORAL GABLES FL 20475315 851714 | 11.10 |
| 09-10 | 93142 - EWR MELANGE BAKE NEWARK NJ 75993142 093142 | 11.41 |
| 09-10 | 96571 - UNITED 0164 HOUSTON TX 00000000 096571 | 50.00 |
| 09-10 | 25286 - TARGET T-3420 Miami FL 33420071 071076 | 141.19 |
| 09-10 | 5436845559 58323 TSYS/TRANSFIRST MERCH FEES | 6.94 |
| 09-10 | Internet Transfer to xxx5669 | 50.00 |
| 09-10 | Internet Transfer to xxx8272 | 500.00 |
| 09-10 | Internet Transfer to xxx7764 | 2,500.00 |
| 09-11 | 43192 - HARD ROCK CONCES MIAMI GARDENS FL 00002274 043192 | 6.00 |
| 09-11 | 12040 - HARD ROCK CONCES MIAMI GARDENS FL 00002274 012040 | 7.20 |
| 09-11 | 12199 - HARD ROCK CONCES MIAMI GARDENS FL 00002274 012199 | 7.20 |
| 09-11 | 12920 - HARD ROCK CONCES MIAMI GARDENS FL 00002274 012920 | 12.00 |
| 09-11 | 21221 - CHEQ Easy Order Miami Gardens FL 52792667 021221 | 14.26 |
| 09-11 | 35658 - LOEWS HOTELS COR CORAL GABLES FL 39520864 035658 | 17.28 |
| 09-11 | 29594 - CARBONARA APP CARBONARAAPP. PA KLANIZNZ 029594 | 56.99 |
| 09-11 | 24762 - TST SWEET PARIS CORAL GABLES FL 66216002 746253 | 65.68 |
| 09-11 | Internet Transfer to xxx8272 | 1,235.00 |
| 09-11 | Internet Transfer to xxx7764 | 1,700.00 |
| 09-14 | 0536 - ISPA/PIM DS ORLANDO FL NW69536 000536 | 571.20 |
| 09-14 | 86206 - SUNOCO 800248820 SOUTH AMBOY NJ 41986503 086206 | 1.39 |
| 09-14 | 79539 - CTLP CULINARY VE FT LAUDERDALE FL 00002434 079539 | 3.70 |
| 09-14 | 285841 - STOP & SHOP 2812 FREEHOLD NJ 001 285841 | 8.28 |
| 09-14 | 4854 - CITY OF MIAMI BE 305-673-7000 FL 05877804 004854 | 8.89 |
| 09-14 | 68611 - LOEWS HOTELS COR CORAL GABLES FL 39520864 068611 | 16.28 |
| 09-14 | 62560 - UNITED 0164 HOUSTON TX 00000000 062560 | 50.00 |
| 09-14 | 52610 - WM SUPERCENTER # FREEHOLD NJ 32360031 164495 | 83.91 |
| 09-14 | 10660 - SAMS CLUB #6671 FREEHOLD NJ 66710093 172708 | 115.04 |
| 09-14 | 260911190015OYF Vivian Capital Group LLC D | 300.00 |
| 09-14 | 26091119001 59HM Vivian Capital Group LLC D | 300.00 |
| 09-14 | Internet Transfer to xxx5669 | 33.00 |
| 09-14 | Internet Transfer to xxx5669 | 55.00 |
| 09-14 | BRANCH WITHDRAWAL | 200.00 |
| 09-14 | Internet Transfer to xxx7455 | 3,300.00 |
| 09-14 | Internet Transfer to xxx7764 | 10,000.00 |
| 09-15 | 983198 - STOP & SHOP 2812 FREEHOLD NJ 001 983198 | 5.98 |
| 09-15 | 3633 - GULF OIL 9172209 FREEHOLD NJ 9172001 003633 | 20.00 |
| 09-15 | 9448 - WM SUPERCENTER # FREEHOLD NJ 32360031 597246 | 89.39 |

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16018087

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-15 | Internet Transfer to xxx8272 | 500.00 |
| 09-15 | Internet Transfer to xxx7764 | 14,850.0( |
| 09-16 | 3543 - WM SUPERCENTER # FREEHOLD NJ 32360007 065488 | 103.70 |
| 09-16 | INS PMNT HANOVER INS BILLPAY | 895.56 |
| 09-16 | Internet Transfer to xxx7764 | 20.00 |
| 09-16 | Internet Transfer to xxx8272 | 235.00 |
| 09-16 | Internet Transfer to xxx7764 | 2,050.00 |
| 09-17 | 93831 - USPS KIOSK 33280 FREEHOLD NJ 00000000 093831 | 1.64 |
| 09-17 | 108081 - STOP & SHOP 2812 FREEHOLD NJ 001 108081 | 11.28 |
| 09-17 | 61008 - SAMS CLUB #6671 FREEHOLD NJ 66710091 045809 | 67.48 |
| 09-17 | Internet Transfer to xxx5669 | 25.00 |
| 09-17 | Internet Transfer to xxx8272 | 35.00 |
| 09-17 | Internet Transfer to xxx7764 | 2,500.00 |
| 09-18 | 36488 - NORMANS HALLMARK FREEHOLD NJ 803 2 036488 | 11.27 |
| 09-18 | 28609 - SAMS CLUB #6671 FREEHOLD NJ 66710093 105487 | 35.34 |
| 09-18 | 20011 - SAMS CLUB #6671 FREEHOLD NJ 66710093 863303 | 154.98 |
| 09-18 | TD038WQKZC WELLS FARGO IFI ACCTVERIFY | 0.66 |
| 09-18 | Internet Transfer to xxx7764 | 2,500.00 |
| 09-21 | 8918 - COLD STONE CREAM 732-4000300 NJ 77002465 008918 | 24.91 |
| 09-21 | 88942 - Hometown Cleaner Freehold NJ 78500791 088942 | 71.90 |
| 09-21 | 260918190015FT2 Vivian Capital Group LLC D | 300.00 |
| 09-21 | 26091819001 52D0 Vivian Capital Group LLC D | 300.00 |
| 09-21 | Internet Transfer to xxx8183 | 100.00 |
| 09-21 | Internet Transfer to xxx8272 | 100.00 |
| 09-21 | Internet Transfer to xxx5669 | 100.00 |
| 09-21 | Internet Transfer to xxx7455 | 3,150.00 |
| 09-21 | Internet Transfer to xxx7764 | 11,000.0( |
| 09-22 | 8399 - RX EXPRESS PHARM ENGLISHTOWN NJ 93301685 008399 | 7.19 |
| 09-22 | 426588 - SAMSCLUB #6671 FREEHOLD NJ 24667101 426588 | 127.67 |
| 09-22 | Internet Transfer to xxx5669 | 55.00 |
| 09-22 | Internet Transfer to xxx8272 | 200.00 |
| 09-22 | Internet Transfer to xxx7764 | 19,500.0( |
| 09-23 | 62614 - LORI'S GIFTS INC STATEN ISLAND NY 00000000 062614 | 13.02 |
| 09-23 | 85039 - DUNKIN #302618 Q MANALAPAN NJ 3026021 085039 | 18.48 |
| 09-23 | 94443 - LS PARTY FAIR 173-27801110 NJ Q9KKGM8M 094443 | 35.22 |
| 09-23 | Internet Transfer to xxx7764 | 12,200.0( |
| 09-24 | 27847 - RICHMOND MEDICAL STATEN ISLAND NY 38227847 027847 | 12.00 |
| 09-24 | Internet Transfer to xxx7764 | 2,300.00 |
| 09-25 | 37483 - UM GABLES PARKIN 305-2843096 FL 83272888 037483 | 3.50 |
| 09-25 | 37375 - UM GABLES PARKIN 305-2843096 FL 83272888 037375 | 6.25 |
| 09-25 | 10663 - RICHMOND MEDICAL STATEN ISLAND NY 45110663 010663 | 10.00 |
| 09-25 | 39506 - TST GO GREEK YO MIAMI FL 18539506 039506 | 24.34 |
| 09-25 | 56185 DDA BANK DEBIT EXPERIAN PRIME COSTA MESA CA 00001000 163108 | 26.65 |
| 09-25 | 23018 - UM STARBUCKS CORAL GABLES FL 00000000 023018 | 32.53 |
| 09-25 | 12979 - TARGET T-1039 Miami FL 31039171 171123 | 79.56 |
| 09-25 | Internet Transfer to xxx7764 | 3,700.00 |
| 09-28 | 0816 - ISPA/PIMDS ORLANDO FL NW69536 000816 | 63.75 |
| 09-28 | 92508 - CITY OF SOUTH MI 305-663-6343 FL 00000000 092508 | 3.90 |
| 09-28 | 75881 - UM GABLES PARKIN 305-2843096 FL 83272888 075881 | 6.25 |
| 09-28 | 47050 - HARD ROCK CONCES MIAMI GARDENS FL 00002274 047050 | 7.08 |
| 09-28 | 59050 - LOEWS HOTELS COR CORAL GABLES FL 39520864 059050 | 7.14 |
| 09-28 | 42391 - CORAL GABLES PAY 305-460-5540 FL 05805329 042391 | 7.90 |
| 09-28 | 23021 - CHEQ Easy Order Miami Gardens FL 01682593 023021 | 8.09 |
| 09-28 | 22932 - CITY PARKING INC 678-275-2168 FL 00000000 022932 | 10.62 |

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16018087

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-28 | 46021 - HARD ROCK CONCES MIAMI GARDENS FL 00002274 046021 | 14.16 |
| 09-28 | 47938 - LOEWS HOTELS COR CORAL GABLES FL 39520864 047938 | 14.28 |
| 09-28 | 72433 - LOEWS HOTELS COR CORAL GABLES FL 39520864 072433 | 14.28 |
| 09-28 | 86484 - UNIV OF MIAMI BK CORAL GABLES FL 53986484 086484 | 14.87 |
| 09-28 | 46841 - HARD ROCK CONCES MIAMI GARDENS FL 00002274 046841 | 28.57 |
| 09-28 | 689701 - THE HOME DEPOT # MIAMI FL 06282109 626889001864 | 31.47 |
| 09-28 | 72610 - MR BEAN SOUTH MIAMI FL 00000000 072610 | 52.12 |
| 09-28 | 63654 - VISTA PARKING NEWARK NJ 43664393 063654 | 62.00 |
| 09-28 | 260925190016 1CU Vivian Capital Group LLC D | 300.00 |
| 09-28 | 260925190016IAG Vivian Capital Group LLC D | 300.00 |
| 09-28 | Internet Transfer to xxx5669 | 9.00 |
| 09-28 | Internet Transfer to xxx5669 | 100.00 |
| 09-28 | Internet Transfer to xxx7764 | 500.00 |
| 09-28 | Internet Transfer to xxx7455 | 1,525.00 |
| 09-28 | Internet Transfer to xxx7764 | 10,400.00 |
| 09-29 | 44353 - CARBONARA APP CARBONARAAPP. PA KLANIZNZ 044353 | 10.00 |
| 09-29 | Internet Transfer to xxx7764 | 12,874.00 |
| 09-30 | Internet Transfer to xxx3700 | 75.00 |
| 09-30 | Digital Basic Monthly Fee | 10.00 |
| 09-30 | Internet Transfer to xxx5669 | 25.00 |
| 09-30 | Internet Transfer to xxx8272 | 190.00 |
| 09-30 | BRANCH WITHDRAWAL | 300.00 |
| 09-30 | Internet Transfer to xxx7764 | 2,800.00 |
| 09-30 | SERVICE CHARGE | 13.82 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 0.00 | 210.26 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |



AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 9/8/26

Salvatore Faena
PRINT NAME

SIGN NAME

AMOUNT
$ 500.

ACCOUNT NUMBER
16018087

⑆021204416⑆ 050



BRANCHNAME=MILLHURST

0 $500.00 9/8/2026

0 $500.00 9/8/2026



AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 9/14/26

Salvatore Faena
PRINT NAME

SIGN NAME

AMOUNT
$ 200.00

ACCOUNT NUMBER
16018087

⑆021204416⑆ 050



BRANCHNAME=MILLHURST
BUSDT=09/14/26
RTNUM=>021204416<

0 $200.00 9/14/2026

0 $200.00 9/14/2026



AMBOY BANK
DDA / SAVINGS - WITHDRAWAL

Date 9/30/26

Skillett by Sal
Salvatore Faena
PRINT NAME

SIGN NAME

AMOUNT
$ 300.00

ACCOUNT NUMBER
16018087

⑆021204416⑆ 050



BRANCHNAME=MILLHURST
BUSDT=09/30/26
RTNUM=>021204416<

0 $300.00 9/30/2026

0 $300.00 9/30/2026

**CHANGE OF ADDRESS**

**NAME:** ______________________________

**NEW ADDRESS:** ______________________________
Street and Number | City | State | Zip Code

**TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:**

☐ Checking .................... ☐ Loan .................... ☐ Safe Deposit Box ( .................... )
☐ Savings .................... ☐ Certificate .................... ☐ Other (describe below)

**SPECIAL INSTRUCTIONS** ______________________________

Date: ____________________ Authorized Signature: ____________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

**CHECKS OUTSTANDING**

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL CHECKS OUTSTANDING | |
| CHECKBOOK BALANCE | |
| **TOTAL** | |

**TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT**

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | |
|---|---|
| DEPOSITS NOT SHOWN ON STATEMENT | |
| STATEMENT BALANCE | |
| **TOTAL** | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

[illegible]

## Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

## Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.