For the period 09-01-2026 to 09-30-2026 Page 1 of 8
015090 B-030-000-00000245

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

0000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000

THE SKILLET BY SAL INC
OPERATING ACCOUNT
7 DANCER LANE
FREEHOLD NJ 07728

**Free Shred Day – Saturday, October 3rd from 9 am - 12 pm**
**at Amboy's Sayreville Branch (412 Washington Rd, Sayreville)**
**All paper documents will be shredded on site.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com**

## Free Small Business Account

**Account number: 16107764**

## Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-31 | -$13,634.29 |
| Deposits and other credits (+) | $264,002.81 |
| Withdrawals, checks and other debits (-) | $255,200.47 |
| Ending Balance on 09-30 | -$4,831.95 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 09-01 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 350.00 |
| 09-01 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 16,300.88 |
| 09-01 | UBER USA 6787 EDI PAYMNT AUG 31 5ZWD3IHVLMPDK67 REF*TN*5ZWD3IHVLM\ | 198.08 |
| 09-02 | DEPOSIT | 1,000.00 |
| 09-02 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 4,800.00 |
| 09-03 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,555.00 |
| 09-03 | RETURNED ITEM, INSUFFICIENT FUNDS, 270664595370548 IRS USATAXPYMT | 2,504.12 |
| 09-04 | DEPOSIT | 2,900.00 |
| 09-04 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,700.00 |
| 09-04 | 26090401ZgWYnV5 GRUBHUB INC Aug Actvty | 187.01 |
| 09-04 | ST-L4S8B3Y6S5P6 DOORDASH PAYOUT DOORDASH - | 1,132.29 |
| 09-08 | DEPOSIT | 365.00 |
| 09-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 31,500.00 |
| 09-09 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 4,500.00 |
| 09-09 | UBER USA 6787 EDI PAYMNT SEP 07 5IP2UH60O1EN6BT REF*TN*5IP2UH60O1\ | 230.73 |
| 09-09 | RETURNED CHECK # 5387, INSUFFICIENT FUNDS | 385.00 |
| 09-09 | RETURNED CHECK # 5394, INSUFFICIENT FUNDS | 1,714.54 |
| 09-10 | DEPOSIT | 500.00 |
| 09-10 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,500.00 |
| 09-10 | RETURNED ITEM, INSUFFICIENT FUNDS, 270665220241947 IRS USATAXPYMT | 2,452.87 |

THE SKILLET BY SAL INC

## Free Small Business Account — Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-10 | RETURNED ITEM, INSUFFICIENT FUNDS, OPU17022373 UNIVERSITY OF MI MIAMIPAY | 8,627.88 |
| 09-11 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,700.00 |
| 09-11 | 26091109ZgWYnV5 GRUBHUB INC Sep Actvty | 287.76 |
| 09-11 | ST-G5O6X1R6E9D6 DoorDash payout DoorDash - | 1,600.69 |
| 09-11 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26252100473395 | 294.98 |
| 09-11 | RETURNED CHECK# 5404, INSUFFICIENT FUNDS | 500.00 |
| 09-11 | RETURNED ITEM, INSUFFICIENT FUNDS, 9032996446 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 09-11 | RETURNED CHECK# 5396, INSUFFICIENT FUNDS | 722.50 |
| 09-11 | RETURNED ITEM, INSUFFICIENT FUNDS, FTXXXXX7083 FERR FERRARO FOO FERR FERRA | 1,620.45 |
| 09-14 | DEPOSIT | 365.00 |
| 09-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 10,000.00 |
| 09-15 | DEPOSIT | 1,100.00 |
| 09-15 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 14,850.00 |
| 09-15 | UBER USA 6787 EDI PAYMNT SEP 14 6L7C2MZ6R1DGMET REF*TN*6L7C2MZ6R1\ | 257.08 |
| 09-15 | RETURNED ITEM, INSUFFICIENT FUNDS, 9033373055 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-15 | RETURNED CHECK# 5317, INSUFFICIENT FUNDS | 1,000.00 |
| 09-15 | RETURNED CHECK# 5431, INSUFFICIENT FUNDS | 2,250.18 |
| 09-15 | RETURNED ITEM, INSUFFICIENT FUNDS, NJNG8002210051 NJNATGASCOMPANYNJNGCO | 3,228.31 |
| 09-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 20.00 |
| 09-16 | Funds Transfer via Online AmboyNet Transfer from xxx8272 | 35.00 |
| 09-16 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,050.00 |
| 09-16 | 49093912 NEW YORK LIFE DIVIDENDS | 2,950.00 |
| 09-17 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,500.00 |
| 09-17 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 26258100490263 | 282.45 |
| 09-17 | RETURNED ITEM, INSUFFICIENT FUNDS, FTXXXXX4992 FERR FERRARO FOO FERR FERRA | 1,197.62 |
| 09-17 | RETURNED ITEM, INSUFFICIENT FUNDS, 270665982354601 IRS USATAXPYMT | 2,366.70 |
| 09-18 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 2,500.00 |
| 09-18 | 26091816ZgWYnV5 GRUBHUB INC Sep Actvty | 289.64 |
| 09-18 | ST-Z3T6A4B9L4W4 DoorDash payout DoorDash - | 1,122.47 |
| 09-18 | RETURNED ITEM, INSUFFICIENT FUNDS, OPU17178538 UNIVERSITY OF MI MIAMIPAY | 8,627.88 |
| 09-21 | DEPOSIT | 365.00 |
| 09-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 11,000.00 |
| 09-22 | DEPOSIT | 4,500.00 |
| 09-22 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 19,500.00 |
| 09-22 | UBER USA 6787 EDI PAYMNT SEP 21 K6GS9II1LOT4RLC REF*TN*K6GS9II1LO\ | 288.24 |
| 09-22 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 04110 NJWEB04110 26261100496438 | 5,798.13 |
| 09-23 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 12,200.00 |
| 09-23 | RETURNED CHECK# 5465, INSUFFICIENT FUNDS | 2,250.18 |
| 09-24 | DEPOSIT | 250.00 |
| 09-24 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,300.00 |
| 09-24 | RETURNED CHECK# 15040, INSUFFICIENT FUNDS | 470.11 |

THE SKILLET BY SAL INC

## Free Small Business Account

Account number: 16107764

### Deposits and Other Credits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-24 | RETURNED ITEM, INSUFFICIENT FUNDS, FTXXXXX9688 FERR FERRARO FOO FERR FERRA | 915.17 |
| 09-24 | RETURNED ITEM, INSUFFICIENT FUNDS, 270666605419444 IRS USATAXPYMT | 2,334.86 |
| 09-25 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 3,700.00 |
| 09-25 | 26092523ZgWYnV5 GRUBHUB INC Sep Actvty | 74.67 |
| 09-25 | ST-M5I9X6Z4F9L1 DoorDash payout DoorDash - | 595.20 |
| 09-25 | RETURNED ITEM, INSUFFICIENT FUNDS, NJ WEB PMT 01120 NJWEB01120 262661 00502519 | 276.18 |
| 09-25 | RETURNED ITEM, INSUFFICIENT FUNDS, 9033469226 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 09-25 | RETURNED CHECK# 5463, INSUFFICIENT FUNDS | 809.40 |
| 09-25 | RETURNED CHECK# 4564, INSUFFICIENT FUNDS | 1,558.57 |
| 09-28 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 500.00 |
| 09-28 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 10,400.00 |
| 09-28 | RETURNED ITEM, INSUFFICIENT FUNDS, 9033609027 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-29 | DEPOSIT | 1,000.00 |
| 09-29 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 12,874.00 |
| 09-29 | UBER USA 6787 EDI PAYMNT SEP 28 NCHOGRNE3EIALUE REF*TN*NCHOGRNE3E\ | 414.69 |
| 09-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 46863550 NEW YORK LIFE INS. PREM. | 133.50 |
| 09-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 46863785 NEW YORK LIFE INS. PREM. | 149.50 |
| 09-29 | RETURNED ITEM, INSUFFICIENT FUNDS, XXXXX2476 IVY RECEIVABLES 3477550766 | 750.00 |
| 09-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 9033619602 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-29 | RETURNED ITEM, INSUFFICIENT FUNDS, FTXXXXX2135 FERR FERRARO FOO FERR FERRA | 915.17 |
| 09-29 | RETURNED CHECK# 5318, INSUFFICIENT FUNDS | 1,000.00 |
| 09-29 | RETURNED CHECK# 5521, INSUFFICIENT FUNDS | 1,125.09 |
| 09-29 | RETURNED CHECK# 5522, INSUFFICIENT FUNDS | 1,125.09 |
| 09-29 | RETURNED ITEM, INSUFFICIENT FUNDS, 18587770 THE HARTFORD INSPM TCL | 1,845.29 |
| 09-30 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 2,800.00 |
| 09-30 | DEPOSIT | 3,900.00 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 2* | 09-08 | 1,500.00 |
| 17* | 09-01 | 6.05 |
| 4564* | 09-24 | 1,558.57 |
| 5026* | 09-04 | 916.67 |
| 5147* | 09-03 | 559.00 |
| 5217* | 09-01 | 500.00 |
| 5283* | 09-03 | 500.00 |
| 5317 | 09-14 | 1,000.00 |
| 5318* | 09-28 | 1,000.00 |
| 5322* | 09-01 | 1,862.61 |
| 5327* | 09-03 | 900.00 |
| 5332 | 09-09 | 250.00 |
| 5333* | 09-14 | 622.00 |
| 5336* | 09-21 | 600.00 |
| 5346 | 09-01 | 1,200.00 |
| 5347* | 09-01 | 1,200.00 |
| 5353 | 09-02 | 720.00 |
| 5354 | 09-09 | 720.00 |
| 5355* | 09-22 | 425.55 |
| 5357 | 09-01 | 450.00 |
| 5358 | 09-03 | 450.00 |
| 5359 | 09-04 | 658.50 |
| 5360 | 09-11 | 2,000.00 |
| 5361* | 09-17 | 2,000.00 |
| 5365 | 09-03 | 1,000.00 |
| 5366 | 09-08 | 700.00 |
| 5367 | 09-03 | 776.67 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16107764

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5368 | 09-01 | 462.00 | 5415 | 09-09 | 545.00 | 5464 | 09-18 | 950.00 |
| 5369 | 09-04 | 1,286.81 | 5416 | 09-09 | 120.00 | 5465 | 09-22 | 2,250.18 |
| 5370 | 09-04 | 528.87 | 5417 | 09-10 | 600.00 | 5466 | 09-23 | 1,200.00 |
| 5371* | 09-04 | 2,500.00 | 5418 | 09-14 | 600.00 | 5467 | 09-28 | 1,493.14 |
| 5373 | 09-08 | 500.00 | 5419 | 09-09 | 500.00 | 5468 | 09-29 | 934.14 |
| 5374* | 09-04 | 500.00 | 5420 | 09-11 | 1,020.00 | 5469 | 09-24 | 500.00 |
| 5376 | 09-01 | 270.00 | 5421 | 09-11 | 850.00 | 5470 | 09-25 | 500.00 |
| 5377 | 09-01 | 250.00 | 5422 | 09-11 | 600.00 | 5471 | 09-25 | 1,100.00 |
| 5378 | 09-04 | 750.00 | 5423* | 09-08 | 350.00 | 5472 | 09-28 | 1,186.33 |
| 5379 | 09-03 | 600.00 | 5425 | 09-11 | 231.00 | 5473 | 09-21 | 1,207.00 |
| 5380 | 09-08 | 600.00 | 5426 | 09-14 | 500.00 | 5474 | 09-29 | 200.00 |
| 5381 | 09-02 | 500.00 | 5427* | 09-14 | 120.00 | 5475* | 09-22 | 450.00 |
| 5382 | 09-08 | 500.00 | 5429 | 09-10 | 600.00 | 5478 | 09-25 | 250.00 |
| 5383 | 09-04 | 600.00 | 5430 | 09-15 | 750.65 | 5479 | 09-22 | 500.00 |
| 5384 | 09-01 | 500.00 | 5431 | 09-14 | 2,250.18 | 5480* | 09-29 | 250.00 |
| 5385 | 09-04 | 545.00 | 5432 | 09-16 | 1,674.91 | 5482 | 09-29 | 1,500.00 |
| 5386 | 09-08 | 800.00 | 5433 | 09-14 | 950.00 | 5483 | 09-24 | 400.00 |
| 5387 | 09-21 | 385.00 | 5434 | 09-15 | 2,018.97 | 5484 | 09-25 | 600.00 |
| 5387 | 09-08 | 385.00 | 5435 | 09-22 | 2,364.12 | 5485 | 09-22 | 500.00 |
| 5388 | 09-04 | 850.00 | 5436 | 09-14 | 208.93 | 5486 | 09-28 | 500.00 |
| 5389 | 09-08 | 231.00 | 5437 | 09-18 | 1,035.00 | 5487 | 09-25 | 600.00 |
| 5390 | 09-08 | 1,020.00 | 5438 | 09-21 | 1,042.94 | 5488 | 09-28 | 600.00 |
| 5391 | 09-03 | 1,000.00 | 5439 | 09-14 | 250.00 | 5489 | 09-25 | 850.00 |
| 5392 | 09-04 | 138.00 | 5440 | 09-14 | 655.00 | 5490 | 09-25 | 231.00 |
| 5393 | 09-09 | 500.00 | 5441 | 09-23 | 500.00 | 5491* | 09-25 | 1,020.00 |
| 5394 | 09-08 | 1,714.54 | 5442 | 09-21 | 1,020.00 | 5494 | 09-25 | 500.00 |
| 5395 | 09-15 | 500.00 | 5443 | 09-18 | 600.00 | 5495 | 09-28 | 500.00 |
| 5396 | 09-10 | 722.50 | 5444 | 09-21 | 600.00 | 5496* | 09-25 | 450.00 |
| 5397 | 09-08 | 380.00 | 5445 | 09-18 | 850.00 | 5500 | 09-29 | 500.00 |
| 5398 | 09-09 | 300.00 | 5446 | 09-21 | 308.00 | 5501 | 09-29 | 500.00 |
| 5399 | 09-04 | 950.00 | 5447 | 09-18 | 600.00 | 5502 | 09-24 | 426.00 |
| 5400 | 09-14 | 902.17 | 5448 | 09-15 | 450.00 | 5503* | 09-28 | 1,777.54 |
| 5401 | 09-10 | 1,350.00 | 5449 | 09-15 | 566.76 | 5507* | 09-28 | 2,116.80 |
| 5402 | 09-08 | 3,000.00 | 5450 | 09-21 | 600.00 | 5510* | 09-28 | 1,000.00 |
| 5403 | 09-14 | 2,005.45 | 5451 | 09-14 | 600.00 | 5512 | 09-29 | 600.00 |
| 5404 | 09-10 | 500.00 | 5452 | 09-14 | 645.00 | 5513* | 09-30 | 600.00 |
| 5405 | 09-11 | 1,152.03 | 5453 | 09-21 | 2,250.00 | 5515* | 09-29 | 500.00 |
| 5406 | 09-14 | 1,100.00 | 5454 | 09-18 | 2,250.00 | 5517 | 09-25 | 950.00 |
| 5407 | 09-14 | 500.00 | 5455 | 09-22 | 500.00 | 5518* | 09-28 | 645.00 |
| 5408* | 09-11 | 600.00 | 5456 | 09-21 | 101.24 | 5521 | 09-28 | 1,125.09 |
| 5410 | 09-08 | 250.00 | 5457* | 09-22 | 1,505.15 | 5522 | 09-28 | 1,125.09 |
| 5411 | 09-09 | 450.00 | 5460 | 09-21 | 1,446.07 | 5523 | 09-25 | 460.00 |
| 5412 | 09-11 | 750.00 | 5461 | 09-21 | 1,714.54 | 5524* | 09-29 | 120.00 |
| 5413 | 09-14 | 1,500.00 | 5462 | 09-17 | 1,000.00 | 5526 | 09-29 | 403.88 |
| 5414 | 09-08 | 600.00 | 5463 | 09-24 | 809.40 | 5527* | 09-28 | 2,000.00 |

*Indicates a gap in check number sequence

THE SKILLET BY SAL INC

**Free Small Business Account** Account number: 16107764

## Checks (cont.)

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5530* | 09-30 | 945.00 | 15000 | 09-28 | 28.51 | 15033 | 09-24 | 14.38 |
| 14845* | 09-08 | 10.22 | 15001* | 09-14 | 49.80 | 15034 | 09-14 | 5.89 |
| 14857* | 09-28 | 32.96 | 15003 | 09-09 | 120.11 | 15035 | 09-14 | 3.78 |
| 14879* | 09-28 | 22.98 | 15004 | 09-16 | 4.88 | 15036* | 09-17 | 431.18 |
| 14900* | 09-28 | 54.82 | 15005 | 09-09 | 366.72 | 15039 | 09-21 | 595.06 |
| 14921 | 09-28 | 54.85 | 15006 | 09-08 | 593.24 | 15040 | 09-23 | 470.11 |
| 14922* | 09-09 | 328.96 | 15007 | 09-09 | 32.00 | 15041 | 09-22 | 270.01 |
| 14957* | 09-08 | 101.10 | 15008 | 09-28 | 61.19 | 15042 | 09-29 | 9.38 |
| 14960 | 09-09 | 5.31 | 15009 | 09-09 | 492.75 | 15043 | 09-28 | 53.79 |
| 14961* | 09-28 | 13.26 | 15010 | 09-11 | 15.82 | 15044* | 09-29 | 23.31 |
| 14963* | 09-14 | 8.82 | 15011 | 09-08 | 25.91 | 15047 | 09-21 | 339.97 |
| 14971* | 09-11 | 6.41 | 15012 | 09-08 | 11.76 | 15048 | 09-30 | 12.51 |
| 14979 | 09-08 | 470.11 | 15013 | 09-04 | 431.18 | 15049 | 09-22 | 412.04 |
| 14980 | 09-01 | 270.01 | 15014 | 09-08 | 162.00 | 15050 | 09-23 | 478.86 |
| 14981 | 09-01 | 23.78 | 15015 | 09-08 | 90.00 | 15051 | 09-22 | 2.29 |
| 14982 | 09-28 | 26.70 | 15016* | 09-14 | 85.00 | 15052 | 09-23 | 202.61 |
| 14983 | 09-14 | 7.61 | 15019 | 09-14 | 595.06 | 15053 | 09-24 | 59.25 |
| 14984* | 09-03 | 775.35 | 15020 | 09-18 | 470.11 | 15054 | 09-23 | 17.25 |
| 14986 | 09-01 | 263.87 | 15021 | 09-15 | 270.01 | 15055 | 09-21 | 11.30 |
| 14987 | 09-03 | 498.23 | 15022* | 09-29 | 12.08 | 15056* | 09-24 | 431.18 |
| 14988 | 09-01 | 32.38 | 15024 | 09-14 | 25.37 | 15067 | 09-28 | 119.04 |
| 14989 | 09-01 | 394.80 | 15025* | 09-29 | 330.77 | 15068* | 09-30 | 57.44 |
| 14990* | 09-01 | 58.97 | 15027 | 09-14 | 522.40 | 15071* | 09-28 | 12.80 |
| 14993* | 09-01 | 431.18 | 15028 | 09-16 | 61.94 | 15073 | 09-29 | 48.17 |
| 14996 | 09-08 | 595.06 | 15029 | 09-14 | 268.48 | 15074 | 09-28 | 20.69 |
| 14997 | 09-11 | 470.11 | 15030 | 09-14 | 362.35 | 15075 | 09-28 | 21.70 |
| 14998 | 09-09 | 270.01 | 15031 | 09-15 | 33.23 | 15076 | 09-28 | 431.18 |
| 14999 | 09-09 | 4.12 | 15032 | 09-15 | 110.46 | | | |

*Indicates a gap in check number sequence

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 09-01 | ST-N7N9Z2J1A1T4 Spothopper Websi Spothopper | 199.00 |
| 09-01 | 1001468929 CINTASCORPORATIO 67EAA77A3D | 321.70 |
| 09-01 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 09-01 | FTXXXXX1398 FERR FERRARO FOO FERR FERRA | 844.96 |
| 09-01 | OVERDRAFT CHARGE | 105.00 |
| 09-02 | XXXXX8020 AUTHNET GATEWAY BILLING | 33.00 |
| 09-02 | NJ WEB PMT 01120 NJWEB01120 262441004693946 TXP*B872535605000*01120*26093 | 302.28 |
| 09-02 | 270664595370548 IRS USATAXPYMT | 2,504.12 |
| 09-02 | OVERDRAFT CHARGE | 105.00 |
| 09-03 | 39 594 284 NEW YORK LIFE INS. PREM. | 24.00 |
| 09-03 | 5P-XXXXX2317 EZPASS8882886865 AUTO REPL | 45.00 |
| 09-03 | 39 594 241 NEW YORK LIFE INS. PREM. | 84.50 |
| 09-03 | 39 590 652 NEW YORK LIFE INS. PREM. | 89.00 |
| 09-03 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |

**THE SKILLET BY SAL INC**

**Free Small Business Account** **Account number: 16107764**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-03 | RETURNED CHECK CHARGE | 35.00 |
| 09-03 | OVERDRAFT CHARGE | 70.00 |
| 09-04 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 09-04 | XXXXX9080 Lend Bug LLC 9175802864 | 1,000.00 |
| 09-04 | 9675689136 CHASE CREDIT CRD EPAY | 1,600.00 |
| 09-04 | OVERDRAFT CHARGE | 105.00 |
| 09-08 | 4644575 INTUIT * QBooks Onl | 85.00 |
| 09-08 | 604599217073111 Sams Club SYF PAYMNT | 350.00 |
| 09-08 | SBA EIDL LOAN PAYMENT 260904 0000 6800978201 | 398.00 |
| 09-08 | 604599217073111 Sams Club SYF PAYMNT | 400.00 |
| 09-08 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 09-08 | XXXXX5084 IVY RECEIVABLES 3477550766 | 750.00 |
| 09-08 | 9682605990 CHASE CREDIT CRD EPAY | 900.00 |
| 09-08 | 9678886893 CHASE CREDIT CRD EPAY | 1,500.00 |
| 09-08 | 9685954528 CHASE CREDIT CRD EPAY | 2,000.00 |
| 09-08 | OVERDRAFT CHARGE | 105.00 |
| 09-09 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 09-09 | 0000 DEPT EDUCATION STUDENT LN | 557.70 |
| 09-09 | 270665220241947 IRS USATAXPYMT | 2,452.87 |
| 09-09 | OPU17022373 UNIVERSITY OF MI MIAMIPAY | 8,627.88 |
| 09-09 | OVERDRAFT CHARGE | 35.00 |
| 09-09 | RETURNED CHECK CHARGE | 70.00 |
| 09-10 | NJ WEB PMT 01120 NJWEB01120 262521004733958 TXP*B872535605000*01120*26093 | 294.98 |
| 09-10 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 09-10 | 9032996446 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 09-10 | 9692407310 CHASE CREDIT CRD EPAY | 950.00 |
| 09-10 | FTXXXXX7083 FERR FERRARO FOO FERR FERRA | 1,620.45 |
| 09-10 | OVERDRAFT CHARGE | 35.00 |
| 09-10 | RETURNED CHECK CHARGE | 70.00 |
| 09-11 | 1001470518 CINTASCORPORATIO 67EAA77A3D | 211.59 |

| Date | Description | Amount |
|---|---|---|
| 09-11 | XXXXX0047 AMERICAN NAT'L INSPREMIUM | 477.48 |
| 09-11 | 9033373049 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-11 | XXXXX6704 Lend Bug LLC 9175802864 | 1,000.00 |
| 09-11 | RETURNED CHECK CHARGE | 105.00 |
| 09-14 | PAYMENT TO SMALL BUSN LINE LOAN 1315100 | 166.83 |
| 09-14 | 13T5G6 AppFolio, Inc. F WEB PMTS | 2.49 |
| 09-14 | 604599217073111 Sams Club SYF PAYMNT | 200.00 |
| 09-14 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 09-14 | Z4VFHG Acorn Property M WEB PMTS | 500.00 |
| 09-14 | XXXXX4613 IVY RECEIVABLES 3477550766 | 750.00 |
| 09-14 | FTXXXXX4318 FERR FERRARO FOO FERR FERRA | 788.14 |
| 09-14 | 9033373055 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-14 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 3,228.31 |
| 09-14 | OVERDRAFT CHARGE | 105.00 |
| 09-15 | FTXXXXX0925 FERR FERRARO FOO FERR FERRA | 42.89 |
| 09-15 | 9705670819 CHASE CREDIT CRD EPAY | 250.00 |
| 09-15 | FTXXXXX9200 FERR FERRARO FOO FERR FERRA | 1,620.45 |
| 09-15 | RETURNED CHECK CHARGE | 105.00 |
| 09-16 | 5P-XXXXX4455 EZPASS8882886865 AUTO REPL | 45.00 |
| 09-16 | NJ WEB PMT 01120 NJWEB01120 262581004902639 TXP*B872535605000*01120*26093 | 282.45 |
| 09-16 | FTXXXXX4992 FERR FERRARO FOO FERR FERRA | 1,197.62 |
| 09-16 | 270665982354601 IRS USATAXPYMT | 2,366.70 |
| 09-16 | OVERDRAFT CHARGE | 105.00 |
| 09-17 | 87741134 Flywire EDU Fees Flywire | 25.00 |
| 09-17 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 09-17 | OPU17178538 UNIVERSITY OF MI MIAMIPAY | 8,627.88 |
| 09-17 | RETURNED CHECK CHARGE | 105.00 |

**THE SKILLET BY SAL INC**

## Free Small Business Account

**Account number: 16107764**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 09-18 | 46 865 225 NEW YORK LIFE INS. PREM. | 245.00 |
| 09-18 | 46 865 225 NEW YORK LIFE INS. PREM. | 245.00 |
| 09-18 | 9033502427 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-18 | RETURNED CHECK CHARGE | 35.00 |
| 09-18 | OVERDRAFT CHARGE | 70.00 |
| 09-21 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 09-21 | 49 093 912 NEW YORK LIFE INS. PREM. | 366.50 |
| 09-21 | 604599217073111 Sams Club SYF PAYMNT | 450.00 |
| 09-21 | 9723945993 CHASE CREDIT CRD EPAY | 500.00 |
| 09-21 | 9033593899 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 09-21 | XXXXX4770 IVY RECEIVABLES 3477550766 | 750.00 |
| 09-21 | 9033514828 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-21 | 78834 Ace Endico EDI PYMNTS | 1,000.00 |
| 09-21 | FTXXXXX0664 FERR FERRARO FOO FERR FERRA | 1,197.62 |
| 09-21 | NJNG8002210051 NJNATGASCOMPANY NJNGCO | 3,228.31 |
| 09-21 | NJ WEB PMT 04110 NJWEB04110 262611004964388 TXP*B872535605000*04110*26093 | 5,798.13 |
| 09-21 | OVERDRAFT CHARGE | 105.00 |
| 09-22 | MGSDG6 AppFolio, Inc. F WEB PMTS | 2.49 |
| 09-22 | 9920781 VZ WIRELESS VN E CHECK | 225.91 |
| 09-22 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 09-22 | 3567668840001 VERIZON VZ BillPay | 315.52 |
| 09-22 | 79117 Ace Endico EDI PYMNTS | 1,000.00 |
| 09-22 | 8WTXHG Acorn Property M WEB PMTS | 1,000.00 |
| 09-22 | OPU17241584 UNIVERSITY OF MI MIAMIPAY | 8,627.88 |
| 09-22 | RETURNED CHECK CHARGE | 35.00 |
| 09-22 | OVERDRAFT CHARGE | 70.00 |
| 09-23 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 09-23 | FTXXXXX9688 FERR FERRARO FOO FERR FERRA | 915.17 |
| 09-23 | 270666605419444 IRS USATAXPYMT | 2,334.86 |
| 09-23 | RETURNED CHECK CHARGE | 35.00 |
| 09-23 | OVERDRAFT CHARGE | 70.00 |
| 09-24 | NJ WEB PMT 01120 NJWEB01120 262661005025191 TXP*B872535605000*01120*26093 | 276.18 |
| 09-24 | 604599217073111 Sams Club SYF PAYMNT | 500.00 |
| 09-24 | 9033469226 RPOWER HOLDINGS, ACH Debit | 681.33 |
| 09-24 | 9730932099 CHASE CREDIT CRD EPAY | 750.00 |
| 09-24 | RETURNED CHECK CHARGE | 105.00 |
| 09-25 | 5P-XXXXX1329 EZPASS8882886865 AUTO REPL | 45.00 |
| 09-25 | 604599217073111 Sams Club SYF PAYMNT | 300.00 |
| 09-25 | XXXXX7138 Lend Bug LLC 9175802864 | 500.00 |
| 09-25 | 9033609027 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-25 | 9734100347 CHASE CREDIT CRD EPAY | 3,000.00 |
| 09-25 | RETURNED CHECK CHARGE | 105.00 |
| 09-28 | 46863550 NEW YORK LIFE INS. PREM. | 133.50 |
| 09-28 | 46863785 NEW YORK LIFE INS. PREM. | 149.50 |
| 09-28 | 1001472722 CINTASCORPORATIO 67EAA77A3D | 216.78 |
| 09-28 | 722103734161072 BEST BUY AUTO PYMT | 302.00 |
| 09-28 | XXXXX2476 IVY RECEIVABLES 3477550766 | 750.00 |
| 09-28 | 9033619602 HILOYO INVESTMEN ACH Debit | 800.00 |
| 09-28 | FTXXXXX2135 FERR FERRARO FOO FERR FERRA | 915.17 |
| 09-28 | 18587770 THE HARTFORD INSPMTCL | 1,845.29 |
| 09-28 | RETURNED CHECK CHARGE | 35.00 |
| 09-28 | OVERDRAFT CHARGE | 70.00 |
| 09-29 | RETURNED CHECK CHARGE | 105.00 |
| 09-30 | NJ WEB PMT 01120 NJWEB01120 262721005051803 TXP*B872535605000*01120*26093 | 170.82 |
| 09-30 | 604599217073111 Sams Club SYF PAYMNT | 250.00 |
| 09-30 | 270667375218178 IRS USATAXPYMT | 1,701.28 |
| 09-30 | 18587770 THE HARTFORD RETRY PYMT | 1,845.29 |
| 09-30 | OVERDRAFT CHARGE | 105.00 |

THE SKILLET BY SAL INC

**Free Small Business Account** **Account number: 16107764**

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-30 | SERVICE CHARGE | 79.60 | 09-30 | OVERDRAFT INTEREST CHARGE | 108.09 |

**- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -**

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | 1,368.09 | 10,542.71 |
| TOTAL RETURNED ITEM FEES: | $945.00 | $9,975.00 |

*0749099629*
07/01/2026
99015965
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

THE SKILLET BY SAL INC
OPERATING ACCOUNT
310 MOUNTS CORNER DR
FREEHOLD, NJ 07728

0002

6/28/26

PAY TO THE ORDER OF Samuel Lobel $ 1500.00
One Thousand five hundred DOLLARS

AMBOY Bank

⑆021204416⑆16107764⑈ 0002

⑆021204416⑆ 16107764⑈0002 ⑈0000150000⑈

JPMorganChaseBank 090402 004484 951990089205
For Deposit Only - JPMC

FOR DEPOSIT ONLY

2 $1,500.00 9/8/2026 | 2 $1,500.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14920

Six Dollars and Five Cents

Date 08/07/2026
Amount ***********$6.05

⑈000149⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE
For Mobile Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

17 $6.05 9/1/2026 | 17 $6.05 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

4564
55-441/212
16

9-23-2026 Date

Pay to the Order of John Licci $1558.57/xx
One Thousand Five Hundred Fifty-Eight 57/xx Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For OCT-2025

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 4564

4564
Security Features exceed industry standards and include:
Do not cash if:

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
ENDORSE HERE

4564 $1,558.57 9/24/2026 | 4564 $1,558.57 9/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5026
55-441/212
16

9/4/2026 Date

Pay to the Order of John LaTona $ 916 67
Nine Hundred Sixteen 67/xx Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For April 2026

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5026

For Deposit Only - JPMC

Security Features exceed industry standards and include:

CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5026 $916.67 9/4/2026 | 5026 $916.67 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5147
55-441/212
16

8/31/26 Date

Pay to the Order of Griffy's $ 559 00/xx
Five Hundred Fifty nine 00/xx Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For 6/27 7/4

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5147

JPMorganChaseBank 090212 000426 925220136925

ENDORSE HERE

5147 $559.00 9/3/2026 | 5147 $559.00 9/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5217
55-441/212
16

8/31/26 Date

Pay to the Order of Elcio Abilheira $ 500.00/xx
Five Hundred Dollars

AMBOY Bank
MANALAPAN OFFICE 16
MANALAPAN, NJ 07726
www.amboybank.com

For Legal Work

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5217

>231270353<
OceanFirst Bank TC #885
2026-08-31
0528736007
INST=INST-RTNUM=231270Batch
BUSDT=08/31/26-TRANDT=08/31/26
ITEMNUM=0528736007 09-STARTTM= 3:11:53 PM

-Inst=INST-RtNum=231270353<-BranchName=LACEYBr=10-TIrID=1006
-BranchName=LACEYBr=10-TIrID=1006
-BusDt=08/31/26-TranDt=08/31/26
-ItemNum=0528736007 09-StartTm=3:11:53 PM

PAY TO THE ORDER OF
OCEANFIRST FREEHOLD, NJ 07228
231270353
FOR DEPOSIT ONLY
ABILHEIRA & ASSOC, PC
ATTORNEY BUSINESS ACCT

5217 $500.00 9/1/2026 | 5217 $500.00 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5283
Date 8/25/26
Pay to the Order of LK Reisman $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5283

5283 $500.00 9/3/2026

5283 $500.00 9/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5317
Date 9-11-26
Pay to the Order of Rosario Falzone $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For July 2026
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5317

5317 $1,000.00 9/14/2026

0891742192 TD Mobile Deposit
9/11/2026 9:55:09 PM
7865362698
THE SKILLET BY SAL INC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5317 $1,000.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5318
Date 9-25-26
Pay to the Order of ROSARIO FALZONE $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For July 2026
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5318

5318 $1,000.00 9/28/2026

0776586263 TD Mobile Deposit
9/25/2026 10:51:15 AM
7865362698
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5318 $1,000.00 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5322
Date 8/31/26
Pay to the Order of Simply Fresh $ 1862.61
One Thousand Eight Hundred Sixty-Two 61/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/11 7/16 7/19 8/5
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5322

5322 $1,862.61 9/1/2026

For Deposit Only - JPMC
FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE INC.
687990356

5322 $1,862.61 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5327
Date 8/31/26
Pay to the Order of Puglisi Egg $ 900.00
Nine Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For on acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5327

5327 $900.00 9/3/2026

BOFD >021204416<
Puglisi Egg Farm
2026-09-03
9984250809
PAY TO THE ORDER OF AMBOY BANK HOWELL, NJ 07731-2690 021204416 FOR DEPOSIT ONLY THREE PUGLISI BROTHERS T/A PUGLISI EGG FARMS

5327 $900.00 9/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5332
Date 8/24/26
Pay to the Order of FTHS Cheerleading $ 250.00
Two Hundred Fifty 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Logo
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5332

5332 $250.00 9/9/2026

PAY TO THE ORDER OF BANK OF AMERICA FOR DEPOSIT ONLY FREEHOLD REGIONAL H.S. DIST. FREEHOLD TOWNSHIP HIGH SCHOOL STUDENT ACTIVITIES ACCOUNT
DeviceID:DNJ10588

5332 $250.00 9/9/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5333
55-441/212
8/31/26
Pay to the Order of Griffy's $ 622.00
Six Hundred Twenty-Two Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5333



5333 $622.00 9/14/2026

5333 $622.00 9/14/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5336
55-441/212
9/10/26
Pay to the Order of Griffy's $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5336


Griffy's Organics

5336 $600.00 9/21/2026

5336 $600.00 9/21/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5346
55-441/212
8/26/26
Pay to the Order of Artisan Bakers $ 1200.00
One Thousand Two Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5346


534828054430 162357 20260831 0000000016
TRN_DEBIT ACANNAV 1200.00
Staten Island-Tottenville 0548 94004 5348 00

5346 $1,200.00 9/1/2026

5346 $1,200.00 9/1/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5347
55-441/212
8/31/26
Pay to the Order of Artisan Bakers $ 1200.00
One Thousand Two Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5347


534828054429 162356 20260831 0000000016
TRN_DEBIT ACANNAV 0.00
Staten Island-Tottenville 0548 94004 5348 0002

5347 $1,200.00 9/1/2026

5347 $1,200.00 9/1/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5353
55-441/212
8/28/26
Pay to the Order of Donato Foods $ 720.00
Seven Hundred Twenty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/5 7/22 8/12 8/19
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5353


For Deposit Only - JPMC

5353 $720.00 9/2/2026

5353 $720.00 9/2/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5354
55-441/212
9/6/26
Pay to the Order of Donato Foods $ 720.00
Seven Hundred Twenty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/5 7/22 8/12 8/19
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5354


For Deposit Only - JPMC

5354 $720.00 9/9/2026

5354 $720.00 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5355
55-441/212
Pay to the Order of Conca Doro $ 425.55
Four Hundred Twenty Five 55/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 336672
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5355

5355 $425.55 9/22/2026

PAY TO THE ORDER OF
FOR DEPOSIT ONLY
CADORO IMPORTERS LLC
230733862749 161438 20260921 000000000161307764
TRN_DEBIT TAB4069 0.00
Woodland Park 0716 94004 2307 0004 02486

5355 $425.55 9/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5357
55-441/212
8/27/26 Date
Pay to the Order of Nina Amarando $ 450.00
Four Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/14/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5357

5357 $450.00 9/1/2026

5357
Nina Amarando
mobile deposit
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5357 $450.00 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5358
55-441/212
8/25/26 Date
Pay to the Order of Nina Amarando $ 450.00
Four Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/21/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5358

5358 $450.00 9/3/2026

5358
Security Features exceed industry standards and include:
Nina Amarando
mobile deposit
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5358 $450.00 9/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5359
55-441/212
9/2/26 Date
Pay to the Order of Miscela Doro $ 658.50
Six Hundred Fifty Eight and 50/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 307621
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5359

5359 $658.50 9/4/2026

5359
Seq: 1
Dep: 000650
Date: 09/03/26
ENDORSE HERE
For Deposit Only to
Miscela D'oro USA Inc
Miscela D'oro Usa, Inc.
Master
Deposited by:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5359 $658.50 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5360
P850946
55-441/212
9/2/26 Date
Pay to the Order of State of New Jersey $ 2000.00
Two Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 87-2535685
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5360

5360 $2,000.00 9/11/2026

DIVISION OF TAXATION
AUG 27
RECEIVED

5360 $2,000.00 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5361
P860958
55-441/212
9/9/26 Date
Pay to the Order of State of New Jersey $ 2000.00
Two Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 87-2535685
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5361

5361 $2,000.00 9/17/2026

DIVISION OF TAXATION
AUG 27
RECEIVED

5361 $2,000.00 9/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5365
55-441/212
Date 9/2/26
Pay to the Order of Puglisi Egg Farm $1000.00/
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5365

BOFD >021204416<
Puglisi Egg Farm
2026-09-03
9984250808

PAY TO THE ORDER OF AMBOY BANK HOWELL, NJ 07731-2890 021204416 FOR DEPOSIT ONLY THREE PUGLISI BROTHERS TA PUGLISI EGG FARMS 141607392

5365 $1,000.00 9/3/2026

5365 $1,000.00 9/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5366
55-441/212
Date 9/3/26
Pay to the Order of Ranchers Best $700.00/
Seven Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5366

Br=11-TlrID=1104-TranDt=09/04/26

PAY TO THE ORDER OF ... STATEN ISLAND, NY 10308-3308 FOR DEPOSIT ONLY RANCHERS BEST WHOLESALE MEATS INC 713301410

5366 $700.00 9/8/2026

5366 $700.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5367
55-441/212
Date 9/3/26
Pay to the Order of Rancher Best $776.67/100
Seven Hundred Seventy Six and 67/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5367

Br=11-TlrID=1102-TranDt=09/02/26

PAY TO THE ORDER OF ... STATEN ... FOR DEPOSIT ONLY RANCHERS BEST WHOLESALE MEATS INC 713301410

5367 $776.67 9/3/2026

5367 $776.67 9/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5368
55-441/212
Date 8/31/26
Pay to the Order of Russo's Meats $462.00
Four Hundred Sixty-Two and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 1/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5368

08-31-2026 - 0107 - N377396 - 031701076785576581000Z > 211475039 < Santander NA

5368 $462.00 9/1/2026

5368 $462.00 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5369
55-441/212
Date 9/3/26
Pay to the Order of Russo Meats $1286.81/
One Thousand Two Hundred Eighty Six 81/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/28
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5369

557825134923 161158 20260903 00000000161-0776-4
TRN_DEBIT TAQ8110 0.00
Marlboro 0088 94004 5578 0006 0095

5369 $1,286.81 9/4/2026

5369 $1,286.81 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5370
55-441/212
Date 9/3/26
Pay to the Order of Ultimate Foods $528.87
Five Hundred Twenty Eight and 87/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 2/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5370

For Deposit Only
Ultimate Food Service, Inc. - ck 1210

5370 $528.87 9/4/2026

5370 $528.87 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5371
Pay to the Order of Joseph Faenza $ 2500.—
Two Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Pay Back CCard + +
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5371

5371 $2,500.00 9/4/2026

5371 $2,500.00 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5373
9/4/26
Pay to the Order of Joseph Iantosca $ 500.—
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5373

5373 $500.00 9/8/2026

OceanFirst Bank (Toms River, NJ) 975 HooperAve 09/04/26 624711071
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<<231270353>>>>>

5373 $500.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5374
9/3/26
Pay to the Order of Joseph Iantosca $ 500.—
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5374

5374 $500.00 9/4/2026

OceanFirst Bank (Toms River, NJ) 975 HooperAve 09/03/26 624603915
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<<231270353>>>>>

5374 $500.00 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5376
8/30/26
Pay to the Order of Koray Baymsli $ 270.00
Two Hundred Seventy and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Work
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5376

5376 $270.00 9/1/2026

0751476278 TD Mobile Deposit
8/30/2026 9:52:42 PM
4431703217

5376 $270.00 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5377
8/31/26
Pay to the Order of Cash $ 250.00
Two Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Music
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5377

5377 $250.00 9/1/2026

>231270353<
OceanFirst Bank TC #885
2026-08-31
0528688000
INST=INST-RTNUM=>231270353Batch
BRANCHNAME=FREEHOLDBR=22-TLRID=1003
BUSDT=08/31/26-TRANDT=08/31/26
ITEMNUM=0528688000025-STARTTM= 9:04:50 AM

5377 $250.00 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5378
8/31/26
Pay to the Order of Abbott Baking $ 750.00
Seven Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For on Acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5378

5378 $750.00 9/4/2026

5378 $750.00 9/4/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5379
9/2/26
Pay to the Order of Emerson Sitan $ 600.00/100
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5379


For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
Emerson

5379 $600.00 9/3/2026 5379 $600.00 9/3/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5380
9/4/26
Pay to the Order of Emmerson Sitan $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5380


For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT
Emerson

5380 $600.00 9/8/2026 5380 $600.00 9/8/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5381
9/1/26
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/30
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5381


For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5381 $500.00 9/2/2026 5381 $500.00 9/2/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5382
9/4/26
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/30
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5382


For Deposit Only - JPMC
THE SKILLET BY SAL INC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5382 $500.00 9/8/2026 5382 $500.00 9/8/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5383
9/3/26
Pay to the Order of Freddy Miculax $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5383


5383
CHECK BOX FOR MOBILE REMOTE DEPOSIT
347-717-6021

5383 $600.00 9/4/2026 5383 $600.00 9/4/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5384
8/31/26
Pay to the Order of Katia Sanchez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/23
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5384


Katia Sanchez

5384 $500.00 9/1/2026 5384 $500.00 9/1/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5385
9/2/26
Pay to the Order of Katia Sanchez $ 545.00
Five Hundred Forty-Five Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/3
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5385



5385 $545.00 9/4/2026 5385 $545.00 9/4/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5386
9/4/26 Date
Pay to the Order of Nick Truso $ 800.00
Eight Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Sept
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5386


0951281162 TD Mobile Deposit
9/4/2026 3:48:18 PM
4376355123
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5386 $800.00 9/8/2026 5386 $800.00 9/8/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5387
9/4/26 Date
Pay to the Order of Nick Truso $ 385.00
Three Hundred Eighty Five Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Health INS
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5387


0951340151 TD Mobile Deposit
9/4/2026 3:48:53 PM
4376355123
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5387 $385.00 9/8/2026 5387 $385.00 9/8/2026


*211274450*
09/09/2026
000000721156216
RETURN REASON (A) NOT SUFFICIENT FUNDS
NSE NSE
THE SKILLET BY SAL INC 5387
Pay to the Order of Nick Truso $ 385.00
Three Hundred Eighty Five Dollars
For Health INS
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5387
⑆021204416⑆161⑈0776⑈4⑈5387 ⑈0000038500⑈


0951340151 TD Mobile Deposit
9/4/2026 3:48:53 PM
4376355123
Do not endorse or write below this line.

5387 $385.00 9/21/2026 5387 $385.00 9/21/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5388
9/4/26 Date
Pay to the Order of Sergio Sitar $ 850.00
Eight Hundred Fifty and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5388


CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5388 $850.00 9/4/2026 5388 $850.00 9/4/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5389
8/1/26 Date
Pay to the Order of Justin Bacchi $ 231.00
Two Hundred Thirty One and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5389


Mobile Deposit
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5389 $231.00 9/8/2026 5389 $231.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5390
55-441/212
9/1/26 Date
Pay to the Order of Alfonso Solis $ 1020.00
One Thousand Twenty and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5390

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/03/2026 18:04:48
Account Number 999999999
Viamericas

5390 $1,020.00 9/8/2026

5390 $1,020.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5391
55-441/212
9/3/26 Date
Pay to the Order of Pugliese Egg Farm $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For On Acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5391

BOFD >021204416<
Puglisi Egg Farm
2026-09-03
9984250807
PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2890
021204416
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS
1410792

5391 $1,000.00 9/3/2026

5391 $1,000.00 9/3/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5392
55-441/212
9/3/26 Date
Pay to the Order of Packaging Specialties $ 138.00
One Hundred Thirty Eight Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5392

Seq: 4
Dep ID: 11,588,036
031000053
Date: 9/3/26, 2:19 PM
For Remote Deposit Only
PNC Bank
031000053

5392 $138.00 9/4/2026

5392 $138.00 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5393
55-441/212
9/8/26 Date
Pay to the Order of L. Reisman $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5393

5393 $500.00 9/9/2026

5393 $500.00 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5394
55-441/212
9/4/26 Date
Pay to the Order of Sullivan Brothers $ 1714.54
One Thousand Seven Hundred Fourteen and 54/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 4/22 + 100
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5394

513466118155 115906 20260904 0000000161-0776-4
TRN_DEBIT CCAMER4 0.00
Harmony Road 0134 94004 5134 0004 0102

5394 $1,714.54 9/8/2026

5394 $1,714.54 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5395
55-441/212
9/14/26 Date
Pay to the Order of L. Reisman $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5395

5395 $500.00 9/15/2026

5395 $500.00 9/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5396
9/9/26
Pay to the Order of Miscela D'oro $722.50
Seven Hundred Twenty-Two and 50/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5396

For Deposit Only to Miscela D'oro USA Inc
Miscela D'oro Usa, Inc.
Deposited by: Emil
Dep: 000654
Date: 09/09/26
CHECK BOX IF MOBILE OR REMOTE DEPOSIT

5396 $722.50 9/10/2026

5396 $722.50 9/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5397
9/4/26
Pay to the Order of AKA Refrigeration $380.00
Three Hundred Eighty and 00/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Refrigeration Repair
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5397

ENDORSE HERE
x AKA Refrigeration
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5397 $380.00 9/8/2026

5397 $380.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5398
9/3/26
Pay to the Order of Giovanni Nava $300.00
Three Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5398

ENDORSE HERE
x Giovanni Nava
908-670-7644
1146894

5398 $300.00 9/9/2026

5398 $300.00 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5399
9/4/26
Pay to the Order of Fernando Micula $950.00
Nine Hundred Fifty and 00/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/30/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5399

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/03/2026 16:24:57
or deposited the account of Viamericas
Viamericas
Account Number
999999999

5399 $950.00 9/4/2026

5399 $950.00 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5400
9/10/26
Pay to the Order of Russo Meats $902.17
Nine Hundred Two and 17/ Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/31
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5400

557832024063 151604 20260911 0000000161-0776-4
TRN_DEBIT MROZENB 0.00
Marlboro 0088 94004 5578 0003 0177

5400 $902.17 9/14/2026

5400 $902.17 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5401
9/12/26
Pay to the Order of Artisan Bakery $1350.00
One Thousand Three Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5401

545235031597 100115 20260909 0000000161-0776-4
TRN_DEBIT TAR0738 0.00
Staten Island-Hylan 0452 94004 5452 0014 0025
PAY TO THE ORDER OF
TD BANK
HERNDON, NJ 07701-1821
FOR DEPOSIT ONLY
ARTISAN BAKERS GROUP LLC

5401 $1,350.00 9/10/2026

5401 $1,350.00 9/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5402

9/4/26 Date

Pay to the Order of Joseph Faren-ca $ 3000.00

Three Thousand Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For Back Credit Card Chrgs

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5402

5402 $3,000.00 9/8/2026

5402 $3,000.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5403

9/11/26 Date

Pay to the Order of Russo Meats $ 2005.45

Two Thousand five and 45 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/7

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5403

557832024062 151603 20260911 0000000161-0776-4
TRN_DEBIT MROZENB 0.00
Marlboro 0088 94004 5578 0003 0177

FOR DEPOSIT ONLY
RUSSO MEATS
4352164209

5403 $2,005.45 9/14/2026

5403 $2,005.45 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5404

9/9/25 Date

Pay to the Order of Sensational Farms $ 500.00

Five Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5404

>021213520< 20260909
BCB Community Bank
Drawer#/Trans#: 35598/0018
HIN: 974824930000095

<0021213520> 35598 18 09/09/26

PAY TO THE ORDER OF
BCB
021213520
FOR DEPOSIT ONLY
JFMI-LLC
DBA SENSATIONAL FARM FRESH
7501401917

5404 $500.00 9/10/2026

5404 $500.00 9/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5405

9/10/26 Date

Pay to the Order of Ranchers Best $ 1152.03

One Thousand One Hundred Fifty Two 03 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/18 8/20 8/21

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5405

Br=11-TlrID=1102-TranDt=09/10/26

PAY TO THE ORDER OF
RANCHERS BEST WHOLESALE MEATS INC
7130131410

5405 $1,152.03 9/11/2026

5405 $1,152.03 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5406

9/11/21 Date

Pay to the Order of Ranchers Best $ 1100.00

One Thousand One Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/18 8/20 8/21

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5406

Br=11-TlrID=1109-TranDt=09/11/26

PAY TO THE ORDER OF
RANCHERS BEST WHOLESALE MEATS INC
7130131410

5406 $1,100.00 9/14/2026

5406 $1,100.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5407

9/11/26 Date

Pay to the Order of Sensational Farms $ 500.00

Five Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5407

>021213520< 20260911
BCB Community Bank
Drawer#/Trans#: 35599/0017
HIN: 975027790000088

<0021213520> 35599 17 09/11/26

For Deposit only

5407 $500.00 9/14/2026

5407 $500.00 9/14/2026




5408 $600.00 9/11/2026




5408 $600.00 9/11/2026




5410 $250.00 9/8/2026




5410 $250.00 9/8/2026




5411 $450.00 9/9/2026




5411 $450.00 9/9/2026




5412 $750.00 9/11/2026




5412 $750.00 9/11/2026




5413 $1,500.00 9/14/2026




5413 $1,500.00 9/14/2026




5414 $600.00 9/8/2026




5414 $600.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5415
55-441/212
9-08-2026
Date
Pay to the Order of Ana Morales. $ 545.00
Five Hundred Forty-Five Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/29
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5415

For Deposit Only - JPMC
Security Features exceed industry standards and include:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5415 $545.00 9/9/2026

5415 $545.00 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5416
55-441/212
1/26
Date
Pay to the Order of Vincent Santitoro $ 120.00
One Hundred Twenty - E Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5416

021204416
5416
109082671849 PJ6711 1231 XXXXXXXXXXXX6587 D
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
• ImageMatch: Matching account and check number on back
• MobileMark: Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit icon visible on front and back
Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
ENDORSE HERE
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5416 $120.00 9/9/2026

5416 $120.00 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5417
55-441/212
9/6/26
Date
Pay to the Order of Emmerson Sitan $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5417

For Deposit Only - JPMC
Emerson
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5417 $600.00 9/10/2026

5417 $600.00 9/10/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5418
55-441/212
9/11/26
Date
Pay to the Order of Emmerson Sitan $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5418

021204416
5418
For Deposit Only - JPMC
THE SKILLET BY SAL INC
Emerson
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5418 $600.00 9/14/2026

5418 $600.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5419
55-441/212
9/5/26
Date
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/6
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5419

For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5419 $500.00 9/9/2026

5419 $500.00 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5420
55-441/212
9/11/26
Date
Pay to the Order of Alonzo Solis $ 1020.00
One Thousand Twenty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/29
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5420

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/10/2026 18:10:03
or deposit to the account of Viamericas
Account Number 999999999

5420 $1,020.00 9/11/2026

5420 $1,020.00 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5421

Pay to the Order of Sergio Itan $ 850.00
Eight Hundred Fifty and 00/100 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 8/29

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5421

5421 $850.00 9/11/2026

5421 $850.00 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5422

9/10/26

Pay to the Order of Freddy Micalop $ 600.00
Six Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5422

5422 $600.00 9/11/2026

CHECK BOX FOR MOBILE REMOTE DEPOSIT
347-712-6417

5422 $600.00 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5423

9/6/26

Pay to the Order of Saulo Aguilar $ 350.00
Three Hundred Fifty and 00/100 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5423

5423 $350.00 9/8/2026

ENDORSE HERE x Saulo Aguilar
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5423 $350.00 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5425

9/12/26

Pay to the Order of Justin Bacile $ 231.00
Two Hundred Thirty One 00/100 Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5425

5425 $231.00 9/11/2026

021204416
16107764
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE REMOTE DEPOSIT
Justin Bacile
Mobile Deposit

5425 $231.00 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5426

9/12/26

Pay to the Order of Nick Truisi $ 500.00
Five Hundred Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For 1/25

⑆021204416⑆ ⑈161 0776⑈4⑈ 5426

5426 $500.00 9/14/2026

0058812267 TD Mobile Deposit
9/12/2026 3:48:21 PM
4376355123
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5426 $500.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728

5427

9/9/26

Pay to the Order of Kaylin Matthews $ 120.00
One Hundred Twenty Dollars

AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com

For

⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5427

5427 $120.00 9/14/2026

021204416
16107764
THE SKILLET BY SAL INC
0063158277 TD Mobile Deposit
9/12/2026 4:07:34 PM
4429720166
Security Features exceed industry standards and include:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
Kaylin Matthews

5427 $120.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5429
55-441/212
16
9/11/26 Date
Pay to the Order of Puglisi Eggs $600.00/xx
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5429

BOFD >021204416<
Puglisi Egg Farm
2026-09-10
9984715203
PAY TO THE ORDER OF
AMBOY BANK
HOWELL, NJ 07731-2850
021204416
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS
14107392

5429 $600.00 9/10/2026 | 5429 $600.00 9/10/2026

THE SKILLET BY SAL INC 6753
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5430
55-441/212
16
9/13/26 Date
Pay to the Order of Coastal Linen $750.65/xx
Seven Hundred fifty and 65/xx Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5430

For Deposit Only - JPMC
ENDORSE HERE

5430 $750.65 9/15/2026 | 5430 $750.65 9/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5431
55-441/212
16
9/11/26 Date
Pay to the Order of Sullivan Brothers $2250.18/xx
Two Thousand Two Hundred fifty and 18/xx Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 6/30
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5431

513462161405 101023 20260911 00000000161-0776-4
TRN_DEBIT TAM1877 0.00
Harmony Road 0134 94004 5134 0014 0048

5431 $2,250.18 9/14/2026 | 5431 $2,250.18 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5432
55-441/212
16
9/14/26 Date
Pay to the Order of Paramount Paper $1674.91/100
One Thousand six Hundred Seventy four 91/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/13
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5432

For Deposit Only - JPMC
ENDORSE

5432 $1,674.91 9/16/2026 | 5432 $1,674.91 9/16/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5433
55-441/212
16
9/11/26 Date
Pay to the Order of Fernando Miculax $950.00
Nine Hundred fifty and 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5433

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/11/2026 17:57:18
For Deposit Only ViAmericas
Account Number
999999999

5433 $950.00 9/14/2026 | 5433 $950.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5434
55-441/212
16
9/14/26 Date
Pay to the Order of Simply Fresh $2018.97/100
Two Thousand Eighteen 97/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/20, 7/23, 7/25
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5434

For Deposit Only - JPMC
THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
Do not cash if:
FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE INC.
58790356
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5434 $2,018.97 9/15/2026 | 5434 $2,018.97 9/15/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5435
9/21/26
Pay to the Order of Simply Fresh $2364.12/100
Two thousand three hundred sixty four 12/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/27, 7/30, 7/31, 8/1
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5435


For Deposit Only - JPMC
FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE
587990356

5435 $2,364.12 9/22/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5436
9/11/26
Pay to the Order of King Kong Printing of NJ. $208.93/100
Two hundred eight 93/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 13028
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5436


For Deposit Only - JPMC

5436 $208.93 9/14/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5437
9/17/26
Pay to the Order of Ranchers Best $1035.xx/100
One thousand thirty five xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5437


Br=11-TlrID=1104-TranDt=09/17/26
PAY TO THE ORDER OF
RANCHERS

5437 $1,035.00 9/18/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5438
9/18/26
Pay to the Order of Ranchers Best $1042.94/100
One thousand forty two 94/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5438


Br=11-TlrID=1104-TranDt=09/18/26
PAY TO THE ORDER OF
RANCHERS BEST WHOLESALE MEATS INC
FOR DEPOSIT ONLY

5438 $1,042.94 9/21/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5439
9/12/26
Pay to the Order of Cash $250.xx/100
Two-hundred fifty xx/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Music man
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5439


>231270353<
OceanFirst Bank TC #885
2026-09-11
0529952001
INST=INST-RTNUM=>231270353Batch
BRANCHNAME=FREEHOLDBR=22-TLRID=1003
BUSDT=09/11/26-TRANDT=09/11/26
ITEMNUM=052995200170-STARTTM= 2:23:16 PM
DBR=22-TLRID=1
9/4/26

5439 $250.00 9/14/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5440
9/9/26
Pay to the Order of Salvatore A Faenza $655 00/100
Six Hundred fifty five dol 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Paid Back CC Charge
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5440


THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE
Wells Fargo

5440 $655.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
SAL Natoly Faenza
5441
55-441/212 16
Date 9/1/26
Pay to the Order of Farmers FNWL $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 0024271364
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5441

For Deposit Only - JPMC
FOR DEPOSIT ONLY
Farmers New World Life Insurance Co
4322509

5441 $500.00 9/23/2026

5441 $500.00 9/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5442
55-441/212 16
Date 9/18/26
Pay to the Order of Alonzo Solis $ 1020.00
One Thousand Twenty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5442

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/18/2026 16:59:38
Viamericas
AccountNumber
999999999

5442 $1,020.00 9/21/2026

5442 $1,020.00 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5443
55-441/212 16
Date 9/17/26
Pay to the Order of Emmerson Sitan $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5443

For Deposit Only - JPMC
Emerson

5443 $600.00 9/18/2026

5443 $600.00 9/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5444
55-441/212 16
Date 9/18/26
Pay to the Order of Emmerson Sitan $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5444

For Deposit Only - JPMC
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
Emerson

5444 $600.00 9/21/2026

5444 $600.00 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5445
55-441/212 16
Date 9/15/26
Pay to the Order of Sergio Sitan $ 850.00
Eight Hundred Fifty and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/6/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5445

Security Features exceed industry standards and include:
Sergio

5445 $850.00 9/18/2026

5445 $850.00 9/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5446
55-441/212 16
Date 9/18/26
Pay to the Order of Justin Bacile $ 308.00/100
Three Hundred Eight Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5446

THE SKILLET BY SAL INC
Security Features exceed industry standards and include:
- ImageMatch - Matching account and check number on back
- MobileMark - Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave - pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Photo Safe Deposit icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
Justin Bacile
Mobile Deposit

5446 $308.00 9/21/2026

5446 $308.00 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5447
9/18/26
Pay to the Order of Freddy Micula $ 600 00/100
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com
For 9/6
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5447

Back: 3477119-6021 — Endorsed, check box for mobile/remote deposit

5447 $600.00 9/18/2026

5447 $600.00 9/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5448
9/12/26
Pay to the Order of NINA Amarante $ 450 00/100
Four Hundred Fifty and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com
For 9/3
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5448

Back: Nina Amarante — Mobile deposit

5448 $450.00 9/15/2026

5448 $450.00 9/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5449
9/14/26
Pay to the Order of Noel Gonzalez $ 566.76/100
Five Hundred Sixty Six and 76/100 Dollars
AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com
For 9/13/26
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5449

Back: For Deposit Only - JPMC

5449 $566.76 9/15/2026

5449 $566.76 9/15/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5450
9/18/26
Pay to the Order of Noel Gonzalez $ 600 00/100
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5450

Back: For Deposit Only - JPMC

5450 $600.00 9/21/2026

5450 $600.00 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5451
9/12/26
Pay to the Order of Ana Morales $ 600 00/100
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com
For 9/6
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5451

Back: For Deposit Only - JPMC
16107764 THE SKILLET BY SAL INC

5451 $600.00 9/14/2026

5451 $600.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5452
9/12/26
Pay to the Order of Ana Morales. $ 645 00/100
Six Hundred Forty Five and 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 18 MANALAPAN, NJ 07726 www.amboybank.com
For 9/6
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5452

Back: For Deposit Only - JPMC
16107764 THE SKILLET BY SAL INC

5452 $645.00 9/14/2026

5452 $645.00 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5453
9/14/26
Pay to the Order of Joseph Faenza $ 2250.00
Two Thousand Two Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For CC expenses for Skillet
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5453

5453 $2,250.00 9/21/2026

Security Features exceed industry standards and include:
Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5453 $2,250.00 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5454
9/18/26
Pay to the Order of Joseph Faenza $2250.00
Two Thousand Two Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For CC Loan Skillet
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5454

5454 $2,250.00 9/18/2026

021204416
16107764
THE SKILLET BY SAL INC
5454
Security Features exceed industry standards and include:
• ImageMatch™ Matching account and check number on back
• MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave™ pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit® Icon visible on front and back
Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5454 $2,250.00 9/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5455
9/21/26
Pay to the Order of Joseph Faenza $500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 500 - 500 = 5000
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5455

5455 $500.00 9/22/2026

Security Features exceed industry standards and include:
Do not cash if:
CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

5455 $500.00 9/22/2026

THE SKILLET BY SAL INC 11840
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5456
9/18/26
Pay to the Order of RC Fine Foods $ 101.24
One Hundred One and 24/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5456

5456 $101.24 9/21/2026

For Deposit only to
account 8042992788
Cust: RC FINE FOODS INC
Loc: Headquarters
Seq: 6
Dep: 003175
Location Code: 1
IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2026-09-18
PAY TO THE ORDER OF
PNC BANK
REMOTE DEPOSIT ONLY
RC FINE FOODS INC.
8042992788

5456 $101.24 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5457
9/21/26
Pay to the Order of Paramount Paper & Plastic $ 1505.15/100
One Thousand Five Hundred Five and 15/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
24345
For 24151 24183
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5457

5457 $1,505.15 9/22/2026

For Deposit Only - JPMC
ENDORSE HERE

5457 $1,505.15 9/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5460
9/18/26
Pay to the Order of Sullivan Brothers $ 1446.07/100
One Thousand Four Hundred Forty Six and 07/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/7
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5460

5460 $1,446.07 9/21/2026

529930166739 105738 20260918 0000000161-0776-4
TRN_DEBIT TAF1955 0.00
Monmouth Regional 0299 94004 5299 0003 0046

5460 $1,446.07 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5461
55-441/212
16
9/18/26
Pay to the Order of Sullivan Brothers $ 1714.54
One Thousand Seven Hdd fourteen & 54/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 4/27 + 100
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5461

5461 $1,714.54 9/21/2026

529930766738 105738 20260918 00000000161-0776-4
TRN_DEBIT TAF1955 0.00
Monmouth Regional 0299 94004 5299 0003 0046

5461 $1,714.54 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5462
55-441/212
16
9/15/26 Date
Pay to the Order of Wells Fargo $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
Castronovo
For 6831935135 1998
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5462

5462 $1,000.00 9/17/2026

2583558041

5462 $1,000.00 9/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5463
55-441/212
16
9/23/26 Date
Pay to the Order of Miscela D'oro $ 809.40
Eight Hdred Nine and 40/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5463

5463 $809.40 9/24/2026

021204416 5463
161077764
THE SKILLET BY SAL INC
Seq: 1
Dep: 000665
Date: 09/23/26
Security Features exceed industry standards and include:
ENDORSE HERE
For Deposit Only to
Miscela D'oro USA Inc
Miscela D'oro Usa, Inc.
Master
Deposited by:
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5463 $809.40 9/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5464
55-441/212
16
9/18/26 Date
Pay to the Order of Fernando Micalep $ 950.00
Nine Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/13
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5464

5464 $950.00 9/18/2026

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/17/2026 16:07:16
or deposit to the account of Viamericas
Viamericas
Account Number
9999999999

5464 $950.00 9/18/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5465
55-441/212
16
9/8/26 Date
Pay to the Order of Sullivan Brothers $ 2250.18
Two Thousand Two Hdred fifty and 18/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For #5431 - Replaces
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5465

5465 $2,250.18 9/22/2026

557825138149 131741 20260921 00000000161-0776-4
TRN_DEBIT STAWFIK 0.00
Marlboro 0088 94004 5578 0010 0065

5465 $2,250.18 9/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5466
55-441/212
16
9/23/26 Date
Pay to the Order of Artisan Bakers $ 1200.00
One Thousand Two Hdred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For on acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5466

5466 $1,200.00 9/23/2026

545235032076 122214 20260922 00000000161-0776-4
TRN_DEBIT TAQ8004 0.00
Staten Island-Hylan 0452 94004 5452 0010
PAY TO THE ORDER OF
TD BANK
RED BANK, NJ 07701-1821
FOR DEPOSIT ONLY
ARTISAN BAKERS GROUP LLC
4422589403

5466 $1,200.00 9/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5467
55-441/212
9/25/26
Pay to the Order of Russo Meats $ 1493.14
One Thousand Four Hundred Ninety Three 14/
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/13
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5467

5467 $1,493.14 9/28/2026

557827098080 142855 20260925 00000000161-0776-4
TRN_DEBIT SRAMANI 0.00
Marlboro 0088 94004 5578 0001 0067

5467 $1,493.14 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5468
55-441/212
9/26/26
Pay to the Order of Russo Meats $ 934.14
Nine Hundred Thirty Four and 14/
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/14 8/21
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5468

5468 $934.14 9/29/2026

557827098399 150424 20260928 00000000161-0776-4
TRN_DEBIT SRAMANI 934.14
Marlboro 0088 94004 5578 0001 0103
FOR DEPOSIT ONLY
RUSSO MEATS
4352164209

5468 $934.14 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5469
55-441/212
9/23/26
Pay to the Order of Sensational Farms $ 500.00
Five Hundred
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For On Acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5469

5469 $500.00 9/24/2026

>021213520< 20260923
BCB Community Bank
Drawer#/Trans#: 35593/0012
HIN: 976224940000109
ENDORSE HERE
PAY TO THE ORDER OF
BCB
021213520
FOR DEPOSIT ONLY
JFML LLC
DBA SENSATIONAL FARM FRESH
3501401917

5469 $500.00 9/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5470
55-441/212
9/24/26
Pay to the Order of Sensational Farms $ 500.00
Five Hundred
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5470

5470 $500.00 9/25/2026

>021213520< 20260924
BCB Community Bank
Drawer#/Trans#: 28521/0012
HIN: 976323650000158
ENDORSE HERE
PAY TO THE ORDER OF
BCB
021213520
FOR DEPOSIT ONLY
JFML LLC
DBA SENSATIONAL FARM FRESH
3501401917

5470 $500.00 9/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5471
55-441/212
9/24/26
Pay to the Order of Ranchers Best $ 1100.00
One Thousand One Hundred
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5471

5471 $1,100.00 9/25/2026

PAY TO THE ORDER OF
NORTHFIELD BANK
STATEN ISLAND, NY 10309-3308
22617457
FOR DEPOSIT ONLY
RANCHERS BEST WHOLESALE MEATS INC
713001410
Br=11-TlrID=1102-TranDt=09/24/26

5471 $1,100.00 9/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5472
55-441/212
9/25/26
Pay to the Order of Ranchers Best $ 1186.32
One Thousand One Hundred Eighty Six 32/
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5472

5472 $1,186.33 9/28/2026

PAY TO THE ORDER OF
NORTHFIELD BANK
STATEN ISLAND, NY 10309-3308
FOR DEPOSIT ONLY
RANCHERS BEST WHOLESALE MEATS INC
713001410
Br=11-TlrID=1109-TranDt=09/25/26

5472 $1,186.33 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5473
Pay to the Order of Puglisi Egg $ 1207.00
One Thousand Two Hundred Seven Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5473

5473 $1,207.00 9/21/2026

ENDORSE HERE
PAY TO THE ORDER OF AMBOY BANK HOWELL NJ 07731-2604 021204416 FOR DEPOSIT ONLY PUGLISI BROTHERS T/A PUGLISI EGG FARMS 14107392
BOFD >021204416<
Puglisi Egg Farm
2026-09-21
9985260609

5473 $1,207.00 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5474
9/25/26
Pay to the Order of Act Fast $ 200.00
Two Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For on acct
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5474

5474 $200.00 9/29/2026

5474
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5474 $200.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5475
9/24/26
Pay to the Order of Nina Amarando $ 450.00
Four Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/11/26
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5475

5475 $450.00 9/22/2026

5475
Nina Amarando mobile deposit
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5475 $450.00 9/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5478
9/22/26
Pay to the Order of Koray Bayasli $ 250.00
Two Hundred Fifty and 00/00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5478

5478 $250.00 9/25/2026

0782012263 TD Mobile Deposit
9/23/2026 9:42:01 PM
4431703217
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5478 $250.00 9/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5479
9/24/26
Pay to the Order of Nick Trunse $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 142
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5479

5479 $500.00 9/22/2026

0815359240 TD Mobile Deposit
9/21/2026 4:32:47 PM
4376355123
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5479 $500.00 9/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5480
9/20/26
Pay to the Order of Freehold Township Recreation $ 250.00
Two Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5480

5480 $250.00 9/29/2026

>231270353<
OceanFirst Bank TC #885
2026-09-28
0523080000
INST=OCEANFIRST BANK-RIN Batch
BRANCHNAME=FREEHOLDBR=22 TLRID=1004
BUSDT=09/28/26-TRANDT=09/28/26
ITEMNUM=052308000027-STARTTM= 9:07:55 AM
Township of Freehold Recreation Trust For Deposit Only Account # 2200004592

5480 $250.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5482
9/27/26
Pay to the Order of Samuel Lobel $ 1500.00
One Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5482

For Deposit Only - JPMC
Chase

5482 $1,500.00 9/29/2026

5482 $1,500.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5483
9/22/26
Pay to the Order of Lobel Digital Solution $ 400.00
four hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5483

For Deposit Only - JPMC
Chase

5483 $400.00 9/24/2026

5483 $400.00 9/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5484
9/25/26
Pay to the Order of Freddy Mcinley $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5484

347-712-6021

5484 $600.00 9/25/2026

5484 $600.00 9/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5485
9/21/26
Pay to the Order of Noel Gonzalez $ 500.00
five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5485

For Deposit Only - JPMC

5485 $500.00 9/22/2026

5485 $500.00 9/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5486
9/25/26
Pay to the Order of Noel Gonzalez $ 500.00
five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5486

For Deposit Only - JPMC

5486 $500.00 9/28/2026

5486 $500.00 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5487
9/24/26
Pay to the Order of Emerson Sita $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5487

For Deposit Only - JPMC
16107764
THE SKILLET BY SAL INC
Emerson

5487 $600.00 9/25/2026

5487 $600.00 9/25/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5488
Pay to the Order of Emmerson Sith $600 00/100
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5488


For Deposit Only - JPMC

5488 $600.00 9/28/2026

5488 $600.00 9/28/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5489
9/25/26
Pay to the Order of Sergio Sith $850 00/100
Eight Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5489



5489 $850.00 9/25/2026

5489 $850.00 9/25/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5490
9/25/26
Pay to the Order of Justin Berle $231 00/100
Two Hundred Thirty One Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5490


021204416
16107764
THE SKILLET BY SAL INC
Mobile Deposit

5490 $231.00 9/25/2026

5490 $231.00 9/25/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5491
9/25/26
Pay to the Order of Alonzo Solis $1020 00/100
One Thousand Twenty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5491


PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/24/2026 17:32:16
Deposit to the account of Viamericas
Account Number 999999999

5491 $1,020.00 9/25/2026

5491 $1,020.00 9/25/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5494
9/24/26
Pay to the Order of Joseph Iantosca $500 00/100
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5494


OceanFirst Bank
(Toms River, NJ)
975 HooperAve
09/24/26-12:41:26
626769760
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<<231270353>>>>>
OceanFirst Bank

5494 $500.00 9/25/2026

5494 $500.00 9/25/2026


THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5495
9/25/26
Pay to the Order of Joseph Iantosca $500 00/100
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5495


OceanFirst Bank
(Toms River, NJ)
975 HooperAve
09/25/26-06:09:23
626874740
CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE
<<<<<231270353>>>>>
OceanFirst Bank

5495 $500.00 9/28/2026

5495 $500.00 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5496
Date 9/24/26
Pay to the Order of Nina Amarando $ 450.00
Four Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/18/26
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5496

Nina Amarando
mobile dep.
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5496 $450.00 9/25/2026

5496 $450.00 9/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5500
Date 9/25/26
Pay to the Order of J + H Dinette $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5500

09-28-2026 - 0201 - N169278 - 0317020167842796770016 > 211475039 < Santander NA
FOR DEPOSIT ONLY

5500 $500.00 9/29/2026

5500 $500.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5501
Date 9/27/26
Pay to the Order of J + H Dinette $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5501

09-28-2026 - 0201 - N169278 - 0317020167842796770015 > 211475038 < Santander NA
FOR DEPOSIT ONLY

5501 $500.00 9/29/2026

5501 $500.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5502
Date 9/24/26
Pay to the Order of A Visible Differ $ 426.00
Four Hundred Twenty Six Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 2 months
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5502

PAY TO THE ORDER OF
WELLS FARGO
FOR DEPOSIT ONLY
A VISIBLE DIFFERENCE, INC
7467517988

5502 $426.00 9/24/2026

5502 $426.00 9/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5503
Date 9/24/26
Pay to the Order of Sullivan Brothers $ 1777.54
One Thousand Seven Hundred Seventy Seven 54/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 7/14
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5503

529930168528 103650 20260925 00000000161-0776-4
TRN_DEBIT TAK4847 0.00
Monmouth Regional 0299 94004 5299 0004 0046

5503 $1,777.54 9/28/2026

5503 $1,777.54 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5507
Date 9/25/26
Pay to the Order of Simply Fresh $ 2116.80
Two Thousand One Hundred Sixteen 80/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 8/3 8/7 8/7 8/10
⑆021204416⑆ ⑈161⑉0776⑉4⑈ 5507

For Deposit Only - JPMC
FOR DEPOSIT ONLY
SIMPLY FRESH PRODUCE INC.
887990356

5507 $2,116.80 9/28/2026

5507 $2,116.80 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5510
Pay to the Order of Puglisi $ 1000.00
One Thousand Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For on acct
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5510

PAY TO THE ORDER OF
AMBOY BANK
HOWELL NJ 07731-2890
021204416
FOR DEPOSIT ONLY
THREE PUGLISI BROTHERS
T/A PUGLISI EGG FARMS
1410739
BOFD >021204416<
Puglisi Egg Farm
2026-09-28
9985631404

5510 $1,000.00 9/28/2026

5510 $1,000.00 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5512
9/23/26
Pay to the Order of Emmerson Sutu $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/21
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5512

For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT
Emerson

5512 $600.00 9/29/2026

5512 $600.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5513
9/2/26
Pay to the Order of Emmerson $ 600.00
Six Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/20
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5513

For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT
Emerson

5513 $600.00 9/30/2026

5513 $600.00 9/30/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5515
9/26/26
Pay to the Order of Noel Gonzalez $ 500.00
Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/27
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5515

For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5515 $500.00 9/29/2026

5515 $500.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5517
9/25/26
Pay to the Order of Fernando Miculax $ 950.00
Nine Hundred Fifty Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For 9/20
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5517

PAY TO THE ORDER OF
NYDIA PENA
FOR DEPOSIT ONLY
VIAMERICAS Electronically Presented
209947533 09/24/2026 17:32:16
Deposit to the account of Viamericas
Account Number 999999999

5517 $950.00 9/25/2026

5517 $950.00 9/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5518
9/25/26
Pay to the Order of Ana Morales. $ 645.00
Six Hundred forty-five and 00 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5518

For Deposit Only - JPMC
CHECK BOX FOR MOBILE REMOTE DEPOSIT

5518 $645.00 9/28/2026

5518 $645.00 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5521
55-441/212 16
Date 9/25/26
Pay to the Order of Sullivan Brothers $ 1125.09
One Thousand One Hundred Twenty Five 09/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Replace
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5521

529930168523 103646 20260925 00000000161-0776-4
TRN_DEBIT TAK4847 0.00
Monmouth Regional 0299 94004 5299 0004 0046

5521 $1,125.09 9/28/2026

5521 $1,125.09 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5522
55-441/212 16
Date 9/25/26
Pay to the Order of Sullivan Brothers $ 1125.09
One Thousand One Hundred Twenty Five 09/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Replacement
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5522

529930168524 103647 20260925 00000000161-0776-4
TRN_DEBIT TAK4847 0.00
Monmouth Regional 0299 94004 5299 0004 0046

5522 $1,125.09 9/28/2026

5522 $1,125.09 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5523
55-441/212 16
Date 9/25/26
Pay to the Order of Irving Marcus Co. $ 460 00/100
Four Hundred Sixty 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Spices
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5523

ENDORSE HERE
9491689578
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5523 $460.00 9/25/2026

5523 $460.00 9/25/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5524
55-441/212 16
Date 9/29/26
Pay to the Order of Tesia Sheridan $ 120 00/100
One Hundred Twenty 00/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Training
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5524

ENDORSE HERE
CHECK BOX FOR MOBILE/REMOTE DEPOSIT

5524 $120.00 9/29/2026

5524 $120.00 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5526
55-441/212 16
Date 9/26/26
Pay to the Order of Ultimate Foods Inc. $ 403 88/100
Four hundred three 88/100 Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5526

For Deposit Only
Ultimate Food Service, Inc.
9/28/2026

5526 $403.88 9/29/2026

5526 $403.88 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD, NJ 07728
5527
55-441/212 16
Date 9/25/26
Pay to the Order of JOSEPH FAENZA $ 2000.00
TWO - THOUSAND Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For SKILLET CC
⑆021204416⑆ ⑈161⑈0776⑈4⑈ 5527

6643923401

5527 $2,000.00 9/28/2026

5527 $2,000.00 9/28/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DRIVE
FREEHOLD

5530

Pay to the Order of

$945

Nine Hundred Forty five and 00/100 Dollars

AMBOY Bank
MANALAPAN OFFICE 18
MANALAPAN, NJ 07726
www.amboybank.com

For 9/23/26

⑆021204416⑆ ⑈161⑈07764⑈ 5530



For Deposit Only - JPMC

5530 $945.00 9/30/2026 | 5530 $945.00 9/30/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14845

Ten Dollars and Twenty-Two Cents

Date 07/10/2026
Amount *********$10.22

Pay to the Order of
JAKE TUBLIN
15 MONUMENT ST.
FREEHOLD NJ 07728

⑈00014845⑈ ⑆021204416⑆ 16107764⑈



For Deposit Only - JPMC

for electronic deposit at Chase only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

ENDORSE HERE:

14845 $10.22 9/8/2026 | 14845 $10.22 9/8/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14857

Thirty-Two Dollars and Ninety-Six Cents

Date 07/17/2026
Amount *********$32.96

Pay to the Order of
ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

⑈00014857⑈ ⑆021204416⑆ 16107764⑈



For Deposit Only - JPMC

14857 $32.96 9/28/2026 | 14857 $32.96 9/28/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14879

Twenty-Two Dollars and Ninety-Eight Cents

Date 07/24/2026
Amount *********$22.98

Pay to the Order of
ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

⑈00014879⑈ ⑆021204416⑆ 16107764⑈



For Deposit Only - JPMC

14879 $22.98 9/28/2026 | 14879 $22.98 9/28/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14900

Fifty-Four Dollars and Eighty-Two Cents

Date 07/31/2026
Amount *********$54.82

Pay to the Order of
ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

⑈00014900⑈ ⑆021204416⑆ 16107764⑈



For Deposit Only - JPMC

14900 $54.82 9/28/2026 | 14900 $54.82 9/28/2026



THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK
55-441/212

Check No. 14921

Fifty-Four Dollars and Eighty-Five Cents

Date 08/07/2026
Amount *********$54.85

Pay to the Order of
ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

⑈00014921⑈ ⑆021204416⑆ 16107764⑈



For Deposit Only - JPMC

14921 $54.85 9/28/2026 | 14921 $54.85 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14922

Three Hundred Twenty-Eight Dollars and Ninety-Six Cents

Date 09/07/2026 Amount ********$328.96

Pay to the Order of TAYLOR HART
407 AVERY COURT
MONROE TOWNSHIP NJ 08831

⑈00014922⑈ ⑆021204416⑆ 16107764⑈

OceanFirst Bank (Toms River, NJ) 975 HoopesAve 09/07/26-08:54:03 625028844 CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE <<<<<231270353>>>>>

for mobile deposit only

14922 $328.96 9/9/2026

14922 $328.96 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14957

One Hundred One Dollars and Ten Cents

Date 08/21/2026 Amount *******$101.10

Pay to the Order of SAMANTHA A. ALIPRANDI
818 TURQUOISE TRAIL
MORGANVILLE NJ 07751

⑈00014957⑈ ⑆021204416⑆ 16107764⑈

acct# 381075 7426 22
Samantha Aliprandi

60904153749 DeviceID:DN10627 Trans#:4567

14957 $101.10 9/8/2026

14957 $101.10 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14960

Five Dollars and Thirty-One Cents

Date 08/21/2026 Amount **********$5.31

Pay to the Order of DEANDRA FOTI
11 TAYLOR LAKE CT.
MANALAPAN NJ 07726

⑈00014960⑈ ⑆021204416⑆ 16107764⑈

Deandra Foti
For Mobile Deposit only

14960 $5.31 9/9/2026

14960 $5.31 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14961

Thirteen Dollars and Twenty-Six Cents

Date 08/21/2026 Amount *********$13.26

Pay to the Order of ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

⑈00014961⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC

14961 $13.26 9/28/2026

14961 $13.26 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14963

Eight Dollars and Eighty-Two Cents

Date 08/21/2026 Amount **********$8.82

Pay to the Order of TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753

⑈00014963⑈ ⑆021204416⑆ 16107764⑈

14963 $8.82 9/14/2026

14963 $8.82 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14971

Six Dollars and Forty-One Cents

Date 08/21/2026 Amount *********$6.41

Pay to the Order of FELISHA SEMIDEY
312 WINCHESTER DR
BRICK NJ 08724

⑈00014971⑈ ⑆021204416⑆ 16107764⑈

005679000102 TW04B068 2026-09-10 09:18:38
KeyAmt: 6.41
4318197765
446233XXXXXX9997

Felisha Semidey

14971 $6.41 9/11/2026

14971 $6.41 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14979

Four Hundred Seventy Dollars and Eleven Cents

Date 08/28/2026 Amount ********$470.11

Pay to the Order of NINA AMARANDO, 265 LONGWOOD DRIVE, MANALAPAN NJ 07726

⑈00014979⑈ ⑆021204416⑆ 16107764⑈

14979 $470.11 9/8/2026

14979 $470.11 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14980

Two Hundred Seventy Dollars and One Cent

Date 08/28/2026 Amount ********$270.01

Pay to the Order of NANCY FAENZA, 7 DANCER LANE, FREEHOLD NJ 07728

⑈00014980⑈ ⑆021204416⑆ 16107764⑈

14980 $270.01 9/1/2026

OceanFirst Bank (Toms River, NJ) 975 HooperAve 08/31/26-09:11:29 624371657, CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE <<<<231278353>>>>

14980 $270.01 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14981

Twenty-Three Dollars and Seventy-Eight Cents

Date 08/28/2026 Amount *********$23.78

Pay to the Order of DEANDRA FOTI, 11 TAYLOR LAKE CT., MANALAPAN NJ 07726

⑈00014981⑈ ⑆021204416⑆ 16107764⑈

14981 $23.78 9/1/2026

14981 $23.78 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14982

Twenty-Six Dollars and Seventy Cents

Date 08/28/2026 Amount *********$26.70

Pay to the Order of ARDEN GRAHAM, 7 DOE CT., MONROE TOWNSHIP NJ 08831

⑈00014982⑈ ⑆021204416⑆ 16107764⑈

14982 $26.70 9/28/2026

For Deposit Only - JPMC

14982 $26.70 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14983

Seven Dollars and Sixty-One Cents

Date 08/28/2026 Amount **********$7.61

Pay to the Order of TIMOTHY J. KEOUGH, 22 OLIVER DR., NEPTUNE CITY NJ 07753

⑈00014983⑈ ⑆021204416⑆ 16107764⑈

14983 $7.61 9/14/2026

14983 $7.61 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14984

Seven Hundred Seventy-Five Dollars and Thirty-Five Cents

Date 08/28/2026 Amount ********$775.35

Pay to the Order of ANOUSHA KHAN, 80 TRICENTENNIAL DR., FREEHOLD NJ 07728

⑈00014984⑈ ⑆021204416⑆ 16107764⑈

14984 $775.35 9/3/2026

For Deposit Only - JPMC

14984 $775.35 9/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14986
Two Hundred Sixty-Three Dollars and Eighty-Seven Cents
Date 08/28/2026
Amount ********$263.87
Pay to the Order of ALEXIS MILONAS
21 GRAVATT CIRCLE
MILLSTONE TOWNSHIP NJ 08510
⑈00014986⑈ ⑆021204416⑆ 16107764⑈

0743458267 TD Mobile Deposit
8/30/2026 9:17:56 PM
00006795074061
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14986 $263.87 9/1/2026

14986 $263.87 9/1/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14987
Four Hundred Ninety-Eight Dollars and Twenty-Three Cents
Date 08/28/2026
Amount ********$498.23
Pay to the Order of SAVANNAH M. OTERO
468 SAINT ANDREWS PLACE
MANALAPAN NJ 07726
⑈00014987⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC
For chase deposit only
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14987 $498.23 9/3/2026

14987 $498.23 9/3/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14988
Thirty-Two Dollars and Thirty-Eight Cents
Date 08/28/2026
Amount *********$32.38
Pay to the Order of AARON PRICE
NJ
⑈00014988⑈ ⑆021204416⑆ 16107764⑈

Discover
(Greenwood, DE)
502 E Market St
15950
08/29/26-07:15:4
011590093
<<<<031100649>>>
For Mobile deposit
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14988 $32.38 9/1/2026

14988 $32.38 9/1/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14989
Three Hundred Ninety-Four Dollars and Eighty Cents
Date 08/28/2026
Amount *********$394.80
Pay to the Order of VINCENT F. SANTITORO
63 TRICENTENNIAL DR.
FREEHOLD NJ 07728
⑈00014989⑈ ⑆021204416⑆ 16107764⑈

082926 1 11 0027 XXXXXXXXXXXX6587 D
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14989 $394.80 9/1/2026

14989 $394.80 9/1/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14990
Fifty-Eight Dollars and Ninety-Seven Cents
Date 08/28/2026
Amount *********$58.97
Pay to the Order of FELISHA SEMIDEY
312 WINCHESTER DR
BRICK NJ 08724
⑈00014990⑈ ⑆021204416⑆ 16107764⑈

021850000057 TW04A921 2026-08-31 15:15:45
KeyAmt: 58.97
4316197765
448233XXXXXX9997
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14990 $58.97 9/1/2026

14990 $58.97 9/1/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 14993
Four Hundred Thirty-One Dollars and Eighteen Cents
Date 08/28/2026
Amount ********$431.18
Pay to the Order of THOMAS ZANARDI
24 WINSLON DR.
JACKSON NJ 08527
⑈00014993⑈ ⑆021204416⑆ 16107764⑈

MorganChaseBank 083107 720501 907360133255
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

14993 $431.18 9/1/2026

14993 $431.18 9/1/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14996

Five Hundred Ninety-Five Dollars and Six Cents

Date 09/04/2026 Amount *********$595.06

Pay to the Order of SAULO AGUILAR VICENTE
707 ZLOTKIN CIRCLE APT #2
FREEHOLD NJ 07728

⑈00014996⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: Saulo 9/01/26

14996 $595.06 9/8/2026

14996 $595.06 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14997

Four Hundred Seventy Dollars and Eleven Cents

Date 09/04/2026 Amount *********$470.11

Pay to the Order of NINA AMARANDO
265 LONGWOOD DRIVE
MANALAPAN NJ 07726

⑈00014997⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: Nina Amarando mobile dep.

14997 $470.11 9/11/2026

14997 $470.11 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14998

Two Hundred Seventy Dollars and One Cent

Date 09/04/2026 Amount *********$270.01

Pay to the Order of NANCY FRENZA
7 DANCER LANE
FREEHOLD NJ 07728

⑈00014998⑈ ⑆021204416⑆ 16107764⑈

OceanFirst Bank (Toms River, NJ) 975 HooperAve 09/08/26-06:05:56 CREDITED TO THE ACCOUNT OF WITHIN NAMED PAYEE

14998 $270.01 9/9/2026

14998 $270.01 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 14999

Four Dollars and Twelve Cents

Date 09/04/2026 Amount ***********$4.12

Pay to the Order of DEANDRA FOTI
11 TAYLOR LAKE CT.
MANALAPAN NJ 07726

⑈00014999⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: For Mobile Deposit only

14999 $4.12 9/9/2026

14999 $4.12 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15000

Twenty-Eight Dollars and Fifty-One Cents

Date 09/04/2026 Amount **********$28.51

Pay to the Order of ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

⑈00015000⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC

15000 $28.51 9/28/2026

15000 $28.51 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15001

Forty-Nine Dollars and Eighty Cents

Date 09/04/2026 Amount **********$49.80

Pay to the Order of TIMOTHY J. KEOUGH
22 CLIVER DR.
NEPTUNE CITY NJ 07753

⑈00015001⑈ ⑆021204416⑆ 16107764⑈

15001 $49.80 9/14/2026

15001 $49.80 9/14/2026

THE SKILLETT BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15003

One Hundred Twenty Dollars and Eleven Cents

Date 09/04/2026 Amount ********$120.11

Pay to the Order of KAYLIN J. MATTHEWS
27 MITCHELL DR.
MONROE TOWNSHIP NJ 08831

⑈00015003⑈ ⑆021204416⑆ 16107764⑈

15003 $120.11 9/9/2026

0726713276 TD Mobile Deposit
9/6/2026 8:32:34 PM
4429720166

15003 $120.11 9/9/2026

THE SKILLETT BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15004

Four Dollars and Eighty-Eight Cents

Date 09/04/2026 Amount **********$4.88

Pay to the Order of LESLIE M. MILDENBERG
14 BERNICE DR.
FREEHOLD NJ 07728

⑈00015004⑈ ⑆021204416⑆ 16107764⑈

15004 $4.88 9/16/2026

20260915 004900789775 06000123001

20260915 004900789775 06000123001

15004 $4.88 9/16/2026

THE SKILLETT BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15005

Three Hundred Sixty-Six Dollars and Seventy-Two Cents

Date 09/04/2026 Amount ********$366.72

Pay to the Order of ALEXIS MILONAS
21 GRAVATT CIRCLE
MILLSTONE TOWNSHIP NJ 08510

⑈00015005⑈ ⑆021204416⑆ 16107764⑈

15005 $366.72 9/9/2026

0751407275 TD Mobile Deposit
9/6/2026 11:00:43 PM
00006795074081

15005 $366.72 9/9/2026

THE SKILLETT BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15006

Five Hundred Ninety-Three Dollars and Twenty-Four Cents

Date 09/04/2026 Amount ********$593.24

Pay to the Order of SAVANNAH M. OTERO
468 SAINT ANDREWS PLACE
MANALAPAN NJ 07726

⑈00015006⑈ ⑆021204416⑆ 16107764⑈

15006 $593.24 9/8/2026

For Deposit Only - JPMC

15006 $593.24 9/8/2026

THE SKILLETT BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15007

Thirty-Two Dollars and No Cents

Date 09/04/2026 Amount *********$32.00

Pay to the Order of AARON PRICE
NJ

⑈00015007⑈ ⑆021204416⑆ 16107764⑈

15007 $32.00 9/9/2026

Discover
(Greenwood, DE)
502 E Market St
19950
09/05/26-07:08:59
012260851
<<<<031100649>>>>>

15007 $32.00 9/9/2026

THE SKILLETT BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15008

Sixty-One Dollars and Nineteen Cents

Date 09/04/2026 Amount *********$61.19

Pay to the Order of MILANA V. RESTIVO
273 TULIP LANE
FREEHOLD NJ 07728

⑈00015008⑈ ⑆021204416⑆ 16107764⑈

15008 $61.19 9/28/2026

15008 $61.19 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15009

Four Hundred Ninety-Two Dollars and Seventy-Five Cents

Date 09/04/2026 Amount ********$492.75

Pay to the Order of VINCENT F. SANTITORO
63 TRICENTENNIAL DR.
FREEHOLD NJ 07728

⑈00015009⑈ ⑆021204416⑆ 16107764⑈

15009 $492.75 9/9/2026

15009 $492.75 9/9/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15010

Fifteen Dollars and Eighty-Two Cents

Date 09/04/2026 Amount ********$15.82

Pay to the Order of FELISHA SEMIDEY
312 WINCHESTER DR
BRICK NJ 08724

⑈00015010⑈ ⑆021204416⑆ 16107764⑈

15010 $15.82 9/11/2026

005679000101 TW04B068 2026-09-10 09:18:38
KeyAmt: 15.82
4318197765
448233XXXXXX9997

15010 $15.82 9/11/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15011

Twenty-Five Dollars and Ninety-One Cents

Date 09/04/2026 Amount ********$25.91

Pay to the Order of NICHOLAS J. TRUISI
5 GALAHAD DR.
MANALAPAN NJ 07726

⑈00015011⑈ ⑆021204416⑆ 16107764⑈

15011 $25.91 9/8/2026

0730085269 TD Mobile Deposit
9/5/2026 6:45:55 PM
4376355123

15011 $25.91 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15012

Eleven Dollars and Seventy-Six Cents

Date 09/04/2026 Amount ********$11.76

Pay to the Order of JAKE TUBLIN
15 MONUMENT ST.
FREEHOLD NJ 07728

⑈00015012⑈ ⑆021204416⑆ 16107764⑈

15012 $11.76 9/8/2026

For Deposit Only - JPMC

for electronic deposit at Chase only

15012 $11.76 9/8/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15013

Four Hundred Thirty-One Dollars and Eighteen Cents

Date 09/04/2026 Amount ********$431.18

Pay to the Order of THOMAS ZANARDI
24 WINSLON DR.
JACKSON NJ 08527

⑈00015013⑈ ⑆021204416⑆ 16107764⑈

15013 $431.18 9/4/2026

BOA CC:0350090349 CashID:780 Date:09/04/26 Seq#:0001
CorrelationID:SE60904130827 DeviceID:DNJ10649 Trans#:1814
ETPS ATL

15013 $431.18 9/4/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15014

One Hundred Sixty-Two Dollars and No Cents

Date 09/04/2026 Amount ********$162.00

Pay to the Order of REGAL PAYROLL
NJ

⑈00015014⑈ ⑆021204416⑆ 16107764⑈

15014 $162.00 9/8/2026

545129043172 122543 20260904 000000000016107764
TRN_DEBIT TAQ2404 162.00
Staten Island-Richmond 0451 94004 5451 0007 0093

15014 $162.00 9/8/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 15015

Ninety Dollars and No Cents

Date 09/04/2026 Amount *********$90.00

Pay to the Order of REGAL PAYROLL NJ

⑈00015015⑈ ⑆021204416⑆ 16107764⑈

545129043169 122534 20260904 000000000016107764
TRN_DEBIT TAQ2404 90.00
Staten Island-Richmond 0451 94004 5451 0007 0093

15015 $90.00 9/8/2026

15015 $90.00 9/8/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 15016

Eighty-Five Dollars and No Cents

Date 09/04/2026 Amount *********$85.00

Pay to the Order of SIEGEL & SIEGEL NJ

⑈00015016⑈ ⑆021204416⑆ 16107764⑈

545127066506 130839 20260911 000000000016107764
TRN_DEBIT CORDERTA 85.00
Staten Island-Richmond 0451 94004 5451 0001 0147

15016 $85.00 9/14/2026

15016 $85.00 9/14/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 15019

Five Hundred Ninety-Five Dollars and Six Cents

Date 09/11/2026 Amount ********$595.06

Pay to the Order of SAULO AGUILIAR VICENTE
707 ZLOTKIN CIRCLE APT #2
FREEHOLD NJ 07728

⑈00015019⑈ ⑆021204416⑆ 16107764⑈

021850000152 TW04A921 2026-09-12 20:28:26
KeyAmt: 595.06
4396828689
448233XXXXXX4140

ENDORSE HERE: Saulo Aguilar

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15019 $595.06 9/14/2026

15019 $595.06 9/14/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 15020

Four Hundred Seventy Dollars and Eleven Cents

Date 09/11/2026 Amount ********$470.11

Pay to the Order of NINA AMARANDO
265 LONGWOOD DRIVE
MANALAPAN NJ 07726

⑈00015020⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: Nina Amarando mobile deposit

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15020 $470.11 9/18/2026

15020 $470.11 9/18/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 15021

Two Hundred Seventy Dollars and One Cent

Date 09/11/2026 Amount ********$270.01

Pay to the Order of NANCY FAENZA
7 DANCER LANE
FREEHOLD NJ 07728

⑈00015021⑈ ⑆021204416⑆ 16107764⑈

OceanFirst Bank (Toms River, NJ) 975 Hooper Ave 09/14/26
CREDITED TO THE ACCOUNT WITHIN NAMED PAYEE

ENDORSE HERE: Nancy Faenza for Mobile Deposit

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15021 $270.01 9/15/2026

15021 $270.01 9/15/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728

AMBOY BANK 55-441/212 Check No. 15022

Twelve Dollars and Eight Cents

Date 09/11/2026 Amount *********$12.08

Pay to the Order of DEANDRA FOTI
11 TAYLOR LAKE CT.
MANALAPAN NJ 07726

⑈00015022⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE: Deandra Foti For Mobile Deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15022 $12.08 9/29/2026

15022 $12.08 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15024

Twenty-Five Dollars and Thirty-Seven Cents

Date 09/11/2026 Amount *********$25.37

Pay to the Order of TIMOTHY J. KEOUGH, 22 OLIVER DR., NEPTUNE CITY NJ 07753

⑈00015024⑈ ⑆021204416⑆ 16107764⑈

15024 $25.37 9/14/2026

15024 $25.37 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15025

Three Hundred Thirty Dollars and Seventy-Seven Cents

Date 09/11/2026 Amount ********$330.77

Pay to the Order of ANOUSHA KHAN, 80 TRICENTENNIAL DR., FREEHOLD NJ 07728

⑈00015025⑈ ⑆021204416⑆ 16107764⑈

15025 $330.77 9/29/2026

For Deposit Only - JPMC

15025 $330.77 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15027

Five Hundred Twenty-Two Dollars and Forty Cents

Date 09/11/2026 Amount ********$522.40

Pay to the Order of KAYLIN J. MATTHEWS, 27 MITCHELL DR., MONROE TOWNSHIP NJ 08831

⑈00015027⑈ ⑆021204416⑆ 16107764⑈

15027 $522.40 9/14/2026

0741626270 TD Mobile Deposit
9/12/2026 4:08:10 PM
4429720166

15027 $522.40 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15028

Sixty-One Dollars and Ninety-Four Cents

Date 09/11/2026 Amount *********$61.94

Pay to the Order of LESLIE M. MILDENBERG, 14 BERNICE DR., FREEHOLD NJ 07728

⑈00015028⑈ ⑆021204416⑆ 16107764⑈

15028 $61.94 9/16/2026

20260915 004900789774 06000123001

20260915 004900789774 06000123001

15028 $61.94 9/16/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15029

Two Hundred Sixty-Eight Dollars and Forty-Eight Cents

Date 09/11/2026 Amount ********$268.48

Pay to the Order of ALEXIS MILONAS, 21 GRAVATT CIRCLE, MILLSTONE TOWNSHIP NJ 08510

⑈00015029⑈ ⑆021204416⑆ 16107764⑈

15029 $268.48 9/14/2026

0767593262 TD Mobile Deposit
9/12/2026 5:47:01 PM
00006795074081

15029 $268.48 9/14/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15030

Three Hundred Sixty-Two Dollars and Thirty-Five Cents

Date 09/11/2026 Amount ********$362.35

Pay to the Order of SAVANNAH M. OTERO, 468 SAINT ANDREWS PLACE, MANALAPAN NJ 07726

⑈00015030⑈ ⑆021204416⑆ 16107764⑈

15030 $362.35 9/14/2026

For Deposit Only - JPMC

15030 $362.35 9/14/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15031
Thirty-Three Dollars and Twenty-Three Cents
Date 09/11/2026 Amount *********$33.23
Pay to the Order of AARON PRICE NJ
⑈00015031⑈ ⑆021204416⑆ 16107764⑈

Discover (Greenwood, DE) 502 E Market St 19950 09/12/26-07:09 012491404 <<<<<031100649>>
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15031 $33.23 9/15/2026

15031 $33.23 9/15/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15032
One Hundred Ten Dollars and Forty-Six Cents
Date 09/11/2026 Amount *********$110.46
Pay to the Order of VINCENT F. SANTITORO 63 TRICENTENNIAL DR. FREEHOLD NJ 07728
⑈00015032⑈ ⑆021204416⑆ 16107764⑈

711 2221 XXXXXXXXXXXX6587 D
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15032 $110.46 9/15/2026

15032 $110.46 9/15/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15033
Fourteen Dollars and Thirty-Eight Cents
Date 09/11/2026 Amount *********$14.38
Pay to the Order of FELISHA SEMIDEY 312 WINCHESTER DR BRICK NJ 08724
⑈00015033⑈ ⑆021204416⑆ 16107764⑈

023038000077 TW04B068 2026-09-23 14:14:50
KeyAmt: 14.38
4318197765
448233XXXXXX9997
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15033 $14.38 9/24/2026

15033 $14.38 9/24/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15034
Five Dollars and Eighty-Nine Cents
Date 09/11/2026 Amount *********$5.89
Pay to the Order of NICHOLAS J. TRUISI 5 GALAHAD DR. MANALAPAN NJ 07726
⑈00015034⑈ ⑆021204416⑆ 16107764⑈

0736848275 TD Mobile Deposit
9/12/2026 3:47:37 PM
4376355123
ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15034 $5.89 9/14/2026

15034 $5.89 9/14/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15035
Three Dollars and Seventy-Eight Cents
Date 09/11/2026 Amount *********$3.78
Pay to the Order of JAKE TUBLIN 15 MONUMENT ST. FREEHOLD NJ 07728
⑈00015035⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC
ENDORSE HERE:
for electronic deposit at Chase only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15035 $3.78 9/14/2026

15035 $3.78 9/14/2026

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15036
Four Hundred Thirty-One Dollars and Eighteen Cents
Date 09/11/2026 Amount ********$431.18
Pay to the Order of THOMAS ZANARDI 24 WINSLON DR. JACKSON NJ 08527
⑈00015036⑈ ⑆021204416⑆ 16107764⑈

ENDORSE HERE:
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE*
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

15036 $431.18 9/17/2026

15036 $431.18 9/17/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15039

Five Hundred Ninety-Five Dollars and Six Cents

Date 09/18/2026 Amount ********$595.06

Pay to the Order of SAULO AGUILAR VICENTE
707 ZLOTKIN CIRCLE APT #2
FREEHOLD NJ 07728

⑈00015039⑈ ⑆021204416⑆ 16107764⑈

15039 $595.06 9/21/2026

ENDORSE HERE: Saulo Aguilar

15039 $595.06 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15040

Four Hundred Seventy Dollars and Eleven Cents

Date 09/18/2026 Amount ********$470.11

Pay to the Order of NINA AMARANDO
265 LONGWOOD DRIVE
MANALAPAN NJ 07726

⑈00015040⑈ ⑆021204416⑆ 16107764⑈

15040 $470.11 9/23/2026

ENDORSE HERE: Nina Amarando
Mobile Deposit

15040 $470.11 9/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15041

Two Hundred Seventy Dollars and One Cent

Date 09/18/2026 Amount ********$270.01

Pay to the Order of NANCY FAENZA
7 DANCER LANE
FREEHOLD NJ 07728

⑈00015041⑈ ⑆021204416⑆ 16107764⑈

15041 $270.01 9/22/2026

ENDORSE HERE: Nancy Faenza
For Mobile Deposit

OceanFirst Bank
(Toms River, NJ)
975 HooperAve
09/21/26-07:38:46
626434993
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<231270353>>>>

15041 $270.01 9/22/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15042

Nine Dollars and Thirty-Eight Cents

Date 09/18/2026 Amount **********$9.38

Pay to the Order of DEANDRA FOTI
11 TAYLOR LAKE CT.
MANALAPAN NJ 07726

⑈00015042⑈ ⑆021204416⑆ 16107764⑈

15042 $9.38 9/29/2026

ENDORSE HERE: Deandra Foti
For Mobile Depository

15042 $9.38 9/29/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15043

Fifty-Three Dollars and Seventy-Nine Cents

Date 09/18/2026 Amount *********$53.79

Pay to the Order of ARDEN GRAHAM
7 DOE CT.
MONROE TOWNSHIP NJ 08831

⑈00015043⑈ ⑆021204416⑆ 16107764⑈

15043 $53.79 9/28/2026

For Deposit Only - JPMC

15043 $53.79 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15044

Twenty-Three Dollars and Thirty-One Cents

Date 09/18/2026 Amount *********$23.31

Pay to the Order of TIMOTHY J. KEOUGH
22 OLIVER DR.
NEPTUNE CITY NJ 07753

⑈00015044⑈ ⑆021204416⑆ 16107764⑈

15044 $23.31 9/29/2026

15044 $23.31 9/29/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15047
Three Hundred Thirty-Nine Dollars and Ninety-Seven Cents
Date 09/18/2026
Amount *******$339.97
Pay to the Order of KAYLIN J. MATTHEWS
27 MITCHELL DR.
MONROE TOWNSHIP NJ 08831
⑈00015047⑈ ⑆021204416⑆ 16107764⑈




15047 $339.97 9/21/2026

15047 $339.97 9/21/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15048
Twelve Dollars and Fifty-One Cents
Date 09/18/2026
Amount *********$12.51
Pay to the Order of LESLIE M. MILDENBERG
14 BERNICE DR.
FREEHOLD NJ 07728
⑈00015048⑈ ⑆021204416⑆ 16107764⑈




15048 $12.51 9/30/2026

15048 $12.51 9/30/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15049
Four Hundred Twelve Dollars and Four Cents
Date 09/18/2026
Amount ********$412.04
Pay to the Order of ALEXIS MILONAS
21 GRAVATT CIRCLE
MILLSTONE TOWNSHIP NJ 08510
⑈00015049⑈ ⑆021204416⑆ 16107764⑈




15049 $412.04 9/22/2026

15049 $412.04 9/22/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15050
Four Hundred Seventy-Eight Dollars and Eighty-Six Cents
Date 09/18/2026
Amount ********$478.86
Pay to the Order of SAVANNAH M. OTERO
468 SAINT ANDREWS PLACE
MANALAPAN NJ 07726
⑈00015050⑈ ⑆021204416⑆ 16107764⑈




15050 $478.86 9/23/2026

15050 $478.86 9/23/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Two Dollars and Twenty-Nine Cents
Date 09/18/2026
Amount **********$2.29
Pay to the Order of AARON PRICE
NJ
⑈00015051⑈ ⑆021204416⑆ 16107764⑈




15051 $2.29 9/22/2026

15051 $2.29 9/22/2026


THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK
55-441/212
Check No. 15052
Two Hundred Two Dollars and Sixty-One Cents
Date 09/18/2026
Amount ********$202.61
Pay to the Order of VINCENT F. SANTITORO
63 TRICENTENNIAL DR.
FREEHOLD NJ 07728
⑈00015052⑈ ⑆021204416⑆ 16107764⑈




15052 $202.61 9/23/2026

15052 $202.61 9/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15053

Fifty-Nine Dollars and Twenty-Five Cents

Date 09/18/2026 Amount *********$59.25

Pay to the Order of FELISHA SEMIDEY
312 WINCHESTER DR.
BRICK NJ 08724

⑈00015053⑈ ⑆021204416⑆ 16107764⑈

023038000076 TW04B068 2026-09-23 14:14:50
KeyAmt: 59.25

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

15053 $59.25 9/24/2026

15053 $59.25 9/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15054

Seventeen Dollars and Twenty-Five Cents

Date 09/18/2026 Amount *********$17.25

Pay to the Order of NICHOLAS J. TRUISI
5 GALAHAD DR.
MANALAPAN NJ 07726

⑈00015054⑈ ⑆021204416⑆ 16107764⑈

0890581193 TD Mobile Deposit
9/22/2026 3:33:18 PM
4376355123

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

15054 $17.25 9/23/2026

15054 $17.25 9/23/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15055

Eleven Dollars and Thirty Cents

Date 09/18/2026 Amount *********$11.30

Pay to the Order of JAKE TUBLIN
15 MONUMENT ST.
FREEHOLD NJ 07728

⑈00015055⑈ ⑆021204416⑆ 16107764⑈

For Deposit Only - JPMC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

15055 $11.30 9/21/2026

15055 $11.30 9/21/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15056

Four Hundred Thirty-One Dollars and Eighteen Cents

Date 09/18/2026 Amount ********$431.18

Pay to the Order of THOMAS ZANARDI
24 WINSLOW DR.
JACKSON NJ 08527

⑈00015056⑈ ⑆021204416⑆ 16107764⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

15056 $431.18 9/24/2026

15056 $431.18 9/24/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15067

One Hundred Nineteen Dollars and Four Cents

Date 09/25/2026 Amount ********$119.04

Pay to the Order of KAYLIN J. MATTHEWS
27 MITCHELL DR.
MONROE TOWNSHIP NJ 08831

⑈00015067⑈ ⑆021204416⑆ 16107764⑈

0728176273 TD Mobile Deposit
9/27/2026 4:23:21 PM
4429720166

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

15067 $119.04 9/28/2026

15067 $119.04 9/28/2026

THE SKILLET BY SAL INC
310 MOUNTS CORNER DR
FREEHOLD NJ 07728
AMBOY BANK 55-441/212
Check No. 15068

Fifty-Seven Dollars and Forty-Four Cents

Date 09/25/2026 Amount *********$57.44

Pay to the Order of LESLIE M. MILDENBERG
14 BERNICE DR.
FREEHOLD NJ 07728

⑈00015068⑈ ⑆021204416⑆ 16107764⑈

20260929 004700877990 06000123003

20260929 004700877990 06000123003

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

15068 $57.44 9/30/2026

15068 $57.44 9/30/2026







15071 $12.80 9/28/2026

15071 $12.80 9/28/2026







15073 $48.17 9/29/2026

15073 $48.17 9/29/2026







15074 $20.69 9/28/2026

15074 $20.69 9/28/2026







15075 $21.70 9/28/2026

15075 $21.70 9/28/2026







15076 $431.18 9/28/2026

15076 $431.18 9/28/2026

## CHANGE OF ADDRESS

NAME: ______________________________

NEW ADDRESS: ______________________________
Street and Number — City — State — Zip Code

TYPE OF ACCOUNTS MAINTAINED AND ACCOUNT NUMBERS:

☐ Checking .................... ☐ Loan .................... ☐ Safe Deposit Box ( .................... )
☐ Savings .................... ☐ Certificate .................... ☐ Other (describe below)

SPECIAL INSTRUCTIONS ______________________________

Date: ______________ Authorized Signature: ______________________________

CUT ALONG DOTTED LINE AND MAIL OR TAKE TO BANK

## RECONCILEMENT FORM

CHECKS OUTSTANDING

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS OUTSTANDING | | |
| CHECKBOOK BALANCE | | |
| TOTAL | | |

TO PROVE BALANCE AS SHOWN ON YOUR STATEMENT

1. Deduct all bank charges from your checkbook, add interest paid if applicable.
2. Sort your checks numerically.
3. Check off on the stubs of your checkbook each check listed as paid by the Bank and make a list of the numbers and amounts of those still outstanding in the spaces provided at the left. Be sure to include all checks still outstanding from your previous statement. To the sum of the outstanding checks add the balance as shown in your checkbook.
4. List below deposits which do not appear on this statement and add to the total the balance as shown by the statement.

The two results should agree and if so, this statement is correct.

| | | |
|---|---|---|
| DEPOSITS NOT SHOWN ON STATEMENT | | |
| STATEMENT BALANCE | | |
| TOTAL | | |

IF CORRECT THESE SHOULD AGREE

WORK SPACE

[illegible]

### Amboy Bank Error Resolution Notice

In case of errors, or questions about your account statement, including, but not limited to any unauthorized debit against your account from any source, including but not limited to, forged and altered checks, interest paid or charges assessed (if applicable), or if you need more information about a transaction on the statement, please call 732-591-2530 or write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

We must hear from you no later than 20 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about and explain as clearly as you can why you need further information.

We will promptly investigate the matter and will call or write you within 10 business days of notification.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If you fail to notify the Bank within 20 days from the date the statement is mailed, the accuracy of the items on the statement shall be considered final.

### Electronic Funds Transfer

In Case of Errors or Questions About Your Electronic Transfers, Telephone us 732-591-2530 or Write us at:

Amboy Bank
Customer Service
3590 US Highway 9
Old Bridge, NJ 08857

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.