For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Telephone Banking
call 1-877-24AMBOY

**SALVATORE FAENZA**
**DIP ACCOUNT# 25-14559**
**7 DANCER LANE**
**FREEHOLD NJ 07728**

**Free Shred Day – Saturday, October 3rd from 9 am - 12 pm**
**at Amboy's Sayreville Branch (412 Washington Rd, Sayreville)**
**All paper documents will be shredded on site.**

**Stop in any branch, call 800.222.6269, visit AmboyBank.com**

## Free Personal Check Account

**Account number: 16017455**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-31 | $15.00 |
| Deposits and other credits (+) | $13,975.38 |
| Withdrawals, checks and other debits (-) | $13,974.38 |
| Ending Balance on 09-30 | $16.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 09-08 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 6,000.00 |
| 09-14 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,300.00 |
| 09-18 | TD0393LVZ V WELLS FARGO IFI ACCTVERIFY | 0.01 |
| 09-18 | TD0393LVZP WELLS FARGO IFI ACCTVERIFY | 0.37 |
| 09-21 | Funds Transfer via Mobile AmboyNet Transfer from xxx8087 | 3,150.00 |
| 09-28 | Funds Transfer via Online AmboyNet Transfer from xxx8087 | 1,525.00 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 1047 | 09-08 | 3,500.00 |
| 1048 | 09-08 | 2,500.00 |
| 1049 | 09-14 | 3,300.00 |
| 1050 | 09-21 | 3,100.00 |
| 1051 | 09-28 | 1,500.00 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 09-04 | Internet Transfer to xxx5669 | 14.00 |
| 09-18 | TD0393LVZ V WELLS FARGO IFI ACCTVERIFY | 0.38 |
| 09-28 | Internet Transfer to xxx8183 | 25.00 |
| 09-28 | Internet Transfer to xxx5669 | 25.00 |
| 09-30 | SERVICE CHARGE | 10.00 |

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728
1047
55-441/212
16
Date 9/8/26
Pay to the Order of Nancy Faenza $ 3500 00/
Three Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑈021204416⑈ ⑈160⑉1745⑉5⑈ 1047

1047 $3,500.00 9/8/2026

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728
1048
55-441/212
16
Date 9/8/26
Pay to the Order of Nancy Faenza $ 2500 00/
Two Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For Replace 2500 Loan
⑈021204416⑈ ⑈160⑉1745⑉5⑈ 1048

1048 $2,500.00 9/8/2026

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728
1049
55-441/212
16
Date 9/14/26
Pay to the Order of Nancy Faenza $ 3300.00/
Three Thousand Three Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑈021204416⑈ ⑈160⑉1745⑉5⑈ 1049

1049 $3,300.00 9/14/2026

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728
1050
55-441/212
16
Date 9/21/26
Pay to the Order of Nancy Faenza $ 3100 00/
Three Thousand One Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑈021204416⑈ ⑈160⑉1745⑉5⑈ 1050

1050 $3,100.00 9/21/2026

SALVATORE FAENZA
DIP ACCOUNT# 25-14559
7 DANCER LANE
FREEHOLD, NJ 07728
1051
55-441/212
16
Date 9/25/26
Pay to the Order of NANCY FAENZA $ 1500 00/
One Thousand Five Hundred Dollars
AMBOY Bank MANALAPAN OFFICE 16 MANALAPAN, NJ 07726 www.amboybank.com
For
⑈021204416⑈ ⑈160⑉1745⑉5⑈ 1051

1051 $1,500.00 9/28/2026