UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625

**Order Filed on November 6, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>SALVATORE FAENZA,<br><br>Debtor. | Case No.: 25-14559<br><br>Chapter 11<br><br>Judge Kaplan, U.S.B.J. |

CONSENT ORDER FOR LIMITED RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by Debtor Salvatore Faenza ("Debtor"), by and through its counsel Steven D. Pertuz, Esq., by his Chapter 11 Plan of Reorganization, and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its attorney, Jennifer Davenport, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), regarding Taxation's claims, and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED THAT the automatic stay imposed by 11 U.S.C. § 362(a) is modified, solely to the extent necessary, to permit Taxation to set off, apply, or levy upon any funds found due and owing to Debtor with respect to the action pending in the Superior Court of New Jersey, Law Division, Monmouth County, Case No. MON-L-003574-23; and it is further.

ORDERED that Taxation shall apply any such funds toward the Debtor's tax liabilities set forth in Proof of Claim No. 31-1, and shall amend its proof of claim to reflect any amounts so applied; and it is further

ORDERED that the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and this Order shall immediately become effective upon entry.

CONSENTED AS TO FORM AND ENTRY:

STEVEN D. PERTUZ, ESQ.
Attorney for the Debtor

______________________
Steven D. Pertuz, Esq.

JENNIFER DAVENPORT
Attorney General of New Jersey

*Heather Lynn Anderson*
______________________
Heather Lynn Anderson
Deputy Attorney General
Attorney for Taxation