Order Filed on November 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625

| | |
|---|---|
| In Re: | Case No.: 25-14559 |
| SALVATORE FAENZA, | Chapter 11 |
| Debtor. | Judge Kaplan, U.S.B.J. |

CONSENT ORDER FOR LIMITED RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by Debtor Salvatore Faenza ("Debtor"), by and through its counsel Steven D. Pertuz, Esq., by his Chapter 11 Plan of Reorganization, and in agreement with the State of New Jersey, Division of Taxation ("Taxation") by and through its attorney, Jennifer Davenport, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), regarding Taxation's claims, and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED THAT the automatic stay imposed by 11 U.S.C. § 362(a) is modified, solely to the extent necessary, to permit Taxation to set off, apply, or levy upon any funds found due and owing to Debtor with respect to the action pending in the Superior Court of New Jersey, Law Division, Monmouth County, Case No. MON-L-003574-23; and it is further.

ORDERED that Taxation shall apply any such funds toward the Debtor's tax liabilities set forth in Proof of Claim No. 31-1, and shall amend its proof of claim to reflect any amounts so applied; and it is further

ORDERED that the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and this Order shall immediately become effective upon entry.

CONSENTED AS TO FORM AND ENTRY:

STEVEN D. PERTUZ, ESQ.
Attorney for the Debtor

Steven D. Pertuz, Esq.

JENNIFER DAVENPORT
Attorney General of New Jersey

Heather Lynn Anderson

Heather Lynn Anderson
Deputy Attorney General
Attorney for Taxation

United States Bankruptcy Court

District of New Jersey

In re:
Salvatore Faenza
Debtor

Case No. 25-14559-MBK
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Nov 06, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore Faenza, 300 Mounts Corner Drive, Freehold, NJ 07728-2558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ally Capital aleisha.jennings@mccalla.com mccallaecf@ecf.courtdrive.com |
| Andrew L. Spivack | on behalf of Creditor OceanFirst Bank National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Kimberly A. Wilson | on behalf of Creditor OceanFirst Bank National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Ally Capital laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew Francis Kye | on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co. Ltd. mkye@kyelaw.com |

| | |
|---|---|
| Michael J. Connolly | on behalf of Creditor Davison Eastman Munoz Paone P.A. mconnolly@respondlaw.com, kdoyle@respondlaw.com |
| Nicole M. Nigrelli | nnigrelli@ciardilaw.com PA91@ecfcbis.com |
| Nicole M. Nigrelli | on behalf of Trustee Nicole M. Nigrelli nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Steven D. Pertuz | on behalf of Debtor Salvatore Faenza pertuzlaw@verizon.net Pertuz.StevenB130381@notify.bestcase.com;melissa@pertuzlaw.com |
| Turner Falk | on behalf of Creditor Ferrari Financial Services Inc. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13